## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

**JANE DOE,** individually and on behalf of all
others similarly situated,

**Case Number: 1:20-cv-01264-MMM-JEH**

        **Plaintiff,**

**v.**

        **JURY TRIAL DEMANDED**

**BRADLEY UNIVERSITY,** an Illinois not-
for-profit corporation,

        **Defendant.**

### JANE DOE'S MOTION FOR LEAVE TO SUBSTITUTE CLASS REPRESENTATIVE, TO MODIFY SCHEDULING ORDER, AND FOR LEAVE TO FILE AN AMENDED CLASS ACTION COMPLAINT IN ACCORDANCE WITH THE SUBSTITUTION

Plaintiff, Jane Doe, ("Plaintiff" or "Jane Doe"), by her attorneys, moves the Court to permit Orion Eddlemon ("Eddlemon") to intervene/substitute as the named class representative pursuant to Federal Rules of Civil Procedure 21, 23(d), 24(a) and 24(b), for leave to modify the scheduling order under Rule 16, and for leave to file an amended complaint. In support of her motion, Jane Doe alleges the following:

### I.      Introduction

Jane Doe has recently become terrified that Bradley will seek retaliation against her for bringing her class action lawsuit. Specifically, Jane Doe's identity was not an issue for Bradley for over a year of litigation, but after failing to obtain a motion to dismiss Jane Doe's claims in her First Amended Complaint, and on the heels of Jane Doe filing her Motion for Class Certification, Bradley resorted to filing a motion to compel to expose her name 3 days before the fact discovery deadline. Bradley filed the motion despite Jane Doe voluntarily and cooperatively providing her name to Bradley's counsel under an "Attorneys Eyes Only" months before

Bradley's motion to expose her name. Bradley's motion was nothing more than a last-ditch effort to save the case, hoping that she will abandon her claims against Bradley in fear, which became a reality. As a result of Bradley's motion, Jane Doe no longer wishes to participate in the litigation, as she has 2 ½ years left of school at Bradley on such a small campus that she wishes to enjoy without the fear of retaliation and shame.

However, not is all lost for the putative class, as Orion Eddlemon, an Illinois resident, seeks to substitute Jane Doe and be the new class representative. Mr. Eddlemon is ready to proceed on an expedited basis with written discovery and his deposition, but most relevant is that he is not scared about revealing his name to the public and to Bradley.  The attached Second Amended Complaint (Exhibit A) contains a redline of Mr. Eddlemon's allegations, and shows that there are no changes to the claims other than the classes that Mr. Eddlemon was enrolled in for the Spring 2020 semester.

Moreover, good cause exists to modify the scheduling order even though the deadline for modify pleadings, adding additional parties, and conducting fact discovery have passed. Additionally, a 60 day extension to complete Mr. Eddlemon's expedited fact discovery would not impact any of the other remaining dates of the Scheduling Order because this case was originally on a roughly 7-month fact discovery timeline, and Mr. Eddlemon would still be able to file his Motion for Class Certification on or before January 22, 2022, pursuant to the current Scheduling Order. No dispositive motions dates would be changed under this plan.

For these reasons, Jane Doe respectfully requests that this Court grant her motion to substitute Orion Eddlemon as the new putative class representative, modify the scheduling order to permit the filing of an amended complaint, substitute Mr. Eddlemon for Jane Doe, and to

modify the scheduling order to permit the parties to take an additional 60 days to complete fact

discovery based on Mr. Eddlemon's allegations in the Second Amended Complaint.

## II.    Procedural History

Jane Doe filed her original complaint on July 14, 2020 [D.E. 1]. On September 30, 2020,

Jane Doe filed her First Amended Complaint [D.E. 14]. Thereafter, Bradley filed a motion to

dismiss, which this Court denied on December 22, 2020 [D.E. 19]. On February 3, 2021, this

Court entered a Text Order [D.E. 25] adopting the Parties Discovery Plan submitted in Docket

Entry 24, which declared the following deadlines:

| | |
|---|---|
| Amendment of the pleadings: | May 17, 2021 |
| Jointing additional parties: | May 17, 2021 |
| Close of fact discovery: | September 30, 2021 |
| Disclosure of Plaintiff's experts: | September 15, 2021 |
| Deadline to depose Plaintiff's experts: | October 13, 2021 |
| Disclosure of Defendant's experts: | October 27, 2021 |
| Deadline to Depose Defendant's experts: | November 24, 2021 |
| Deadline to depose rebuttal experts: | December 8, 2021 |
| Close of expert discovery: | December 22, 2021 |
| Filing of Motion for Class Certification | January 28, 2022 |
| Opposition to Class Certification | February 25, 2022 |
| Reply in Support of Class Certification | March 25, 2022 |
| Filing of Motion for Summary Judgment | February 25, 2022 |
| Reply in support of summary judgment | March 25, 2022 |

On August 25, 2021, Bradley emailed Jane Doe's counsel that "It is the University's

position that Plaintiff should not be permitted to proceed in this matter as an anonymous party."

Bradley provided no supporting evidence on how it would be prejudiced by Jane Doe continuing

as an anonymous party. Bradley was also attempting to schedule Jane Doe's deposition around

this time. Due to Bradley's attempt to expose Jane Doe's name, Jane Doe's counsel had a

difficult time communicating with Jane Doe to schedule her deposition as she was scared of

Bradley retaliating against her. On September 23, 2021, this Court extended the fact discovery

deadline to October 15, 2021, for the limited purpose of taking Jane Doe's deposition. On

September 27, 2021, Bradley filed its motion to compel Jane Doe's identity [D.E. 30]. As a result of Bradley's motion to expose her name, Jane Doe no longer wished to participate in the litigation, as she had reached a point of no return with her fear of retaliation.

### III.    Legal Standard

**(a)    Federal Rule 21**

Pursuant to Fed. R. Civ. P., 21, this Court may "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." "Courts may allow class counsel to identify new class representatives who meet Rule 23(a) requirements. *See* Manual for Complex Litigation (Fourth) § 21.26 ("[C]ourts generally allow class counsel time to make reasonable efforts to recruit and identify a new representative who meets the Rule 23(a) requirements. The Court may permit intervention by a new representative or may simply designate that person as a class representative in the order granting class certification.") (emphasis added). *In re Welbutrin XL Antitrust Litig.*, 282 F.R.D. 126, 139 (E.D.Pa. 2011); *see also In re Telectronics Pacing Systems, Inc.*, 172 F.R.D. 271, 283 (S.D.Ohio 1997).

**(b)    Federal Rule 23(d)**

Pursuant to Federal Rule 23(d), unnamed class members like Eddlemon are permitted "to intervene and present claims or defenses, or to otherwise come into the action." It is "black letter" law that the substitution of a new class representative should be allowed in order to protect the class and all of its members. *County of Riverside v. McLaughlin*, 500 U.S. 44, 51 (1991). *See also United States Parole Comm'n v. Geraghty*, 445 U.S. 388, 404 (1980) (named plaintiff allowed to continue to argue on appeal for reversal of the district court's denial of class certification despite the mootness of his individual claim); *Franks v. Bowman Transp. Co., Inc.* 424 U.S. 747, 753 (1976); *Sosna v. Iowa*, 419 U.S. 393, 399 (1975); *Marfashi v. Fleet Mortg.*

*Corp.*, 2004 WL 2609184 (granting intervention where a class has not been certified nor has the adequacy of plaintiff or plaintiff's counsel been determined); *In re: Bridgestone Sec. Litig.*, 430 F. Supp. 2d 728, 740 (M.D. Tenn. 2006) (in securities fraud action granting intervention as of right of institutional investor where lead plaintiff could no longer participate in the case and where no other institutional investor was already a party plaintiff); *Cotterall v. Paul*, 755 F.2d 777, 781 (11th Cir. 1985) ("We do rule that it was error to deny the motion for class certification on the ground that the named plaintiff was an inadequate class representative without first making a specific finding that the would-be intervenors would be inadequate representatives as well.").

**(c)     Federal Rule 24(a)**

Alternatively, Rule 24(a) requires that the Court "must permit anyone to intervene who ... claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." Fed. R. Civ. P. 24(a). The importance of this aspect of intervention is recognized in the Advisory Committee Note to the 1966 amendment of Rule 24(a), the provision governing intervention "as of right." The Note states:

> A class member who claims that his "representative" does not adequately represent him, and is able to establish that proportion with sufficient probability, should not be put to the risk of having a judgment entered in the action which by its terms extends to him, and be obliged to test the validity of the judgment as applied to his interest by a later collateral attack. Rather he should, as a general rule, be entitled to intervene in the action.

**(d)     Motion for Leave to File Amended Complaint**

Generally, Federal Rule of Civil Procedure 15(a)(2) governs a request for leave to amend a pleading. Rule 15(a)(2) provides that the court "should freely give leave when justice so

requires." Fed. R. Civ. P. 15(a)(2). A court should allow amendment unless the Court finds undue delay, bad faith, or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowing the amendment, or the amendment would be futile. *See Foman v. Davis*, 371 U.S. 178, 182 (1962).

Where, however, the deadline to amend the pleadings in the scheduling order has expired, Rule 16(b)(4) governs and requires a showing of good cause to justify modifying the scheduling order. *See Adams v. City of Indianapolis*, 742 F.3d 720, 734 (7th Cir. 2014). The Court's primary focus is on the diligence of the party seeking the extension. McCann, 2015 U.S. Dist. LEXIS 91362 at *32, 2015 WL 4254226 (citing Alioto, 651 F.3d 715, 720 (7th Cir. 2011)). The movant bears the burden to establish diligence. *McCann*, 2015 U.S. Dist. LEXIS 91362 at *33, 2015 WL 4254226 (citing *Trustmark Ins. Co. v. Gen. & Cologne Life*, 424 F.3d 542, 553 (7th Cir. 2005)).

### IV.    Argument

#### A.    Additions and Substitutions for a Representative Plaintiff are a Common Feature of Class Action Litigation.

Substituting Mr. Eddlemon for Jane Doe is a common feature of class action litigation. For example, MOORE'S FEDERAL PRACTICE, MANUAL FOR COMPLEX LITIGATION notes that "later replacement of a class representative may become necessary if, for example, the representative's individual claim has been mooted or otherwise significantly altered…[or] if a representative has engaged in conduct inconsistent with the interests of the class." MOORE'S FEDERAL PRACTICE, MANUAL FOR COMPLEX LITIGATION (Fourth) § 21.26, at 277 (2004).  If replacement of a class representative is found necessary, such as here, where Jane Doe has been frightened out of the litigation, "courts generally allow class counsel time to make reasonable efforts to recruit and identify a new representative who meets the Rule 23(a)

requirements." *Id.* Courts frequently allow an additional representative, like Mr. Eddlemon, to either intervene or substitute as a replacement representative. *Id.*; *see In re Telectronics Pacing Sys., Inc.*, 172 F.R.D. 271, 283 (S.D. Ohio 1997) (court named substitute class representative without formal intervention joinder); *see also Shankroff v. Advest, Inc.*, 112 F.R.D. 190, 194 (S.D.N.Y. 1986) (sole proposed representative found inadequate, although other class certification criteria were met; plaintiff's counsel were given thirty days to propose at least one substitute representative).

The Seventh Circuit recognizes adding or substituting a class representative where the original representative is inadequate. *See Phillips v. Asset Acceptance, LLC*, 736 F.3d 1076, 1080 (7th Cir. 2013) ("either the named plaintiff . . . would have to be replaced by another class member . . ., or the other class member would have to be made a second class representative."); *Johnson v. Meriter Health Servs. Emple. Ret. Plan*, 702 F.3d 364, 365 (7th Cir. 2012) (court substituted one of the other named plaintiffs for an inadequate class representative who was dismissed yet remained listed as the only plaintiff on the petition to appeal); *Randall v. Rolls Royce Corp.*, 637 F.3d 818, 826-27 (7th Cir. 2011) ("substitution via permissive intervention by an unnamed plaintiff, who if intervention is allowed becomes the named plaintiff and thus the class representative is possible."); *Bell v. Pension Comm. of ATH Holding Co., LLC*, Case No. 1:15-cv-02062-TWP-MPB, 2018 U.S. Dist. LEXIS 156927, at *31-33 (S.D. Ind., Sept. 14, 2018) (substitution of the class representative is proper when the named plaintiff failed on adequacy grounds). Here, Jane Doe is no longer an adequate class representative, as she is scared of retaliation from Bradley, and as a result, does not want to be deposed. Jane Doe seeks to substitute Mr. Eddlemon in her place, who will not use a John Doe identity shield, has already

provided dates he is available for deposition, and is not scared of retaliation from Bradley as he graduated in Spring 2020.

Additionally, the fact that this Court has yet to rule on class certification because the Scheduling Order currently possesses a January 28, 2022 deadline for Plaintiff's Motion for Class Certification filing, supports substituting Mr. Eddlemon for Jane Doe as the putative class representative. This Court may permit substitution of an absent class member, such as Eddlemon, to prevent dismissal prior to class certification. *Beach v. Citigroup Alternative Invs. LLC*, Case No. 12 Civ. 7717 (PKC), 2014 U.S. Dist. LEXIS 30032, at *54 (S.D.N.Y. Mar. 7, 2014) (emphasis added) (citing *Shahriar v. Smith & Wollensky Rest. Grp., Inc.*, 659 F.3d 234, 253 (2d Cir. 2011)) ("[t]o prevent dismissal [before class certification], an absent class member, depending upon the state of the case and other considerations, may be substituted for the inadequate named plaintiff, becoming a new named plaintiff in the process."); *Maiman v. Talbott*, Case No. SACV 09-00012 AG (ANx), 2011 U.S. Dist. LEXIS 98243, at *2-3 (C.D. Cal. Aug. 29, 2011) (prior to granting plaintiffs' motion for class certification, the plaintiffs replaced named plaintiffs by an order of the court); *In re Initial Pub. Offering Sec. Litig.*, 224 F.R.D. 550, 555 (S.D.N.Y. 2004) (granting plaintiffs' motion to amend pleadings to correct the appointment of inadequate lead plaintiffs prior to class certification). The facts of this case do not differ from those instances, and the fact that there is over 3 and a half months until the deadline for Plaintiff to file a motion for class certification supports this Court granting the motion for substitution.

Courts even routinely add or substitute unnamed class members for named plaintiffs who, for whatever reason, happen to fall out of the class action litigation. *Phillips v. Ford Motor Co.*, 435 F.3d 785, at 787 (7th Cir. 2006) (noting that a substitution of unnamed class members for named plaintiffs who fall out of the case because of settlement or other reasons is a common and

normally an unexceptionable feature of class action litigation . . . in the federal courts; *see also In re Currency Conversion Fee Antitrust Litig.*, MDL No. 1409, M 21-95, 2005 U.S. Dist. LEXIS 31251, at *6 (S.D.N.Y. Dec. 7, 2005) (allowing the plaintiffs to "add new plaintiffs or replace the withdrawn plaintiffs."). Practically speaking, substitution for a named plaintiff is allowed unless jurisdiction never attached or the attempt to substitute comes long after the claims. Here, the substitution comes close to the end of fact discovery and the rest of the scheduling order can remain the same. There is no prejudice to Bradley from the substitution.

The Central District of Illinois itself has routinely given plaintiffs leave to file an amended complaint naming additional plaintiffs. *Cent. Laborers' Pension, Welfare, & Annuity Funds v. Midwest Underground, Inc.*, No. 12-3188, 2013 U.S. Dist. LEXIS 156654, at *13 (C.D. Ill. Nov. 1, 2013) (holding that naming additional plaintiffs from a previous lawsuit would not prejudice defendants); *Lueders v. 3M Co.*, Case No. 08-4047, 2009 U.S. Dist. LEXIS 36699, at *4-5 (C.D. Ill. April 30, 2009) (allowing plaintiff to add additional plaintiffs because no undue delay or bad faith was found). Leave to amend pleadings, including to add or substitute class representatives, shall be freely given when justice so requires. *Midwest Underground, Inc.*, 2013 U.S. Dist. LEXIS 156654, at *13; Lueders, 2009 U.S. Dist. LEXIS 36699, at *4. Here, substituting Mr. Eddlemon for Jane Doe will not change the nature or number of claims that Bradley must litigate against. *Midwest Underground, Inc.*, 2013 U.S. Dist. LEXIS 156654, at *13. Specifically, the attached Exhibit A redlined Second Amended Complaint evidences that the claims are the names, the only thing that changes are the facts specific to Mr. Eddlemon's class schedule. Thus, adding in Mr. Eddlemon as the named plaintiff will not require Bradley to alter its litigation strategy. Accordingly, this Court should grant Jane Doe's Motion for Leave to Substitute Class Representative.

**B.     Courts Liberally Permit Adding or Substituting Named Plaintiffs even as Late as Trial**

Courts permit the addition or substitution of named plaintiffs at far later stages of proceedings than here, including after class certification and even up to and during trial, which suggests that adding Mr. Eddlemon would in no way prejudice Bradley at this stage of the litigation. *See, e.g., Searcy v. eFunds Corp.*, No. 08-985, 2010 U.S. Dist. LEXIS 31627, at *7 (N.D. Ill. Mar. 31, 2010) (granting leave to substitute named plaintiff after ruling on class certification motion); *Chapman v. Wagener Equities, Inc.*, No. 09-07299, 2012 U.S. Dist. LEXIS 176857, at *21 (N.D. Ill. Dec. 13, 2012) (same, nearly three years after filing of initial complaint); *In re Gen. Motors LLC Ignition Switch Litig.*, 2017 U.S. Dist. LEXIS 189550, at *340 (S.D.N.Y. Nov. 15, 2017) (granting leave and finding that when a putative class is left without adequate representation, courts hold that adding a new class representative is appropriate, even required, to protect class interests). Mr. Eddlemon is ready to protect the putative class's interests after Jane Doe was no longer fit to serve the role.

Additionally, the pre-certification mooting of a class representative's claims by permitting substitution of a new class representative. *In re Nat'l Austl. Bank Sec. Litig., Case No. 03 Civ. 6537 (BSJ)*, 2006 U.S. Dist. LEXIS 94163, at *11-12 (S.D.N.Y. Nov. 8, 2006). This is "'especially appropriate where,' as here, the reason for 'mootness has only individual rather than classwide impact.'" *Id.* at *12 (citing 1 NEWBERG ON CLASS ACTIONS ' 2:26 (4th ed. 2006)). In the present case, Jane Doe's inadequacy has only an individual, rather than classwide impact. Therefore, the Court should the substitution of Mr. Eddlemon as the new class representative.

Moreover, the proposed Class counsel should be permitted reasonable time to determine whether a new class representative could be substituted. MOORE'S FEDERAL PRACTICE,

MANUAL FOR COMPLEX LITIGATION (Fourth) § 21.26, at 277 (2004); *Birmingham Steel Corp. v. TVA*, 353 F.3d 1331, 1332-33 (11th Cir. 2003) (concluding that a district court abused its discretion when decertifying a class without allowing counsel reasonable time to find a class representative substitute); *see Borum v. Brentwood Assocs.*, L.P., 329 F.R.D. 90, 101 (D.D.C. 2019) (denying defendants' motion to decertify the class and providing plaintiffs a reasonable time (30 days) to put forward a substitute representative). Here, upon receiving Bradley's motion to compel the identity Jane Doe on September 27, 2021, and her subsequent notice of her desire to no longer participate in the litigation, counsel has acted quickly to identify new potential class representative, notified counsel for Bradley as soon as possible, and filed the instant motion before this Court of Jane Doe's intent to file a motion for substitution. Further, Jane Doe's counsel has taken efforts to expedite discovery to minimize any delay associated with the substitution, as it already has dates Mr. Eddlemon can be deposed, and has collected relevant written discovery information.

Once withdrawn as a class representative, Jane Doe and her claims remain part of the class action. *Lowery v. City of Albuquerque*, Case No. CIV 09-0457 JB/WDS, 2012 U.S. Dist. LEXIS 14204, at *88 (D.N.M. 2012) (reaffirming that a Court Order did not sever the now withdrawn class representative's claims from the class despite his inappropriateness as a class representative); *Parra v. Bashas', Inc.*, 291 F.R.D. 360, 365 n. 3 (D. Ariz., May 31, 2013) (former employee of a grocery store successfully withdrawn as named plaintiff yet remained putative class member); *Organization of Minority Vendors v. Illinois C. G. R.R.*, 1987 U.S. Dist. LEXIS 14049, at *1-2 (N.D. Ill. April 2, 1987) (allowing three plaintiffs to withdraw as class representatives and "share in any recovery plaintiffs are able to gain").

Therefore, Mr. Eddlemon should be substituted for Jane Doe.

**C.** **Good Cause Exists to Modify the Scheduling Order to Permit Amendment of the Complaint, Substituting Mr. Eddlemon for Jane Doe, and Extending the Fact Discovery Deadline 60 Days**

The deadline to amend the pleadings and add additional parties expired on May 17, 2021. The fact discovery deadline expired on September 30, 2021. Thus, under Rule 16, Jane Doe must show good cause to justify modifying the scheduling order after those deadlines passed. *See Adams v. City of Indianapolis*, 742 F.3d 720, 734 (7th Cir. 2014). The primary consideration when determining whether good cause exists is the diligence of the party seeking amendment. *Alioto v. Town of Lisbon*, 651 F.3d 715, 720 (7th Cir. 2011).

Here, Jane Doe can prove good cause exists for the modifications to scheduling deadline because Bradley chose to file a motion to expose Jane Doe's identity a week before the end of the fact discovery deadline. Had Bradley filed a motion to compel Jane Doe's identity at the beginning of the litigation, Jane Doe could have substituted within the applicable time period for amending pleadings and adding new parties. Instead, they waited until the week of the fact discovery deadline. Jane Doe also became very scared of Bradley's pursuit to identify her name to the public when Jane Doe had already disclosed her identity to Bradley's attorneys under an "Attorneys Eyes Only" designation. The Motion to Compel clearly was a strategic move to scare Jane Doe. After Bradley's filing of their Motion to Compel Jane Doe's identity, Jane Doe notified her counsel that she no longer wished to serve as the class representative. Her counsel found a replacement representative, Mr. Eddlemon, in about a week, and brought this motion to the Courts attention as soon as possible. These facts evidence diligence on behalf of Jane Doe to seek amendment to the scheduling order to permit the filing of the Second Amended Compliant, substitute Mr. Eddlemon for Jane Doe, and extend the fact discovery 60 days from the date of this Court's Order.

*Dr Distributors, LLC v. 21 Century Smoking, Inc.*, No. 12 CV 50324, 2015 WL 8777633, at *4 (N.D. Ill. Dec. 15, 2015) is an example of where a Court found that the facts of the case do not establish the diligence required under Rule 16(b)(4) to permit modification of the scheduling order. There, after knowing of the existence of the individual who the defendants wanted to depose prior to the fact discovery deadline, a motion was not filed a full four months after the close of fact discovery, and six weeks after defendants foreshadowed that they would be filing the Motion. Additionally, the motion came on the heels of the court finding that plaintiff was not diligent in filing its motion to amend its affirmative defenses eight weeks after it allegedly learned of the necessary information to file the motion. *Id.* Unlike the defendants in *Dr Distributors, LLC*, Jane Doe has worked diligently at every stage of the litigation, and had no indication that Bradley would seek to expose her identity this late in the litigation because if Bradley had any concerns of prejudice resulting from use of the Jane Doe name, it would have filed a motion over a year ago. Instead, Bradley waited until after the deadline to amend pleadings and add parties passed, and only 3 days prior to the close of fact discovery. Thus, this Court should grant her motion to modify the scheduling order.

Another example is where a party was not "diligent" in pursuing a modification to the scheduling order was case was Coventry Health Care, 2011 U.S. Dist. LEXIS 4201 at **4, 7-8, 2011 WL 129443, where the action had been pending almost sixteen (16) months, and the plaintiff there waited to schedule the Rule 30(b)(6) deposition on the last day of the discovery period. The Court denied the motion to amend the scheduling order to take the deposition because no good reason was provided for the plaintiff's behavior. Jane Doe, on the other hand, has moved quickly to modify the scheduling order, after Bradley waited until 3 days before the fact discovery deadline to file its motion to expose her name to the public. Jane Doe was not

trying to delay litigation with the timing of her motion, she simply is terrified of Bradley retaliating against her, when it is willing to go to the length of wanting to expose her name to the public after Jane Doe cooperatively provided her identity to Bradley's counsel.

### i.     The Proposed Second Amended Complaint

Mr. Eddlemon's proposed Second Amended Complaint ("SAC") does not depart from Jane Doe's claims and allegations to the extent possible given the factual differences of courses taken in the Spring 2020 Semester. The attached Exhibit A, in redline, provides proof of this fact. There is no new surprise information that Bradley would need to address on a motion to dismiss, they are the same 2 claims that have already been briefed and this Court has issued an Order on. As the redline shows, the SAC actually removes a lot of allegations based on information learned through Jane Doe's discovery. For example, the SAC removes all CARES ACT allegations, adds allegations that student accounts are making payments, re-defines the class definitions to a tuition class, activity fee class, and course surcharge class, and removes the marketing allegations. *See* Exhibit A

For these reasons, Jane Doe has evidenced the requisite diligence required to modify the scheduling order under Rule 16(b)(4) and this Court should grant her motion to permit the filing of the Second Amended Complaint, to substitute Mr. Eddlemon as the class representative for Jane Doe, and to extend the fact discovery deadline by 60 days from the date of this Court's Order.

### V.     Conclusion

WHEREFORE, Jane Doe respectfully requests this Court to issue an Order:

(a) Modifying the Scheduling Order to permit (1) the filing of the Second Amended Complaint within 1 day of this Court's Order, (2) the substitution of Orion Eddlemon in place of

Jane Doe in the Second Amended Complaint, and (3) the extension of the fact discovery deadline

for 60 days from the date of this Court's Order;

     (b)     Immediately substituting Orion Eddlemon for Jane Doe as the named class

          representative; and

     (c)     granting leave to file the Second Amended Complaint within 1 day of this Court's

          Order and provide Defendant 14 days to file its answer.

Dated: October 8, 2021

          VARNELL & WARWICK, P.A.

          s/ Matthew T. Peterson
          Matthew T. Peterson, ARDC No. 6321290
          Janet R. Varnell, admitted *pro hac vice*
          1101 E. Cumberland Ave., Ste. 201H, #105
          Tampa, Florida 33602
          T: 352-753-8600
          F: 352-504-3301
          *mpeterson@vandwlaw.com*
          *jvarnell@vandwlaw.com*
          *ckoerner@vandwlaw.com*

          ***Counsel for Plaintiff***

## **<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via

electronic mail, on October 8, 2021 on all counsel of record.

<u>/s/ Matthew T. Peterson</u>
Matthew T. Peterson

# EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

**Orion Eddlemon,** individually and on behalf
of all others similarly situated,

         **Case Number: 1:20-cv-01264-MMM-JEH**

     **Plaintiff,**

**v.**              **JURY TRIAL DEMANDED**

**BRADLEY UNIVERSITY,** an Illinois not-
for-profit corporation,

     **Defendant.**

### SECOND AMENDED CLASS ACTION COMPLAINT

Plaintiff Orion Eddlemon, individually and on behalf of all others similarly situated (the "Class"), alleges the following based upon personal knowledge as to himself, and upon information, belief and the investigation of his counsel as to all other matters, brings this class action against Defendant Bradley University ("Bradley"), and alleges as follows:

### I.  INTRODUCTION

1.  This class action seeks a prorated disgorgement of the unearned proceeds from the Spring 2020 Semester. Bradley unjustly profited by withholding collected sums during the COVID-19 pandemic by failing to issue any refunds or other reimbursements to Plaintiff and the Class where it (a) failed to provide any classes at all for one week (March 23, 2020 - March 29, 2020) of the 15-week Spring 2020 Semester; (b) closing on-campus facilities, services, technologies, and events for much of the Spring 2020 Semester (March 23, 2020 - May 13, 2020); and (c) changing in-person classroom instruction to an online only format for nearly 50% of the Spring 2020 Semester (March 30, 2020 - May 13,2020). Bradley's decision to take these actions to the detriment of its student body in response to COVID-19 pandemic was unjust where it

accepted and retained full tuition and mandatory fees but did not provide the entire 15 weeks of in-classroom instruction and use of on-campus facilities, resources, and services.

2.      Plaintiff and the Class entered into a contractual agreement for the Spring 2020 Semester with Bradley, the terms of which are set forth in the 2019-2020 Undergraduate Catalog ("Catalog"), in addition to Bradley's bulletins, circulars, and regulations, where Bradley agreed to provide 15 weeks of in-person classroom instruction, and the use of on-campus facilities, resources, services, opportunities, events, and technologies in exchange for payment by Plaintiff and the Class in the form of tuition and mandatory fees. In fact, the Catalog itself declares that it is the governing contract between students and Bradley, "[t]his catalog serves as a contract between a student and Bradley University."[1] Based on these promises, industry standards, and customary dealings between students and universities, Plaintiff and the Class formed reasonable expectations that they would receive what they paid for.

3.      Despite Bradley sending students home and closing its campus, Bradley continued to charge Plaintiff and the Class for tuition and mandatory fees as instruction and services were being provided and continuing to reap the financial benefit of millions of dollars from students. While Plaintiff and the Class contracted and paid Bradley for a comprehensive academic experience, Bradley provided Plaintiff and the Class something far less: a limited online experience presented by Google or Zoom, void of face-to-face faculty and peer interaction, separated from program resources, and barred from access to on-campus facilities, resources, and services vital to study and campus life. Plaintiff and the Class did not bargain for such an experience in their contracts with Bradley, and Bradley did not substantially perform its

---

[1] https://web.archive.org/web/20191016203123/https://www.bradley.edu/academic/undergradcat/ 20192020/ (Last visited: September 28, 2020).

obligations under the contract, industry standards, and customary dealings between students and universities.

4.      As a result of Bradley's material breach of contract, Plaintiff and the Class have been financially damaged by Bradley. They did not receive the full value of services paid under their contracts with Bradley, and lost the benefit of their bargain and/or suffered out-of-pocket losses, and are entitled to recover compensatory damages.

## II.      JURISDICTION AND VENUE

5.      This Court has jurisdiction over this action pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. §1332(d), because at least one Class member is of diverse citizenship from one Defendant, there are more than 100 Class members, and the aggregate amount in controversy exceeds $5,000,000, exclusive of interest, and costs. This Court also has supplemental jurisdiction over the state law claims alleged herein pursuant to 28 U.S.C. §1367.

6.      The Court has personal jurisdiction over Defendant because it maintains its principal place of business in this District.

7.      Pursuant to 28 U.S.C. §1391(b)(1), venue is proper in this District because Defendant resides in this District and is a resident of Illinois.

## III.      PARTIES

8.      Plaintiff Orion Eddlemon is a resident and citizen of the State of Illinois. Plaintiff graduated from Bradley after the Spring 2020 Semester. Plaintiff's student account paid the following charges to Bradley for the Spring 2020 Semester: Tuition $17,100.00, Course Surcharges $200.00, Activity Fee $85.00, Health Fee $120.00, Subtotal: $17,505.00.

9.      Defendant Bradley is a private university organized under the Illinois General Not for Profit Corporation Act, 805 ILCS, *et seq.*, with its principal place of business in Peoria, Illinois.

## IV.    FACTUAL ALLEGATIONS

**A.    Background**

**1.    Bradley's Marketing**

10.    Bradley is a private, non-profit college that has 5,400 undergraduate and graduate students in more than 185 academic programs located in Peoria, Illinois.

11.    Like other residential colleges and universities, Bradley does not merely sell credit hours and diplomas in exchange for money, as one would sell some common consumer commodity. Rather, Bradley sells an educational experience based on specific services, including live, in-person classes and access to campus facilities, events, opportunities, resources, and a rich tapestry of co-curricular experiences.

12.    While many colleges and universities nationwide offer and highlight remote learning capabilities as a primary component of their efforts to provide educational value, such as Western Governors University, Southern Hampshire University, and University of Phoenix-Arizona, Bradley is not such a school.

13.    Instead, Bradley focuses its marketing and recruiting efforts on the on-campus experiences it offers along with a personalized in-person classroom experience, citing a 12-to-1 student-to-faculty ratio to accomplish such personal interactions and collaborations.[2] The Wall Street Journal/Times Higher Education continues to recognize Bradley among the top 15 schools in the U.S. for student engagement."[3]

14.    For example, Bradley attracts students by marketing, "[o]pportunities and resources of a larger university and the personal attention and exceptional learning experience of a smaller

---

[2] https://www.bradley.edu/ (Last visited: September 28, 2020).
[3]  https://www.bradley.edu/academic/undergradcat/20192020/overview-budescription.dot  (Last visited: September 28, 2020).

4

university."[4] Bradley further boasts about the individualized in-person experience it offers to

students:

> We are a community that ensures student access to an individualized learning experience. This is characterized by broad opportunities for students to marry their passions and skills, by innovative academic programming, and by an exceptional level of engagement between students, staff and faculty, such that all students acquire the skills and dispositions essential to purposeful and productive living.[5]

15.     As another example, on Bradley's website for its mission statement, Bradley

highlights the hands-on individualized attention that it markets:

> We are a community that prioritizes academic excellence by nurturing critical inquiry, research, creativity and technical skills development.  We work collaboratively to engage learners in high-impact practices, in scholarship, and in leadership development opportunities in order to foster lives of purpose and advance a better world.[6]

16.     Bradley further markets the opportunities its small campus and in person instruction

offers to its students:

> Mid-Sized. Big Difference. When you choose Bradley University, you don't have to choose between the activities and resources of a larger university and the personal attention and exceptional learning experiences of a smaller college. Our size- about 5,400 students- gives you the best of both worlds."[7]

17.     Further marketing efforts focus on Bradley's facilities to highlight the on-campus

experiences Bradley provides to students on-campus:

> Whether it's a snack in Michel Student Center, a concert at Renaissance Coliseum, games with friends at Late Night BU, multicultural activities or a student organization service project, Bradley University's campus is always busy with fun activities.[8]

---

[4] https://www.bradley.edu/(Last visited: September 28, 2020).
[5] https://www.bradley.edu/about/mission/ (Last visited: September 28, 2020).
[6] https://www.bradley.edu/about/mission/ (Last visited: September 28, 2020).
[7] https://www.bradley.edu/ (Last visited: September 28, 2020).
[8] https://www.bradley.edu/campuslife/ (Last visited: September 28, 2020).

The Markin Family Student Recreation Center features a swimming pool, indoor track, basketball courts, rock climbing wall, fitness classes, racquetball and more. Intramurals, club sports and fitness classes are available throughout the year.[9]

**B.      Before the Spring 2020 Semester, Bradley Offered and Distinguished between On Campus and Online Programs**

18.      Like many traditionally residential colleges and universities across the United States, for the 2019-2020 school year, Bradley offered the vast majority of its programs on-campus but offered a few online options, as well.

19.      Bradley offers online programs for doctor of education, master of arts in counseling, ADN/diploma to MSN-FNP, BSN to DNP-FNP, MSN to FNP Certificate, and MSN to DNP-Leadership.

20.      Bradley's on-campus and online options for the 2019-2020 school year were not interchangeable. Instead, depending on whether a student registered for an in-person program or an online one, Bradley provided an entirely different experience and set of services.

21.      The distinctions were apparent at every step. For example, Bradley marketed its online programs (collectively referred to as Online Learning at Bradley) through both a unique website[10] and course catalog[11].

22.      Perhaps the greatest differences were in the format in which Bradley delivered instruction and resources depending on whether a student enrolls in an on-campus or online program – and the price Bradley charged for those services.

---

[9] https://www.bradley.edu/campuslife/ (Last visited: September 28, 2020).

[10] https://onlinedegrees.bradley.edu/

[11] The Spring 2020 Semester does not include the Online Program classes. (http://schedule.bradley.edu/scripts/schedule.dll).

23.     For students who enrolled in one of Bradley's many traditional, on-campus, in-person instruction programs, Bradley delivered 100% of the courses in-person at one of its physical campuses, as described in greater detail below. For example, it is impossible for Bradley to have an online class for Introduction to Ecology and Evolution Laboratory, which is described by Bradley as "emphasizes the basic principles of evolutionary and ecological processes through inquiry-based laboratory exercises," which requires a registration in lab.[12]

24.     Many of Bradley's classes require the "registration in one lecture and one lab," which cannot occur online. This is why Online Learning at Bradley is limited to 6 programs, none of which require a lab component.

25.     Meanwhile, for students who enrolled in Online Learning at Bradley, Bradley provided instruction 100 percent online.[13]

26.     For the Spring 2020 semester, Bradley charged markedly different tuition and fees for its Online Learning at Bradley courses as opposed to on-campus courses.

27.     For example, for the 2019-2020 academic year, Bradley charged on-campus, full time undergraduate students $17,100 per semester for tuition for 12-16 credit hours, and a mandatory $85 Activity Fee, which largely funds student programs and services, clubs, and special events[14] and $120 Health Fee, which funds the Bradley Health Services to provide primary health

---

[12] http://schedule.bradley.edu/scripts/schedule.dll

[13] https://s3.amazonaws.com/utep-uploads/wp-content/uploads/bradley/2019/02/12121739/Bradley-Nursing-Brochure-1.pdf

[14] https://www.bradley.edu/dotAsset/2a4c1335-156c-4a0c-82fd-6f3babed1755.pdf

care to Bradley students on a year-round basis.[15] The $17,100 Spring 2020 semester tuition can be broken down to a per credit hour basis:

12 credit hours = $1,425 per credit hour
13 credit hours = $1,315 per credit hour
14 credit hours = $1,221 per credit hour
15 credit hours = $1,140 per credit hour
16 credit hours = $1,068 per credit hour.

28.     Also, for the 2019-2020 academic year, upon information and belief, Bradley charged Online Learning at Bradley students only $930 per credit hour, which is significantly cheaper than the in-person, on-campers per credit hour charges.[16] Additionally, Bradley does not charge Online Learning at Bradley students a mandatory $85 Activity Fee and $120 Health Fee because the course is 100% online, with no campus access.[17]

29.     These differences in tuition and mandatory fee charges reflect the fact that Bradley students who enroll in on-campus programs have access to on-campus facilities, resources, services, events, activities—coupled with face-to-face on-campus, in-person instruction—that are simply unavailable to those who instead opt to pursue a degree through Online Learning at Bradley.

**C.     Plaintiff and Class Members Contracted with Bradley to Provide In-Person Classroom Instruction, Access to On-Campus Events, and use of Laboratories.**

**1.     Tuition Paid for On-Campus, In-Person Instruction**

30.     Plaintiff and the Class entered into a contractual agreement with Bradley where Plaintiff and the Class would provide payment in the form of tuition and mandatory fees to Bradley, and in exchange, Bradley promised to provide in-person classroom instruction for 15

---

[15] https://www.bradley.edu/campuslife/studenthandbook/services/health/

[16] https://onlinedegrees.bradley.edu/program-details/

[17] https://onlinedegrees.bradley.edu/program-details/

weeks of a Spring 2020 Semester, which was January 22, 2020 through May 13, 2020.[18] Having

15 full weeks of instruction is a material term to the contract because Plaintiff and Class members

were paying for the on-campus instruction, not the credit hours. In doing so, and unlike students

enrolled in the Spring Semester 2020 Online Learning at Bradley, Plaintiff and Class members

contracted with Bradley specifically for courses that would be delivered 100% on-campus, and in

person.

31.     The terms of the contractual agreements between Plaintiff and the Class with

Bradley were set forth in catalogues, bulletins, circulars, and regulations published by Bradley, in

additional to industry standards and customary dealings between students and universities.

32.     A majority of the terms of the contact between Plaintiff and the Class stem from

the 2019-2020 Catalog. **EXHIBIT 1.** At the bottom of each page of the Catalog, for both

undergraduate and graduate students, Bradley makes clear that it is the governing contract between

Plaintiff and Class Members and Bradley for the Spring 2020 Semester:

> This is the official catalog for the 2019-2020 academic year. **This catalog serves as a contract between a student and Bradley University.** Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.[19] (emphasis added).

33.     Based upon Bradley's posting of a 15 week Spring 2020 Semester on Bradley's

Academic Calendar in its Catalog, (b) Bradley's history and prior experiences of hosting 15 week

on-campus semesters, and (c) the industry standard and ordinary course of dealing for two semester

---

[18] https://www.bradley.edu/academic/undergradcat/20192020/

[19] https://web.archive.org/web/20191016203123/https://www.bradley.edu/academic/undergradcat/20192020/ (Last visited: September 28, 2020).

universities to conduct 15 week Spring semesters, the reasonable expectation of Plaintiff and Class members was to receive a 15 week Spring 2020 semester consisting of on-campus instruction, access to on-campus facilities and resources, and access to on-campus activities and events.

34.     The Catalog contains the following categories of content, with each category being a hyperlink that includes additional terms and conditions:

| General Information | |
|---|---|
| Bradley University | Our Vision and Mission |
| Founding of Bradley | Academic Calendar (On Campus) |
| Fields of Study | Accreditation |
| Fees and Expenses | Financial Assistance |
| Housing | Safety and Security |
| Faculty | Emeritus |
| **Academic Regulations** | |
| Registration | Undergraduate Leave of Absence Policy |
| Credit Taken in Residence at Bradley | All-University Degree Requirements |
| Non-Resident Credit | Majors, Concentrations, and Minors |
| Grades | Academic Ombudsman |
| Undergraduate Scholastic Probation, Dismissal, and Forgiveness Policies | Breach of Academic Integrity |
| Graduation | University Student Grievance Policy |
| Miscellaneous University Regulations | |
| **Admissions** | |
| Freshman | Former Bradley Students |
| Students Not Pursuing a Degree | Transfer Admission |
| Illinois Articulation Initiative | International Students |
| Credit by Examination | |
| **Special Academic Programs** | |
| Academic Exploration Program (AEP) | Military Science |
| The University Experience course (EHS 120) | |
| **Student Involvement** | |
| Campus Recreation and Athletic Facilities | Event Services |
| Student Activities<br>  o  Fraternity and Sorority Life<br>  o  The Lewis J. Burger Center for Leadership and Service | Campus Programming |
| Student Government | Student Organizations |
| **Student Affairs** | |
| Student Affairs | Diversity and Inclusion |
| Health Services/Counseling Center | Off-Campus Properties |
| Residential Living and Student Conduct | Smith Career Center |

| Springer Center for Internships | Student Involvement |
|---|---|
| Student Support Services | |
| **Other Services** | |
| Bradley University Bookstore | Computing Services |
| Learning, Design and Technology | |
| **Foster College of Business** | |
| Foster College of Business | BUS Courses |
| Accounting | Accounting Courses |
| Economics | Economics Courses |
| Entrepreneurship, Technology, and Law | Entrepreneurship, Technology, and Law Courses |
| Finance | Finance Courses |
| International Business Program | International Business Courses |
| Management and Leadership | Management and Leadership Courses |
| Marketing | Marketing Courses |
| **Slane College of Communications And Fine Arts** | |
| Slane College of Communications and Fine Arts | CFA Courses |
| Fine Arts Minor | Art and Design |
| Art and Design Courses | Communication |
| Communication Courses | General Studies Major in Communications and Fine Arts |
| Interactive Media | Interactive Media Courses |
| Music | Music Courses |
| Theatre Arts | Theatre Courses |
| **College of Education and Health Sciences** | |
| College of Education and Health Sciences | EHS Courses |
| Education, Counseling, and Leadership | Education, Counseling, and Leadership Courses |
| Family and Consumer Sciences | Family and Consumer Sciences Courses |
| Health Science | Health Science Courses |
| Minor in Health | Minor in Leadership |
| Nursing | Nursing Courses |
| Title II Report Card | |
| **Caterpillar College of Engineering and Technology** | |
| Caterpillar College of Engineering and Technology | EGT Courses |
| Civil Engineering | Civil Engineering Courses |
| Construction | Construction Courses |
| Electrical and Computer Engineering | Electrical Engineering Courses |
| Industrial Engineering | Industrial and Manufacturing Engineering (IME) Courses |
| Manufacturing Engineering | Manufacturing Engineering Technology |
| Manufacturing Engineering Technology (IMT) Courses | Mechanical Engineering |

| Mechanical Engineering Courses | Minors (IMET) |
|---|---|
| **College of Liberal Arts and Sciences** | |
| College of Liberal Arts and Sciences | LAS Courses |
| SCI Courses | African-American Studies |
| African-American Studies Courses | Anthropology |
| Anthropology Courses | Asian Studies |
| Astronomy Courses | Biology |
| Biology Courses | Chemistry and Biochemistry |
| Chemistry Courses | Computer Science and Information Systems |
| Computer Science Courses | Computer Information Systems Courses |
| Criminology | Criminology Courses |
| Economics (LAS) | Economics Courses (FCB) |
| English | English Courses |
| Environmental Science Program | Environmental Science Courses |
| Ethics Minor | European Studies Program |
| Geological Sciences Courses | History |
| History Courses | Interdisciplinary Major Program |
| Institute of International Studies | International Studies Courses |
| Latin American Studies | Mathematics |
| Mathematics Courses | Medical Laboratory Science Program |
| Neuroscience Minor | Neuroscience Courses |
| Philosophy | Philosophy Courses |
| Physics | Physics Courses |
| Political Science | Political Science Courses |
| Legal Studies Minor | Pre-Law Courses |
| Psychology | Psychology Courses |
| Religious Studies | Religious Studies Courses |
| Sociology | Sociology Courses |
| Social Work | Social Work Courses |
| Sustainability Minor | Western Civilization Courses |
| Women's and Gender Studies Program | Women's and Gender Studies Courses |
| World Languages and Cultures | World Languages Courses |
| **Turner School of Entrepreneurship And Innovation** | |
| Minor in Entrepreneurship and Innovation | Entrepreneurial Scholar |
| SEI Courses | |

35.     When Plaintiff and the Class entered into a contractual agreement with Bradley to provide 15 weeks of in-person classroom instruction, and access to on-campus facilities, resources, technologies, and events for the Spring 2020 Semester, Plaintiff and Class Members viewed the Catalog to make specific course selections prior to registering and paying for those selected courses.

12

36.     Thus, for the Spring 2020 semester, Plaintiff needed to register for BIO 250, BIO 260, BIO 484, IS 330, and RLS 320. Plaintiff when to the Schedule of Classes to look at the course description for each of the classes, which discloses the on-campus location of where the class will occur and whether or not a lab component is necessary.

37.     For example, for BIO 202 Microbiology and Immunology, Bradley's Schedule of Classes promised a lab component (which Bradley also required) and indicated that the class would occur at OH, which means Olin Hall, 827 N. Elmwood Ave, Peoria, IL 61606, unlike the Online Learning at Bradley, which promises to be conducted 100% online:



38.     Plaintiff had two on-campus lab courses for the Spring 2020 Semester, which were required by Bradley, BIO 250 and BIO  484.

---

[20] http://schedule.bradley.edu/scripts/schedule.dll

39.     After viewing the required courses Plaintiff needed to take Plaintiff registered for those 15 weeks of Spring 2020 semester courses in the Catalog by going to the Academic Regulations category in the Catalog and clicking on the Registration subcategory:[21]

## Academic Regulations

- Registration
- Undergraduate Leave of Absence Policy
- Credit Taken in Residence at Bradley
- All-University Degree Requirements
- Non-Resident Credit
- Majors, Concentrations, and Minors
- Grades
- Academic Ombudsman
- Undergraduate Scholastic Probation, Dismissal, and Forgiveness Policies
- Breach of Academic Integrity
- Graduation
- University Student Grievance Policy
- Miscellaneous University Regulations

40.     Plaintiff and class members then clicked on the hyperlink to Webster, where the student actually registers for those in-person, on-campus courses and laboratories. Upon information and belief, when registering on Webster, Bradley required Plaintiff and Class members to accept the terms and conditions, financial and otherwise, which have been set forth by Bradley in its catalogues, bulletins, circulars, and regulations.

41.     In registering for on-campus, in-person instruction Courses for the Spring 2020 semester, Bradley was promising to provide on-campus, in-person instruction, not course credits. Plaintiff and Class members had to perform in a manner based upon standards set by Bradley and

---

[21]https://web.archive.org/web/20191016203123/https://www.bradley.edu/academic/undergradcat/20192020/ (Last visited: July 10, 2020).

the industry to obtain the course credits. Plaintiff and Class members could not simply pay tuition and fees and obtain the credit hours. Plaintiff and Class members also could not simply just show up to on-campus, in-person classes and obtain the credit hours. Bradley would not provide the credit to Plaintiff and Class members unless they substantially complied with the requirements in the Bradley catalog, bulletins, and circulars, in addition to achieving academic standards set by Bradley. In all, Bradley promised Plaintiff and Class members opportunities and on-campus, in-person instruction in order for Plaintiff and Class members to obtain the credit.

**2.      Course Surcharge Fees**

42.      When viewing the catalog and registering for classes on Webster, Plaintiff and Class members also contracted for 15 weeks of access to on-campus laboratories, facilities, resources, and materials via payment of a Course Surcharge Fee for the Spring 2020 Semester. Generally, Bradley Course Surcharges are imposed for courses where there is a laboratory or other hands on course components that cannot be replicated via an online course. It is impossible to pay for access to an on-campus lab and conduct the course online.  In fact, Online Learning at Bradley does not charge Course Surcharges because the courses are 100% online.

43.      For Spring 2020, Plaintiff registered for BIO 202 for on-campus, in-person instruction. As mentioned above, Bradley required BIO 202 to have an on-campus laboratory component. In exchange for Plaintiff and Class Members paying a $25 Course Surcharge for the Spring 2020 Semester, Bradley promised to provide 15 weeks of on-campus access to, materials, and instruction related to the on-campus laboratory used for BIO 250 and BIO 484 based on the course description in the registration tab in the catalog and when Plaintiff registered for the course through Webster. All courses that Bradley charges a Course Surcharge for cannot be conducted online. Plaintiff and the Class did not receive the entire Spring 2020 semester worth of on-campus

15

access to, materials, and instruction related to the Course Surcharge fees they paid. Bradley promised 15 weeks of classes for the Spring 2020 semester in the Catalog. Instead, Bradley did not hold up its end of the bargain from March 14, 2020 through May 13, 2020, resulting in harm to Plaintiff and Class members' student accounts based on the difference for what they paid and received.  Plaintiff and Class members are entitled to a pro rata refund based on the number of weeks they had on-campus access, resources, and materials related to payment of a Course Surcharge fee for the Spring 2020 semester.

### 3.     Student Activity Fee

44.     But there is more, the Catalog (and subsequent registration on Webster) is just one component of the contract between Plaintiff/Class members and Bradley. Bradley's bulletins, circulars, and regulations are also part of the contract for the Spring 2020 semester.

45.     In addition to the payment of tuition for the Spring 2020 Semester, Plaintiff and Class members contracted for on-campus events for the Spring 2020 semester by paying a mandatory $85 Activity Fee. In Bradley's circulars, bulletins, and regulations, which is part of the contract between Plaintiff/Class members and Bradley, Bradley markets the Student Activity Fee as the source of funding on-campus events for a semester:



46.     The Bradley Student Activities Budget Review Committee ("SABRC") was in charge of allocating the mandatory Student Activity Fee charged to Plaintiff and Class members for the Spring 2020 Semester. Specifically, the SABRC's Articles is a Bradley bulletin, circular, and/or regulation that is part of the contract between Plaintiff/Class Members and Bradley. **Exhibit 2.** The Articles promised on-campus activities and events for the entire Spring 2020 semester, in particular the SABRC's goal is to "provide the funds for campus-wide events sponsored by student organizations" and "strive for student activities which provide education (the knowledge and development resulting from cultural and co-curricular education), entertainment (activities diverting or engaging) and/or service to the campus (workshops, training, etc.).[22] **Exhibit 2.** Additionally, the fact that the Catalog promised 15 weeks worth of on-campus events and activities.

_____

[22] https://www.bradley.edu/dotAsset/2a4c1335-156c-4a0c-82fd-6f3babed1755.pdf

47.     The SABRC's Articles require that "all programs and costs funded through student activity fees should pay for programs that benefit the student body as a whole." **Exhibit 2**

48.     Upon information and belief, Plaintiff and Class members student accounts paid the entire $85 Student Activity fee for the entire Spring 2020 semester and Bradley did not provide on-campus activities for the entire Spring 2020 Semester, and instead profited off of closing campus from March 14, 2020 through May 13, 2020 because it held no on-campus activities, events, or student organization events.

49.     Plaintiff and Class Members suffered harm in difference in what they paid and what they received for the Spring 2020 semester. Plaintiff and Class members received activities and events from January 22, 2020 through March 14, 2020, versus what they were promised—January 22, 2020 through May 13, 2020. A pro rata refund is appropriate for the weeks that Bradley did not provide any on-campus activities or events that the Student Activity Fee funds. Online Learning at Bradley Students are not charged a Student Activity Fee because 100% online classes have no on-campus events or activities.

50.     Additionally, Plaintiff and Class members contracted for use of on-campus laboratories, facilities, resources, and materials via payment of a Course Surcharge Fee for the Spring 2020 Semester. Generally, Bradley Course Surcharges are imposed for courses where there is a laboratory or other hands on course components that cannot be replicated via an online course. It is impossible to pay for access to an on-campus lab and conduct the course online.  In fact, Online Learning at Bradley does not charge Course Surcharges because the courses are 100% online.

51.     For Spring 2020, Plaintiff registered for BIO 250 and BIO 484 for on-campus, in-person instruction. As mentioned above, Bradley required 250 and BIO 484 to have an on-campus

laboratory component. In exchange for Plaintiff and Class Members paying a $25 Course Surcharge for the Spring 2020 Semester, Bradley promised to provide on-campus access to, materials, and instruction related to the on-campus laboratory used for 250 and BIO 484 based on the course description in the registration tab in the catalog and when Plaintiff registered for the course through Webster. All courses that Bradley charges a Course Surcharge for cannot be conducted online. Plaintiff and the Class did not receive the entire Spring 2020 semester worth of on-campus access to, materials, and instruction related to the Course Surcharge fees they paid. Bradley promised 15 weeks of classes for the Spring 2020 semester in the Catalog. Instead, Bradley did not hold up its end of the bargain from March 14, 2020 through May 13, 2020, resulting in harm to Plaintiff and Class members based on the difference for what they paid and received.  Plaintiff and Class members are entitled to a pro rata refund based on the number of weeks they had on-campus access, resources, and materials related to payment of a Course Surcharge fee for the Spring 2020 semester.

**D.      Spring 2020 Semester**

**1.      Bradley Changed its In-Person Classroom Instruction to an Online Format**

52.     On March 12, 2020, Bradley sent an email communication to all students, facility, and staff, to inform everyone that Bradley was eliminating one week of the 15-week Spring 2020 Semester and extending spring break by one week through the week of March 23, 2020 through March 29, 2020. The email further informed that after the canceled week of class and campus closure, that all in-person classroom instruction would be moved by Bradley to an online only format starting March 30, 2020, and that campus would be closed.

53.     Thus, Plaintiff and the Class paid tuition and mandatory fees to Bradley for one week of in-person class instruction and on-campus facilities, supplies, events, and services that

never actually occurred from March 23, 2020 through March 27, 2020. The Spring 2020 Semester was not extended to provide for instruction in any manner.

54.     By March 30, 2020, Bradley changed its in-person instruction of classes, and transformed them into an online only class. In doing so, Plaintiff and students lost the hands-on training, close instructor supervision, use facilities, access to events, and all of the benefits Plaintiff and the Class paid to Bradley for mandatory Course Surcharges such as lab access, lab supplies, art supplies, facility use, materials, trips, software programs, etc.

55.     Moreover, once the classes returned from the one-week class cancellation (March 23, 2020 - March 29, 2020) in its new online format, the online learning options provided to Plaintiff and the Class was subpar in practically every aspect, including lack of facilities, materials, and access to faculty. Students were deprived of the opportunity for collaborative learning and in-person dialogue, feedback, and critique. The remote learning options were in no way the equivalent of the in-person education that Plaintiff and the Class contracted and paid for. In fact, Bradley offers Online Learning at Bradley at a lower cost for those who wish to have a 100% remote learning experience.

56.     When classes were moved online, instructors failed to come close to fulfilling the 3 hours of class instruction that students paid for a particular class each week. For example, prior to the transition from in person to online, Plaintiff received 15 hours per week of course instruction, but after Bradley's change to online instruction only, Plaintiff received an inferior level of education, as instructors reduced the workload and instruction time.

57.     The above examples highlight the inferior nature of online classes when compared to in-person instruction on the same course material. In-person instruction and online classes are not equal learning experiences.

58.     The tuition and mandatory fees for in-person classes at Bradley are higher than tuition and fees are higher than tuition and fees for Online Learning at Bradley because such costs cover not just the academic instruction, but encompass an entirely different experience which includes, but is not limited to:

- Face-to-face interaction with professors, mentors, and peers;
- Access to facilities, such as, libraries, laboratories, computer labs, and study room;
- Student governance and student unions;
- Extra-curricular activities, groups, intramural sports, etc.;
- Student art, cultures, and other activities;
- Social development and independence;
- Hands on learning and experimentation; and
- Networking and mentorship opportunities.

**2.     Closure of Bradley's Campus and Facilities**

59.     In March 2020, Bradley also closed its campus and prevented students from accessing all of its on-campus facilities and resources, including:

(a)     the Markin Center, which is a 130,000 square foot building featuring Bradley's fitness center, Late Night BU, counseling services, and health services;

(b)     the campus library and the attendant computers and software programs;

(c)     student housing and meal services; and

(d)     the student center.

60.     Bradley's closure of Campus prevented Plaintiff and Class members from accessing laboratories, lab materials, art supplies, resources, and technologies that Course Surcharge Fees were paid for.

61.     The Course Surcharge and Activity fees Plaintiff and the Class paid diminished in value when Bradley changed its in-person instruction to an online format because those fees went towards course-specific labs, materials, supplies, and events that cannot be accessed or delivered remotely. For example, Plaintiff could not access his labs after Bradley's unilateral move to online classes, despite paying a $200 in Course Surcharges for his labs.

**E.    Bradley has Failed to Reimburse Students for One Week of No Classes and Seven Weeks of Online Class and Campus Closure**

62.    Bradley has not provided any refunds or other reimbursements for fees and tuition paid for the Spring 2020 Semester, except for those who lived in campus housing and/or purchased a meal plan:

> For those students who lived in the residence halls and SAC during the Spring 2020 Semester, but are not currently living in those buildings, you will be issued a refund prorated at 44% of the housing and meal plans for the spring semester. We are diligently working through this process and plan to have the applicable credit amount reflected on each student's billing statement by April 20. When the credit is applied to your student account, it will be used to offset any unpaid, outstanding tuition and fee charges. Any credit balance on your account will result in you being issued a check and it will be mailed to your home address on file.[23]

63.    While Bradley made some reimbursements for student housing and meal plans, it made no provision for a reimbursement for the more critical losses suffered by its student body.

64.    In fact, Bradley explicitly declared that it will not provide any refunds for Spring 2020 tuition or mandatory fees:

> Bradley will continue to offer instruction, deliver content and issue academic credit for the remainder of the spring semester. Full academic credit will be awarded in accordance with university academic standards. No tuition and fee adjustments will be made for the Spring 2020 Semester.[24]

65.    Thus, despite Bradley providing reimbursement for room and board and meal plans to Plaintiff, Bradley rejects any notion that it should refund a portion of the tuition and mandatory fees paid for the Spring 2020 Semester by Plaintiff and the Class. The loss of access to dorms and meal plans is not different than the loss of access to labs, lab supplies, facilities, student events, activities, and student organizations that were paid for.

---

[23] https://www.bradley.edu/sites/coronavirus/communications/20200331family.dot (Last visited: September 28, 2020).

[24] https://www.bradley.edu/sites/coronavirus/communications/20200331family.dot (Last visited: July 10, 2020).

66.     The tuition and fees that Plaintiff and the Class paid for the Spring 2020 Semester was based on Bradley providing in-classroom instruction, hands-on learning, instruction feedback in person, providing events, college organizations, networking and use of campus facilities.

67.     The and the Class have suffered actual damages in the following ways:
(a)     Prorated tuition and fees paid for the one week of canceled classes;
(b)     Prorated tuition and course instruction fees paid for in-person instruction versus online instruction for the last seven weeks of the Spring 2020 Semester; and
(c)     Prorated fees paid for on-campus facilities, activities, supplies, resources, events, and technologies that were closed for the last 7 weeks of the Spring 2020 Semester.
68.     Plaintiff seeks, for himself and the Class, for Bradley to disgorge the prorated portion of tuition and mandatory fees at issue, proportionate to the amount of time that remained in the Spring 2020 Semester when classes moved online and campus services and facilities ceased being provided.

69.     While Plaintiff recognizes that in closing its physical campus and shifting all instruction to online, Bradley likely took measures it deemed necessary to protect public health, the fact remains that the education and services that Bradley provided to students for the second half of the Spring 2020 semester were not that which Plaintiff paid for.

## V.     CLASS ACTION ALLEGATIONS

70.     Plaintiff brings this action as a class action pursuant to Rule 23(a), (b)(2), (b)(3), and/or (c)(4) of the Federal Rules of Civil Procedure on behalf of herself and all others similarly situated as members of the Class listed below:

Tuition Class:              All student accounts that paid tuition for on-campus courses at Bradley University for the Spring 2020 semester.

Activity Fee Class:         All student accounts that paid an Activity Fee for the Spring 2020 Semester.

Course Surcharge Class:     All student accounts that paid a Course Surcharge Fee for the Spring 2020 Semester.

Collectively (the "Class")

71.     Subject to additional information obtained through further investigation and discovery, the foregoing Class definition may be expanded or narrowed by amendment or superseded by Plaintiff's motion for class certification.

72.     **Numerosity of the Class**.  The members of the Class are so numerous that their individual joinder is impracticable.  Plaintiff is informed and believes that there are, accordingly, at least several thousand members in the Class.  Inasmuch as the Class members may be identified through business records regularly maintained by Bradley and its employees and agents, the number and identities of Class members can be ascertained.  Members of the Class can be notified of the pending action by e-mail and mail and supplemented by published notice, if necessary.

73.     **Commonality and Predominance of Common Questions of Law and Fact**. There are questions of law and fact common to the Class. These questions predominate over any questions affecting only individual Class members. These common legal and factual issues include, but are not limited to whether:

(a)     whether Defendant accepted money from Plaintiff and the Class in exchange for the promise to provide services;

(b)     whether Defendant has provided the services and 15 weeks of the Spring 2020 semester for which Plaintiff and the Class contracted;

(c)     whether Plaintiff and the Class are entitled to a refund for the portion of the tuition and fees that was contracted for services that Defendant did not provide;

(d)     whether Defendant was unjustly enriched by retaining the fees and/or tuition of Plaintiff without providing the 15 weeks of Spring 2020 services or partially providing that the fees and/or tuition were supposed to cover;

(e)     whether the tuition and fees charged by Bradley for in-person instruction are commensurate to online classes at Bradley;

(f)     whether certification of the Class is appropriate under Rule 23;

(g)     whether the Class is entitled to declaratory, equitable, or injunctive relief; and

(h)     whether Plaintiff and the Class are entitled to damages and what are the proper measure of damages.

74.     **Typicality.**     The claims of the representative Plaintiff are typical of the claims of each member of the Class. Plaintiff, like other Class members, has sustained damages arising from

Defendant's breach of contract, as alleged herein. The representative Plaintiff and the Class were and are similarly or identically harmed by the same conduct by Defendant.

75.   **Adequacy.**   The representative Plaintiff will fairly and adequately represent and protect the interests of the Class and has retained counsel who are experienced and competent trial lawyers in complex litigation and class action litigation. There are no material conflicts between the claims of the representative Plaintiff and the Class that would make class certification inappropriate. Counsel for the Class will vigorously assert the claims of all Class members.

76.   **Superiority.**   A class action is superior to all other available means for the fair and efficient adjudication of this controversy. The damages or other financial detriment suffered by individual Class members are relatively small compared to the burden and expense of individual litigation of their claims against Defendant. It would, thus, be virtually impossible for the Class, on an individual basis, to obtain effective redress for the wrongs committed against them. Furthermore, even if the Class could afford such individualized litigation, the court system could not. Individualized litigation would create the danger of inconsistent or contradictory judgments arising from the same set of facts. Individualized litigation would also increase the delay and expense to all parties and the court system from the issues raised by this action. By contrast, the class action device provides the benefits of adjudication of these issues in a single proceeding, economies of scale, and comprehensive supervision by a single court, and presents no unusual management difficulties under the circumstances.

77.   In the alternative, the Class may be certified because:

(a)   The prosecution of sperate actions by individual Class members would create a risk of inconsistent or varying adjudications with respect to individual Class members that would establish incompatible standards of conduct for Bradley;

(b)   Bradley has acted or refused to act on grounds generally applicable to the Class as a whole, thereby making appropriate final declaratory and/or injunctive relief with respect to members of the Class as a whole.

## COUNT I
### Breach of Contract

78.     Plaintiff and the Class repeat and re-allege the allegations in paragraphs 1 through 77 above, as if fully alleged herein.

79.     Plaintiff brings this claim individually and on behalf of the members of the Class against Bradley.

80.     Bradley offered two distinct types of academic programs for the Spring 2020 semester: (1) online programs, where 100% of courses are delivered online; and (2) on-campus programs where the classes are delivered on Bradley's campus.

81.     Plaintiff and Class members specifically registered for 15 weeks of on-campus courses for the Spring 2020 semester.

82.     Bradley billed Plaintiff and Class members tuition for 15 weeks of on-campus courses, which Plaintiff and Class members paid for the Spring 2020 semester.

83.     Bradley billed Plaintiff's student account $200 in Course Surcharges for on-campus access to a laboratory and laboratory supplies for the entire 15-week Spring 2020 Semester, which Plaintiff and Class members paid.

84.     Bradley billed Plaintiff and Class members' student accounts an $85 Activity Fee for on-campus events, activities, facilities, and student organizations for the entire 15-week Spring 2020 semester.

85.     Bradley required Plaintiff and Class members to enter into a binding agreement to pay tuition and fees in exchange for specific types of on-campus courses, events, facilities, resources, supplies, and services for the Spring 2020 semester.

26

86.     Plaintiff and Class members thereby entered into binding contracts with Bradley for 15 weeks of on-campus courses, laboratories, laboratory supplies, on-campus events, activities, and student organizations for the Spring 2020 semester.

87.     The terms of these contracts are set forth in Bradley's catalogues, bulletins, circulars, and regulations that were made available to Plaintiff and Class members. **Exhibit 1 and 2.** Through these materials, Bradley made specific promises to, among other things, provide Plaintiff and Class members on-campus, in-person instruction, along with access to on-campus laboratories, laboratory supplies, events, activities, and student organizations for the entire duration of the 15-week Spring 2020 semester.

88.     However, beginning in mid-March 2020, roughly halfway into the contract term, Bradley ceased providing the agreed up on-campus, in-person instruction, access to on-campus laboratories, laboratory supplies, on-campus events and activities, for which Plaintiff and Class members paid for. First, Bradley closed campus and did not provide any instruction (online or in person), on-campus events or activities or student organizations, or access to on-campus laboratories or laboratories supplies for the week of March 23, 2020 through March 27, 2020, at all, and never made up that week of the 15-week Spring 2020 semester. From March 27, 2020 through May 13, 2020 Bradley moved all on-campus, in-person instruction to an online only format. Bradley also ceased providing on-campus events, activities, and student organizations that the Student Activity Fee funds. Additionally, Bradley ceased providing access to on-campus laboratories, facilities, and supplies that Course Surcharge Fees cover.

89.     Thus, Bradley breached its contract with Plaintiff and Class members by failing to provide the promised 15 weeks of: (a) on-campus, in-person instruction, (b) access to on-campus

laboratories, facilities, and supplies that the Course Surcharge Fees cover, (c) access to on-campus activities, events, and student organizations that the Activity Fee covers.

90.     Plaintiff and Class members have therefore been denied the benefit of their bargain.

91.     Plaintiff and Class members have performed all obligations imposed on them pursuant to their agreement with Bradley, including by making tuition and fee payments to Bradley for the Spring 2020 semester, or securing student loans and/or scholarships to make such payments.

92.     Plaintiff and Class members have suffered damages as a direct and proximate result of Bradley's breach, including being deprived of the promised 15 weeks of: (a) on-campus, in-person instruction, (b) access to on-campus laboratories, facilities, and supplies that the Course Surcharge Fees cover, (c) access to on-campus activities, events, and student organizations that the Activity Fee covers.

93.     Bradley has failed to compensate Plaintiff and Class members' student accounts for the damages they have suffered as a result of Bradley's actions.

94.     Specifically, Bradley has failed to refund or reimburse Plaintiff and Class members' student accounts the prorated portion of tuition and fees necessary to compensate them for the difference in value between what they bargained and paid for and what they received.

95.     To the extent the COVID-19 pandemic frustrated the purpose of Plaintiff and Class members' bargain and expectation to attend in-person classes and have access to campus activities, facilities, resources, and services, Plaintiff and Class members are excused from paying full tuition and fees, and are entitled to receive the prorated portion of tuition and fees necessary to compensate them for the difference in value between what they paid for and what they received.

96.     Plaintiff and Class members are entitled to damages representing the difference in value between what they contracted for and what they received.

97.     Plaintiff and the Class seek all damages and equitable relief to which they may be entitled.

## COUNT II
## Unjust Enrichment

98.     Plaintiff and the Class repeat and re-allege the allegations in paragraphs 1, 5 through 29, 52-69, 70-72, 73(a),(c)(d),(e),(f),(g), (h), and 73 through 77 above, as if fully alleged herein.

99.     Plaintiff brings this claim individually and on behalf of the other members of the Class in the alternative to the breach of contract claim in Count I.

100.    Plaintiff and the Class conferred a benefit on Bradley in the form of tuition and fees for the Spring 2020 semester.

101.    Bradley was aware of and voluntarily accepted this benefit.

102.    Plaintiff and Class members paid Bradley tuition and fees in exchange for 15 weeks of: (a) on-campus, in-person instruction, (b) access to on-campus laboratories, facilities, and supplies that the Course Surcharge Fees cover, and (c) access to on-campus activities, events, and student organizations that the Activity Fee covers for the Spring 2020 semester.

103.    Beginning in March 2020, as described above, Bradley failed to provide 15 weeks of: (a) on-campus, in-person instruction, (b) access to on-campus laboratories, facilities, and supplies that the Course Surcharge Fees cover, (c) access to on-campus activities, events, and student organizations that the Activity Fee covers. In fact, Bradley provided no instruction (online or on-campus), access to on-campus laboratories, facilities, supplies, activities, events, and student organizations for the week of March 23, 2020 through March 27, 2020 at all. From March 27,

2020 through May 13, 2020, Bradley moved all on-campus, in-person instruction to an online only format, and continued to not provide access to on-campus laboratories, facilities, supplies, activities, events, and student organizations that the Course Surcharge and Activity Fee funds.

104.    Despite failing to provide the benefits owed, Bradley has retained and appreciated the benefit of the amount of tuition and fees that Plaintiff and Class members provided, to the detriment of Plaintiff and the Class.

105.    The circumstances are such that Bradley's retention of this benefit violates fundamental principles of justice, equity, and good conscience because Bradley financially benefited from not having to provide all on-campus services while the students were participating in remote learning during the Spring 2020.

106.    There is no justification or case for Bradley's failure to return the portion of tuition and fees for (a) the week of March 23, 2020 through March 27, 2020 for which there were no courses instructed online or in person/ campus was closed for everything, and (b) from March 27, 2020, through May 13, 2020 when Bradley moved all on-campus, in-person instruction to online only and continued to deny access to on-campus laboratories, facilities, and supplies, in addition to on-campus events, activities, and student organizations  that the Course Surcharge Fee and Student Activity Fee funds. Moreover, students were required to move off campus by Bradley and could not access Health Services as a result, despite paying a $120 Health Fee for the Spring 2020 semester. There is no reason Bradley is not refunding students tuition and fees for the Spring 2020 semester.

107.    Accordingly, Plaintiff and Class members are entitled to and seek disgorgement and restitution of the benefits unjustly retained, whether in whole or in part, including through refunds for tuition and fees for the Spring 2020 semester.

## PRAYER FOR RELIEF

108.     Plaintiff, individually and on behalf of the members of the Class, respectfully

requests that the Court enter judgment in their favor and against Defendants as follows:

(a)     Certifying the Tuition Class, Activity Fee Class, and Course Surcharge Class under Rule 23 as requested herein, designating Plaintiff as class representative, and appointing the undersigned counsel as Class counsel;

(b)     Declaring that Defendant is financially responsible for notifying the Class of the pendency of this suit;

(c)     Declaring that Defendant wrongfully kept the monies paid by the Class;

(d)     Awarding injunctive relief as permitted by law and equity;

(e)     Awarding Plaintiff's reasonable attorney fees, costs, and expenses;

(f)     Awarding pre- and post-judgment interest on any amounts awarded; and

(g)     Awarding such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all claims so triable.

Respectfully submitted October 8, 2021

VARNELL & WARWICK, P.A.

s/ Matthew T. Peterson
Matthew T. Peterson, ARDC No. 6321290
Janet R. Varnell, admitted *pro hac vice*
1101 E. Cumberland Ave., Ste. 201H, #105
Tampa, Florida 33602
T: 352-753-8600
F: 352-504-3301
*mpeterson@vandwlaw.com*
*jvarnell@vandwlaw.com*
*ckoerner@vandwlaw.com*

**Counsel for Plaintiff**

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via

electronic mail, on October 8, 2021 on all counsel of record.

/s/ Matthew T. Peterson
Matthew T. Peterson

# EXHIBIT 1

# 2019-2020 UNDERGRADUATE CATALOG

## General Information

- Bradley University (overview-budescription.dot)
- Our Vision and Mission (overview-mission.dot)
- Founding of Bradley (overview-founding.dot)
- Academic Calendar (On Campus) (overview-calendar.dot)
- Fields of Study (overview-degrees.dot)
- Accreditation (overview-accreditation.dot)
- Fees and Expenses (overview-tuitionfees.dot)
- Financial Assistance (overview-financial.dot)
- Housing (overview-housing.dot)
- Safety and Security (overview-safety-and-security.dot)
- Faculty (overview-faculty.dot)
- Emeritus (overview-emeriti.dot)

## Academic Regulations

- Registration (overview-arregistration.dot)
- Undergraduate Leave of Absence Policy (overview-arleaveabsence.dot)
- Credit Taken in Residence at Bradley (overview-arrescredit.dot)
- All-University Degree Requirements (overview-arrequirements.dot)
- Non-Resident Credit (overview-arcredit.dot)
- Majors, Concentrations, and Minors (overview-armajorsminorcons.dot)
- Grades (overview-argrades.dot)
- Academic Ombudsman (overview-arombudsman.dot)
- Undergraduate Scholastic Probation, Dismissal, and Forgiveness Policies (overview-arprobationdismissal.dot)
- Breach of Academic Integrity (overview-archeating.dot)
- Graduation (overview-argraduation.dot)
- University Student Grievance Policy (overview-argrievance.dot)
- Miscellaneous University Regulations (overview-aracademic_misc.dot)

## Admissions

- Freshman (overview-admfreshman.dot)
- Former Bradley Students (overview-admformerbu.dot)
- Students Not Pursuing a Degree (overview-admnondegree.dot)

- Transfer Admission (overview-admtransfer.dot)

- Illinois Articulation Initiative (overview-admiai.dot)
- International Students (overview-adminternational.dot)
- Credit by Examination (overview-admexamcredit.dot)

# Special Academic Programs

- Academic Exploration Program (AEP) (overview-spaep.dot)
- Military Science (overview-spmilitary.dot)
- The University Experience course (EHS 120) (overview-spuexperience.dot)

# Student Involvement

- Campus Recreation and Athletic Facilities (overview-sarec.dot)
- Event Services (overview-sies.dot)
- Student Activities
  - Fraternity and Sorority Life (overview-safsl.dot)
  - The Lewis J. Burger Center for Leadership and Service (overview-sa-lewis-j.-burger-center.dot)
- Campus Programming (overview-sicp.dot)
- Student Government (overview-sisg.dot)
- Student Organizations (overview-sastudentorgs.dot)

# Student Affairs

- Student Affairs (overview-sastudentaffairs.dot)
- Diversity and Inclusion (overviewother-garret-center.dot)
- Health Services/Counseling Center (overview-sa-health-services.dot)
- Off-Campus Properties (overview-offcampushousing.dot)
- Residential Living and Student Conduct (overview-sares.dot)
- Smith Career Center (overview-sascc.dot)
- Springer Center for Internships (overview-spspringer.dot)
- Student Involvement (overview-sacsi.dot)
- Student Support Services (overview-sasupport.dot)

# Other Services

- Bradley University Bookstore (overviewother-bradley-bookstore.dot)
- Computing Services (overviewother-computing-services.dot)
- Learning, Design and Technology (overviewother-learning-design-technology.dot)

# Foster College Of Business

- Foster College of Business (fcba-fcba.dot)

- BUS Courses (fcba-buscourses.dot)
- Accounting (fcba-atg.dot)
- Accounting Courses (fcba-atgcourses.dot)
- Economics (fcba-econmajor.dot)
- Economics Courses (fcba-econcourses.dot)
- Entrepreneurship, Technology, and Law (fcba-etl.dot)
- Entrepreneurship, Technology, and Law Courses (fcba-etlcourses.dot)
- Finance (fcba-fqm.dot)
- Finance Courses (fcba-fqmcourses.dot)
- International Business Program (fcba-ibmajor.dot)
- International Business Courses (fcba-ibcourses.dot)
- Management and Leadership (fcba-ml.dot)
- Management and Leadership Courses (fcba-mlcourses.dot)
- Marketing (fcba-mtg.dot)
- Marketing Courses (fcba-mtgcourses.dot)

# Slane College Of Communications And Fine Arts

- Slane College of Communications and Fine Arts (cfa-cfa.dot)
- CFA Courses (cfa-cfacourses.dot)
- Fine Arts Minor (cfa-faminor.dot)
- Art and Design (cfa-art.dot)
- Art and Design Courses (cfa-artcourses.dot)
- Communication (cfa-com.dot)
- Communication Courses (cfa-comcourses.dot)
- General Studies Major in Communications and Fine Arts (cfa-general-studies-major-incfa.dot)
- Interactive Media
  (cfa-im.dot)
- Interactive Media Courses (cfa-imcourses.dot)
- Music (cfa-mus.dot)
- Music Courses (cfa-muscourses.dot)
- Theatre Arts (cfa-the.dot)
- Theatre Courses (cfa-thecourses.dot)

# College of Education and Health Sciences

- College of Education and Health Sciences (ehs-ehs.dot)
- EHS Courses (ehs-ehscourses.dot)
- Education, Counseling, and Leadership (ehs-ecl.dot)
- Education, Counseling, and Leadership Courses (ehs-eclcourses.dot)

- Family and Consumer Sciences (ehs-fcs.dot)

- Family and Consumer Sciences Courses (ehs-fcscourses.dot)

- Health Science (ehs-hs.dot)

- Health Science Courses (ehs-hscourses.dot)

- Minor in Health (ehs-healthminor.dot)

- Minor in Leadership (ehs-leaderminor.dot)

- Nursing (ehs-nur.dot)

- Nursing Courses (ehs-nurcourses.dot)

- Title II Report Card (ehs-title2.dot)

# Caterpillar College of Engineering and Technology

- Caterpillar College of Engineering and Technology (egt-egt.dot)

- EGT Courses (egt-egtcourses.dot)

- Civil Engineering (egt-ce.dot)

- Civil Engineering Courses (egt-cecourses.dot)

- Construction (egt-con.dot)

- Construction Courses (egt-concourses.dot)

- Electrical and Computer Engineering (egt-ee.dot)

- Electrical Engineering Courses (egt-eecourses.dot)

- Industrial Engineering (egt-ie.dot)

- Industrial and Manufacturing Engineering (IME) Courses (egt-imecourses.dot)

- Manufacturing Engineering (egt-mfe.dot)

- Manufacturing Engineering Technology (egt-mfet.dot)

- Manufacturing Engineering Technology (IMT) Courses (egt-metcourses.dot)

- Mechanical Engineering (egt-me.dot)

- Mechanical Engineering Courses (egt-mecourses.dot)

- Minors (egt-minors-imet.dot) (IMET)

# College of Liberal Arts and Sciences

- College of Liberal Arts and Sciences (las-las.dot)

- LAS Courses (las-courses.dot)

- SCI Courses (las-scicourses.dot)

- African-American Studies (las-aas.dot)

- African-American Studies Courses (las-aascourses.dot)

- Anthropology (las-soc.dot#ANT)

- Anthropology Courses (las-soccourses.dot)

- Asian Studies (las-as.dot)

- Astronomy Courses (las-astcourses.dot)

- Biology (las-bio.dot)
- Biology Courses (las-biocourses.dot)
- Chemistry and Biochemistry (las-chm.dot)
- Chemistry Courses (las-chmcourses.dot)
- Computer Science and Information Systems (las-csis.dot)
- Computer Science Courses (las-cscourses.dot)
- Computer Information Systems Courses (las-ciscourses.dot)
- Criminology (las-crm.dot)
- Criminology Courses (las-crmcourses.dot)
- Economics (LAS) (las-econ.dot)
- Economics Courses (FCB) (las-econcourses.dot)
- English (las-eng.dot)
- English Courses (las-engcourses.dot)
- Environmental Science Program (las-env.dot)
- Environmental Science Courses (las-enscourses.dot)
- Ethics Minor (las-ethics.dot)
- European Studies Program (las-euro.dot)
- Geological Sciences Courses (las-geocourses.dot)
- History (las-his.dot)
- History Courses (las-hiscourses.dot)
- Interdisciplinary Major Program (las-imp.dot)
- Institute of International Studies (las-is.dot)
- International Studies Courses (las-iscourses.dot)
- Latin American Studies (las-latin.dot)
- Mathematics (las-mth.dot)
- Mathematics Courses (las-mthcourses.dot)
- Medical Laboratory Science Program (las-lsm.dot)
- Neuroscience Minor (las-neurosci.dot)
- Neuroscience Courses (las-neucourses.dot)
- Philosophy (las-phil.dot)
- Philosophy Courses (las-phlcourses.dot)
- Physics (las-phy.dot)
- Physics Courses (las-phycourses.dot)
- Political Science (las-pls.dot)
- Political Science Courses (las-plscourses.dot)
- Legal Studies Minor (las-prelaw.dot)
- Pre-Law Courses (las-prelawcourses.dot)
- Psychology (las-psy.dot)
- Psychology Courses (las-psycourses.dot)

- Religious Studies (las-rls.dot)
- Religious Studies Courses (las-rlscourses.dot)
- Sociology (las-soc.dot)
- Sociology Courses (las-soccourses.dot)
- Social Work (las-sw.dot)
- Social Work Courses (las-swcourses.dot)
- Sustainability Minor (las-sustainability.dot)
- Western Civilization Courses (las-wcivcourses.dot)
- Women's and Gender Studies Program (las-wgs.dot)
- Women's and Gender Studies Courses (las-wgscourses.dot)
- World Languages and Cultures (las-wlc.dot)
- World Languages Courses (las-wlccourses.dot)

# Turner School Of Entrepreneurship And Innovation

- Minor in Entrepreneurship and Innovation (turner-entrepreneur.dot)
- Entrepreneurial Scholar (turner-entrepreneur.dot#scholar)
- SEI Courses (turner-entrepreneur-courses.dot)

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# BRADLEY UNIVERSITY

Bradley University is a top-ranked, private university in Peoria, Illinois. Bradley was founded in 1897 as Bradley Polytechnic Institute by Lydia Moss Bradley as a memorial to her children and husband, Tobias. It became a four-year college offering bachelor's degrees in 1920 and a full university offering graduate programs in 1946, at which time its name was changed to Bradley University. Bradley is accredited by The Higher Learning Commission. With approximately 5,400 undergraduate and graduate students, Bradley offers the opportunities, choices and resources of a larger university and the personal attention and exceptional learning experience of a smaller university.

Through the five colleges — College of Liberal Arts and Sciences, College of Education and Health Sciences, Caterpillar College of Engineering and Technology, Foster College of Business and Slane College of Communications and Fine Arts — and The Graduate School, there are more than 185 majors and academic programs, including programs in entrepreneurship, game design, animation, nursing, hospitality leadership, internal auditing, music and entertainment industry, sports communication and physical therapy. The graduate school offers 38 graduate, doctorate and certificate programs, including eight online advanced-degree programs in nursing and two in counseling.

The average class size is 21 students, and the student-to-faculty ratio is 12:1. Bradley has nearly 350 full-time faculty members, who are both active researchers and committed teachers, providing personalized attention in learning and academic advising. All courses are taught by professors, not graduate assistants, and team projects and collaboration are emphasized in every area of university life. In fact, the Wall Street Journal/Times Higher Education continues to recognize Bradley among the top 15 schools in the U.S. for student engagement. In 2017, Bradley was ranked eighth in the nation.

There are abundant opportunities outside of the classroom. Students can develop leadership skills in more than 240 student organizations, including more than 60 dedicated to leadership and community service. Bradley is home to the nation's most successful speech program, as well as multiple fraternities and sororities, NCAA Division I athletics, club and intramural sports, study abroad opportunities and the Lewis J. Burger Center for Student Leadership and Public Service.

The new $100M Business and Engineering Convergence Complex will open in Fall 2019. The new 270,000 square foot facility will unite the Caterpillar College of Engineering and Technology and the Foster College of Business under one roof in a visionary facility. Continued development will take place through Spring 2021. This complex will encourage innovative ways of thinking, teaching and learning that will open up opportunities for students and faculty to work across curriculums and participate in project-based learning activities. The project will also create a new front door to the campus spurring more partnerships and community involvement while enhancing the Main Street corridor and surrounding neighborhood.

Bradley's second-oldest building, Westlake Hall, was transformed into a modern, LEED Gold certified learning facility, equipped with the latest technologies. The renovation expanded the building to six times its former size, from 13,500 to 85,000 square feet. The Markin Family Student Recreation Center offers a swimming pool, exercise facilities and practice space for intramural sports. The Renaissance Coliseum is a 165,200-square foot, multi-use athletic facility. It is the primary sporting venue for women's basketball and volleyball, as well as select men's basketball events. The Coliseum includes the Mitchell "J.J." Anderson Court practice facility, an athletics museum, the university's athletics hall of fame, strength and conditioning and athletic training facilities, two student-athlete academic centers, 12 locker rooms for student-athletes and athletic department offices. Dingeldine Music Hall has been home to Bradley concerts since 1983. It houses the 440-seat Peters Recital Hall.

Built as an architectural companion to iconic Bradley Hall, the Hayden-Clark Alumni Center is a nod to Bradley's history. Visitors can explore the university's past through displays and interactive presentations in the first floor Shaheen Halll of Pride. Residence Halls come to life in miniature models of rooms from past decades, while digital galleries highlight campus life and artifacts honor university founder Lydia Moss Bradley. The third floor is home to the Peplow Pavilion, which provides a 300 seat upscale setting for alumni reunions, wedding receptions and other special events. It looks westward over the Alumni Quad and the Harden Circle of Pride.

Bradley University provides a comfortable setting for living and learning. A beautiful 85-acre campus contains both historic buildings and state-of-the-art learning centers, and is just 1 mile from downtown Peoria. Surrounded by a historic residential district, the campus has restaurants and shops within walking distance as well as a wide range of campus dining options.

Graduates of Bradley do exceptionally well in their chosen careers and advanced studies. The five-year average for graduates who started a career, graduate school or other postgraduate experience within six months of graduation is 93 percent.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# OUR VISION AND MISSION

## Vision

The leader in student engagement.

## Mission

Bradley University empowers students for immediate and sustained success in their personal and professional endeavors by combining professional preparation, liberal arts and sciences, and co-curricular experiences. Alongside our dedication to students, we embrace the generation, application, and interpretation of knowledge.

## Core Values

At the heart of Bradley University is a community built upon the valued relationships we find in each other as students, staff, faculty, administrators and alumni. At the core of these relationships are the values of student success, knowledge and discovery, inclusiveness and connectivity, and excellence.

- **Student Success**: We are a community that ensures student access to an individualized learning experience. This is characterized by broad opportunities for students to marry their passions and skills, by innovative academic programming, and by an exceptional level of engagement between students, staff and faculty, such that all students acquire the skills and dispositions essential to purposeful and productive living.
- **Knowledge and Discovery**: We are a community that prioritizes academic excellence by nurturing critical inquiry, research, creativity and technical skills development. We work collaboratively to engage learners in high-impact practices, in scholarship, and in leadership development opportunities in order to foster lives of purpose and advance a better world.
- **Inclusiveness and Connectivity**: We are a community that strives to contribute meaningfully to understanding and resolving the problems around us. By embracing servant leadership, purposeful civil discourse, and an inclusive identity whereby we understand that our differences are our strengths, we lend our passions and knowledge to build valued relationships with local, regional and global partners.
- **Excellence**: We are a dynamic community committed to the continuous pursuit of excellence. As individuals, as units and across campus, we welcome mutual accountability and are strengthened by our shared, collaborative efforts to ensure that we are each exceptional and passionate stewards of Bradley University.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# FOUNDING OF BRADLEY

What had once been a large stretch of prairie-land became a seat of higher learning because of the remarkable courage, strength and determination of one woman - Lydia Moss Bradley.

After all her hopes, ambitions and dreams for her six children ended in their untimely deaths, Mrs. Bradley and her husband, Tobias, discussed how they might use their wealth as a fitting memorial to their children. Their first idea was to establish an orphanage.

Sadly, Tobias died in May 1867 before the couple could realize their dream. Alone, Mrs. Bradley devoted herself unreservedly to achieving their goal. After traveling to various institutions, she decided instead of an orphanage to found a school where young people could learn how to do practical things to prepare them for living in the modern world. In 1892, Mrs. Bradley purchased a controlling interest in Parsons Horological School in LaPorte, Ind., the first school for watchmakers in America, and moved it to Peoria. She specified in her will that the school should expand after her death to include a classical education as well as industrial arts and home economics: "…it being the first object of this Institution to furnish its students with the means of living an independent, industrious and useful life by the aid of a practical knowledge of the useful arts and sciences."

Four years later, Dr. William Rainey Harper, president of the University of Chicago, convinced Mrs. Bradley to move ahead with her plans and establish the school during her lifetime. Bradley Polytechnic Institute received its charter Nov. 13, 1896, at which time Mrs. Bradley provided 17 1/2 acres of land, funds for two campus buildings, laboratory equipment, library books and annual operating expenses.

Construction moved quickly on Bradley Hall and Horology Hall (later renamed Westlake). Fourteen faculty and 150 students began classes Oct. 4, 1897 — with 500 workers still hammering away. (The Horological Department added another eight faculty and 70 students.) The formal dedication of Bradley Polytechnic Institute was Oct. 8, 1897. Less than a year later, the institute graduated its first student, Corinne Unland.

By 1899, there were 350 pupils in the School of Arts and Sciences at Bradley, almost equally divided between men and women. Classes included biology, chemistry, food work, sewing, English, German, French, Latin, Greek, history, manual arts, drawing, mathematics and physics.

Pleased with its progress, Mrs. Bradley transferred the rest of her estate to the school, including nearly 1,000 different pieces of property, while reserving their use and profits during her lifetime. At Founder's Day in 1906, she announced an additional gift to build Hewitt Gymnasium, now Hartmann Center for the Performing Arts.

Mrs. Bradley died Jan. 16, 1908, at the age of 91. Her original vision continued to grow to meet the educational needs of the region. Bradley became a four-year college offering bachelor's degrees in 1920 and a full university offering graduate programs in 1946, when it was renamed Bradley University.

Today, Bradley alumni total more than 70,000 worldwide. Prominent alumni include:

- **Ray LaHood '71**, former U.S. Secretary of Transportation, senior policy advisor for DLA Piper
- **General John Shalikashvili '58\***, retired chairman of the Joint Chiefs of Staff
- **Congressman Robert H. Michel '48\***, retired congressman and longest-serving Republican leader of the U.S. House of Representatives
- **Lillian Glass '74**, noted speech pathologist and speech communication author and speaker
- **René C. Byer '80**, winner of the Pulitzer Prize, senior photographer for the *Sacramento Bee*
- **David Horowitz '59**, consumer advocate
- **Tana Utley ' 86**, vice president of large power systems, Caterpillar Inc.
- **Kary McIlwain '81,** chief marketing officer, Ann and Robert H. Lurie Children's Hospital of Chicago
- **Calvin Butler '91**, chief executive officer, Baltimore Gas & Electric
- **Tami Lane '96,** Academy Award-winning prosthetic make-up artist
- The Honorable **Joe Billy McDade, '59, '60**, United States District Court Federal Judge
- **Richard Teerlink '61**, retired chairman of Harley-Davidson, Inc.
- **James Weinstein '72**, president and CEO of Dartmouth Hitchcock Hospital

  \* deceased

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ACADEMIC CALENDAR (ON CAMPUS)

*The academic calendars are subject to revision. Students should refer to the most recent Schedule of Classes (http://www.bradley.edu/classes/) for important dates each semester.*

## 2019-2020

## First Semester

August 19, Monday Reporting date for faculty

August 24, Saturday Residence halls open

August 28, Wednesday Classes begin

October 12, Saturday Fall Recess begins

October 16, Wednesday Classes resume

November 27, Wednesday Thanksgiving Recess begins (*no classes*)

December 2, Monday Classes resume

December 10, Tuesday Last day of classes

December 11, Wednesday Study Day

December 12, Thursday Final Examinations begin

December 18, Wednesday Final Examinations end

December 21, Saturday Commencement

## January Interim

January 2, Thursday First day of classes

Classes meet Monday-Saturday

January 20, Monday January Interim Ends

## Second Semester

January 13, Monday Reporting date for new faculty

January 19, Sunday Residence halls open

January 22, Wednesday Classes begin

March 14, Saturday Spring Recess begins

March 23, Monday Classes resume

May 5, Tuesday Last day of classes

May 6, Wednesday Study Day

May 7, Thursday Final Examinations begin

May 13, Wednesday Final Examinations end

May 16, Saturday Commencement

## Summer Sessions

May 18, Monday May Interim I begins; May Interim II begins

*No classes on Memorial Day Holiday*

June 5, Friday May Interim I ends

June 8, Monday Summer Session I begins

*No Classes on Fourth of July Holiday*

July 10, Friday Summer Session I ends; May Interim II ends

July 13, Monday Summer Session II begins

August 14, Friday Summer Session II ends

# 2020–2021

## First Semester

August 17, Monday Reporting date for faculty

August 22, Saturday Residence halls open

August 26, Wednesday Classes begin

October 10, Saturday Fall Recess begins

October 14, Wednesday Classes resume

November 25, Wednesday Thanksgiving Recess begins (*no classes*)

November 30, Monday Classes resume

December 8, Tuesday Last day of classes

December 9, Wednesday Study Day

December 10, Thursday Final Examinations begin

December 16, Wednesday Final Examinations end

December 19, Saturday Commencement

## January Interim

January 4, Monday First day of classes

Classes meet Monday – Saturday

January 18, Monday Final Examinations; January Interim ends

## Second Semester

January 11, Monday Reporting date for new faculty

January 17, Sunday Residence halls open

January 20, Wednesday Classes begin

March 13, Saturday Spring Recess begins

March 22, Monday Classes resume

May 4, Tuesday Last day of classes

May 5, Wednesday Study Day

May 6, Thursday Final Examinations begin

May 12, Wednesday Final Examinations end

May 15, Saturday Commencement

## Summer Sessions

May 17, Monday May Interim I begins;

Monday May Interim II begins

*No classes on Memorial Day holiday*

June 4, Friday May Interim I ends

June 7, Monday Summer Session I begins

*No classes on Fourth of July holiday*

July 9, Friday Summer Session I ends;

May Interim II ends

July 12, Monday Summer Session II begins

August 13, Friday Summer Session II ends

# 2021–2022

## First Semester

August 16, Monday Reporting date for faculty

August 21, Saturday Residence halls open

August 25, Wednesday Classes begin

October 9, Saturday Fall Recess begins

October 13, Wednesday Classes resume

November 24, Wednesday Thanksgiving Recess begins (*no classes*)

November 29, Monday Classes resume

December 7, Tuesday Last day of classes

December 8, Wednesday Study Day

December 9, Thursday Final Examinations begin

December 15, Wednesday Final Examinations end

December 18, Saturday Commencement

# January Interim

January 4, Tuesday First day of classes

Classes meet Monday – Saturday

January 17, Monday Final Examinations; January Interim ends

# Second Semester

January 10, Monday Reporting date for new faculty

January 15, Sunday Residence halls open

January 19, Wednesday Classes begin

March 12, Saturday Spring Recess begins

March 21, Monday Classes resume

May 3, Tuesday Last day of classes

May 4, Wednesday Study Day

May 5, Thursday Final Examinations begin

May 11, Wednesday Final Examinations end

May 14, Saturday Commencement

# Summer Sessions

May 16, Monday May Interim I begins; Monday May Interim II begins

*No classes on Memorial Day Holiday*

June 3, Friday May Interim I ends

June 6, Monday Summer Session I begins

*No classes on Fourth of July Holiday*

July 8, Friday Summer Session I ends; May Interim II ends

July 11, Monday Summer Session II begins

August 12, Friday Summer Session II ends

# 2022–2023

## First Semester

August 15, Monday Reporting date for faculty

August 20, Saturday Residence halls open

August 24, Wednesday Classes begin

October 8, Saturday Fall Recess begins

October 12, Wednesday Classes resume

November 23, Wednesday Thanksgiving Recess begins (*no classes*)

November 28, Monday Classes resume

December 6, Tuesday Last day of classes

December 7, Wednesday Study Day

December 8, Thursday Final Examinations begin

December 14, Wednesday Final Examinations end

December 17, Saturday Commencement

## January Interim

January 3, Tuesday First day of classes

Classes meet Monday – Saturday

January 16, Monday Final Examinations; January Interim ends

## Second Semester

January 9, Monday Reporting date for new faculty

January 15, Sunday Residence halls open

January 18, Wednesday Classes begin

March 11, Saturday Spring Recess begins

March 20, Monday Classes resume

May 2, Tuesday Last day of classes

May 3, Wednesday Study Day

May 4, Thursday Final Examinations begin

May 10, Wednesday Final Examinations end

May 13, Saturday Commencement

# Summer Sessions

May 15, Monday May Interim I begins; Monday May Interim II begins

*No classes on Memorial Day Holiday*

June 2, Friday May Interim I ends

June 5, Monday Summer Session I begins

*No classes on Fourth of July Holiday*

July 7, Friday Summer Session I ends; May Interim II ends

July 10, Monday Summer Session II begins

August 11, Friday Summer Session II ends

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# FIELDS OF STUDY

## Degrees Offered

- B.A.—Bachelor of Arts
- B.S.—Bachelor of Science
- B.F.A.—Bachelor of Fine Arts
- B.M.—Bachelor of Music
- B.S.C.—Bachelor of Science in Construction
- B.S.C.E.—Bachelor of Science in Civil Engineering
- B.S.E.E.—Bachelor of Science in Electrical Engineering
- B.S.I.E.—Bachelor of Science in Industrial Engineering
- B.S.M.E.—Bachelor of Science in Mechanical Engineering
- B.S.MF.E.—Bachelor of Science in Manufacturing Engineering
- B.S.MF.E.T.—Bachelor of Science in Manufacturing Engineering Technology
- B.S.N.—Bachelor of Science in Nursing
- D.N.P.—Doctor of Nursing Practice
- D.P.T.—Doctor of Physical Therapy
- ED.D — Doctor of Education
- M.A.—Master of Arts
- M.S.—Master of Science
- M.B.A.—Master of Business Administration
- M.F.A.—Master of Fine Arts
- M.S.A.—Master of Science in Accounting
- M.S.C.E.—Master of Science in Civil Engineering
- M.S.E.E.—Master of Science in Electrical Engineering
- M.S.I.E.—Master of Science in Industrial Engineering
- M.S.M.E.—Master of Science in Mechanical Engineering
- M.S.MF.E.—Master of Science in Manufacturing Engineering
- M.S.N.—Master of Science in Nursing
- P.M.A.—Professional Master of Arts

## Graduate School Interdisciplinary Degrees

- Professional Master of Arts in STEM Education P.M.A.
- 
  - Elementary Math, Science, and Technology Education
  - Environmental Education

# Foster College Of Business

- Accounting B.A., B.S., M.S.A.
  - Internal Auditing
- Actuarial Science – Business B.A., B.S.
- Economics B.A., B.S.
- Entrepreneurship B.A., B.S.
- Finance B.A., B.S.
- International Business B.A., B.S.
- Management and Leadership B.A., B.S.
  - Human Resource Management
  - Legal Studies in Business
- Management Information Systems B.A., B.S.
  - Business Analytics
  - Cybersecurity
- Marketing B.A., B.S.
  - Global Supply Chain Management
  - Professional Selling
  - Social Media Marketing

- Business Administration M.B.A.
  - Finance
  - Management
  - Marketing
- Executive Master of Business Administration M.B.A.

# Slane College Of Communications And Fine Arts

Communications and Fine Arts

- General Studies, B.A., B.S.

Art

- Art History B.A.
- Studio Art B.A., B.S., B.F.A., M.A., M.F.A.
  - Ceramics
  - Drawing (B.A., B.S., B.F.A. only)
  - Drawing/Illustration (M.A., M.F.A. only)
  - Graphic Design (B.A., B.S., B.F.A. only)
  - Interdisciplinary Studies (M.A., M.F.A. only)
  - Painting
  - Photography

- Printmaking
- Sculpture
- Visual Communication and Design (M.A., M.F.A. only)
- Art Education (B.A., B.S., B.F.A. only)

## Communication

- Advertising B.A., B.S.
- Journalism B.A., B.S.
- Organizational Communication B.A., B.S.
- Public Relations B.A., B.S.
- Sports Communication B.A., B.S.
- Television Arts B.A., B.S.

## Interactive Media

- Animation B.A., B.S.
- Animation and Game Design, B.F.A.
- Game Design B.A., B.S.
- Interactive Media B.A., B.S.
- User Experience Design, B.A., B.S.

## Music

- Composition B.M.
- Music B.A., B.S.
- Music (Music Business) B.A., B.S.
- Music and Entertainment Industry, B.A., B.S.
- Music Education B.M.
  - Instrumental
  - Piano
  - Vocal
- Performance B.M.
  - Piano
  - Piano Accompanying
  - Voice
  - Orchestra/Band Instruments

## Theatre

- Theatre Arts B.A., B.S.
  - Performance
  - Production

# College Of Education And Health Sciences

- Public Health Education B.A., B.S.
- Counseling M.A.
  - Clinical Mental Health Counseling
  - School Counseling
- Curriculum and Instruction M.A.
- Early Childhood Education with ESL Endorsement B.A., B.S.
- Elementary Education with ESL Endorsement B.A., B.S.
- Family Nurse Practitioner (FNP) M.S.N., D.N.P.
- General Family and Consumer Sciences B.A., B.S.
- Health Science B.S.
- High School Education State License
- High School Education B.A., B.S.
- Hospitality Leadership, B.A., B.S.
- K-12 Art Education State License
- K-12 Music Education State License
- Leadership in Educational Administration, M.A.
- Learning Behavior Specialist I with ESL Endorsement B.A., B.S.
- Middle School Education with ESL Endorsement B.A., B.S.
- Nonprofit Leadership M.A.
- Nursing B.S.N.
- Nursing Administration M.S.N.
- Nursing Education M.S.N.
- Nursing Leadership D.N.P.
- Nutrition and Dietetics B.A., B.S.
- Physical Therapy D.P.T.
- Retail Merchandising B.A., B.S.

# Caterpillar College Of Engineering And Technology

- Civil Engineering B.S.C.E., M.S.C.E.
- Construction B.S.C.
- Electrical Engineering B.S.E.E., M.S.E.E.
  - Computer Option (B.S.E.E. only)
- Industrial Engineering B.S.I.E., M.S.I.E.
  - Engineering Financial Management (M.S.I.E. only)
  - Engineering Management (B.S.I.E. only)
  - Logistics and Supply Chain Engineering (B.S.I.E. only)
  - Systems Engineering (B.S.I.E., M.S.I.E.)
- Manufacturing Engineering B.S.MF.E., M.S.MF.E.

- Lean Manufacturing (B.S.MF.E. only)
  - Manufacturing Management (M.S.MF.E. only)
  - Process Engineering (B.S.MF.E. only)
  - Production Engineering (M.S.MF.E. only)
- Manufacturing Engineering Technology B.S.Mf.E.T.
- Mechanical Engineering B.S.M.E., M.S.M.E.
  - Biomedical Engineering (B.S.M.E. only)
  - Energy (B.S.M.E. only)
  - Chemical Engineering (B.S.M.E. only)

# College Of Liberal Arts And Sciences

- Actuarial Science – Mathematics B.A., B.S.
- Biochemistry B.A., B.S., M.S.
- Biology B.A., B.S., M.S.
  - Cell and Molecular
  - Ecology and Evolutionary
  - Medical Technology
- Biology Education B.A., B.S.
- Biomedical Science B.A., B.S.
  - Biomedical Research and Development
  - Pre-Medicine
  - Veterinary Science
- Chemistry
  - Chemistry - Business
  - Chemistry - American Chemical Society Certified
  - Chemistry - Pre-Pharmacy
  - Chemistry - Pre-Med
  - Chemistry - High School Teacher
- Chemistry - Chemical Engineering B.A., B.S., M.S.
- Computer Information Systems B.A., B.S., M.S.
- Computer Science B.A., B.S., M.S.

  Computer Information Systems and Computer Science Concentrations
  - Computer Game Technology
  - Computing Management (M.S. only)
  - Data Science
  - Emerging Topics on Computer Information Systems (M.S. only)
  - Emerging Topics on Computer Science (M.S. only)
  - Intelligent Systems, Databases, and Data Mining (M.S. only)

- Mobile Computing
  - Software Engineering (M.S. only)
  - Software, Web, and Computer Security
  - Theoretical Computer Science (M.S. only)
  - Web Technologies and Systems (M.S. only)
- Criminology B.A., B.S.
- Economics (LAS) B.A., B.S.
- English B.A., B.S., M.A.
  - Creative Writing
  - Literary Studies
  - Professional Writing
- English Education B.A., B.S.
- Environmental Science B.A., B.S.
  - Biology
  - Chemistry
  - Physics
- French B.A.
- History B.A., B.S.
- History Social Studies Education B.A., B.S.
- International Studies B.A., B.S.
- Interdisciplinary Major Program B.A., B.S.
- Mathematics B.A., B.S.
- Mathematics Education B.A., B.S.
- Medical Laboratory Science B.A., B.S.
  - Clinical
  - General
- Philosophy B.A., B.S.
- Physics B.A., B.S.
- Physics Education B.A., B.S.
- Political Science B.A., B.S.
- Psychology B.A., B.S.
- Religious Studies B.A., B.S.
- Social Work B.A., B.S.
- Sociology B.A., B.S.
- Spanish B.A.
- Statistics B.A., B.S.

# Minors

# Foster College of Business

- Business Administration
- Business Analytics
- Business Law
- Business Studies
- Cybersecurity
- Decision Analysis
- Innovation Through Collaboration
- Internal Auditing
- Management and Leadership
- Management Information Systems
- Marketing
- Professional Selling
- Social Media Marketing

# Slane College of Communications and Fine Arts

- Art History
- Fine Arts
- Game Design
- Game Production
- Journalism
- Interactive Media
- Music
- Organizational Communication
- Studio Art
- Theatre Arts
- User Experience

# College of Education and Health Sciences

- Family and Consumer Sciences
- Health
- Leadership Studies

# Caterpillar College of Engineering and Technology

- Manufacturing
- Quality Engineering

# Turner School of Entrepreneurship and Innovation

- Entrepreneurship and Innovation

# College of Liberal Arts and Sciences

- African-American Studies
- Anthropology
- Asian Studies
- Biology
- Chemistry
- Computer Game Technology
- Computer Science and Information Systems
- Criminal Justice Studies
- Data Science
- Economics
- English
  - Literature
  - Creative Writing
  - Professional Writing
- Ethics
- European Studies
- French
- German
- History
- International Studies
- Latin American Studies
- Legal Studies
- Mathematics
- Neuroscience
- Philosophy
- Physics
- Political Science
- Religious Studies
- Sociology
- Spanish
- Sustainability
- Women's and Gender Studies

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ACCREDITATION

Bradley University is accredited by the Higher Learning Commission: 230 S. LaSalle St., Ste. 7-500, Chicago, Illinois, 60604-1411; (312) 263-0456; www.hlcommission.org (http://www.hlcommission.org)

Bradley also has a number of select undergraduate and graduate programs that are accredited by the following:

- AACSB International – The Association to Advance Collegiate Schools of Business
- Accreditation Commission for Programs in Hospitality Administration (ACPHA)
- Accreditation Council for Education in Nutrition and Dietetics (ACEND)
- American Chemical Society
- American Council for Construction Education, http://www.acce-hq.org (http://www.acce-hq.org)
- Association for Childhood Education International (ACEI)
- Council for Accreditation of Counseling and Related Educational Programs (CACREP)
- Commission on Accreditation of Educator Preparation (CAEP)
- Commission on Accreditation in Physical Therapy Education (CAPTE)
- Commission on Collegiate Nursing Education (CCNE), https://www.aacnnursing.org/CCNE (https://www.aacnnursing.org/CCNE)
- Council for Exceptional Children (CEC)
- Council on Social Work Education (CSWE)
- Educational Leadership Constituent Council (ELCC)
- Engineering Accreditation Commission of ABET, http://www.abet.org (http://www.abet.org/)
- Engineering Technology Accreditation Commission of ABET, http://www.abet.org (http://www.abet.org/)
- National Association for the Education of Young Children (NAEYC)
- National Association of Schools of Art and Design (NASAD)
- National Association of Schools of Music (NASM)
- National Association of Schools of Theatre (NAST)
- National Council for the Social Studies (NCSS)
- National Council for Accreditation of Teacher Education (NCATE)
- National Council of Teachers of English (NCTE)
- National Council of Teachers of Mathematics (NCTM)
- National Science Teachers Association (NSTA)

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# FEES AND EXPENSES

The University may make appropriate changes in fees and expenses beginning in fall 2019. Quoted fees below are actual rates for 2019-2020. All checks and money orders should be made payable to Bradley University.

For additional information, visit Student Financial Services (/offices/other/sfs/).

## Tuition and Fees

### Undergraduate Tuition
Full Time Charges 2019-2020

| | |
|---|---|
| Tuition (12-16 credit hours per semester) | $34,200 |
| Room and Board | $10,940 |
| Activity and Health Fee | $410 |
| **TOTAL** | **$45,550** |

These expenses comprise the direct costs of attending Bradley University. Some courses may require additional course fees. Credit hours in excess of 16 per semester result in additional charges of $800/hr. The amount you will spend on books and supplies, transportation, and personal expenses, will average an additional $3,440.

Part Time Charges 2019-2020

| | |
|---|---|
| 1–7 hrs. | $890/sem. hr. |
| 7 1/2–11 1/2 hrs. | $1040/sem. hr. |

Summer and J-Term 2019-2020

| | |
|---|---|
| Summer 2019 | $890/sem. hr. |
| J-Term 2020 | $910/sem. hr. |
| Summer 2020 | $910/sem. hr. |

Summer includes:

- May Interim (3-week)
- May Interim (8-week)
- Summer 1
- Summer 2

## Other Fees
Activity fee

- $85/sem. - all undergraduate students with 9 hours or more
- $25/sem. - all graduate students except Doctor of Physical Therapy and Executive MBA

Health fee

- $112/sem. (for all students with 7 hours or more)

Applied music fee

- Full-time students $180; part-time students $280 per hour.

Engineering tuition surcharge

- A surcharge of $50 per semester hour will be assessed for all classes taught under the direction of the College of Engineering and Technology.

Nursing Simulation

- A surcharge of $50 per course will be assessed on the following courses: NUR 203, 207, 307, 309, 315, 317, 403, 409, 411, 413, 417.

Class and lab fees

- Please consult your instructor regarding various additional fees (e.g. art fees, chemistry breakage fees, etc.)

Excess hours

- With the exception of the courses noted below, any credit hours in excess of 18 will be charged at the rate of $800 per credit hour.
- Credit courses for which no charge is made if they cause excess hours:

  MUS 141, 142, 143, 144, 145, 146, 309, 310, 327, 328, 341, 342, 343, 344, 345, 346, 375, 376; HON 100, 101; LAS 101, 305; EHS 120, 305; CFA 100, 101, 305, 360; THE 107, 108, 207, 208, 307, 308, 407, 408.

# Payment Options and Due Dates

Bradley expects payment arrangements to be completed prior to the start of each academic term. For the fall and spring semesters, by paying the full balance due on or before August 1, 2019 and January 10, 2020 respectively you avoid additional payment plan fees. Pay-in-full is your most economical option. However, for the regular semesters the university also offers longer-term payment options through the Deferred Payment Plan and Monthly Installment Payment Plan.

Payments for the interim (January and May) or summer terms are due no later than 12:00 Noon on the first day of the respective term(s). There are no payment plan or longer-term payment options available for the interim and summer sessions.

| ACCEPTED FORMS OF PAYMENT |
| --- |

| PAYMENTS FROM BANKS OUTSIDE THE US |
| --- |

| PAYMENT OPTIONS |
| --- |

| CLAIMING CLASSES |
| --- |

## Accepted Forms of Payment

Payments for all charges on the billing account (tuition, fees, room and board) can be made by cash or check in person at Swords Hall-First Floor. Payments can be made via checks mailed to:

**Office of the Bursar**

Bradley University Controller's Office

1501 W. Bradley Avenue

Peoria, IL 61625

Payments can be made online by credit card. **A 2% fee is assessed on credit card transactions** when using VISA, MasterCard, Discover, and American Express for tuition and fees. The University cannot accept credit card payments over the telephone. A payment kiosk will be available in Swords Hall for in-person credit card payments. At no additional charge online payments can be made by ACH debit from checking or savings accounts.

If you have questions about using a credit card for student fees payments see FAQ-Credit Card Payments for Student Fees. (http://www.bradley.edu/dotAsset/2102b0cd-f1e8-477b-bb60-cf224f4a8dc3.pdf) (http://www.bradley.edu/dotAsset/2102b0cd-f1e8-477b-bb60-cf224f4a8dc3.pdf)

## Payments From Outside the United States

Bradley University has partnered with Flywire to provide a fast, secure way to submit international and wire payments. You can pay in your local or other desired currency with available payment methods (e.g., international credit and debit cards, wire transfers and other international payment options that will vary by country). Flywire allows you to:

- Track your payments from start to finish
- Make payments in more than 140 currencies, online and from banks worldwide
- Other available payment methods include international credit and debit cards, and other international payment options that vary by country
- Save on bank fees and exchange rates with Flywire's Best Price Guarantee (https://www.flywire.com/best-price-guarantee/)
- Enjoy peace of mind with dedicated multilingual customer support
- Ensure accurate and timely posting of your payment to your student account

To ensure that your student's account is properly credited in a timely and expedient fashion, please click the following link to initiate your payment www.flywire.com/pay/Bradley (https://www.flywire.com/pay/bradley):

- Select your home country and the available payment options will be displayed.
- Complete the information requested and follow the instructions that are provided.

Here are some guidelines and policies on determining your payment amount:

- Review your bill at MyBU.Bradley.edu. (http://mybu.bradley.edu) Use the amount on the bill to request funds from your bank.
- The funds sent through this process are for tuition, fees, and room and board charges billed by Bradley University.  Funds received will be used for current, past due and future terms.
- Do not request funds through this process for off-campus living expenses.  You will need to make arrangements to have these funds come directly to you. Excess funds may be returned to Flywire.
- If you have not registered for classes for the coming term, you may estimate the amount needed by taking the current tuition rate times the number of hours you plan to register for. Be sure to include extra for course fees, surcharge fees, activity fee and health fee. The University fee structure is online at sfs.bradley.edu (http://sfs.bradley.edu/) – click on "Charges and Payment Options".
- If your bank has questions about this process, you may provide them with 3rd party access to your billing by setting them up with a log in to view your bills. Instructions for this process is also at sfs.bradley.edu (http://sfs.bradley.edu/), click on "Charges and Payment Options" and then "Online Viewing and Payment".

## Payment Options

For the fall and spring semesters, three payment options are available.

Option 1: Pay in Full

The plan requires the entire semester balance charges, less financial assistance to be paid in full on or before the due date for that semester: August 1, 2019 for the fall semester and January 10, 2020 for the spring semester. If the balance for the semester is paid in full prior to the first day of the term, no additional fees are charged unless changes are made to the student's schedule or financial aid.

Option 2: Deferred Payment Plan - DPP

This plan divides each semesters' balance into 4 installments. Payment is determined by taking semester charges, subtracting semester financial assistance (not including work study), and dividing the balance by 4. The first payment is required before the start of the semester.  A finance charge of 4% will be applied once to the remaining balance each term.  Remaining fall payments are due in October, November, and December; spring payments in March, April, and May.  There is no application required.

DPP Fall 2019 Payment Due Dates

- August 1, 2019
- October 4, 2019
- November 1, 2019
- December 2, 2019

DPP Spring 2020 Payment Due Dates

- January 10, 2020
- March 4, 2020
- April 1, 2020
- May 1, 2020

Option 3: Monthly Installment Payment Plan - MIPP

Available for full-time undergraduate students attending both semesters, this plan allows you to pay annual charges in 12 installments.  Your Monthly Installment Payment Plan (MIPP) is determined by taking total annual charges, subtracting financial assistance (not including work study), and dividing the balance by 12.  No interest or deferment is charged, but an annual, non-refundable set-up fee of $150 is required.  Payments begin June 1st and end May 1st (automatic payments are available).  You must apply each year to participate in the MIPP program.

| 2019-2020 MIPP APPLICATION - STUDENT LOGIN (HTTPS://PAYMENT.BRADLEY.EDU/MIPPAPPLICATION/LOGIN.DO) |
|---|
| 2019-2020 MIPP APPLICATION - PARENT LOGIN (HTTPS://SENTRY.BRADLEY.EDU/) |

## Claiming Classes

For every period of enrollment students must confirm their intentions to matriculate by taking an action called "Claiming Classes". Classes are claimed in one of two ways: By making a payment on the balance due for each period of enrollment or, if there is no balance due (zero balance or pending refund), by completing the steps outlined on your MyBU account (https://mybu.bradley.edu/MyBU/tag.94d7975cdd0c1504.render.userLayoutRootNode.target.u101l1n8.uP;jsessionid=0C933DEE9E5FBE56433A0094 uP_portlet_action=false&docType=11+81+300).

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# FINANCIAL ASSISTANCE

Bradley University, by providing an outstanding private education, is one of the best investments and best values in American higher education today. When making decisions about college financing, consider not only how much you can afford, but, more importantly, how much you are willing to invest. The quality of the institution must be a top priority as you weigh all of your opportunities. A high-quality education is an investment that will pay dividends for the rest of your life. At Bradley, you get distinguished, professionally active faculty; modern, complete facilities; comprehensive student services; diversified academic programs; and a valuable diploma backed by the reputation of a distinctive institution. You get more of the time and attention you need and deserve—and have paid for.

The Office of Financial Assistance views its relationship with students and parents as a partnership where we all share in the planning and managing of a Bradley education. We are committed to the belief that each family is unique and we strive to recognize individual needs and situations. We are committed to giving every qualified student the opportunity to afford the Bradley University experience. We pledge to do our very best to provide the amounts of assistance and programs needed to bring our costs within the reach of every family. Current and complete information concerning prices, sources of assistance, cost management options, policies, and application procedures is available at Student Financial Services (http://www.bradley.edu/offices/other/sfs/).

## Cost Of Attending Bradley

The total cost of attending Bradley is divided into two categories—direct and indirect costs.

### Single Resident Student—Two Semesters

2019-2020 Direct Costs

- Tuition $34,200
- Room & Meals $10,940*
- Activity & Health Fee $410

2019-2020 Indirect Costs

- In addition to the direct costs itemized above, additional expenses for books and supplies, clothing, laundry, recreation, transportation and other personal expenses will average an additional $3,440. These costs are not paid directly to Bradley.

- Students whose permanent residence is outside of Illinois will be given a larger transportation/travel allowance.

*Double occupancy room. Other options incur different costs.*

# Applying For Financial Assistance

Financial assistance applicants must complete the following steps to be considered for all sources of state, federal, and Bradley sources of assistance. ***Please pay special attention to the December 1 deadline.***

- Freshman & Transfer Applicants

    - Apply for admission to Bradley. Students must be accepted for admission before financial aid and scholarship decisions are made.
    - File a Free Application for Federal Student Aid (FAFSA) by December 1 of the year prior for which you are requesting assistance.

- Continuing Student Applicants

    - File a Free Application for Federal Student Aid (FAFSA) by December 1 of the year prior for which you are requesting assistance.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# HOUSING

The University owns and operates 12 residence halls with a total capacity of 2,140. The experience in group living that students who reside in these halls enjoy is a valuable part of their total educational experience. The University also owns the Student Apartment Complex located behind the Caterpillar Global Communication Center. Each of the 100 units is unfurnished and has its own living room, bedroom, bath, and kitchenette and can be rented by two students. Additionally, Bradley University also operates an off-campus apartment complex located near Bourland Avenue. St. James Apartments can house 600+ students with multiple options.

Since the University takes no responsibility for personal property, each student should check to see if family insurance covers personal items while in residence on campus. If not, it is recommended that each student consider fire and/or theft insurance as a protection, regardless of living accommodation.

All non-veteran, single freshman and sophomore students shall reside in residence halls provided by Bradley University unless, as a sophomore, they live in a sorority or fraternity house. The following exceptions may be made:

1. Students who are 20 years of age by September 1 of the current school year.
2. Students who desire to live with near relatives. (Near relatives are considered to be a brother or sister not enrolled at Bradley University; grandparents; and uncle or aunt).

Exceptions to these rules will be made by Residential Living and Student Conduct. Juniors and seniors, part-time students, and graduate students may choose to live in the residence halls.

# Residence Halls

## Application and Housing Deposits

To reserve a room in a University residence hall, a student must complete the Residence Hall Agreement. Agreement information is made available to students at the time of their admission to the University.

A housing deposit of $100 is required for all students who reside in a residence hall. The deposit will constitute a reserve to cover damage to or loss of University property as long as the student lives in one of the residence halls. When the student leaves the residence hall, deductions for

loss or damage will be made at the end of the academic year, and the balance of the deposit will be returned in August. Housing deposits are refundable for incoming new students if requested prior to May 1.

All residence hall agreements are for the full academic year. If a student moves into a residence hall it is understood that he or she agrees to be responsible for room and board payments through the academic year, even if he or she has not filled out or signed a residence hall agreement. Students will have an opportunity to express their choice of a hall and roommate preference on the residence hall agreement, which will be made available to them at the time of admission. Students furnish their own linens, pillows, spreads, and blankets for twin-size beds, their own washcloths and towels, waste cans, desk lamps, and small personal items of furniture.

## New Students

Entering students are urged to file their residence hall applications as soon as possible after they receive notice of their admission to the University. Application is made by the housing agreement, available online through admissions at YourBradley (http://www.bradley.edu/admissions/freshman/finalizing/). Those who apply earliest before the semester in which they plan to enroll are more likely to receive the assignment they wish. Applications will not be accepted until after admission is complete.

## Married Students

Furnished houses and apartments for families with children are available in the Peoria area. We advise married students to visit Peoria in advance to look at the accommodations before they enter into any lease arrangements.

Inquiries regarding Student Apartment Complex (SAC) or Residence Halls can be made by contacting:

Residential Living and Student Conduct
Bradley University
1501 W. Bradley Ave.
Peoria, IL 61625
(309) 677-3221
housing@bradley.edu (mailto:housing@bradley.edu)
www.bradley.edu/campuslife/reslife/housing/ (http://www.bradley.edu/campuslife/reslife/housing/)

# Off-Campus Properties

## St. James Place Apartment Community

St. James Apartments at Bradley University is university owned, off-campus housing.  Aside from being a Bradley University student, qualified individuals must be 20 years of age by September 1 of the current school year for the lease year the individual is applying. The 17-building complex offers spacious one to four-bedroom apartments. Just a short distance (.3 miles) off campus, all units come fully furnished, including dishwasher, full-sized refrigerator and electric stove. Laundry facilities are located in each building.  All utilities are provided, including internet service connected to the university's network. St. James Apartments also includes 24-hour emergency maintenance and roommate matching in their four-bedroom apartments.

Inquiries can be made contacting:

Off-Campus Properties
Bradley University
1103 W. Main Street
Peoria, IL 61606
(309) 677-2100
stjamesinfo@fsmail.bradley.edu
www.bradley.edu/stjames

### **Main Street Commons**

Main Street Commons, is a five story, 184-bed, amenity-rich student housing development located just one block from campus. Independently-owned, this student housing development offers the following amenities for each unit: individual leases, fully furnished, private bathroom for each bedroom, fully-applianced kitchen with dishwasher, washer/dryer in each unit, 32" flat screen television, Wi-Fi, study/TV lounge, a multi-layered security system, elevator service, 24-hour fitness center, 24-hour emergency maintenance, tanning facilities, and enclosed parking available. The facility is open to Sophomores, Juniors and Seniors (co-ed living optional) with two and three bedroom units available. Submit your application to Live at Main today!

Inquiries can be made by contacting:

Main Street Commons

1109 W. Main Street

Peoria, IL 61606

(309) 673-4585

info@liveatmain.com

www.liveatmain.com

Students living off campus may eat in any residence hall on the same program that residence hall student's use. Two meal plan options are available. Additional information can be found at https://www.bradley.edu/sites/quickcard/meals/commuternon-residential/index.dot (https://www.bradley.edu/sites/quickcard/meals/commuternon-residential/index.dot)

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# SAFETY AND SECURITY

Bradley University makes every attempt to provide a safe and secure campus.

## The Bradley University Police Department

The Bradley University Police Department (BUPD) (http://www.bradley.edu/police) is committed to working in partnership with Bradley University's students, faculty, staff, and community members utilizing a community-oriented policing approach focusing on proactive patrols and innovative outreach. The BUPD will promote public safety and crime prevention through education and enforcement. The BUPD will safeguard life and property, preserve the peace, prevent and detect crime, and enforce the law, while protecting the rights of all citizens in order to promote a safe living environment, a positive learning experience, and an enhanced quality of life.

Its officers are commissioned by the State of Illinois, have full law enforcement powers on and off University property, and are trained to respond to crimes in progress as well as medical-related emergencies. Bradley University Police are on duty 24 hours a day, 365 days a year; conduct foot, bike, and vehicular patrols of the campus, residence halls, and near off-campus areas; and make crime prevention presentations to student groups and others. Bradley University Police also coordinate patrol and call responses with City of Peoria and Peoria County law enforcement agencies. Bradley University Police also monitor and oversee the University's security cameras and security systems.

The Bradley University Police Department is located at 1200 W. Main Street in the Campustown shopping center at the intersection of St. James and University. The patrol boundaries are east to Sheridan, south to Moss Avenue, west to Western, and north to Columbia Terrace; however, the BUPD does have full jurisdiction and arrest powers in both the City of Peoria and Peoria County.

The Bradley University Police Department has a Student Safety Advisory Committee composed of student volunteers who will assist with reviewing and making recommendations on a wide variety of safety-related issues.

# Emergency Blue Light Telephones

Numerous clearly marked emergency blue light telephones are located strategically on and off
campus. All ring directly into a police dispatcher and automatically display the location of the
caller so that help can be dispatched.

## Campus Security

**Students, faculty, and staff should remain aware of their surroundings and immediately
report suspicious activity, people, or vehicles to the Bradley University Police Department
by activating an emergency blue light phone, dialing 309-677-2000, or dialing 9-1-1.
Vehicles should be secured and valuables left out of sight. Residence Hall rooms,
classrooms, labs, and offices should be locked when not in use. Do NOT allow people you
do not know to access secured buildings, especially residence halls.**

All residence halls have limited access, with some halls having all outside doors locked on a 24-
hour basis and others having main doors unlocked during daytime hours. Card access is
required to enter any residential portions of the buildings. Residence hall student security staff
make rounds during the night.

Security-related concerns and campus crime information are reported to the campus community
through the Bradley University's Police Web site, university email, and other media.

Students may borrow from the University Police Department engraving equipment to mark
valuables such as electronic equipment and bicycles. Officers can assist with jump starting
vehicles and unlocking vehicles. Literature on safety and security is also available. The Bradley
University Police Department offers many crime prevention programs including a Vacant House
Watch Program during class recess periods and safety demonstrations such as R.A.D. (Rape
Aggression Defense).

## Safety Alerts

The "safety alert," otherwise known as a "timely warning," serves to notify students, faculty and
staff about incidents that have already occurred but represent a serious or continuing threat to
the campus community. The decision to issue a safety alert is determined by the BUPD Chief of
Police or designee based upon assessment of all known facts surrounding the crime including,
but not limited to, the nature and location of the crime, the degree of continuing danger to the
campus community, and the possible risk of compromising law enforcement efforts. A safety alert

is informative in nature and provides general safety tips. Safety alerts are distributed via email to all university students and employees and posted on the Bradley University Police Department homepage.

The "foreWarn alert," otherwise known as an "emergency notification" whose use is also determined by the BUPD Chief of Police or designee, is based upon confirmation of a significant emergency or dangerous situation involving an immediate threat to the health or safety of students or employees occurring on campus. A foreWarn message provides instructions for specific emergency action to take place, such as evacuate, take shelter, shelter-in-place, or lock down. The notification system includes one or more of following modes of communication: text messaging, a telephone hotline (677-4000), email messaging, audix messaging, public address announcements and the University's homepage. The use of the text message portion of the foreWarn system is restricted to life-threatening events or severe weather.

For more information, see http://www.bradley.edu/police (http://www.bradley.edu/police) and https://www.bradley.edu/emergency/ (/emergency/).

Safety is a *SHARED* responsibility. A safe campus can be achieved only with the cooperation of the entire University community—students, faculty, staff, and visitors. For more information about crime prevention and crime statistics for the campus and local neighborhood, see http://www.bradley.edu/police/crime/ (http://www.bradley.edu/police/crime/).

# Student Patrol And Safety Escorts

Bradley University Police Department offers two services in which students, faculty, and staff may be escorted within the Bradley Patrol Area:

## Student Patrol

The Student Patrol, operated by trained student employees outfitted in reflective vests and equipped with flashlights and two-way radios, provides walking escorts for students, faculty and staff to travel safely from place to place on and within close proximity to campus. The Student Patrol currently operates on Thursdays, Fridays, and Saturdays between 7 p.m. and 3 a.m. when school is in session during fall and spring semesters. A valid Bradley ID card must be presented at the time of service. To request the service, call (309) 677-2800. When not providing escorts, the Student Patrol conducts foot patrols of the campus and immediate area.

# Hilltop Safety Cruiser

The Hilltop Safety Cruiser service, operated by trained student employees driving uniquely marked Bradley vans, provides shuttle transports for students, faculty and staff to travel safely from place to place between the areas of Moss Avenue to Columbia Terrace and Western Avenue to Sheridan Road. The Hilltop Safety Cruiser vehicles operate daily between 7 p.m. and 3 a.m. when school is in session during fall and spring semesters. A valid Bradley ID card is required to utilize the service. To request the service, call (309) 677-2800 or just flag down the van. Safety escorts provided by Bradley Police Department officers are available 24 hours a day by calling (309) 677-2000.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# FACULTY LIST

**A B C D E F G H I J K L M N O P Q R S T U V W X Y Z  Library**

## A

**JERIES ABOU-HANNA**, 1986, Professor of Mechanical Engineering. University of Alabama, B.S.M.E., M.S.M.E., Ph.D.

**DAVID ABZUG**, 2018, Temporary Instructor of Interactive Media, Columbia College, B.A.

**MOLLIE ADAMS**, 2010, Associate Professor of Accounting. Missouri State University, B.S., M.B.A.; Virginia Polytechnic Institute and State University, Ph.D.

**TONY E. ADAMS**, 2017, Professor of Communication. Southern Illinois University Carbondale, B.A., M.S.; University of South Florida, Ph.D.

**IN SOO AHN**, 1986, Associate Professor of Electrical and Computer Engineering. Seoul National University, Seoul, South Korea, B.S.; Korea Advanced Institute of Science and Technology, Seoul, M.S.; Iowa State University, Ph.D.

**LEX AKERS,** 2012, Dean, Caterpillar College of Engineering and Technology and Professor. Texas Tech, B.S.E.E., M.S.E.E., Ph.D.

**NANCY ALEXANDER**, 2000, Adjunct Professor of Biology. State University College-Oswego N.Y., B.S.; Duke University, M.A., Ph.D.

**AMIR AL-KHAFAJI**, 1986, Professor of Civil Engineering and Construction. Wayne State University, B.S.C.E., M.S.C.E.; Michigan State University, M.S.C.E., Ph.D.

**NANCY AMOS**, 1998, Assistant Professor of Social Work. Bowling Green State University, B.A.; Washington University, M.S.W.

**BRAD ANDERSH**, 1993, Professor of Chemistry. University of South Dakota, B.S., Iowa State University, Ph.D.

**CARL ANDERSON**, 2015, Temporary Instructor of Music. Bradley University, B.S.

**ROBERT ANDERSON**, 2001, Adjunct Affiliate Instructor in Medical Technology. St. Francis Medical Center, M.T. (A.S.C.P.); Eureka College, B.S.; College of St. Francis, M.S.

**HELJÄ ANTOLA CROWE**, 1993, Professor of Education. University of Jyvaskla, B.S., M.A.; University of Mississippi, Ph.D.

**DUNJA ANTUNOVIC**, 2015, Assistant Professor of Communication. DePaul University, B.A., M.A.; Pennsylvania State University, Ph.D.

**SPIRO F. APOSTOLOU**, 1992, Adjunct Professor of Physics and Engineering Physics. Bradley University, B.S.; Rensselaer Polytechnic Institute, Ph.D.; Washington University, D.Sc.

**FRANCESCA A. ARMMER**, 1990, Associate Professor of Nursing. Ball State University, B.S.N.; University of Evansville, M.S.N.; Indiana State University, Ph.D.

**BECKI ARNOLD**, 2000, Assistant Professor of Theatre Arts.  Millikin University, B.F.A.; University of South Carolina, M.F.A.

**CECILE ARQUETTE**, 2005, Professor of Teacher Education. Mary Washington College, B.A.; Teachers College, Columbia University, M.A.; New Mexico State University, Ph.D.

**ROBERT M. DAVISON AVILÉS**, 1999, Associate Professor of Education. University of Arizona, B.A.; Lehigh University, M.Ed., Ph.D.

Back to top

# B

**AMY BACON**, 2011, Associate Professor of Psychology. University of Texas at Austin, B.A.; University of Arkansas, Fayetteville, M.A., Ph.D.

**WILLIAM (BILL) BAILEY**, 2016, Assistant Professor of Accounting. Brigham Young University, B.S., J.D.; University of Washington, LL.M.

**JEFFREY BAKKEN,** 2012, Associate Provost for Research and Dean of the Graduate School. University of Wisconsin, B.S; Purdue, M.S., Ph.D.

**STEPHEN BANNING**, 2006, Associate Professor of Communication. Cedarville University, B.A.; University of Missouri-Columbia, M.A.; Southern Illinois University, Ph.D.

**JENNIFER BARAJAS**, 2014, Assistant Professor of Foreign Languages, Spanish. California State University, Fullerton, B.A., M.A.; The Ohio State University, Ph.D.

**HEIDI BAUMANN**, 2013, Assistant Professor of Organizational Behavior and Human Resource Management. Truman State University, B.S.; Bradley University, M.B.A.; Purdue University, Ph.D.

**WENDY BEANBLOSSOM**, 2009, Lecturer of Biology.  University of Illinois-Urbana, B.S., M.S.

**LANE BECKES,** 2013, Assistant Professor of Psychology. University of Minnesota, B.A, Ph.D.

**ANTHONY J. BEDENIKOVIC**, 2000, Associate Professor of Mathematics. St. Louis University, B.A., M.A.; University of Illinois, Urbana-Champaign, Ph.D.

**VALERIE BENNETT,** 2013, Director, Pre-Professional Health Advisory Center. Colgate University, B.A.; Miami University of Ohio, M.S., Ph.D.

**STACIE BERTRAM**, 1991, Assistant Professor of Physical Therapy. Bradley University, B.S.; University of Alabama at Birmingham, M.S.P.T., Illinois State University, Ph.D.

**EDEN BLAIR**, 2007, Associate Professor of Entrepreneurship. University of Houston, B.A.; Texas Tech, M.B.A.; University of Wisconsin, Ph.D.

**CHRISTINE E. BLOUCH**, 1992, Associate Professor of English. Miami University of Ohio, B.A.; University of Wisconsin, M.A.; University of Michigan, Ph.D.

**ROBERT BOLLA**, 2005, Adjunct Professor of Chemistry and Biochemistry. State University of New York, B.A.; University of Massachusetts, M.A., Ph.D.

**EDWARD U. BOND III**, 1997, Associate Professor of Marketing. Manhattan Christian College, B.A.; University of Northern Colorado, M.A.; Arizona State University, Ph.D.

**RACHEL BORTON**, 2011, FNP Director and Assistant Professor of Nursing in Residence. Bradley University, B.S.N.; University of Phoenix, M.S.N., F.N.P.

**WAYNE B. BOSMA**, 1997, Professor of Chemistry. Calvin College, B.S.; University of Rochester, Ph.D.

**CÉLINE BOURHIS,** 2012, Lecturer in English. Universite du Marie, France, B.A,; Illinois State University, M.A.

**KIRSTEN BOYER**, 2015, Assistant Professor of Nursing In Residence. Bradley University, B.S.N., M.S.N.

**HEATHER BRAMMEIER**, 2004, Associate Professor of Art. Bradley University, B.S., B.F.A.; University of Pennsylvania, M.F.A.

**CARRIE BRANDT**, 2015, Temporary Instructor of Theatre Arts. Bradley University, B.S.

**GRANT BREWEN**, 1998, Adjunct Professor of Biology. The Johns Hopkins University, B.A., Ph.D.

RACHEL BRIDGEWATER, 2016, Clinical Instructor of Nursing in Residence. Bradley University, B.S.N., M.S.N.

**SUSAN B. BRILL DE RAMIREZ**, 1991, Caterpillar Professor of English. University of Wisconsin-Madison, B.A., M.B.A.; University of Chicago, M.A., University of New Mexico, Ph.D.

**DONALD BRINKER**, 2010, Adjunct Dietetic Internship Instructor. Illinois State University, B.S.

**BRADFORD BROWN**, 2000, Associate Professor of History. University of California-Santa Barbara, Ph.D.

**MARK P. BROWN**, 2001, Associate Professor of Management and Leadership. University of the South, B.A.; Louisiana State University, M.B.A., Ph.D.

**CINDY BRUBAKER,** 2000, Associate Professor of Nursing. Bradley University, B.S.N.; University of Illinois at Chicago, M.S., F.N.L.P.; Illinois State University, Ed.D.

**AARON A. BUCHKO**, 1989, Professor of Management and Leadership. Ferris State College, B.S.; Bradley University, M.B.A.; Michigan State University, Ph.D.

**KATHLEEN BUCHKO**, 1998, Associate Professor of Education. Bradley University, B.S.; Michigan State University, M.A., Ph.D.

**CHARLES BUKOWSKI**, 1984, Professor of International Studies. Bradley University, B.A.; University of South Carolina, M.A., Ph.D.

**JEANIE J. BUKOWSKI**, 1999, Associate Professor of International Studies. Bradley University, B.A.; University of Illinois, A.M., Ph.D.

**EDWARD BURMILA,** 2012, Assistant Professor of Political Science. University of Wisconsin, B.A.; Indiana University, Ph.D.

**TRACY BURGARD**, 2010, Adjunct Dietetic Internship Instructor. Western Illinois University, B.S.

Back to top

C

**CRAIG CADY**, 2002, Associate Professor of Biology. University of Wisconsin, B.S., M.S.; University of Arizona, Ph.D.

**DEAN J. CAMPBEL**L, 1998, Professor of Chemistry. University of Wisconsin-Green Bay, B.S.; Northwestern University, M.S., Ph.D.

**D. ANTONIO CANTU**, 2008, Professor of Education. Arkansas State University, B.S.E., M.A., Ed.S; Southern Illinois University, Ph.D.

**KEVIN CAPIE**, 2015 Temporary Instructor of Communication. Bradley University, B.A., M.A.

**RANDALL CARLSON**, 1993, Professor of Art. Luther College, B.A.; University of Iowa, M.A.; Bradley University, M.F.A.

**THOMAS CARTY,** 2013, Assistant Professor of Mathematics. University of Illinois, B.A., M.S., Ph.D.

**SCOTT CAVANAH**, 2008, Temporary Instructor of Interactive Media.  Iowa State University, B.S.; Bradley University, M.F.A.

**PETER CENEK**, 2006, Assistant Professor of Nursing in Residence. Bradley University, B.S.N.; St. Francis Medical Center College of Nursing, M.S.N.

**ANA CHAMPION**, 2017.  Lecturer of Chemistry and Biochemistry in Residence.  Bradley University, M.S.

**PRISCILLA CHARRAT**, 2017.  Assistant Professor of French and Arabic in Residence. Universite Paris III; University of Wisconsin-Milwaukee, M.A.; University of Illinois, Ph.D.

**JOSEPH CHEN**, 2009, Professor of Industrial and Manufacturing Engineering and Technology. Tunghai University, B.S.; Auburn University, M.S., Ph.D.

**ANDY C. CHIOU**, 2005, Adjunct Professor of Engineering and Technology. Boston University Honors Program in Medicine, B.A., M.D.; Boston University School of Public Health, M.D., M.P.H.; Boston University School of Medicine, M.D.

**CHANG-OK CHOI**, 1987, Associate Professor of Family and Consumer Sciences. Keimyung University, B.S., M.Ed.; The University of Tennessee, Knoxville, Ph.D.

**CHEE HYEON CHOI,** 2013, Temporary Instructor of Music. Kyung Hee University, B.A.; University of Illinois at Urbana Champaign, M.M.

**FAE CHUBIN**, 2017. Assistant Professor of Sociology. University of Tehran, B.S.; University of South Florida, M.A., Ph.D.

**ADOLFO J. CISNEROS**, 1994, Associate Professor of Spanish. The University of Iowa, M.A., Ph.D.

**MAUREEN CLUSKEY**, 1998, College of Education and Health Sciences, Professor of Nursing. Bradley University, B.S.; The Catholic University of America, M.S.N., Ph.D.

**SAMUEL COFFEY**, 1982, Adjunct Instructor of Manufacturing. Bradley University, B.S.I.E.

**INGRID COLLOMB-CLERC**, 2007, Adjunct Professor of Chemistry and Biochemistry. University of Chambery, France, D.E.U.G. Sciences; University of Joseph Fourier, Grenoble, M.S.; Keele University, England, Ph.D.

**TIMOTHY K. CONLEY**, 1982, Associate Professor of English. St. Louis University, B.A.; The Pennsylvania State University, M.A., Ph.D.

**ANITA J. COON**, 2009, Adjunct Professor of Nursing. Purdue University, B.S. in Nursing; University of Illinois, M.S., Family Nurse Practitioner

**JAMES COURTAD**, 2014, Assistant Professor of Spanish. University of Illinois, B.A.; Loyola University, M.A.; The University of Texas at Austin, Ph.D.

**MARGARET COVER**, 2010, Adjunct Dietetic Internship Instructor. Illinois State University, B.S.

**LIZABETH A. CRAWFORD**, 1998, Associate Professor of Sociology. Coe College, B.A.; Indiana University, M.A., Ph.D.

**LINDA CURLESS**, 2010, Adjunct Dietetic Internship Instructor. Illinois State University, B.S.

**R. CRAIG CURTIS**, 1991, Professor of Political Science. Millsaps College, B.A.; McGeorge School of Law, J.D.; Washington State University, M.A., Ph.D.

Back to top

# D

**PATRICIA C. DAHLQUIST**, 1999, Lecturer of English. Bradley University, B.A., M.A.

**DEBORAH DANIELS**, 2015, Assistant Professor of Nursing in Residence. University of Iowa, B.S.; Rush University, M.S.

**CHARLES DANNEHL**, 1993, Associate Professor of Political Science. University of Nevada-Reno, B.A.; University of California-Davis, M.A., Ph.D.

**HERBERT C. DAUTZENBERG**, 1999, Adjunct Professor of Engineering and Technology. Technical University of Aachen, M.S. (Dipl.-Ing); Dr. (-Ing).

**CHERYL DAVIS**, 2018.  Visiting Instructor and Director of the Center for Mathematics Success. Illinois State University, B.S., M.S.

**R. DAVID DEXTER**, 2005, Adjunct Professor of Medical Technology. University of Minnesota, B.S.; University of Minnesota Medical School, M.D.

**JOSHUA DICKHAUS**, 2011, Assistant Professor of Communication. Miami University, B.A., M.A.; University of Alabama, Ph.D.

**STEVEN B. DOLINS**, 2002, Professor of Computer Science and Information Systems. Tulane University, B.S., B.A., M.S.; University of Texas at Arlington, Ph.D.

**JONATHAN DORAN**, 2018, Temporary Instructor of Interactive Media, DigiPen Institute of Technology, B.S.

**JONATHON DORAN**, 2014, Assistant Professor of Computer Science and Information Systems. University of Colorado, B.S.; University of North Texas, M.S., Ph.D.

**TERESA DRAKE,** 2013, Assistant Professor. Illinois State University, B.S.; Eastern Illinois University, M.S. ; Southern Illinois University, Ph.D.

**PAMELA DURR**, 2015, Assistant Professor of Physical Therapy in Residence. Bradley University, B.S.; St. Ambrose University, D.P.T.

**KYLE DZAPO**, 1993, Caterpillar Professor of Music. University of Michigan, B.M.E.; New England Conservatory of Music, M.Mus.; Northwestern University, D.M.

Back to top

# E

**ELIZABETH EELLS**, 2010, Adjunct Dietetic Internship Instructor. Bradley University, B.S.

**AMY EGGERT**, 2014, Lecturer of English. Bradley University, B.A., M.A.; Illinois State University, Ph.D.

**ABDALLA M. ELBELLA**, 1984, Professor of Mechanical Engineering. University of Khartoum, Sudan, B.S.; University of Arizona, M.S.; University of Wisconsin-Madison, Ph.D.

**SOUHAIL ELHOUAR**, 2000, Professor of Civil Engineering and Construction. University of Oklahoma, M.Sc., Ph.D.

**RICHARD ELLIS**, 2018, Assistant Professor of Nursing in Residence. Methodist School of Nursing B.S.N., Illinois State University, B.S., Saint Francis College of Nursing M.S.N. , University of Saint Francis M.S.

**DEBORAH ERICKSON**, 2001, Associate Professor of Nursing. University of Michigan, B.S.N.; Vanderbilt University, M.S.N.; Rush University, Ph.D.

**CANDACE ESKEN**, 2018, Assistant Professor of Management and Leadership. Bradley University, B.S., M.B.A.; Louisiana State University, Ph.D.

**BRAD ESKRIDGE**, 2013, Instructor of Marketing. Bradley University, B.S., MBA.

Back to top

F

**CORA FABISH,** 2016, Assistant Professor of Nursing in Residence. Saint Francis Medical Center College of Nursing, B.S.N., M.S.N.

**AHMAD FAKHER**I, 1985, Professor of Mechanical Engineering. University of Illinois at Urbana-Champaign, B.S., M.S., Ph.D.

**MELINDA FAULKNER**, 2011, Associate Professor of Biology. University of Illinois at Urbana-Champaign, B.S.; Harvard University, M.A., Ph.D.

**ASTRID M. FELLNER**, 2008, Adjunct Assistant Professor of English. University of Vienna, Austria, M.A., Ph.D.

**SARAH BULLER FENTON,** 2009, Adjunct Professor of Nursing. Goshen College, B.S.N.; University of Illinois, M.S.N.

**ROSS FINK**, 1991, Professor of Operations Management. Western Illinois University, B.S., M.B.A.; University of Alabama, Ph.D.

**VICTORIA FINKENSTADT**, 2008, Adjunct Professor of Chemistry and Biochemistry. McPherson College, B.S., Purdue University, Ph.D.

**PEGGY FLANNIGAN**, 1996, Associate Professor of Nursing. Saint Francis Medical Center College of Nursing, B.S.N.; University of Illinois at Chicago, M.S.; Ph.D.

**TED FLEMING**, 2004, Lecturer in Biology. Knox College, B.A.; University of Illinois, M.S.

**EDWARD B. FLINT**, 1992, Associate Professor of Chemistry. Kenyon College, A.B.; University of Illinois, Ph.D.

**HEATHER FORD**, 2017, Temporary Instructor of Interactive Media, The Illinois Institute of Art, B.F.A.

**JAMES FORRESTER,** 2018, Assistant Professor of Art in Residence. Oberlin College, BA; Columbia College, MFA.

**DOUG FRANK**, 2016, Administrative Coordinator of Hollywood Semester. Brooklyn College, B.M.

**JANICE FRAZIER**, 2008, Temporary Instructor of Communication in Residence. Bradley University, B.A., M.A.

**MICHELLE EDGCOMB FRIDAY**, 1998, Lecturer in Biology. Bradley University, B.S.; Illinois State University, M.S.

**MICHELLE R. FRY**, 1995, Associate Professor of Biochemistry. Shippensburg University, B.S.; Virginia Commonwealth University, Ph.D.

**ROBERT FULLER**, 1978, Caterpillar Professor of Religious Studies. Denison University, B.A.; University of Chicago, M.A., Ph.D.

**WILLIAM FUNKHOUSER**, 2005, Executive in Residence/Instructor of Finance. Milliken University, B.S.; University of Illinois, M.B.A.

## G

**ELENA GABOR**, 2008, Associate Professor of Communication. University of Bucharest, B.A., MA.; Virginia Polytechnic Institute and State University, M.S.J.; Purdue University, Ph.D.

**RUSTIN GATES**, 2007, Associate Professor of History. Occidental College, A.B.; Harvard University, M.A., Ph.D.

**JANET L. GEHRING**, 1996, Associate Professor of Biology. University of Nebraska at Omaha, B.S., M.A.; University of Colorado, Ph.D.

**DANIELLE GEHRKE**, 2010, Adjunct Dietetic Internship Instructor. Bradley University, B.S.

**BURL F. GEORGE III**, 1986, Temporary Assistant Professor of Civil Engineering and Construction. Western Illinois University, B.S.; Bradley University, B.S.C.; University of Illinois, M.S.C.E.

**DANIEL GETZ**, 1992, Associate Professor of Religious Studies. Maryknoll College, B.A.; National Taiwan University, M.A.; Yale University, M.A., Ph.D.

**OSCAR J. GILLESPIE**, 1986, Professor of Art. Northern Arizona University, B.F.A.; Arizona State University, M.F.A.

**DANIELLE GLASSMEYER**, 2007, Associate Professor of English. Loyola University Chicago, B.A., M.A., Ph.D.

**SARAH R. GLOVER**, 1999, Associate Professor of Art. Drew University, B.A.; University of Virginia, M.A., Ph.D.

**MARK J. GOBEYN**, 1990, Associate Professor of Political Science. Evergreen State College, B.A.; University of South Dakota, M.A.; Washington State University, Ph.D.

**BERNARD J. GOITEIN**, 1981, Professor of Management and Leadership. Hebrew University, B.A., M.A., University of Michigan, Ph.D.

**FRANK GOLD**, 2002, Adjunct Associate Professor of Biology. University of Nebraska–Lincoln, B.S.; University of Colorado Medical School, M.D.

**JAMIE GRACE**, 2015, Assistant Professor of Biology. University of Kentucky, B.A; Harvard University, A.M., The University of Maryland, Ph.D.

**JEAN MARIE GRANT**, 1994, Associate Professor of Education. Eastern Illinois University, B.S.; Rosary College, M.S.; University of Illinois at Chicago, Ph.D.

**MICHAEL GREENE**, 1987, Assistant Professor of Philosophy. Villanova University, B.A.; DePaul University, M.A., Ph.D.

**MITCH GRIFFIN**, 1990, Professor of Marketing. Southern Illinois University, B.S., M.B.A.; Louisiana State University, Ph.D.

**AMY GRUGAN**, 2010, Assistant Professor of Nursing in Residence. Bradley University, B.S.N., M.S.N.

**PAUL F. GULLIFOR**, 1988, Professor of Communication. Indiana State University, B.A., M.S.; University of Missouri, Columbia, Ph.D.

**GEORGE GUO**, 2015, Assistant Professor of Industrial and Manufacturing Engineering and Technology. Bejing University, B.S., M.S.; University of Toronto, M.A., Ph.D.

**STEVEN GUTSCHLAG**, 1983, Temporary Assistant Professor of Electrical and Computer Engineering. University of Illinois at Urbana-Champaign, B.S.; Bradley University, M.S.

Back to top

## H

**MATTHEW HAGAMAN,** 2017. Lecturer of Geology and Earth Science in Residence. Eastern Illinois University, B.S., M.A.; Western Illinois University, M.S.

**ALEXANDRA HAGEN,** 2012, Temporary Assistant Professor of German. University of Bamberg, Germany, B.A.; University of South Carolina, M.A.

**RHONDA HALLER**, 2010, Adjunct Dietetic Internship Instructor. Bradley University, B.S.

**ETHAN HAM**, 2015, Associate Professor of Interactive media. University of California, B.A.; Portland State University, M.F.A.

**PATRICIA HATFIELD**, 1990, Stephens Professor of Risk and Finance. Eastern Kentucky University, B.A.; University of Kentucky, M.B.A., Ph.D.

**STEPHEN A. HAVERA**, 1979, Adjunct Professor of Biology. Bradley University, B.S.; University of Illinois, M.S., Ph.D.

**LUKE HAVERHALS,** 2013, Assistant Professor of Chemistry and Biochemistry. Northwestern College, B.A.; University of Iowa, M.A., Ph.D.

**ROBERT HAWKINS**, 2011, Associate Professor of History. Westminster College, B.A.; University of Mississippi, M.A.; St. Louis University, Ph.D.

**MICHAEL P. HAYES**, 1995, Adjunct Professor of Medical Technology. Monmouth College, B.A.; University of Illinois College of Medicine, M.D.

**KLAUS HEISSENBERGER**, 2008, Adjunct Instructor of English. University of Vienna, Austria, M.A.

**JUSTIN M. HELMLEY,** 2013, Temporary Instructor of Communication and Assistant Director of Forensics. Seton Hall University, B.A.; Minnesota State University, M.A.

**JACQUELINE HENDERSON**, 2010, Associate Professor of Mechanical Engineering. Prairieview A&M University; B.S., Wayne State University, M.S., Ph.D.

**MARCIA L. HENRY LIEBENOW**, 1992, Lecturer in Music. Ohio University, B.M., M.M.; New England Conservatory, Graduate Diploma.

**ANNE HERBERT**, 1996, Lecturer in English. Bradley University, B.A.; Northwestern University, M.A.

**ANTHONY DEAN HERMANN**, 2008, Professor of Psychology. California State University, B.A.; Northern Michigan University, B.S.; Ohio State University, M.A., Ph.D.

**ALEXANDER HERTICH**, 2004, Associate Professor of French. Washington University, St. Louis, B.A., M.A.; University of Wisconsin, Ph.D.

**JANNETT K. HIGHFILL**, 1985, Professor of Economics. Wichita State University, B.B.A.; University of Kansas, M.A., Ph.D.

**ANDREW K.S. HO**, 1976, Adjunct Professor of Biology. Melbourne University, B.Sc., M.Sc.; Monash University, Ph.D.

**JACQUELINE L. HOGAN**, 2000, Professor of Sociology. California State University, B.A.; University of Iowa, M.A.; University of Tasmania, Ph.D.

**PHILIP A. HORVATH**, 1977, National City/Robert T. Stevenson Professor of Finance. Indiana University at South Bend, B.S., M.S.; Kent State University, D.B.A.

**MOHAMMAD IMRAN HOSSAIN**, 2014, Assistant Professor of Civil Engineering and Construction. Bangladesh University of Engineering and Technology, B.Sc., M.Engg; Ohio State University, M.S.; University of New Mexico, Ph.D.

**JEFFREY H. HUBERMAN**, 1985, Dean, Slane College of Communications and Fine Arts, Professor of Theatre Arts. University of Pittsburgh, B.A.; Indiana University, M.A., Ph.D.

**ALLEN I. HUFFCUTT**, 1992, Caterpillar Professor of Psychology. University of Wisconsin, B.S.; University of North Texas, M.S.; Texas A & M University, Ph.D.

**BRIAN HUGGINS**, 1978, Associate Dean, Caterpillar College of Engineering and Technology, and Associate Professor of Electrical and Computer Engineering. University of Wisconsin, B.S.E.E., M.S.E.E., Ph.D.

**STEPHEN R. HUGHES**, 2010, Adjunct Assistant Professor of Chemistry and Biochemistry. Rutgers University, B.A.; University of Cincinnati, Ph.D.

**JANA HUNZICKER**, 2007, Associate Dean, College of Education and Health Sciences and Associate Professor of Education. Bradley University, B.S., M.A.; Illinois State University, Ed.D.

Back to top

# I

**RAJESH IYER**, 2007, Associate Professor of Marketing. Director of International Business Program. University of Bombay, India, B. Com; University of South Dakota, M.B.A., M.A.; Southern Illinois University, Ph.D.

# J

**MICHAEL A. JACKSON**, 1993, Research Associate Professor in Chemistry. Central Michigan University, B.S.; University of Nebraska-Lincoln, Ph.D.

**FANHONG JIAO**, 2015, Assistant Professor of Accounting. Gansu University of Technology, China; University of Nevada, M.S.; University of Texas, Ph.D.

**PHILLIP C. JOBE**, 1985, Adjunct Professor of Biology. University of New Mexico, B.S.; The University of Arizona, Ph.D.

**MARK C. JOHLKE**, 2003, Associate Professor of Marketing. Sam Houston State University, B.S.; Texas Tech University, M.B.A., Ph.D.

**KEITH A. JOHNSON**, 2002, Associate Professor of Biology. Monmouth College, B.A.; Dartmouth College, Ph.D.

**RICHARD T. JOHNSON**, 1999, Professor of Mechanical Engineering. University of Missouri–Rolla, B.S., M.S.; University of Iowa, Ph.D.

**SHONDRA JOHNSON**, 2004, Instructor of Accounting.  University of Texas at Austin, B.A., M.A.

**CHRISTOPHER M. JONES**, 2014, Dean, College of Liberal Arts and Sciences and Professor. Binghamton University, B.A., M.A; Syracuse University, Ph.D.

**JENNIFER JOST**, 2010, Associate Professor of Biology. Colby College, B.A.; University of South Carolina, Ph.D.

Back to top

# K

**SCOTT KANOFF,** 2012, Chair of Theatre Arts. University of Pennsylvania, B.A.

**DILEEP KARANTH**, 2018.  Assistant Professor of Physics in Residence, University of Arkansas, M.S., Ph.D.

**K. PAUL KASAMBIRA**, 1979, Professor of Education. Taylor University, B.A.; Ball State University, M.A., Ed.D.

**CHRIS R. KASCH**, 1991, Associate Professor of Communication. Illinois State University, B.S., M.S.; University of Illinois, Ph.D.

**HERBERT E. KASUBE**, 1978, Associate Professor of Mathematics. MacMurray College, B.A.; University of Illinois, M.A.; University of Montana, Ph.D.

**SETH KATZ**, 1992, Associate Professor of English. University of North Carolina, B.A.; University of Chicago, A.M., Ph.D.

**CARMEN KEIST**, 2017, B.S. Illinois State University; Iowa State University, M.S., Ph.D.

**ANDREW K. KELLEY**, 1999, Associate Professor of Philosophy. Bowdoin College, B.A.; University of Warwick (Coventry, England), M.A.; University of Iowa, Ph.D.

**JOE KELLY**, 2009, Assistant Professor of Physical Therapy. Augustana College, B.A.; Washington University School of Medicine, M.P.T.; Nova Southeastern University, Ph.D.

**TODD KELLY**, 1998, Professor of Music. University of Montana, B.M.E.; University of Northern Colorado, M.Mus.; Ball State University, D.A.

**STEPHEN KERR**, 2007, Associate Professor of Accounting. University of Alberta, BCom, M.B.A., Ph.D, CMA (Canada).

**DEBORAH KESSLER**, 2005, Lecturer in Spanish. Bloomsburg University, B.A.; Middlebury College, M.A.; University of Pittsburg, Ph.D.

**SAM KHERAT**, 2005, Adjunct Professor of Mechanical Engineering. Bradley University, B.S., M.S.; Purdue University, Ph.D.

**YASSAR KHODAIR**, 2009, Associate Professor of Civil Engineering and Construction. American University in Cairo, B.S.C.E.; Rutgers, M.S.C.E.; Stevens Institute of Technology, Ph.D.

**DEAN KIM**, 1997, Associate Professor of Mechanical Engineering. Cornell University, B.S.; University of Illinois, M.S., Ph.D.

**JIHYUN KIM,** 2012, Associate Professor of International Studies. Old Dominion University, B.A.; American University, M.A.; University of South Carolina, Ph.D.

**SIHYUN KIM**, 2015, Assistant Professor of Civil Engineering and Construction. Yonsi University, B.S.; Georgia Institute of Technology, M.S., Ph.D

**YOUNG SOO KIM**, 2018, Assistant Professor of Electrical and Computer Engineering. Inha University, South Korea B.S., M.S., North Carolina State University, Raleigh, NC, Ph.D.

**KEVIN KIMBERLIN**, 1998, Associate Professor of Physics. Southwest Missouri State University, B.S.; Iowa State University, Ph.D.

**TIMOTHY KOELTZOW**, 2006, Associate Professor of Psychology. University of Colorado at Boulder, B.A.; Illinois School of Professional Psychology, M.A.; Finch University of Health Sciences, The Chicago Medical School, Ph.D.

**PAUL KRAINAK**, 2006, Professor of Art. Creighton University, B.A.; Northern Illinois University, M.A., M.F.A.

**KALIKATHAN S. KRISHNAMOORTHI**, 1980, Professor of Industrial and Manufacturing Engineering and Technology. University of Madras, B.S.M.E.; SUNY at Buffalo, M.S.I.E., M.A., Ph.D.

**DEITRA KUESTER**, 2006, Associate Professor of Teacher Education. Purdue University, B.A.; Butler University M.Ed., Purdue University, Ph.D.

Back to top

# L

**CHRISTOPHER LACKIE**, 2015, Temporary Assistant Professor of Interactive Media.

**SIBYLLE LAHOOD**, 2014, Instructor of Marketing. Bradley University, B.S., M.B.A.

**EDWARD LEE LAMOUREUX**, 1985, Professor of Communication and Interactive Media. California State University, Long Beach, B.A.; Washington State University, M.A.; University of Oregon, Ph.D.

**MICHAEL LANG**, 2003, Associate Professor of Mathematics. St. Norbert College, B.S.; University of Wisconsin–Madison, Ph.D.

**KRISTINA LATVA**, 2018, Assistant Professor of Physical Therapy and Director of Clinical Education. University of Michigan-Flint, B.S. D.P.T.

**BETTY JANE LAWRENCE**, 1988, Associate Dean, Slane College of Communications and Fine Arts, Lecturer in Communication. Mississippi University for Women, B.S.; Eastern Illinois University, M.S.

**DARCY LEACH**, 2009, Associate Professor of Sociology. Brown University, B.A.; University of Michigan, M.A., Ph.D.

**MARGARET LE JEUNE,** 2012, Associate Professor of Art. Nazareth College, B.S.; SUNY, M.F.A.

**HWA LEE**, 2001, Associate Professor of Education. Keimyung University, B.A.; Whitworth College, M.Ed.; University of Illinois, Ph.D.

**YOON-SI LEE**, 2013, Assistant Professor of Civil Engineering and Construction. University of Iowa, B.S., M.S., Ph.D.

**DAVID LENNIE**, 2015, Temporary Instructor of Communication and Temporary Director of John C. Hench Production Art Studio. Bradley University, B.A.

**JOSHUA J. LEWER**, 2007, Robert A. McCord Professor of Executive Management Development. Associate Professor of Economics. Augustana College, B.A.; University of Nebraska, M.A., Ph.D.

**YE LI**, 2010, Associate Professor of Industrial and Manufacturing Engineering and Technology. Shanghai Jiao Tong University, B.S., M.S.; Iowa State University, Ph.D.

**GARY (CHEN SIN) LIN**, 1991, Professor of Industrial and Manufacturing Engineering and Technology. Chung-Yuan Christian University, Taiwan, B.S.; Texas Tech University, M.S.; University of Florida, Ph.D.

**JULIAN J. LIN**, 2005, Adjunct Professor of Engineering and Technology. The University of Texas at Austin, B.S.; The University of Texas Medical Branch at Galveston, M.D.

**TACHUN LIN**, 2014, Associate Professor of Computer Science and Information Systems. National Chiao Tung University, Taiwan, B.S, M.S.; University of Oklahoma, Ph.D.

**RICHARD LISTER**, 2004, Adjunct Professor of Biology. University of Missouri Columbia, B.A.; University of Illinois College of Medicine, M.D.; Bradley University, E.M.B.A.

**JIANG B. LIU**, 1987, Professor of Computer Science and Information Systems. Nanking Institute of Aeronautical Engineering, B.S.; Washington University, M.S., Ph.D.

**WEN-CHING LIU**, 2010, Adjunct Professor in the Department of Leadership in Education, Human Services, and Counseling. Soo Chow University, Taipei, Taiwan, B.S.; University of Cincinnati, M.S., Ph.D.

**HEATHER LONGFELLOW**, 2018, Instructor of Accounting. Augustana College, B.A.; Bradley University, MBA.

**CHAD LOWELL**, 2017, Assistant Professor of Theatre Arts. University of Georgia, B.A., M.F.A.

**JOSE LOZANO**, 2002, Associate Professor of Physics. University of Texas–El Paso, B.S., M.S., Ph.D.

**WENXIANG LU,** 2014, Assistant Professor of Accounting. Gansu University of Technology, B.A.; University of Nevada, Las Vegas, M.S.A.; University of Texas at Arlington, Ph.D.

**YUFENG LU**, 2008, Associate Professor of Electrical and Computer Engineering. Nanchang Institute of Aeronautical Technology, B.S.E.E.; Beijing University of Aeronautics and Astronautics, M.S.E.E.; Illinois Institute of Technology, Ph.D.

**TWILA LUKOWIAK**, 2008, Associate Professor of Special Education. Texas Tech University, B.S., M.S., Ed.D.

Back to top

# M

**FRANK MACKAMAN**, 1996, Adjunct Professor of Political Science. Drake University, B.A.; University of Missouri-Columbia, M.A., Ph.D.

**KRISHNANAND MAILLACHERUVU**, 1997, Professor of Civil Engineering and Construction. Indian Institute of Technology, B.S.; University of Iowa, M.S., Ph.D.

**ALEKSANDER MALINOWSKI**, 1998, Associate Professor of Electrical and Computer Engineering. Technical University of Gdansk, Poland; University of Louisville, Ph.D.

**TANYA M. MARCUM**, 2007, Associate Professor of Business Law. Central Michigan University, B.S.; Thomas M. Cooley Law School, J.D.

**JOHN MARINO**, 2017.  Assistant Professor of Biology.  University of Wisconsin-Madison, B.A.; University of Michigan, Ph.D.

**CHRISTOPHER MARSH,** 2012, Temporary Instructor of Communication. Bradley University, B.S.; University of Nebraska, M.A.

**DAN MATISA**, 2017, Assistant Professor of Theatre Arts. Hofstra University, B.A.; Florida State University M.F.A.

**MICHAEL J. McASEY**, 1979, Professor of Mathematics. Marquette University, B.S.; University of Iowa, M.S., Ph.D.

**MELINDA McBEE ORZULAK**, 2011, Associate Professor of English. Gordon College, B.A.; Tufts University, M.A.; University of Michigan, Ph.D.

**KELLY McCONNAUGHAY**, 1992, Associate Dean, College of Liberal Arts and Sciences. Professor of Biology. University of Illinois, B.S., M.S.; Harvard University, Ph.D.

**CAROL T. McCOY**, 2005, Adjunct Professor of Medical Technology. University of Oklahoma, B.S., Ph.D.; University of Oklahoma Medical Center, M.S.; Fairview Health Services, M.T. (A.S.C.P.), C.L.S. (N.C.A.).

**CHRISTINA McDANIEL**, 2017, Assistant Professor of Education. Mississippi State University, B.S., M.S., Ph.D.

**PEGGY McDONALD**, 2009, Clinical Instructor of Nursing in Residence. Bradley University, B.S.; St. Francis Medical Center College of Nursing, B.S.N.; Walden University, M.S.N.

**WILLIAM McDOWELL**, 2017, Executive/ Academic Director; Turner Endowed Chair, Southwestern Christian University, B.S.: California State University, Dominguez Hills, M.B.A.: University of North Texas , Ph.D., Management

**MATTHEW K. McGOWAN**, 1995, Professor of Management Information Systems. Bucknell University, B.S.; Bowling Green State University, M.S.; Kent State, M.B.A., Ph.D.

**DAVID McMULLEN**, 1989, Associate Professor of Education. Bradley University, B.S., M.S.; University of Illinois, Ph.D.

**KRISTI L. McQUADE**, 2000, Associate Professor of Chemistry. McKendree College, B.S.; University of Wisconsin-Madison, Ph.D.

**DESH PAUL MEHTA**, 1978, Ameren-Illinois Professor of Mechanical Engineering. Punjab University, B.S.; Aligarh University, M.S.; Kansas State University, M.S.; Iowa State University, Ph.D.

**SURUZ MIAH**, 2015, Assistant Professor of Electrical and Computer Engineering. Khulna University, B.Sc.; University of Ottawa, M.A.Sc., Ph.D.

**ROBERT H. MICHEL**, 1995, Distinguished Adjunct Professor of American Government. Bradley University, B.S., L.L.D.

**JOHANNA MILLER**, 2017, Assistant Professor of Theatre Arts. Bradley University, B.A.; Florida State University M.F.A.

**KIMBERLY MITCHELL**, 2018, Assistant Professor of Art in Residence. Bradley University, BFA; Iowa State University, MFA.

**DEMARIS ANN MONTGOMERY**, 1994, Associate Professor of Psychology. University of Dayton, B.S.; University of Florida, M.S., Ph.D.

**DEREK E. MONTGOMERY**, 1995, Associate Dean of Engaged Learning and Professor of Psychology. Ohio State University, B.A.; University of Florida, M.S., Ph.D.

**MARTIN MORRIS**, 1997, Professor of Mechanical Engineering. Bradley University, B.S.M.E., M.S.M.E.; University of Illinois, Ph.D.

**SHERRI JEAKINS MORRIS**, 2000, Professor of Biology. San Diego State University, B.S., M.S.; Ohio State University, Ph.D.

**LIBIN MOU**, 1996, Professor of Mathematics. Sichuan University, B.S., M.S.; Rice University, Ph.D.

**JIM MUNCY**, 2017, Professor of Marketing, Texas Tech University, B.A., Ph.D.

**DEVIN MURPHY,** Associate Professor of English. St. Bonaventure University, B.A., M.A.; Colorado State, M.F.A.; University of Nebraska, Ph.D.

**JEANNE MUZZILLO**, 2007, Associate Professor of English. Purdue University, B.S., Ph.D.; Indiana University, M.S.

Back to top

## N

**KALYANI NAIR**, 2008, Associate Professor of Mechanical Engineering. Cochin University of Science and Technology, B.S.; Drexel University, Ph.D.

**OLLIE NANYES**, 1991, Professor of Mathematics. U.S. Naval Academy, B.S.; University of Texas, Ph.D.

**JENNIFER NESS**, 2017.  Visiting Instructor of Biology.  Monmouth College, B.A.; Bradley University, M.S.

**SARA BAKER NETZLEY**, 2005, Associate Professor of Communication. Wartburg College, B.A.; University of Illinois, M.A.; Southern Illinois University, Ph.D.

**AMANDA NEWELL,** 2008, Dietetics Internship Director and Assistant Professor of Family and Consumer Sciences. Western Illinois University, B.S.; University of Illinois, M.S., Illinois State University, Ph.D.

**LEE A. NEWTON**, 1999, Associate Professor of English. Bradley University, B.A.; George Mason University, M.F.A.

**MIHAI VLAD NICULESCU**, 2006, Associate Professor of Philosophy. University of Bucharest Romania, B.A.; Catholic University of America, M.A., Ph.D.; University of Toronto, Ph.D.

**JOHN NIELSEN**, 2014, Assistant Professor of History. Augsburg College, B.A.; University of Chicago, M.A., Ph.D.

**JESSICA NIGG,** 2013, Instructor of Family and Consumer Sciences in Residence, Eastern Illinois University, B.S., M.S.

**CHRISTOS NIKOLOPOULOS**, 1987, Professor of Computer Science and Information Systems. University of Athens, B.S.; Colorado State University, M.S., Ph.D.; Michigan State University, M.S.

**PATRICIA NUGENT**, 2005, Associate Professor of Teacher Education. Milliken University, B.A., Illinois State University, M.S., Ph.D.

Back to top

## O

**KEVIN M. O'BRIEN**, 1992, Professor of Economics. University of Illinois, B.A., M.S., Ph.D.

**MATTHEW O'BRIEN**, 2004, Interim Dean, Foster College of Business and Associate Professor of Marketing. Purdue University, B.A.; Southern Illinois University–Edwardsville, M.B.A.; University of Oklahoma, Ph.D.

**DAVID OLDS,** 2012, Associate Professor of Family and Consumer Sciences. Iowa State University, B.S., M.S.; Kansas State University, Ph.D.

**ISAAC OLIVER,** 2013, Assistant Professor of Religious Studies. Anareus University, B.A., M.A.; University of Michigan, M.A., Ph.D.

## P

**THOMAS PALAKEEL**, 1993, Associate Professor of English. Loyola College, The University of Madras, B.A.; University of Kerala-India, M.A.; Eastern Washington University, M.F.A.; University of North Dakota, Ph.D.

**SHERRIE PARDIECK**, 1998, Professor of Teacher Education. Illinois Central College, A.A.; Eureka College, B.A.; Bradley University, M.A.; Illinois State University, Ed.D.

**YOUNG PARK**, 2000, Professor of Computer Science and Information Systems. Seoul National University, B.S.; Korea Advanced Institute of Science and Technology, M.S.; New York University Kourant Institute of Mathematical Sciences, M.S., Ph.D.

**SCOTT R. PAULSEN**, 1997, Adjunct Assistant Professor of Political Science. Illinois State University, B.S.; University of Iowa, M.B.A., J.D.

**SANDRA PERRY**, 1984, Professor of Business Law. Bradley University, B.S.; Southern Illinois University, J.D.

**MELISSA PETERSON**, 2001, Assistant Dean, College of Education and Health Sciences and Associate Professor of Physical Therapy. Bradley University, B.S.P.T.; University of Indianapolis, M.S.H.S. University of Illinois, Ph.D.

**SIMON PETRAVICK**, 1994, Professor of Accounting. Loyola University, B.S.; DePaul University, M.S.A.; University of Illinois at Chicago, Ph.D.; C.P.A.

**REBECCA PETRANY**, 2015, Temporary Instructor of Communication. Bradley University, B.S.; Western Illinois University, M.A.

**ANJI PHILLIPS,** 2012, Assistant Professor of Communication. Bradley University, B.A.; Illinois State University, M.S.; University of Missouri, Ph.D.

**RENEE PIERCE**, 2016, Assistant Professor of Nursing in Residence. Saint Francis Medical Center College of Nursing, B.S.N., M.S.N.

**ROBERT J. PODLASEK**, 1982, Director Bradley/Fraunhofer Partnership and Associate Professor of Mechanical Engineering. University of Illinois at Urbana-Champaign, B.S., A.B., M.S., Ph.D., P.E.

**REGINA POPE-FORD,** 2013, Assistant Professor of Industrial and Manufacturing Engineering and Technology. University of Wisconsin, B.S.; Arizona State University, M.S.E.; North Carolina A&T State University, Ph.D.

**MELVY R. PORTOCARRERO**, 1999, Associate Professor of Spanish. Knox College, B.A.; The University of Iowa, M.A., Ph.D.

**BRENDA PRATT**, 2007, Associate Professor of Physical Therapy. Washington University, B.S.; Rocky Mountain University of Health Professions, M.S., D.Sc.

**ROBERT PRESCOTT**, 1991, Assistant Dean of Undergraduate Studies and Associate Professor of English. University of Illinois, B.S., M.A., Ph.D.

**NEIL PRICE**, 2008, Adjunct Professor of Chemistry and Biochemistry. University of Essex, B.S; University of London, Ph.D.

Back to top

# Q

**DAVID QUIGG**, 1978, Associate Professor of Mathematics. Pennsylvania State University, B.S.; University of Wisconsin-Madison, M.A., Ph.D

# R

**DARRELL RADSON,** 2012, Professor, Finance and Quantitative Methods. Northwestern University B.A.; University of Michigan, M.A., M.S., Ph.D.

**VALERIE RAGON**, 2017, Assistant Professor of Nursing in Residence. Bradley University, B.S.N.; University of Illinois at Chicago, M.S.N.

**JENNIFER REAY**, 2010, Adjunct Dietetic Internship Instructor. Bradley University, B.S.

**RYAN REED**, 2015, Assistant Professor of Political Science. University of Southern California, B.A.; University of California-Davis, Ph.D.

**SOKONIE REED**, 2011, Temporary Clinical Instructor of Nursing in Residence. Bradley University, B.S.N., M.S.N.

**EDWARD REMSEN**, 2009, Associate Professor of Chemistry and Biochemistry. Manhattan College, B.S.; Polytechnic Institute of New York, M.S.; Princeton University, Ph.D.

**MICHAEL RETZER**, 1997, Adjunct Assistant Professor of Biology. Bradley University, B.S.; Southern Illinois University, M.A.; University of Illinois, Ph.D.

**JULIE A. REYER**, 2002, Assistant Dean, College of Engineering and Technology, Associate Professor of Mechanical Engineering. University of Illinois, B.S.; Carnegie Mellon University, M.E.; University of Michigan–Ann Arbor, Ph.D.

**BREANNA REYNOLDS**, 2014, Assistant Professor of Physical Therapy and Health Science in Residence. Bradley University, B.S.; The Ola Grimsby Institute, D.P.T.

**JUAN RIOS VEGA**, 2016, Assistant Professor of Education, University of Panama City, Panama, B.A.; University of North Carolina at Greensboro, M.A., Ph.D.

**D. MICHAEL RISEN**, 2004, Associate Professor of Education. Illinois State University, B.S., M.S.; Western Illinois University, Ed.S.; Illinois State University, Ph.D.

**DAWN C. ROBERTS**, 1993, Associate Professor of Psychology. Augustana College, B.A.; University of Iowa, M.S., Ph.D.

**JENNIFER ROBIN**, 2009, Interim Associate Dean, Foster College of Business and Associate Professor of Management and Leadership. University of Northern Iowa, B.A.; University of Tennessee, Ph.D.

**GEORGE ROMACK,** 2014, Adjunct Professor of Mechanical Engineering. Bradley University, B.S.; M.S.; University of Illinois, Ph.D.

**GILMA RONCANCIO-WEEMER**, 1998, Adjunct Instructor of Medical Laboratory Science. Western Illinois University, B.S.; St. John's Hospital, M.T. (A.S.C.P.), C.L.S. (N.C.A.); College of St. Francis, M.S.

**KELLY RYAN ROOS**, 1993, Professor of Physics. Bradley University, B.S.; Iowa State University, Ph.D.

**HEIDI ROTTIER**, 2001, Instructor of Marketing. Bradley University, B.S., M.B.A.

**MYRON E. RUBNITZ**, 2000, Adjunct Professor of Medical Technology. University of Nebraska, B.Sc., M.D.

**LESLIE A. RUSSELL,** 2017.  Lecturer of English in Residence.  Illinois State University, B.A., M.A.

**LORI A. RUSSELL-CHAPIN**, 1987, Professor of Education. University of Wyoming, B.S.; Eastern Montana College, M.S.; University of Wyoming, Ph.D.

Back to top

## S

**SAEED SABOURY**, 1989, Associate Professor of Industrial and Manufacturing Engineering and Technology. University of Tehran, B.S.; University of London, Imperial College, M.Sc., Ph.D.

**VALERIE SAN JUAN**, 2018.  Assistant Professor of Psychology.  University of Calgary, B.S., M.S.; Ontario Institute for Studies in Education, University of Toronto, Ph.S.

**MAGDALENA SAS**, 2014, Assistant Professor of Family and Consumer Sciences. University of Nevada Las Vegas, B.S., M.S., Ph.D.

**EDWARD L. SATTLER**, 1977, Professor of Economics. Western Michigan University, B.B.A., M.A.; University of Illinois, M.A., Ph.D.

**JOAN L. SATTLER**, 1977, Dean, College of Education and Health Sciences. Professor of Education. Western Michigan University, B.S.; University of Illinois, M.Ed., Ed.D.

**KERRIE SCHATTLER**, 2005, Professor of Civil Engineering and Construction. Wayne State University, B.S., M.S., Ph.D.

**GEORGE SCHOENDORFF**, 2017, Visiting Assistant Professor of Chemistry and Biochemistry. University of Michigan-Flint, B.S.; Iowa State University, Ph.D.

**UDO SCHNUPF**, 2014, Assistant Professor of Chemistry and Biochemistry. University of Siegen, Germany, M.S.; Emory University, Ph.D.

**ANDREA SCHOLL**, 2010, Temporary Assistant Professor of Nursing. Saint Xavier University, B.S.N.; Saint Francis Medical Center College of Nursing, M.S.N.

**THOMAS SCHUELKE**, 1999, Adjunct Associate Professor of Engineering and Technology. University of Technology Dresden, M.Sc., Ph.D.

**MEGHANN SCHWARTZ**, 2010, Adjunct Dietetic Internship Instructor. Bradley University, B.S.; St. Louis University, M.S.

**WENDY A. SCHWEIGERT**, 1987, Associate Professor of Psychology. St. Lawrence University, B.S.; Ohio University, M.S., Ph.D.

**AMY L. SCOTT**, 2006, Associate Professor of History. University of Tulsa, B.S., B.A., M.A.; University of New Mexico, Ph.D.

**ROBERT C. SCOTT**, 1975, Professor of Economics. University of South Dakota, B.A.; University of Iowa, M.A., Ph.D.

**ARIJIT SENGUPTA**, 2016. Assistant Professor of Chemistry and Biochemistry. University of Calcutta, B.S.; The City University of New York, M.A., Ph.D.

**IQBAL SHAREEF**, 1984, Professor of Industrial and Manufacturing Engineering and Technology. Osmania University, Hyd., India, B.S., M.S.; Illinois Institute of Technology, Ph.D.

**PRASAD SHASTRY**, 1991, Professor of Electrical and Computer Engineering and Technology. Bangalore University, B.S.; Indian Institute of Technology, India, M.S., Ph.D.

**NANCY E. SHERMAN**, 1992, Professor of Education. State University of New York, B.A.; Bowling Green State University, M.A.; The Ohio State University, Ph.D.

**DINESH SHETTY**, 2017. Assistant Professor of Physics in Residence. University of Bombay, India, M.S.; University of Mumbai, India, Ph.D.

**VINCE E. SHOWERS**, 1988, Professor of Quantitative Methods. Ohio State University, B.S.; Purdue University, M.S.; Ohio State University, Ph.D.

**AMIT SINHA**, 2008, Associate Professor of Finance. Patna University, B.Sc.; ICFAI Business School PGDBA, (M.B.A.); Kent State University, Ph.D.

**JOBIE L. SKAGGS**, 1999, Interim Associate Provost and Associate Professor of Education. Idaho State University, B.S., M.S., Ph.D.

**DAN SMITH**, 1994, Lecturer in Communication. Vanderbilt University, B.A.; Indiana University, M.A.

**KARIN SMITH**, 2017, Assistant Professor of Nursing. The University of Iowa, B.S.N.; The University of Oklahoma Health Sciences Center College of Nursing, M.S.N.; OSF Saint Francis Medical Center College of Nursing, D.N.P.

**TYLER SMITH**, 2018, Temporary Instructor in Business Law. Western Michigan University, B.S.; Arizona State University, B.S.; Indiana University, Robert H. McKinney School of Law, J.D.; University of Notre Dame Law School, LL.M.

**ERICH STABENAU**, 1996, Professor of Biology. Texas A & M University, B.Sc., M.Sc.; University of Texas, Ph.D.

**CYNTHIA STEINWEDEL**, 2006, Assistant Professor of Nursing. Bradley University, B.S.; University of Illinois at Chicago, M.S.; University of Wisconsin, Milwaukee, Ph.D.

**PAUL R. STEPHENS**, 2000, Associate Professor of Management Information Systems. Illinois State University, B.S.; Bradley University, M.B.A.; University of Cincinnati, Ph.D.

**TRAVIS STERN,** 2013, Assistant Professor of Theatre Arts. University of Illinois at Urbana-Champaign, Ph.D.

**H. FISHER STOLZ**, 1994, Professor of Art. University of Georgia, B.F.A., M.F.A.

**NAOMI STOVER**, 2006, Associate Professor of Biology. New Mexico Institute of Mining and Technology, B.S.; University of California, Irvine, Ph.D.

**ANDREW J. STRUBHAR**, 1993, Associate Professor of Physical Therapy. Wheaton College, B.S.; Northwestern University Medical School, B.S.P.T.; Bradley University, M.A.; Illinois State University, Ph.D.

**KEVIN R. SWAFFORD**, 2001, Associate Professor of English. San Francisco State University, B.A.; New York University, M.A.; University of Rhode Island, Ph.D.

# T

**JOHN A. TARASKA**, 1978, Adjunct Professor of Medical Technology. Temple University, B.A.; Jefferson Medical College–Philadelphia, M.D.

**MAYA TARTER**, 2017. Visiting Instructor and Director of Field Instruction of Social Work. University of Illinois at Chicago, B.A.; University of Missouri, M.S.

**SHAH M. TARZI**, 1997, Lee L. Morgan Chair of International Economics and Professor of International Studies. University of California-Riverside, M.A., Ph.D.

**FARIBORZ TAYYAR**I, 1985, Professor of Industrial and Manufacturing Engineering and Technology. Iranian Institute of Advanced Accounting. Tehran, Iran, B.A.; Sul Ross State University, M.B.A.; New Mexico State University, M.S.; Texas Tech University, Ph.D., P.E.

**JAMES TEMPLES**, 1975, Adjunct Assistant Professor of Political Science. University of Georgia, B.A.; Ohio State University, M.A., Ph.D.

**JASON TERRY**, 2017, Assistant Professor of Music. Missouri Southern State University, B.A.; Baylor University, M.M.; University of South Carolina, D.M.A.

**DANIEL TESKE,** 2013, Temporary Assistant Professor of Physics. University of Wisconsin–Madison, B.S., M.A.; Montana State University, Ph.D.

**DWAYNE E. THARP**, 1997, Adjunct Professor of Engineering and Technology. University of Missouri, B.S., Ph.D.

**DONALD THOMAS**, 1966, Adjunct Professor of Manufacturing. University of Iowa, B.S.M.E., M.S.M.E.

**MATHEW TIMM**, 1989, Professor of Mathematics. Illinois Wesleyan University, B.A.; Illinois State University, M.S.; University of Iowa, Ph.D.

**SHANNON TIMPE**, 2011, Associate Professor of Mechanical Engineering. University of Illinois, B.S.; University of California at Berkeley, M.S. Ph.D.

**STEVEN R. TIPPETT**, 1995, Professor of Physical Therapy. St. Louis University, B.S., Illinois State University, M.S., Ph.D.

**BRENT TISSERAT**, 2001, Adjunct Professor of Biology. California State Polytechnic University, B.S.; University of California, Riverside, Ph.D.

**AUREA TOXQUI-GARAY**, 2008, Associate Professor of History. Universidad Iberoamericana, B.A., M.A., University of Arizona, Ph.D.

**JENNY S. TRIPSES**, 1999, Professor of Education. Bradley University, B.S.; Illinois State University, M.S., Ph.D.

Back to top

## U

**ALEXANDER USKOV**, 2009, Assistant Professor of Computer Science and Information Systems. Bradley University, B.S., M.S.; The State Institute of Information Technologies and Telecommunications, Ministry of Education and Science of the Russian Federation, Ph.D.

Back to top

## V

**SAEID VAFAEI**, 2015, Assistant Professor of Mechanical Engineering. Shiraz University, B.Sc.; Sharif University, M.Sc.; Rensselaer Polytechnic Institute, Ph.D.

**STEVEN VAUGHN**, 2001, Adjunct Professor of Biology. University of Massachusetts, B.S.; Texas A&M University, M.S., Ph.D.

**LORI VICK**, 2017, Assistant Professor of Nursing. Iowa Wesleyan College, B.S., B.S.N.; Western Illinois University, M.A.; Medical University of South Carolina, Ph.D.

**LAURIE VICKROY**, 1990, Professor of English. University of Wisconsin-Milwaukee, B.A.; New York University, M.A.; SUNY-Binghamton, Ph.D.

**RACHEL VOLLMER**, 2016, Assistant Professor of Family and Consumer Sciences. Bradley University, B.S.; Eastern Illinois University, M.S.; University of Connecticut, Ph.D.

**DAVID C. VROMAN**, 1986, Professor of Music. Western Illinois University, B.A.; University of Illinois, M.A., ADV Certificate, Ed.D.

## W

**JODI WALDSCHAERTT**, 2010, Adjunct Dietetic Internship Instructor. Illinois State University, B.S.; St. Xavier University, M.A.

**STEPHANIE WALLACE,** 2016, Adjunct Instructor of Medical Laboratory Science.  Illinois State University, B.A. OSF St. Francis School of Clinical Laboratory Science, M.L.S. (A.S.C.P.). University of Saint Francis, M.A.

**LAURA WALLENFANG**, 2016, Assistant Professor of Nursing in Residence. University of Iowa, B.S.; University of Illinois at Chicago, M.S.N.; Illinois State University, Ed.D.

**JUDY WALLOCH**, 2018, Assistant Professor of Nursing in Residence. University of Iowa, B.S.; University of Illinois at Chicago, M.S.N.; Illinois State University, Ed.D.

**KERRY E. WALTERS**, 1989, Associate Professor of Music. University of Oregon, B.S.; Portland State University, M.A.T.; University of Cincinnati, Conservatory, D.M.A.

**SUSAN WALTRIP**, 2010, Adjunct Dietetic Internship Instructor. Western Illinois University, B.S., M.S.

**GRACE WANG**, 2017, Assistant Professor of Communication. Qufu Normal University B.A.; Xiamen University, M.A.; Washington State University, Ph.D.

**JING WANG**, 2014, Associate Professor of Electrical and Computer Engineering. Central South University, B.S., Ph.D.

**PAUL W. WANG**, 2001, Professor of Physics. National Taiwan Normal University, B.S.; State University of New York at Albany, M.S., Ph.D.

**YUN WANG**, 2011, Associate Professor of Computer Science and Information Systems. Wuhan University, B.S.; University of Cincinnati, Ph.D.

**JAMIE WAY**, 2017, Assistant Professor of Physical Therapy in Residence. Bradley University, B.S., D.P.T.

**KAREN WATT**, 2010, Adjunct Dietetic Internship Instructor. Bradley University, B.S.

**PAUL WAYVON**, 2004, Instructor of Accounting. University of Detroit, B.S.; Michigan State University, M.B.A.

**RICHARD WEBER**, 1997, Adjunct Professor of Biology. University of Illinois, B.S.; University of Florida, Ph.D.

**ALLEN L. WEBSTER**, 1990, Professor of Quantitative Methods. Fort Hays Kansas State University, B.S., M.S.; Florida State University, Ph.D.

**LAURENCE WEINZIMMER**, 1993, Caterpillar Professor of Management. Bradley University, B.A., M.B.A.; University of Wisconsin-Milwaukee, Ph.D.

**BRIDGET WELKER**, 2015, Assistant Professor of Nursing in Residence. OSF College of Nursing, B.S.N.; University of Illinois, Urbana-Champaign, M.S.-F.N.P.

**DANIELLE WENTZEL**, 2017.  Lecturer of Chemistry and Biochemistry in Residence.  Indiana University, B.A.; Bradley University, M.A.

**DOLORES A. WENZEL**, 1989, Adjunct Professor of Nursing. Illinois Wesleyan University, B.S.N.; University of Illinois, M.S.N.

**QUENTIN WHERFEL**, 2018, Assistant Professor of Education. Northeastern Illinois University, B.A.; National-Louis University, M.Ed.; University of Illinois at Urbana-Champaign, C.A.S., Ph.D.

**SARAH WHETSON**, 2014, Assistant Professor of Sociology. University of Illinois, Urbana-Champaign, B.A.

**FRED Z. WHITE**, 1974, Adjunct Professor of Education. Northwestern University, B.S., M.D.; Bradley University, M.A.

**BRENT WILEY**, 2016, Temporary Instructor of Interactive Media, University of Kansas, B.A.; Savannah College of Art and Design, M.F.A.

**GARY N. WILL**, 2000, Professor of Art. Southport College of Art and Design, N.W.R.A.C.; Doncaster College, T.D.L.B.; Leeds Metropolitan University (England), M.A.

**CHRISTOPHER WILLIAMS**, 2010, Professor and Founding Chair of Criminal Justice Studies. Wright State University, B.A.; California School of Professional Psychology, Ph.D.

**JOHN A. WILLIAMS**, 1997, Professor of History. University of North Carolina, B.A.; University of Michigan, M.A., Ph.D.

**SHARON WINDSOR**, 2010, Adjunct Dietetic Internship Instructor. Illinois State University, B.S.

**EUGENE J. WITTRY**, 1966, Adjunct Professor of Industrial Engineering. St. Procopius, B.S.; Bradley University, M.E.A.

**KARA WOLFE**, 2011, Professor of Family and Consumer Sciences and Hospitality Leadership Director. Emporia State University, B.S.; Kansas State University, M.S., Ph.D.

**KRISTY WOLFE**, 2008, Temporary Assistant Professor of Civil Engineering and Construction. Bradley University, B.S.; University of Missouri-Rolla, M.S.

**ROBERT J. WOLFFE**, 1993, Professor of Education. Miami University of Ohio, B.S.; Xavier University, M.Ed.; University of Cincinnati, Ed.D.

**BECKY WOOD**, Instructor of Management and Leadership. Bethel College, B.S.; Bradley University, M.S.

**KRISTIN WOODS**, Temporary Instructor in Residence of Chemistry. Millikin University, B.S.; Georgia Institute of Technology, Ph.D.

**DEMETRICE WORLEY**, 1988, Associate Professor of English. Bradley University, B.A.; University of Illinois, M.A.; Illinois State University, Ph.D.

**DONNA M. WRAY**, 2000, Adjunct Instructor in Medical Technology. VA Hines Hospital, M.T. (ASCP); Northern Illinois University, B.S.

# X

**QUAN XIE,** 2013, Assistant Professor of Communication. Communication University of China, B.A.; Ohio University, M.A., Ph.D.

**LARRY XUE**, 1997, Professor of Mathematics. Shandong University, P.R. China, B.S., M.S.; University of Pittsburgh, Ph.D.

Back to top

# Y

**YANG, SE JEONG**, 2017, Assistant Professor. Chinju National University of Education, B.Ed.; Pusan National University, M.Ed.; Middlebury College, M.A., The Ohio State University, M.A., Ph.D.

**DANIEL YEE**, 2017.  Assistant Professor of Mathematics in Residence.  University of Wisconsin-Milwaukee, B.A., M.S., Ph.D.

**TURKAY YOLCU**, 2014, Assistant Professor of Mathematics. Middle East Technical University (M.E.T.U.), B.S., M.S.; Georgia Institute of Technology, Ph.D.

**JOHN YOO**, 2010, Associate Professor of Industrial Engineering and Manufacturing Technology. Korea University, B.S.; Seoul National University, M.S.; Pennsylvania State University, Ph.D.

**JACOB YOUNG**, 2015, Assistant Professor of Entrepreneurship, Technology, and Law. D.B.A., Computer Information Systems, Louisiana Tech University, Henderson State University, B.S.; M.B.A.

**KEN YOUNG,** 2012, Temporary Instructor of Communication and Director of Forensics. Bradley University, B.S.; Northern Illinois University, M.A.

Back to top

# Z

**JASON ZABOROWSKI**, 2006, Associate Professor of Religious Studies. Messiah College, B.A.; Arizona State University, M.A.; The Catholic University of America, Ph.D.

**BERNARD J. ZANT**, 1970, Assistant Professor of Sociology. University of Illinois, B.S., M.A., Ph.D.

**HAORAN (SHAWN) ZHENG**, 2018, Assistant Professor of Management Information Systems - Business Analytics. North China University of Technology, B.S.; Kennesaw State University, B.S.; Florida International University, M.S.; Florida State University, M.S., Ph.D.

**DAVID ZIETLOW**, 1998, Professor of Mechanical Engineering. Bradley University, B.S.M.E., M.S.M.E.; University of Illinois, Ph.D.

**ALI REZA ZOHOORI**, 2000, Professor of Communication. Tehran University, B.S.; Oklahoma State University, M.S.; Indiana University, Ph.D.

Back to top

# Library Faculty

**BARBARA A. GALIK**, 1997, Executive Director of the Library, with rank of Associate Professor. University of Notre Dame, A.B.; University of Illinois, A.M., M.S.

**XIAOTIAN CHEN**, 2002, Electronic Services Librarian, with rank of Associate Professor, Nanjing University, China, B.A., Graduate Diploma; University of Central Oklahoma, M.A.; University of Oklahoma, M.L.I.S

**MARGARET FRAZIER**, 1998, Temporary Instruction Librarian, with rank of Instructor. St. Cloud State University, B.E.S.; University of Texas, Austin, M.L.I.S.

**CHARLES FREY**, 1979, Special Collections Librarian, with rank of Associate Professor. Milton College, B.A.; Western Illinois University, M.A.; University of Illinois, M.S.

**MEGAN A. JASKOWIAK,** 2013, Science/Health Sciences Librarian with the rank of Assistant Professor. Northern Kentucky University, B.A.; North Dakota State University, Ph.D.; Kent State University, M.L.I.S.

**M. TODD SPIRES**, 2004, Collection Development Librarian, with rank of Associate Professor. Southern Illinois University-Carbondale, B.A.; Indiana University, M.L.S.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# EMERITUS FACULTY

**A** B C D E F G H I J K L M N O P Q R S T U V W X Y Z

## A

**JAMES J. ADRIAN,** 1972- 2018, Professor of Civil Engineering and Construction, Emeritus. University of Illinois, B.S.C.E., M.S.C.E., Ph.D.; Bradley University, B.S., P.E., C.P.A.

**WINFRED ANAKWA**, 1985-2014, Professor of Electrical and Computer Engineering, Emeritus. Brown University, B.S.E.E., M.S.E.E., Ph.D.

**LINDA T. ANGLIN,** 1978–2000, Associate Professor of Nursing, Emerita. University of Arizona, B.S.N.; University of Illinois, M.S.; Illinois State University, D.A.

**GARY ANNA**, 1975-2018, Senior Vice President for Business Affairs, Emeritus. Bradley University, B.S.

**GLORIA ARRINGTON,** 1975-2017, General Services Supervisor, Emerita.

**LARRY ASPIN**, 1982-2015, Professor of Political Science, Emeritus. Alma College, B.A.; Purdue University, M.A., Ph.D.

## B

**DAVID BAER,** 1973–2011, Chief of Police, Emeritus, Southern Illinois University – Carbondale, B.S.

**ROBERT B BAER**, 1984-2015, Professor of Marketing, Emeritus. Ohio University, B.A.; University of Missouri–Kansas City, M.A.; Miami University (Ohio), Ph.D.

**EDITH BAKER,** 1995–2010, Associate Professor of English, Emerita. Cornell College, B.A.; University of Virginia, M.A.; University of Arizona, Ph.D.

**JAMES C. BALLOWE,** 1963–1999, Distinguished Professor of English, Emeritus. Millikin University, B.A.; University of Illinois, M.A., Ph.D.

**ANTONIO BARON**, 1982-2019, Technology Support Services, Emeritus.

**HIMAT S. BATRA,** 1981–2005, Associate Professor of Computer Science and Information Systems, Emeritus. Panjab University, B.A., M.A.; New York University, M.S.; Polytechnic Institute of New York, Ph.D.

**SHYAM BHANDARI,** 1976-2016, Professor of Finance, Emeritus. Jaswant College, B.S.; Rajasthan University, M.S.; Miami University (Ohio), M.B.A.; University of Iowa, Ph.D.

**RICHARD G. BJORKLUND,** 1957–1991, Distinguished Professor of Biology, Emeritus. University of Montana, B.S., M.S.; University of Michigan, Ph.D.

**WILLIAM L. BOWERS,** 1962–2000, Professor of History, Emeritus. University of Northern Iowa, B.A., M.A.; University of Iowa, Ph.D.

**KENDRA BRANDES,** 1978-2017, Associate Professor of Family and Consumer Sciences, Emerita. Central Missouri State University, B.S.Ed., M.S.E., University of Illinois, Ed.D.

**SHARI BRITNER,** 2002-2017, Associate Professor of Teacher Education, Emerita, Eckerd College, B.A.; Georgia State University, M.Ed.; Emory University, Ph.D.

**CINDY BRUBAKER**, 2000-2019, Associate Professor of Nursing, Emerita. Swedish American Hospital School of Nursing, RN; Bradley University, B.S.N.; University of Illinois at Chicago, MS, FNP; Illinois State University, EdD.

**DEBRA L. BURGAUER,** 1991-2012, Lecturer in English, Emerita. Illinois State University, B.A.; Bradley University, M.A.; Illinois State University, Ph.D.

**PATRICIA BUSSONE**, 1986-2015, Senior Associate Director of Financial Assistance, Emerita. Western Illinois University, B.A.; Bradley University, M.A.

## C

**BARBARA CARRAWAY**, 1978–2013, Executive Director of the Center for Student Support Services, Emerita. Southern Illinois University, B.A.; Bradley University, M.A.

**MARGARET L. CARTER,** 1963–1999, Associate Professor of English, Emerita. University of Vermont, B.A.; Bradley University, M.A.; University of Illinois, Ph.D.

**EDGAR L. CHAPMAN,** 1963–2002, Professor of English, Emeritus. William Jewell College, B.A.; Brown University, M.A., Ph.D.

**CHANG-OK CHOI,** 1987-2019, Associate Professor of Family and Consumer Science, Emerita. Keimyung University, B.S., M.Ed.; University of Tennessee, Ph.D.

**BETTY CHURCH,** 1965–2004, Instructor of Family and Consumer Sciences, Emerita. University of Illinois, B.S., M.S.

**KATH CONVER,** 1986–2017, Senior Director of Public Relations, Emerita. Northern Illinois University, B.S.

**LARRY W. CORNWELL,** 1980–2005, Professor of Business Management and Administration, Emeritus. Culver-Stockton, B.A.; Southern Illinois University, M.S.; University of Missouri, Rolla, Ph.D.

**MARTHA CRAIG,** 1999-2018, Associate Professor of English, Emerita. Stanford University, B.A.; The College of William and Mary, M.A.; Purdue University, Ph.D.

**ELIZABETH CRAM,** 1994-2016, Assistant Professor of Nursing, Emerita; University of Iowa, B.S.N.; Bradley University, M.S.N.

## D

**OLATUNJI DARE**, 1996-2015, Professor of Communication, Emeritus. University of Lagos, B.A.; Columbia University, M.S.; Indiana University, Ph.D.

**JEANNETTE DAVIDSON,** 1992–2018, Professor of Dietetics, Emerita. University of Pretoria, South Africa, B.S.; University of Pretoria, South Africa, M.S.; The Ohio State, Ph.D.

**RICHARD DELLER,** 1978–2009, Associate Professor of Mechanical Engineering, Emeritus. University of Illinois, B.S., M.S., Ph.D.

**PATRICIA DEMPSEY**, 1974-2015, Director of Custodial Services, Emerita. Bradley University, B.F.A.

**JOHN A. DEPINTO, JR.,** 1966–2000, Professor of Biology, Emeritus. Youngstown University, B.A.; University of Illinois, Ph.D.

**GLEN DILLE,** 1978–2005, Professor of Spanish, Emeritus. University of Colorado, B.A., M.A.; Tulane University, Ph.D.

**RONALD DOERZAPH,** 1985–2012, Director of Facilities Management, Emeritus. Chicago Technical College, B.S.

**BARBARA DREHER,** 1950–1989, Director of Bookstore, Emerita. Bradley University, B.A.

**PETER F. DUSENBERY**, 1970-2015, Associate Professor of English, Emeritus. Lewis and Clark College, B.A.; University of Washington, M.A., Ph.D.

E

**GERALD ELSETH,** 1966–1998, Professor of Biology, Emeritus. Moorhead State College, B.A.; Utah State University, M.S., Ph.D.

**JOSEPH EMANUEL**, 1967–2013, Professor of Industrial and Manufacturing Engineering and Technology, Emeritus. University of New Mexico, B.S.; The Ohio State University, M.A., Ph.D.

**CLAIRE ETAUGH,** 1965-2017, Distinguished Professor and Caterpillar Professor of Psychology, Emerita. Barnard College, A.B.; University of Minnesota, M.A., Ph.D.

F

**REBECCA FAY,** 1982–2012, Head Teacher of the Child Study Center, Emerita. Bradley University, B.S.; Illinois State University, M.S., Ed.D.

**JOSEPH FELDER,** 1981–2010, Associate Professor of Economics, Emeritus. Boston University, A.B.; University of California at Los Angeles, M.A., Ph.D.

**JOHN W. FENDRICH,** 1980–2000, Associate Professor of Computer Science and Information Systems, Emeritus. University of Colorado, B.S., M.A.; University of Illinois, A.M., Ph.D.

**KURT FIELD,** 1976-2016, Professor of Chemistry, Emeritus. Hiram College, B.A.; Case Western Reserve University, Ph.D.

**KEVIN FINSON,** 2001-2018, Professor of Teacher Education, Emeritus. Kansas State University, B.S.; M.S.; Ph.D.

**MERRILL FOSTER,** 1969-2016, Professor of Geology, Emeritus. Pasadena City College, A.A.; University of California, A.B., M.A.; Harvard University, Ph.D.

**HEATHER FOWLER-SALAMINI,** 1970–2008, Caterpillar Professor of History, Emerita. Cornell University, B.A.; University of Toronto, M.A.; American University, Ph.D.

**JOHN E. FRANCIS,** 1990–1998, Dean of Engineering and Technology, Emeritus. University of Oklahoma, B.S., M.S., Ph.D.

**BARBARA FRASE,** 1985-2015, Professor of Biology, Emerita. University of Illinois at Chicago, B.S., M.S.; University of Kansas, Ph.D.

**LOIS M. FRELS,** 1976–1988, Professor of Nursing, Emerita. Augustana College, B.S.N.; University of Iowa, M.A.; University of Minnesota, Ph.D.

**FRED FRY,** 1976–2009, Turner Chair of Entrepreneurship, Professor of Business Administration, Emeritus. Oklahoma State University, B.S., M.B.A., Ph.D.

**KATHY FULLER,** 1982-2014, Executive Director of Donor Relations, Emerita. Denison University, B.A.

## G

**ALAN GALSKY**, 1969-2013, Vice President for Student Affairs, Emeritus. Roosevelt University, B.S.; Northwestern University, M.S., Ph.D.

**CAROL GARD,** 1974–2009, Assistant Professor of Nursing, Emerita. Montana State University, B.S.N., M.N.; Illinois State University, Ph.

**LAURA GARFINKEL,** 1979–2011, Lecturer in Communication, Emerita, University of Michigan, B.A., Bradley University, M.A.

**EDGAR C. GASDORF,** 1959–1990, Associate Professor of Biology, Emeritus. Purdue University, B.S., M.S., Ph.D.

**ROBERT B. GAYHART,** 1969–2007, Professor of Chemistry, Emeritus. Bellarmine College, B.A.; University of Illinois, M.S., Ph.D.

**EMILY GILL**, 1972-2015, Caterpillar Professor of Political Science, Emerita. Scripps College, B.A.; Claremont Graduate School, M.A., Ph.D.

**A. DONALD GLOVER,** 1966–2000, Professor of Chemistry, Emeritus. Culver Stockton College, B.A.; Carnegie Institute of Technology, Ph.D.

**KENNETH GOLDIN,** 1962–2012, Business Manager, Emeritus. Bradley University, B.S., M.S.

**JAMES D. GOODNOW,** 1987–2007, Coordinator and Professor of International Business, Emeritus. Albion College, B.A.; Indiana University, M.B.A., D.B.A.

**JEAN GRANT**, 1984-2019, Associate Professor of Teacher Education, Emerita. Eastern Illinois University, B.S.; Rosary College, M.S.; University of Illinois at Chicago, Ph.D.

**CAROLYN GRIFFITH,** 1984–2007, Director of the Center for Learning Assistance, Emerita. Miami University, B.S.; Illinois State University, M.S.

**LINDA GUINN,** 1981–2012, Administrative Assistant to the Vice President for Business Affairs, Emerita.

**GREGORY G. GUZMAN,** 1967–2008, Professor of History, Emeritus. Wisconsin State College, B.S.; University of Pittsburgh, M.A.; University of Cincinnati, Ph.D.

## H

**SANDRA L. HADANK,** 1982–2006, Administrative Assistant to the President, Emerita.

**MAHMOOD HAGHIGHI,** 1984–2011, Professor of Computer Science and Information Systems, Emeritus, Tehran Teachers College, B.A., Hofstra University, M.A., City University of New York, M.S.; Ph.D.

**ELEONORE E. HANSEN,** 1971–2008, Librarian, Emerita. University of Toledo, B.A.; University of Michigan, M.A.; University of Illinois, M.S.

**TRACY K. HARRIS**, 1990-2014, Associate Professor of Spanish, Emerita. Bennington College, B.A.; Columbia University, M.A.; The Ohio State University, M.A.; Georgetown University, Ph.D.

**RICHARD I. HARTMAN,** 1961–2001, Professor of Business Administration, Emeritus. Bradley University, B.S.; Indiana University, M.B.A., D.B.A.

**JOHN S. HAVERHALS,** 1963–2008, Assistant Professor of Mathematics, Emeritus. University of Iowa, B.A., M.S.

**HENRY L. HELENEK,** 1967–2012. Associate Professor of Chemistry and Biochemistry, Emeritus. City College of New York, B.S.; Brown University, M.Sc., Ph.D.

**STEPHEN HEINEMANN,** 1991–2018, Professor of Music, Emeritus.

**JEFF HIBBARD**, 1975-2019, Senior System Administrator, Emeritus.

**DONNA HILL**, 1989-2015, Professor of Marketing, Emerita. Indiana University, B.A; Ball State University, M.B.A.; Indiana University, Ph.D.

**BONNIE HINRICHSEN,** 1980–2009, Assistant Professor of Nursing, Emerita. University of South Carolina, B.S.N.; University of Illinois, M.N.; Southern Illinois University, Ph.D.

**KENNETH H. HOFFMAN,** 1969–2004, Professor of Art, Emeritus. San Francisco Art Institute, B.F.A., M.F.A.

**STARR L. HULL,** 1991–2006, Certification Officer and Clinical Coordinator, Emerita. University of Illinois, B.S., Illinois State University, M.S., Ed.D.

**ROBERT F. HURT,** 1970–1999, Professor of Mechanical Engineering, Emeritus. University of Illinois, B.S., M.S., Ph.D.

**IN KWAN HWANG,** 1966–2001, Professor of International Studies, Emeritus. University of California at Berkeley, B.A.; University of Southern California, M.A.; Washington University, Ph.D.

J

**JANET JACKSON,** 1991-2018, Assistant Professor of Nursing, Emerita. Missouri Western State University, A.D.N.; University of Missouri, B.S.N.; University of Oklahoma, M.S.

**ROBERT JACOBS**, 1992-2015, Professor of Communication, Emeritus. University of Southern California, B.A.; University of California–Santa Barbara, M.A., Ph.D.

**RUTH JASS,** 1948–1988, Registrar, Emerita. Bradley University, B.S., M.S.

**RONALD P. JETTON,** 1966–1997, Associate Professor of Electrical and Computer Engineering and Technology, Emeritus. Illinois College, B.A.; University of Illinois, B.S.E.E., M.S.E.E.; Purdue University, Ph.D., P.E.

**CELIA JOHNSON,** 1992-2018, Professor of Teacher Education, Emerita. Illinois State University, B.S.; M.S.; Ph.D

**DENISE JOHNSON**, 1990-2014, Librarian, Emerita. Illinois Central College; University of Illinois, Springfield, B.A.; University of Illinois. Urbana-Champaign, M.S.; Bradley University, Master of Liberal Arts

**NIAL JOHNSON,** 1975-2017, Executive Director of Instructional Technology, Emeritus. Western Illinois University, B.S., M.S.

**PHILIP JONES,** 1968-2016, Associate Professor of History, Emeritus. University of Cincinnati, B.A.; Duke University, M.A., Ph.D.

**JEAN E. JOST,** 1989-2016, Professor of English, Emerita. Nazareth College of Rochester (New York), B.A.; University of Cincinnati, M.A., Ph.D.

**JOHN JOST,** 1989-2018, Professor of Music, Emeritus. Stanford University, B.A.; M.A.; Ph.D.

**GERALD JUNGCK,** 1959–2010, Caterpillar Professor of Mathematics, Emeritus. Wartburg College, B.A.; University of Wisconsin, M.A.; SUNY, Ph.D.

## K

**EDWARD KAIZER,** 1970-2016, Professor of Music, Emeritus. Duquesne University, B.M.E., M.M.; Indiana University, D.M.

**JANET KAIZER**, 1976–2013, Instructor of Music, Emerita. University of Illinois, B.S.; Bradley University, M.M.E.

**DEWEY KALMER,** 1979–2009, Head Men's Baseball Coach, Senior Associate Athletic Director, Emeritus. Quincy College, B.S.; Western Illinois University, M.S.

**CHRIS KASCH,** 1991-2019, Associate Professor of Communication, Emeritus. Illinois State University, B.S., M.A.; University of Illinois, Ph.D.

**GREGORY KILLORAN,** 1978–2010, Executive Director of the Center for Student Involvement, Emeritus. Michigan State University, B.A., M.A.

**EDWARD M. KING,** 1957–1996, Executive Director, Housing, Residential Life and Student Judicial System, Emeritus. Bradley University, B.S., M.A.

**KENNETH E. KOLB,** 1965–1993, Professor of Chemistry, Emeritus. University of Louisville, B.S.; Ohio State University, Ph.D.

**RONALD KOPERSKI**, 1966–2013, Associate Professor of Communication, Emeritus. St. Mary's University-Minnesota, B.A.; St. Louis University, M.A.; University of Missouri-Columbia, Ph.D.

**DENNIS E. KROLL**, 1981-2015, Professor of Industrial and Manufacturing Engineering and Technology, Emeritus. Bradley University, BSIE; University of Wisconsin (Madison), MSIE; University of Illinois (Urbana), Ph.D.

**GEORGE KRULL**, 2000–2011, Professor of Accounting and Executive in Residence, Emeritus. The Ohio State University, B.S., Oklahoma State University, M.S., Michigan State University, Ph.D., C.P.A.

**JOAN M. KULPA,** 1973–1995, Associate Professor of Nursing, Emerita. St. Mary College, B.S. in Nursing; St. Louis University, M.S.N.; Ball State University, Ed.D.

# L

**GAY LEATHERS-MORRILL,** 1991–2012**,** Lecturer in English, Emerita. Central Missouri State University, B.S.; Bradley University, M.A.

**PAUL LERMACK,** 1971–2011, Professor of Political Science, Emeritus. Temple University, A.B., M.A.; University of Minnesota, Ph.D.

**JANIS LILLARD,** 1990-2017, Internal Auditor, Emerita.

**ELIZABETH LINN,** 1980–2010, Professor of Art, Emerita. Sienna Heights University, B.A.; Eastern Michigan University, M.F.A.

**JANE LINNENBURGER**, 1977–2013, Executive Director of the Smith Career Center, Emerita. Yankton College, B.M.; Bradley University, M.A.

**ROBERT G. LOWDER,** 1956–1992, Professor of Psychology, Emeritus. Bradley University, B.S., M.A.; Purdue University, Ph.D.

# M

**CHERYL MANGOLD,** 1978–2004, Employee Benefits Administrator, Emerita. Midstate College, A.B.

**BILLY J. MATHIS,** 1965–2000, Professor of Biology, Emeritus. Oklahoma State University, B.S., M.S., Ph.D.

**MARY JO MAYS,** 1990–2008, Founding Chair and Associate Professor, Department of Physical Therapy and Health Science, Emerita. University of Nebraska, B.S.; University of Colorado, P.T.; Virginia Commonwealth University, M.S.; University of Nebraska, Ph.D.

**SHARON McBRIDE,** 1972–2010, Undergraduate Student Advisor/Coordinator Student Affairs, Emerita, College of Engineering and Technology. Bradley University, B.A., M.A.

**SHIRLEY MEILS,** 1971–2017, Office Manager, Bradley Technology Commercialization Center, Emerita.

**JAMES  MILLER,** 1978–2013, Associate Professor of Computer Science and Information Systems, Emeritus. The University of Delaware, B.A.; The Pennsylvania State University, M.A., D.Ed.

**CAITRIONA MOLONEY,** 1999-2019, Associate Professor of English, Emerita. University of Santa Clara, B.A.; Holy Names College, M.A.; Univeristy of California-Davis, Ph.D.

**HERBERT L. MONOSON,** 1966–1996, Professor of Biology, Emeritus. Western Illinois University, B.S., M.S.; University of Illinois, Ph.D.

**CARLA MONTEZ**, 1989-2019, Emerita. Director of Marketing, Continuing Education and Professional Development.

**HAROLD MOORE,** 1956–1984, Professor of Physics, Emeritus. St. Mary's University, San Antonio, B.S.; Washington University, M.S.; University of Florida, Ph.D.

**JUNE MOORE,** 1979-2017, Senior Supervisor of Custodial Services, Emerita.

**JUDITH MOROZ,** Lecturer, Department of Chemistry and Biochemistry, Emerita.

**SHARON M. MURPHY,** 1994–2006, Professor of Communication, Emerita. Marquette University, B.S.; University of Iowa, M.A., Ph.D.

**BICHARA B. MUVDI,** 1964–1993, Professor of Civil Engineering and Construction, Emeritus. Syracuse University, B.M.E., M.M.E.; University of Illinois, Ph.D., P.E.

**JEANNE MUZZILLO**, 2007-2019, Associate Professor of English, Emerita. Purdue University, B.A.; Indiana University, M.S.; Purdue University, Ph.D.

## N

**MOHAMED A. NAJMI,** 1969–2000, Professor of Sociology, Emeritus. Osmania University, B.Sc.; SUNY at New Paltz, M.S.; University of Northern Colorado, Ed.D.; McGill University, Montreal, Canada, Ph.D.

**ARNOLD NESS,** 1974–2011, Associate Professor of Industrial and Manufacturing Engineering and Technology, Emeritus, University of Illinois, B.S., M.S., Ph.D.

**HAROLD M. NIX,** 1986–2000, Professor of Accounting, Emeritus. Western State College, B.B.A., M.A.; Oklahoma State University, Ph.D., C.P.A., C.M.A.

## O

**KIYOHISA OKAMURA,** 1985–2001, Professor of Mechanical Engineering, Emeritus. Kyushu Institute of Technology, Japan, B.S.; University of Tokyo, Japan, M.S.; Purdue University, Ph.D.

P

**DAVID PARDIECK,** 1975-2016, Executive Director of Financial Services, Emeritus.

**SHERRIE PARDIECK,** 1992-2018, Professor of Teacher Education, Emerita. Illinois Central College, A.A.; Eureka College, B.A.; Bradley University, M.A.; Illinois State University, Ed.D

**SANDRA PERRY,** 1984-2016, Professor of Business Law, Emerita.

**ROGER A. PETERSON,** 1960–1996, Associate Professor of Mechanical Engineering, Emeritus. Bradley University, B.S.M.E.; Purdue University, M.S.M.E.

**LINDA PIZZUTI**, 1993-2019, Assistant Provost, Emerita.

# Q

**DAVID QUIGG,** 1978-2019, Associate Professor of Mathematics, Emeritus. Pennsylvania State University, B.S.; University of Wisconsin-Madison, M.A.; Ph.D.

R

**SUSAN BRILL DE RAMIREZ**, 1991-2019, Professor of English, Emerita. University of Wisconsin-Madison, B.A.; University of Chicago, M.A.; University of Wisconsin-Madison, M.B.A.; University of New Mexico, Ph.D.

**F. EUGENE REBHOLZ,** 1969–2008, Associate Professor of Civil Engineering and Construction, Emeritus. Iowa State University, B.Arch.E.; Pennsylvania State University, M.Eng.; Bradley University, M.B.A., P.E.

**DEIRDRE REDINGTON**, 1989–2013, Technical Services Librarian, Emerita. University of Maryland, B.A.; The Catholic University of America, MSLS.

**CATHERINE H. RICCIARDELLI,** 1967–1994, Associate Professor of Anthropology, Emerita. Northwestern University, B.A.; University of Pennsylvania, M.A., Ph.D.

**NANCY RIDGEWAY,** 1992-2018, Associate Director of University Publications, Emerita.

**JOANNE RICHIE,** 1967–1997, Director of Payroll, Emerita.

**DIANE RIGLEY**, 1980-2015, Director of the Division Research and Testing, Emerita. Bradley University, B.S., M.A.; Illinois State University, Ph.D.

**D. MICHAEL RISEN**, 2004-2019, Associate Professor of Education, Emeritus. Illinois State University, B.S., M.S., Ph.D.

**ELMO E. (JOE) ROACH,** 1968–2004, Professor of History, Emeritus. University of Dayton, B.A. Ohio State University, M.A., Ph.D.

**ANGELA ROBERSON**, 1985–2013, Executive Director of Enrollment Management Office Operations, Emerita. Mundelein College, B.A.; Loyola University Chicago, M.Ed.

**WILLIAM C. (CORKY) ROBERTSON,** 1987–2000, Athletic Ticket Office Manager, Emeritus.

**ROBERT ROWE,** 2000–2018, Professor of Graphic Design, Emeritus. University of Florida, B.A.; Indiana University, M.A.

## S

**SHARON ST. GERMAIN,** 1983–2012**,** Director of the Springer Center for Excellence in Internships, Emerita. University of Illinois, B.S.

**EDWARD SATTLER,** 1977-2019, Professor of Economics, Emeritus. Western Michigan University, B.B.A.; M.A.; University of Illinois, M.A.; Ph.D.

**JOAN SATTLER**, 1977-2019, EHS Dean and Professor of Education, Emerita. Western Michigan University, B.S.; University of Illinois, Ed.M., Ed.D.

**LEONARDO SALAMINI,** 1969–2009, Professor of Sociology, Emeritus. Studentato Filosofico, B.Phil.; Collegio Antoniano, B.A.; Sorbonne University, D.S.S.; University of Paris, Ph.D.

**H. JOHN SATHOFF,** 1961–2000, Professor of Physics, Emeritus. Bradley University, B.S.; Ohio State University, M.S., Ph.D.

**THEODORE SCHARLE,** 1969–2006, Professor of Philosophy, Emeritus. Loras College, B.A.; University of Louvain, B.A., S.T.G., M.A.; Pontifical University of St. Thomas in Rome, Ph.L., Ph.D.

**DONALD R. SCHERTZ,** 1963–2008, Professor of Electrical and Computer Engineering, Emeritus. Bradley University, B.S.E.E.; Massachusetts Institute of Technology, S.M.E.E.; University of Illinois, Ph.D.

**CATHY SHERLOCK**, 1997-2014, Administrative Assistant to the Dean, Emerita.

**VINCE SHOWERS**, 1988-2019, Professor of Quantitative Methods, Emeritus.

**GLADYS SIMENC,** 1976–1998, Assistant Professor of Nursing, Emerita. St. Mary's Hospital, Rochester, Minnesota, Diploma; Bradley University, B.S.; Northern Illinois University, M.S.

**MOLLY SLOTER**, 1982-2019, Collaborative Pianist, Emerita. University of Missouri - Columbia, B.S.; Bradley University, M.M.

**KEVIN STEIN**,1984 - 2018, Distinguished Professor and Caterpillar Professor of English, Emeritus. Ball State University, B.S., M.A.; Indiana University, M.A., Ph.D.

**CYNTHIA STEINWEDEL**, 2006-2019, Assistant Professor of Nursing, Emerita. Bradley University, B.S.; University of Illinois at Chicago, M.S.; University of Wisconsin at Milwaukee, Ph.D.

**ROBERT STEPHENS,** 1967–2009, Associate Professor of Biology, Emeritus. Oklahoma Baptist University, B.A.; University of Oklahoma, M.A.; Oklahoma State University, Ph.D.

**MARY JANE STERLING**, 1982-2014, Lecturer in Mathematics, Emerita. North Central College, B.A.; University of New Hampshire, M.S.T.

**THOMAS STEWART,** 1959–2008, Professor of Electrical and Computer Engineering, Emeritus. Bradley University, B.S.E.E.; Massachusetts Institute of Technology, S.M.E.E.; Purdue University, Ph.D.

**CHARLES STONER,** 1980-2016, Professor of Management and Leadership, Emeritus. Florida State University, B.S., M.B.A., D.B.A.

**JOSEPH R. STOWELL,** 1956–1986, Professor of Health and Movement Science, Emeritus. Bradley University, B.S., M.A.

**LINDA STRASMA,** 1986–2011, Lecturer in Communication, Emerita, Western Illinois University, B.A.; M.S.

**LARRY STRATTON,** 1970–2009, Systems Analyst, Emeritus, in Computing Services.

**CONLEY I. STUTZ,** 1968–2001, Professor of Physics, Emeritus. Wayne State College, B.S.; University of New Mexico, M.S.; University of Nebraska, Ph.D.

**NITA K. SUNDERLAND,** 1956–1988, Professor of Art, Emerita. Bradley University, B.F.A., M.A.

**ALEXEY SVERDLIN,** 1991–2010, Professor of Industrial and Manufacturing Engineering and Technology, Emeritus. State Technical University, Tashkent, Uzbekistan, B.S., M.S.; University of Foreign Languages, Tashkent Uzbekistan, M.S.; Institute of Aviation Materials, Moscow, Russia, Ph.D.

**GEORGE SZETO**, 1968-2015, Professor of Mathematics, Emeritus. The United College of Hong Kong, B.S.; Purdue University, M.S.; Purdue University, Ph.D.

## T

**KEVIN M. TEEVEN,** 1974–2007, Distinguished Professor and Caterpillar Professor of Business Administration, Emeritus. Eastern Illinois University, B.S.; University of Illinois College of Law, J.D.

**SALLY TERRELL,** 1985–2010, Administrative Assistant to the Dean, Emerita. College of Engineering and Technology. Bradley University, A.S.

**COLEEN TROUTMAN,** 1995-2016, Associate Professor of Accounting, Emerita. Kansas State Teachers College, B.S.; Wichita State University, M.S.A.; Oklahoma State University, Ph.D.

## V

**LAURIE VINCENT**, 1985-2019, Administrative Assistant, Office of the Provosot and Senior Vice President for Academic Affairs, Emerita.

## W

**WILLIAM WALKER,** 1976–2011, Associate Professor of German, Emeritus, Western Illinois University, B.S., University of Washington, M.A., University of Illinois, Ph.D.

**HELEN WARE,** 1982–2018, Database Administrator, Computing Systems, Emerita.

**RONALD E. WASDEN,** 1967–2000, Professor of Psychology, Emeritus. Brigham Young University, B.S.; University of Utah, M.A., Ph.D.

**ALLEN WEBSTER**, 1990-2019, Professor of Quantitative Methods, Emeritus. Fort Hays State University, B.S., M.S.; Florida State University, Ph.D.

**ROBERT WEINSTEIN**, 1980-2015, Professor of Economics, Emeritus. The University of Missouri–Kansas City, B.B.A., M.B.A.; the University of Texas at Austin, Ph.D.

**MAX A. WESSLER,** 1956–1997, Professor of Mechanical Engineering, Emeritus. Bradley University, B.S.M.E.; University of Southern California, M.S.M.E.; Purdue University, Ph.D.

**JOAN WILHELM,** 1983–2018, Administrative Assistant to the Dean, Slane College of Communications and Fine Arts, Emerita.

**CAROLE WINKLER,** 1959–1986, Associate Professor of Health and Movement Science, Emerita. Bradley University, B.S., M.A.

**RAYMOND WOJCIKEWYCH**, 1977-2014, Associate Professor of Economics, Emeritus. University of Scranton, B.A.; Pennsylvania State University, M.A., Ph.D.

**ROBERT WOLFFE**, 1993-2019, Professor of Teacher Education, Emeritus. Miami University, B.S.; Xavier University, M.S.E.D.; University of Cincinnati, Ed.D.

# Y

**MARGARET YOUNG,** 1995-2016, Associate Professor of Communication, Emerita. Washington State University, B.A.; University of Idaho, M.A.; University of Illinois, Ph.D.

# Z

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# REGISTRATION

Registration is an official part of the academic year. By registering, the student subscribes to the terms and conditions, financial and otherwise, which have been set forth by the University. A correct registration is the responsibility of the individual student. Payment of tuition and fees must be made by the deadlines published by the Controller's Office.

Late registrations may be processed by the student during the first full week of classes. After the first full week of classes, additions may be made only by special permission. The student must obtain the Late Add Request Form and approval signature of the advisor, instructor, and dean of the college of the student's major field. Late registrations are usually not approved after the second week of classes.

## Schedule Changes After Registration

Once a student has registered for even a single class section, changes to that schedule (additions and deletions) may be made by using Webster (http://webster.bradley.edu), the Web registration system. Instructions are outlined in the Schedule of Classes (/classes). Students may cancel their registrations in any classes up to the end of the second full week of classes. These registrations will not be a part of the permanent record. During the third full week through the twelfth full week of classes all courses dropped will be recorded on the permanent record with the indication of "W" (Withdrawn) and the date.

After the twelfth full week of classes, the dean of the college in the student's major field may, in case of extreme hardship, authorize a student to withdraw from one or more, or all, courses. This action will be recorded on the student's permanent record with the grade of "W" together with the withdrawal date.

After the first full week of classes, classes may be added only with special permission. The student must obtain a Late Add Request Form and approval signature from the academic advisor, obtain approval from the instructor and chair of the department offering the class, and then obtain an approval signature from the dean of the college in which the course is offered. Classes are not added to a student's program and no registration is permitted after the second full week of class instruction.

A student who drops a course after the second full week of classes may, with permission of the instructor, continue to attend that class for the remainder of the semester. This privilege will not be permitted in laboratory, military, or studio courses.

Procedures for withdrawing from the University are given in the current Schedule of Classes (/classes).

Students should consult the most current edition of the Schedule of Classes (/classes) for details concerning procedures, dates, and refund policies.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# UNDERGRADUATE LEAVE OF ABSENCE POLICY

The leave of absence opportunity is available for undergraduate students who must leave Bradley University for a period of time not to exceed 12 consecutive months. A leave of absence may be granted for various reasons, such as personal, medical, or financial. The leave of absence must be approved in advance of the semester in which the leave of absence is to begin and can not be granted to a student who is on probation or dismissed from the University. For the complete policy, consult the Registrar's Office or the dean of your college.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# CREDIT TAKEN IN RESIDENCE AT BRADLEY

## Student Course Load

Twelve semester hours is the minimum load for a full-time student during spring or fall semesters. The regular load is prescribed by the college in which the student is enrolled. A student must petition to enroll in excess hours (more than 18 1/2 hours in a regular semester). The authority to approve petitions for excess hours shall be vested in the dean of the college in which the student is registered.

Summer and interim sessions are shorter terms with the following maximum course loads: January Interim students can earn up to four semester hours in classes that meet for approximately two weeks. In May Interim I, a three-week term, students can earn up to four semester hours; in May Interim II, an eight-week term, students can earn up to seven semester hours. Summer Session I, beginning in June, and Summer Session II, beginning in July, are five-week programs in which students can earn up to seven semester hours of credit in each term.

One credit hour is usually assigned to a class that meets 50 minutes a week over a period of a semester. In laboratory, fieldwork, or similar type of instruction, one credit hour is assigned for a session that meets two or three hours a week for a semester.

An Undergraduate Student-at-Large (non-degree-seeking) may not take 12 or more semester hours during either fall or spring semesters except with approval. A maximum of 45 semester hours taken as an Undergraduate Student-at-Large can be accepted toward a degree program. Students who are uncertain about their interest in pursuing a degree are strongly encouraged to apply for admission to a degree program rather than enroll as an Undergraduate Student-at-Large.

All courses taken for credit for which a student is registered at Bradley or elsewhere are counted as part of the total semester hour load the student is permitted to carry.

## Student Class Standing

- Freshman: fewer than 24 semester hours of credit.
- Sophomore: at least 24 but fewer than 56 semester hours of credit.
- Junior: at least 56 but fewer than 90 semester hours of credit.

# Change Of Student Status (Full-Time Or Part-Time)

Ordinarily, the classification of full-time students will not be changed after the second week of classes even though the course load drops below 12 semester hours. In cases where this rule creates undue hardship, the dean of the college involved, upon the student's request, may suspend this rule.

# Prerequisites

Students should understand that listed prerequisites may be met through equivalent courses. Please consult your academic advisor if you have a question about prerequisites.

Students who enroll in courses for which they do not meet the prescribed prerequisites may be required to withdraw from the courses.

# Course Numbering System

The following course numbering system is used as a guide for students in selecting courses: courses numbered **100-199** are planned primarily for freshmen. Courses numbered **200-299** are intended primarily for sophomores. Courses numbered **300-499** are designed primarily for juniors and seniors.

Courses numbered **500–599** primarily serve as graduate courses taught at the graduate level, and are open to graduate students and qualified undergraduate students. Qualified undergraduate students seeking graduate credit are seniors with at least a 3.00 overall GPA, or students who have obtained permission from the course instructor and the chairman of the department offering the course, as well as the consent of the Dean of the Graduate School. (Refer to the graduate catalog section on Bradley Seniors Taking Courses for Graduate Credit for complete eligibility requirements.) Because these courses are not open to all undergraduates, no undergraduate program of study may require a student to enroll in a course numbered 500–599. Students who wish to use 500-level courses for undergraduate credit must meet the requirements imposed by the department and the college in which the course is offered. These college and departmental requirements are available in the appropriate college and department offices and in the Graduate School.

Courses numbered **600-699** are reserved for graduate students only. Courses numbered **700-899** are open only to students in doctoral programs.

Please consult the all-University, college, and departmental requirements for the number of semester hours needed at specific course levels.

# Repeated Courses

The University Senate has designated some courses as repeatable up to a specified number of credit hours. For all other courses, the following policy applies. A student at Bradley may not receive credit for the same course twice. However, a student is permitted to repeat courses within one year after completion; thereafter permission to repeat a course must be obtained from the dean of the college in which the student is registered. The last grade and credits earned for each course shall be the only ones used in computing the grade point calculations and in satisfying graduation requirements. However, the entry on the permanent record for both enrollments remain. (Proficiency exams cannot be used for repeating courses because credit earned in this manner is not used in grade point calculations.)

If a student registers again for a course which is already a part of the scholastic record and the number of the course has changed since the original enrollment, permission to substitute a course must be obtained from the dean of the college which offered the course being repeated.

# Auditing Courses

All Bradley students (undergraduate, graduate, full-time and part-time) in good academic standing registered for a given academic term, along with individuals admitted "at large," for a given academic term may request permission to enroll as an "auditor." Permission to audit a course must be approved by both the instructor and the chairperson of the department offering the course. Enrollment is contingent on having available space in the class. Except in special circumstances to be determined by the instructor and department chairperson, courses involving laboratory or studio work cannot be audited. Only regular students and auditors listed on the official class roster are allowed to attend class. Forms for audit registration are available in the Registrar's Office or online. Audit registrations are accepted by the Registrar's Office only after the first day of classes of each academic term.

The extent to which an auditor participates in a course and the requirements for satisfactory performance must be specified by the instructor when approval is granted. Instructors are not obligated to grade any course work performed by the auditor. Courses taken for audit do not earn academic credit, do not apply toward any academic degree and do not count toward a student's full-time or part-time load for purposes of financial aid, loan deferments or visa status. Courses taken for audit are recorded on the student's permanent academic record as completed satisfactorily ("X"), completed unsatisfactorily ("UX"), or withdrawn ("W").

After the last day for adding classes with special permission, anyone who is registered as an auditor may not change the audit registration to a "for credit" status, i.e. a regular registration; likewise, a student registered for credit may not change to audit status. Deadlines associated with courses taken for credit and courses taken for audit are identical. All individuals will be charged a non-refundable fee for audited courses. The current fee is published at Student Financial Services (Tuition and Fees) (http://www.bradley.edu/offices/other/sfs/costpay/tuition/). Persons who have audited a course may petition to earn credit by proficiency examination; however, the charge for a proficiency examination for credit is based on the standard tuition structure determined by the Controller's Office with a credit granted for charges associated with auditing.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ALL-UNIVERSITY DEGREE REQUIREMENTS

## Responsibility For Meeting Degree Requirements

A minimum of 124 semester hours is required for all baccalaureate degrees. The curricula of certain departments require as many as 150-155 semester hours. Students who maintain continuous enrollment and who complete work toward the baccalaureate degree within five years from the date of entry may graduate under either the catalog in effect at the time of entrance or under the catalog in effect at the time of graduation. A change in major could mean meeting new requirements in force at the time of the change as a condition for acceptance into that major. Students whose work has been interrupted for one or more semesters may be held to requirements in effect at the time of their re-enrollment.

## Residence Requirements

Only work registered through Bradley University during the two regular semesters or the interim and summer sessions is considered as residence work. No proficiency examinations, correspondence, extension courses, or credit earned through the College-Level Examination Program may be counted as residence work. All candidates for the bachelor's degree must meet the following residence requirements:

1. A minimum of 30 semester hours earned in residence is required of all students.
2. 24 of the last 30 semester hours must be earned in residence.

## Junior-Senior Credits

Candidates for a bachelor's degree must present a minimum of 40 semester hours in junior and senior courses (those numbered 300 and above). Check your college requirements for proper distribution of these courses.

## Bradley Core Curriculum*

*For students entering Bradley University on or after Fall 2016. Students entering Bradley University before Fall 2016 who have not been approved to opt into the Bradley Core Curriculum should refer to the General Education Requirements as articulated in their Undergraduate

Catalog year. Course listing in this 2018-19 Undergraduate Catalog include tags for both Core Curriculum and General Education for the convenience of all students currently enrolled at Bradley University.

## Bradley Core Curriculum Purpose

The Bradley Core Curriculum exposes all students to the requisite range of knowledge, skills and perspectives that prepares them for further learning, as well as guides them on the path of continued development and growth to facilitate their success and fulfillment in a changing, complex world. In essence, the Bradley Core Curriculum lays the foundation for a lifetime of intellectual development. By equipping students with enhanced critical and creative-thinking, communication and quantitative skills and a greater understanding of others and themselves, they will have a foundation for effective and informed decision-making, ethical reflection, engagement with the arts and responsible action as members of society. The Bradley Core Curriculum achieves these goals by emphasizing breadth of study, exploration of multiple ways of thinking and knowing across a variety of areas of study, and the ability to integrate information and ideas from a variety of sources and viewpoints.

The Bradley Core Curriculum is grounded in *values* and is designed to help students achieve specific *learning outcomes*.

## Bradley Core Curriculum Values

The Bradley Core Curriculum was designed with a set of fundamental perspectives and values in mind, values that lie at the heart of the University's scholarly enterprise:

- Curiosity
- Freedom of inquiry and expression
- Belief in the unity of knowledge
- Pursuit of knowledge as its own end
- Dedication and persistence in learning
- Strong work ethic
- Humility and circumspection toward what is known
- Habit of self-reflection
- Integrity
- Flexibility
- Civility

# Bradley Core Curriculum Learning Outcomes

- **Critical and creative thinking.** Bradley graduates will think critically, independently and creatively, and will employ evidence-based decision-making to solve problems and build new knowledge.
- **Effective communication.** Bradley graduates will be effective oral, written and non-verbal communicators, as well as active readers and listeners.
- **Integrative learning.** Bradley graduates will understand that learning builds across disciplines, curriculum and co-curriculum, from making simple connections among ideas and experiences to synthesizing and transferring knowledge to new, complex situations throughout their lives.
- **Practical application.** Bradley graduates will apply knowledge and skills from the classroom in real-world situations.
- **Social awareness.** Bradley graduates will understand and act ethically upon their connections to larger communities.

## Bradley Core Curriculum Requirements

The Bradley Core Curriculum requires 36 credit hours, comprised of courses taken across eight Areas of Inquiry plus additional Core Practices as follows:

1. A total of three courses (9 credit hours), comprised of one course from each of the following areas within the Communication Area of Inquiry:
   - Communication (CM)
   - Written Communication 1 (W1) – 1 course
   - Written Communication 2 (W2) – 1 course
   - Oral Communication (OC) – 1 course
2. A total of seven courses (21 credit hours), comprised of one course from each of the following Areas of Inquiry:
   - Fine Arts (FA)
   - Global Perspectives (GP) one course from World Cultures (WC) or Global Systems (GS)
   - Humanities (HU)
   - Knowledge and Reasoning in the Natural Sciences (NS)
   - Knowledge and Reasoning in the Social and Behavioral Sciences (SB)
   - Multidisciplinary Integration (MI)
   - Quantitative Reasoning (QR)
3. A total of two elective courses (6 credit hours) from any two Areas of Inquiry (the two courses cannot be taken from the same Area of Inquiry):
   - Global Perspectives (GP), can be selected from World Cultures (WC) or Global Systems (GS)
   - Humanities (HU)
   - Knowledge and Reasoning in the Natural Sciences (NS)
   - Knowledge and Reasoning in the Social and Behavioral Sciences (SB)

4. A minimum of two courses or registered experiences designated as Writing Intensive (WI).
5. A minimum of two courses or registered experiences designated as Experiential Learning (EL) experiences.
6. No more than two courses with the same subject prefix can be used to satisfy Area of Inquiry requirements in the Bradley Core Curriculum. This rule does not include the Communications Area of Inquiry.

## Approved Bradley Core Courses

Courses and registered experiences approved by the University Senate to fill the Bradley Core Curriculum Areas of Inquiry or Core Practices are listed below and are marked with the appropriate Bradley Core Curriculum code in the Undergraduate Catalog and the Schedule of Classes. Additional policies regarding the Bradley Core Curriculum may be found on the **Bradley Core Curriculum webpage** (http://www.bradley.edu/bcc/)**.**

It is important to note that while many courses are approved for more than one Area of Inquiry (AI), only one AI tag may be used for each course. A student wishing to elect a change in the specific AI tag granted for such a course should contact their advisor. Core Practice (CP) tags are granted in combination with AI or other CP tags.

| Area of Inquiry | Code | Approved Courses |
|---|---|---|
| Communication - Oral Communication | CM OC | **COM** 103 |
| Communication - Writing 1 | CM W1 | **CIV** 111/112*; **ENG** 101 |
| Communication - Writing 2 | CM W2 | **ENG** 300, 301, 302, 304, 305, 306 |
| Fine Arts | FA | **ART** 107, 109, 131; **CIV** 113/114**; **MUS** 109; **PHL** 350; **THE** 131, 141; **WLF** 351; **WLT** 151 |
| Global Perspectives[†] - Global Systems | GP GS | **CIS** 300; **ECO** 391; **HIS** 201, 203, 204; **I B** 206, 391; **I S** 100, 103, 305, 306, 318, 330, 363, 410; **PLS** 208; **RLS** 321 |

1:20-cv-01264-MMM-JEH # 32    Page 155 of 1119

| OR Global Perspectives† - World Cultures | GP WC | **AAS** 200; **ANT** 101, 305, 314; **COM** 315; **ENG** 123, 130, 140, 381, 385; **ETE** 280; **HIS** 205, 206, 207, 208, 314, 316, 329, 330, 331, 335, 336, 337, 340; **I B** 204, 205; **I S** 104, 182, 322, 340, 353, 355, 363, 373, 385; **PHL** 130; **P T HS** 380; **RLS** 105, 114, 121, 225, 300, 305, 313, 320, 331, 332, 336, 338, 340; **SOC** 300, 311; **WGS** 200; **WLF** 202, 370; **WLG** 202, 321; **WLS** 202, 222, 321, 322, 342, 343, 360; **WLT** 140 |
|---|---|---|
| Humanities | HU | **CIV** 113/114**; **ENG** 115, 123, 124, 125, 127, 129, 140, 190, 381, 385; **ETE** 115; **HIS** 201, 203, 204, 205, 206, 207, 208, 309, 314, 315, 316, 317, 323, 329, 330, 331, 335, 336, 337, 340, 342; **I S** 250; **PHL** 103, 130, 347; **PLS** 207, 307, 308; **RLS** 101, 105, 114, 121, 200, 225, 300, 302, 305, 313, 320, 332; **WLF** 315, 341; **WLG** 321; **WLS** 315, 342, 343; **WLT** 140 |
| Knowledge and Reasoning in the Social and Behavioral Sciences | SB | **BLW** 342; **ECO** 100, 221, 222; **FCS** 100, 300; **FIN** 220; **I S** 312; **PLS** 105, 205; **PSY** 101; **RLS** 321; **SOC** 100, 205, 312, 313, 315, 325 |
| Knowledge and Reasoning in the Natural Sciences | NS | **AST** 300; **BIO** 101, 103, 202, 300, 301, 303, 304; **CHM** 100, 104, 110/111***, 112, 300; **ENS** 110, 305; **GES** 101, 300; **PHY** 100, 107, 108, 110, 123, 130, 201; **PSY** 201; **SCI** 100, 101, 102, 103, 104, 300, 302 |
| Multidisciplinary Integration | MI | **AAS** 200; **BIO** 300, 304; **BUS** 361, 362, 400/M L 452****; **CIS** 459; **CIV** 100, 101, 102, 111/112*, 113/114**; **COM** 315; **ENG** 125, 130, 340; **ENS** 105, 110, 307; **ETE** 115, 328; **HIS** 210, 309, 317, 342, 352; **I M** 459; **I S** 275, 307, 330; **LAS** 300; **M E** 280; **RLS** 330; **SOC** 205; **WGS** 200 |
| Quantitative Reasoning | QR | **CS** 100, 101; **IMT** 212, 2014; **MTH** 101, 111, 114, 115, 116, 119, 121, 122, 223; **QM** 262 |
| **Core Practice** | **Code** | **Approved Courses** *Note that not all sections of courses approved for Core Practice tags (WI and EL) will carry the WI or EL tag. Consult the online Schedule of Classes to confirm which sections carry the WI and EL tags.* |
| Writing Intensive | WI | **Choose WI-designated sections from: ART** 131; **ATG** 268; **BIO** 152; **BUS** 400; **C E** 493, 498; **CFA** 361; **CHM** 361, 471; **CIV** 114; **COM** 305, 386, 391, 409, 416, 447; **CON** 493, 498; **ECE** 402, 499; **ECO** 498; **ENG** 124, 207, 347, 381, 407, 408, 409; **ETE** 120, 227, 228, 310, 313, 339; **FCS** 309, 310, 372; **FIN** 422; **HIS** 205, 208, 331, 335; **IM** 355; **IME** 333, 485, 499; **IMT** 498; **I S** 295, 322, 495; **M E** 410, 411, 498, 499, 534; **MIS** 375; **MUS** 335; **NUR** 303, 410, 413; **PHL** 202; **PLS** 419, 420; **PSY** 206, 400, 411, 439; **P T HS** 380; **RLS** 225, 320, 321; **SCI** 100, 101, 102, 103, 104, 300, 302; **SOC** 313; **S W** 351, 395; **THE** 336, 337, 338; **WLS** 403; **WLT** 152 |

Experiential Learning   EL   **Choose EL-designated sections from: ART** 317, 406, 410; **BUS** 400; **CIS** 459; **C S** 490, 491; **ECE** 402; **ECO** 498, 499; **ENG** 302; **ETE** 227, 228, 301, 302, 303, 304, 305, 306, 307, 308, 313, 491, 493, 496, 497, 498, 499; **FCS** 311; **H S** 230, 300; **I M** 440, 441, 459; **I S** 495; **LAS** 301; **M E** 410, 411, 498, 499; **PSY** 342; **WGS** 300; **WLF** 301; **WLS** 306, 307

*Both CIV 111 and 112 must be completed for BCC credit; W1 and MI credit are awarded for successful completion of CIV 111 and 112.

**Both CIV 113 and 114 must be completed for BCC credit; FA and either HU or MI credit are awarded for successful completion of CIV 113 and 114.

***Both CHM 110 and 111 must be completed for NS credit.

****Both BUS 400 and M L 452 must be completed for MI credit.

† All students must complete one Global Perspectives course from either the Global Systems or World Cultures group.

# Grade Point Average For Graduation

A minimum cumulative grade point average of 2.00 based upon hours taken at Bradley is required for graduation.

# Requirements for the B.A. Degree

All candidates for the Bachelor of Arts degree must complete three semesters of college-level foreign language study or its equivalent. This requirement may be met in several ways: 1) Completion of a three-semester sequence (101-102-201) or higher in one language; 2) Completion of 102 or higher course in one language plus one course in another language; 3) Transfer of similar credits from another institution; 4) By proficiency examination (AP or CLEP); 5) By departmental examination in languages offered by the World Languages and Cultures Department. Option 5 is only available to non-native speakers. See department chair for details.

Students who have taken a foreign language in high school and wish to continue studies in the same language must take a placement examination. If a student places in 201 or higher the student will need to take only one course to fulfill the requirements for the B.A. degree. If a student places at the 102 level the student will need to take two courses to fulfill the requirements for the B.A. degree.

Students completing foreign language at the 202 level will also receive one GP in the Bradley Core Curriculum.

# Requirements For The B.S. Degree

In order to receive the Bachelor of Science degree, students must successfully complete at least 15 hours of courses selected from mathematics, computer science, and the natural sciences. The following courses may be used to fulfill the requirement for the B.S. degree—all courses in astronomy (AST), biology (BIO), biomedical science (BMS), chemistry (CHM), computer science and information systems (CS and CIS), environmental science (ENS), geological sciences (GES), physics (PHY), science (SCI), mathematics (MTH, except MTH 109); any course cross-listed with a course offered under any of the prefixes listed above; any course approved for QR and NS credit; and, in addition, all other courses approved for B.S. credit by the University Senate.

> OTHER COURSES APPROVED FOR B.S. CREDIT
> (/ACADEMIC/UNDERGRADCAT/20192020/OVERVIEW-CREDIT.DOT)

# University Policy on Awarding of Posthumous Degrees

Upon the request of the deceased student's family, a posthumous baccalaureate degree may be considered by the Academic Regulations and Degree Requirements Committee, if at the time of death, the student was enrolled in a degree program, was in good academic standing, and had entered his or her senior year.

Upon the request of the deceased student's family, a posthumous graduate degree may be considered by the Academic Regulations and Degree Requirements Committee, if at the time of death, the student was enrolled in a degree program, was in good academic standing, and had completed two thirds of the credit hours required for graduation.

The Academic Regulations and Degree Requirements Committee will consider the family's request, verify eligibility for a posthumous degree, and forward its recommendation on granting the degree to the Provost and Senior Vice President for Academic Affairs for approval.

Upon the Provost's approval of granting the degree, the appropriate commencement program and the student's academic record will note that the degree was awarded posthumously. The diploma will be presented to the deceased student's family by the President of the University.

Death that results from unlawful activity on the part of the deceased student may result in disqualification for a posthumous degree.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# NON-RESIDENT CREDIT

## Transfer Credit From Collegiate Institutions

Credits from collegiate institutions that are accredited by one of the regional accrediting associations such as the Higher Learning Commission, will be considered for acceptance at Bradley University. Credit from other universities, including foreign universities, will be evaluated for possible transfer on a case-by-case basis. Official transcripts of credit must be requested by the student and received by Bradley directly from the institution at which the credit was earned. Application of transfer credits to satisfy Bradley Core Curriculum requirements shall be determined by the Associate Dean of the College of Liberal Arts and Sciences. Acceptance will be based on comparability of the transfer work with the nature, content and level of work offered at Bradley. Bradley University will not accept for credit the transfer of physical activity courses. Application of transfer credits to satisfy specific college graduation requirements shall be determined by the dean of the college in which the student is majoring. In the event that a student changes majors while at Bradley, a new evaluation of credit will be made. D credit for transfer work does not count to fulfill specific requirements in a major, minor, or program where a grade a "C" or better is required. (In some majors, D credit for transfer work does not count to fulfill specific requirements in that major.) Grades earned in transferable credits are posted on the student's permanent record solely for the purpose of advisement and evaluation by the department chair and dean of the college in which the student is enrolled. A maximum of 66 semester hours of credit will be accepted from two-year colleges. If other institutions are using a quarter hour system, those hours will be converted to semester hours. Only work taken at the junior-senior level at the source institution will be counted toward meeting the requirement for junior-senior level work at Bradley.

## Transfer Credit For Students New To Bradley

For students who have not enrolled at Bradley previously, official transcripts of credit from other institutions must be mailed directly from the institution at which the credit was earned to the Admissions Office at Bradley University for evaluation.

# Work Taken At Other Collegiate Institutions By Regular Bradley Students

All conditions of acceptance of transfer credit apply to work taken at other collegiate institutions by continuing Bradley students. Students should obtain written approval from the dean of the college in which they are majoring before registering at the other institution. If the credit is to fulfill Core Curriculum requirements at Bradley, the written approval must come from the Associate Dean of the College of Liberal Arts and Sciences. Unless such written approval is given, students electing to take courses at another institution have no guarantee that the credit will be accepted at Bradley. Continuing Bradley students should request the other institution to send an official transcript of credit directly to the Registrar's Office at Bradley. If the other institution is using a quarter hour system, those hours will be converted to semester hours.

Seniors who take work at another institution to complete degree requirements at Bradley must file proof of registration for that work in the form of a letter from the Registrar of that institution. This letter must be received in the Bradley Registrar's Office by the end of the third full week of classes. The work must be completed by the time of Bradley's Commencement. The diploma will be awarded after receipt by the Bradley Registrar's Office of an official transcript of credits from the other institution.

## Level Of Transfer Credit

Transfer credit shall be accepted on the same level on which the work was offered at the source institution. For example, courses taught at the source institution on the freshman level will be accepted for credit on the freshman level at Bradley. No junior-senior credit will be given for work taken at a two-year college.

## Credit By Correspondence And Extension

Students wishing to take correspondence or extension courses for transfer purposes must have the prior written approval of their dean. A total of thirty semester hours through extension and correspondence, with a maximum nine semester hours of correspondence, will be permitted to count toward graduation, except in the College of Engineering and Technology. In the College of Engineering and Technology, a maximum of ten semester hours of credit taken by correspondence and extension may be counted toward graduation.

# Examination For Advanced Placement

Credit may be given in courses covered by Advanced Placement Examinations offered by the College Board if the score received is three or higher. The number of semester hours of credit allowed is determined by the extent of the college work covered by this examination, as recommended by the department offering the work at Bradley. Inquiries should be directed to the Admissions Office.

## College-Level Examination Program (CLEP)

Bradley University is committed to the principle that college-level achievement should be recognized and rewarded without regard to where, when, or how the knowledge was acquired. The University grants a maximum of 60 semester hours to those who earn scores on the College-Level Examination Program (CLEP) examinations in the 50th percentile or higher on national college sophomore norms. Because CLEP credit is transfer credit, it cannot duplicate credit already earned from another source. The Registrar's Office maintains a list of CLEP exams that Bradley accepts. In all cases, an official copy of test scores must be sent from the CLEP office, by request of the student, directly to Bradley University.

Credit for CLEP may be used to satisfy Core Curriculum requirements or appropriate University requirements.

The CLEP exams must be taken before completing 60 college credits. The 60-credit limit includes courses taken at Bradley University, credits taken at another college or university, and other credits received by examination. Credits earned through CLEP exams may not duplicate credits received from other sources.  Credits earned through CLEP exams may not be at a level lower than a course for which credit has been earned.

If you have questions about how CLEP credit applies to Bradley, please consult the following:

- if you are currently enrolled at Bradley: The Registrar's Office, (309) 677-3643
- if you are a student new to Bradley: Undergraduate Admission, (309) 677-1000

For more information about the College-Level Examination Program, contact CLEP at (212) 237-1331 or visit clep.collegeboard.org (https://clep.collegeboard.org/).

# Credit By Proficiency Examination

Credit by proficiency examination is classified as non-residence credit. Upon presentation of acceptable evidence of competence, students enrolled in the University may apply for permission to attempt to earn credit by examination in certain undergraduate subjects. Applications for such examinations will be submitted to the chairperson of the department that offers the course, who will, if the application is approved, arrange for the administration of the examination. Students receiving approval to attempt to earn credit by examination will pay a non-refundable fee of $50.00 for the examination for each course number listed in the catalog. This fee must be paid before the examination is taken. Students who have had no previous college experience, and who have been admitted as full-time students, may apply for permission to attempt credit by examination in certain undergraduate subjects. Such examination will be taken prior to the student's second registration. Credit, but no grade, will be recorded for examinations passed. Grades for examinations taken after the student's second registration will be entered on the permanent record. Students shall have the option of requesting either a letter grade or a grade of Pass/Fail. A grade of "C" or better will be considered a passing grade for both options. A grade of "D" is not acceptable for a proficiency examination. The option selected must be agreed upon by the student and the department offering the course at the time of application for the examination. Because credit by proficiency is not considered residence credit, grades are not computed in the student's cumulative grade point average. Seniors may not take examinations for credit toward any degree in courses which are numbered below 300. Application forms are available in the dean's or Registrar's Office.

# Retroactive Credit (Retrocredit) Information

Students who place in a language at the 102 level or higher and take a course in the same language in the World Languages and Cultures Department at Bradley University can receive retroactive credit ("retrocredits").

In order to receive retroactive credit:

- The course must be the *first* college-level course in the language.
- The course must be taken *before* the student has earned 60 credit hours.
- The course must be designated as retrocredit eligible.
- The student must receive a *B* or higher in the course.

Upon successful completion of an approved course students will receive:

- 102 = 4 retrocredits (101)

- 201 = 8 retrocredits (101, 102)

- 202 = 12 retrocredits (101, 102, 201)
- 222 (WLS only) = 12 retrocredits (101, 102, 201)
- 303 = 15 retrocredits (101, 102, 201, 202)
- 304 = 15 retrocredits (101, 102, 201, 202)
- 306 (WLF and WLG only) = 15 retrocredits (101, 102, 201, 202)
- 308 (WLF only) = 15 retrocredits (101, 102, 201, 202)

Conditions for receiving retroactive credit:

- Grades will not be given for retroactive credit nor will they figure in a student's GPA.
- Retroactive credit will not count towards residency.
- Retroactive credit will count towards the 124 credits necessary for graduation.
- Native speakers cannot earn retroactive credit in their native language (as determined by WLC faculty).
- In order for a student with AP or IB credit to receive retroactive credit the student would need to take an appropriate language course at Bradley. Students cannot receive additional retroactive credit for a course for which they already received AP or IB credit.
- Students could earn retroactive credit in more than one language as long as they have not earned more than 60 credit hours at the time the course will be taken.
- Upon successfully completing a course, students will fill out a Retroactive Credit Form available on the World Languages and Cultures webpage (/academic/departments/wlc/), which must be completed and submitted to the Registrar's Office.

# Departmental Prerequisite Examinations (Not For Credit)

At the discretion of the department offering the course, regularly enrolled students of the University may be allowed to take a special examination in any course offered by the department in order to satisfy prerequisites for subsequent courses. Before a student will be permitted to take a prerequisite examination, a $50.00 fee for each course number listed in the catalog must be paid to the Controller's Office.

A prerequisite examination carries no University credit and no grade. Upon successful completion of a prerequisite examination an appropriate entry will be made on the permanent record of the student.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MAJORS, CONCENTRATIONS, AND MINORS

## Major

The purpose of the major is to ensure that students master a subject area in depth and breadth.

A major is a coherent, structured course of study, defined by departments, and selected by students as their principal subject area.

Generally, the major is comprised of courses offered and required by the department, but it may also include designated courses from other departments offering related subjects. All students must fulfill the requirements for at least one major in order to graduate.

In addition to courses used to satisfy the Bradley Core Curriculum requirements, students must successfully complete a minimum of 24 semester hours of courses designated by the department as acceptable toward the major.

The major must include no fewer than 12 semester hours at the 300 (junior) level or above.

Students must achieve a minimum grade point average in courses in the major of no less than 2.0 in order to graduate.

Multiple majors must include at least 18 semester hours of courses that are not used to fulfill any other major the student seeks.

## Concentration

The purpose of the concentration is to encourage and recognize study in depth of special areas within the broadly defined discipline of the student's major. Generally, Concentrations are comprised of courses offered by the major department and courses of other departments that are specifically acceptable for credit toward the major.

The concentration must be a coherent, structured course of study. It is comprised of no fewer than 12 semester hours of the minimum 24 semester hours required for the major. No fewer than 6 semester hours must be in courses at the 300 level or above. To qualify for more than one concentration within one major, no fewer than 9 semester hours of courses required for any of the desired concentrations must be unique to that concentration and not used to satisfy the requirements of the other concentration(s).

# Minor

The purpose of the minor is to encourage and recognize study in depth of a subject for students majoring in other subject areas. A student's minor, therefore, is generally comprised of courses other than those offered by or required by the student's own major.

The minor must be a coherent, structured course of study. A minor is comprised of no fewer than 15 semester hours, a majority of which are at the 200 (sophomore) level or above with no fewer than 6 semester hours at the 300 (junior) level or above.

Students must achieve a minimum grade point average of 2.0 in courses in the minor for official designation as a minor.

## Declaration of Minor

Students declaring a minor must report to the advisor in their major field to notify that advisor of their intent to seek a minor. After obtaining the signature of the advisor in their major field, the form is presented to the advisor for the intended minor for that advisor's approval. The student then presents the form to the dean of the college of the intended minor who forwards this form to the Registrar for official entry to the student's permanent scholastic record.

# Requirements

Requirements for majors and for minors are specified in the catalog under each curriculum offering them. Students may graduate with a single major or a number of majors and minors when the requirements of each, including all college and department requirements, are met at the time of graduation. Students may, with the approval of the dean of the college offering the work, complete additional majors or minors after graduation and have the completion and date noted on the permanent scholastic record.

# Requirements For Two Baccalaureate Degrees

Students seeking two baccalaureate degrees from Bradley University may qualify for both degrees by meeting the specific requirements for each and presenting residence hours totaling 30 beyond the degree demanding the larger number of semester hours. The degrees may be earned consecutively or concurrently.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# GRADES

Grades in individual courses should reflect achievement in the subject matter in accordance with the standards of the course. Instructors shall inform students of standards for the course, the basis for judgment in grading, and the weight of each criterion in the assessment of the final grade. The standards of grading shall remain constant throughout the semester. Students have the right to know where they stand in each course at periodic intervals throughout the semester. Any work submitted for evaluation should be assessed and returned promptly.

## Incomplete

"IN" is the symbol used when the instructor lacks sufficient evidence to award a letter grade. The purpose of an "IN" is to provide the time necessary for a student to complete course work which, through no fault of the student's, was not completed in the normal time allowed. Reasonable time necessary for completion is decided by the student and the faculty member teaching the course. The "IN", once assigned, remains on the official academic record upon conversion to a grade or permanent "I". The "IN" should not be mistakenly considered as an incentive for the faculty to recommend or for students to believe that this extension permits students merely to retake courses, or to extend the time for the completion of the prescribed work beyond the end of the semester of enrollment, as the means of removing the "Incomplete." For undergraduates, at the time the "IN" is assigned, the instructor must file with his or her director or department chair a copy of the contract specifying what must be done to complete the "IN" and the date by which the "IN" must be converted. For undergraduates, an "IN" must be converted not later than four weeks before the end of the next regular semester in which the student is enrolled or the Registrar will record a permanent "I". If the instructor does not submit a letter grade by the specified deadline, the "I" will remain permanently upon the student's record and may not thereafter be removed. Under unusual circumstances, the student may be granted an extension to the end of the semester with the approval of the instructor involved, provided that the request was received prior to the normal deadline for the removal of Incompletes.

## Grade Point System

The grading system of the University for undergraduate students is based on the following:

| Marks | Description | Honor points per semester hour |
|-------|-------------|--------------------------------|
| A | High competence | 4 |
| B | Competence | 3 |
| C | Minimum competence | 2 |
| D | Limited or incomplete competence | 1 |
| F | Inadequate competence for credit | 0 |
| IN | Instructor lacks sufficient evidence to award a letter grade | |
| IP | Work in progress. Graduate level and certain approved undergraduate courses. Research work (theses, reading courses, special research problems) carried over more than one semester. | |
| I | Permanent Incomplete | |
| P | Pass (certain courses approved for Pass/Fail) | |
| S | Satisfactory | |
| U | Unsatisfactory | |
| W | Official withdrawal | |
| X | Satisfactory audit | |
| UX | Unsatisfactory audit | |

Grade point average is determined by dividing honor points by semester hours. Only work registered through Bradley University is used in calculation of grade point averages. Courses taken for audit are recorded on the student's permanent academic record as completed satisfactorily ("X"), completed unsatisfactorily ("UX"), or withdrawn ("W"). Marks of "IN," "IP," "I," "P," "S," "U," "UX," "W," and "X" are not considered in calculating the grade point average. For repeated courses, the last grade and credits earned shall be the only ones used in the calculation of grade point averages. Credit earned by proficiency examination is not used in the calculation of grade point averages.

# Dean's List

Those full-time students who earn a semester GPA of 3.5 or higher on a 4.0 grading scale are given the distinction of being placed on the University's Dean's list for their outstanding scholastic achievement.

## Mid-Term Grades

A report of mid-term grades is prepared for all undergraduate students shortly after the midpoint of the fall and spring semesters. All students have electronic access to their mid-term grades. Mid-term grades are provided only to give students an indication of their progress and are not officially recorded on permanent records.

## Final Grades

Final grades will be issued for each class in which a student is officially registered. A report of these final grades will be posted on Webster (http://webster.bradley.edu), the online information system, by the Office of the Registrar within a very short time following the close of the semester. All challenges to final grades must be made in the next regular semester after the grade was awarded. All completed grade change request forms must be submitted to the dean of the college in which the course is offered no later than four weeks before the end of the next regular semester.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ACADEMIC OMBUDSMAN

The Academic Ombudsman, a faculty member to whom students may bring complaints about teaching, operates under the following conditions. The Ombudsman will have a purely communicative function. If, after discussing the complaint with the Ombudsman, the student desires, the Ombudsman shall communicate the nature of the complaint to the instructor involved. Then, if the student thinks an insufficient corrective effort has been made, the student may discuss the matter with the Ombudsman and request that the complaint be forwarded to the instructor's department chair. The Ombudsman shall regard all information received by virtue of the position as absolutely confidential, except as provided in this statement. Students who do not choose to use the services of the Ombudsman can use the process of administrative appeal, starting first with the instructor, then the instructor's department chair, the dean, and finally the Provost and Senior Vice President for Academic Affairs. Complaints should be resolved at the lowest level.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# UNDERGRADUATE SCHOLASTIC PROBATION, DISMISSAL, AND FORGIVENESS POLICIES

## Scholastic Probation

A minimum cumulative grade point average of 2.00 based on grades at Bradley University is required for graduation. Students must maintain this minimum grade point average each semester in order to remain in good standing. A student whose cumulative grade point average is less than 2.00 will be enrolled on probation for the next semester. Students on probation will be unable to register for January Interim or May Interim during early registration. A student enrolled on probation who does not achieve either a cumulative grade point average of 2.00 or a semester grade point average of 2.25 at the end of the semester will be dismissed. If a student on probation does not enroll in the next regular semester (fall or spring), the student must apply for readmission and all academic records will be subject to evaluation. A student who enrolls on probation is urged to see his or her academic advisor who will review the academic program of the student and recommend a course of study. For students enrolled at Bradley on probation, participation in the Turning Point Program is recommended, and in most cases, required. (See below.) A student's probationary status will be changed to "good standing" as soon as the student's cumulative grade point reaches 2.00 or higher. Summer school and interim terms will not be counted as probationary, but grades earned will be computed in the student's cumulative grade point average.

## Turning Point Program

The Turning Point Program, an academic support service offered through the Center for Learning and Access, is required for all undergraduate students on academic probation for the first time and reinstated students as recommended by the Academic Review Board. When final semester grades are processed, students are notified in writing about being automatically enrolled in the Turning Point Program.

## Scholastic Dismissal

A student enrolled on probation who does not achieve either a cumulative grade point average of 2.00 or a semester grade point average of 2.25 at the end of the semester will be dismissed. Once dismissed, the student will not be allowed to attend any class offered by Bradley University for college credit, including any interim, summer session, or continuing education class, without reinstatement. There are no reinstatements for the interim session immediately following dismissal. Apply for reinstatement with the Academic Review Board. In special cases, the academic dean may grant permission to enroll in summer sessions immediately following dismissal. A student's enrollment will be canceled as a result of academic dismissal if there is no reinstatement by the Academic Review Board.

# Petitions For Scholastic Reinstatement

Any student dismissed for poor scholarship has the right of appeal for reinstatement. A student should not expect to be reinstated until after one full regular semester has intervened. Petitions for reinstatement should be directed to the Academic Review Board.

# Academic Forgiveness Policy

To qualify for the Academic Forgiveness Policy, students must not have been enrolled in a Bradley degree program for at least five years. Persons who wish to be readmitted to Bradley University under the Academic Forgiveness Policy must petition the Academic Review Board and request forgiveness of previous grades earned at Bradley. If the petition is approved, grades for all Bradley courses taken before the hiatus of five or more years will be removed from the GPA calculation. Students will retain credit for those courses with grades of "C" or better, whether the credit was taken in residence at Bradley or from another source. The forgiven grades shall not count in determining the student's grade point average for academic probation or dismissal or for graduation; however, they shall remain on the transcript with an appropriate notation, and shall be used in determining graduation honors. Forgiveness is a one-time option which is final and irreversible once granted.

# Academic Review Board

The Academic Review Board is authorized to act upon petitions of reinstatement of undergraduate students dismissed for poor scholarship. This board also considers petitions for Academic Forgiveness and waivers of graduation regulations.

# Dismissal For Other Causes

Students found guilty of a breach of academic integrity (plagiarism, cheating, unauthorized use of University computers, etc.) are subject to disciplinary action, including dismissal from the University. It is the responsibility of the faculty member to report to the Executive Director of the Center for Residential Living and Leadership any occurrences of breaches of academic integrity and the penalties assigned to the student. Specific procedures for doing so and the appropriate penalties are published in the Faculty and Student Handbooks. In addition to breaches of academic integrity, students whose actions are considered detrimental to the best interest of the University may be dismissed from the University upon recommendation of the administration, the faculty, or the appropriate University committee. Such actions are specifically described in the University's Student Handbook (http://www.bradley.edu/student_handbook/).

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# BREACH OF ACADEMIC INTEGRITY

According to Senate rules, all occasions of academic dishonesty must be reported to the Executive Director of Residential Living and Leadership, together with a statement of the penalty imposed by the faculty member. If, in the opinion of the Executive Director of Residential Living and Leadership, other problems of a personal or an emotional nature are present, a referral to the Center for Student Health Services will be made.

Cheating is officially defined as giving or attempting to give, or obtaining or attempting to obtain, information relative to an examination or other work that the student is expected to do alone and not in collaboration with others, or the use of material or information restricted by the instructor. Each instructor will indicate beforehand work that may be done in collaboration with other students. Examples of cheating include but are not limited to copying from another person during an examination, using materials not allowed by the instructor during an examination, collaboration on a take-home examination or other assignments where it has been expressly prohibited by the instructor, and the submission of a laboratory report based on data not obtained by the student in the manner indicated by the instructor. The person who provides illicit information is liable to the same punishment as the person who receives and uses it.

A "Zero," or whatever is the equivalent of the lowest failing grade possible, shall be assigned for that piece of work to any student cheating on a non-final examination or other class assignment. A "Zero," or whatever is the equivalent of the lowest failing grade possible, shall be assigned on a final examination to any student cheating on a final examination. An "F" shall also be assigned as the course grade to any student cheating on a comprehensive final examination.

## Plagiarism

Plagiarism is no lesser an offense than cheating. Examples of plagiarism as stated in The Modern Language Association's *MLA Handbook for Writers of Research Papers* include but are not limited to repeating another's sentences as your own, adopting a particularly apt phrase as your own, paraphrasing someone else's argument as your own, and presenting someone else's line of thinking in the development of a thesis as though it were your own. A "Zero," or whatever

is the equivalent of the lowest failing grade possible, shall be assigned for that piece of work to any student plagiarizing on a non-final piece of work. In the case of a student plagiarizing on a final research paper or project, an "F" shall also be assigned as the course grade.

## Repeated Offenses of Plagiarism and Cheating

For repeated or aggravated offenses of cheating and or plagiarism, additional action, including dismissal from the University, may be taken pursuant to the Student Handbook procedures related to the University Judicial System and the disciplinary sanctions for violation of University regulations.

# Other Breaches Of Academic Integrity

Other examples of what might constitute a breach of academic integrity include, but are not limited to, the following: bribes, favors or threats with the intent of influencing a grade or any other evaluation of academic performance; taking an examination for another student; and grade tampering.

# Grievance Procedure

If the student objects to the instructor's conclusion that a breach of academic integrity has occurred, the student may consult the University Ombudsman and/or appeal the instructor's conclusion through the instructor's department chair to the Dean or to the Dean's designee(s) of the college in which the course is offered, within 20 days of the time that the student receives written notification of the instructor's conclusion. A copy of the notification will be filed with the Director of Residential Living and Leadership. Due process requirements for a fair hearing shall be provided to all parties. The record of the hearing before the Dean or the Dean's designee(s) shall consist of written statements of the instructor and student in support of their positions provided prior to the hearing and a tape recording or transcript of the hearing itself. An appeal of the decision of the Dean's or the Dean's designee(s) may be made within 10 days of the decision by written appeal to the University Student Grievance Committee. In the event of an appeal, the Dean shall transmit the decision to the University Student Grievance Committee, and if the Dean's designee(s) rendered the decision, the Dean shall indicate whether or not he or she agrees with the decision.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# GRADUATION

## Responsibility For Graduation Requirements

Every candidate for a degree is personally responsible for meeting all requirements for graduation. No University official can relieve the student of this responsibility.

## Application For Graduation

Seniors who plan to receive a baccalaureate degree in December should make application for graduation at registration time for the fall semester, or no later than the end of the first full week of classes in the fall semester. Candidates for the baccalaureate degree in May should make application at registration time for the spring semester, or no later than the end of the first full week of classes in the spring semester. Students can apply for graduation online via Webster (http://webster.bradley.edu). In addition, application forms are available in the Registrar's Office and online at bradley.edu/offices/academic/registrar/graduation-info/ (/offices/academic/registrar/graduation-info/). Completed undergraduate applications must be filed in the Registrar's Office. If a student fails to complete the requirements at the time stated on the application for graduation, reapplication must be made for a later date.

## Completion Of Degree Requirements

Students who maintain continuous enrollment and who complete work toward the baccalaureate degree within five years from the date of entry may graduate under either the catalog in effect at the time of entrance or under the catalog in effect at the time of graduation. A change in major could mean meeting new requirements in force at the time of the change as a condition for acceptance into that major. Students whose work has been interrupted for one or more semesters may be held to requirements in effect at the time of their re-enrollment. Candidates for a degree must meet all-University requirements and requirements in the curriculum for which they have applied. The deans of the colleges give final approval for graduation and recommend the candidates for the degree. Therefore, questions concerning degree requirements should be directed to the college deans.

Students electing to take courses at another accredited institution to meet Bradley graduation requirements must obtain prior written approval of their dean. An official transcript covering this coursework must be received by the Bradley University Registrar's Office no later than two weeks after the end of the Bradley semester. The grades of all work needed to fulfill the graduation requirements, whether earned through residence at Bradley or on another campus, must be completed and received by the Registrar's Office no later than two weeks after the end of the Bradley semester.

Note the University regulations concerning incompletes and their removal deadline earlier in this catalog. Incomplete grades must be resolved prior to the degree being awarded.

## Attendance At Commencement

Commencement is held following the end of each regular semester. All candidates for the degree whose names appear on the tentative list of candidates posted one month prior to the commencement may attend the commencement ceremony. Students may participate in Commencement if they have proof of registration for the work which will complete the requirements for the degree. If some coursework is being transferred, proof of registration from the Registrar of the other institution must be received by the end of the third full week of classes. Students who have degree requirements remaining may apply for permission to participate in a particular commencement if the following conditions are met: the remaining degree requirements do not exceed two courses and/or required practical experiences; and it must be possible for the student to complete the remaining degree requirements during the interim and/or summer session immediately following the commencement. Formal requests for permission must be filed with your college dean. The actual date of the degree would be the next official graduation date immediately following the completion of degree requirements.

## Awarding Of Diplomas

Diplomas will be awarded at the end of the Fall, Spring, and Summer terms, whichever date follows the completion of all of the requirements for the degree, and will bear that date. Diplomas will be awarded only to students completing all degree requirements.

## Honors

Cum Laude, Magna Cum Laude, Summa Cum Laude

By commencement honors, Bradley University recognizes a student's superior scholastic achievement. Evidence of achievement is shown by the student's grade point average (GPA). To be awarded special honors at Commencement, a student must have earned or be registered for a minimum of 60 semester hours in residence at Bradley University. A student will be awarded Commencement Honors according to the following standard:

- 3.40-3.59 Cum Laude
- 3.60-3.79 Magna Cum Laude
- 3.80-4.00 Summa Cum Laude

For recognition at Honors Day and at Commencement, the computation of the Honors designation earned by GPA shall be made on the basis of cumulative GPA and hours completed at the end of the semester immediately preceding graduation (normally after seven semesters of work). The computation of the GPA for Honors designation on the student's permanent record and diploma shall be made on the basis of all work completed at Bradley University at the time of graduation.

Students who have successfully completed the requirements of the University Honors Program will be recognized for this achievement by a separate certificate.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# UNIVERSITY STUDENT GRIEVANCE POLICY

A student academic grievance is appropriate in cases in which the student claims unfair, prejudicial, or capricious evaluation or treatment of an academic nature. A grievance is not appropriate on actions which would impair the exercise of academic freedom. A student non-academic grievance is appropriate in cases involving access to and participation in course offerings, sexual harassment, racial discrimination, or any other act by a University faculty member that is derogatory or discriminatory in nature. No student may pursue the formal part of the following grievance procedure before exhausting all informal procedures. What follows does not preclude a faculty member's appeal to the Faculty Grievance Committee.

The grievance process is intended to deal with matters as expeditiously as possible. Although the times listed below are recommended guidelines for handling the steps of the process, it is expected that they will not be exceeded except under compelling circumstances.

A student who claims grievance as described may consult with the Ombudsman or meet directly with the instructor involved. The grievance process is as follows:

## 1) Informal Procedure

- The student shall meet with the instructor in an attempt to resolve the issue within 15 days on a non-academic grievance and normally within 15 days of the beginning of the next semester on an academic grievance. (The student may consult with the Ombudsman.)
- Should the issue not be resolved to mutual satisfaction, the student may, within five days, appeal an academic matter to the Chair of the given Department who shall provide the student and faculty member with a decision within five days of appeal, or appeal a non-academic matter to the office of the Vice President for Student Affairs, who will attempt to resolve the matter within 10 working days from the time of appeal. In cases involving a conflict of interest with the Vice President for Student Affairs, the student may appeal a non-academic matter to the Provost and Vice President for Academic Affairs. If any unfair or unjustifiable injury or disadvantage occurred, the decision shall include specific remedies to rectify the situation.
- Should an academic issue not be resolved to the satisfaction of the parties, the student or faculty member may, within five days, appeal the decision of the Chair to the Dean(s) of the College(s) in which the given academic concern resides and to the Dean of the Graduate School if a graduate student is involved. This appeal shall specify in writing the alleged grievance. The Dean(s) or Dean(s)' designee(s) should meet with the relevant parties within five days of the appeal. The Dean shall deliver a decision

within five days after said meeting. If any unfair or unjustifiable injury or disadvantage occurred, the Dean's decision shall include specific remedies to rectify it.

# 2) Formal Procedure

Should the issue not be resolved to the satisfaction of the parties, the student or faculty member may, within five days of the final written decision from the informal procedure, initiate the formal phase of the grievance procedure by written appeal to the Chairperson of the University Student Grievance Committee. Legal counsel may be used by the parties at the parties' cost, as part of the formal procedure. Legal counsel for either party shall act in an advisory capacity only and not be permitted to speak on behalf of any party. The Committee shall have access to the University attorney on procedural matters.

- The Student Grievance Committee shall accept for hearing only those cases considered grievances as described above.
- The Student Grievance Committee shall meet at the call of the Chairperson upon receipt of a formal grievance. The Chairperson will:
  1. Obtain written statements from all parties involved in the appeal.
  2. Call for a meeting of the Committee to review the statements from the parties involved within 10 days of submission of the appeal, unless extraordinary circumstances require a delay, and determine a date and time for the hearing.
- The Committee will:
  1. Notify all parties of the time, date, and place of the hearing at least five days in advance.
  2. Call on other faculty, staff, and students if it would serve the purposes of due process.
  3. Retain records of all written matters dealing with each case.
  4. If the committee decides that a grievance is not in order and the alleged grievance concerned discrimination, a copy of the minutes of the meeting will be sent to the Affirmative Action Officer.
- The Committee shall submit its findings and decision to the appropriate academic officer for review within 45 days after the matter has been formally submitted to the Committee. This time period shall not include University holidays and times when the faculty are not under contract such as during the summer. If the Committee finds that unfair or unjustifiable injury or disadvantage has occurred, it shall forward to the appropriate academic officer its specific suggestions for rectifying it. The appropriate academic officer, within 30 days of the receipt of the findings and recommendations of the Committee, shall notify all concerned parties of agreement or disagreement with the Committee's decision, stating the reasons in writing. Upon agreement of the parties, the grievance process can be concluded at any time before notification by the appropriate academic officer.
- In cases where there are findings of unfair or unjustifiable treatment of students in a non-academic matter, the Vice President for Student Affairs is responsible for rectifying the situation per the Committee's findings.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MISCELLANEOUS UNIVERSITY REGULATIONS

## Absences

This is the all-University policy regarding absences. Consult the policy of your own college or department for further details. Every student is expected to attend all classes regularly. Each student is responsible for all work contained in the course, even in case of absences caused by circumstances beyond the control of the student. In case of absence, provision for make-up work, insofar as make-up work is possible, may be made by the instructor if acceptable reason for the absence is presented. The grade in any given course will therefore ordinarily depend upon the amount and quality of the work done in the course. Absence will affect the grade insofar as the quality of work is affected. Reasons for absences are presented to the instructor by the student.

## Change Of College Or Curriculum

Changes of a student's major must be initiated with the academic advisor in the student's current major field. Students can find the name of their advisor by logging into Webster. Advisor names are listed under the "Other" tab. If an advisor is not assigned in Webster, students should consult the list of these advisors in the Schedule of Classes (http://www.bradley.edu/classes) or contact the department. After the form has been completed by the academic advisor, the student should take the form to the dean of the college in which the student was registered for the dean's signature. The student obtains the signature of the advisor in the new major field, and then takes the form to the dean of the college to which the student is transferring and leaves the form with the new dean. If the change does not involve a change of college (merely a change of curriculum within the same college) the dean of that college will retain and process the form.

## Change Of Address

Students should keep their address information current on Webster (http://webster.bradley.edu). This includes campus address, permanent mailing address, or parents' addresses. Students not in residence halls can update all of these addresses online (http://webster.bradley.edu).

# Transcript Of Credit

A transcript of credits is an authentic copy or printout of the student's academic record. No partial transcripts will be issued. Transcripts are released only on written request of the individual concerned. This order must be placed in person or by mail to the Registrar's Office. No phone orders can be accepted. Bradley University has authorized both the National Student Clearinghouse and TranscriptsPlus to provide transcript ordering via the web at https://www.studentclearinghouse.org (https://www.studentclearinghouse.org) or https://www.credentials-inc.com/tplus/?ALUMTRO001641 (https://www.credentials-inc.com/tplus/?ALUMTRO001641). There is an online processing fee in addition to the $7.00 fee for each copy ordered and is payable in advance for transcripts.

No student who is indebted to the University in any way will be issued a transcript until the debt is cleared by the office concerned. Bradley University does not issue nor certify copies of transcripts from other institutions.

For more information on ordering transcripts, please visit the Registrar's website (/offices/academic/registrar/transcripts/).

# Financial Obligation Of The Student

No report of grades is sent for the student whose financial account with the University has not been settled in full, nor will the grades be available on the Web. Likewise no diploma, professional certificate, transcript of credit, or other information concerning academic record is given until the student's account has been cleared.

# Student Consumer Information

Federal regulations require universities to make student consumer information available to prospective and current students concerning: financial assistance information; institutional programs and policies; graduation rates; safety programs, policies, and crime statistics; athletic program participation rates and financial support data; and rights under Family Educational Rights and Privacy Act. This information may be obtained by requesting the Student-Right-to-Know and Campus Security Act Compliance Report from Bradley University's Office of University Relations at (309) 677-3164. Safety information and crime statistics are available online at http://www.bradley.edu/legal/consumerinfo/ (http://www.bradley.edu/legal/consumerinfo/).

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# FRESHMAN (DOMESTIC AND INTERNATIONAL)

Bradley welcomes applications for admission from all students who feel that they can benefit from and contribute to the varied academic and extracurricular offerings of the University. High school students are encouraged to apply early in their senior year but later applications will be considered as space permits.

Additional Information for International Students (http://dotcms.bradley.edu/academic/undergradcat/20152016/overview-adminternational.dot)

## Admission Requirements

Admission is based on a review of each student's total academic and extracurricular record. Care is taken to ascertain that students' goals and aspirations are consistent with their academic abilities. In determining an applicant's qualifications, the following criteria are used:

1. The high school record of scholastic achievement and extracurricular and community activity.
2. Results from the SAT or ACT.
3. Results from the TOEFL or IELTS (international students only).
4. Written personal statement.
5. Recommendations from appropriate school and community persons are recommended but not required.

## High School Diploma

Entering freshmen are required to provide the university a final high school transcript that indicates the date of high school graduation. Students who were "home schooled" must provide comparable documentation as established by their respective state boards of education.

## Entrance Examinations

All candidates for admission to the freshman class (except international students) who have recently completed high school (within the past year) and have not attended another college, are required to take either the SAT or the ACT. The results of one or both of these tests must be forwarded to the Office of Undergraduate Admissions. Results from other examinations such as Advanced Placement (AP) and achievement tests, while not required, can also be helpful in the admission review process.

# Student Health Form Requirement

For the benefit and protection of each Bradley student and to comply with state law, it is required that a student health form be filed with Health Services prior to the time the student begins at the University. This form is sent to each admitted student. If a form is not received, a copy may be obtained at Health Services in the Markin Center or the Admissions Office in the Visitors Center.

All students are required to have a student health form on file at Health Services before registering. To avoid penalties and delays in registration, return the form and then verify through Health Services that it has been received and is complete.

## Health Immunization Requirements

Bradley students are required to be immunized against measles, mumps, rubella, tetanus, and diphtheria. Students entering Bradley University for the first time will not be allowed to register unless they provide proof of proper immunization (Public Act 85-1315). Verification of that immunization is a component of the Health Form.

## General Admission Requirements

Generally, minimum curriculum requirements for all entering freshmen are as follows: 4 units (years) of English (1/2 or 1 unit of which may be speech), 3 units of college preparatory mathematics, 2 units of laboratory science, and 2 units of social sciences. See listings below for special requirements within the individual colleges and programs. (Applicants deficient in special admission requirements may be admitted but will be required to take preparatory courses in addition to the program described elsewhere in the catalog.)

### Business

Required: 2 units of algebra, 1 unit of geometry, 4 units of English (1/2 or 1 unit of which may be speech). Recommended: 2 units of history and/or government.

Students entering the Foster College of Business should have a minimum of two units of algebra and one unit of geometry. Students not meeting these minimums generally must make up the deficiency, at Bradley or elsewhere. Test results will be used to help ascertain the degree of deficiency that exists. High school students are also encouraged to take additional math such as a third unit of algebra, analytic geometry, trigonometry, pre-calculus, and solid geometry. Generally, the more mathematics courses the better.

# Engineering

Candidates are urged to take as much mathematics and science as possible. Required: 2 units of algebra, 1 unit of plane geometry, 1/2 unit of trigonometry, 1 unit of physics. Recommended: 1/2 unit of solid geometry, 1 unit of pre-calculus, and 1 unit of chemistry; 1/2 unit of graphics for Industrial Engineering. Applicants deficient in mathematics and science may be admitted. However, it is expected that the deficiency will be removed, preferably during the summer preceding entrance. ACT minimum scores of 24 composite, 24 in math or an SAT minimum combined score of 1100.

## Construction and Engineering Technology

Required: 2 units of algebra, 1 unit of plane geometry, 1/2 unit of trigonometry, 1 unit of physics. Recommended: 1/2 unit of solid geometry and 1/2 unit of graphics.

## Health Science

In addition to meeting University and College of Education and Health Sciences requirements, admission to the health science major as a freshman requires the following: 1) three units of high school mathematics and science (biology/physiology, chemistry, and physics are recommended); 2) ACT minimum scores of 22 in English, 22 in mathematics, and 22 composite or a SAT minimum combined score of 1100. All test values must be earned on the same examination.

## Liberal Arts and Sciences

Recommended: 2 units of a single foreign language.

## Music

Required: An audition either in person or on tape. (Contact the chairperson of the Department of Music for an audition appointment.) Recommended: A minimum of four years experience in orchestra, band, choir, and/or chorus or four years of private music instruction. No musical experience or music audition is required for students enrolling in the Music and Entertainment Industry major.

## Nursing

Three units of high school mathematics and science (anatomy and physiology, biology, and chemistry are preferred).

Registered nurses and licensed practical nurses must apply to the program, meet the above requirements, and submit a transcript from an approved school of nursing and evidence of licensure to practice in at least one state. All registered nurses and licensed practical nurses should contact the Department of Nursing for additional information concerning the program.

# Notification Of Admission And Reply Date

Admission notifications begin September 1 prior to enrollment in the following fall semester. After that date, all notifications will be mailed as soon as the student's application file is complete and reviewed by the Admissions Committee. Applicants for spring, interim, or summer terms will be notified as soon as admission decisions are made.

Applicants respond to offers of admission by forwarding a non-refundable $200 enrollment fee. Applicants requiring on-campus housing must submit an additional $100 housing deposit. Applicants will receive preference for university housing based on the date by which both are received. However, no student seeking notification of admission is required to respond to an offer until May 1. Students admitted after May 1 have two weeks from the date of notification of admission to respond.

# Early Admission

Students Pursuing a Degree

Recognizing that the range of scholastic aptitude of high school students is great, Bradley University may accept students into a degree program, providing they have:

- completed their junior year of high school;
- attained a "B" or better high school average;
- attained appropriate SAT or ACT entrance examination scores;
- forwarded a high school transcript

Exceptions to this policy will be made only under special circumstances and with the approval of the Office of Undergraduate Admissions and the dean of the college in which the student wishes to enroll. Students that receive an admission denial decision may contact the Office of Admission about what steps to take for the deny appeal process.

# Special Programs

## Campus Visits

Bradley University encourages all prospective new freshman and transfer students and their families to visit campus. Students may attend one of the many campus visit programs or make arrangements for an individual visit. For further information, contact: Undergraduate Admissions, Bradley University, 1501 W. Bradley Ave., Peoria, Illinois, 61625; 309) 677-1000 or (800) 447-6460. E-mail admissions@bradley.edu or find more information online at admissions.bradley.edu (http://admissions.bradley.edu).

## Off-Campus Programs

Bradley University conducts many off-campus reception and interview programs throughout the year across the United States. These sessions are designed to allow prospective students and their parents the opportunity to meet with admissions or financial assistance representatives to learn more about the admissions process, degree requirements, campus life, and financial assistance and scholarship opportunities. To secure a schedule of the off-campus admissions programs or to set up an appointment with an admissions representative, interested students should call the Office of Undergraduate Admissions at (800) 447-6460 or go online to bradley.edu/admissions/. (http://bradley.edu/admissions/)

## Summer Orientation

A special invitation is extended to all incoming students and their parents to attend Summer Orientation. This program is specifically designed to introduce and familiarize students and parents with Bradley University, its faculty, student body, and special services. The program is required of all incoming freshmen and highly recommended for their parents. Transfer students are also encouraged to attend orientation sessions designed for them.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# FORMER BRADLEY STUDENTS

Former students who wish to re-enter Bradley University must request an application for readmission from the Office of Undergraduate Admissions. Those students whose work has been interrupted for one or more semesters are subject to re-evaluation for readmission. They also may be held to any change of requirements that may have occurred during their absence. Students who have accumulated credit elsewhere during their absence are required to submit a transcript of that work. Students who were academically dismissed at Bradley must petition the Academic Review Board for reinstatement.

## Dean's Recommendation Form

Prior to registering for classes, former students who have accumulated credit elsewhere during their absence are required to submit a Dean's Recommendation Form. This form will be emailed to you and is to be completed by college/university personnel from the most recent institution of attendance verifying continued good standing in conduct and judicial matters.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# STUDENTS NOT PURSUING A DEGREE

**High school students** who have completed their sophomore year and are interested in taking classes at Bradley, but not in pursuing a degree, may be admitted at any time as undergraduate students-at-large. Contact Undergraduate Admissions and:

1. complete an application to be an undergraduate student-at-large;
2. forward a high school transcript as evidence of having attained a "B" or better grade point average; and
3. submit three letters of recommendation from secondary school teachers or guidance counselors.

## Credit Courses For Undergraduate Students Not Seeking A Degree

Students who wish to enroll on a part-time basis (less than 12 semester hours) in undergraduate courses, who do not hold a bachelor's degree, and who do not intend to complete an undergraduate degree, may apply for admission to Bradley as an undergraduate student-at-large. Must be in good standing at most recent institution of attendance.

Undergraduate students-at-large are subject to all University policies and regulations including academic probation and dismissal. If a student's cumulative grade point average falls below 2.0, the student will be placed on probation. A minimum of a 2.25 grade point average will be required in succeeding semesters until the student's cumulative grade point average is increased to 2.0 or higher.

Students who have been denied regular admission to Bradley and students dismissed from the University are not eligible to enroll as undergraduate students-at-large.

A maximum of 45 semester hours taken as an undergraduate student-at-large can be accepted toward a degree program. A student-at-large who decides to seek a degree should apply as a transfer student.

**Non-degree-seeking students who already hold a bachelor's degree** and who wish to take undergraduate courses on a part-time basis must be admitted through the Graduate School. Students who have completed an undergraduate degree should refer to the Graduate Catalog or contact the Graduate School, 200 Bradley Hall, by phone at (309) 677-2375, by e-mail at bugrad@bradley.edu (mailTo:bugrad@bradley.edu), or online at bradley.edu/grad

(http://www.bradley.edu/grad). Students who already hold a bachelor's degree and are only interested in pursuing a teaching certificate or students who wish to pursue an additional bachelor's degree should contact the Office of Undergraduate Admissions at (309) 677-1000.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# TRANSFER ADMISSION

Each year, transfer students compose a significant proportion of the new student population at Bradley. The diversity of social and academic backgrounds that transfer students bring adds much to campus life. Accordingly, Bradley actively seeks to enroll transfer students from all areas of the United States and many foreign countries and strives to provide an atmosphere that is both challenging and rewarding. Applications to transfer to Bradley should be completed no less than 30 days in advance of the start of the semester for which one is applying. It is strongly recommended that transfer students apply several months prior to the beginning of the semester.

Official transcripts of all college work attempted are required prior to admission to Bradley. Official transcripts of credit must be requested by the student and received by the Office of Admissions directly from the institution at which the credit was earned. Transfer students having successfully completed 24 or more semester hours at an accredited institution need not supply a copy of their high school transcript unless requested by the Admissions Office. Students having completed less than 24 semester hours must submit ACT or SAT scores and a high school transcript. Transfer applicants must have a minimum cumulative grade point average of 2.5 to be considered for admission.

Additional Information for International Students (http://dotcms.bradley.edu/academic/undergradcat/20152016/overview-adminternational.dot)

## Dean's Recommendation Form

Prior to registering for classes, newly enrolled transfer students are required to submit a Dean's Recommendation Form to be completed by college/university personnel from the most recent institution of attendance verifying continued good standing in conduct and judicial matters.

## Level Of Transfer Credit

Transfer credit shall be accepted on the same level at which the work was offered at the source institution. Junior-senior level credit will not be granted for courses taken at the freshman-sophomore level.

## Acceptance Of Transfer Credit

Credit from collegiate institutions which are accredited by one of the regional accrediting associations, such as the Higher Learning Commission, will be considered for acceptance at Bradley University. Bradley University also participates in the Illinois Articulation Initiative. Credit may also be accepted in specific professional courses from certain institutions which are not regionally accredited, but whose curricula are accredited by professional accrediting bodies recognized by the Council on Post Secondary Education. Credits from other institutions, including foreign universities, will be evaluated for possible transfer on a case-by-case basis.

Acceptance of transfer credit will be based on compatibility of the transfer work with the nature, content and level of work offered at Bradley. Application of transfer credit to satisfy specific college graduation requirements shall be determined by the dean of the college in which the student is majoring. In the event that a student changes majors while at Bradley, a new evaluation of the transferred credit will be completed by the department. Transfer credit which meets the general education requirements at the source institution may be applied to the general education requirements at Bradley. A maximum of 66 semester hours of credit will be accepted from accredited two-year colleges. Unlimited credit may be accepted from four-year institutions.

Transfer students from colleges and universities offering the baccalaureate degree must successfully complete a minimum of thirty semester hours in residence at Bradley to satisfy degree requirements.

## Bradley Core Curriculum Policies for Transfer Students

- Transfer students who have earned at least two semester hours of approved coursework in an Area of Inquiry are considered to have satisfied completion of one course in the Area of Inquiry. This policy is limited to students who transfer from an institution using the quartile system.
- Transfer students may use courses taken at their previous institution to meet Bradley Core Curriculum requirements. Case-by-case transfer course articulations will be determined by the chair of the Core Curriculum Committee.
- Transfer students may use courses taken at their previous institution from the Fine Arts (FA) and Multidisciplinary Integration (MI) Areas of Inquiry to meet one or both of their two additional Bradley Core Curriculum elective courses. Students will be limited to no more than two courses in each Area of Inquiry.
- Transfer students enrolled in a second baccalaureate program will be automatically granted credit for all Bradley Core Curriculum requirements upon verification that their first baccalaureate was completed at an accredited institution of higher education that requires a minimum of 30 hours of general education.
- Transfer students who matriculate into Bradley prior to Fall 2018 will be offered the choice of completing the general education requirements as listed in the 2015-2016 Undergraduate Catalog in lieu of the Bradley Core Curriculum, pending approval by their program administration. Students must submit their

request to meet the general education requirements by May 2, 2018. This supersedes the policy in this Undergraduate Catalog under All-University Degree Requirements, which states: *"Students who maintain continuous enrollment and who complete work toward the baccalaureate degree within five years form the date of entry may graduate under either the catalog in effect at the time of entrance or under the catalog in effect at the time of graduation."* [NOTE: This policy will automatically expire June 1, 2018.]

# Student Health Form Requirement

For the benefit and protection of each Bradley student and to comply with state law, it is required that a student health form be filed with Health Services prior to the time the student begins at the University. This form is sent to each admitted student. If a form is not received, a copy may be obtained at Health Services in the Markin Center or the Admissions Office in the Visitors Center.

All students are required to have a student health form on file at Health Services before registering. To avoid penalties and delays in registration, return the form and then verify through Health Services that it has been received and is complete.

# Academic Dismissal

Students dismissed for academic or non-academic reasons from their last previous institution attended must take courses at another University or community college and be in good standing before applying for admission to Bradley.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ILLINOIS ARTICULATION INITIATIVE

Bradley University has endorsed the Illinois Articulation Initiative (IAI). The purpose of the IAI is to facilitate the transfer of courses among two- and four-year colleges and universities throughout the state of Illinois. The IAI guarantees students that completion of the General Education Core Curriculum at any participating school will satisfy general education requirements at any other participating school. This initiative is in effect for students who began college during or after summer 1998.

1. Students completing their Associate of Arts or Associate of Science degree at a participating IAI school and completing the IAI faculty panel-approved Illinois General Education Core Curriculum will have automatically satisfied their Core Curriculum requirements at Bradley. This does not include Core Curriculum courses that are also degree requirements.
2. Students completing the IAI Core Curriculum only at a participating IAI school without an Associate Degree, will have satisfied their Core Curriculum requirements at Bradley.
3. Students transferring to Bradley without having completed their IAI Core Curriculum will have to fulfill the Bradley Core Curriculum requirements. But if a student is only missing one or two IAI Core Curriculum courses, he may complete them at Bradley, which will then complete the Bradley Core Curriculum.
4. Readmit students must complete Bradley's general education or Core Curriculum requirements.
5. Illinois Transferable General Education Core Curriculum includes the following:
   - 3 courses (9 credits) in Communication
   - 1-2 courses (3-6 credits) in Math
   - 2 courses (7-8 credits) in Physical and Life Sciences (including one lab course)
   - 3 courses (9 credits) in Humanities and Fine Arts
   - 3 courses (9 credits) in Social and Behavioral Sciences

Official verification of IAI attainment of Associate of Arts or Associate of Science degree must be sent from the former college, by request of the student, directly to the Office of Undergraduate Admission.

For more information about IAI, see www.itransfer.org (http://www.itransfer.org/).

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the*

*Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# INTERNATIONAL STUDENTS

# International Students

International students are those who are not citizens or permanent residents of the United States and who intend to enter Bradley University to pursue a full-time course of study.

## Admission Requirements

Admission is based on a review of each student's total academic and extracurricular record. Care is taken to ascertain that student's goals and aspirations are consistent with their academic abilities. In determining an applicant's qualifications, the following criteria are used:

1. The high school record of scholastic achievement and extracurricular and community activity.
2. Results from the SAT or ACT.
3. Evidence of English language proficiency (minimum 79 iBT TOEFL or 6.5 academic IELTS).
4. Written personal statement.
5. Judgments made as a result of personal interviews and campus visits.
6. Recommendations from appropriate school and community persons are recommended but not required.

## Other admission requirements:

High school transcripts

In the United States, educational records are called "transcripts." A "transcript" is an official document issued by an educational institution which states all subjects studied, grades or marks received (including failures), the "credit" received, and the grading scale used (including the lowest passing mark). The length of time in the classroom, the number of classes per week for each subject, and an explanation of the educational system should be included.

Official Academic Records

All applicants must submit educational records (official transcripts, country examinations, diplomas and certificates) which have been certified by an officer of the educational institution issuing the documents or by a U.S. or local government official. Secondary school records should represent the last four years of study. Any document submitted in a language other than English must be accompanied by an official certified English translation. All U.S. and Canadian documents must come directly from the principal or registrar to Bradley University. All university-level records must come to Bradley University directly from the institution attended. All university-

level study will be evaluated for possible transfer credit. Accurate evaluation cannot be made without a syllabus, catalog, or course descriptions. Consequently, all transfer students must submit their foreign catalog (providing program and course descriptions) in English or in an official English translation. Students of international or American schools abroad should also provide SAT or ACT scores.

## Student Visa

Students wishing to attend Bradley on a F-1 student visa will need to supply a Financial Certification form along with bank statements and/or scholarship award letters to confirm that all college, personal, and travel expenses are covered for each year at the University. Once a student's proof of financial support has been received, his or her immigration form I-20 will be processed and instructions on how to apply for an F-1 visa will be provided.

Students who are within the U.S. on a current F-1 visa wishing to transfer to Bradley must also provide a copy of their current I-20 and transfer-in form.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# CREDIT BY EXAMINATION

## Advanced Placement Credit (AP)

Credit may be given in courses covered by the Advanced Placement Examination offered by the College Entrance Examination Board. Credit is given for scores of 3 or above. If credit is given, the number of semester hours of credit allowed is determined by the extent of the college work covered by this examination. Specific information on the extent of credit awarded can be obtained from the Undergraduate Admission Office or visit bradley.edu/admissions/freshman/apguides (http://bradley.edu/admissions/freshman/apguides/).

## International Baccalaureate Program (IB)

Credit may be given for International Baccalaureate courses taken at many participating high schools. With scores of 5 or higher for most exams, credit may be applied to the Bradley Core Curriculum or other University requirements. Information on what credit will be given for each of the exams can be obtained from the Undergraduate Admission Office or visit bradley.edu/admissions/freshman/apguides (http://bradley.edu/admissions/freshman/apguides/).

## College-Level Examination Program (CLEP)

Bradley University is committed to the principle that college-level achievement should be recognized and rewarded without regard to where, when, or how the knowledge was acquired. The University grants a maximum of 60 semester hours to those who earn scores on the College-Level Examination Program (CLEP) examinations in the 50th percentile or higher on national college sophomore norms. Because CLEP credit is transfer credit, it cannot duplicate credit already earned from another source. The Registrar's Office maintains a list of CLEP exams that Bradley accepts. In all cases, an official copy of test scores must be sent from the CLEP office, by request of the student, directly to Bradley University.

- **Credit for CLEP may be used to satisfy Core Curriculum requirements or appropriate University requirements.**

  The CLEP exams must be taken before completing 60 college credits. The 60-credit limit includes

courses taken at Bradley University, credits taken at another college or university, and other credits received by examination. Credits earned through CLEP exams may not duplicate credits received from other sources. Credits earned through CLEP exams may not be at a level lower than a course for which credit has been earned.

If you have questions about how CLEP credit applies to Bradley, please consult the following:

- if you are currently enrolled at Bradley: The Registrar's Office, (309) 677-3643
- if you are a student new to Bradley: Undergraduate Admission, (309) 677-1000

For more information about the College-Level Examination Program, contact CLEP at (212) 237-1331 or visit clep.collegeboard.org (https://clep.collegeboard.org/).

# Illinois State Seal of Biliteracy

Credit is given to students who have received the Illinois State Seal of Biliteracy. Students receive 3 100-level elective credits in the language for which they have the State Seal.

# AAPPL

Credit is given to students who have taken the *entire* AAPPL (Assessment of Performance towards Proficiency in Languages) exam according to the following scale. Note that all four areas (Interpersonal listening and speaking, interpretive reading, interpretive listening, and presentational writing) must be completed in order to receive credit. An average of individual area scores will be used to determine credit granted.

- Novice (score of N-1 or N-2) = no credit
- Novice High (score of N-3 or N-4) = 101 credit
- Intermediate Low (score of I-1 or 1-2) = 102 credit
- Intermediate Mid (score of I-3 or I-4) = 201 credit
- Intermediate High (score of I-5 or higher) = 202 credit

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the*

*Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ACADEMIC EXPLORATION PROGRAM

The Academic Exploration Program (AEP) helps students with undecided majors and undeclared majors (exploratory students) identify and pursue their academic and professional goals.

Through a combination of instruction, reflection and exposure, students gain the experience and confidence to declare a major and succeed professionally. The key to success in the Academic Exploration Program rests with the student-academic advisor relationship. Each student in AEP is assigned an advisor, with whom they will spend time in the classroom and in one-on-one advising within the first semester. The award-winning academic advisement in AEP is integrated throughout the AEP curriculum and helps students select the major and career path that's best for them through the lens of whole student development.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MILITARY SCIENCE

A cross-enrollment agreement between Illinois State University (ISU) and Bradley University makes training in the Army Reserve Officers Training Corps (AROTC) available to qualified Bradley students who desire to earn appointment as commissioned officers in the United States Army. The goal of the AROTC is to commission college graduates into the Active, National Guard, and Reserve components of the Army. Military science classes are conducted on Illinois State's campus in Normal, Illinois and at Bradley University. Military science classes are recorded on students' transcripts, and the grades received and semester hours of credit are counted as if they had been taken at Bradley. For more information, please contact the College of Liberal Arts and Sciences at (309) 677-2384.

## Sequence

To complete the basic course a student must complete MS 101, 102, 201, and 202, normally taken in that sequence, over a four-semester period. Exceptions are determined by law and may be discussed on an individual basis with the professor of Military Science at ISU. Entry into the advanced course requires successful completion of the basic course, basic camp or advanced placement, and acceptance by the professor of Military Science. The advanced course must be completed over a four-semester period, the usual sequence consisting of MS 301, 302, 401, and 402.

### M S 101 - Introduction to the Army and Critical Thinking *(1 hour)*
Introduction to leadership from perspective of the member of an effective organization. Self-enhancement skills such as time management techniques, problem solving and decision-making processes, and health enrichment actions. Offered each fall.

### M S 102 - Introduction to the Profession of Arms *(1 hour)*
Basic leadership fundamentals, principles, and experiences. Relevant for all organizational leaders. Purpose is to examine how the individual organizational member and the team are affected by leaders and leadership decisions. Offered each spring.

### M S 150 - Military Physical Conditioning *(0 hours)*
Students will learn how to perform basic military physical conditioning and fitness. The course is conducted in a structured military physical fitness training environment with a focus on total body

conditioning through cardiorespiratory activities, muscular strength, and endurance training. May be repeated. NOTE: General good health certification from the Bradley Wellness Center. Appropriate athletic apparel, running shoes, and reflective belt.

### M S 200 - Leadership Lab *(0 hours)*

Provides development by practical application of the student's leadership skills through progressive training in planning, execution, and assessment. Registration in AROTC Advanced Course Required. Offered each semester.

### M S 201 - Leadership and Decision Making *(2 hours)*

Provides more in-depth and critical assessment of leadership within American society. Students are challenged to learn and apply leadership principles. Group research projects designed to research, examine, and analyze leaders and leadership within community context.

### M S 202 - Army Doctrine and Team Development *(2 hours)*

Map reading fundamentals; application of land navigation principles using the lensatic compass and terrain association. Provides opportunities to exercise leadership skills to meet established goals and objectives within specific time constraints.

### M S 203 - Rotc Leadership Training Course *(6 hours)*

Provides instruction and practical application on basic military concepts of map reading, tactics, small group operations, weapons, and adventure training. Training is presented off campus at Fort Knox, Kentucky. Provides constructive credit for first two years of ROTC. Consent of instructor required. Pass/Fail only. Offered each summer.

### M S 242 - Rotc National Advanced Leadership Camp *(6 hours)*

Instruction and practical application in field training, demonstration of leadership capabilities, and leadership opportunities of problem analysis, decision making, and troop leading. Training is presented off campus near Seattle, Washington. Registration in AROTC Advanced Course required. Pass/Fail only. Offered each summer.

### M S 287 - Independent Study *(1-6 hours)*

Independent Study

### M S 301 - Training Management and the War Fighting Functions *(3 hours)*

Provides general knowledge and understanding of advanced leadership principles, small unit offensive operations, land navigation, and the operating systems. Offered each fall. Prerequisite:

**M S 302 - Applied Leadership in Small Unit Operations** *(3 hours)*

Provides knowledge and understanding of advanced combat leadership techniques, small unit defensive operations, patrolling, and land navigation. Offered each spring. Prerequisite: Registration in AROTC and MS 220 or consent of instructor required

**M S 401 - The Army Officer** *(3 hours)*

Fundamental concepts of military justice; principles of court-martial and non-judicial punishment; staff principles and procedures in the Army organizational structure. Offered each fall. Prerequisite: Registration in AROTC Advanced Course or consent of instructor required

**M S 402 - Company Grade Leadership** *(3 hours)*

Introduction to professionalism and military professional responsibility. Provides students with a capstone experience in leadership studies before their transition to officership. Offered each spring. Prerequisite: Registration in AROTC Advanced Course or consent of instructor required.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# THE UNIVERSITY EXPERIENCE COURSE (EHS 120)

EHS 120: The University Experience is a one semester hour course available to all new students. Through interactive discussions and class activities, students explore contemporary social issues; examine topics concerning academic, personal, and physical well-being; become familiar with University policies and resources; and develop greater appreciation for diversity.

## EHS 120 The University Experience 1 hr.

Designed to help new students adjust to the University environment. Assists students in gaining an appreciation for higher education, the Bradley Core Curriculum, and the value of a Bradley University education.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# CAMPUS RECREATION AND ATHLETIC FACILITIES

Campus Recreation provides a variety of programs to meet the recreational needs of all students. The Markin Family Student Recreation Center is a multi-use indoor facility. The center provides opportunities for intramural events, sports and fitness classes, and unscheduled, informal activity. It has exercise and fitness equipment, an indoor pool, two racquetball courts, a rock climbing wall that stands 46 feet, a bouldering wall, a Multi-Activity Court (MAC court), a 1/8-mile running/walking track, and a juice bar. It has four basketball courts for intramural and recreational games and a championship court, which seats about 300 and will be used for, among other things, hosting championship intramural events. The intramural sports calendar includes 25 different events.

Outdoor recreational opportunities exist at the David Markin Tennis Courts and the Meinen Field outdoor recreation complex, which houses 21/2 basketball courts and a multi-sport field where soccer, softball, flag football, and a variety of other activities occur.

Campus Recreation also offers a variety of club sports students can participate in. Some of the most popular are men's ice hockey, men's and women's volleyball, men's and women's soccer, softball, and ultimate frisbee among many others.

Athletic Facilities provides facility management to the Renaissance Coliseum, Markin Tennis Courts, and Meinen Field. With a capacity of 4,200, the Renaissance Coliseum is home to some of Bradley University's largest events, including concerts, women's basketball and volleyball, commencements, and other special events. Past concerts have featured Weezer, Wiz Khalifa, The Band Perry, and Macklemore & Ryan Lewis. Students receive free or discounted tickets to most events.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the*

*Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# EVENT SERVICES

Event Services is responsible for scheduling and reserving rooms in most buildings on campus, including the Michel Student Center, Global Communications Center, and academic buildings other than the labs.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# FRATERNITY AND SORORITY LIFE

Fraternity and Sorority Life is comprised of over 1400 students, representing 33% of the undergraduate population. Bradley is the home to 27 fraternity and sorority chapters, which are represented by 3 governing councils.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# THE LEWIS J. BURGER CENTER FOR LEADERSHIP AND SERVICE

The Burger Center represents the University's commitment to educate and prepare our students for civic responsibility to become committed leaders for the 21st century. By involving our students in a myriad of service activities and leadership seminars, the Center benefits not only Bradley students, but the Central Illinois Community and our society. The Center promotes service and leadership among the Bradley student body. It provides opportunities for students to be involved in community service and leadership activities and promotes the incorporation of a service component into the curriculum where appropriate.

The Center has three main services:

1. Volunteer Services: The Center provides students with resources and programs that make volunteering accessible, including volunteer placement, Service on Saturday events

2. Leadership Development Programs: Through the Braves Lead certificate program, LINCS Leadership Trainings, and a variety of leadership-based campus organizations, the Center provides students with a multitude of ways to develop their skills and increase their effectiveness as a leader; and Student Leadership

3. Service Fellows Program: This scholarship-based program accepts 15 incoming freshmen students annually and strives to instill lifelong leadership skills and civic responsibility in its members through a comprehensive four-year experience.

The Lewis J. Burger Center is home to student organizations including Fellows, SERVE, LINCS and facilitates programs such as Service on Saturday, volunteer.bradley.edu (http://volunteer.bradley.edu/), philanthropy drives, and Braves Lead certificate program. In addition, the Center provides information on a wide range of peer advising, service-learning initiatives and leadership opportunities throughout the United States.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the*

*Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# CAMPUS PROGRAMMING

The Student Activities Office provides a number of programming opportunities for students and the campus community including programming by ACBU, Late Night BU and signature events like Family Weekend and Siblings Weekend.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# 2019-2020 UNDERGRADUATE CATALOG

## General Information

- Bradley University (overview-budescription.dot)
- Our Vision and Mission (overview-mission.dot)
- Founding of Bradley (overview-founding.dot)
- Academic Calendar (On Campus) (overview-calendar.dot)
- Fields of Study (overview-degrees.dot)
- Accreditation (overview-accreditation.dot)
- Fees and Expenses (overview-tuitionfees.dot)
- Financial Assistance (overview-financial.dot)
- Housing (overview-housing.dot)
- Safety and Security (overview-safety-and-security.dot)
- Faculty (overview-faculty.dot)
- Emeritus (overview-emeriti.dot)

## Academic Regulations

- Registration (overview-arregistration.dot)
- Undergraduate Leave of Absence Policy (overview-arleaveabsence.dot)
- Credit Taken in Residence at Bradley (overview-arrescredit.dot)
- All-University Degree Requirements (overview-arrequirements.dot)
- Non-Resident Credit (overview-arcredit.dot)
- Majors, Concentrations, and Minors (overview-armajorsminorcons.dot)
- Grades (overview-argrades.dot)
- Academic Ombudsman (overview-arombudsman.dot)
- Undergraduate Scholastic Probation, Dismissal, and Forgiveness Policies (overview-arprobationdismissal.dot)
- Breach of Academic Integrity (overview-archeating.dot)
- Graduation (overview-argraduation.dot)
- University Student Grievance Policy (overview-argrievance.dot)
- Miscellaneous University Regulations (overview-aracademic_misc.dot)

## Admissions

- Freshman (overview-admfreshman.dot)
- Former Bradley Students (overview-admformerbu.dot)
- Students Not Pursuing a Degree (overview-admnondegree.dot)

- Transfer Admission (overview-admtransfer.dot)

- Illinois Articulation Initiative (overview-admiai.dot)
- International Students (overview-adminternational.dot)
- Credit by Examination (overview-admexamcredit.dot)

# Special Academic Programs

- Academic Exploration Program (AEP) (overview-spaep.dot)
- Military Science (overview-spmilitary.dot)
- The University Experience course (EHS 120) (overview-spuexperience.dot)

# Student Involvement

- Campus Recreation and Athletic Facilities (overview-sarec.dot)
- Event Services (overview-sies.dot)
- Student Activities
  - Fraternity and Sorority Life (overview-safsl.dot)
  - The Lewis J. Burger Center for Leadership and Service (overview-sa-lewis-j.-burger-center.dot)
- Campus Programming (overview-sicp.dot)
- Student Government (overview-sisg.dot)
- Student Organizations (overview-sastudentorgs.dot)

# Student Affairs

- Student Affairs (overview-sastudentaffairs.dot)
- Diversity and Inclusion (overviewother-garret-center.dot)
- Health Services/Counseling Center (overview-sa-health-services.dot)
- Off-Campus Properties (overview-offcampushousing.dot)
- Residential Living and Student Conduct (overview-sares.dot)
- Smith Career Center (overview-sascc.dot)
- Springer Center for Internships (overview-spspringer.dot)
- Student Involvement (overview-sacsi.dot)
- Student Support Services (overview-sasupport.dot)

# Other Services

- Bradley University Bookstore (overviewother-bradley-bookstore.dot)
- Computing Services (overviewother-computing-services.dot)
- Learning, Design and Technology (overviewother-learning-design-technology.dot)

# Foster College Of Business

- Foster College of Business (fcba-fcba.dot)

- BUS Courses (fcba-buscourses.dot)
- Accounting (fcba-atg.dot)
- Accounting Courses (fcba-atgcourses.dot)
- Economics (fcba-econmajor.dot)
- Economics Courses (fcba-econcourses.dot)
- Entrepreneurship, Technology, and Law (fcba-etl.dot)
- Entrepreneurship, Technology, and Law Courses (fcba-etlcourses.dot)
- Finance (fcba-fqm.dot)
- Finance Courses (fcba-fqmcourses.dot)
- International Business Program (fcba-ibmajor.dot)
- International Business Courses (fcba-ibcourses.dot)
- Management and Leadership (fcba-ml.dot)
- Management and Leadership Courses (fcba-mlcourses.dot)
- Marketing (fcba-mtg.dot)
- Marketing Courses (fcba-mtgcourses.dot)

# Slane College Of Communications And Fine Arts

- Slane College of Communications and Fine Arts (cfa-cfa.dot)
- CFA Courses (cfa-cfacourses.dot)
- Fine Arts Minor (cfa-faminor.dot)
- Art and Design (cfa-art.dot)
- Art and Design Courses (cfa-artcourses.dot)
- Communication (cfa-com.dot)
- Communication Courses (cfa-comcourses.dot)
- General Studies Major in Communications and Fine Arts (cfa-general-studies-major-incfa.dot)
- Interactive Media
  (cfa-im.dot)
- Interactive Media Courses (cfa-imcourses.dot)
- Music (cfa-mus.dot)
- Music Courses (cfa-muscourses.dot)
- Theatre Arts (cfa-the.dot)
- Theatre Courses (cfa-thecourses.dot)

# College of Education and Health Sciences

- College of Education and Health Sciences (ehs-ehs.dot)
- EHS Courses (ehs-ehscourses.dot)
- Education, Counseling, and Leadership (ehs-ecl.dot)
- Education, Counseling, and Leadership Courses (ehs-eclcourses.dot)

- Family and Consumer Sciences (ehs-fcs.dot)

- Family and Consumer Sciences Courses (ehs-fcscourses.dot)

- Health Science (ehs-hs.dot)

- Health Science Courses (ehs-hscourses.dot)

- Minor in Health (ehs-healthminor.dot)

- Minor in Leadership (ehs-leaderminor.dot)

- Nursing (ehs-nur.dot)

- Nursing Courses (ehs-nurcourses.dot)

- Title II Report Card (ehs-title2.dot)

# Caterpillar College of Engineering and Technology

- Caterpillar College of Engineering and Technology (egt-egt.dot)

- EGT Courses (egt-egtcourses.dot)

- Civil Engineering (egt-ce.dot)

- Civil Engineering Courses (egt-cecourses.dot)

- Construction (egt-con.dot)

- Construction Courses (egt-concourses.dot)

- Electrical and Computer Engineering (egt-ee.dot)

- Electrical Engineering Courses (egt-eecourses.dot)

- Industrial Engineering (egt-ie.dot)

- Industrial and Manufacturing Engineering (IME) Courses (egt-imecourses.dot)

- Manufacturing Engineering (egt-mfe.dot)

- Manufacturing Engineering Technology (egt-mfet.dot)

- Manufacturing Engineering Technology (IMT) Courses (egt-metcourses.dot)

- Mechanical Engineering (egt-me.dot)

- Mechanical Engineering Courses (egt-mecourses.dot)

- Minors (egt-minors-imet.dot) (IMET)

# College of Liberal Arts and Sciences

- College of Liberal Arts and Sciences (las-las.dot)

- LAS Courses (las-courses.dot)

- SCI Courses (las-scicourses.dot)

- African-American Studies (las-aas.dot)

- African-American Studies Courses (las-aascourses.dot)

- Anthropology (las-soc.dot#ANT)

- Anthropology Courses (las-soccourses.dot)

- Asian Studies (las-as.dot)

- Astronomy Courses (las-astcourses.dot)

- Biology (las-bio.dot)
- Biology Courses (las-biocourses.dot)
- Chemistry and Biochemistry (las-chm.dot)
- Chemistry Courses (las-chmcourses.dot)
- Computer Science and Information Systems (las-csis.dot)
- Computer Science Courses (las-cscourses.dot)
- Computer Information Systems Courses (las-ciscourses.dot)
- Criminology (las-crm.dot)
- Criminology Courses (las-crmcourses.dot)
- Economics (LAS) (las-econ.dot)
- Economics Courses (FCB) (las-econcourses.dot)
- English (las-eng.dot)
- English Courses (las-engcourses.dot)
- Environmental Science Program (las-env.dot)
- Environmental Science Courses (las-enscourses.dot)
- Ethics Minor (las-ethics.dot)
- European Studies Program (las-euro.dot)
- Geological Sciences Courses (las-geocourses.dot)
- History (las-his.dot)
- History Courses (las-hiscourses.dot)
- Interdisciplinary Major Program (las-imp.dot)
- Institute of International Studies (las-is.dot)
- International Studies Courses (las-iscourses.dot)
- Latin American Studies (las-latin.dot)
- Mathematics (las-mth.dot)
- Mathematics Courses (las-mthcourses.dot)
- Medical Laboratory Science Program (las-lsm.dot)
- Neuroscience Minor (las-neurosci.dot)
- Neuroscience Courses (las-neucourses.dot)
- Philosophy (las-phil.dot)
- Philosophy Courses (las-phlcourses.dot)
- Physics (las-phy.dot)
- Physics Courses (las-phycourses.dot)
- Political Science (las-pls.dot)
- Political Science Courses (las-plscourses.dot)
- Legal Studies Minor (las-prelaw.dot)
- Pre-Law Courses (las-prelawcourses.dot)
- Psychology (las-psy.dot)
- Psychology Courses (las-psycourses.dot)

- Religious Studies (las-rls.dot)
- Religious Studies Courses (las-rlscourses.dot)
- Sociology (las-soc.dot)
- Sociology Courses (las-soccourses.dot)
- Social Work (las-sw.dot)
- Social Work Courses (las-swcourses.dot)
- Sustainability Minor (las-sustainability.dot)
- Western Civilization Courses (las-wcivcourses.dot)
- Women's and Gender Studies Program (las-wgs.dot)
- Women's and Gender Studies Courses (las-wgscourses.dot)
- World Languages and Cultures (las-wlc.dot)
- World Languages Courses (las-wlccourses.dot)

# Turner School Of Entrepreneurship And Innovation

- Minor in Entrepreneurship and Innovation (turner-entrepreneur.dot)
- Entrepreneurial Scholar (turner-entrepreneur.dot#scholar)
- SEI Courses (turner-entrepreneur-courses.dot)

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# STUDENT ACTIVITIES OFFICE (STUDENT ORGANIZATIONS)

The Student Activities Office maintains a master calendar of events, coordinates reservations for campus grounds and the Michel Student Center foyer, and approves fundraising requests. For a complete list of recognized student organizations, please visit bradley.edu/sao (http://www.bradley.edu/sao/).

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# STUDENT AFFAIRS

The Division of Student Affairs provides a wide variety of services and activities to students to enhance their University experience. The environment shaped by Student Affairs provides opportunities for the deliberate and total development of the whole student, encompassing experiences beyond the classroom and addressing the diversities of the environment in which they reside and in responding to student needs.

We believe that what students experience outside of the classroom experience influences their aspirations, development, achievements and is integral to their development at Bradley University. Our goal is to ensure an enriched environment for learning, personal growth, and satisfaction for Bradley University students.

The Division of Student Affairs complements and supports the academic experience through programming, student organizations, and resources that assist a student in discovering their place, getting involved, and being their best.  This is accomplished through a commitment to collaboration, diversity and inclusion, experiential learning, retention, and student wellness.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# DIVERSITY AND INCLUSION

Located in the Romeo B. Garrett Cultural Center (824 North Duryea Place across from Williams Hall), houses the Office of Diversity and Inclusion (http://www.bradley.edu/campuslife/diversity/) (ODI). Diversity and Inclusion functions to meet the various needs of students from historically underrepresented backgrounds—including students who are ethnically diverse, first generation, low income, and/or are a part of the LGBTQ+ community. The Center serves as a meeting place for students and community groups as well as a place for social and cultural events. It also has access to computers for students to use, as well as an auditorium on the first level for programming. Named in honor of the late professor emeritus of sociology, Dr. Romeo B. Garrett, the Center is open every day during the regular academic year.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# HEALTH SERVICES/COUNSELING CENTER

## Center For Student Health Services (/healthservices/)

Student Health Services is an outpatient clinic that provides service to enrolled Bradley students who experience health problems. Students are assisted through advisement, treatment, consultations with health providers, and referral for extended treatment if necessary. While there is no charge for most on-site treatment, services provided through referral to outside agencies are charged by that care provider and are the student's financial responsibility. The Center's qualified staff of physicians, psychiatrist, counselors, and nurses is located in modern treatment offices in the Markin Center. They provide a point-of-entry for all university students to receive health care both at the Center and in the Peoria community. Professional counselors and supportive staff are trained to work with Bradley students in their growth and total development—social, emotional, intellectual, physical, spiritual, and occupational—as well as the environment in which they live.

Personal growth and development issues of adjustment to college, relationship concerns, alcohol and substance abuse, anxiety and stress management, communication skills, eating disorders, assertiveness, and lifestyle choices are some of the issues addressed by the counselors. Visits are confidential and free for Bradley students. The Center is open during the school year 8:00 a.m.-12:30 p.m. and 1:30-4:30 p.m., Monday-Friday. The Center is open limited hours during breaks and regular summer school sessions. Students are seen on an appointment basis. At times when the Health Center is closed, patients are referred to the afterhours number, 677-3200, which connects to OSF St. Francis Phone Nurses Triage.

In addition to regular medical services, Health Services also offers special men's and women's clinics during the regular academic year. All students are required to have a student health form on file at Health Services before registering. To avoid penalties and delays in registering, return the completed health form and then verify through Health Services that it has been received and is complete.

**Immunization Requirement:** To comply with Illinois State law, all students registering for classes for the first time in a four-year college must show proof of proper immunization or titer showing immunity to measles, mumps, rubella, tetanus, diphtheria, and meningitis.

# Counseling Center (A Division of Health Services)

Counseling is located in the lower level of Markin Recreation Center, Room 52. Students may bring their student ID with them to access the lower level. Counseling is staffed by a psychiatrist and professional counselors. Students may receive an assessment and therapy for disorders such as depression, anxiety, eating disorders, addictions, and relationship concerns. Visits are confidential and free for Bradley students who have paid the health fee. Contact Health Services at 677-2700 to make a counseling appointment. A nurse will speak directly with the student to gain information about the needed services and acuity of the problem. The student will be scheduled with a counselor or with the psychiatrist or physician based upon the presenting concerns.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# OFF-CAMPUS PROPERTIES

## St. James Apartments

Bradley University owns and operates this off-campus student apartment community for upper-class students (those having completed four semesters of study). St. James Apartments amenities include, but not limited to: Individual Leases, fully furnished, fully-applianced kitchen with dishwasher and microwave, laundry room available in each building, 24-hour emergency maintenance, Wi-Fi available through the Bradley network, roommate matching, within walking distance to campus, spacious 1, 2, 3, and 4 bedroom units available.

**Contact Information:** Off-Campus Properties, 1103 W Main Street, Peoria, IL 61606 at (309) 677-2100

## Main Street Commons

Main Street Commons, is a five story, 197-bed, amenity-rich student housing development located just one block from campus. This student housing development offers these amenities for each unit:individual leases, fully furnished, private bathroom for each bedroom, fully-applianced kitchen with dishwasher, washer/dryer in each unit, 32" flat screen television, Wi-Fi study/TV lounge, a multi-layered security system, elevator service, 24-hour fitness center, 24-hour emergency maintenance, tanning facilities, enclosed parking available, 3,750 square feet of retail lease space.The facility is open to Sophomores, Juniors and Seniors (coed living optional) with two and three bedroom units available. Submit your application to Live at Main today!

**Contact Information:** Office: 1109 W Main St, Peoria, IL 61606, (309) 673-4585, info@liveatmain.com (mailto:info@liveatmain.com), www.liveatmain.com (http://www.liveatmain.com/)

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the*

*Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# RESIDENTIAL LIVING AND STUDENT CONDUCT

Residential Living and Student Conduct is responsible for the general welfare of residence hall students at Bradley University, particularly concerning their out-of-class activities and living environment. This office interacts with all segments of the University including students, faculty, administrators, parents, and the community.

The Student Conduct System is responsible for protecting the rights of the University and the individual student through the University Standards of Conduct.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# SMITH CAREER CENTER

The Bradley University Smith Career Center empowers students to achieve positive career outcomes through career development, experiential education, and learning opportunities. We partner in this work with stakeholders who benefit from the skills and talents of our students and alumni.

With the help of the Smith Career Center students and alumni can explore and define career options, develop job search strategies, obtain career-related work experience and identify and connect with prospective employers. The Center provides individual career advisement, job search workshops, extensive web-based career resources, a targeted internship & full-time employment database, several job fairs, a graduate/professional school fair, and campus interviews with prospective employers.

The Smith Career Center and the Springer Center for Internships also administer Bradley's centralized co-operative education and internship program. Through internships, cooperative education, and summer or part-time employment, students have opportunities for professional development which integrate classroom theory with supervised work experience.

Several hundred employers visit the Bradley campus each year to talk with our students, participate in job fairs and conduct interviews with candidates. Employers are eager to hire Bradley students and graduates because of the many skills and talents that were developed during their years at Bradley.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# SPRINGER CENTER FOR INTERNSHIPS

Students are encouraged to gain career-related work experience prior to graduation. Through internships, cooperative education, and summer or part-time employment, the Springer Center for Internships provides students with opportunities for professional development that integrate classroom theory with supervised work experience.

Cooperative education and internship courses are offered to students in all five colleges of the University. Students are guided through reflective learning assignments that complement the work experiences. Students have a choice of several options to follow. The part-time option allows students to attend classes while working part-time with a local employer. The full-time option allows students to work full-time during an academic semester or summer. The full-time alternating option is based upon alternating periods of full-time study and full-time work. All the above options correspond with the academic calendar.

A series of job search workshops is offered to assist students in the co-op or intern process. Employers review resumes and/or conduct interviews to make hiring decisions. Placement is not guaranteed. Student-developed jobs may be approved if they meet the work-learning criteria. A work assignment or credit will not be approved retroactively.

While on a registered full-time co-op/intern assignment, students are considered to have full-time student status, making normal progress toward a degree in a recognized University program, and are entitled to all student privileges at the University. Also while on a full-time co-op/intern assignment, students may register for additional hours of classroom study upon departmental approval.

In order to be referred to an employer or participate in an internship or cooperative education work assignment, students must be attending Bradley University. They also must be either registered for a minimum of three hours of non-cooperative education/internship credit or be on a full-time cooperative education or internship assignment.

For additional information about the program, contact the Springer Center Director at dkoeltzow@bradley.edu (mailto:dkoeltzow@bradley.edu).

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# STUDENT INVOLVEMENT

- Campus Recreation and Athletic Facilities
- Event Services
- Fraternity and Sorority Life
- Student Activities
- Student Government
- Student Media
- Student Organizations (overview-sastudentorgs.dot)

Student Involvement provides a cohesive plan of programs, activities, events and services designed to respond to the cultural, social, physical, and recreational needs of all students enrolled at Bradley. Opportunities for leadership and group development are provided for students to learn new skills, broaden their abilities, and manage their organizational activities. Communication between faculty, administration, students, and staff will be encouraged as a means to promote a well-informed campus community regarding student activities and government.

Campus Recreation offers students opportunities to participate in a wide variety of sport and recreational activities. A diversified schedule of activities is maintained for the novice to the advanced competitor.

Conference Facilities provides facility management to the Michel Student Center and support for the Hayden Clark Alumni Center and Westlake Hall.

Student Activities organizes social life, which includes concerts, dances, lectures, and special events such as homecoming and a variety of student committees and programs. The office also registers student organizations and provides information and certain administrative services for more than 200 student groups.

Student government organizations provide leadership opportunities for students to participate in the governing process of the University, particularly as it relates to student concerns and welfare.

Student media, including the weekly newspaper the *Bradley Scout*, the literary publication *Broadside*, and the radio station WRBU, offer communication experiences and opportunities for interested students. All student media bearing the name of or sponsored by Bradley University must be approved and supervised by the Communications Council.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# STUDENT SUPPORT SERVICES

- Students with Bereavement Issues or Emergencies
- Violations of Title IX (sexual assault, sexual misconduct)
- Student Withdrawal from University
- Parents Association and Parents' Board
- Academic Success Center
- Orientation
- Outreach Counselor
- Student Access Services
- Wellness Office

Student Support Services is designed to offer guidance to students in times of need. Our mission is to provide personal attention and resources to students as they work to achieve their academic and personal goals. Student Support Services serves as a major link between academic and student affairs striving to improve student retention through positive communication and relationships with students, faculty, staff, and families. We will help students find the necessary information or resources so they may have a personally rewarding education at Bradley University.

# ACADEMIC SUCCESS CENTER

The Academic Success Center strengthens comprehensive learning, enhances retention, and promotes student success by providing academic support services to Bradley students. The programs provided include:

## ACADEMIC ADVISEMENT

Academic Advisement at Bradley is decentralized, meaning that all students are assigned a faculty advisor in the major they are currently declared in, including the Academic Exploration Program. If a student changes their major, they will be assigned a new academic advisor. Advisors help students to define academic and career goals, provide course planning assistance, clarification of academic policies and regulations, and provide awareness and guidance to those interested in studying abroad or in registering an internship for credit with the Smith Career Center. Students should feel comfortable contacting their academic advisor not only during registration periods, but all year long. We also provide online resources to aid students in the

advising and registration process. The Academic Success Center offers supplemental advising to all students who may need help deciding on specific courses for all-university degree requirements and offers support to faculty advisors with any questions they may have about academic policies and requirements.

# ACADEMIC EXPLORATION PROGRAM (AEP)

The Academic Exploration Program (AEP) helps students with undecided majors and undeclared majors (exploratory students) identify and pursue their academic and professional goals. Through a combination of instruction, reflection and exposure, students gain the experience and confidence to declare a major and succeed professionally. The key to success in the Academic Exploration Program rests with the student-academic advisor relationship. Each student in AEP is assigned an advisor, with whom they will spend time in the classroom and in one-on-one advising within the first semester. The award-winning academic advisement in AEP is integrated throughout the AEP curriculum and helps students select the major and career path that's best for them through the lens of whole student development.

# ACADEMIC COACHING

Students experiencing challenges that are causing academic difficulty (poor time management, test anxiety or inadequate test-taking strategies, low reading comprehension, etc.) can meet with an ASC staff member to create a learning improvement plan and to identify strategies to improve their likelihood of academic success.

# AEP 115: Learning Enhancement Strategies Seminar

The Learning Enhancement Seminar (AEP 115) is for University program students to ensure they have the college-level study skills necessary to be successful at Bradley.

# TURNING POINT RETENTION PROGRAM

Many students experience some form of academic difficulty during their college career. At Bradley, students whose difficulty has resulted in academic probation are required to participate in the Turning Point Program (TPP). The Turning Point Program's mission is to assist first-time probation students as they work to regain good academic standing. Program participants complete an online course that helps students understand what academic probation is and how it

might affect them academically and financially. TPP Coaches are available to meet with students to discuss topics around student success, academic advisement, course registration and academic planning.

# TUTORING

The Academic Success Center and select academic departments provide free drop-in tutoring. Schedules for all free tutoring services provided across campus are provided on the ASC website.

# UNIVERSITY PROGRAM (UNV)

The University Program (UNV) helps students get started at Bradley on the right track by ensuring appropriate academic advisement and goal-setting for major(s) of interest. Students in University Program majors will be assigned an advisor in their college or a professional advisor and will spend time outside of their traditional classes working toward developing habits that enhance academic success and identifying major options that align with students' interests, skills, and goals.

# ORIENTATION

Freshmen Orientation will give students the necessary tools to deal with a wide range of emotions as they begin their "college career" at Bradley University. Orientation is a necessary introduction to college life and to the challenges and opportunities students will encounter. Because of its importance, it is required that first year students attend one 2-1/2 day sessions offered during the summer. During Orientation, students will meet other students through social activities, register for fall semester classes, become familiar with campus and learn about campus life, and participate in "team orientated" events.

# STUDENT ACCESS SERVICES

The Office of Student Access Services (SAS) is committed to the fulfillment of equal educational opportunity, academic freedom and human dignity for students with disabilities. The SAS exists to provide reasonable and appropriate accommodations for qualified students with documented disabilities, to assist students in self-advocacy, to educate the Bradley community about disabilities, and ensure compliance with federal and state law.

# WELLNESS OFFICE

The Bradley University Wellness Office offers current and accurate health information and programming on the 8 dimensions of wellness: Emotional, Environmental, Financial, Intellectual, Occupational, Physical, Social, and Spiritual, by promoting smart and healthy behavioral choices through collaboration within the university, out in the community, and nationwide.

Our vision is to create a culture where making healthy choices in all 8 dimensions of wellness and acceptance of all individuals is the norm at Bradley University. This is accomplished through the programming provided by the student groups housed from the Wellness Office that include HEAT (Help, Empower and Teach) Get Fit Stay Fit, as well as by the internship opportunities for both counseling program students and those interested in health and wellness.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# BRADLEY UNIVERSITY BOOKSTORE

The Bradley Bookstore provides the books and supplies necessary for coursework at the university. The bookstore offers new, used, rental, and digital textbooks. The bookstore also pricematches Amazon and bn.com. For details, please visit the bookstore website (http://www.bradley.bncollege.com).

A large selection of emblematic clothing and gifts, as well as reference and general reading books are available. Any book not carried in stock can be special ordered. All students, faculty, and staff with a valid school ID may purchase academically priced software online at www.thinkedu.com/bn (http://www.thinkedu.com/bn). Greeting cards, snacks, and soda are also stocked.

The bookstore accepts Discover, Visa, Mastercard, or American Express cards or Quick Cash. Barnes and Noble gift cards are also accepted and available for purchase and can be used at any Barnes and Noble college bookstore or superstore.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# COMPUTING SERVICES

Computing Services supports both the academic and administrative aspects of university computing. Computing Services supports campus-wide computer networks, the Campus Printing Service (CPS), connections to the Internet, and electronic mail.

Academic resources include a variety of computer systems and software used for instruction, research, and public service. Student workstations are located in the Cullom-Davis Library and many academic buildings. All residence hall rooms and St. James suites have wireless networking and wired network connections giving access to the campus network as well as the Internet. Students are encouraged to bring their own computer with them to campus. There is no charge to access the campus data network or the Internet. HelpDesk services are available in the Reserves area of the Library.

**Student e-mail accounts**

E-mail and network access accounts are automatically established for every student at Bradley University. Bradley uses e-mail as an official means of communication with students, so students should check their account on a regular basis.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# LEARNING DESIGN AND TECHNOLOGY (LDT)

Learning Design and Technology (/sites/it/departments/ldt/) provides a diverse range of instructional media and production services in support of the academic and administrative needs of faculty, students, and staff. Primary services include: classroom and event support; classroom technology training and design; AV equipment and staff assistance; course capture; IP video and web conferencing; digital graphic, video, and copy services; video library; and a variety of general media services.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# FOSTER COLLEGE OF BUSINESS

**All programs offered by the Foster College of Business, Bradley University, are accredited by the AACSB International: The Association to Advance Collegiate Schools of Business.**

- Courses and Curricula
- Admission and Transfer Requirements
- Graduation Requirements
- Minor in Business Administration
- Minor in Business Studies
- Business Undecided Program (BUS-UBS)
- Global Scholars Program
- Turner Center for Entrepreneurship

## Mission And Vision

### Vision Statement

To be the standard for engagement, innovation, and impact in business higher education.

### Mission Statement

Through close interaction and experiential learning, we empower individuals and organizations to achieve great outcomes.

### Our Values

In everything we do, we value integrity, persistence, innovation, collaboration, impact, growth, diversity, and risk taking.

### Distinctive Competencies

Faculty who are scholar/educators, utilization of experiential learning, expertise in providing business acumen to technical professionals.

## Courses And Curricula

The courses and curricula of the Foster College of Business are derived from the mission and objectives of the College. There are three categories of courses that enable the College to fulfill its mission: Bradley Core Curriculum (BCC) courses, College core courses, and courses in the

major areas offered by the College.

We believe that a general education is critical for preparing students for business careers, and business majors must complete BCC requirements, which can be found in the All-University Degree Requirements  (http://www.bradley.edu/academic/undergradcat/20192020/overview-arrequirements.dot)section of this catalog. BCC emphasizes eight "Areas of Inquiry" that will develop communication skills and more deeply engage the student in the process of intellectual growth. The student chooses from a list of approved courses.

The second part of the curriculum is the common core of business courses required of all Foster College of Business graduates. This core provides an understanding of the dynamics of the firm, introduces students to the business functions of organizations, develops an understanding of how business and society interact, and gives a view of policy-making in firms. The core curriculum, along with general education courses, helps to develop the analytical skills business professionals must have.

The third category of courses is derived from the College's mission and objectives and consists of courses in the student's major. Majors are offered in accounting, actuarial science-business, economics, entrepreneurship, finance, international business, management and leadership, management information systems, and marketing. Courses in the major help develop the abilities and skills necessary in entry-level jobs. These courses provide a background that allows for maximum professional growth in whatever profession the student chooses.

Students who choose to double major in the Foster College of Business must complete requirements for both majors and must have at least 18 unique hours in courses in their second major that were not used to fulfill the requirements of their first major.

Foster College of Business students who choose to declare a minor within the Foster College are required to take a minimum of 9 additional hours. Six of nine hours satisfy the requirements for 6 hours of FCB elective. Check minor requirements in the undergraduate catalog for more details.

Because of the dynamic world in which we live and do business, the College stresses adaptability and flexibility. Students should anticipate that courses in the core curriculum and within each major will change and evolve as circumstances warrant. Also, students in the College are assigned a faculty advisor who should be consulted regularly so that a coherent course of study may be developed.

# Admissions And Transfer Requirements

1. Students interested in applying for admission to the Foster College of Business must contact the Office of Undergraduate Admissions at Bradley University. All students must meet the university entrance requirements to be admitted to the college.
2. Students currently registered at Bradley University who are interested in declaring a major or minor in business need to contact the Associate Dean.
3. Freshmen and transfer students who elect the AEP Program or a major in another college may change into the Foster College of Business during their first year if they have met the entrance requirements of the Foster College of Business at the time of their admission to the University. Freshmen and transfer students who did not meet the admission requirements at the time of their entry into the University may change into the College after earning a "C" or better in MTH 114, MTH 115, or MTH 121, earning a "C" or better in ATG 157, and earning a cumulative GPA of 2.00 and earning a 2.00 GPA in business courses.
4. Students who are transferring from an AACSB-accredited school may transfer upper-level business courses for credit.
5. Junior/senior-level business core courses or courses required in a business major taken on the freshman or sophomore level at another institution will not transfer into the Foster College of Business.
6. Business courses transferred from other institutions with the grade of "D" will not be accepted by the Foster College of Business.
7. The legal environment of business requirement may be satisfied by transfer students who have completed a legal environment course at a college or university that is not AACSB accredited provided that the course has been approved for transfer credit by the Foster College of Business. Once a student is enrolled at Bradley University, this course may only be transferred to the Foster College of Business from AACSB-accredited schools.
8. Students electing to take courses at another accredited institution to apply toward credit to meet graduation requirements assume the responsibility for the transferability of the credit. Students must get pre-approval from their department chair and dean of the college before enrolling in a course to be taken at another school. The student is also responsible for requesting an official transcript be sent to the Registrar's Office once the course is completed.

Permission will be given to take junior/senior business courses only at AACSB-accredited schools.

The appropriate form may be obtained in the Foster College of Business.

# Graduation Requirements

# Courses of Instruction

Courses numbered 100 to 199 are primarily for freshmen; those numbered 200-299 are for sophomores; those numbered 300-499 are open only to juniors and seniors, although students with 42 hours may take the 300-level gateway course into their declared first business major. Courses numbered 500-599 are open only to graduate students and undergraduate students with consent of the Associate Dean. Courses numbered 600-699 are open only to graduate students.

## Curriculum Requirements

Students who maintain continuous enrollment and who complete work toward the baccalaureate degree within five years from the date of entry may graduate under either the catalog in effect at the time of entrance or under the catalog in effect at the time of graduation. A change in major could mean meeting new requirements in force at the time of the change as a condition for acceptance into that major. Students whose work has been interrupted for one or more semesters may be held to requirements in effect at the time of their re-enrollment.

## University Requirements

**Bradley Core Curriculum**

Bradley Core (Quantitative Reasoning) - the courses offered by Bradley that will satisfy the Foster College of Business mathematics requirements are:

1. MTH 114 Applied Finite Mathematics, or
2. MTH 115 Brief Calculus with Applications I, or
3. MTH 121 Calculus I

The third option, MTH 121, is slightly more rigorous, and should be selected by students with a strong background in math who are planning a career in one of the more quantitative areas of business or future graduate study.

**Math Placement**

The specific math course sequence that must be taken by a student is determined on an individual basis. The program presented here is designed to accommodate the typical student, but students may discuss appropriate alternatives with their advisors. A student's previous mathematical experience and performance on proficiency exams are used to establish an appropriate sequence. If a student has satisfied the entrance requirements and achieves an SAT math score over 580 or an ACT math score over 27, it is recommended that he or  enroll in MTH

121. Students who have satisfied entrance requirements and achieved an SAT math score over 480 or an ACT math score over 23 are eligible to enroll directly in MTH 115, but not in MTH 121. To enroll in MTH 114, students need the sum of the mathematics ACT score and the mathematics placement exam score to be at least 45. Students who do not meet these requirements may be admitted to the College with a math deficiency. They must take prerequisite courses as specified by the Mathematics Department. **CLEP general mathematics credit will not be accepted in lieu of the required mathematics courses nor does the College grant any credit toward graduation for CLEP in mathematics. Students will not receive credit toward the required hours for graduation for Intermediate Algebra (MTH 100 at Bradley) or for math courses not requiring at least Intermediate Algebra as a prerequisite.** Similarly these courses and CLEP mathematics will not be accepted for credit toward the BCC requirement.

1. Social and Behavioral Science requirement may be fulfilled by successfully completing ECO 221 and ECO 222, which are required in the business core.
2. The Multidisciplinary Integration requirement may be fulfilled by successfully completing M L 452 and BUS 400
3. One of two required Writing Intensive requirements, and one of two Experiential Learning requirements may be fulfilled by successfully completing BUS 400.
4. The remaining BCC courses are explained elsewhere in the All-University Degree Requirements (http://www.bradley.edu/academic/undergradcat/20192020/overview-arrequirements.dot) section of this catalog.

**Junior/Senior hours – 40**

# College Requirements – 47 hours

## College Core

- BUS 100 Contemporary Business - 3 hrs.
- ATG 157 Accounting Principles – Financial - 3 hrs.
- ATG 158 Accounting Principles – Managerial - 3 hrs.
- MIS 173 Information Systems Business Applications - 3 hrs.
- ECO 221 Principles of Microeconomics - 3 hrs.
- ECO 222 Principles of Macroeconomics - 3 hrs.
- M L 250 Interpersonal Effectiveness in Organizations - 2 hrs.
- QM 262 Quantitative Analysis I - 3 hrs.
- MTG 315 Principles of Marketing - 3 hrs.
- FIN 322 Business Finance - 3 hrs.

- BLW 342 Legal Environment of Business - 3 hrs.
- M L 350 Managing for Results in Organizations - 2 hrs.
- BUS 400 Business Capstone Client Consulting Project - 2 hrs.
- M L 452 Strategic Management and Business Policy - 2 hrs.
- Quantitative Skill Building – 3 hrs.
    - QM 263 Quantitative Analysis II - 3 hrs.
    - ECO 335 Managerial Economics - 3 hrs.
    - M L 353 Operations Management - 3 hrs.
- Foster College of Business Core Electives – 6 hrs.*

 * Foster College of Business Core Electives include any business course beyond the student's first major.

## Other Requirements

1. Students must complete 124 hours to receive a degree in business.
2. At least one-half of all required business credit hours must be taken at Bradley University.
3. A minimum of 15 hours of Foster College of Business junior/senior courses must be taken at Bradley University.
4. A minimum cumulative GPA of 2.00 (C) must be earned in all courses taken at Bradley University and in courses taken in the Foster College of Business.
5. It is the student's responsibility to meet all university academic, financial, and administrative requirements and procedures as outlined elsewhere in this Catalog.

# Minor In Business Administration

In order to serve non-business students interested in eventually obtaining an M.B.A., or who desire a limited background in business in order to facilitate their personal career plans, the Foster College of Business offers a minor in Business Administration. The following requirements must be met:

- ATG 157, 158 Accounting Principles - 6 hrs.
- ECO 221/100, 222 Principles of Economics - 6 hrs.
- Q M 262 Quantitative Analysis I - 3 hrs.
- FIN 322 Business Finance - 3 hrs.
- BLW 342 Legal Environment of Business - 3 hrs.
- M L 350 Managing for Results in Organizations - 2 hrs.
- MTG 315 Principles of Marketing - 3 hrs.

**Total Hours: 26**

Students must achieve a GPA of 2.0 (C) in the Foster College of Business hours required in the minor. Students must successfully complete at least the equivalent of MTH 114. A minimum of 12 hours for the minor must be taken at Bradley University, including FIN 322, M L 350, and MTG 315. Written approval must be obtained from the Dean of the Foster College of Business prior to taking any business courses at another institution.

Students who elect to minor in Business Administration must declare their intention by completing the appropriate forms in the Foster College of Business. Students must have a declared major and minimum of a 2.0 grade point average. Students are strongly advised to complete this math requirement in their first two years. Students who minor in Business Administration must meet the requirements for the minor in force at the time the minor is declared. Students who desire to minor in business administration must be approved by the Dean of the Foster College of Business prior to enrolling in the program. The dean must also approve recording the completion of the minor on the transcript. Transfer policies for minors are the same as those for majors. Please refer to Section 5 above.

# Minor In Business Studies

The business studies minor incorporates basic courses from most fields of business, thereby giving non-business students an understanding of basic business theories and practices. The minor provides non-business students with a firm foundation in general business studies, thereby enhancing their attractiveness to prospective employers and preparing them for further professional studies. The minor includes 20 semester hours, described below:

- ATG 157 Accounting Principles - 3 hrs.
- M L 350 Managing for Results in Organizations - 2 hrs.
- MTG 315 Principles of Marketing - 3 hrs.
- FIN 322 Business Finance - 3 hrs.
- ECO 221 Principles of Microeconomics **or** ECO 100 Intro. to Economics - 3 hrs.
- 6 hours of additional business course work.
  The following courses cannot be counted toward the 6 hours: BUS 220, BUS 301.

**Total Hours: 20**

*Note:* 12 of 20 hours used to satisfy the minor must be completed at Bradley.

# Minor in Innovation Through Collaboration

Students learn the processes to generate, test, and launch new technological innovations in the market through collaboration with business industry and entrepreneurs. While this minor is open to students from all Bradley majors it is designed to draw on the collaboration of technology innovation and business that stimulate the global economy. The minor includes a minimum of 15 semester hours, described below:

### Required courses (6 hours):

- BUS 361 Collaboration in Organizations - 3 hours
- BUS 362 Innovations in Organizations - 3 hours

### Foundation courses (4-6 hours):

- ATG 157 Accounting Principles – Financial - 3 hours
- ATG 158 Accounting Principles – Cost Management - 3 hours
- ECO 100 Introduction to Economics or ECO 221 Principles of Microeconomics - 3 hours
- ECO 222 Principles of Macroeconomics - 3 hours
- M L 250 Interpersonal Effectiveness in Organizations - 2 hours
- MTG 315 Principles of Marketing - 3 hours
- FIN 322 Business Finance - 3 hours
- M L 350 Managing for Results in Organizations - 2 hours

### Capstone Courses (4-5 Hours):

### Foster College of Business

- BUS 400 Senior Consulting Project - 2 hours and BUS 401 Senior Consulting Project II - 3 hours

### Caterpillar College of Engineering and Technology

Certain sections of capstone courses deemed to demonstrate collaboration with the approval of the College of Engineering and Technology Dean's Office, such as:

- CON 493 Senior Project Planning - 1 hour and 498 Senior Project - 3 hours
- C E 493 Civil Engineering Design Project - 1 hour and 498 Civil Engineering Design Project II - 3 hours
- ECE 498 Senior Capstone Project I - 2 hours and 499 Senior Capstone Project I - 3 hours
- IME 499 Senior Industrial Project - 4 hours
- IMT 498 Senior Industrial Project - 4 hours
- M E 410 Mechanical Engineering Senior Project I - 2 hours and M E 411 Mechanical Engineering Senior Project II - 2 hours

**Total hours: 15-17**

# Business Undecided Program – BUS-UBS

This program is for students who want to major in the Foster College of Business but are undecided as to which curriculum to pursue. Students must meet admission requirements for entrance into the Foster College of Business. Students must choose a major by the first semester of their junior year by completing the appropriate form available from the Foster College of Business Undergraduate Advising Coordinator.

# Global Scholars Program

Students enrolled in the Foster College of Business have an opportunity to earn the designation of Global Scholar in recognition of achievement in global business studies. The FCB Global Scholars designation may be earned in conjunction with any degree and major within the Foster College of Business. Requirements of the Global Scholars Program do not necessarily add to total credits necessary for graduation.

Coursework for the Global Scholars Program has been designed to broaden student perspectives by providing enhanced preparation for careers in a global marketplace. Topics and issues taught both on the Bradley campus and in international environments will develop within students a capacity to assess international business opportunities and to understand business in the context of different cultures.

## The Global Scholars Program provides:

- Recognition by the dean of the college and citation at the Foster College of Business Honors Banquet
- Recognition on the student's transcript as having achieved the Global Scholars designation
- Opportunity to study abroad as early as a student's sophomore year with introductory study abroad programs in China or India
- A program logo for student use on resumes and in Smith Career Center files
- Seminars with experienced international business leaders
- Social interaction with guest speakers, Bradley alumni, and international students

# The Turner Center For Entrepreneurship

The establishment of the Robert and Carolyn Turner Center for Entrepreneurship builds on the Foster College of Business's historic strength in assisting small business success. For nearly 35 years, the College has provided business training and technical assistance to start-up and

existing businesses through counseling and training programs. The Turner Center brings together all of Bradley's educational, research, and related resources and services to help entrepreneurs create more successful businesses. Programs and services include:

- Assisting individuals to start and grow businesses
- Provide technical assistance to existing businesses in areas such as financing, technology commercialization, strategy, marketing, succession planning, and valuation.
- Expanding exports including foreign market identification, finding partners, assistance with international logistics and documentation, and compliance with free trade agreements
- Helping companies successful bid for local, state, and federal government procurement opportunities

The Turner Center is also responsible for recruiting businesses to participate in the college's Senior Consulting Project Program that allows teams of senior-level business students to serve as consultants on business-related projects, including marketing research, international trade, e-business, and organizational and operational issues.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# BUS COURSES

**BUS 100 - Contemporary Business** *(3 hours)*

Business in a changing society. Ethics and social responsibility, financing, production, and distribution of goods and services. Prerequisite: Freshmen/sophomore standing only or consent of the Foster College of Business Dean's office

**BUS 202 - Sophomore Business Practicum** *(0 hours)*

Solving technically challenging problems with a near-term economic benefit. Pass/fail. Prerequisite: only for students approved for practicum by the Center for Business and Economic Research.

**BUS 220 - Career Planning Strategies** *(1 hour)*

Prepares students for internship positions and employment after graduation; research career opportunities in business; and develops a systematic approach to employment planning. Pass/fail. Credit will not be given for both BUS 220 and ELH 301. Prerequisite: Business major.

**BUS 301 - Cooperative Education/Internship in Business** *(0-6 hours)*

Cooperative education or internship experience. Credit applies to non-departmental Foster College of Business electives. Pass/Fail. Repeatable to a combined total of six credit hours for BUS 301. Prerequisite: Sophomore student in Foster College of Business; 2.0 grade point average at Bradley; 2.0 grade point in Foster College of Business; and consent of Foster College career advisor

**BUS 302 - Junior Business Practicum** *(0-3 hours)*

Solving technically challenging problems under faculty supervision, with a near-term economic benefit. May involve research in collaboration with FCB faculty, for up to three hours credit. Repeatable to a combined total of three credit hours. Not eligible for cooperative education/internship credit. Elective credit toward major will only be granted with prior approval of a FCB department chair or program director. Prerequisite: Junior/senior standing; approval by the FCB Associate Dean.

**BUS 361 - Collaboration in Organizations** *(3 hours)*
**Core Curr. MI**

Designed to provide students some of the knowledge and skills required to adapt to a formal

team setting, where collaboration among cross-functional members occurs. Students will study leadership skills and traits, sensemaking and inventing techniques, group effectiveness tactics, and team building methods as applied within the context of product development. Prerequisite: Junior standing

**BUS 362 - Innovation in Organizations** *(3 hours)*
**Core Curr. MI**

Designed to provide students with knowledge related to developing a product or product enhancement based on the assessment of competitive environments and the strategic needs of the organization. Students will study methods for assessing customer needs, evaluating competitive environments, project planning, feasibility analysis, as well as product and process planning. The course will duly focus on the application of collaboration processes, applying methods of effective team interactions using peer feedback, accountability, and leadership skills. Prerequisite: BUS 361 or consent of instructor

**BUS 400 - Senior Consulting Project** *(2 hours)*
**Core Curr. EL,MI,WI**

Participation in a Senior Consulting Project, where students form cross-functional teams and apply knowledge to address the organizational needs of local business owners and organizational executives. Concurrent enrollment with M L 452 required. Prerequisite: FIN 322; M L 350; MTG 315; senior standing Corequisite: M L 452

**BUS 401 - Senior Consulting Project II** *(3 hours)*

Participation in a Senior Consulting Project, where students form cross-functional teams and apply knowledge to address organizational needs. Prerequisite: BUS 400; senior standing

**BUS 490 - Business Topics** *(0-9 hours)*

Topics of special interest which may vary each time course is offered. Topic and course requirements stated in current Schedule of Classes. May be repeated under different topics for a maximum of nine hours credit. May count towards a Foster College of Business degree requirement upon approval of the department chair. Prerequisite: Approval of the Foster College of Business Associate Dean.

**BUS 610 - Graduate Business Practicum** *(0-3 hours)*

Solving technically challenging problems under faculty supervision, with a near-term economic benefit. Repeatable to a combined total of six credit hours. Prerequisite: Graduate student in

## BUS 615 - Executive Coaching *(1 hour)*

To effectively lead today's organizations, executives need ongoing support to navigate interpersonal and organizational challenges while developing their leadership skills and competencies. While immersed in the EMBA program, students also face challenges in negotiating coursework, learning team dynamics, and work-life balance, all while their leadership skills undergo scrutiny and transformation. Executive coaching is a personalized experience to support students while in the intensely developmental EMBA program.

## BUS 621 - Leadership Immersion: Awareness, Connection, Impact *(2.5 hours)*

Internalization of self-awareness perspectives through consideration of various leadership models, discussion, and practice. In-depth analysis of the strengths and development needs of participants through 360-degree feedback. Important interpersonal skill foundations in communication, conflict resolution, and trust building are emphasized. Prerequisite:

## BUS 623 - Scanning the Environment *(0.5 hours)*

Uncertainty in business planning caused by the external environment. Utilization of a conceptual model to organize and frame the discussions of the macroenvironment in which the firm operates. Graded Satisfactory/ Unsatisfactory.

## BUS 625 - External Economic Environment *(1 hour)*

Provide a broad overview of the economic environment in which business firms and consumers carry out their individual economic activities. Review the institutional structure, the social goals, and implicit values of the market system and how they establish the parameters within which choices are made. Overview of how and why business cycles occur. How economic policy, both monetary and fiscal, have impacted the business cycle.

## BUS 627 - Managing Product & Process Technology *(1 hour)*

Exposure to processes for shaping product technology and process technology decisions within firms. The course centers on skills related to identifying and managing a firm's technology platforms and their deployment in products and services; mapping and improving processes; managing the cross-functional interactions associated with product and process improvement; and communicating technology issues effectively to senior leaders. Prerequisite:

## BUS 629 - Cost Management *(1.5-2 hours)*

Analysis of the nature of cost. Techniques for accumulation of costs incurred in production and assignment of those costs to products. Methods for reduction and management of non-value-added costs.

## BUS 631 - Competition and Pricing *(1 hour)*

Elasticity measurement of market response to price, income, and other influences on competitive structure from commodities to monopoly; pricing strategies based on competitive environment; price, output, and product development for competition among few firms; the techniques of Cournot, Stackelberg, and Von Neumann.

## BUS 633 - Creating & Maintaining Customer Satisfaction *(3 hours)*

Customer-focused topics, including effective and efficient product delivery, identifying customer segments that can be served by the firm, offering customer value, and building brand and corporate loyalty.

## BUS 635 - Communication Workshop *(2 hours)*

Business writing and presentation skills will be learned and strengthened through practice and coaching. In addition to in-class assignments, students will be coached through various writing and presentation opportunities throughout the EMBA curriculum in order to reinforce the tools developed. Executive communication internal to the organization and to external stakeholders, utilizing various media outlets, will receive primary emphasis.

## BUS 637 - Attracting & Developing Talent *(1.5-2 hours)*

Expose students to the challenges of attracting talent and provide advice on how to develop talent within an organization. Complexities of recruiting in difficult labor markets. Continuous improvement mechanisms to stimulate ongoing talent development.

## BUS 639 - Building Employee Commitment *(1.5-2 hours)*

Key themes and practical approaches for enhancing motivation and building high levels of commitment and continuing dedication throughout the workforce. Financial and intrinsic reward systems are emphasized, as are the keys to developing a culture of involvement and credibility.

## BUS 643 - Legal Issues in Business *(1 hour)*

General overview of the legal principles and concepts that enable executives to understand and address legal issues they frequently encounter in business. It provides practical, real world

approaches to important employment, contractual and other issues facing employers and executives, including the hiring/recruiting process, employee behaviors, discipline and termination, and starting a business.

### BUS 645 - Acquiring Capital & Making Investment Decisions *(3 hours)*

Planning and strategies involved in identifying value-enhancing capital projects. Interpreting cash flow figures, identifying risk factors, and employing risk analysis techniques. Strategies for acquiring capital and understanding the impact of capital structure on firm value. Prerequisite:

### BUS 647 - Global Environment & Issues *(3 hours)*

Provide an understanding of the forces shaping the international economy. Provide frameworks and guidelines for gathering, sorting, and assessing complex global and regional information to contribute to understanding organizations‹¨« strategies and tactics. Emphasis on leadership issues and diverse cultures.

### BUS 649 - Developing Strategy *(2 hours)*

Provide an effective planning framework to integrate strategies with different functional areas. All of the functional areas will be integrated within the strategic planning framework. Emphasis on strategic planning as an ongoing, fluid process that evolves over time and adapts to environmental changes.

### BUS 651 - Performance Measurement & Control Systems *(2 hours)*

Techniques for creation of profit plans and monitoring of success. Design and use of broad-based performance measures such as the balanced scorecard. Identification and control of risks that threaten the attainment of objectives.

### BUS 653 - Strategic Positioning & Maximizing Performance *(2.5 hours)*

Expose managers to factors that impact different performance measures and provide strategies that maximize performance. Achieve balance at many different levels; incremental/radical strategies, flexibility/control, resources/capabilities, and growth/continuous improvement.

### BUS 655 - Leading Successful Change *(1-1.5 hours)*

Background, insights, and skills in how to effectively challenge the status quo, create new directions, and lead organizations to embrace and successfully implement needed change. Examination of the forces for change and dynamics of resistance. Participants examine their personal style of change and apply change management and project management strategies to their respective organizations.

**BUS 658 - EMBA Topics** *(0.5-5 hours)*

Topics of special interest which may vary each time course is offered. May be repeated under different topics for a maximum of 5.0 hours credit. Topic stated in current Schedule of Classes. Graded Satisfactory/Unsatisfactory.

**BUS 672 - Assessing Privacy & Security Threats** *(1 hour)*

Current and emerging threats to personal privacy and organizational security. Topics will include proper account management, social media use, risks of the internet of things, surveillance capitalism, and how to anonymize your digital life to avoid becoming a victim of data breaches. Techniques hackers use to exploit common vulnerabilities will be demonstrated. An introduction to the various technical and administrative aspects of information security and assurance will be discussed to provide a foundation for protecting information assets, determining the levels of protection and response to security incidents, and designing a consistent information security posture. Prerequisite:

**BUS 681 - Professional Development** *(1-3 hours)*

Apply professional knowledge and skills in a team environment on not-for-profit, international, or research project. May be repeated for a maximum of three hours credit. Prerequisite: consent of graduate program director.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ACCOUNTING

**All accounting programs offered by the Foster College of Business, Bradley University, are accredited by the AACSB International: The Association to Advance Collegiate Schools of Business.**

- Accounting Major
- Concentration in Internal Auditing
- Minor in Internal Auditing

FACULTY: Professors Petravick; Associate Professor Kerr (chair), Adams; Assistant Professors Bailey, F. Jiao, A. Johnson, W. Lu; Instructors S. Johnson, Wayvon.

## Accounting Major

The mission of the Department of Accounting is to prepare students for productive and satisfying careers. The highest priority of the department is to provide students with the knowledge and skills necessary to commence and continue their careers. Our undergraduate major meets the needs of students seeking accounting careers in private industry and the public sector and, additionally, lays the foundation for those seeking careers in public practice. Our Master of Science in Accounting program is designed both for students entering public practice and for experienced accountants desiring to further their education. Graduates should be productive, act ethically, and be responsible citizens in social and economic communities, which are becoming increasingly dynamic and interdependent.

Accounting is an extremely flexible major. Our students not only learn about accounting principles but also study business and technology concepts. This broad training opens diverse career paths. Many of our graduates accept positions with public accounting firms and corporations. However, an accounting degree will also allow movement into finance, information systems, management, or consulting positions. An accounting degree helps a student look beyond the numbers to assist both people and businesses with shaping their financial futures. Accounting majors may also consider earning a concentration in Internal Auditing, a 12-hour program.

To ensure that tomorrow's professionals can meet the challenges of these new roles, many professional organizations have revised educational requirements. For example, nearly all states now or will require CPA exam candidates to have 150 hours of education. In response to these changes, the Department of Accounting has identified three paths to obtain at least 150 hours: (1) graduate with 150 undergraduate hours, (2) graduate with a Master of Science in Accounting, or (3) graduate with a Master of Business Administration. See the Graduate Catalog or the Foster College of Business web site (bradley.edu/business (http://bradley.edu/business)) for information about the Master of Science in Accounting or the MBA.

The Department of Accounting also offers an integrated Bachelor's (BS or BA) and Master of Science in Accounting (MSA) degree. In this integrated program (commonly referred to as a 3:2 program), students can take coursework after they have senior status and designate to which degree that coursework will apply. Courses can be used in only one degree, and only appropriate courses can be applied to the MSA. Combining pursuit of the BS or BA degree with the MSA degree offers students three major advantages: greater availability of financial aid, earlier guarantee of admission to the graduate program, and more flexibility in the sequencing of classes.

Admission to the 3:2 program is available to students during their junior year. The Graduate Catalog (http://www.bradley.edu/academic/gradcat/) provides a complete description of the 3:2 program's requirements.

Whether a student is in the 3:2 program or not, to complete an undergraduate degree with a major in accounting, a student must earn 28 semester hours of accounting course credit beyond the Foster College of Business' requirement of ATG 157 and ATG 158.

# Courses required for all accounting majors (28 hours of accounting)

- ATG 201 Accounting Principles—Accounting Techniques (1 hour)
- ATG 268 Business Ethics
- ATG 301 Intermediate Accounting I
- ATG 302 Intermediate Accounting II
- ATG 314 Cost Accounting
- ATG 383 Accounting Systems and Control
- ATG 401 Advanced Accounting I
- ATG 457 Auditing
- ATG 477 Federal Taxes I

- Accounting Elective (3 hours)

# Courses which may be used to fulfill the remaining three-semester-hour accounting elective

- ATG 426 Fraud Examination
- ATG 430 Professional Interviewing Skills
- ATG 447 Internal Auditing
- ATG 448 Computer Assisted Audit Techniques
- ATG 461 International Accounting Issues
- ATG 485 Special Topics in Accounting
- BLW 345 Law of Business

Accounting majors also must satisfy the following requirements:

1. A 2.0 GPA in all accounting courses beyond ATG 157, 158, and 201.
2. A minimum of 9 semester hours of upper-level accounting course work in residence.

## Other requirements

- ENG 306 Business Communications - 3 hrs. (fulfills W2 Core Curriculum)

## Suggested Course Sequencing

Students are advised to seek and follow faculty recommendations concerning the selection of courses to meet their career objectives. Elective courses should be chosen with care to ensure that the Bradley Core Curriculum and FCB requirements are met.

## Requirements for Professional Certification

The bachelor's degree provides the educational background for many entry-level accounting positions. Students with this degree will have the necessary educational requirements for the CMA and CIA exams. Students will also have earned 124 hours of the 150 hours needed to sit for the CPA exam in those states requiring 150 credit hours. Students may earn the remaining hours needed for the CPA exam by obtaining a Master of Science in Accounting degree or other graduate degree, such as the Master of Business Administration, or by taking additional undergraduate classes. Students should consult with their advisors and their State Boards of Accountancy for the exact requirements.

## Student Organizations

Membership in the Bradley Accounting Club (BAC) is available to all accounting majors. This organization conducts a variety of social and educational activities uniting accounting students, faculty, and staff. Beta Alpha Psi, the national honorary accounting organization, strives to promote scholastic and professional achievement through lectures, career-oriented events, campus and community service, and social activities. A minimum GPA is required. See the Beta Alpha Psi advisor for information.

## Internship and Co-op Opportunities

Qualified students can obtain on-the-job experience in either corporate or public accounting through internship and co-op opportunities. These involve multiple work experiences and are generally started during the student's sophomore or junior year. Students interested in these opportunities should contact the Foster College of Business Co-op Coordinator as early as possible.

# Concentration In Internal Auditing (For Bachelor's Or 3:2 Students)

Internal auditors are employees of organizations who are responsible for evaluating corporate governance, risk management, and internal control activities. Since internal auditing touches nearly every aspect of an organization, it provides a tremendous opportunity for students to launch their careers because of the breadth of exposure they will receive. Students who have declared an undergraduate accounting major may take 12 hours of course work in order to receive a concentration in internal auditing.

Requirements

**Three 3-hour courses:**

- ATG 430 Professional Interviewing Skills – 3 hrs.
- ATG 447 Internal Auditing – 3 hrs.
- ATG 448 Computer Assisted Audit Techniques – 3 hrs.

**One 3-hour elective:**

Students are required to take one three-hour elective supporting the practice of internal auditing. This elective must be approved by the coordinator of the Internal Audit Education Partnership Program.

**Additional Requirements:**

Students must maintain a GPA of 2.50 or better and have no single grade below "C" for the required and elective courses in the concentration.

# Minor In Internal Auditing

Internal auditors are employees of organizations who are responsible for evaluating corporate governance, risk management, and internal control activities. Since internal auditing touches nearly every aspect of an organization, it provides a tremendous opportunity for students to launch their careers because of the breadth of exposure they will receive. The primary objective of the minor in internal auditing is to prepare business students for entry-level and higher positions in internal auditing. Students completing the minor in internal auditing will meet the academic requirements needed to sit for the Certified Internal Auditor's (CIA) exam, the premier certification for internal auditing professionals.

The minor requires 16 hours. At least 13 hours in courses must be unique from those used to fulfill the student's major requirements. At least 10 of the 16 required hours must be completed at Bradley University.

## Requirements

- Completion of a Foster College of Business major. The minor in internal auditing is not open to accounting majors. Students must have an overall GPA of at least 2.5 based on courses completed at Bradley University.
- Completion of ATG 157 and ATG 158, with a GPA of 2.50 or better.
- Required courses:
  - ATG 201 Accounting Principles – Accounting Techniques - 1 hr.
  - ATG 301 Intermediate Accounting I - 3 hrs.
  - ATG 314 Cost Accounting - 3 hrs.
  - ATG 383 Accounting Systems and Control - 3 hrs.
  - ATG 447 Internal Auditing – 3 hrs.
- Elective course (Choose one of the following):
  - ATG 485 Special Topics in Accounting – 3 hrs. (provided the course is focused on internal auditing)
  - ATG 426 Fraud Examination – 3 hrs.
  - ATG 430 Professional Interviewing Skills – 3 hrs.
  - ATG 448 Computer Assisted Audit Techniques – 3 hrs.

## Additional Requirements

- Required and elective courses for the Internal Auditing Minor must be completed with a cumulative GPA of at least 2.5 with no grades lower than a C.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ACCOUNTING COURSES

**ATG 101 - Survey of Accounting** *(3 hours)*

The course covers financial and managerial accounting topics that will assist non-business students in understanding financial statements and key accounting decision-making tools and techniques. Prerequisite: Not open to College of Business majors or minors.

**ATG 157 - Accounting Principles - Financial** *(3 hours)*

Accounting as a system of communicating to owners, creditors, governmental bodies, and others the financial results of the operation of business entities. Concepts, theories, and conventions underlying measurement, processing of business activities, and reporting of the financial results of those activities.

**ATG 158 - Accounting Principles - Cost Management** *(3 hours)*

An introduction to cost and management accounting concepts, practices and techniques needed to assist in decision making for typical business problems relating to planning, operating, and control. Key topics include: cost behavior, cost-volume-profit analysis, contribution margin analysis, relevant costs, standard and job costing concepts, fundamentals of budgeting, and related variance analysis. Prerequisite: ATG 157.

**ATG 201 - Accounting Principles-Accounting Techniques** *(1 hour)*

Procedures and systems of modern accounting through case studies. Prerequisite: ATG 158 or consent of the department chairperson.

**ATG 226 - Introduction to Fraud Examination** *(1 hour)*

Introduction to fraud covering the nature of fraud, who commits fraud and why, and basic fraud prevention and detection techniques. Prerequisite: ATG 157 or consent of the department chairperson.

**ATG 268 - Business Ethics** *(3 hours)*

**Core Curr. WI**

Investigate the basic ethical frameworks from which business decisions can be made. Application of the frameworks to practical problems which arise in normal business activities. Prerequisite: BUS 100 or equivalent

### ATG 301 - Intermediate Accounting I *(3 hours)*

Theory and practice of accounting, emphasizing need for and use of accounting information in measuring and evaluating entity's business income and financial status. Prerequisite: ATG 201 or consent of instructor; 42 credit hours completed; 2.50 GPA in ATG 157, 158 & 201.

### ATG 302 - Intermediate Accounting II *(3 hours)*

Theory and practice of accounting, emphasizing need for and use of accounting information in measuring and evaluating entity's business income and financial status. Prerequisite: ATG 301

### ATG 314 - Cost Accounting *(3 hours)*

Use of accounting data to: identify cost/managerial accounting concepts; explain cost functions, cost classifications, relevant costs, cost-volume profit analysis, and cost allocations. The use of accounting data for cost control, profit planning, operational and capital budgeting, performance evaluation, and managerial decision making. Prerequisite: ATG 201; MIS 173 or equivalent

### ATG 383 - Accounting Systems and Control *(3 hours)*

Basic concepts and problems in the consideration of accounting as an information system. Theoretical and pragmatic tools for analysis of accounting systems. Internal control and exposure to concepts of internal auditing. Prerequisite: ATG 314

### ATG 401 - Advanced Accounting I *(3 hours)*

In-depth study of selected topics in financial accounting and reporting, including business combinations and consolidated financial statements; foreign currency transactions and consolidation of foreign affiliates; fund accounting principles applied to state and local governmental units and not-for-profit organizations; a survey of SEC reporting requirements; and selected FASB standards. Prerequisite: ATG 302.

### ATG 414 - Advanced Managerial Accounting *(3 hours)*

Specialized topics in strategic cost management. Emphasis on the role of accounting information in strategy development and implementation. Includes topics such as value chain analysis, target costing, activity-based management, theory of constraints, environmental costing, and strategic performance evaluation. Cross-listed with ATG 514. Prerequisite: ATG 301, ATG 383

### ATG 426 - Fraud Examination *(3 hours)*

Techniques for identification and detection of asset misappropriation schemes and fraudulent financial statements. Controls to prevent and detect problems. Cross-listed with ATG 526. Prerequisite: ATG 301, ATG 383

## ATG 430 - Professional Interviewing Skills *(3 hours)*

Planning and implementation of fact-to-face encounters in order to achieve business objectives. Information interviews, interrogations, and other interviews used in business. Listening skills and analysis of non-verbal communication. Cross-listed with ATG 530. Prerequisite: ATG 301, ATG 383

## ATG 447 - Internal Auditing *(3 hours)*

Internal audit activity's role in governance, risk, and control. Professional practices framework. Establishing a risk-based plan, conducting the internal audit engagement, reporting results, monitoring engagement outcomes. Cross-listed with ATG 547. Prerequisite: ATG 301, ATG 383

## ATG 448 - Computer Assisted Audit Techniques *(3 hours)*

Design and implementation of data extraction and analysis techniques to achieve audit objectives. Course includes hands-on use of generalized audit software. Cross-listed with ATG 548. Prerequisite: ATG 301, ATG 383

## ATG 457 - Auditing *(3 hours)*

Principles and procedures of external auditing. Auditing standards, ethics of the profession, risk assessment, internal control evaluation and testing, substantive testing, reporting. A simulated audit experience case performed by student teams. Prerequisite: ATG 383

## ATG 461 - International Accounting Issues *(3 hours)*

Significant accounting matters experienced by multi-national companies. Accounting matters include currency transactions and translations, transfer pricing, management planning and control, and taxation. Cross-listed with ATG 561.

## ATG 477 - Federal Taxes I *(3 hours)*

Principles of federal income taxation, based upon the Internal Revenue Code. Measurement and reporting of taxable income of tax entities, including corporations, partnerships, and individuals. Prerequisite: ATG 302; or permission of instructor.

## ATG 485 - Special Topics in Accounting *(1-3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated for a maximum of three hours credit. Prerequisite: Consent of department chair

## ATG 505 - Accounting Principles-Financial *(2 hours)*

Introduction to accounting concepts of recognition, measurement, classification, and disclosure, which are the foundations to a financial reporting system. The accounting cycle; preparations of financial statements; introduction to financial statement analysis. (Does not count as an elective.) Prerequisite: consent of director of graduate programs.

## ATG 514 - Advanced Managerial Accounting *(3 hours)*

Specialized topics in strategic cost management. Emphasis on the role of accounting information in strategy development and implementation. Includes topics such as value chain analysis, target costing, activity-based management, theory of constraints, environmental costing, and strategic performance evaluation. (Not open to students who have taken ATG 304 or ATG 614.) Cross-listed with ATG 414. Prerequisite: ATG 301, 383.

## ATG 526 - Fraud Examination *(3 hours)*

Techniques for identification and detection of asset misappropriation schemes and fraudulent financial statements. Controls to prevent and detect problems. (Not open to students who have taken ATG 585 as Fraud Examination.) Cross-listed with ATG 426. Prerequisite: ATG 301, 383.

## ATG 530 - Professional Interviewing Skills *(3 hours)*

Planning and implementation of face-to-face encounters in order to achieve business objectives. Information interviews, interrogations, and other interviews used in business. Listening skills and analysis of non-verbal communication. Cross-listed with ATG 430. Prerequisite: ATG 301, 383.

## ATG 547 - Internal Auditing *(3 hours)*

Internal audit activity's role in governance, risk, and control. Professional practices framework. Establishing a risk-based plan, conducting the internal audit engagement, reporting results, monitoring engagement outcomes. Cross-listed with ATG 447. Prerequisite: ATG 301 and ATG 383.

## ATG 548 - Computer Assisted Audit Techniques *(3 hours)*

Design and implementation of data extraction and analysis techniques to achieve audit objectives. Course includes hands-on use of generalized audit software. Cross-listed with ATG 448. Prerequisite: ATG 301, 383.

## ATG 561 - International Accounting Issues *(3 hours)*

Significant accounting matters experienced by multi-national companies. Accounting matters include currency transactions and translations, transfer pricing, management planning and

control, and taxation. Cross-listed with ATG 461. Prerequisite: ATG 302.

## ATG 585 - Contemporary Issues in Accounting *(1-3 hours)*

Critical evaluation of concepts, assumptions, principles, and analytical methodologies of accounting and their application to factual situations. Asset valuation and income determination; implications for internal and external uses of accounting information in business decision making. May be repeated for maximum 6 hours of credit. Prerequisite: Consent of department chair

## ATG 601 - Financial Accounting Theory *(3 hours)*

Application of the current authoritative accounting pronouncements to a variety of accounting situations. Conceptual development of analytical tools. Current authoritative and alternative measurement theories. Prerequisite: ATG 302 and Advanced Accounting.

## ATG 603 - Planning, Decision Making and Performance Measurement *(2 hours)*

Introduces the learner to critical Financial and Managerial Accounting tools, techniques and concepts. Financial Accounting is the language of business and learners will be taught how to read and understand financial statements and reports commonly used to report the results of operation for a medical business environment. Managerial Accounting involves the planning, operating and control tools to manage a medical business environment. Learners will be introduced to a number of essential concepts to improve these aspects of business decision making. As well, learners will be taught short- and long-term budgeting concepts to improve their planning capabilities and skills.

## ATG 604 - Controllership *(3 hours)*

Case studies of management accounting control systems and strategic cost analysis. Use of relevant costs for decision-making, planning, and evaluation of performance. Development of analytic tools drawn from cost accounting, managerial accounting, mathematics, and behavioral science. Prerequisite: Foster College of Business Graduate Student or Consent of Associate Dean

## ATG 605 - Cooperative Education/Internship in Accounting *(1-3 hours)*

Cooperative education or internship assignment. Credit applies to Department of Accounting MSA electives. Pass/Fail. Repeatable to a combined total of three credit hours. Internships registered for ATG 605 credit may not also be registered for BUS 301 credit. Prerequisite: Foster College of Business Graduate Student or consent of the MSA Academic Director.

**ATG 614 - Advanced Cost Management** *(3 hours)*

Specialized topics in strategic cost management. Emphasis on the role of accounting information in strategy development and implementation. Includes topics such as value chain analysis, target costing, activity-based management, theory of constraints, environmental costing, and strategic performance evaluation. Prerequisite: ATG 314

**ATG 657 - Advanced Auditing** *(3 hours)*

Problems affecting the auditing profession. Evaluation of alternative solutions and their implications. Prerequisite: ATG 457.

**ATG 658 - Topics in Accounting** *(3 hours)*

Topics of special interest, which may vary each time the course is offered. Topic stated in current Schedule of Classes. "

**ATG 660 - Readings in Accounting** *(1-3 hours)*

Individual readings for qualified students, under the guidance of a member of the faculty. Repeatable to a maximum of 3 credit hours. Prerequisite: consent of instructor and director of graduate programs.

**ATG 677 - Federal Taxes II** *(3 hours)*

Tax aspects of formation, distributions, and liquidations of partnerships and corporations. Gift taxes and estate taxes. Prerequisite: ATG 477

**ATG 690 - Applied Professional Accounting Research** *(3 hours)*

Research methods to identify accounting, auditing, and reporting issues; collect evidence from accounting/auditing literature; identify alternatives; develop recommendations; and communicate oral and written results. Prerequisite: 18 hours of graduate credit, including nine semester hours from ATG 601, 657, and 677.

**ATG 698 - Accounting Comprehensive Assessment** *(0 hours)*

Preparation for and completion of the comprehensive assessment required for the Master of Science in Accounting. Pass/Fail. Prerequisite: 18 hours of graduate credit, including twelve semester hours from ATG 601, 614, 657, and 677.

# ECONOMICS

**All programs offered by the Foster College of Business, Bradley University, are accredited by the AACSB International: The Association to Advance Collegiate Schools of Business.**

**FACULTY** Professors Highfill, O'Brien; Associate Professor Lewer (chair); Assistant Professor Corbett

The Department of Economics offers a major in the Foster College of Business and in the College of Liberal Arts and Sciences. Normally, individuals planning a career in business should be in the Foster College of Business, and individuals planning a career in government, politics, public policy, or the law should be in the College of Liberal Arts and Sciences. Students interested in an economics major are urged to consult with a departmental advisor for a suggested course of study that will serve their career objectives.

Courses in economics are designed for (1) students of other departments wishing to broaden their understanding of the economic forces of our world; (2) students planning to enter those business and professional careers in which a more specialized understanding of economics is important; and (3) students planning to continue the study of economics or related subjects in graduate school, in order to prepare for professional careers in economics.

The departmental requirements for the major are designed to provide the student with (1) the basic economic theory; (2) the basic quantitative tools; (3) a more specialized understanding of those particular areas of interest in economics; and (4) a broad background in the humanities, physical sciences, and social sciences.

Individuals planning to study for the PhD in economics should take either a minor in mathematics or the following courses: MTH 121, MTH 122, MTH 207, and MTH 223. It is strongly advised that MTH 420 also be taken.

In addition to the University and Foster College of Business requirements, students enrolled in the Department of Economics must fulfill the following requirements:

- Economics 221 (or 100), and 222, 300, 332, 333, 400, 498, 499
- Junior/Senior Economics Electives - 9 hrs.
- Philosophy - 3 hrs.
- Majors must receive a grade of C or better in Economics 332, 333, and 499.
- Minimum of 27 semester hours in economics and a minimum of 21 hours at the junior/senior level.

For a four-year course plan for each major in the Foster College of Business, go to:http://www.bradley.edu/academic/colleges/fcba/ (http://www.bradley.edu/academic/colleges/fcba/).

*Students interested in minoring in economics, see College of Liberal Arts and Sciences, Department of Economics.*

# Actuarial Science – Business Major

A career in actuarial science is widely recognized as one of the most attractive professions available to college graduates. Actuaries apply a unique set of business and mathematical skills in solving financial and social problems. Examples of organizations employing actuaries include insurance companies, consulting firms, public utilities, and select regulatory agencies.

The actuarial science major is a cooperative effort between the Finance and Quantitative Methods Department and the Department of Mathematics and is based on the premise that successful actuaries have mastered essential business and risk management and insurance knowledge along with specific actuarial mathematics skills.

The objective of Bradley's actuarial science-business program is to prepare majors for successful careers as actuaries. Several required courses will help students prepare for some of the standard actuarial exams administered by the Society of Actuaries (SOA) and the Casualty Actuarial Society (CAS).

A list of the program requirements is provided below, along with a recommended course sequence for actuarial science-business (ASB) majors.

## Departmental requirements for an Actuarial Science – Business Major

- Complete the business core, substituting MTH 325 for QM 262 and substituting MTH 326 for the "Quantitative Skill Building" course, respectively.

Actuarial Science Business (ASB) requirements

- All students must successfully complete the following courses:
    - MTH 121 Calculus I
    - MTH 122 Calculus II
    - MTH 223 Calculus III
    - MTH 207 Elementary Linear Algebra with applications

- MTH 325 Probability and Statistics I
  - MTH 326 Probability and Statistics II
  - MTH 335 Topics in Actuarial Science
  - MTH 335 Topics in Actuarial Science (repeated under different topics)
  - MTH 427 Applied Statistical Methods
- All students must successfully complete one "programming" course chosen from:
  - MIS 175 introduction to Developing Business Applications
  - CS 100 Introduction to Programming Concepts and Languages
  - CS 101 Introduction to Programming
  - CIS 102 Introduction to Computer Information Systems With Basic
- All students must successfully complete one "tools" course chosen from:
  - QM 326 Business Forecasting
  - QM 364 Decision Support Systems
  - FIN 426 Financial Research and Modeling
  - ECO 319 Introduction to Econometrics
  - MTH 435 Stochastic Processes
  - IME 313 Operations Research 1
- All Students must successfully complete three additional 3-hour courses chosen from:
  - ECO 301 Money and Banking
  - FIN 325 Investment Analysis
  - FIN 327 Derivatives
  - FIN 328 Financial Institutions and Markets
  - FIN 423 Advanced Business Finance
  - FIN 425 Portfolio Theory
  - ASB 315 Risk and Insurance
- All students must sit for at least one professional actuarial exam administered by the Society of Actuaries.

## Typical Course Sequence

For a four-year course plan for each major in the Foster College of Business, go to: http://www.bradley.edu/academic/colleges/fcba/ (http://www.bradley.edu/academic/colleges/fcba/).

# Minor

## Decision Analysis

The minor in Decision Analysis is designed to provide students with a solid foundation of mathematical and quantitative tools essential to sound decision-making. All areas of academic study such as sociology, psychology, and health sciences may benefit from the application of analytical thought. Thus, this program assists students in all majors across campus in formulating optimal solutions to common problems they will encounter in their professional lives. Students enrolled in the Decision Analysis program will acquire the skills to critically evaluate alternative solutions to complex questions in an analytical and pragmatic manner. Upon graduation these students will find themselves better prepared to assume responsible positions of authority and to perform their professional duties in a resourceful and productive manner.

In addition to the University requirements and those imposed by the student's college, a minor in Decision Analysis must complete the following or their equivalents:

**Required:**

- QM 262 Quantitative Analysis I
- QM 263 Quantitative Analysis II

Three courses from Groups A and B with at least two from Group A

**Group A:**
- QM 260 Quantitative Methods in Finance
- QM 326 Business Forecasting
- QM 364 Decision Support Systems
- QM 369 Topics in Quantitative Methods

**Group B:**
- ECO 319 Introduction to Econometrics
- ECO 418 Mathematical Economics
- MTG 341 Marketing Research I
- M L 353 Operations Management in Organizations
- QM 498 Independent Study in Quantitative Methods

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of*

*any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ECONOMICS COURSES

**ECO 100 - Introduction to Economics** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

Nature, scope, and methods of economics; current economic institutions, problems, and policies. Students who have already completed ECO 221 and/or 222 will not receive credit for this course. Prerequisite: Not open to College of Business majors.

**ECO 101 - Economics and Contemporary Issues** *(1 hour)*

Application of economic method to analysis of contemporary issues. Emphasizes student participation in applications of economic principles to analysis of contemporary problems and policies. Prerequisite: concurrent enrollment in ECO 100.

**ECO 199 - Foundational Topics in Economics** *(3 hours)*

Foundational topics of interest which may vary each time course is offered. Topic stated in current Schedule of Classes.

**ECO 200 - Economics Colloquium for Sophomores** *(1-3 hours)*

Student-faculty discussion of foundational books, articles and topics in economics.

**ECO 221 - Principles of Microeconomics** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

Institutions, problems, and policies of the market system and alternative systems: allocation of resources and distribution of income. Not open to students with ECO 100.

**ECO 222 - Principles of Macroeconomics** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

Process and determinants of overall economic activity and growth. National income accounting; determination of aggregate income, employment, and the price level; money and banking; government monetary and fiscal policies; international economics.

### ECO 240 - Environmental Economics and Sustainability *(3 hours)*

This course combines the economic analysis of the environment with the economics of sustainability. Environmental and sustainability economics considers the efficient and equitable use of society's scarce resources. Cannot receive credit for both ECO 240 and 340. Prerequisite:

### ECO 300 - Economics Colloquium for Juniors *(1 hour)*

Student-faculty discussion of books and articles concerning significant economic ideas and issues not examined in depth in other courses. Prerequisite: Economics major, junior standing.

### ECO 301 - Money and Banking *(3 hours)*

Real and financial sectors of the economy. Emphasis on structure and process of financial intermediation and related policy issues. Prerequisite: ECO 100 or 221; ECO 222; junior/senior standing.

### ECO 305 - Public Expenditure and Finance *(3 hours)*

Economic role of government in the U.S. economy. Determination of the size and economic functions of government, federal expenditure decisions and budgeting, equity and efficiency of various types of taxes, and selected problems in state and local finance. Prerequisite: ECO 100 or ECO 221; ECO 222; junior/senior standing.

### ECO 310 - Labor Problems *(3 hours)*

Theories of the labor movement; labor legislation and its effect on labor management and society's goals; theories of collective bargaining; impact of government economic policies on labor management relations; wage theory. Prerequisite: ECO 100 or ECO 221; ECO 222; junior/senior standing.

### ECO 319 - Introduction to Econometrics *(3 hours)*

Techniques and procedures of application of statistical tools to economic research problems; selected methods for investigating the empirical validity of economic theory. Prerequisite: ECO 100 or 221; ECO 222; QM 262 or equivalent; junior/senior standing.

### ECO 325 - Urban Economics *(3 hours)*

Origins, economic structure, and functions of urban centers; selected economic problems and policies. Prerequisite: ECO 100 or ECO 221; ECO 222; junior/senior standing.

### ECO 332 - Intermediate Microeconomics *(3 hours)*

Optimizing behavior and market processes. Emphasizes proficiency in numerous microeconomic tools of analysis. Encourages thought about these tools and the real world they are designed to illuminate. Prerequisite: ECO 100 or 221; ECO 222; MTH 114 or higher; junior standing or 42 credit hours and declared economics first major.

### ECO 333 - Intermediate Macroeconomic Theory *(3 hours)*

Integrated approach to the theory of income determination; contemporary growth models; explanations of cyclical fluctuations. Prerequisite: ECO 100 or 221; ECO 222; junior standing or 42 credit hours and declared economics first major.

### ECO 335 - Managerial Economics *(3 hours)*

Applying economic theory to the tools of operations research and business analysis: demand, cost, profit, and pricing. Decision theory of the firm. Prerequisite: ECO 100 or 221; QM 262 or equivalent; junior/senior standing.

### ECO 340 - Environmental Economics *(3 hours)*

The theory of externalities and market failure will provide the basis for applying microeconomic concepts to the study of environmental improvement. The past and present state of environmental well-being with respect to air, water, and waste management will be summarized. Cannot receive credit for both ECO 240 and 340. Prerequisite: ECO 100 or 221; ECO 222; junior standing.

### ECO 352 - Industrial Organization *(3 hours)*

Structure, conduct, and performance of business enterprise in the U.S.; possible and actual role of government as a regulator of business enterprise, historically and philosophically. Prerequisite: ECO 100 or ECO 221; ECO 222; junior/senior standing.

### ECO 355 - Supply Chain Economics *(3 hours)*

Focuses on understanding the economics of supply chains. Over the past 100 years, the structure of economic organization and competition has shifted from individual firms to extended enterprises. These enterprises comprise the entire supply chain, extending from raw materials, through manufacturing, to distribution through channels to customers throughout the U.S. and the world. This change in economic organization has resulted from economic forces and has significant implications for the U.S. and global economies. Prerequisite: ECO 100 or ECO 221; ECO 222; junior/senior standing.

## ECO 360 - The Economics of Healthcare *(3 hours)*

Health economics applies the tools of economics to issues of the organization, delivery, and financing of healthcare. Prerequisite: Junior/senior standing

## ECO 362 - Economics and Law *(3 hours)*

Tort, property, contract, civil, and criminal law from the perspective of economics. Overview of microeconomic theory applied to legal problems to attain optimum welfare for the individual or community affected by issues before the law. Prerequisite: ECO 100 or 221; junior/senior standing.

## ECO 370 - Game Theory *(3 hours)*

Game theoretic techniques for modeling strategic interaction. Develop tools to analyze markets, bargaining and negotiation, reputation, and decision making with limited information. Prerequisite: ECO 100 or 221; ECO 222; junior/senior standing.

## ECO 375 - Behavioral and Experimental Economics *(3 hours)*

Behavioral economics describes how individual people make economic decisions, both for themselves and in interactions with other people. Experimental economics is a primary tool in the study of behavioral economics, running controlled experiments to observe individual behavior. This course will broadly survey ways in which individuals make decisions. In many different fields, we will study how neoclassical economics predicts human behavior, and how observed behavior differs from those predictions. We will also discuss research in behavioral economics, including designing and implementing experiments. Prerequisite: ECO 100 or 221; junior/senior standing

## ECO 391 - International Trade *(3 hours)*
## Core Curr. GP GS

Welfare implications of international trade; balance of payments; equilibrium and disequilibrium; external and domestic policy effects on the balance of payments and welfare; international trade and financial cooperation among nations. Cross listed as IB 391. Prerequisite: ECO 100 or 221; ECO 222; junior/senior standing.

## ECO 399 - Special Topics in Economics *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under different topics. Prerequisite: junior/senior standing.

**ECO 400 - Economics Colloquium for Seniors** *(1 hour)*

Continuation of Economics 300, with more difficult and challenging readings. Prerequisite: economics major; senior standing.

**ECO 418 - Mathematical Economics** *(3 hours)*

Application of mathematics to selected topics of economic theory. Prerequisite: ECO 100 or 221; ECO 222; MTH 115 or higher; junior/senior standing.

**ECO 434 - Readings in Economics** *(1-6 hours)*

Individual readings for qualified students under the guidance of a member of the economics staff. Prerequisite: Approval of the department chair; junior/senior standing.

**ECO 498 - Senior Seminar in Economics, Part I** *(1 hour)*

**Core Curr. WI,EL**

Student begins to explore an area of economics in which he or she has a particular interest and plans to write a senior thesis. Required for all economics majors. Pass/Fail. Prerequisite: Economics major and senior standing (junior standing with consent of instructor).

**ECO 499 - Senior Seminar in Economics, Part II** *(3 hours)*

**Core Curr. EL**

Capstone project where each student completes a senior research thesis under the guidance of an economics faculty member. Student explores an area of economics in which he or she has a particular interest. Prerequisite: ECO 498; senior standing (junior standing with consent of instructor).

**ECO 506 - Elements of Microeconomics** *(2 hours)*

Review of demand, supply, product markets, factor markets, perfect competition, monopoly, and other market structures, using algebra. Cannot be used to satisfy MBA elective or concentration requirements. Prerequisite: consent of director of graduate programs.

**ECO 510 - Global Markets and Sustainability** *(3 hours)*

Examination of global macroeconomics and its application to the modern business environment, the business cycle and economic policies, major linkages between economies, domestic and international economic indicators, institutions and cultural aspects of business, sustainable development. Prerequisite: Foster College of Business Graduate Student or Consent of Associate Dean.

## ECO 603 - Economic Markets: Competition and Monopoly *(1 hour)*

Introduces the learner to the basic workings of the economic market. Included are concepts addressing consumer and producer motivations in the market; surpluses and shortages; and third-party intervention into markets. Also the importance of competitive markets will be emphasized with a discussion of a lack of competition such as monopoly and the consequences for society. Prerequisite: Graduate standing

## ECO 605 - Health Care Economics & Finance *(3 hours)*

Examines the economic and financial aspects of the health care system. Organizational and institutional structures through which an economy makes choices regarding the production, consumption, and distribution of health care services. Fundamental processes for the management of liquidity, major capital investments, debt, and funding. Examines both for-profit and not-for-profit health care organizations. Prerequisite: Graduate standing.

## ECO 606 - Microeconomics for Managers *(3 hours)*

Analysis of domestic and international markets, resource allocation, applied strategic thinking and competitive analysis, market structure, impacts on business decision making and on society, ethical issues, role of government regulation in business, pricing strategies, and quantitative decision making tools. Prerequisite: Foster College of Business Graduate Student or Consent of Associate Dean.

## ECO 660 - Readings in Economics *(1-3 hours)*

Individual readings for qualified students, under the guidance of a member of the faculty. Repeatable to a maximum of 3 credit hours. Prerequisite: consent of instructor and director of graduate programs.

## Q M 260 - Quantitative Methods in Finance *(3 hours)*

Introduction to mathematics of finance. Emphasis is placed on the applications of mathematical techniques to important financial concepts such as capital budgeting, measures of risk and return, investments, and market efficiency. Techniques of optimization as applied to diversification and portfolio management. Prerequisite: MTH 115 or MTH 121.

## Q M 262 - Quantitative Analysis I *(3 hours)*

## Core Curr. QR

Introduction to descriptive and inferential statistics with an emphasis on business applications.

Topics covered include computation and application of descriptive measures, probability distributions, sampling, confidence intervals, hypothesis testing, correlation, and simple linear regression. Prerequisite: MIS 173 and MTH 114 or higher.

### Q M 263 - Quantitative Analysis II *(3 hours)*

Linear and multiple regression, correlation, analysis of variance, contingency tables, time series, decision theory, and non-parametric methods. Data analysis using statistical computer packages. Prerequisite: Q M 262

### Q M 326 - Business Forecasting *(3 hours)*

Develops basic principles and techniques of forecasting through integration of scientific and judgmental forecasting in financial applications. Objective analysis of historical data is combined with subjective insight to demonstrate how data for budgets can be developed, profits maximized, and risks reduced. Emphasis on use of forecasting by individual firms. Prerequisite: Q M 263 and junior/senior standing.

### Q M 364 - Decision Support Systems *(3 hours)*

Deterministic and probabilistic models of management science and use of computer-based support for the decision making process. Models such as linear and integer programming, transportation and assignment problems, CPM/PERT, simulation and queuing models. Applications in a variety of business areas using the computer. Prerequisite: MIS 173; QM 262.

### Q M 364 - Decision Support Systems *(3 hours)*

Progressive topics relating to regression and correlation analysis with emphasis on computer-based learning. Time-series analysis. Application to business issues based on multiple analysis of variance (MANOVA), discriminant analysis, factor analysis and the use of latent variables. Cluster analysis and principal component analysis and Logit analysis included. Pattern recognition using Big Data. Prerequisite: Q M 262.

### Q M 369 - Topics in Quantitative Methods *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under different topics for a maximum of six hours. Prerequisite: junior/senior standing.

### Q M 498 - Independent Study in Quantitative Methods *(1-3 hours)*

Studies undertaken by academically qualified students under guidance of a faculty member. Open to Finance and Quantitative Methods Department majors only. May be repeated under

different topics for a maximum of six hours. Prerequisite: junior/senior standing; 2.5 cumulative grade point average; consent of Department Chair.

### Q M 502 - Quantitative Analysis II *(2 hours)*

Linear and multiple regression and correlation techniques. Analysis of variance, times-series analysis, and nonparametric procedures. Cannot be used to satisfy MBA elective or concentration requirements. Prerequisite: QM 501; or QM 262 and MTH 115 or MTH 121.

### Q M 658 - Topics in Quantitative Methods *(3 hours)*

Topics of special interest which may vary each time the course is offered. Topic stated in current Schedule of Classes.

### Q M 660 - Readings in Quantitative Methods *(1-3 hours)*

Individual readings for qualified students, under the guidance of a member of the faculty. Repeatable to a maximum of 3 credit hours. Prerequisite: consent of instructor and director of graduate programs.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ENTREPRENEURSHIP, TECHNOLOGY, AND LAW

**All programs offered by the Foster College of Business, Bradley University, are accredited by the AACSB International: The Association to Advance Collegiate Schools of Business.**

FACULTY Professor McGowan (chair); Associate Professors Blair, Marcum, Stephens; Assistant Professor Young; Instructor Dr. Einbinder

The Department of Entrepreneurship, Technology, and Law curricula provide students with the educational experiences of reasoning, problem solving, and decision making so that they, through balanced programs, will be qualified to accept responsible positions in business and the public sector.

Specific departmental objectives include the following: (1) To give students the historical perspective necessary to understand the evolution of business in a global, social, political, economic, and technological environment; (2) To excite students about new ideas and knowledge; (3) To provide students with a basic understanding of entrepreneurship, information technology, and the legal environment of business; (4) To develop well-informed individuals who understand their ethical and social responsibilities in business situations; (5) To enable students to understand the operation of our business and economic systems; (6) To develop the ability to think clearly, analyze carefully, and express thoughts and conclusions logically; and (7) To help students develop competence in a major field of study.

Students enrolling in the Department of Entrepreneurship, Technology, and Law must select and complete the requirements for one of the following majors: (1) entrepreneurship (/academic/departments/etl/major/entrepreneurship/), (2) management and leadership with a concentration in business law (/academic/departments/etl/major/businesslaw/), (3) management information systems (/academic/departments/etl/major/mis/), (4) MIS with a concentration in business analytics, or (5) MIS with a concentration in cybersecurity. The department also offers minors in business analytics, business law, cybersecurity, and management information systems.

# Entrepreneurship Major

Bradley ranked in the top 25 in the nation for entrepreneurship according to *The Princeton Review* and *Entrepreneur Magazine* (among over 2,000 schools reviewed) four times since 2011.  The entrepreneurship major prepares students to create, own, manage, or work successfully in small and emerging businesses or to enhance opportunities in large organizations. Students learn how to research new product or service ideas, determine their feasibility, and develop business plans necessary to launch a business, a new product, or a new service. They develop the skills to operate a business once it is started, grow the business, and eventually sell it or pass it on to the next generation. The major helps students understand the functional areas of business and apply the theory to the unique situations found in small or growing ventures. Students with an entrepreneurship major are also prepared for careers in consulting, working within a family business setting or in large firms to assist them in discovering and exploiting opportunities. The objectives of the entrepreneurship major are to:

1. Introduce students to the nature of entrepreneurs and entrepreneurship.
2. Expose students to the excitement and challenges of owning one's own business.
3. Discover, evaluate and exploit opportunities.
4. Develop the ability to analyze ideas for new products or services and determine their feasibility and commercialization potential.
5. Develop the ability to produce a well-designed and credible business plan to use in soliciting external funding.
6. Create an awareness of angel investing, venture capital, public offerings, and other methods of financing high-growth ventures.
7. Develop the knowledge and skills needed to operate a business on a day-to-day basis.
8. Understand the uniqueness of the functional areas of business as they relate specifically to small and emerging businesses.
9. Provide opportunities for hands-on learning from emerging businesses through an optional entrepreneurship internship.

## Requirements

Requirements for the entrepreneurship major are as follows:

- ENT 280 Entrepreneurial Creativity
- ENT 281 The Entrepreneurial Career
- ENT 382 Entrepreneurship Startups
- ENT 383 Managing Entrepreneurial Growth
- ENT/FIN 384 Entrepreneurial Finance **or** ATG 314 Cost Accounting
- ENT 482 Entrepreneurial Experience

- 6 hours chosen from the following courses:
  - BLW 347 Law and the Entrepreneur
  - ENT 385 Technology Entrepreneurship
  - ENT 386 Social Entrepreneurship
  - ENT 289/389 Topics in Entrepreneurship
  - ENT 488 Internship in Entrepreneurship
  - MIS 276 Developing Information Systems for E-Commerce
  - SEI 200 Topics in Entrepreneurship and Innovation*
  - SEI 210 Practicum in Entrepreneurship and Innovation*
  - SEI 300 Topics in Entrepreneurship and Innovation*
  - SEI 310 Practicum in Entrepreneurship and Innovation*
  - A course approved by department chair

*With approval by the ETL Department chair.*

Entrepreneurship majors must satisfactorily complete at least 15 hours of BLW, ENT, MIS, or ML-prefixed courses at Bradley University. Students should note that some courses are offered only once each year. Students should consult with their advisor to ensure that the correct courses are taken.

## Typical Course Sequence

For a four-year course plan for each major in the Foster College of Business, go to:http://www.bradley.edu/academic/colleges/fcba/ (http://www.bradley.edu/academic/colleges/fcba/).

# Management And Leadership With A Concentration In Business Law Major

The Management and Leadership with a Concentration in Business Law major provides a solid grounding in the skills and concepts necessary to meet the complex and challenging tasks of management. Students who are uncertain of their career goals will find that this major provides excellent preparation in business for a wide range of job opportunities. Additionally, students are well prepared for graduate-level business (MBA, DBA, PhD) or public administration (MPA) programs, law school, and other graduate school programs.

**Requirements for Management and Leadership with Business Law Concentration**

- PSY 101 Principles of Psychology
- BLW 342 Legal Environment of Business

- BLW 345 Law of Business
- BLW 446 Employment Law
- M L 300 Organizational Environments
- M L 353 Operations Management
- M L 356 Human Resource Management
- M L 357 Leading Organizations
- M L 358 Managerial Decision Making

- Two of the following:
    - BLW 347 Law and the Entrepreneur
    - BLW 355 Labor-Management Relations OR CON 394 Construction Labor and Unions
    - BLW 395 Real Estate Law
    - BLW 360 Business and Intellectual Property OR COM 330 Communication Law and Ethics
    - ECO 310 Labor Economics OR 362 Economics and Law
    - PLS 317 International Law OR PLS 459 Constitutional Law OR PLS 460 Constitutional Law

- 3 hours of M L, BLW, ENT, or MIS approved elective course(s)

 *Management with business law concentration majors must satisfactorily complete at least 15 hours of BLW, ENT, MIS, or ML-prefixed courses at Bradley University. Students should also note that some courses are offered only once each year.*

Typical Course Sequence

For a four-year course plan for each major in the Foster College of Business, go to: http://www.bradley.edu/academic/colleges/fcba/ (http://www.bradley.edu/academic/colleges/fcba/).

# Management Information Systems Major

Management information systems (MIS) is an exciting field that combines people skills with technical skills. The MIS major blends business functions with computer information technology. It enables students to be successful in developing, managing and securing technology based business applications. Organizations have become much more data driven. For many firms, data is their business. The MIS major teaches students how to manage this vital resource.

This major prepares students for some of the nation's fastest growing career opportunities in fields such as systems analysis, cybersecurity, and business analytics. Graduates of the program can expect interesting and challenging job opportunities in a dynamic field. Typical graduates' first jobs are in technical and information related fields as support specialists, analysts or

consultants. The MIS major can be a fast track to management positions or the basis for advanced graduate work. After gaining experience, graduates transition into leaders of technical teams and then assume technology management positions.

The MIS major differs from other "computer" majors. It emphasizes interactions between the business and information technology requirements of organizations. While knowledge of computer systems is a necessary part of the program, a larger portion is devoted to serving the data, information and security needs of business professionals.

The student can acquire competence in a number of areas as a generalist or with a concentration in either cybersecurity or business analytics.

Requirements

To major in MIS, a student must earn a minimum of 28 semester hours credit in courses with the following requirements:

Required Courses for a General MIS Major:

- MIS 272 - Business Analytics Software and Applications I - 3 hrs.
- MIS 276 - Ecommerce Strategy and Applications - 3 hrs
- CS 101 - Introduction to Programming - 4 hrs
- CS 102 - Data Structures - 3 hrs
- MIS 375 - Business Systems Analysis and Design - 3 hrs
- MIS 478 - MIS Capstone Consulting Project - 3 hrs
- MIS Electives OR Courses approved by the Department Chair - 9 hrs

Required Courses for a Concentration in Cybersecurity

The concentration in cybersecurity prepares graduates to manage the security of networks and information systems. Students gain experience with conducting technical and socially-engineered penetration tests. In this concentration, students perform security assessments for local business clients in order to identify security risks and provide recommended steps for remediation.

- MIS 272 - Business Analytics Software and Applications I - 3 hrs.
- MIS 276 - Ecommerce Strategy and Applications - 3 hrs
- CS 101 - Introduction to Programming - 4 hrs
- CS 102 - Data Structures - 3 hrs
- MIS 375 - Business Systems Analysis and Design - 3 hrs
- MIS 478 - MIS Capstone Consulting Project - 3 hrs

Choose (9) hours from the following:

- MIS 373 - Applied Networking Theory - 3 hrs
- MIS 379 - Information Systems Security - 3 hrs
- MIS 383 - Advanced Ethical Hacking - 3 hrs
- Course approved by the Department Chair - 3 hrs

Required Courses for a Concentration in Business Analytics

The concentration in business analytics prepares graduates for positions in which professionals help businesses make critical data-driven decisions. This includes the ability to collect, distribute and share data throughout an organization, apply text and visual analytical techniques and implement unique hardware and software.

- MIS 272 - Business Analytics Software and Applications I - 3 hrs
- MIS 276 - Ecommerce Strategy and Applications - 3 hrs
- CS 101 - Introduction to Programming - 4 hrs
- CS 102 - Data Structures - 3 hrs
- MIS 375 - Business Systems Analysis and Design - 3 hrs
- MIS 478 - MIS Capstone Consulting Project - 3 hrs

Choose (9) hours from the following:

- MIS 374 - Database Management and Administration - 3 hrs
- MIS 471 - Business Analytics Software and Applications II - 3 hrs
- MIS 473 - Business Analytics Software and Applications III - 3 hrs
- Course approved by the Department Chair - 3 hrs

# Business Law Minor

The Business Law Minor provides students with understanding of some of the social, ethical, political, and cultural foundations of law and how law impacts almost every business decision. Students will obtain critical analytical skills needed in their careers and/or to excel in law school and will become better prepared to identify and manage potential legal problems in the practice of their profession or career.

The minor is open to all majors and is comprised of 15 semester hours of study structured as follows. Students whose major is from the Foster College of Business must have at least 12 hours in courses that are unique from those used to fulfill their major requirements.

**I. Social, Ethical, Political, and Cultural Foundations of Law** (3 hours)

Select one course from the following:

- AAS 200 Introduction to African-American Studies - 3 hrs.

- ECO 310 Labor Problems - 3 hrs.

- ECO 362 Economics and Law - 3 hrs.
- HIS 300 The United States Since 1945 - 3 hrs.
- HIS 304 Women in American History - 3 hrs.
- HIS 307 Early American Republic - 3 hrs.
- HIS 315 U.S. Social Movements - 3 hrs.
- HIS 316 African American History Since 1877 - 3 hrs.
- PHL 203 Logic - 3 hrs.
- PHL 347 Ethics - 3 hrs.
- PLS 105 Introduction to American Government - 3 hrs.
- PLW 101 Introduction to the Legal Profession - 3 hrs.
- SOC 212 Sociology of Diversity - 3 hrs.
- WGS 200 Introduction to Women's Studies - 3 hrs.

## II. Business Law Foundations (3 hours)

### Required:

- BLW 342 Legal Environment of Business - 3 hrs.

## III. Business Law Applications (9 hours)

A. Select **at least 6 hours** up to a **maximum of 9 hours** from the following:

- BLW 289 Topics in Business law - 1–3 hrs.
- BLW 345 Law of Business - 3 hrs.
- BLW 347 Law and the Entrepreneur - 3 hrs.
- BLW 355 Labor-Management Relations - 3 hrs.
- BLW 389 Topics in Business law - 1–3 hrs.
- BLW 395 Real Estate Law - 3 hrs.
- BLW 446 Employment Law - 3 hrs.
- BLW 360 Business and Intellectual Property - 3 hrs.
- BLW 489 Topics in Business Law - 1–3 hrs.
- BLW 498 Independent Studies - 1–3 hrs.

B. Students **who have at least 6 hours and less than 9 hours from category A** may take the remaining hours from the following:

- ATG 477 Federal Taxes - 3 hrs.
- ATG 526 Fraud Examination - 3 hrs.
- CIS 580 Digital Society and Computer Law - 3 hrs.
- COM 330 Communication Law and Ethics - 3 hrs.
- CON 380, Construction Contracts - 2 hrs.

- CON 394 Construction Labor and Unions - 3 hrs.
- I M 350, Intellectual Property Law and New Media - 3 hrs.
- NUR 510 Legal Issues in Nursing - 2 hrs.
- PLS 459 Constitutional Law - 3 hrs.
- PLS 460 Constitutional Law - 3 hrs.
- PLW 300, Pre-Law Internship - 1–6 hrs.

# MIS Minors: Management Information Systems, Cybersecurity, and Business Analytics

To qualify for more than one MIS minor, no fewer than 9 s.h. of courses required for any of the desired minors must be unique to that minor and not used to satisfy the requirements of the other minors.

# Business Analytics Minor

Many professional disciplines require analytics knowledge. The purpose of the business analytics major is prepare students to gather, cleanse and analyze data for decision making. There are many new and important features associated with modern business analytics: (1) dealing with large and messy data sets, (2) figuring out how to distribute and share the data throughout an organization, (3) mining the data and exploring non-obvious relationships, (4) text and visual analytical techniques and (5) many new hardware and software platforms (tools). Organizations from all sectors of society are looking to leverage data as never before. Therefore, an ever increasing demand for trained professionals in the fields of organizational analytics is occurring. The minor is open to all majors across campus. The minor requires 15 hours.

## Required courses

- MIS 173 Introduction to Business Analytics - 3 hrs.
- MIS 272 Business Analytics Software and Applications I - 3 hrs.
- MIS 374 Database Management and Administration - 3 hrs.
- MIS 471 Business Analytics Software and Applications II - 3 hrs.
- MIS 473 Business Analytics Software and Applications III - 3 hrs.

# Cybersecurity Minor

A minor in cybersecurity will offer students with majors or interests in security the option of adding significant knowledge, skills and abilities in information security. The purpose of the minor is to prepare students to deal with threats to computers and information. The minor prepares

students to manage the security of networks and information systems. Students gain experience with conducting technical and socially-engineered penetration tests. In this minor, students perform security assessments for local business clients in order to identify security risks and provide recommended steps for remediation. The minor is open to all majors across campus. The minor requires 15 hours.

## Required courses

- MIS 173 Introduction to Business Analytics - 3 hrs.
- MIS 272 Business Analytics Software and Applications I - 3 hrs.
- MIS 373 Applied Networking - 3 hrs.
- MIS 379 Information Systems Sescurity - 3 hrs.
- MIS 383 Advanced Ethical Hacking - 3 hrs.

# Management Information Systems Minor

A minor in management information systems will provide an opportunity for students to enhance their knowledge and credentials in the use and development of computer software and/or hardware. The minor will provide students with an opportunity to be employed in the IS field, give them the skills that will make them the ideal liaison between IS professionals and experts in other functional areas of an organization, and the technological base to become valuable "power users" of essential software applications, such as spreadsheets, databases, and e-commerce tools. The minor will allow the student to develop focused expertise in one of the distinct fields that comprise the breadth of the information systems professional. The minor is open to all majors across campus.

The minor requires 15 hours.

## Required courses

- MIS 173 Introduction to Business Analytics – 3 hrs.
- MIS 272 Business Analytics Software and Applications I - 3 hrs.
- MIS 276 Ecommerce Models and Applications - 3 hrs.

## Elective Courses (choose two from the following)

- MIS 373 Applied Networking - 3 hrs.
- MIS 374 Database Management and Administration - 3 hrs.
- MIS 375 Business Systems Analysis and Design - 3 hrs.
- MIS 378 HCI and Usability Testing - 3 hrs.

- MIS 379 Information Systems Security - 3 hrs.
- MIS 383 Advanced Ethical Hacking - 3 hrs.
- MIS 389 Advanced Topics in Management Information Systems - 3 hrs.
- MIS 471 Business Analytics Software and Applications II - 3 hrs.
- MIS 473 Business Analytics Software and Applications III - 3 hrs.
- MIS 478 MIS Capstone Consulting Project - 3 hrs.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ENTREPRENEURSHIP, TECHNOLOGY AND LAW COURSES

**MIS 173 - Introduction to Business Analytics** *(3 hours)*

Develop spreadsheet applications for analyzing and solving problems. Learn how to gather, store, organize, secure and disseminate data with spreadsheets and databases. Learn how to convert data into information that is beneficial to supporting business decisions. Prerequisite:

**MIS 175 - Introduction to Developing Business Applications** *(3 hours)*

Provides an introduction to object-oriented computer programming using VisualBasic.NET. Demonstrates the advantages of using a programming environment to efficiently develop computer programs. Focuses on developing logical approaches to problem solving and implementing programmed solutions to those problems.

**MIS 272 - Business Analytics Software and Applications I** *(3 hours)*

Students will learn commonly used data analysis tools and techniques. They will learn how to use and apply software that allows business professionals to gather, store, access, and analyze data to aid in decision making. The course will teach students how to discover and communicate information from data through the use of basic, intermediate, and advanced functions and tools in commonly used spreadsheet and database software. Each student will learn about the visual representation of data, optimization techniques, queries, pivot tables, reporting tools, data storage, and more. Prerequisite: MIS 173 or consent of department chair

**MIS 275 - Business Applications Using Visual Basic** *(3 hours)*

Object oriented business application development using Visual Basic. Emphasis on object classes, events and properties, and data structures, controls, and objects. Prerequisite: MIS 175.

**MIS 276 - Ecommerce Models and Applications** *(3 hours)*

Understand how different competitive contexts that drive ecommerce business models. Understand the technological infrastructure needed to support ecommerce. Design an ecommerce presence. Understand and interpret ecommerce analytics. Brief introductions to HTML, CSS, and scripting language. Prerequisite:

**MIS 289 - Topics in Management Information Systems** *(1-3 hours)*

Topics of special interest in management information systems, which may vary each time the course is offered. Topic and prerequisite stated in current Schedule of Classes. May be repeated under different topics for a maximum of six hours credit. Prerequisite:

**MIS 373 - Applied Networking** *(3 hours)*

Gives students an understanding of basic network design concepts and an opportunity to apply them in a business context. Studies the functionality, performance and management of multiple network designs. Application of the theories, design and technologies utilized in modern business data communications networks. Prerequisite: 42 hours

**MIS 374 - Database Management and Administration** *(3 hours)*

Introduces the fundamental concepts of database analysis, design, and implementation with emphasis on the relational model. Topics include SQL, data modeling, data normalization, tables, queries, data mining, security, database administration, and backup/recovery. Prerequisite: MIS 272 and 42 hours

**MIS 375 - Business Systems Analysis and Design** *(3 hours)*
**Core Curr. WI**

Information systems in business applications. Emphasis on relationship of information systems planning to overall business goals, policies, plans, management style, and industry condition; analysis, design, and implementation of information systems. Overview of future trends in data management. Prerequisite: MIS 272 and junior standing.

**MIS 378 - Human-Computer Interaction and Usability Testing** *(3 hours)*

Provides an introduction to the theory of human factors and process of usability testing. Explores current theory of human factors and human-computer interaction and how they should be applied to designing business systems. Emphasis placed on the scientific approach to systems testing to ensure systems meet usability standards and on the statistical benchmarking these tests provide. This is a non-technical course designed for those interested in managing the development of technical products and evaluating the usability of existing products and processes.

**MIS 379 - Information Systems Security** *(3 hours)*

An introduction to the various technical and administrative aspects of information security and assurance. Provides the foundation for understanding the key issues associated with protecting

information assets, determining the levels of protection and response to security incidents, and designing a consistent, reasonable information security system, with appropriate intrusion detection and reporting features. Prerequisite: Junior standing.

**MIS 383 - Advanced Ethical Hacking** *(3 hours)*

Provides students with hands-on experience with all phases of a security assessment for a live client. Students are responsible for planning the assessment, executing assigned tasks, and reporting results. Prerequisite: MIS 379 or CIS 435 or permission of instructor Corequisite: MIS 373 or CIS 430

**MIS 389 - Advanced Topics in Management Information System** *(1-3 hours)*

Advanced topics of special interest in management information systems, which may vary each time the course is offered. Topic and prerequisite stated in current schedule of classes. May be repeated under different topics for a maximum of six hours credit. Prerequisite:

**MIS 471 - Business Analytics Software and Applications II** *(3 hours)*

Introduces the concepts of data mining and data management. Students will learn dashboard based software that supports visual, text, unstructured and structured business analytics. They will learn how to use and apply software that allows business professionals to apply statistical techniques in a visual dashboard environment. They will apply this software to common business problems in order to understand how to use these tools in a variety of contexts. Prerequisite: MIS 272

**MIS 473 - Business Analytics Software and Applications III** *(3 hours)*

Business intelligence (BI) provides the highest level of information support to aid the manager in the decisionmaking process. This course provides the skills necessary to conceptualize, build, and implement systems utilizing a variety of business analytics software and big data analytics tools available to organizations. Prerequisite: MIS 471

**MIS 478 - MIS Capstone Consulting Project** *(3 hours)*

Students provide consulting to clients for projects, such as information systems development, the evaluation and/or implementation of new technology and other technology related business needs. Application of concepts and skills of project management. Prerequisite: MIS 375.

**MIS 479 - Topics in Management Information Systems** *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic and prerequisite stated in current Schedule of Classes. May be repeated under different topics for a maximum of

six hours credit. Prerequisite: stated in current schedule of classes

**MIS 499 - Independent Studies in Management Information Systems** *(1-3 hours)*

Studies undertaken by academically qualified students under the guidance of a faculty member, with the approval of the chair of the Department of Entrepreneurship, Technology, and Law. May be repeated under different topics for a maximum of six hours credit. Prerequisite: Stated in current Schedule of Classes

**MIS 572 - Information Systems Management** *(2 hours)*

Knowledge and application of information-related resources from a management perspective: identifying information needs, strategic uses of information systems, emerging information technologies, legal issues in information technology, managing information resources effectively. Prerequisite: Foster College of Business Graduate Student or Consent of Associate Dean.

**MIS 613 - Advanced Algorithms for Business** *(3 hours)*

Study of advance algorithms focusing on complex data structures and nonlinear systems using chaos and fractal theory for quantitative analysis. Course implements graphical geometry to represent recursion, termination of solution progress, limits, self-similarity and moving target analysis as it applies to business based financial approximations. This course is tailored to the needs of Master of Science in Quantitative Finance (MSQF) and Master of Business Administration (MBA) students. Various programming environments will be used to program solutions. Prerequisite: Consent of Instructor or MIS 275 or CIS 275\x09\x09

**MIS 614 - Topics in Advanced Business Technology** *(3 hours)*

Study of advanced topics in business technology. Topics may vary each time course is offered. Topics will be stated in current schedule of classes. May be repeated for a total of 6 credit hours. Prerequisite: Consent of Instructor\x09\x09

**MIS 658 - Topics in Management Information Systems** *(1-6 hours)*

Topics of special interest, which may vary each time the course is offered. May be repeated under different topics for a maximum of six (6) hours credit. Topic stated in current Schedule of Classes. Prerequisite: Stated in current Schedule of Classes

**MIS 660 - Readings in Management Information Systems** *(1-6 hours)*

Individual readings in Management Information Systems for qualified students, under the guidance of a member of the faculty. Repeatable to a maximum of 6 credit hours. Prerequisite: Advancement to candidacy; consent of instructor and director of graduate programs

**MIS 671 - Productivity Software for Managers** *(3 hours)*

The use of packaged software to improve personal productivity in the business environment: spreadsheets, databases, presentation graphics, database retrieval, statistics, word processing, and electronic mail. Problem-solving laboratory exercises using the different software packages.

**MIS 673 - Data Communications for Managers** *(3 hours)*

Data communications for supporting management decision making and group coordination: communication technologies, idea generation and group collaboration, data and video conferencing, emerging technologies for communication and coordination. Prerequisite: MIS 672 or consent of director of graduate programs.

**ENT 280 - Entrepreneurial Creativity** *(3 hours)*

Toolkit to think more innovatively. Students will gain knowledge of various theories of creativity and innovation and will learn how to rebuild cognitive models. By the end of the semester, students will develop at least one marketable business opportunity.

**ENT 281 - The Entrepreneurial Career** *(1 hour)*

This course is designed to give students a feel for an entrepreneurial career. The course will consist of entrepreneurs and investors as guest speakers, case studies, and opportunity recognition theory and activities. By the end of the course, students should have an understanding of the benefits and risks of being an entrepreneur and how entrepreneurs recognize opportunities

**ENT 289 - Topics in Entrepreneurship** *(1-3 hours)*

Topics of special interest in entrepreneurship, which may vary each time the course is offered. Topic and prerequisite stated in current Schedule of Classes. May be repeated under different topics for a maximum of six hours credit. Prerequisite:

**ENT 381 - Entrepreneurship for Non-Business Students** *(3 hours)*

This course is designed for students throughout the Bradley campus, except for those majoring in business. Whether your major is the arts, engineering, education, or science, the focus will be on how to launch a new venture enterprise. Students may have a serious interest in starting a business or only want to explore the world of entrepreneurship. The course will answer the question,"Would creating my own enterprise be for me?" Subjects include finding an opportunity, determining if there would be satisfied customers, the use of a business plan, obtaining

financing/resources, and deciding on the next steps to take. Students will develop an idea for starting a new venture. Prerequisite: Junior Standing, Not open to Business Majors, Cannot earn credit if taken ENT 382.

### ENT 382 - Entrepreneurship Startups *(3 hours)*

Activities involved in starting, financing, growing, and harvesting a new business venture. Entrepreneurs and their behavior, analysis of opportunities, obtaining capital, and venture strategies. Prerequisite: ATG 157; 42 credit hours and a declared entrepreneurship first major or junior standing for other majors.

### ENT 383 - Managing Entrepreneurial Growth *(3 hours)*

Students will gain a better understanding of the challenges of growing an entrepreneurial business. The course will focus on adapting growth strategies, marketing, cash management and personnel in changing competitive environments. Prerequisite: M L 350 and junior standing.

### ENT 384 - Entrepreneurial Finance *(3 hours)*

Planning and strategies involved in starting or expanding a business. Emphasis on capitalization, record keeping, liquidity management, fixed asset management, financial analysis, expansion strategies, establishing firm value, and exiting the firm. Cross-listed with FIN 384. Prerequisite: ENT 382 or FIN 322.

### ENT 385 - Technology Entrepreneurship *(3 hours)*

This course focuses on fostering the analytical and conceptual skills required to develop and test the feasibility of technology-based product-focused business concepts. The course will expose the student to issues that a product-focused company would face when attempting to launch a new venture. Prerequisite: Junior Standing

### ENT 386 - Social Entrepreneurship *(3 hours)*

This course is designed to give students some of the tools and knowledge necessary for understanding, launching and managing a social venture (not for profit or for profit). Social entrepreneurship combines the passion of a social mission with the techniques of the discipline of business. The social entrepreneur applies practical solutions to societal problems. The result may be a new product, new service, or new approach to a social problem. Prerequisite: Junior Standing

### ENT 389 - Advanced Topics in Entrepreneurship *(1-3 hours)*

Advanced topics of special interest in entrepreneurship, which may vary each time the course is offered. Topic and prerequisite stated in current schedule of classes. May be repeated under different topics for a maximum of six hours credit. Prerequisite:

### ENT 482 - The Entrepreneurial Experience *(3 hours)*

This entrepreneurship course is for students who have one or more ideas for starting a business (or nonprofit). The idea could be a retail shop or a biotech product, whatever the students decide. The course is heavily focused on actually creating an enterprise, ideally up to selling products or services. It is also possible to work on an existing venture concept and contribute to its actual development. This "hands on" course will enable students to launch ventures after the course concludes, with mentoring and assistance from the Turner Center. Prerequisite: ENT 382 or ENT 381 or consent of instructor.

### ENT 488 - Internship in Entrepreneurship *(1-3 hours)*

Supervised experience with an approved new or emerging firm or with an agency providing assistance to emerging high-technology firms. Application of entrepreneurship skills. Written application required (available from internship director). May be repeated for a maximum of 3 hours. Prerequisite: junior standing; entrepreneurship major; 2.5 overall GPA; at least one entrepreneurship-related course

### ENT 499 - Independent Study in Entrepreneurship *(1-3 hours)*

Studies undertaken by academically qualified students under the guidance of a faculty member, with the approval of the chair of the Department of Entrepreneurship, Technology, and Law. May be repeated up to 6 hours. Prerequisite: Junior standing and stated in the Schedule of Classes.

### ENT 660 - Additional Readings in Entrepreneurship *(1-6 hours)*

Individual readings for qualified students, under the guidance of a member of the faculty. 1-3 hours, may be repeated up to 6 hours under different titles/topics. Prerequisite: Advancement to candidacy; consent of instructor and director of graduate programs.

### ENT 680 - Entrepreneurial Creativity *(1 hour)*

Students will develop the tools necessary to think more creatively and generate creative entrepreneurial ideas. Students will gain knowledge of various theories of creativity and innovation and will learn how to rebuild cognitive models for creativity.

## ENT 682 - Entrepreneurship *(3 hours)*

This course is for MBA students who wish to explore launching a venture of their own or immersing themselves in another actual venture. Beyond the readings, a variety of exercises, live cases and other learning opportunities will enable participants to partially customize the course content to fit their needs and interests. Several specialists and entrepreneurs will serve as distinguished guest entrepreneurs for certain sessions. This is an applied, experiential course that allows for the application of knowledge from other MBA courses. A primary focus will be on conducting a venture feasibility or other project.

## ENT 689 - Topics in Entrepreneurship *(1-6 hours)*

Conceptual treatment of topics important to entrepreneurship. Topics stated in current Schedule of Classes. 1-3 hours, may be repeated up to 6 hours under different titles/topics. Prerequisite: Stated in current Schedule of Classes.

## BLW 289 - Topics in Business Law *(1-3 hours)*

Topics of special interest in business law, which may vary each time the course is offered. Topic and prerequisite stated in current Schedule of Classes. May be repeated under different topics for a maximum of six hours credit. Prerequisite:

## BLW 342 - Legal Environment of Business *(3 hours)*
### Core Curr. SB

Introduction to the fundamentals of law as it relates to business including the social, equitable, and ethical concerns. The influence of the government regulation of business including procedure, managing disputes, constitutional law, contracts, torts, international business, business organizations, labor, agency, environmental concerns, and consumer law. Emphasis on analytical legal reasoning and the case method. Prerequisite: junior standing

## BLW 345 - Law of Business *(3 hours)*

Principles of the law of contracts, sales and the commercial code, commercial paper, agency, business organizations, and bankruptcy. Prerequisite: BLW 342

## BLW 347 - Law and the Entrepreneur *(3 hours)*

Introduces students to legal requirements of forming a business and how to anticipate legal concerns and risks during the life of the business. Covers legal issues, such as intellectual property, contracts, entity formation, and venture capital funding. Prerequisite: junior standing

## BLW 355 - Labor-Management Relations *(3 hours)*

Collective bargaining as a social innovation in labor-management relations. Current public policy, major substantive issues in management and union policies, and tactics in collective bargaining and dispute settlement. Case studies. Prerequisite: Junior standing; M L 350 or consent of ETL department chair

## BLW 360 - Business & Intellectual Property *(3 hours)*

Introduction to the different types of intellectual property a business may acquire and the legal principles surrounding the protection of the intellectual property. Prerequisite: Junior standing

## BLW 389 - Advanced Topics in Business Law *(1-3 hours)*

Advanced topics of special interest in business law, which may vary each time the course is offered. Topic and prerequisite stated in current schedule of classes. May be repeated under different topics for a maximum of six hours credit. Prerequisite:

## BLW 395 - Real Estate Law *(3 hours)*

Basic principles of real estate law and practices including extent of real estate interests, present and future interests and non-possessory interests, fixtures, liens, legal descriptions, co-ownership, landlord-tenant, brokerage, contracts, financing, mortgages, deeds, closing, transfer of real estate after death, and tax aspects. Prerequisite: junior standing

## BLW 446 - Employment Law *(3 hours)*

Legal issues surrounding employment, including the employment relationship, equal opportunity laws, discrimination, personnel handbooks, testing, workers' compensation, federal wage and hour law, OSHA, ERISA, and federal labor law. Prerequisite: BLW 342

## BLW 499 - Independent Studies in Business Law *(1-3 hours)*

Studies undertaken by academically qualified students under the guidance of a faculty member, with the approval of the chair of the Department of Entrepreneurship, Technology, and Law. Repeatable to 6 s.h. Prerequisite: Junior standing.

## BLW 542 - Legal Environment of Business *(2 hours)*

Analysis of the legal environment in which business operates emphasizing the ethical and equitable influence on legal development. Study of specific areas of procedure, constitutional law, contracts, torts, international business law, business organizations, and the regulatory environment related to labor, environmental, and consumer law. Cannot be used to satisfy MBA elective or concentration requirements. Prerequisite: Consent of director of graduate programs

**BLW 648 - Legal Aspects of Fraud Examination** *(3 hours)*
Introduces students to the various legal issues associated with both civil and criminal fraud examinations and the process of taking the fraud issues to trial. Prerequisite: Graduate student in the Foster College of Business or consent of instructor.

**BLW 689 - Topics in Business Law** *(1-3 hours)*
Conceptual treatment of topics related to business law. 1-3 hours, may be repeated up to 6 hours under different titles/topics.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# FINANCE

**All programs offered by the Foster College of Business, Bradley University, are accredited by the AACSB International: The Association to Advance Collegiate Schools of Business.**

**FACULTY** Professors Hatfield (Gerald Stephens Professor), Horvath, Sinha; Executive in Residence Funkhouser. Chair: Dr. Matt O'Brien

The Department of Finance serves finance majors, minors, as well as other majors wishing to enroll in finance courses. Solid foundations in the fundamentals of these fields and the supporting areas of mathematics, communications, and the sciences, both natural and social, are stressed by departmental faculty.

Social and professional activities available to students include the Financial Management Association and its National Honor Society.

## Finance Major

Finance is the art and science of managing money and claims against money. The study of finance involves an analytic treatment of decision-making under conditions of risk and uncertainty. Graduates of this program are prepared to enter the dynamic and challenging world of finance or to continue their education in graduate school. Graduate programs and law schools attract many graduates. The finance major enables students to understand the problems of obtaining and using monetary resources. Students select options preparing them for work in corporate finance, the securities area, futures, forward markets, options markets, real estate, insurance, or personal financial planning.

### Corporate

Students interested in corporate finance select courses providing a background in the various financial elements of corporate activities. Typically, financial management decisions involve capital budgeting and financing decisions as well as the daily activities associated with allocating and obtaining funds. A variety of optimization and modelling techniques are studied. The ability to develop a sound financial analysis of an opportunity is emphasized.

### Securities

Students interested in the securities area select courses that will develop their skills in analyzing and selecting investment opportunities. Portfolio analysis as well as identification of individual security characteristics are stressed. The markets for securities of all types, domestic and international, are studied to provide an understanding of their opportunities and constraints. Implications of market efficiency are considered. The ability to develop a worthwhile and unique analysis of investments is emphasized.

## Markets and Institutions

Students interested in financial institutions such as insurance companies, banks, pension funds, and finance companies select courses that will prepare them for positions in these organizations. Modern technology, globalization and newer ideas associated with managing financial institutions are of particular importance. The decision-making ability needed for proper management of progressive organizations is developed through a variety of rigorous courses.

## Other

The curriculum structure is suitable for students planning graduate study or entrepreneurial activities. Many past students now own and operate their own businesses. Due to the highly quantitative nature of many areas of finance, the entering student is advised to have a strong mathematics background. Three years of algebra, one year of geometry, and a semester of trigonometry are recommended.

## Departmental requirements for a finance major

- A total of 24 hours in finance courses including the core: FIN 322 Business Finance, FIN 325 Investment Analysis, FIN 328 Financial Institutions and Markets.
- FIN 494, Financial Strategy, plus a minimum of 3 additional hours in finance courses at the senior (4xx) level. These classes count as part of the required 24 hours in finance.
- Three hours from courses designated as "tools courses," selected from:
  - Q M 326 Business Forecasting
  - Q M 364 Decision Support Systems
  - ECO 319 Introduction to Econometrics
  - ECO 418 Mathematical Economics
- An approved three-hour functional area international course, selected from:
  - FIN 323 International Financial Management
    
    *Note: FIN 323 also counts as part of the required 24 hours in finance.*
  - ECO 390 International Monetary Economics

- ○ ECO 391 International Trade
- Q M 260 Quantitative Methods in Finance **or** MTH 122 Calculus II
- At least three hours in accounting beyond ATG 157 and ATG 158, selected from:
  - ○ ATG 314 Cost Accounting
  - ○ ATG 301 Intermediate Accounting

- ## Typical Course Sequence

  For a four-year course plan for each major in the Foster College of Business, go to:http://www.bradley.edu/academic/colleges/fcba/ (http://www.bradley.edu/academic/colleges/fcba/).

# Finance Minor

A Minor in Finance from Foster College of Business enhances your financial decision making skill as you pursue your chosen major. Students with finance minors understand the importance of monetary and financial factors in business functions, thereby expanding their knowledge and enriching job prospects.

Required Course

- FIN 322 Business Finance

Electives: 12 hours from groups A and B

Group A Electives (Select 1)

- Q M 260 Quantitative Methods in Finance
- Q M 263 Quantitative Analysis II

Group B Electives (Select 3)

- FIN 323 International Financial Management
- FIN 327 Derivative Securities
- FIN 328 Financial Institutions and Markets
- FIN 329 Commercial Bank Management
- FIN 330 Financial Services Marketing
- FIN 325 Investment Analysis
- FIN 422 Financial Analysis
- FIN 423 Advanced Business Finance
- FIN 424 Capital Budgeting
- FIN 425 Portfolio Theory and Management

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# FINANCE COURSES

**FIN 220 - Personal Finance** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

Principles and practice of management of personal income, wealth, and credit: budgeting, sources of financing, savings, estate planning, and institutions of personal finance.

**FIN 322 - Business Finance** *(3 hours)*

Capital budgeting and principles of financial management. External and internal sources of funds: costs and profitable uses in business organizations. Prerequisite: ATG 157 and junior standing or 42 credit hours and declared finance or actuarial science first major.

**FIN 323 - International Financial Management** *(3 hours)*

Financial characteristics of international business. International exchange, liquidity, markets, investments, and banking, in context of historical development, environmental characteristics, economic factors, political systems, and legal constraints. Emphasis on exchange rate exposure management. Cross listed as IB 323. Prerequisite: ATG 158; ECO 222; junior/senior standing.

**FIN 325 - Investment Analysis** *(3 hours)*

Principles of investment analysis. Introduction to security valuation using fundamental analysis with associated trading rules. Introduction to technical analysis/charting with trading rules. Functions and descriptions of securities markets and trading. Prerequisite: FIN 322, QM 262 or MTH 325.

**FIN 327 - Derivative Securities** *(3 hours)*

Overview of options, futures, swaps, and related financial securities. Examination of exchanges, pricing issues, arbitrage, and trading strategies. Applications emphasize the use of derivative securities for managing financial risk. Prerequisite: FIN 322; QM 260 or MTH 122.

**FIN 328 - Financial Institutions and Markets** *(3 hours)*

Operation of financial institutions and interrelationships between their operations and economic activity; credit flow and money movements, in the context of financial institutions' operations. Structure and organization of the financial system; emphasis on markets and intermediaries. Prerequisite: ECO 100 or 221; ECO 222; junior standing.

## FIN 329 - Commercial Bank Management *(3 hours)*

The role of commercial banks in the capital markets; introduction and application of financial management concepts, tools, and techniques to the fundamental financial decisions that managers of commercial banks make. Focus is on the dynamic banking environment, regulations, nature of risks, asset and liability management, investment and credit decisions, and financing decision of commercial banks. Prerequisite: FIN 322, FIN 328.

## FIN 330 - Financial Services Marketing *(3 hours)*

Examination of the increasing use of marketing techniques in the financial services industry and the changing environment of financial services. Course is structured around the core marketing principles of buyer behavior, segmentation, product development, distribution, pricing and promotion, as well as topics such as relationship marketing, customer loyalty, and technological developments. Designed for students with an interest in banking, insurance, securities, and other financial services industries. Cross listed with MTG 330. Prerequisite: FIN 322, MTG 315.

## FIN 384 - Entrepreneurial Finance *(3 hours)*

Planning and strategies involved in starting or expanding a business. Emphasis on capitalization, record keeping, liquidity management, fixed asset management, financial analysis, expansion strategies, establishing firm value, and exiting the firm. Cross-listed with ENT 384. Prerequisite: ENT 382 or FIN 322.

## FIN 421 - Liquidity Management *(3 hours)*

Managing firms' liquidity position; emphasis on use of positive and normative models dealing with short term assets and liabilities; ensuring liquidity while enhancing firm value. Prerequisite: FIN 322, QM 263.

## FIN 422 - Financial Analysis *(3 hours)*
## Core Curr. WI

Interpretation and analysis of corporate financial statements. Current annual and interim reports as a source of data for management, stockholders, and creditors. Prerequisite: FIN 322, QM 263.

## FIN 423 - Advanced Business Finance *(3 hours)*

Complex problems of the corporate finance manager. Emphasis on modern finance tools in managerial decision making. Recent literature of corporate finance. Prerequisite: FIN 322 and QM 263

**FIN 424 - Capital Budgeting** *(3 hours)*

Long-term capital investment decisions and long-term financing. Strategic wealth creation, general valuation principles, evaluation of net present value rule, alternative capital budgeting methods, ranking projects, taxation, marginal cash flows, and the impact of inflation. Single-investment risk analysis, risk analysis for top management and fully diversified investors, cost of capital, capital structure, dividend policy, interactions between investment and financing decisions, leasing, and capital rationing. Prerequisite: FIN 322, QM 263.

**FIN 425 - Portfolio Theory and Management** *(3 hours)*

Introduction to portfolio theory. Diversification concepts. Market-oriented capital asset pricing model, options pricing model, and arbitage pricing theory. Market efficiency. Relationship of portfolio theory to fundamental and technical analyses. Portfolio management and evaluation techniques. Prerequisite: FIN 325; QM 260 or MTH 122; QM 263 or MTH 326

**FIN 426 - Financial Research & Modeling** *(3 hours)*

Modeling financial processes, cash flows, security prices, etc., for decision making. Econometric, distribution-based, Markov and Stochastic Process concepts are employed. Treats risk/uncertainty identification, measurement and management. Prerequisite: QM 260; QM 263 or MTH 326; FIN 325

**FIN 429 - Topics in Finance** *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic and prerequisite stated in current Schedule of Classes. May be repeated under different topics for a maximum of nine hours credit.

**FIN 494 - Financial Strategy** *(3 hours)*

Contemporary review of theory and practice of financial risk management. Principles for managing financial risk are applied to interest rates, exchange rates, and commodity prices. Financial engineering is incorporated into unified ethical and sustainable managerial problem solving and policy decisions designed to achieve successful operations. Supporting financial elements areas are integrated to understand and appreciate their interdependencies and benefits as a culminating academic experience. Prerequisite: 12 hours of finance at 300 or 400 level.

**FIN 498 - Independent Study in Finance** *(1-3 hours)*

Studies undertaken by academically qualified students under guidance of a faculty member. Open to Finance and Quantitative Methods Department majors only. May be repeated under

different topics for a maximum of six hours credit. Prerequisite: junior/senior standing; 2.5 cumulative grade point average; consent of Department Chair.

## FIN 522 - Introduction to Finance *(2 hours)*

Principles of financial management; financial systems and flow of funds; time value of money and its application; raising and allocation of funds; financial analysis, planning, and forecasting. Cannot be used to satisfy MBA elective or concentration requirements.

## FIN 622 - Financial Management *(3.5 hours)*

Review of essential concepts necessary for foundational support of graduate topics. Areas of study include the financial framework and analysis of business; Management of the flow of funds through a company; capital and cash budgeting; valuation problems; risk analysis; evaluation of alternative methods of financing under changing conditions. Prerequisite: Foster College of Business Graduate Student or Consent of Associate Dean.

## FIN 623 - Multinational Financial Management *(3 hours)*

How global financial markets accommodate various cultural, legal, economic, and exchange rate systems. How different conventions apply to country-specific accounting, operating, marketing, and financing. Multinational interaction and exposure management are emphasized. Prerequisite: completion of all MBA prerequisite courses.

## FIN 624 - Capital Budgeting *(3 hours)*

Long-term capital investment decisions, policy, concepts, tools and techniques. Builds on NPV decision rule, cash flow, CAPM and APT, real options, and jump process approaches; risk considerations emphasized. Prerequisite: completion of foundation courses, FIN 622.

## FIN 625 - Financial Analysis *(3 hours)*

Contemporary theoretical and applied approaches to analyzing financial health. Managerial implications. Application and interpretation of ratios; univariate and multivariate tools. Financial modeling. Prerequisite: Completion of all MBA prerequisite courses.

## FIN 627 - Financial Risk Management *(3 hours)*

Risks induced by input factor, interest rate, and currency exchange rate changes are analyzed for interpretation, reduction, offset, or alternative adjustment. How the firm can enhance financial performance relative to risk taken. Prerequisite: completion of all MBA prerequisite courses.

## FIN 633 - Quantitative Methods in Finance *(3 hours)*

Emphasizes the mathematical structure of and methods for model solutions in asset and derivative pricing, capital budgeting and real options, financing and liquidity. Includes solutions of systems of equations, complementarity, and optimization. Applications of numerical analysis, integration and differentiation, functional and differential equation solutions. Prerequisite: consent of department chair.

## FIN 636 - Fixed Income *(3 hours)*

Develops term structure models and options based on fixed-income securities. Standard lognormal models, short-term interest rate models, and more complex derivative models. Prerequisite: consent of department chair.

## FIN 637 - Derivatives II *(3 hours)*

Advanced topics in derivative securities. Builds on introduction to derivatives and fixed income course. Develops numerical techniques used to implement pricing methodologies, term structure models, and options based on fixed income securities. Prerequisite: consent of department chair.

## FIN 639 - Uncertainty Analysis and Measurement *(3 hours)*

The nature and importance of modeling and measuring uncertainty; theoretical and computational approaches to modeling and measuring uncertainty; qualitative and quantitative uncertainty modeling and measurement; computational issues in uncertainty modeling and measurement; simulation, moment generating and characteristic probability functions. Prerequisite: Consent of department chair.

## FIN 649 - Quantitative Finance Capstone *(3 hours)*

A capstone course that will develop topics of special interest which may vary each time the course is offered. Topic stated in current Schedule of Classes. A maximum of three credit hours of topics courses are allowed. Prerequisite: consent of department chair.

## FIN 655 - Practicum in Quantitative Finance *(3 hours)*

Providing solutions to complex financial problems under faculty supervision, with a financial benefit. May involve research with faculty. Up to three hours credit. Repeatable to a combined total of six credit hours. Prerequisite: Graduate Master of Science in Quantitative Methods student in good standing; approval of Director of Master of Science in Quantitative Methods program.

**FIN 658 - Topics in Finance** *(3 hours)*

Topics of special interest which may vary each time the course is offered. Topic stated in current Schedule of Classes.

**FIN 659 - Topics in Quantitative Finance** *(3 hours)*

Topics of special interest which may vary each time the course is offered. Topic stated in current Schedule of Classes. Prerequisite: Consent of department chair.

**FIN 660 - Readings in Finance** *(1-3 hours)*

Individual readings for qualified students, under the guidance of a member of the faculty. Repeatable to a maximum of 3 credit hours. Prerequisite: Consent of instructor and director of graduate programs.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# INTERNATIONAL BUSINESS PROGRAM

**All programs offered by the Foster College of Business, Bradley University, are accredited by the AACSB International: The Association to Advance Collegiate Schools of Business.**

**Faculty:** Faculty: Iyer (Director), Foley, Rubash, Highfill.

The international business major is interdisciplinary, integrating international studies and foreign languages with business. Supplementing the academic program are opportunities for participating in internships with international companies, study abroad, and internationally oriented business outreach.

The objective of the international business curriculum is to provide opportunities for students to gain competence in various aspects of global business operations. In addition, a broad training incorporating international studies and foreign language will make the student better prepared to assume managerial positions with business enterprises. Most international business majors will seek employment with companies engaged in international business activities, such as exporters and multinational corporations. Other potential employers include international business intermediaries (banks, trading companies, research and consulting firms, transportation agencies, port authorities, and so on), international economic institutions, and state and federal agencies.

The need for a separate curriculum in international business is reinforced by growing internationalization and globalization of American business and interdependency of world economies. Today, businesses find themselves in intense competition with foreign companies here at home. More direct involvement in international business comes in the form of global sourcing activities, exporting, licensing and technology transfer, and foreign direct investment. A variety of small and large companies in the manufacturing, service, and agricultural sectors currently participate in international business.

Students may study international business at Bradley University in three ways. First, students may major in international business leading to an undergraduate baccalaureate degree. Others may pursue international business in addition to another major outside the Foster College of Business. Still others may take as electives one or more courses in international business.

# Graduation Requirements

# International Business Major Requirements

In addition to the University and Foster College of Business requirements, students enrolled in the international business major must fulfill the following requirements:

World Language - 12 hrs.

- For French, German, or Spanish: 12 hours at 200 level or above, with 3 semesters in the same language.
- For Portuguese, Russian, Hindi, or Mandarin: 12 hours at the 100 level or above, with all credits in a single language.

International Studies - 6 hrs.

IS 103, 104 Introduction to International Studies - 6 hrs.

**Area Studies* - 6 hrs.**

- Africa: IS 340, 440, 448
- Asia: IS 182, 385
- East Asia: HIS 207, IB 204, IS 285, 318, 381
- Europe: IS 330, 331
- Globalization: IS 410, 475
- Latin America: HIS 125, IS 322, 323
- Middle East: HIS 206, IS 363
- Russia/CIS: HIS 208, IS 353, 355, 359
- South & Southeast Asia: IS 373

> *An IS course used to satisfy the BCC World Cultures or Global Perspectives requirement may be counted toward the Area Studies requirement in International Business. Courses fulfilling the Area Studies requirement, other than those listed above, must be approved by the director of the International Business program.*

International Business - 15 hrs.

- IB 206 Introduction to International Business - 3 hrs. (required for all International Business majors)
- IB 302 Global Trade Management - 3 hrs.
- IB 323 International Financial Management - 3 hrs.
- IB 390 International Monetary Economics **or** IB 391 International Trade* - 3 hrs.
- IB 446 Global Marketing Management - 3 hrs.
- A Second Major or Minor in Business - minimum 12 hrs.

Complete a minor or second major in the FCB with a minimum of 12 unique credit hours.

Study Abroad - 3 hrs.

In addition to the above requirements, each international business major is required to earn at least three semester hours (or the equivalent) of college credit while enrolled in one or more approved study abroad programs.

## Other Requirements

1. The total number of semester hours required for the international business major, including college and university requirements, is 124 hours.

2. International business majors must plan their schedules to include Introduction to International Studies I and II (IS 103 and 104) as well as two Area Studies offerings (courses dealing with Latin America, Europe, Africa, Russia, Commonwealth of Independent States, the Middle East, South and Southeast Asia, or East Asia). Problems of the Developing World (IS 275) may be taken as one of the Area Studies requirements. Students can fulfill their area studies requirements as part of non-Western civilization and social forces and institutions courses as long as they select those courses that are in the approved general education curriculum.

3. International business majors must complete a total of 12 semester hours of world language study:

   **For French, German, or Spanish**, the 12 hours must be at the 200 level or above. It is recommended that students concentrate on the best proficiency possible in one world language, but it is possible to take 9 hours in one language and 3 hours in another. Those students who have previously studied a world language must take the placement test given by the Department of World Languages and Cultures. Students who place at the 300-level should consult with the chair of the Department of World Languages and Cultures to determine the best sequence of courses for them. These students will have the opportunity to take several of their required courses in specially designed courses such as Commercial Language, Introduction to Translation, Civilization and Culture, Spanish Interpretation, Everyday and Idiomatic French, and so on. International business majors especially interested in achieving an advanced level of oral proficiency in a world language are encouraged to spend a summer, a semester, or a year studying abroad.

   **For Portuguese, Russian, Hindi, or Mandarin**, the 12 hours may be at the 100 level or above, but all credits must be earned in a single language.

   **Students whose native language is not English** are strongly urged to pursue 12 hours of study above the 100-level in a world language offered at Bradley, particularly if they already have a basic knowledge of that language. However, foreign students whose native language is not English but is one widely used in international trade may choose (with the approval of the international business director) to increase their knowledge of the language and culture of the United States by completing the following curriculum in lieu of the world language requirement.

   - Three hours of English language or linguistics in addition to the University 300-level writing requirement, to be selected from the following: ENG 300, ENG 301, ENG 304, or ENG 306.
   - Three hours of American literature: ENG 233, 235, or 336.

- Six hours of American studies (only 3 hours of which may be taken per department) to be selected from: AAS 200, HIS 300, HIS 311, PLS 105, and WGS 200.

## Typical Course Sequence

For a four-year course plan for each major in the Foster College of Business, go to: http://www.bradley.edu/academic/colleges/fcba/ (http://www.bradley.edu/academic/colleges/fcba/).

# Study Abroad And Co-Op Opportunities

International business majors are strongly encouraged to participate in at least one study abroad experience. The university offers ongoing study abroad opportunities described elsewhere in this catalog. For opportunities relating to participation in other overseas study programs, students should inquire with the university's director of study abroad.

The business Cooperative Education/Internship opportunity is also described elsewhere in this catalog. Opportunities may become available for international business majors to obtain their practical experience in a position related to international business.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# INTERNATIONAL BUSINESS COURSES

**I B 101 - International Intellectual and Cultural Events** *(1 hour)*

Introduction to international events, other cultures, and the globalized nature of business environments. Presentations from various international groups on campus. Participation in international cultural events in the community. Pass/Fail.

**I B 204 - Business in Chinese Culture** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC**

Overview of sociocultural, religious, historical, economic, and political contexts as these impact ways that business is conducted in China. Examination of the blend of traditional value systems, Communist ideology, and global modernization as influences on contemporary commercial practices in and with China. In-country visits to observe cultural sites and business activities. Prerequisite: ECO 100 or ECO 221 (or equivalent); sophomore standing.

**I B 205 - Business in Indian Culture** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC**

Overview of sociocultural, religious, historical, economic, and political contexts as these impact ways that business is conducted in India. Examination of the blend of traditional value systems and global modernization as influences on contemporary commercial practices in and with India. In-country visits to observe cultural sites and business activities. Prerequisite: ECO 100 or ECO 221 (or equivalent); sophomore standing

**I B 206 - Introduction to International Business** *(3 hours)*

**Core Curr. GP GS**

Contemporary international business patterns; emphasis on how international is different from domestic. Management of strategic international activities for an exporting firm or a multinational corporation. How international business is affected by countries' social systems; the interface among nations, states, and firms conducting foreign business. Alternative ways that international business may evolve. Prerequisite: Sophomore Standing or approval of Director of IB program

**I B 208 - Business in Mexican Culture** *(3 hours)*
**Gen. Ed. NW**

Overview of anthropological, cultural, religious, historical, economic and political contexts in which Mexican business takes place. Examination of the blending of indigenous and European influences on modern-day Mexican commercial practices. In-country visits to observe cultural sites and commercial interactions. Prerequisite: ECO 100 or ECO 221 (or equivalent); sophomore standing.

**I B 302 - Global Trade Management** *(3 hours)*

Overview of trade management issues, procedures, requirements, and strategies. Focus on global trade management, implementation of international marketing plans, effective global supply chains, and trade finance. Examination of influencing factors including cultural awareness, compliance with government regulations, use of technology, resources, and documentation. Prerequisite: IB 206 and junior standing; or 42 credit hours and declared International Business first major or approval of Director of IB program.

**I B 323 - International Financial Management** *(3 hours)*

Financial characteristics of international business. International exchange, liquidity, markets, investments, and banking, in context of historical development, environmental characteristics, economic factors, political systems, and legal constraints. Emphasis on exchange rate exposure management. Cross listed as FIN 323. Prerequisite: ATG 158; ECO 222; junior/senior standing.

**I B 391 - International Trade** *(3 hours)*
**Core Curr. GP GS**

Welfare implications of international trade; balance of payments; equilibrium and disequilibrium; external and domestic policy effects on the balance of payments and welfare; international trade and financial cooperation among nations. Cross listed as ECO 391. Prerequisite: ECO 100 or 221; ECO 222; junior standing.

**I B 400 - Topics in International Business** *(1-3 hours)*

Topics of special interest which may vary each time course is offered. Topic and prerequisites stated in current Schedule of Classes. Repeatable for a maximum of 6 hours credit under different topics. Prerequisite: junior standing; consent of instructor.

**I B 446 - Global Marketing Management** *(3 hours)*

Covers the development of strategic and tactical marketing decisions in a global marketplace. Market potential analysis; alternative entry and expansion strategies; standardization versus adaption of product and promotion strategies; pricing, distribution, and sourcing strategies in global operations are discussed. Elements of an integrated global marketing in diverse national and regional economic, legal-political and cultural settings; multinational business organization and control issues. Prerequisite: IB 302 or approval of the Director of the IB program. Open to International Business majors only.

**I B 498 - Independent Study in International Business** *(1-3 hours)*

May be repeated for a maximum of 3 semester hours. Prerequisite: junior/senior standing and approval of international business coordinator.

**I B 656 - International Business Administration** *(3 hours)*

Impact of economic, cultural, legal/political, institutional, and competitive issues on the management of international and global business operations. Adjustment of strategic and tactical entry mode, marketing, production, human resources, and financial decisions to macroenvironmental constraints in selected world regions and markets. Case studies and reports. Prerequisite: M L 620 or MTG 624 or consent of instructor; consent of director of graduate programs.

**I B 658 - Topics in International Business** *(1-3 hours)*

Topics of special interest which may vary each time the course is offered. Topic stated in current Schedule of Classes.

**I B 660 - Readings in International Business** *(1-3 hours)*

Individual readings for qualified students, under the guidance of a member of the faculty. Repeatable to a maximum of 3 credit hours. Prerequisite: consent of instructor and director of graduate programs.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the*

*Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MANAGEMENT AND LEADERSHIP

**All programs offered by the Foster College of Business, Bradley University, are accredited by the AACSB International: The Association to Advance Collegiate Schools of Business.**

**FACULTY** Professors Buchko, Fink (Chair), Goitein, Weinzimmer; Associate Professors Brown, Robin; Assistant Professor Baumann; Instructors Burek, Wood

The Management and Leadership Department curricula provide students with the educational experiences of reasoning, problem solving, teamwork, and decision making so that they will be qualified to accept responsible positions in business and the public sector.

Specific departmental objectives include the following: (1) To give students the historical perspective necessary to understand the evolution of business in a global, social, political, economic, and technological environment; (2) To excite students about new ideas and knowledge; (3) To help students develop understanding and skill in the practice of management; (4) To provide students with a basic understanding of major management disciplines, including human resource management, operations management, and strategic management; (5) To develop well-informed individuals who understand their ethical and social responsibilities in business situations; (6) To enable students to understand the operation of our business and economic systems; and (7) To develop the ability to think clearly, analyze carefully, and express thoughts and conclusions logically.

Students majoring in Management and Leadership may elect a concentration in human resource management or business law. The department also offers a minor in management.

# Management And Leadership Major

The Management and Leadership major provides a solid foundation in the skills and concepts necessary to meet the complex and challenging tasks of management. The program concentrates on developing the decision-making, problem identification, problem-solving, and interpersonal skills essential for combining the organization's various resources to promote organizational effectiveness.

Students in the Management and Leadership major are prepared for management positions in both industry and not-for-profit settings. In larger organizations, graduates typically obtain entry-level management positions. Further, the major provides the background necessary to later

advance to middle and upper-level management positions. In smaller firms, graduates may expect to enter middle or upper-level management positions. They may also find roles in consulting, or other advisory capacities. Students who are uncertain as to their career goals will find that the Management and Administration major provides excellent preparation in business for a wide range of job opportunities. Additionally, students are well prepared for graduate-level business (MBA, DBA, PhD) or public administration (MPA) programs, law school, and other graduate school programs.

## Departmental requirements for the Management and Leadership major are as follows:

- M L 300 Environments of Organizations
- M L 353 Operations Management in Organizations
- M L 356 Human Capital in Organizations
- M L 357 Leading Organizations
- M L 358 Managerial Decision Making
- PSY 101 Principles of Psychology
- Nine hours of M L elective courses

Nine hours of M L major elective courses. At least 6 of 9 hours must be M L prefix. Remaining hours can be selected from ATG 268, BLW 345, BLW 355, BLW 446, ENT 280, ENT 382, ENT 383, ENT 385, ENT 386, MIS 272, MIS 375, or other M L courses.

## Typical Course Sequence

For a four-year course plan for each major in the Foster College of Business, go to: http://www.bradley.edu/academic/colleges/fcba/ (http://www.bradley.edu/academic/colleges/fcba/).

## Concentration in Human Resource Management

- M L 300 Environments of Organizations
- M L 356 Human Capital in Organizations
- M L 357 Leading Organizations
- M L 358 Managerial Decision Making
- BLW 446 Employment Law
- M L 456 Compensation Management
- M L 457 Advanced Human Capital Management

Two of the following:

- ECO 310 Labor Problems
- PSY 321 Industrial and Organizational Psychology
- BLW 355 Labor-Management Relations
- PSY 411 Tests and Measurement
- M L 415 Diversity in the Workplace
- M L 420 Performance Management

## Typical Course Sequence

For a four-year course plan for each major in the Foster College of Business, go to: http://www.bradley.edu/academic/colleges/fcba/ (http://www.bradley.edu/academic/colleges/fcba/).

## Concentration in Business Law

- PSY 101 Principles of Psychology
- BLS 342 Legal Environment of Business
- BLW 345 Law of Business
- BLW 446 Employment Law
- M L 300 Organizational Environments
- M L 353 Operations Management
- M L 356 Human Resource Management
- M L 357 Leading Organizations
- M L 358 Managerial Decision Making

    Two of the following:
- BLW 347 Law and the Entrepreneur
- BLW 355 Labor Management Relations OR CON 394 Construction Labor and Unions
- BLW 395 Real Estate Law
- BLW 360 Business and Intellectual Property or COM 330 Communication Law and Ethics
- ECO 310 Labor Economics OR ECO 362 Economics and Law
- PLS 317 International Law OR PLS 459 Constitutional Law OR PLS Constitutional Law
- 3 hours of M L, BLW, ENT or MIS approved elective courses

## Typical Course Sequence

For a four-year course plan for each major in the Foster College of Business, go to: http://www.bradley.edu/academic/colleges/fcba/ (http://www.bradley.edu/academic/colleges/fcba/).

Management and leadership majors must satisfactorily complete at least 15 hours of BLW, ENT, MIS, or M L-prefixed courses at Bradley University. Students desiring concentrations should declare their intentions as early as possible and should consult with their advisor to ensure that the correct courses are taken. Students should also note that some courses are offered only once each year.

# Management And Leadership Minor

The minor in Management and Leadership provides students with essential background, understanding, knowledge, and skill in the practice of management. The minor in management aims to complement the focus area of their respective majors and, importantly, enhance personal career plans. The minor is comprised of 15 semester hours of study. The 15-hour minor includes required management foundations (9 hours) and selected management electives (6 hours). The requirements for the minor are outlined below. Students whose major is from the Foster College of Business must have at least 12 hours in courses that are unique from those used to fulfill their major requirements.

## Required Management Foundations

- M L 250: Interpersonal Relations in Organizations - 2 hrs.
- M L 350: Managing for Results in Organizations - 2 hrs.
- M L 356: Human Capital in Organizations - 3 hrs.
- M L 357: Leading Organizations - 2 hrs.

## 6 hours of M L Elective courses:

Courses must be selected from M L prefix courses that are not required in the Foster College of Business Core.

Students who desire to minor in Management and Leadership must be approved by the chair of the Management and Leadership Department prior to enrolling in the program. The chair must also approve recording the completion of the minor on the transcript. Transfer policies for minors are the same as those for Foster College of Business majors. Prior approval of transfer credit must be secured from the chair of the Management and Leadership Department.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MANAGEMENT AND LEADERSHIP COURSES

**M L 300 - Environments of Organizations** *(2 hours)*

Prepares students to be productive managers by increasing their understanding of the organization context. Provides an overview of the environments in which firms operate. Gives students a fundamental understanding of the various industries in which firms function and the key issues within those environments that affect the practice of management (including adapting to global environments, sustainability, and ethics) providing students with the conceptual frameworks and tools that will enable them to analyze and understand the managerial context. Students discuss and perform analysis and assessment of the environments of organizations. Prerequisite: Junior Standing.

**M L 315 - Risk and Insurance** *(3 hours)*

Insurance aspects of risk. Nature of risk assessment and control and financing activities in organizations. Firm risk policy issues. Cross-listed as ASB 315. Prerequisite: Junior standing.

**M L 350 - Managing for Results in Organizations** *(3 hours)*

Planning, organizing and control processes as practices of management. Introduction of management roles, functions, and skills, and evolution of management thought. Discussion of general and task environment and organizational stakeholders. Analysis of planning, strategy, and decision-making frameworks. Foundations of organizational structure and design, human capital, and managerial control models including feedback systems. Application of concepts to contemporary examples. Prerequisite: Junior standing or declared first major and 42 credit hours. Students who have already completed M L 352 will not receive credit for this course.

**M L 353 - Operations Management in Organizations** *(3 hours)*

Survey of issues and methods related to designing, implementing, and controlling the production and delivery of goods and services. Topics include waiting line management, forecasting, project management, JIT and lean operations, supply chain management, Six Sigma quality management, and strategic importance of operations management. Prerequisite: Q M 262; M L 350

**M L 354 - Maximizing Effectiveness in Organizations** *(3 hours)*

Organizational effectiveness theories and techniques. Analysis and data gathering tools including employee survey research, process mapping, organizational culture assessment, and systems

thinking. Action planning and implementation topics including organizational adaptability, leadership coaching, and organizational change management. Introduction to consultative skills. Prerequisite: M L 250, M L 350, PSY 101

## M L 356 - Human Capital in Organizations *(3 hours)*

A survey course considering the strategic management of firm's human capital in the context of the human resource management function. Covers the legal, strategic, and regulatory facets of human resource management along with the topics of staffing, training, compensation management, and labor relations. Experiential exercises, case studies, and class presentations will be used to illustrate the effective and efficient management of a firm's human capital through human resource management. Prerequisite: M L 350

## M L 357 - Leading Organizations *(2 hours)*

Theory and practice of organizational leadership skills. Exposure to major leadership theories and advanced interpersonal techniques. Transformational Leadership, Servant Leadership, Authentic Leadership, building self-awareness, empowering followers, and communicating with influence. Applied projects and in-class experiences. Prerequisite: M L 250; junior/senior standing

## M L 358 - Managerial Decision Making *(3 hours)*

Descriptive and prescriptive approaches; formal and informal methods. Emphasis on subjective judgments and choices. Prerequisite: Junior standing.

## M L 394 - Supply Chain Tools and Techniques *(3 hours)*

Prepares students for work as supply chain professionals by giving them familiarity with the dominant terminology, tools, and approaches used in supply chain management. Cross-listed with MTG 394. Prerequisite: MTG 315, M L 353

## M L 406 - International Management *(3 hours)*

Managers increasingly have to interact, negotiate and compromise with people from contrasting cultures. The potential for management frustration, costly misunderstandings and even business failures increases significantly when dealing with people whose values, beliefs, customs and first language are different. However, when understood and successfully managed, differences in culture can lead to innovative business practices and sustainable sources of competitive advantage. Prerequisite:

## M L 415 - Diversity in the Workplace *(3 hours)*

As managers, as members of the workforce, and as human beings, all of us are being called to invest in diversity in ways that enable us to overcome its challenges and reap its benefits. In this introductory course, we will consider how understanding cultural differences and managing diversity is essential to healthy and profitable workplaces. We will explore diversity definitions and perspectives, laws, organizational structures, and management activities as they relate to characteristics such as gender, race, age, religion, sexual orientation, and disability. Students will also examine their own identities and perspectives through class discussion, readings, and exercises. Prerequisite: Junior/Senior Standing

## M L 420 - Performance Management *(3 hours)*

This course focuses on performance management in organizations with the goal that students will achieve a comprehensive understanding of organizational activities that are directly and peripherally related to performance management. Students will examine performance management activities from the perspectives of both a manager and an employee. Key performance management activities covered include defining performance, measuring performance, providing performance feedback, conducting a formal performance review meeting, and developing employees. Prerequisite: M L 250; M L 350; junior/senior standing

## M L 450 - Competitive Strategy *(3 hours)*

Concepts, principles, and techniques of developing strategy in competitive markets. Case studies for analysis of firms' strategic maneuvering. Simulation exercises on strategic decision making in competitive market structures. Prerequisite: M L 350; FIN 322; MTG 315

## M L 452 - Strategic Management in Organizations *(2 hours)*
**Core Curr. MI**

Integrative capstone includes the strategic-planning process, environmental analysis, developing strategy, strategic decision making, and strategy execution. Concurrent enrollment with BUS 400 required. Prerequisite: FIN 322; M L 350; MTG 315; senior standing. Corequisite: BUS 400

## M L 456 - Compensation Management *(3 hours)*

Advanced course considering the strategic management of a firm's human capital through the human resource management function of compensation management. Compensation management topics of internal alignment, external competitiveness, pay for performance,

benefits management, and pay system administration will be considered. Includes an integrative simulation exercise to illustrate the effective and efficient management of a firm's human capital through compensation management. Prerequisite: M L 356

## M L 457 - Advanced Human Capital Management *(3 hours)*

Advanced consideration of the management of firm's human capital in the context of activities associated with the human resources function. The course will emphasize the strategic, theoretical, technical, and legal aspects of staffing, training, and compensation management. Experiential exercises, case studies, and class presentations will be used to develop an advanced understanding of the use of human resource management to effectively and efficiently manage a firm's human capital. Prerequisite: M L 356

## M L 459 - Topics in Management *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic and prerequisite stated in current Schedule of Classes. May be repeated under different topics for a maximum of six hours credit.

## M L 497 - Research in Organizations *(1-3 hours)*

Participation in academic research by academically qualified students under the guidance of a faculty member, with the approval of the chair of the Department of Management and Leadership. Prerequisite: Junior/Senior standing. Management and Leadership majors only.

## M L 498 - Independent Studies *(1-3 hours)*

Studies undertaken by academically qualified students under the guidance of a faculty member, with the approval of the chair of the Department of Management and Leadership. Management and Leadership majors only. Prerequisite: Junior/senior standing

## M L 499 - Independent Studies *(1-3 hours)*

Studies undertaken by academically qualified students under the guidance of a faculty member, with the approval of the chair of the Department of Business Management and Administration. Management and Leadership majors only. Prerequisite: Junior/senior standing.

## M L 520 - Management Theory *(3 hours)*

Planning, organizing, directing, coordinating, and controlling operations through managerial decision making. Emerging issues and trends; integration of principles and concepts with contemporary concerns. Prerequisite: Foster College of Business Graduate Student or Consent of Associate Dean.

## M L 553 - Operations Management *(2 hours)*

Survey of issues and decision-making techniques related to the operations of an organization. Quality management, project management, inventory management, waiting line analysis, production scheduling, job design, and facility layout. Cannot be used to satisfy MBA elective or concentration requirements. Prerequisite: Consent of graduate program director.

## M L 602 - Organizational Behavior *(3 hours)*

Modeling financial processes, cash flows, security prices, etc., for decision making. Econometric, distribution-based, Markov and Stochastic Process concepts are employed. Treats risk/uncertainty identification, measurement and management. Prerequisite: Enrollment in a graduate program of study in business

## M L 608 - Open Book Management *(3 hours)*

Effective management practice under conditions of timely communication of frequently updated operational and financial data for problem solving by organization members. Emphasis on effective coordination of organization members'\x1a tasks with shared goals and shared knowledge of how activities relate to these goals. Course considers Open Book Management implications for job descriptions, performance measurement, selection and training, supervision, handling conflict, relationships with suppliers, innovation, and learning from failure.

## M L 615 - Interpersonal Relations *(3 hours)*

Foundations of interpersonal behavior, emphasizing the development and application of the interpersonal skills critical for managerial success. Foster self-understanding and self-awareness through a variety of assessment instruments.

## M L 628 - Business Policy and Strategy Formulation *(3 hours)*

Strategies in response to conditions such as competition and future development. Must be taken in last semester of program.

## M L 630 - Management in Healthcare Organizations *(3 hours)*

Interdisciplinary approach to understanding management in healthcare organizations. Emphasis on the complex roles of healthcare workers and the behavioral processes of leadership, communication, motivation, group dynamics, conflict, change, organizational development. The class also considers diversity, social responsibility, and ethics. Prerequisite: Graduate standing; As specified in the Schedule of Classes

## M L 653 - Operations Management *(3 hours)*

Foundational knowledge and deeper understanding of the operations function. A broad managerial perspective emphasizes the strategic impact of the operations decisions and the interfaces between operations and the other functional areas of the organization. Operation functions in both service and manufacturing contexts will be examined, as well as investigating how operations provides sustainable competitive advantage along the dimensions of cost, quality, delivery, flexibility, and innovation. Prerequisite: Foster College of Business Graduate Student or Consent of Associate Dean

## M L 655 - Organizational Change *(1 hour)*

The need for change and building a readiness for organizational change. Models for implementing change that build employee support and commitment. Practical approaches and unique health care related situations of seminar participants are discussed.

## M L 657 - Executive Development *(3 hours)*

Theory and research of development stages of executive careers. The impact of the organization on the executive personality; forces influencing the development of executive skills and abilities; studies of antecedents of executive role performance; and the role of training programs in executive development.

## M L 658 - Topics in Business Administration *(3 hours)*

Topics of special interest, which may vary each time the course is offered. Repeatable to a maximum of 6 credit hours. Topic stated in current Schedule of Classes.

## M L 659 - Topics in Management *(3 hours)*

Management-related topics presented in modules or seminars. Topics may vary each time the course is offered. Topic stated in current Schedule of Classes. Repeatable to a maximum of 6 credit hours.

## M L 660 - Readings in Management & Leadership *(1-3 hours)*

Individual readings for qualified students, under the guidance of a member of the faculty. Repeatable to a maximum of 3 credit hours. Prerequisite: advancement to candidacy; consent of instructor and director of graduate programs.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MARKETING

**All programs offered by the Foster College of Business, Bradley University, are accredited by the AACSB International: The Association to Advance Collegiate Schools of Business.**

**FACULTY** Professor Griffin; Associate Professors Bond (chair), Iyer, Johlke, O'Brien; Assistant Professor Bhadauria; Instructors Eskridge, Rottier

Marketing is the backbone of the free enterprise system where individual firms compete to satisfy the demands for goods and services of consumers, businesses, and government. Marketing managers discover the needs and desires of its customers and adapt market offerings to fulfill customer needs, wants, and desires. This process requires planning, research and analysis in areas such as product, pricing, promotion, and distribution.

# The Curriculum In General

The Department of Marketing offers a flexible professional program with a major in marketing that also allows the pursuit of a specific curriculum path designed to prepare the individual for entry into a marketing career area. This thorough background in general marketing techniques and the opportunity to pursue a marketing specialization are further enhanced by provision of a variety of opportunities to receive practical business and marketing experience. Through courses such as MTG 304, 341, 381, and 490 as well as a required College course, M L 452, the student can gain valuable experience in such areas as marketing research, advertising, marketing strategy, and sales. This form of learning can give more meaning to the academic work and help to develop a greater appreciation for the value of marketing. Marketing majors may choose from concentrations in global supply chain management, professional selling and social media marketing. Non-marketing majors may earn minors in marketing, professional selling, or social media marketing.

# Marketing Major

## Requirements

To major in marketing, a student must earn a minimum of 24 semester hours credit in marketing courses with the following requirements:

1. Required courses:

- MTG 205 Marketing Presentations - 1.5 hrs.

  - MTG 315 Principles of Marketing - 3 hrs.
  - MTG 341 Marketing Research I - 3 hrs.
  - MTG 490 Managerial Marketing - 3 hrs.
  - Marketing Electives - 10.5 hrs.

2. Students may count a maximum of 3 credit hours of 100-200 level marketing courses toward the 24 semester hours in marketing.

3. Students must obtain a minimum grade average of "C" in their marketing courses, as well as complete the university and college requirements. Students will also be required to take, in residence, a minimum of 9 semester hours of marketing courses beyond MTG 315

# Concentration in Global Supply Chain Management

The Concentration in Global Supply Chain Management prepares graduates to address the growing influence of the supply chain on the success of businesses and institutions. For students who complete the Concentration in Global Supply Chain Management, all classes listed below (including IB 402 and IME 385) will be considered marketing hours that count toward fulfilling the required 24 hours of marketing credit.

- MTG 388 Global Supply Chain Management – 3 hrs.
- IME 385 Introduction to Logistics Engineering – 3 hrs.
- MTG 394 Supply Chain Tools and Techniques - 3 hrs.
- I B 302 Global Trade Management – 3 hrs.
- MTG 304 Professional Selling *or* MTG 420 Business Marketing - 3 hrs.
  **15 hours**

# Concentration in Professional Selling

The concentration in professional selling requires 13.5 hours of specific coursework in addition to those required for the major but does not require hours beyond the major's elective requirements.

- MTG 304 Professional Selling - 3 hrs.
- MTG 384 Sales Management - 3 hrs.
- MTG 404 Advanced Professional Selling - 3 hrs.
- MTG 493 Experiential Learning/Sales - 1.5 hrs.
- Choose one from the following: MTG 346, 350 (recommended), 360, 381, 388, or 393 - 3 hrs

**13.5 hours**

# Concentration in Social Media Marketing

The concentration in social media marketing prepares graduates to address the growing influence of social media on the marketing programs of businesses, institutions, and governments. The concentration requires 12 hours of specific coursework within the 13.5 elective hours of the marketing major.

- MTG 350 Consumer Behavior - 3 hrs.
- MTG 381 Integrated Marketing Communications - 3 hrs.
- MTG 391 Social Media Marketing - 3 hrs.
- One 3-hour course from the following list that represents potential domains for the application of social media:
    - MTG 304 Professional Selling
    - MTG 355 Sports Marketing
    - MTG 393 Retailing
    - MTG 405 Strategic Advertising Cases
    - MTG 410 Services Marketing
    - MTG 420 Business Marketing

**12 hours**

# Career Paths

The curriculum flexibility and diversity within the marketing program allow the individual to specialize in a particular marketing area. The marketing specialization areas shown below illustrate potential choices for students interested in a given specialty within marketing. Regardless of electives chosen, each student must satisfy the marketing major requirements outlined in the previous section.

# Advertising Specialization

**Suggested Marketing Electives**

- MTG 304 Professional Selling
- MTG 350 Consumer Behavior
- MTG 381 Integrated Marketing Communications
- MTG 391 Social Media Marketing
- MTG 405 Strategic Advertising Cases

**Other Suggested Courses**

- ART 305 Editorial Design
- COM 300 or 325
- PSY 308 Social Psychology

# Marketing Research Specialization

## Suggested Marketing Electives

- MTG 350 Consumer Behavior
- MTG 360 Product and Price Strategy
- MTG 400 Topics in Marketing
- MTG 441 Marketing Research II
- MTG 492 Independent Study or Research in Marketing

## Other Suggested Courses

- An additional advanced writing course beyond the 300-level university requirement; ENG 305 Technical Writing or ENG 306 Business Communication is encouraged.
- MIS 374 Database Management and Administration or QM 326 Business Forecasting
- PSY 324 Intermediate Statistics for Psychology

# Marketing Management Specialization

## Suggested Marketing Electives

- MTG 346 International Marketing
- MTG 350 Consumer Behavior
- MTG 360 Product and Price Strategy
- MTG 384 Sales Management
- MTG 388 Global Supply Chain Management

## Other Suggested Courses

- ECO 332, 333, or 335
- PSY 321 Industrial and Organizational Psychology

# Retailing Specialization

## Suggested Marketing Electives

- MTG 304 Professional Selling
- MTG 350 Consumer Behavior
- MTG 360 Product and Price Strategy
- MTG 388 Global Supply Chain Management
- MTG 393 Retailing

## Other Suggested Courses

- FCS 140 Introduction to Family and Consumer Sciences or FCS 336 The History of Fashion

# Industrial Marketing/Sales Management Specialization

**Suggested Marketing Courses:**

- MTG 304 Professional Selling
- MTG 346 International Marketing
- MTG 360 Product and Price Strategy
- MTG 384 Sales Management
- MTG 388 Global Supply Chain Management
- MTG 492 Independent Study or Research in Marketing

**Other Suggested Courses:**

- COM 292 Organizational Communication or COM 305 The Persuasive Process
- PSY 354 Social Psychology or PSY 321 Industrial and Organizational Psychology
- SOC 100 The Sociological Perspective
- M L 356 Human Capital in Organizations or M L 357 Leading Organizations

## Typical Course Sequence

For a four-year course plan for each major in the Foster College of Business, go to: http://www.bradley.edu/academic/colleges/fcba/ (http://www.bradley.edu/academic/colleges/fcba/).

# Minors In Marketing

Fifteen hours of course work are required for the minors.

Transfer policies for minors are the same as those for Foster College of Business majors. Grades of "D" in business courses will not be accepted as transfer hours in the Foster College of Business, but may be counted by the university. Prior approval of transfer credit must be secured from the chair of the Department of Marketing. A minimum cumulative GPA of 2.00 must be earned in all courses taken at Bradley and in the minor.

Marketing minors whose major is also from the Foster College of must have at least 12 hours in courses that are unique from those used to fulfill their major requirement.

The marketing minors are not open to marketing majors. A student may not be awarded more than one of the three minors offered by the Department of Marketing.

# I. Marketing Minor

While marketing majors have a variety of in-depth exposures to this important and productive field, other students at Bradley may benefit from marketing courses as well. The marketing minor enhances other programs of study and provides career flexibility. Students with a minor in marketing will:

- Benefit from enhanced employment opportunities;
- Develop an understanding of the marketing and customer issues applicable to all firms; and
- Learn communication skills that will facilitate cross-functional relationships with marketing personnel.

## Marketing Minor Requirements

- ECO 100 Introduction to Economics or ECO 221 Principles of Microeconomics 3 hrs.
- MTG 315 Principles of Marketing 3 hrs.
- Marketing Electives (numbered 300 or above) 9 hrs.

## 15 hours

# II. Minor in Professional Selling

The minor in professional selling will add additional career choices for students in a variety of majors.

## Minor in Professional Selling Requirements

- MTG 304 Professional Selling - 3 hrs.
- MTG 315 Principles of Marketing - 3 hrs.
- MTG 384 Sales Management - 3 hrs.
- MTG 404 Advanced Professional Selling - 3 hrs.
- Choose one from the following: MTG 346, 350 (recommended), 360, 381, 388, 393, or 493 - 3 hrs

## 15 hours

# III. Minor in Social Media Marketing

The Social Media Marketing Minor prepares students for addressing a critical area of concern to retailers, sports marketers, non-profit marketers, and other entities that wish to create a community around their market offerings. Organizations across a broad array of market sectors are heavily engaged in social media marketing and foresee continued expansion of those activities.

## Specific objectives:

- Build a foundation in consumer behavior that allows students to understand the mechanisms that may be influenced through social media (e.g., social identity, product perceptions, consumer motivation, attitude formation).

- Develop an understanding of the basic principles underlying consumer information processing.

- Develop a framework for understanding firm decisions regarding goals and objectives for marketing programs and the implications for the use of social media.

- Be able to support the integration of social media into the marketing mix decisions of the firm (e.g., customer communication, community-building, generation of product enhancement ideas, customer feedback).

## Minor in Social Media Marketing Requirements

- MTG 315 Principles of Marketing - 3 hrs.
- MTG 350 Consumer Behavior - 3 hrs.
- MTG 381 Integrated Marketing Communications – 3 hrs.
- MTG 391 Social Media Marketing – 3 hrs.
- One the following 3-hour courses, which represent potential domains for the application of social media:
    - MTG 355 Sports Marketing
    - MTG 304 Professional Selling
    - MTG 393 Retailing
    - MTG 405 Strategic Advertising Cases
    - MTG 410 Services Marketing
    - MTG 420 Business Marketing

  **15 hours**

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MARKETING COURSES

**MTG 150 - Marketing in A Dynamic World** *(1.5 hours)*

Introduction to various marketing careers as they relate to key issues in marketing; new product development, advertising, customer service, marketing research, public relations, distribution/logistics, professional selling and retail management. An emphasis is placed on experimental learning and the development of presentational, team building, and other marketing-related skills. Prerequisite: Freshmen or sophomore standing only; or consent of department chair. Not open to students with previous or concurrent enrollment in MTG 315.

**MTG 188 - Exploring the Supply Chain** *(1.5 hours)*

Students develop a broad understanding of the contribution that supply chains make to global business practice. The course includes first-hand observation of supply chain activities, instruction in supply chain concepts, and exploration of potential jobs and careers in supply chain management.

**MTG 205 - Marketing Presentations** *(1.5 hours)*

Conducting background research, developing an effective marketing presentation, exposure to presentation software packages, and making oral marketing presentations; sales presentations, background information on specific companies, competitive analysis, target market presentations, presentation of a marketing plan. Prerequisite: COM 103; marketing majors only; sophomore or junior standing only; or consent of department chair.

**MTG 304 - Professional Selling** *(3 hours)*

Selling-buying process. Selling strategies from the perspective of a professional customer problem-solving approach. Practical exposure to selling concepts, problems, and techniques in a variety of selling situations. Prerequisite: 42 credit hours.

**MTG 315 - Principles of Marketing** *(3 hours)*

Elements of a comprehensive marketing plan and their interrelationships. Determination of product, pricing, promotion, and channel strategy: analysis, planning, and control of marketing strategy in a socially and ethically responsible manner. Emphasis on improving decision making in a dynamic external environment. Prerequisite: Junior standing or 42 credit hours and Foster College of Business major

## MTG 330 - Financial Services Marketing *(3 hours)*

Examination of the increasing use of marketing techniques in the financial services industry and the changing environment of financial services. Course is structured around the core marketing principles of buyer behavior, segmentation, product development, distribution, pricing, and promotion, as well as topics such as relationship marketing, customer loyalty, and technological developments. Designed for students with an interest in banking, insurance, securities, and other financial services industries. Cross-listed with FIN 330. Prerequisite: FIN 322, MTG 315.

## MTG 341 - Marketing Research I *(3 hours)*

Systematic gathering, recording, and analysis of data related to marketing of goods and services. Choice of research design, methods of data collection, survey sampling, analysis and interpretation of data, and preparing the research report. Prerequisite: Marketing major, QM 262, MTG 315; or consent of department chair.

## MTG 346 - International Marketing *(3 hours)*

Marketing decisions, strategies, and operations of companies in international business. Elements of an integrated global marketing program. Foreign market potential analysis; alternative entry and expansion strategies; standardization vs. adaptation of product and promotion strategies; pricing, distribution, and sourcing strategies in global operations. Prerequisite: MTG 315. A student may not receive credit for both MTG 346 and IB 407 and 408.

## MTG 350 - Consumer Behavior *(3 hours)*

Behavioral science concepts applicable to the understanding of consumer decision making: personality, perception, and group and cultural influences. How these concepts can be used to develop more effective marketing strategies. Prerequisite: MTG 315.

## MTG 355 - Sports Marketing *(3 hours)*

Survey course designed to acquaint students with the specific application of marketing concepts in the field of collegiate and professional sports. Students will learn what sports marketing is, what it is intended to do, and what is involved in creating and implementing an effective sports marketing program. By the end of the course, students will understand the various components of sports marketing and how these work in concert with the environmental factors. Prerequisite: MTG 315.

## MTG 360 - Product and Price Strategy *(3 hours)*

Managerial aspects of pricing and product policies and strategies. Methods used and factors considered in developing and updating product line and pricing decisions in industrial and consumer products. Pricing and product line objectives, product planning and evaluation, establishing product line distribution, environmental factors affecting product and pricing strategies, and quantitative aspects of product line and pricing decisions. Prerequisite: QM 262, MTG 315.

## MTG 381 - Integrated Marketing Communications *(3 hours)*

Introduction to advertising and promotions management from an integrated marketing communications perspective. Promotional techniques: advertising, sales promotion, direct marketing, publicity/public relations, personal selling, point-of-purchase communications. Techniques explored through the context of planning, developing, and implementing comprehensive promotional campaigns. Regulatory, social, and economic factors that influence the firm's promotional activities. Prerequisite: MTG 315.

## MTG 384 - Sales Management *(3 hours)*

Analysis of sales management and decisions made by the sales force manager. Structure and organization of the sales force; nature of the sales job; selling in marketing theory; selection of sales personnel; sales training program; problems in compensation, supervision, and stimulation of sales personnel; analysis of territories and customers; sales forecasting and quotas; ethical problems in sales management; evaluating sales performance. Prerequisite: MTG 304 or MTG 315.

## MTG 388 - Global Supply Chain Management *(3 hours)*

Examines the theories and practices used to plan, organize, and control exchange relationships in a global context. The approach will go beyond viewing exchange relationships from a strictly physical sense (movement of goods and services) to focus on the interaction between trading partners and how firms are using channel strategies to gain a competitive advantage. Prerequisite: MTG 315

## MTG 391 - Social Media Marketing *(3 hours)*

Explores the game changing nature of social media and its impact on traditional marketing activities. Social media allows customers to interact with each other and the brands that they use on a daily basis in new ways. These advances/changes/disruptions may have profound

influences on all marketing activities from product development through promotion. Course includes review of word-of-mouth-marketing and study of tools for shaping marketing activities surrounding emerging media (e.g., social networking sites, wikis, multimedia sharing sites, blogs, and virtual worlds). Prerequisite: MTG 350 and MTG 381

**MTG 393 - Retailing** *(3 hours)*

Retailing from the management perspective. Emphasis on retail policies and organization, operation of buying and selling functions, merchandise control, store systems, personnel management, retail accounting, and expense control. Prerequisite: MTG 315.

**MTG 394 - Supply Chain Tools and Techniques** *(3 hours)*

Prepares students for work as supply chain professionals by giving them familiarity with the dominant terminology, tools, and approaches used in supply chain management. Cross-listed with M L 394. Prerequisite: MTG 315; M L 353

**MTG 400 - Topics in Marketing** *(1-6 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated, for up to 6 hours credit in nonredundant topics. Prerequisite: MTG 315, junior standing, and consent of department chair.

**MTG 404 - Advanced Professional Selling** *(3 hours)*

Advanced study of professional selling techniques focusing upon specific knowledge areas and skills that contribute to competitive advantage, long-term customer relations, and customer satisfaction. Emphasis is placed upon students developing functional sales experiences, both individually and in group settings. Prerequisite: MTG 304.

**MTG 405 - Strategic Advertising Cases** *(3 hours)*

In-depth, strategic perspective on advertising management. Students will learn how to manage, facilitate, and direct the advertising function. A special emphasis will be placed on developing advertising strategies. The case method will be used with real-world situations. Prerequisite: MTG 315.

**MTG 410 - Services Marketing** *(3 hours)*

In-depth analysis of the issues that face marketers in service organizations such as banks, hospitals, hotels, airlines, and nonprofit institutions. Unique aspects of services marketing strategy development. Prerequisite: MTG 315.

## MTG 420 - Business Marketing *(3 hours)*

Comprehensive examination of nature, structure, and distinguishing characteristics of marketing to and between organizations. Unique aspects of organizational decision-making and buying from the seller's perspective. Exploration of requirements to manage strategy development, interfirm relationships, e-commerce, and innovation processes in firms marketing to organizations. Prerequisite: MTG 315 or consent of department chair.

## MTG 441 - Marketing Research II *(3 hours)*

Students consult an area business on marketing research projects addressing the firm's problem areas. Emphasis on practical use of concepts and tools presented in MTG 341. Prerequisite: MTG 341.

## MTG 490 - Managerial Marketing *(3 hours)*

Systems and information needs of marketing management. Emphasis on integration of tools of information systems with knowledge of marketing in formulating and solving marketing problems. Impact of marketing decisions on key performance measures illustrated by cases, marketing models, and simulation. Prerequisite: MTG 315, 341; senior standing.

## MTG 492 - Independent Study Or Research in Marketing *(1-3 hours)*

Studies or research undertaken by well-qualified, advanced students under the guidance of a faculty member. Prerequisite: consent of department chair.

## MTG 493 - Experiential Learning in Professional Sales *(1-3 hours)*

Advanced marketing or sales student experience in the field of professional selling. Both practical and academic components are included. The practical component will often take the form of an in-depth study of a sales-related topic, an experience in sales with a company, a research project, a sales simulation, or a blend of these or other elements that will be tailored to each individual student's needs. Repeatable up to 3 hours. Prerequisite: Permission of department chair; MTG 304.

## MTG 624 - Marketing Decision Making *(3 hours)*

Marketing management problems, policies, and solutions. Case studies of marketing problems, research, and applications of marketing techniques to business problems.

## MTG 640 - Obtaining, Analyzing, and Applying Marketing Information *(3 hours)*

Gathering, understanding, and using marketing information, data base marketing, qualitative research, electronic research, forecasting, and computer software data analysis packages.

## MTG 644 - Professional Selling & Sales Management *(3 hours)*

Students will study professional selling from the perspective of both the salesperson and the sales manager through readings, class discussion, presentations, and role plays. As a result, students will become familiar with and practiced in the professional sales process as well as further develop their understanding of several universal management functions.

## MTG 654 - Managing Services Marketing *(3 hours)*

In-depth analysis of the problems facing marketing managers in service and nonprofit organizations. Interdependence of marketing, operations, and human resources.

## MTG 658 - Topics in Marketing *(3 hours)*

Topics of special interest which may vary each time the course is offered. Topic stated in current Schedule of Classes.

## MTG 660 - Readings in Marketing *(1-3 hours)*

Individual readings for qualified students, under the guidance of a member of the faculty. Repeatable to a maximum of 3 credit hours. Prerequisite: consent of instructor and director of graduate programs.

## MTG 688 - Supply Chain Management *(3 hours)*

Supply chain management consists of all stages involved in directly or indirectly fulfilling customer requests. This course will examine all aspects of the supply chain i.e., interactions between manufacturers, suppliers, transportation agents, retailers, and customers. Special emphasis is placed on managing flows of information, products, and funds between organizations and throughout the open system.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# SLANE COLLEGE OF COMMUNICATIONS AND FINE ARTS

## Mission

The Slane College of Communications and Fine Arts aspires to offer outstanding regional, national, and international programs in art and design, communication, interactive media, music, and theatre arts. The College is committed to:

- a humane, equitable, and intellectually stimulating environment for faculty and students;
- dynamic academic programs that prepare students and faculty for opportunities in the new century;
- cultural diversity among students and faculty;
- creative diversity in academic and cocurricular programs;
- innovative collaborative initiatives with colleagues throughout the world;
- collaboration of students and faculty on projects in research and creative production;
- international study and scholarship;
- the technology to support College programs; and
- external interactions that provide professional development and career opportunities for faculty and students.

## Academic Programs

The programs of the Slane College of Communications and Fine Arts are unified by their respect for imagination and the creativity that enables its communication; an understanding of the relationships among talent, skill, and practice; and a commitment to the exploration of interdisciplinary and collaborations among the disciplines of our college and the university. At the same time we recognize the great strength in the diversity of our disciplines–from the personal to the global dimensions of modern communication and to the infinite variety of artistic expression.

The College offers two principal types of degrees. Professional degrees include the Bachelor of Fine Arts and the Bachelor of Music, which require one-half to two-thirds of the course credit to be in the major discipline. These intensive programs are considered preparation for direct entrance to professional employment or graduate study. Liberal studies programs are the Bachelor of Arts and the Bachelor of Science degrees, which require one-third to one-half of the total course credit toward the degree to be in the major. The ''Graduation Requirements'' section

below describes the distinctions between the B.A. and B.S. degrees. These programs give the student a substantial focus in the major with firm grounding in basic skills and a broad university education.

# Cocurricular Activities

Academic programs in the College are enhanced by cocurricular activities that provide important performance and publication experience for student majors and for nonmajors with avocational interests in the arts and communication. Music ensembles and recitals, an extensive gallery exhibition program, theatre productions, preprofessional media organizations, and the national champion Bradley speech team serve as laboratory experiences in which the work of the classroom is applied and presented to the public. The Bradley University Hollywood semester offers students in all majors the opportunity for an entertainment industry study-away semester in Los Angeles, CA.

# Faculty

The faculty members of the College are dedicated to quality teaching enhanced by mentoring and to scholarly research and creative production reinforced by collaboration with colleagues and students. Faculty members are active professionals in their disciplines who are dedicated to the precept that students in the College must blend academic classroom experiences with creative opportunities in performance, the laboratory, or the studio.

# Facilities

Each department in the College has an excellent, dedicated facility that supports educational, creative, and scholarly activities. The Department of Art  and Design is housed in the Heuser Art Center, a well-equipped building with superb classrooms, studios, and gallery. The Department of Music is housed in Constance Hall and Dingeldine Music Center, which includes the beautiful Eleanore Sikes Peters Recital Hall. The Hartmann Center for the Performing Arts houses the Department of Theatre Arts and includes the main-stage Meyer Jacobs Theatre, Blythe O'Sullivan Studio Theatre, scenery facility, a costume shop in Duryea, and a gallery. The InterMedia Center, housed int he Duryea Parking Deck, is a teaching and research facility used to advance the integration of technology, visualization, and interactivity. The Caterpillar Global Communications Center houses the Department of Communication, including the Charley

Steiner School of Sports Communication, the Department of Interactive Media, and the College offices. It features state-of-the-art audio, video, computer, and worldwide communication technology.

## Accreditation

The program in art is accredited by the National Association of Schools of Art and Design (NASAD). The program in music is accredited by the National Association of Schools of Music (NASM). The program in theatre arts is accredited by the National Association of Schools of Theatre (NAST).

## Admission Requirements

The admission requirements for the College are as follows:

1. The University general admissions requirements, as indicated elsewhere in this catalog.
2. Specific admission requirements for each program, as given in the individual departmental sections.

## Transfer Requirements

- Transfer students who are candidates for a degree from this College must earn at least nine hours in the major field at Bradley.
- Courses for a major in the College which are transferred to Bradley University from another institution with a grade of "D" will not be accepted by the College of Communications and Fine Arts. As a result, the student may need more than 124 hours to graduate.

## Graduation Requirements

To complete a degree in the Slane College of Communications and Fine Arts, a student must satisfy the University and College requirements as well as the specific major requirements.

## University Requirements

All incoming freshmen entering Bradley University beginning Fall 2017 must meet the Bradley Core Curriculum (BCC) requirements, as outlined in the All-University Degree Requirements (http://www.bradley.edu/academic/undergradcat/20162017/overview-arrequirements.dot) section of this catalog. BCC requirements emphasize eight "Areas of Inquiry" that will more deeply engage the student in the process of intellectual growth. The student chooses from a list of approved courses.

Slane College students entering prior to Fall 2016 should refer to the General Education Requirements as articulated in their Undergraduate Catalog year.

# Bachelor Of Arts

All candidates for the Bachelor of Arts degree must complete three semesters of college-level foreign language study or its equivalent.

# Bachelor Of Science

In order to receive the Bachelor of Science degree, students must successfully complete at least 15 hours of courses selected from mathematics, computer science, and the natural sciences.

# Other University Requirements

1. A minimum of 124 semester hours
2. 40 junior-senior semester hours (courses numbered 300 or above)
3. 30 earned residence hours
4. A minimum cumulative grade point average of 2.00 based upon courses taken at Bradley University.
5. 24 of the last 30 semester hours must be earned in residence at Bradley.
6. It is the student's responsibility to satisfy all University academic, financial, and administrative requirements and procedures as outlined in the catalog.
7. Students who maintain continuous enrollment and who complete work toward the baccalaureate degree within five years from the date of entry may graduate under either the catalog in effect at the time of entrance or under the catalog in effect at the time of graduation.
8. A change in major may mean meeting new requirements in force at the time of the change as a condition for acceptance into that major. Students whose work has been interrupted for one or more semesters may be held to requirements in effect at the time of their re-enrollment.

# College Requirements

1. The required courses and grade point average in the major are stated in the individual departmental sections of this catalog.
2. Approval for off-campus or correspondence study: Students electing to take courses at another accredited institution to apply toward graduation requirements assume the responsibility for the transferability of the credit. Before transfer credit can be posted to the transcript, permission must be obtained from the appropriate department chair and the dean of the College. The student is also responsible for requesting an official transcript be sent to the Registrar's Office once the course is completed.

3. All Slane College of Communications and Fine Arts students entering Bradley University beginning fall 2016 and later are under the Bradley Core Curriculum (BCC) requirements and must complete one Western Civilization (CIV) course. CIV will serve as the Multidisciplinary Integration (MI) requirement under the BCC requirements. The CIV requirement will be waived for transfer students entering fall 2016 or later and have earned 66 hours and have met Bradley University approval for BCC requirements.

4. As in any academic program, revisions are being made continually; students should consult the department chair or advisor about current program requirements.

# Teacher Certification

To be eligible to teach in the public schools, a student must obtain a certificate. Teacher certification programs at Bradley University are approved by the Illinois State Board of Education. Students seeking certification should be certain to have an advisor in the department of the major as well as in teacher education. While a student ordinarily may graduate and be certified under the University catalog requirements in effect at the time the student becomes a teacher education candidate, the Illinois State Board of Education may mandate changes in standards of approved teacher education programs. This may require students to modify their original degree programs to be eligible for certification upon completion of graduation requirements. Students should refer to the section of this catalog containing information about Department of Teacher Education requirements.

# Cooperative Education/Internship Program

The College participates with employers in an optional Cooperative Education/Internship Program. Students either alternate periods of full-time study with full-time employment or have part-time employment while attending classes.

# Global Scholars Program

Students enrolled in the Slane College of Communications and Fine Arts have the unique opportunity to earn the designation Global Scholar-International Option in recognition of achievement in global studies. The Global Scholar-International Option may be earned in conjunction with a degree in Art and Design, Communication, Interactive Media, Music, and Theatre Arts. Requirements for program participation will not require additional financial expense and will not add to total credits necessary for graduation. The Global Scholar-International Option provides:

# Recognition:

- Formal recognition by the dean of the college and citation and graduation cord at the Slane College of Communications and Fine Arts awards ceremony.
- Global Scholars recognition on your degree audit and notation on your official university transcript.

**Requirements**

- **Courses:** Students enrolled in Global Scholars under the BCC should select one course in each of the following areas:   Fine Arts (FA), Global Perspectives (GP) World Cultures, Global Perspectives (GP) Global Systems (GS) and Humanities (HU).  Courses taken during a semester study abroad may also be accepted for specific areas with approval by the Director of the Global Scholars program
- **Language:** complete at least one semester of foreign language.  Language may be taken in conjunction with a study abroad program.
- **Seminars:** complete two one-semester-hour Global Scholar seminars offered by faculty proficient in a variety of international topics. Seminars are offered each semester.
- **International Study Abroad:** participate in an approved international study experience selected from ensemble travel, international internships, or Bradley International Study Abroad programs.

# Hollywood Semester

The Bradley University Hollywood Semester is an off-campus program designed to provide qualified Bradley students the unique opportunity to explore the entertainment industry through a semester of study in Los Angeles, California.   Professional experiences are created through a combination of industry-related internships, academic courses, extra-curricular lectures, and entertainment industry experiences.  Students earn a full semester of upper-level credit. Bradley financial aid is applicable to the program costs. The program is open to all Bradley students in all majors.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# CFA COURSES

**CFA 100 - Intellectual and Cultural Events** *(1 hour)*

Attendance at a variety of intellectual and cultural events approved by the University's Intellectual and Cultural Activities Committee. Up to two hours of credit can be earned.

**CFA 101 - Arts and Ideas Seminar** *(1 hour)*

Seminar on selected intellectual and artistic topics which may vary each time the course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic. Maximum of three hours credit may be earned.

**CFA 300 - CFA International Option Seminar** *(1 hour)*

Seminar topics of special interest relevant to enhancement of study abroad and integration of International Option certificate program. Topics may vary each time course is offered. May be repeated under different topics for a total of 2 semester hours. Topic and prerequisites stated in current Schedule of Classes.

**CFA 301 - Cooperative Education/Internship in Communications And Fine Arts** *(0-6 hours)*

Appropriately supervised cooperative education or internship experience in communications and fine arts. May be repeated for a maximum of 6 hours credit. Maximum 6 hours of Co-op or internship credit allowed toward graduation hours. Pass/fail.

**CFA 305 - Study Abroad Seminar** *(1 hour)*

Study of the cultural and historical contexts of study abroad site. Prerequisite: registration for study abroad interim session.

**CFA 311 - Introduction to Copyright Law** *(1 hour)*

Creative, social, cultural, and legal contexts and challenges surrounding the protection of intellectual property, creativity and creative environments, particularly with regard to copyright law.

**CFA 314 - Privacy in the Connected States of America** *(3 hours)*

Governments, the organizations where we work, study, and play, the businesses that provide us with products and services, and social networks collect, store, share and disseminate massive amounts of information about people and activities. The collection of, access to, and management of this data plays an important role in the coordination of people in modern life.

How do privacy rights conflict with other important values (e.g. speech, efficiency, security, accountability) and what steps should we, as individuals, as participants in data-driven industries, and as a society, take to protect privacy? Prerequisite: Junior standing or sophomore with instructor permission.

**CFA 350 - Inside the Entertainment Industry** *(3 hours)*

Inside the Entertainment Industry offers a background examination of the entertainment industry. The course focuses on the professional operation and process used to create the preliminary background for a storyline, to develop a pitch for a movie/television show/video game, steps to acquire a green light for production, financing and budgeting a media project, protocol, post-production aspects, and advertising for distribution. Prerequisite: Students must be enrolled in the Bradley University Hollywood Semester in Los Angeles, California

**CFA 351 - Cinematic Storytelling** *(3 hours)*

Cinematic Storytelling is a course in film appreciation and storytelling techniques across platforms. Hollywood Semester students learn to analyze the visual story found within a film, short-form video, video game, or live sporting event by utilizing multiple elements of film production such as screenwriting, camera operating, and editing. Prerequisite: Students must be enrolled in the Bradley University Hollywood Semester in Los Angeles, California

**CFA 352 - Music Supervision for the Movies** *(3 hours)*

Music Supervision for the Movies will examine the diverse and creative ways that music is integrated into the music area of the entertainment industry. The course will cover topics that include music in film, television, gaming, branding, and advertising. Prerequisite: Students must be enrolled in the Bradley University Hollywood Semester in Los Angeles, California. Bradley students who have completed MUS 312 are not eligible to take this course.

**CFA 353 - Video Game Design** *(3 hours)*

Application of video game development processes and techniques. Emphasis on industry-standard practices towards the development of a fully realized game. Prerequisite: Students must be enrolled in the Bradley University Hollywood Semester in Los Angeles, California.

**CFA 354 - Hollywood Semester Internship** *(3 hours)*

Appropriately supervised internship experience in Los Angeles, CA. The Hollywood Semester course will follow the registration and reflective learning requirements used by existing courses in

Bradley's Cooperative Education and Internship program. Prerequisite: Students must be enrolled in the Bradley University Hollywood Semester in Los Angeles, California.

## CFA 355 - Topics in Entertainment *(3 hours)*

Topics of special interest in the entertainment field that may vary each time the course is offered. May be repeated one time under a different topic for a total of 6 hours. Prerequisite: Students must be enrolled in the Bradley University Hollywood Semester in Los Angeles, California.

## CFA 356 - Entertainment Public Relations *(3 hours)*

Entertainment PR covers the differences between entertainment-oriented public relations versus a more traditional form of public relations. The class examines the techniques and knowledge needed by an entertainment publicist to brand and manage the message for industry clients including: talent, celebrities, venues, hospitality, gaming properties, athletes, non-profits, networks, movies, and television shows. Prerequisite: Students must be enrolled in the Bradley University Hollywood Semester in Los Angeles, California.

## CFA 357 - Music Power Brokers *(3 hours)*

The "Music Power Brokers" course will examine the careers of the most influential and notorious business icons of popular music. Students will learn the path to success of the true music entrepreneur through historical research and first hand accounts. Prerequisite: Students must be enrolled in the Bradley University Hollywood Semester in Los Angeles, California. Bradley students who have completed MUS 201 are not eligible to take this course.

## CFA 358 - Visual Storytelling: How Hollywood Communicates *(3 hours)*

Visual Storytelling covers the entertainment industry's step-by-step process for video and film production. The course is divided into 5 distinct phases of production with an ongoing class project of a narrative music video. This course discusses video concepts and industry processes, as well as production tools and techniques. Prerequisite: Students must be enrolled in the Bradley University Hollywood Semester.

## CFA 359 - Masters of Hollywood *(3 hours)*

Masters of Hollywood is a master course offering a series of interactive lectures taught by entertainment industry guest experts. Each two week guest session will consist of three hours of teaching for two consecutive weeks. Industry guests will offer an instructional lecture for one three hour session. The second week is an interactivity assignment based on the topic area and supervised by the guest lecturer. The Masters of Hollywood course is designed to engage

students in a hands-on learning experience with a variety of focused topics. Topics and speakers may vary each semester. Prerequisite: Students must be enrolled in the Bradley University Hollywood Semester in Los Angeles, California

## CFA 360 - Hollywood Semester Boot Camp *(1 hour)*

The six-week mandatory course is designed to provide advance preparation to students who plan to attend the Bradley University Hollywood Semester in Los Angeles. The students will gain enhanced experience in the development of resumes and cover letters, interviewing skills, assimilation into the Los Angeles culture, and tips to enhance their semester experience. This is a Satisfactory/Unsatisfactory course. Prerequisite: Students must be enrolled in the Bradley University Hollywood Semester in Los Angeles, CA

## CFA 361 - Media in Entertainment *(3 hours)*
## Core Curr. WI

A survey of the mass media, production and public relations industries involved with the entertainment industry. The course focuses on entry-level jobs and career paths and the responsibilities and skills necessary for success in the industry. Students explore the multiple areas of the conglomerated mass media and its impact on society. Prerequisite: Students must be enrolled in the Bradley University Hollywood Semester in Los Angeles, California.

## CFA 421 - Art & the Creative Imagination *(3 hours)*
## Gen. Ed. FA

Examination of various artistic renderings of unified or similar ideas, objects, and events. Comparison and contrast of the creative imagination and processes used in the making of useful and fine arts, time and space arts, and literary and performing arts.

## CFA 604 - Independent Study *(1-3 hours)*

Independent research or creative production problems not leading to a thesis. Repeatable to a maximum of 6 credit hours with permission of the graduate coordinator. Prerequisite: consent of appropriate chairperson.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of*

*any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# FINE ARTS MINOR

The College offers a minor in fine arts that includes courses in the appreciation, history, and practice of the arts. The minor is intended for students with an interest in the fine arts who would benefit from an approach encompassing art, music, and theatre. Students will find the minor a way to discover – or rediscover – the importance of the arts in society and in their personal lives.

## Course Requirements:

1. **Appreciation of the Arts - 6 hours**

   Select two of the following courses in addition to the Bradley Core Curriculum (BCC) fine arts requirement.

- ART 131 Art Appreciation - 3 hrs.
- MUS 109 Music Appreciation- 3 hrs.
- THE 121 Creative Process of Theatre, or THE 131 Introduction to Theatre - 3 hrs.
- THE 141 Film Appreciation - 3 hrs.

2. **History and Practice of the Arts - 12 hours**

- History (limit 2 courses selected from the following):
  - ART 140, 142, 243, 245, 330, 340, 350, 360, 375, 380, 390, or 470 - 3 hrs.
  - MUS 203, 235, 236, 335, 336 - 3 hrs.
  - THE 336, 337, or 338 - 3 hrs.
- Practice of the Arts (minimum 6 hours)

  Select in consultation with advisor for fine arts minor from studio arts courses, music performance courses, and theatre performance and production courses.

3. **CFA 421 Art and the Creative Imagination - 3 hours**

**Total Hours Required for Minor: 21**

## Other Requirements:

4. Courses taken to satisfy the fine arts BCC requirement or requirements in a student's major or other minor may not apply to this minor.
5. Six semester hours must be at the 300 level or above.
6. Courses are to be selected in consultation with the Slane College of Communication and Fine Arts Associate Dean, the fine arts minor advisor.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ART AND DESIGN

**FACULTY** Professors Carlson, Gillespie, Krainak, Stolz, Will (Chair); Associate Professors Glover, LeJeune; Assistant Professor Mitchell; Instructor in Residence Nestory.

## Accreditation

The Department of Art is accredited by the National Association of Schools of Art and Design (NASAD).

## Mission

The Department of Art faculty and students endeavor to maintain an attitude and an environment in which the pursuit of a degree is a commitment to a way of life that embodies creative thought processes, the production of objects of art, and visual communication. The curriculum and the faculty who teach are focused on nurturing the fine arts in a wide variety of visual art media. Students are encouraged to dedicate themselves to academic excellence while working with skilled artistry and employing visual literacy, within an atmosphere of creative freedom. Through a balanced and consistent student/instructor relationship, coupled with both traditional and advanced technology, the faculty assist students in realizing their goals as aspiring professional artists and designers.

## Degrees Offered

Undergraduate studio and teacher preparation degrees offered by the Department of Art are the B.A., B.S., and the B.F.A. In undergraduate art history studies, the B.A. is offered. The department also offers both the M.A. and M.F.A. degrees in studio art (please refer to the Graduate Catalog for information on admission and general requirements for these).

## Admission Requirements

1. Admission to a program of study in the Department of Art begins with meeting the application requirements as provided by Bradley University for general admission.
2. Students are accepted into the Department of Art as art majors receiving a Bachelor of Arts or Bachelor of Science degree.
3. Students who wish to transfer from other institutions must submit a portfolio for admission to the Department of Art. Please contact the Office of Undergraduate Admissions for information regarding

content, submission dates, format, and mailing address. Students from other departments within Bradley University are required to have an initial advising session with the Chairperson. All students must have an overall minimum grade point average of 2.5.

4. Upon completion of their first year of study, art majors declare an area of concentration from the following: ceramics, drawing, graphic design, painting, photography, printmaking, and sculpture; or in art history or art education.

5. Admission to the BFA degree program requires a review of the student's work by the art faculty. A student may make application for the BFA program beginning the second semester of the sophomore year and no later than the second semester of the junior year.

6. All of the courses which are required at the 100 level must be completed before a candidate may be accepted into the BFA program. A minimum GPA of 3.0 is required in art at the time of application.

# Studios

Studios are open to students for extended periods of time when not occupied by classes. Policies and procedures for studios are established by the studio professor and are posted in the studio.

# Non-Art Majors

Interested non-art majors may also take studio courses offered by the Department of Art. Please contact the chair.

# Major Requirements

## General Requirements:

1. Art majors must complete the studio and art history foundation core requirements in sequence before proceeding on to advanced course work. The foundation core prerequisites, 100- and 200-level courses, must also be taken in sequence before advancing to higher-level course work. The Department of Art enforces prerequisites throughout the program.

2. The foundation core courses and sequence for art majors are listed in the degree requirement descriptions below. Art majors must follow the recommended prerequisite sequence in order to thoroughly prepare for advanced and upper-division course work. The curriculum for art majors contains 25 hours of foundation core courses—19 hours of studio courses and 6 hours of art history courses. This material for undergraduate art majors, BFA, BA, BS options, is specified in the catalog. Students who do not follow proper prerequisites jeopardize their progress in the curriculum and will be dropped from courses if prerequisites are not met.

3. Candidates for the BFA degree are required to participate in a senior exhibition. All students participating in a senior thesis exhibition must have successfully completed ART 420 and be registered for ART 421 during the semester of their thesis exhibition.

4. An overall grade point average of 2.5 must be maintained in the major.

5. The department reserves the right to retain some student work for the University permanent collection. Films produced by the department are retained by the University at the discretion of the instructor.

Bachelor of Fine Arts Degree with a Major in Studio Art

Bachelor of Arts Degree or Bachelor of Science Degree with a Major in Studio Art

Studio Concentrations

Bachelor of Arts Degree with a Major in Art History

Art Education Major

Minors in Studio Art and Art History

# Bachelor Of Fine Arts Degree With A Major In Studio Art

Foundation Core Requirements and Sequence:

- **First Semester:** ART 101/ART 105/ART 140/ART 220/IM 113
- **Second Semester:** ART 102/ART 106/ART 142/ART 221
- **Third Semester:** ART 230
  Plus art history and additional studio area concentration courses
- **Fourth Semester:** Art history and additional studio area concentration and elective courses

Art History (minimum 15 hour)

Art History Core (6 hours)

- ART 140 Survey of Art History I - 3 hrs.
- ART 142 Survey of Art History II - 3 hrs.

Elective Courses in Art History* (9 hours)

*In place of an art history elective, students with a photography concentration are required to take ART 390 History of Photography and students with a graphic design concentration are required to take ART 332, History of Graphic Design.

Studio (minimum 66 hours)

Studio Core (19 hours)

- ART 101 Drawing I - 3 hrs.
- ART 102 Drawing II - 3 hrs.
- ART 105 Two-Dimensional Design - 3 hrs.
- ART 106 Three-Dimensional Design - 3 hrs.
- ART 220/221 Professional Lecture Series- 1 hr.
- ART 230 Life Drawing - 3 hrs.

- IM 113 Introduction to Multimedia - 3 hrs.

## Area of Concentration (18 hours)

Six studio courses in one of the following areas of concentration: ceramics, drawing, graphic design**, painting, photography**, printmaking, sculpture (see below for further information on areas of concentration).

## Required Studio Courses (15 hours)

Five courses from areas other than the student's concentration area, including at least one from the 2-D areas and at least one from the 3-D areas.

## Studio Electives** (15 hours)

** Because 21 hours of studio (instead of 18) are required in the photography and graphic design concentrations, the number of free studio electives for the BFA in those concentrations is reduced by 3 hours.

## Professional Orientation/Seminar Courses (3 hours)

- ART 420 B.F.A. Seminar I - 2 hrs.
- ART 421 B.F.A. Seminar II - 1 hr.

## Total Hours Required for Major: 85

# Bachelor Of Arts Degree Or Bachelor Of Science Degree With A Major In Studio Art

Foundation Core Requirements and Sequence:

- **First Semester:** ART 101/ART 105/ART 140/ART 220/IM 113
- **Second Semester:** ART 102/ART 106/ART 142/ART 221
- **Third Semester:** ART 230

  Plus art history and additional studio area concentration and elective courses
- **Fourth Semester:** ART 230

  Art history and additional studio area concentration and elective courses

Art History (12 hours)

## Art History Core (6 hours)

- ART 140 Survey of Art History I - 3 hrs.
- ART 142 Survey of Art History II - 3 hrs.

**Elective courses in art history\* (6 hours)**

\*Students with a photography concentration are required to take ART 390 History of Photography in place of an art history elective. Because 21 hours of studio are required in the photography concentration (instead of 18), the number of free studio electives is reduced by 3 hrs.

Studio (46 hours)

**Studio Core (19 hours)**

- ART 101 Drawing I - 3 hrs.
- ART 102 Drawing II - 3 hrs.
- ART 105 Two-Dimensional Design - 3 hrs.
- ART 106 Three-Dimensional Design - 3 hrs.
- ART 220/221 Professional Lecture Series- 1 hr.
- ART 230 Life Drawing - 3 hrs.
- IM 113 Introduction to Multimedia - 3 hrs.

**Area of Concentration (18 hours)**

Six courses in one of the following areas of concentration: ceramics, drawing, graphic design, painting, photography\*, printmaking, sculpture (see below for further information on areas of concentration).

**Studio Electives (9 hours)**

Courses from areas other than the student's concentration area, including at least one from the 2-D areas and at least one from the 3-D areas.

**Total Hours Required for Major: 58**

# Areas of Concentration – 18 hrs.\*
(select courses in consultation with advisors)

\* Students with a photography concentration must take each of the listed photography courses for a total of 21 hours.

Ceramics Concentration

- ART 201 Introduction to Ceramics - 3 hrs.
- ART 202 High and Low Fire Ceramics - 3 hrs.
- ART 301 Ceramic Production - 3-6 hrs.
- ART 302 Advanced Ceramics - 3-6 hrs.
- ART 401 Ceramic Portfolio Design Studio - 3-6 hrs.
- ART 402 Ceramic Sculpture - 3-6 hrs.

## Drawing Concentration

- ART 203 Drawing Studio I - 3 hrs.
- ART 204 Drawing Studio II - 3 hrs.
- ART 303 Intermediate Drawing I - 3-6 hrs.
- ART 304 Intermediate Drawing II - 3-6 hrs.
- ART 403 Advanced Drawing I - 3-6 hrs.
- ART 404 Advanced Drawing II - 3-6 hrs.

## Graphic Design Concentration

- ART 205 Typographic Design - 3 hrs.
- IM 260 User Interface Design and Development - 3 hrs.
- ART 305 Editorial Design - 3 hrs.
- ART 306 Designing for a Brand Experience - 3 hrs.
- ART 405 Graphic Information Systems - 3 hrs.
- ART 406 Graphic Design Portfolio - 3 hrs.

## Painting Concentration

- ART 209 Beginning Painting I - 3 hrs.
- ART 210 Beginning Painting II - 3 hrs.
- ART 309 Intermediate Painting I - 3-6 hrs.
- ART 310 Intermediate Painting II - 3-6 hrs.
- ART 409 Advanced Painting I - 3-6 hrs.
- ART 410 Advanced Painting II - 3-6 hrs.

## Photography Concentration

- ART 225 Basic Black and White Photography - 3 hrs.
- ART 228 Basic Digital Photographic Imaging - 3 hrs.
- ART 324 Photographic Concepts - 3 hrs.
- ART 326 Manipulated Image - 3-6 hrs.
- ART 327 Studio Lighting and Illustration Photography - 3 hrs.
- ART 426 Photographic Portfolio - 3-6 hrs.
- ART 427 Advanced Photographic Digital Imaging - 3-6 hrs.

## Printmaking Concentration

- ART 211 Relief Printmaking - 3 hrs.
- ART 212 Intaglio Printmaking - 3 hrs.
- ART 311 Basic Lithography - 3-6 hrs.
- ART 312 Intermediate Printmaking - 3-6 hrs.
- ART 411 Advanced Printmaking Studio - 3-6 hrs.
- ART 412 Advanced Printmaking Studio - 3-6 hrs.

## Sculpture Concentration

- ART 213 Beginning Sculpture I - 3 hrs.
- ART 214 Beginning Sculpture II - 3 hrs.
- ART 313 Intermediate Sculpture I - 3-6 hrs.
- ART 314 Intermediate Sculpture II - 3-6 hrs.
- ART 413 Advanced Sculpture I - 3-6 hrs.
- ART 414 Advanced Sculpture II - 3-6 hrs.

# Bachelor Of Arts Degree With A Major In Art History

The art history major is intended to provide a thorough and broad background as a basis for concentrated study and research. Although one foreign language is required to meet the University requirements for the B.A. degree, those intending to go on to graduate art history study are advised to become proficient in a second foreign language.

Art History (30 hours)

**Art History Core (6 hours)**

- ART 140 Survey of Art History I - 3 hrs.
- ART 142 Survey of Art History II - 3 hrs.

**Required Art History courses (6 hours)**

- ART 243 Non-western Art - 3 hrs.
- ART 245 American Art - 3 hrs.

**Elective courses in Art History (18 hours)**

- ART 332 History of Graphic Design
- ART 335 Medieval Art
- ART 340 Renaissance Art
- ART 350 17th and 18th Century Art
- ART 360 19th Century Art
- ART 375 20th Century Art
- ART 390 History of Photography
- ART 417 Independent Study in Art History
- ART 480 Seminar in Art History

**Studio Core (13 hours)**

- ART 101 Drawing I - 3 hrs.
- ART 102 Drawing II - 3 hrs.
- ART 105 Two-Dimensional Design - 3 hrs.
- ART 106 Three-Dimensional Design - 3 hrs.

- Art 220/221 Professional Lecture Series - 1 hr.

**Total Hours Required for Major: 43**

# Art Education Major

## Teacher Certification

Teaching in the public schools requires a certificate issued by the State of Illinois. Art education majors desiring to teach art at the elementary or secondary level must complete the same requirements as those for a BA or BS degree with a major in studio art, as well as professional education requirements. (Consult the Teacher Education section of this catalog (http://www.bradley.edu/academic/undergradcat/20172018/ehs-ete.dot).) The State of Illinois requires content area competency tests for certification. Students will be assigned advisors in art and in the Department of Teacher Education. Regular consultation with both advisors is extremely important. NOTE: This degree requires more than 124 semester hours to complete. It is also possible to earn a BFA degree with teacher certification. However, both options will require more than four years of study.

# Minor Requirements

The Department of Art offers a minor in studio art with two options and a minor in art history.

## Minor in Studio Art

**The art minor is designed for students who would like to have a program for their own personal growth or enjoyment, or for an adjunct to other major interests such as business, publicity, broadcasting, advertising, philosophy, literature, or areas of the sciences, engineering and other courses of study where creativity, problem solving, and relationships between materials, skills, and content are of major concern. The studio art minor has two possible directions: two dimensional or three dimensional. Each requires 21 hours for completion.**

Option I - Two Dimensional

- ART 101 Drawing I or ART 102 Drawing II - 3 hrs.
- ART 105 Two-Dimensional Design - 3 hrs.
- ART 140 Survey of Art History I, or ART 142 Survey of Art History II - 3 hrs.
- Studio concentration in drawing, graphic design, painting, photography, printmaking
- One 200-level course - 3 hrs.

- One 300-level course) - 3 hrs.
- Electives in art **(must be approved by art advisor)** - 6 hrs.

**Total Hours Required for Minor: 21**

Option II - Three Dimensional

- ART 101 Drawing I, or ART 102 Drawing II - 3 hrs.
- ART 106 Three-Dimensional Design - 3 hrs.
- ART 140 Survey of Art History I, or ART 142 Survey of Art History II - 3 hrs.
- Studio concentration in ceramics or sculpture
- One 200-level course - 3 hrs.
- One 300-level course) - 3 hrs.
- Electives in art **(must be approved by art advisor)** - 6 hrs.

**Total Hours Required for Minor: 21**

# Minor in Art History

- ART 140 Survey of Art History I - 3 hrs.
- ART 142 Survey of Art History II - 3 hrs.
- ART 243 Non-Western Art, or ART 245 American Art - 3 hrs.
- Electives in art history - 9 hrs.

**Total Hours Required for Minor: 18**

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ART AND DESIGN COURSES

**ART 101 - Drawing I** *(3 hours)*

Fundamental concepts and techniques in drawing, using a variety of media and tools. Develop skills based on drawing from observation and invention.

**ART 102 - Drawing II** *(3 hours)*

Second part of a year-long course on developing fundamental concepts and techniques in drawing using a variety of media and tools. Developing objective and subjective use of imagery. Introduction to the human figure. Prerequisite: ART 101 or consent of Art Department chair.

**ART 105 - Two-Dimensional Design** *(3 hours)*

A studio course exploring the fundamentals of the formal systems and basic elements of visual organization through two-dimensional design principles and theories using a variety of media.

**ART 106 - Three-Dimensional Design** *(3 hours)*

A studio course exploring the fundamentals of the formal systems and basic elements of visual organization through three-dimensional design principles and theories using a variety of media. Prerequisite: ART 105 or consent of Art Department chair.

**ART 107 - Introduction to Studio Art** *(3 hours)*

**Gen. Ed. FA**

**Core Curr. FA**

Two- and three-dimensional visual arts including drawing, painting, photography, printmaking, and sculpture. Designed to enhance the student's understanding of art mediums and their cultural significance. Prerequisite: Open for non-Art majors only.

**ART 109 - Photographic Appreciation (Online)** *(3 hours)*

**Core Curr. FA**

Fundamentals of photographic processes, the history of the medium, as well as basic image manipulation and critique methods. An emphasis on the development of visual literacy skills necessary for analyzing and critiquing our image-saturated culture. Prerequisite: Open for non-Art majors only.

## ART 131 - Art Appreciation *(3 hours)*

**Gen. Ed. FA**

**Core Curr. FA,WI**

Visual art: its significance today and in history. Designed to enhance the student's understanding and enjoyment of painting, sculpture, and architecture. Prerequisite: Non-art major.

## ART 140 - Survey of Art History I *(3 hours)*

Western and non-Western art from 4000 B.C. to 1400 A.D.: Ancient, Classic, and Medieval.

## ART 142 - Survey of Art History II *(3 hours)*

Western art from 1400 A.D. to present: Renaissance, Baroque and Rococo, 19th and 20th century art.

## ART 201 - Introduction to Ceramics *(3 hours)*

An introduction to the fabrication of ceramic objects and the mechanical functions of the ceramic studio including clay mixing, hand building, throwing, glazing and kiln firing with a focus on stoneware.

## ART 202 - High & Low Fire Ceramics *(3 hours)*

Technical and design concepts for the forming, glazing, and firing of ceramics with a focus on the aesthetic development of high and low fire ceramics.

## ART 203 - Drawing Studio I *(3 hours)*

Visual perception and analysis through drawing in development of direct observation with various subject areas of interest, i.e., still-life, landscape, human figure, non-objective, and abstraction. Traditional drawing media, methods of instrumentation, exploration of composition, and conceptual strategies are included. Prerequisite: Art 101, 102, 105, 106, 140, 142, or consent of Art Department chair.

## ART 204 - Drawing Studio II *(3 hours)*

Visual perception and analysis through drawing in variety of techniques involving line, area, and ground. Figure, still-life, and landscape drawing from direct observation and from imagination. Prerequisite: Art 101, 102, 105, 106, 140, 142, 203, or consent of Art Department chair.

## ART 205 - Typographic Design *(3 hours)*

The study of typographic communication and the principles of design composition through hand-rendered and digital forms Prerequisite: Art 105 or consent of Art Department chair

## ART 206 - Graphic Design Methods and Processes *(3 hours)*

Exploration of the creative thought process, leading to innovative and original solutions to visual communication problems. Concepts are developed using a variety of media ranging from hand-rendering to digital production. Emphasis is placed on creative thinking and professional presentation through all stages. Prerequisite: ART 205, IM 113, or consent of Art Department Chair.

## ART 209 - Beginning Painting I *(3 hours)*

Basic painting techniques with traditional and non-traditional media, i.e., oil, acrylic, collage, and mixed media with emphasis on studio problems in composition, representation, design, color and concept. Prerequisite: Art 101, 102, 105, 106, 140, 142 or consent of Art Department chair.

## ART 210 - Beginning Painting II *(3 hours)*

Development of techniques in traditional and non-traditional painting media. Exploration and experimentation using painting problems in still life, the human figure, abstraction, landscape, and non-objective composition. Emphasis on critical analysis and aesthetic awareness. Prerequisite: ART 209 or consent of Art Department chair.

## ART 211 - Relief Printmaking *(3 hours)*

Relief printing from wood and linoleum blocks. Basic cutting and printing techniques, including black and white, color reduction and multi-block color editioning. Students provide paper, wood, linoleum, brayers, and cutting tools. Prerequisite: Art 101, 102, 105, 106, 140, 142, or consent of Art Department chair.

## ART 212 - Intaglio Printmaking *(3 hours)*

Etching and engraving on zinc and copper plates for printings in the intaglio method. Introduction to methods including drypoint, line etch, aquatint, and softground techniques. Black and white printing with a multi-plate, color edition as final project. Students provide paper, metal plates, burnishers, scrapers, burins, and drawing needles. Prerequisite: ART 211 or consent of Art Department chair.

## ART 213 - Beginning Sculpture I *(3 hours)*

Introduction to sculpture including 3-d design principles, aesthetics, and basic techniques of additive and reductive manipulation of materials. Processes include carving and welding, cutting and joining and various materials-steel, stone, and/or wood. Prerequisite: Art 101, 102, 105, 106, 140, 142, or consent of Art Department chair.

## ART 214 - Beginning Sculpture II *(3 hours)*

Introduction to sculpture including 3-d design principles, aesthetics, and basic techniques of casting including pattern making, modeling in wax, clay, and transfer of the image to bronze and aluminum. Processes will involve cope and drag casting, transfer mold making and investment mold making, pouring molten non-ferrous metals, and finishing cast metal works through chasing and other surface cleanup, patination and sealing. Prerequisite: Art 101, 102, 105, 106, 140, and 142; or consent of Art Department chair.

## ART 220 - Professional Lecture Series/Studio Visits I *(0.5 hours)*

Visiting lectures with studio discussions, seminars, and demonstrations from professionals with national and international reputations in the fine and applied arts, art history, criticism, and philosophy. May be repeated to a maximum of 1 semester hour. Prerequisite: Art 101, 102, 105, 106, 140, 142, or consent of Art Department chair.

## ART 221 - Professional Lecture Series/Studio Visits II *(0.5 hours)*

Visiting lectures with studio discussions, seminars, and demonstrations from professionals with national and international reputations in the fine and applied arts, art history, criticism, and philosophy. May be repeated to a maximum of 1 semester hour. Prerequisite: Art 101, 102, 105, 106, 140, 142, or consent of Art Department chair.

## ART 225 - Basic Black and White Photography *(3 hours)*

Camera types, controls, and exposures; selection of sensitized materials; camera handling. Darkroom techniques: processing, proofing, adjusting, printing, presentation of work. Students supply film, paper, and a manually adjustable single lens reflex (SLR) camera.

## ART 227 - Basic Graphic Design *(3 hours)*

Survey of essential studio methods and techniques in graphic design to give non-art majors the ability to appreciate and communicate through basic graphic design. For non-art majors only.

## ART 228 - Basic Digital Photographic Imaging *(3 hours)*

Introduction to basic digital image creation. Familiarization with processing, enhancement, manipulation, compositing, and asset management. Aesthetic, ethical, and technical implications of digital photographic imaging. Emphasis on creative image-making. Items required: DSLR camera, laptop computer, storage media for camera and computer.

**ART 230 - Life Drawing** *(3 hours)*

Drawing the figure from observation; learning anatomy to describe the dynamic qualities of the human form employing basic drawing elements, methods, and materials. Prerequisite: ART 101, 102, 105, 106, 140, 142, or consent of Art Department chair.

**ART 243 - Non-Western Art** *(3 hours)*

Principal art forms of the non-Western world: India, China, Japan, Indochina, and Indonesia. Prerequisite: ART 140, 142, or consent of Art Department chair.

**ART 245 - American Art** *(3 hours)*

Survey of art in U.S. from Colonial period to present. Prerequisite: ART 140, 142, or consent of Art Department chair.

**ART 300 - Advanced Studio Topics** *(1-3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under different topics for a maximum of six hours credit. Prerequisite: junior standing and consent of instructor. See current Schedule of Classes.

**ART 301 - Ceramics Production** *(3-6 hours)*

The production and design of functional ceramics. Repeatable up to 6 semester hours. Prerequisite: ART 202, 230 or consent of Art Department chair.

**ART 302 - Advanced Ceramics** *(3-6 hours)*

Kiln design, glaze formulation, and individual aesthetic development of techniques and concepts. May be repeated up to 6 hours. Prerequisite: ART 301 or consent of Art Department chair.

**ART 303 - Intermediate Drawing I** *(3-6 hours)*

In-depth exploration of drawing processes, concepts, media and supports with projects designed to increase visual awareness and personal experience with subject matter and drawing content. Repeatable up to 6 semester hours. Prerequisite: ART 204, 230, or consent of Art Department chair.

**ART 304 - Intermediate Drawing II** *(3-6 hours)*

Study of drawing processes, building and refining individual concepts with emphasis on contemporary approaches to pictorial design and composition. Repeatable up to 6 semester hours. Prerequisite: ART 303 or consent of Art Department chair.

### ART 305 - Editorial Design *(3 hours)*

The creation, layout, and design of multi-page documents such as magazines, brochures, business-to-business direct mail, and catalogs, with emphasis on modular and scalable systems for both the printed and digital environment. Prerequisite: ART 205, IM 260, or consent of Art Department Chair

### ART 306 - Designing for a Brand Experience *(3 hours)*

Identifying specific target audiences and designing brand experiences around them using traditional and social media environments. Including the design and implementation of visual identity systems, packaging, point of purchase, and promotional materials. Prerequisite: ART 305 or consent of Art Department Chair

### ART 309 - Intermediate Painting I *(3-6 hours)*

Exploration of subject matter useful toward personal development and artistic growth. Emphasis on the study of painting media, critical analysis, aesthetic awareness, and creative expression. Repeatable up to 6 semester hours. Prerequisite: ART 210, 230, IM 113, or consent of Art Department chair.

### ART 310 - Intermediate Painting II *(3-6 hours)*

Independent work in painting emphasizing aesthetic research and concentrated studio production. Emphasis on the study of painting media, creative expression, critical analysis, and aesthetic awareness. Repeatable up to 6 semester hours. Prerequisite: ART 309 or consent of Art Department chair.

### ART 311 - Basic Lithography *(3-6 hours)*

Lithographic printmaking from limestone and ball-grained aluminum matrices. Basic drawing and printing techniques for color and black and white editions. Students provide paper, metal plates, lithographic crayons. Repeatable up to 6 semester hours. Prerequisite: ART 220, 230, ART 211 or 212, or consent of Art Department chair.

### ART 312 - Intermediate Printmaking *(3-6 hours)*

Exploration of technical and creative concepts in preparation for advanced printmaking coursework; emphasis on content-oriented imagery and discussion. Introduction to collagraphy, monotypes, photographic and digital techniques, and registration for printing with multiple techniques. Repeatable up to 6 semester hours. Prerequisite: ART 230. At least two courses from ART 211, 212, and 311, or consent of Art Department chair.

### ART 313 - Intermediate Sculpture I *(3-6 hours)*

Intermediate sculpture with emphasis on refinement of the processes of casting, mold making, welding, cutting, joining, and the creation of sculpture in a variety of materials. Design principles, aesthetic considerations, and techniques of working are reviewed with application of principles and materials most appropriate for the development of individual student work. Repeatable up to 6 semester hours. Prerequisite: ART 213 or ART 214 or consent of the department chair

### ART 314 - Intermediate Sculpture II *(3-6 hours)*

Intermediate sculpture with emphasis on the refinement of sculptural concepts and the processes of casting, mold making, welding, cutting, joining, and the creation of sculpture in a variety of materials with continuing emphasis on the development of individual student work. Repeatable up to 6 semester hours. Prerequisite: ART 313 or consent of Art Department chair.

### ART 315 - Rapid Prototyping *(3 hours)*

Explorations into 3-D modeling using software, scanning, and rapid prototyping. May be repeated up to a total of 6 hrs.

### ART 316 - Independent Study in Studio Arts *(1-3 hours)*

Independent study in studio arts. Repeatable for a total of 6 hours credit. Prerequisite: Junior standing; consent of instructor, and Art Department chair.

### ART 317 - Color: Perception and Practice *(3 hours)*
**Core Curr. EL**

Perception, relationships, and interaction of color. Studio experience leads from a visual realization of color relationships to an awareness of the interdependence of color with form and placement. Prerequisite: ART 101, 102, 105, 106, 140, 142, or consent of Art Department chair.

### ART 320 - The Artists' Book & Bookmaking *(3 hours)*

An introduction to the altered book, book as structure and book as image. Includes bookbinding basics, pamphlet stitch, basic codex, stitches, stab bindings, fold books, combination books and unusual bindings. Emphasis will be placed on craft and conceptual considerations that form the foundation of the book as personal, expressive, unconventional, surprising, beautiful, and thought provoking. Prerequisite: Art 101, 102, 105, 106, 140, 142, 230, IM 113, or consent of Art Department chair.

**ART 323 - Art and The Environment** *(3 hours)*

An introduction to the history of land and environmental art through readings, research, lectures, and making.  Students will be asked to consider contemporary environmental issues as the content of their work as well as the effects of art-making on the environment.  Course projects will include individual and collaborative art-making in non-traditional exhibition spaces and with non-traditional materials.

**ART 324 - Photographic Concepts** *(3 hours)*

The study of major photographic genres including landscape, portrait, street photography and still life. Students will analyze these genres through theoretical writings, the study of historical and contemporary image-makers, and their own personal studio practice. Prerequisite: Art 225 and 228

**ART 326 - Manipulated Image** *(3-6 hours)*

Manipulative photographic printing. Imagery developed by varying cameras, films, papers, and chemicals. Introduction to toners, hand-coloring, camera construction and modification. Repeatable up to six semester hours. Prerequisite: Art 225 and 228; or consent of Art Department chair

**ART 327 - Studio Lighting and Illustration Photography** *(3 hours)*

Aesthetics and techniques of studio lighting as used by photographers in illustration, advertising, and fine art photography. Use of special equipment; fashion, and still-life image-making. Prerequisite: Art 225 and 228; or consent of Art Department chair

**ART 332 - History of Graphic Design** *(3 hours)*

History of typography, graphic communication, and design. Cause and effect analysis involving cultural forces and design as well as the exploration of major historical movements leading to the emergence of contemporary design. Prerequisite: ART 140, 142, or consent of Art Department Chair

**ART 335 - Medieval Art** *(3 hours)*

A study of Early Christian, Byzantine, Romanesque and Gothic Art. Prerequisite: ART 140, 142, or consent of Art Department chair.

**ART 340 - Renaissance Art** *(3 hours)*

Art of Europe from ca. 1400 to 1600: Early, High, and Late Renaissance periods; Mannerism. Prerequisite: ART 140, 142, or consent of Art Department chair.

### ART 350 - 17th and 18th Century Art *(3 hours)*

Art of Europe, ca. 1600 to 1800, including a study of Baroque, Rococo, and Neo-Classical art. Prerequisite: ART 140, 142, or consent of Art Department chair.

### ART 360 - 19th Century Art *(3 hours)*

Art of the 19th century in Europe, America, and elsewhere; Neo-Classicism through Post-Impressionism. Prerequisite: ART 140, 142 or consent of Art Department chair.

### ART 365 - Interactive Media Publishing Platforms *(3 hours)*

A studio course exploring creative strategies and techniques associated with online publishing platforms. Students will install, configure, and customize a web-based content management system. Additional topics will include: search engine optimization, information architecture, content modeling, social networking, media preparation, and customization of site themes. Cross-listed as IM 365. Prerequisite: IM 110 and Animation, Game Design, or Interaction Design major; IM 113 and ART 205; or consent of Department Chair.

### ART 375 - 20th Century Art *(3 hours)*

A study of the major movements in 20th-century art. Prerequisite: ART 140, 142, junior or senior, or consent of Art Department chair.

### ART 380 - Topics: Specified *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. Prerequisite: ART 140, 142, junior standing, or consent of Art Department chair. May be repeated under different topics to a maximum of 12 hours. Emphasis on individual research.

### ART 390 - History of Photography *(3 hours)*

An overview of the history of photography from its invention in 1839 through the modern period of the 20th century. This course will explore the evolution of photography as an art form. Prerequisite: ART 140, 142, or consent of Art Department chair.

### ART 401 - Ceramic Portfolio Design Studio *(3-6 hours)*

Portfolio development, studio design and equipment as they relate to the individual artist. Repeatable up to 6 semester hours. Prerequisite: ART 302, or consent of Art Department chair.

Design concepts and production techniques as they apply to ceramics sculpture. Repeatable up to 6 semester hours. Prerequisite: ART 302, or consent of Art Department chair.

**ART 403 - Advanced Drawing I** *(3-6 hours)*

Advanced projects in drawing with emphasis on refinement of concepts and materials leading to an independent body of work. Repeatable up to 6 semester hours. Prerequisite: ART 304 or consent of Art Department chair.

**ART 404 - Advanced Drawing II** *(3-6 hours)*

Emphasis on individual growth and development of a body of work reflecting clear understanding of drawing concepts, and mastery of skills and materials. Repeatable up to 6 semester hours. Prerequisite: ART 304 or consent of Art Department chair.

**ART 405 - Graphic Information Systems** *(3 hours)*

Exploration of standard and experimental methods for conveying information for business, government, and entertainment including quantitative, qualitative, spatial analysis and application. Prerequisite: ART 306 or consent of Art Department chair.

**ART 406 - Graphic Design Portfolio** *(3 hours)*
**Core Curr. EL**

The capstone course for the graphic design program, involving organizing and producing an effective professional design portfolio along with sharpening professional presentation and interviewing skills. Students create a print and digital portfolio, résumé package, and other promotional materials. The process of developing the portfolio may include reworking previous projects or developing new material. Prerequisite: Art 405, or consent of the Art Department Chair

**ART 409 - Advanced Painting I** *(3-6 hours)*

Thematic development of a body of work in painting with special emphasis on the refinement and exploration of personal concept and content. Repeatable up to 6 semester hours. Prerequisite: ART 310 or consent of Art Department chair.

**ART 410 - Advanced Painting II** *(3-6 hours)*
**Core Curr. EL**

Special projects in painting which may include competitions, exhibitions, installations,

commissions, and portfolio development. Repeatable up to 6 semester hours. Prerequisite: ART 310 or consent of Art Department chair.

### ART 411 - Advanced Printmaking Studio *(3-6 hours)*

Advanced printmaking concepts and techniques in preparation for exhibitions, application to graduate programs, and other professional pursuits. Emphasis on ideas and finishing skills required for the production of a professional portfolio. Repeatable up to 6 semester hours. Prerequisite: ART 311, 312 or consent of Art Department chair.

### ART 412 - Advanced Printmaking Studio *(3-6 hours)*

Advanced printmaking concepts and techniques in preparation for exhibitions, application to graduate programs, and other professional pursuits. Emphasis on ideas and finishing skills required for the production of a professional portfolio. Repeatable up to 6 semester hours. Prerequisite: ART 311, 312 or consent of Art Department chair.

### ART 413 - Advanced Sculpture I *(3-6 hours)*

Thematic development of a body of work in sculpture with special emphasis on topics of portfolio and the refinement and exploration of materials and methods. Repeatable up to 6 semester hours. Prerequisite: ART 314 or consent of Art Department chair.

### ART 414 - Advanced Sculpture II *(3-6 hours)*

Special projects in sculpture which may include works for competitions, specific sites, scale, materials and/or portfolio development. Repeatable up to 6 semester hours. Prerequisite: ART 314 or consent of Art Department chair.

### ART 416 - Independent Study in Studio Arts *(1-6 hours)*

Independent study in studio arts. May be repeated in more than one area of art, for a total of 6 hours of credit. Prerequisite: Declared art major; senior standing; consent of Art Department chair.

### ART 417 - Independent Study in Art History *(3 hours)*

Program of directed readings: analysis, synthesis, and interpretation of materials. Research paper required. May be repeated in more than one area of art history, for a total of 6 credit hours. Prerequisite: Art history major; senior standing; consent of instructor, and Art Department chair.

## ART 420 - BFA Seminar I *(2 hours)*

Professional orientation and career preparation through concentrated studio production, exhibition management, creative media research, critique analysis, on-site visitation of artists' studios, formulation of artist thesis statement and resume. Prerequisite: BFA candidacy; senior standing.

## ART 421 - BFA Seminar II *(1 hour)*

Continuation of ART 420; resume and portfolio preparation, exhibition design management, culminating B.F.A. exhibition. Prerequisite: ART 420.

## ART 426 - Photographic Portfolio *(3-6 hours)*

Preparation of photographic portfolio for the fine arts or for publication photography. Research into successful photographers' works; selection; development of personal aesthetic. Archival and professional presentation of the prints or other media. Prerequisite: Art 225, 228 and 327; or consent of Art Department chair

## ART 427 - Advanced Photographic Digital Imaging *(3-6 hours)*

A studio course focusing on the cutting edge of fine art digital photography, from shooting to image editing and printing. Color calibration, advanced digital imaging techniques, output options, substrate choices, and design concepts are discussed in depth. Using the students' own images to create individual portfolios, students learn how to produce high-quality digital input and output. Prerequisite: Art 225, Art 228, Art 327 or consent of Art Department chair

## ART 465 - Advanced Web Design *(3 hours)*

A studio course exploring advanced and experimental web design strategies, with an emphasis on extended or applied projects. Discussion focuses on the future of the web media and improved human-computer interaction. Topics include: motion graphics, user response, audio, video, and virtual-reality technologies. Prerequisite: IM 160; ART 365/IM 365 or consent of Art Department chair.

## ART 480 - Seminar in Art History *(3 hours)*

Advanced study of a particular artist, period, movement or methodology. Topics stated in current Schedule of Classes. May be repeated under different topics up to 12 semester hours. Prerequisite: ART 140, 142; Art History major or minor, or consent of instructor, and junior or senior standing.

### ART 490 - Art Seminar *(3 hours)*

Art history and theory seminar. May be repeated under different topics for a maximum of twelve credit hours. Cross-listed under ART 590. Prerequisite: Senior art or art history major.

### ART 494 - Visual Art Expedition *(1-3 hours)*

Students travel to observe or engage in artistic production making use of the resources of the particular location. Advanced study and/or experiences in art and design. May be repeated up to 9 hrs. Topics, destinations, and prerequisites stated in current Schedule of Classes.

### ART 496 - BFA Design Senior Project *(3-6 hours)*

Senior BFA students in graphic design, working closely with an instructor, select and execute a visual communication project; researching and defining the scope, documenting the process of problem-solving, and placing the project in an appropriate historical and theoretical context. Prerequisite: ART 305, ART 306, declared graphic design concentration, BFA candidacy, senior standing, and consent of instructor.

### ART 500 - Advanced Studio *(3-6 hours)*

Advanced work in printmaking, drawing, photography, ceramics, sculpture, interdisciplinary studio or painting. Repeatable to a maximum of 6 hours. Prerequisite: Graduate standing or completion of corresponding senior level course.

### ART 590 - Art Seminar *(3 hours)*

Art history and theory seminar. May be repeated under different topics for a maximum of twelve credit hours. Cross-listed under 490. Prerequisite: Graduate standing or qualified undergraduate art history major.

### ART 600 - Photography Studio *(1-6 hours)*

Development of advanced technical, aesthetic and conceptual concerns through experimentation within the photographic media relating to appropriate historical and contemporary references. Repeatable to a maximum of 33 hours. Prerequisite: Graduate Standing

### ART 605 - Critique Seminar *(1 hour)*

Critique seminar, repeatable to a maximum of six hours. Prerequisite: Graduate standing.

### ART 610 - Drawing Studio *(1-6 hours)*

Analytical and conceptual evaluation of individual style and content emphasizing technical, creative, and digital competencies on a professional level. Repeatable to a maximum of 33

hours. Prerequisite: Graduate Standing

## ART 620 - Printmaking Studio *(1-6 hours)*

Technical and conceptual development with intaglio, relief, and planographic printing. Etching, engraving, wood, paper, and plastic relief printing, serigraphy and lithography. Repeatable to a maximum of 33 hours. Prerequisite: Graduate Standing

## ART 630 - Ceramics Studio *(1-6 hours)*

Techniques and material used in stoneware earthenware and porcelain production. Emphasis on creative development and technical competence. Repeatable to a maximum of 33 hours. Prerequisite: Graduate Standing

## ART 640 - Sculpture Studio *(1-6 hours)*

Technical and conceptual information about wood and stone carving and construction, welding and metal fabrication, foundry practice, emphasizing individual development. Repeatable to a maximum of 33 hours. Prerequisite: Graduate Standing

## ART 650 - Pedagogy *(3 hours)*

Focus of this course is the teaching practice of artistic concepts, foundations of art and subject matter of technical, historical and conceptual content in art curricula. Students will be exposed to the many issues of conveying ideas, and motivating students to make the educational experience meaningful. Practical issues of : teaching philosophy, resources, syllabi creation, assessment and course planning will be part of the discussion. Prerequisite: Graduate Standing

## ART 660 - Interdisciplinary Studio *(1-6 hours)*

Advanced work in more than one concentration. May include two- or three-dimensional media; may incorporate installation work, performance, construction, and creative expression with interrelated forms of fine arts and design. Repeatable to maximum of 9 hours. Prerequisite: Graduate Standing

## ART 670 - Painting Studio *(1-6 hours)*

Advanced painting in the medium and direction of the student's choice. Emphasis on creative development and technical competence. Repeatable to a maximum of 33 hours. Prerequisite: Graduate Standing

**ART 680 - Special Problems** *(1-6 hours)*

Problems in area of students interest as advised by instructor. Repeatable to a maximum of 18 hours. Prerequisite: Graduate Standing

**ART 689 - Design Research and Collaboration** *(3 hours)*

A design problem that responds to social, economic, and environmental concerns created in consultation and collaboration with a corporation, institution, or government agency under the supervision of the faculty. Repeatable to a maximum of 9 hours. Prerequisite: Graduate Standing

**ART 690 - Seminar** *(3 hours)*

Research and presentation of art topics ranging from history to contemporary concerns of the artist, to interdisciplinary courses consisting of an organized sequence of guest speakers. May be repeated under different topics to a maximum accumulated credit of 18 hours.

**ART 694 - Visual Communications and Design Studio** *(1-6 hours)*

Working with hypothetical environments and data, focuses on design development, problem-solving skills, visualization and invention. Concept, exploration emphasized while developing a personal creative vision and understanding of current graphic design practices and technology. Repeatable to a maximum of 33 hours. Prerequisite: Graduate Standing

**ART 695 - Theory and Criticism** *(3-6 hours)*

Research, discussion and presentation on topics in fine arts and design, including contemporary trends, philosophies, literature and history. Repeatable to a maximum of 6 semester hours Prerequisite: Graduate Standing

**ART 696 - Advanced Digital Design** *(3-6 hours)*

Advanced work in applied software for web design, animation, rapid prototyping, interactive design and experience design. Repeatable to 9 semester hours. Prerequisite: Graduate Standing

**ART 697 - Design Management** *(3-6 hours)*

Development phases of real-world project execution, including: research, problem definition, planning, cost and budget analysis, organization,and presentation of information for business, public institutions, government and the entertainment industry. Repeatable to 9 hours. Prerequisite: Graduate Standing

**ART 698 - Thesis Exhibition** *(0-3 hours)*

At the beginning of their second semester, studio art M.A. candidates must submit a proposal that defines their evolving work. Full time M.A. candidates register for Art 698 for the third semester. At this time candidates present thesis exhibitions for review by the graduate faculty and other invited participants. A written comprehensive exam also supplements the exhibition. Upon successful completion of all academic and exhibition requirements, students may be invited to continue toward completion of the M.F.A. requirements. Prerequisite: Candidacy for M.A.

**ART 699 - Thesis Exhibition M.F.A.** *(0-3 hours)*

At the beginning of the second semester, M.F.A. candidates submit a proposal that defines their evolving thesis work. During the last semester of their final year, all M.F.A. candidates will be registered for Art 699 and will present thesis exhibitions for review by graduate faculty and other invited guests. A written comprehensive exam done in consultation with the student's graduate committee supplements the exhibition. Prerequisite: M.A. and candidacy for M.F.A.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# COMMUNICATION

**FACULTY** Professors Adams (chair), Gullifor, Lamoureux, Zohoori; Associate Professors Banning, Dickhaus, Gabor, Kasch, Netzley; Assistant Professors Antunovic, Barker, Clark, Pavelko, Phillips, Wang; Lecturers Horn, Lawrence; Instructors in Residence Capie, Eilola, Lennie, Marsh, Petrany.

## Mission

Programs in the Department of Communication integrate academic study of communication with professional education in advertising, journalism, organizational communication, public relations, sports communication, and television arts. We encourage collaboration among faculty, students, external partners, and the community. We embrace and support the democratic principles of a free, open, and diverse society. Our mission is to educate students to think, act, and communicate effectively, ethically, critically, and creatively in the global environment to enrich their personal and professional lives.

## Admission Requirements

1. Bradley students transferring into the department must have a 2.25 grade point average for at least 12 hours of course work in order to declare a major and/or minor in the Department of Communication.
2. Students transferring from other institutions must have a 2.25 overall grade point average to be admitted to a major and/or minor in the department. External transfer students not having a 2.25 overall grade point average must earn a 2.25 at Bradley for at least 12 hours of course work before declaring a major and/or minor in the department. Courses taken at other institutions must be evaluated by the Admissions Office and then by the department's advisor for transfer students.
3. Internal and external transfer students may need at least one extra semester to complete graduation requirements because of prerequisites and core course requirements in the major and/or minors.
4. Current Bradley University students and external transfer students who meet departmental admission requirements and who wish to change to or add a communication major must first meet with the department chair for an initial academic advisement session. Applications may be processed at any time except during the following periods:
   - Seven workdays prior to the beginning of the semester to the end of the drop/add period as defined in the academic calendar in the Schedule of Classes.
   - Seven workdays prior to the beginning of early registration to the end of the early registration period as defined in the academic calendar in the Schedule of Classes.

# General Requirements:

1. Students must earn a C or better in every core course.
2. Students may not enroll in communication courses for which a core course is a prerequisite unless they have earned a C or better in the core course.
3. For graduation, all department majors must have a grade point average of 2.25 for all courses taken in the major and/or minor (including courses outside the department required for the major).
4. Department majors and/or minors may not apply a course to more than one requirement .
5. Both the Organizational Communication Minor and Journalism minor are open to department majors.

# Major Requirements

## Course Requirements:

Must complete requirements for the core and one major.

Core Requirements

- COM 101 Survey of Communication - 3 hrs.
- COM 300 Communication Theory - 3 hrs.
- COM 417 Issues and Perspectives in Communications - 3 hrs.

**Total Core Hours Required - 9 hrs.**

Majors: Advertising, Journalism, Organizational Communication, Public Relations, Sports Communication, Television Arts.

## Advertising Major

- COM 202 Basic Advertising Writing - 3 hrs.
- COM 219 Public Relations - 3 hrs.
- COM 220 Advertising as Communication - 3 hrs.
- COM 320 Advertising Creative Strategy - 3 hrs.
- COM 322 Media Planning - 3 hrs.
- COM 325 Advertising Design and Production - 3 hrs.
- COM 400 Communications Research - 3 hrs.
- COM 481 Advertising Campaigns - 3 hrs.
- MTG 315 Principles of Marketing - 3 hrs.

**Advertising Major Electives (Optional)**

- COM 437 Advertising in a Global Environment - 3 hrs.
- COM 447 Issues and Ethics in Advertising - 3 hrs.
- COM 474 Advanced Copywriting - 3 hrs.

# Journalism Major

**Major Requirements (18 hrs.)**

- COM 201 Journalistic Writing - 3 hrs.
- COM 215 Basic Reporting - 3 hrs.
- COM 225 Visual Storytelling - 3 hrs.
- COM 330 Communication Law and Ethics - 3 hrs.
- COM 360 Digital Journalism - 3 hrs.
- COM 425 Advanced Reporting - 3 hrs.

**Electives (12 hrs.)**

*One course (3 hrs.) from:*

- COM 315 Intercultural Communication Theory - 3 hrs.
- COM 386 Media, Race, and Gender - 3 hrs.
- COM 415 Global Media Systems - 3 hrs.

*Three courses (9 hrs.) from:*

- ART 228 Basic Digital Photography - 3 hrs.
- COM 204 Audio Production - 3 hrs.
- COM 307 News Feature Writing - 3 hrs.
- COM 310  Broadcast News Reporting and Writing - 3 hrs.
- COM 314 Introduction to Video: Studio Production - 3 hrs.
- COM 323 Newspaper Editing and Design 3
- COM 335 Introduction to Video: Field Production - 3 hrs.
- COM 340 Magazine Production - 3 hrs.
- COM 345 Photojournalism and Documentary Photography - 3 hrs.
- COM 365 Digital Photography - 3 hrs.
- COM 414 Advanced Video - Studio Production - 3 hrs.
- COM 435 Advanced Video - Field Production - 3 hrs.
- COM 494 Communication Expedition - 1–3 hrs.
- COM 495 Communication Internship - 1–3 hrs.

**Total Hours Required for Major: 39**

# Organizational Communication Major

**Required Courses (18 hrs.)**

- COM 201 Journalistic Writing - 3 hrs.

- COM 219 Public Relations - 3 hrs.
- COM 292 Organizational Communication - 3 hrs.
- COM 392 Case Studies in Organizational Communication - 3 hrs.
- COM 393  Small Group Communication - 3 hrs.
- COM 400  Communications Research - 3 hrs.

## Organizational Communication Courses (Choose 9 hrs.)

- COM 303 Rhetorical Perspectives in Organizational Communication - 3 hrs.
- COM 387 Strategic Communication in Organizational Contexts - 3 hrs.
- COM 394 Communication and Conflict Management - 3 hrs.
- COM 395 Interviewing Communication: Process and Strategy - 3 hrs.
- COM 396 Communication and Organizational Change  - 3 hrs.
- COM 397 Virtual Teams, Communication and Collaboration - 3 hrs.
- COM 399 Computer-Mediated Communication - 3 hrs.
- COM 416 Researching Communication and Organizational Culture - 3 hrs.

## Communication Courses (Choose 3 hrs.)

- COM 305 The Persuasive Process - 3 hrs.
- COM 315 Intercultural Communication Theory - 3 hrs.
- COM 327 Public Relations Writing  - 3 hrs.
- COM 430 Media Management - 3 hrs.
- COM 495 Communication Internship - 3 hrs.

## Total Hours Required for Major: 39

# Public Relations Major

## Required courses (25–27 hrs.)

- COM 201 Journalistic Writing - 3 hrs.
- COM 215 Basic Reporting - 3 hrs.
- COM 219 Public Relations - 3 hrs.
- COM 220 Advertising as Communication - 3 hrs.
- COM 327 Public Relations Writing - 3 hrs.
- COM 383 Desktop Publishing - 3 hrs.
- COM 400 Communications Research - 3 hrs.
- COM 480 Public Relations: Case Studies and Campaigns - 3 hrs.

## Required Non-Communication Courses

- ATG 101 Survey of Accounting - 3 hrs.

- ECO 100 Introduction to Economics or ECO 221 Principles of Microeconomics - 3 hrs.

**Total Hours Required for Major: 39**

# Sports Communication Major

## Required Courses (24 hrs.)

- IM 113 Introduction to Multimedia - 3 hrs.
- COM 160 Sports, Media, and Society - 3 hrs.
- COM 201 Journalistic Writing - 3 hrs.
- COM 265 Ethical Issues in Sports Communication - 3 hrs.
- COM 360 Digital Journalism - 3 hrs.
- COM 370 Global Perspectives on Sport - 3 hrs.
- COM 400 Communications Research - 3 hrs.
- COM 460 Sports Promotion and Publicity - 3 hrs.

## Required Non-Communication Course (3 hrs.)

- Choose one of the following:
    - ATG 101 Survey of Accounting - 3 hrs.
    - ATG 157 Accounting Principles-Financial - 3 hrs.
    - MTH 111 Elementary Statistics - 3 hrs.

## Required Electives (6 hrs.)

Students should select 6 hours from this list of electives, with at least 3 hours from the junior/senior level:

- COM 215 Basic Reporting - 3 hrs.
- COM 219 Public Relations - 3 hrs.
- COM 220 Advertising as Communication - 3 hrs.
- COM 260 Sports Writing and Announcing - 3 hrs.
- COM 292 Organizational Communication - 3 hrs.
- COM 310 Broadcast News Reporting and Writing - 3 hrs.
- COM 335 Introduction to Video: Field Production - 3 hrs.
- COM 415 Global Media Systems - 3 hrs.
- COM 420 Media Sales - 3 hrs.
- COM 430 Media Management - 3 hrs.
- COM 491 Topics in Communication* 1–3
- COM 494 Communication Expedition* 1–3
- COM 495 Communication Internship 1–3

\* Must be sports related. Requires approval of department chair. No more than three hours from COM 491, 494, and 495 combined may count toward the major.

**Total Hours Required for Major: 42**

# Television Arts Major

## Required Courses (18 hrs.)

- COM 201 Journalistic Writing – 3 hrs.
- COM 203 Introduction to Electronic Media - 3 hrs.
- COM 204 Audio Production - 3 hrs.
- COM 314 Introduction to Video: Studio Production - 3 hrs.
- COM 335 Introduction to Video: Field Production - 3 hrs.
- COM 400 Communications Research - 3 hrs.

## Elective Courses (12 hrs.)

*Students select 12 hours from the following list of electives. (No more than 3 hours of COM 495 may count toward the major):*

- COM 292 Organizational Communication - 3 hrs.
- COM 330 Communication Law and Ethics - 3 hrs.
- COM 414 Advanced Studio Production - 3 hrs.
- COM 415 Global Media System - 3 hrs.
- COM 420 Media Sales - 3 hrs.
- COM 430 Media Management - 3 hrs.
- COM 435 Advanced Field Production - 3 hrs.
- COM 445 Nonlinear Post Production - 3 hrs.
- COM 450 Electronic Media Programming and Promotion - 3 hrs.
- COM 495 Communication Internship - 3 hrs.

**Total Hours Required for Major: 39**

# Minor Requirements

The Department of Communication offers a minor in Journalism and a minor in Organizational Communication. Both minors are *open to department majors.*

# Organizational Communication

The minor offers a relevant set of skills, knowledge, and abilities such as group and organizational communication, conflict resolution, consulting, and interviewing skills. The OC minor enhances other programs of study and provides career flexibility. Students with a minor in organizational communication will develop an understanding of organizational communication issues applicable to all types of organizations.

A minimum cumulative GPA of 2.25 must be earned in the minor. Department majors and/or minors may not apply a course to more than one requirement (e.g., if students pursue a Journalism major and an Organizational Communication minor, they cannot take COM 292 to complete both the elective requirement in JN and the basic requirement in OC).

### Required Courses   (9 hours)

- COM 292 Organizational Communication – 3 hrs.
- COM 392 Case Studies in Organizational Communication – 3 hrs.
- COM 393 Small Group Communication – 3 hrs.

### Elective Courses (choose 9 hours)

- COM 303 Rhetorical Perspectives in Organizational Communication – 3 hrs.
- COM 305 The Persuasive Process – 3 hrs.
- COM 315 Intercultural Communications Theory – 3 hrs.
- COM 416 Researching Organizational Cultures – 3 hrs.
- COM 387 Strategic Communication in Organizational Contexts - 3 hrs.
- COM 394 Communication and Conflict Management – 3 hrs.
- COM 395 Interviewing Communication: Process and Strategy – 3 hrs.
- COM 396 Communication and Organizational Change – 3 hrs.
- COM 397 Virtual Team, Communication and Collaboration – 3 hrs.
- COM 398 Communication Training and Development – 3 hrs.
- COM 399 Computer-Mediated Communication – 3 hrs.

### Total Hours Required for Minor: 18

## Journalism

The minor allows students to develop journalistic skills — writing, editing, sourcing, interviewing, etc. — while learning the necessary technical capabilities, the history and ethics of the field, the legal underpinnings, the social responsibility of journalists, and a broader understanding of the news media industry and its practices.

Students will find these skills applicable in a variety of careers, whether they intend to pursue a news media or communications job, graduate or legal study, or any pursuit requiring strong writing skills, knowledge of public affairs, and critical thinking.

A minimum cumulative GPA of 2.25 must be earned in the minor. Department majors and/or minors may not apply a major or minor elective course to more than one requirement.

**Required Courses (12 hours)**

COM 201 Journalistic Writing – 3 hrs.

COM 215 Basic Reporting – 3 hrs.

COM 225 Visual Storytelling – 3 hrs.

COM 425 Advanced Reporting – 3 hrs.

**Electives (choose 6 hours)**

COM 204 Audio Production – 3 hrs.

COM 307 Feature Writing – 3 hrs.

COM 310 Broadcast News Reporting and Writing – 3 hrs.

COM 314 Intro to Video – Studio Production – 3 hrs.

COM 323 Newspaper Editing and Design – 3 hrs.

COM 330 Comm Law and Ethics – 3 hrs.

COM 335 Intro to Video – Field Production – 3 hrs.

COM 340 Magazine Production – 3 hrs.

COM 345 Photojournalism and Documentary Photography – 3 hrs.

COM 360 Digital Journalism – 3 hrs.

**Total hours: 18**

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# COMMUNICATION COURSES

**COM 101 - Survey of Communication** *(3 hours)*

Provides an overview of the nature, functions, and responsibilities of the communication industries in a global environment with an orientation toward the Department of Communications current disciplines.

**COM 103 - The Oral Communication Process** *(3 hours)*

**Gen. Ed. SP**

**Core Curr. CM OC**

Theories and skills of oral communication. Emphasis on basic principles of thought, content, organization, style, delivery, and the interaction of communication and culture.

**COM 104 - Honors Public Performance** *(3 hours)*

Theories and skills of oral communication with an emphasis on maximum communication competency. Principles of thought, content, organization, style, delivery, and audience will be thoroughly and creatively examined. Course is for Honors students only.

**COM 112 - Introduction to Media Production** *(1 hour)*

Tools and aesthetics of media production: word processing and photography. The desktop computer interface. Desktop publishing, presentation software, multimedia documents. Internet navigation and page production. Credit by examination available. Not available for credit to students who have credit in IM 113.

**COM 160 - Sports, Media and Society** *(3 hours)*

The social, political, economic, historical, and ethical significance of the intersection of sports, media, and society. Prerequisite: COM 101

**COM 201 - Journalistic Writing** *(3 hours)*

Basic writing: selecting, organizing, and structuring information for print and broadcast journalism. Prerequisite: COM 101; ENG 101.

**COM 202 - Basic Advertising Writing** *(3 hours)*

Principles and practice of effective advertising writing. Selecting, organizing, and structuring information for advertising writing. Prerequisite: COM 101; ENG 101.

## COM 203 - Introduction to Electronic Media *(3 hours)*

Overview of electronic media industries: radio, television, cables and related electronic technologies. Local, regional, national, and international networks and programming services. Broadcast and broadband distribution; roles of government, advertisers, agencies, and audiences. Prerequisite: COM 101

## COM 204 - Audio Production *(3 hours)*

Study and practice in the operation of basic audio production equipment. Production techniques and production criticism. Prerequisite: COM 101, 201; or consent of instructor.

## COM 209 - Forensics *(1 hour)*

Research and performance laboratory for students who participate in intercollegiate and community speech activities. Repeatable to a maximum of 6 credit hours. Prerequisite: COM 103; consent of Forensics Director.

## COM 215 - Basic Reporting *(3 hours)*

Practice in news gathering, beat reporting, interviewing, and writing basic news stories. Prerequisite: COM 101, 201; ENG 101

## COM 219 - Public Relations *(3 hours)*

Nature, practices, ethics, and problems of public relations. Prerequisite: COM 101, COM 201 or COM 202; ENG 101.

## COM 220 - Advertising As Communication *(3 hours)*

Introduction to the foundations, nature, and practice of advertising; commercial aspects of communications. Ethical, legal and social responsibility aspects of advertising. Prerequisite: COM 101

## COM 225 - Visual Storytelling *(3 hours)*

Practice in visual storytelling using video, audio, still photography, and other means of conveying information to create a journalistic report in a documentary style for multiple publishing platforms. Prerequisite: COM 101, COM 201.

## COM 260 - Sports Writing and Announcing *(3 hours)*

The skills of writing and announcing for the electronic media. Prerequisite: COM 101, ENG 101, IM 113; and COM 201 or COM 202

## COM 265 - Ethical Issues in Sports Communication *(3 hours)*

Com 265 is a course than analyzes the ethical issues that are prevalent in sports today.

Prerequisite: COM 101 and COM 160

## COM 291 - Topics in Communication *(1-3 hours)*

Topics of special interest which may vary each time course is offered. May be repeated under different topics. Topic and prerequisites stated in current Schedule of Classes. Prerequisite: sophomore standing.

## COM 292 - Organizational Communication *(3 hours)*

Introduction to organizational communication including perspectives on organizing, the nature of communication within organizations, organizational culture, enhancing communication competence, innovation, technology, and organizational change, and contemporary issues. Prerequisite: COM 103.

## COM 300 - Communication Theory *(3 hours)*

Theories and variables of human communication in the interpersonal, group, organizational, intercultural, mediated, and global systems. Prerequisite: COM 101; minimum of 45 credit hours.

## COM 303 - Rhetorical Perspectives in Organizational Communication *(3 hours)*

Rhetoric is the strategic use of symbols to generate meanings. Studying rhetoric examines how people are coordinated via discourses thereby producing critical interpretations of how, when, and why discourses are effective and persuasive. Organizational rhetoric is the strategic use of symbols to influence the thoughts, feelings, and behaviors of audiences important to the operation of organizations. The course focuses on rhetorical perspectives in five typical and recurring organizational contexts: identity rhetoric, issues rhetoric, risk rhetoric, crisis rhetoric, and rhetoric for internal audiences. We will emphasize the ethical dimensions of organizational communication during the strategic use of discourse. Prerequisite: COM 103; junior/senior standing; COM 292 or consent of instructor

## COM 305 - The Persuasive Process *(3 hours)*
## Core Curr. WI

How persuasive communication influences human behavior. Emphasis on recent theories of persuasion and experimental research. Creating persuasive messages and evaluating persuasive attempts. Prerequisite: COM 103 or consent of instructor.

**COM 307 - News Feature Writing** *(3 hours)*

Writing local news features and special feature stories for Sunday supplements, magazine sections, and magazines. Prerequisite: COM 101, 201, 215; ENG 101.

**COM 310 - Broadcast News Writing and Reporting** *(3 hours)*

Focus on producing, writing, reporting, and critiquing broadcast news. On-air performance including in-studio and live breaking news. Prerequisite: COM 101, 201, 215; ENG 101.

**COM 314 - Introduction to Video: Studio Production** *(3 hours)*

Television production techniques, theories, and fundamental skills as applied to studio production and COM 335. May be taken concurrently with Com 335 only with consent of instructor. Prerequisite: COM 101, 201, 203, 204; or consent of instructor.

**COM 315 - Intercultural Communication Theory** *(3 hours)*

**Gen. Ed. CD**

**Core Curr. GP WC,MI**

Communication across diverse cultures. Intercultural communication theory, skills, and concepts. Developing specific communication skills to facilitate effective communication in intercultural settings. Prerequisite: COM 103; junior standing.

**COM 320 - Advertising Creative Strategy** *(3 hours)*

Formulation and techniques of creative strategy. Copywriting for print and electronic media. Prerequisite: COM 101, 202, and 220; ENG 101.

**COM 322 - Advertising Media Planning** *(3 hours)*

Development of media plans and schedules to deliver advertising messages to target markets in media audiences. Advertising media vehicles evaluated in terms of creative requirements, audience characteristics, and cost efficiency. Prerequisite: COM 101, 220; MTG 315.

**COM 323 - Newspaper Editing and Design** *(3 hours)*

Extensive practice in copy editing and headline writing for newspapers with an emphasis on grammar, style, and accuracy. Introduction to the principles of newspaper design. Prerequisite: COM 101, 201, 215; ENG 101.

**COM 325 - Advertising Design and Production** *(3 hours)*

Application of advertising principles and techniques in the design and preparation of ads for newspapers, posters, magazines, sales brochures, and direct marketing. Prerequisite: COM 101,

202, 220, and 320; ENG 101.

**COM 327 - Public Relations Writing** *(3 hours)*

Promotional writing for publicity and public relations; practice preparing product, personnel, and organizational news releases. Special needs of various media. Prerequisite: COM 101, 201, 215, and 219; ENG 101.

**COM 330 - Communication Law and Ethics** *(3 hours)*

Laws covering all the media; libel, privacy, copyright, and intellectual property; federal and state laws; unique broadcast and Internet regulations; nexus between the legal and the ethical in the practice of journalism. Prerequisite: junior standing.

**COM 335 - Introduction to Video: Field Production** *(3 hours)*

Use of portable field video production techniques (ENG/EFP) and post-production editing facilities for a variety of assignments in news, feature, and television commercial production. Aesthetics, visualization, and societal impact of the medium. May be taken concurrently with COM 314 only with consent of instructor. Prerequisite: COM 101, 201, 203, 204 or consent of instructor.

**COM 340 - Magazine Production** *(3 hours)*

Magazine publishing: writing, editing, production, design, and management. Prerequisite: COM 101, 201, and 215.

**COM 345 - Photojournalism and Documentary Photography** *(3 hours)*

Technical, aesthetic, and ethical concerns of the photojournalist and documentarian. Photographs for newspapers, magazines, and interactive media. The photographic essay. Pictorial coverage of events. Prerequisite: ART 225; IM 113; or consent of instructor.

**COM 360 - Digital Journalism** *(3 hours)*

Designed to help students effectively use cutting-edge interactive technologies employed in online journalism and to understand their applications. Prerequisite: COM 101, ENG 101; and COM 201 or COM 202.

**COM 370 - Global Perspectives in Sports Communication** *(3 hours)*

Examines theoretical perspectives on sport in a global environment. Critical analysis of sports communication in relation to cultural identities, nationalism, international relations, economics, and politics. Prerequisite: COM101, COM160, junior standing

## COM 383 - Desktop Publishing *(3 hours)*

Desktop publishing. Lecture, discussion, and preparation of public relations portfolio using various software.

## COM 386 - Media, Race, & Gender *(3 hours)*

**Gen. Ed. CD**

**Core Curr. WI**

An examination of the historical and current media portrayal and involvement of women and ethnic minorities indigenous to America, with special emphasis on the growth and development of minority media and media systems. Prerequisite: Junior standing.

## COM 387 - Strategic Communication in Organizational Contexts *(3 hours)*

Focus is on strategic communication and communication competence in interpersonal, team, and organizational contexts. Designed to enhance strategic message competence and communication skill in managing relationships, exerting influence and leadership, managing conflict, managing personal, team, and organizational identity, managing conflict, managing organizational change and so forth. Prerequisite: COM 103; COM 292, or consent of instructor.

## COM 388 - Social Media Communication *(3 hours)*

Provides knowledge, critical thinking ability and skills needed to meet the personal, professional, and cultural challenges posed by social-mediated communication. Prerequisite: Communication 103

## COM 391 - Topics in Communication *(1-3 hours)*

**Core Curr. WI**

Topics of special interest which may vary each time course is offered. May be repeated under different topics. Prerequisite: Junior standing.

## COM 392 - Case Studies in Organizational Communication *(3 hours)*

Problems and issues in organizational communication are analyzed through case histories, exercises, and projects. Prerequisite: COM 103, 292.

## COM 393 - Small Group Communication *(3 hours)*

Examines theory and research in small group communication in the context of the organization. Prerequisite: COM 103, 292; or consent of instructor.

**COM 394 - Communication and Conflict Management** *(3 hours)*

Furnishes learners with an understanding of the nature, purpose, and function of conflict and communication rules and strategies for managing and resolving conflict. Prerequisite: COM 103, 292, or consent of instructor.

**COM 395 - Interviewing Communication: Process and Strategy** *(3 hours)*

The purpose, structure, focus, and techniques employed in effective interviewing. Furnishes knowledge and skills necessary for enhancing effectiveness in several types of interviewing contexts, including employment interviews, journalistic interviews, appraisal interviews, and counseling/medical interviews. Prerequisite: COM 103, 292; or consent of instructor.

**COM 396 - Communication and Organizational Change** *(3 hours)*

Examines the use of communication technology in organizations and the range of factors which foster the need for organizational change. Furnishes an understanding of how to analyze and diagnose organizational problems and situations and identify and evaluate communication-relevant change management strategies. Prerequisite: COM 103, 292; or consent of instructor.

**COM 397 - Virtual Team, Communication and Collaboration** *(3 hours)*

Furnishes conceptual understanding of: 1) the nature of human communication and collaboration; 2) collaboration technologies; and 3) rules and strategies for using technology to enhance team and organizational effectiveness. Prerequisite: COM 103, 292; or consent of instructor.

**COM 398 - Communication Training and Development** *(3 hours)*

Theory and practice of training for developing the human resources in the organization. Topics include adult learning theory and research, methods of assessing communication training needs and learning styles, design of effective communication training, presentation skills, and evaluation methods. Prerequisite: COM 103.

**COM 399 - Communication in Computer-Mediated Environments** *(3 hours)*

Nature, function, and process of communication in diverse computer-mediated environments. Enhances learners' ability to communicate competently in technologically complex computer-mediated environments.

**COM 400 - Communications Research** *(3 hours)*

Research procedures commonly used in communications research, including qualitative and quantitative methods. Emphasis on sampling data collection and analysis. Not open to students

with credit in COM 440. Prerequisite: COM 101, 300; minimum of 45 credit hours.

## COM 409 - Advanced Screenwriting Workshop *(3 hours)*
### Core Curr. WI

Creative writing workshop in screenwriting taught by English faculty member in collaboration with professionals in the entertainment industry. Cross-listed with ENG 409/509. Repeatable to a maximum of 6 hours. Prerequisite: COM 101; 201 or 202; and consent of instructor

## COM 414 - Advanced Video: Studio Production *(3 hours)*

For students entering broadcasting. Preparation and development of television programs; emphasis on creative formats and uses of the camera, sound, music, lighting, and graphics. Development of production and critical skills. This course may be taken concurrently with COM 435 only with consent of instructor. Prerequisite: COM 101, 201, 203, 204 and 314; senior standing.

## COM 415 - Global Media Systems *(3 hours)*

Study of mass media systems throughout the world: their history, development, theories of control, international news agencies, and new technologies. Prerequisite: COM 101; senior standing or consent of instructor.

## COM 416 - Researching Communication in Organizational Culture *(3 hours)*
### Core Curr. WI

Introduces students to the use of qualitative methods of data collection aimed at understanding the relationship between organizational culture and communication. Methods include interviewing, field observations, and analysis of organizational websites and documents. Prerequisite: COM 103, COM 292, and junior status; or consent of instructor

## COM 417 - Issues and Perspectives in Communication *(3 hours)*

Analysis and discussion of communication issues, ethics, and perspectives. Prerequisite: COM 101, 300; senior standing.

## COM 420 - Media Sales *(3 hours)*

The economics, strategies, and techniques involved in media sales. Prerequisite: COM 203 and junior standing

**COM 425 - Advanced Reporting** *(3 hours)*

Intensive practice in multiplatform coverage of urban affairs; introduction to methods of investigative reporting. Focus on the social and political context of the news. Prerequisite: COM 101, 201, 215, 225; ENG 101.

**COM 430 - Media Management** *(3 hours)*

Theory and operation of media organizations including management and administrative issues. Cost and revenue analysis, budgeting, and personnel management. Prerequisite: COM 203; senior standing or consent of instructor.

**COM 435 - Advanced Video: Field Production** *(3 hours)*

Advanced work in portable video communication systems and electronic editing. Exploration of various media applications and individual style of exposition. Video communication and societal effects. This course may be taken concurrently with COM 414 only with consent of instructor. Prerequisite: COM 101, 201, 203, 204, and 335.

**COM 437 - Advertising in A Global Environment** *(3 hours)*

Comparative analysis of interaction among advertising, cultures, and economic, legal, and political systems. Designing and developing appropriate advertising strategies for diverse cultural markets. Prerequisite: COM 101, 220; MTG 315; or consent of instructor.

**COM 438 - Public Relations in A Global Environment** *(3 hours)*

Public relations theory and practice in conjunction with cultural, geographic, and historic components of international practice of the profession. International media-public relations exchange and international public relations. Prerequisite: COM 101, 201, 219; ENG 101.

**COM 445 - Nonlinear Postproduction** *(3 hours)*

Fundamental principles and practices of digital, non-linear video editing and related postproduction processes and procedures. Prerequisite: COM 101, 201, 203, 204, and 335.

**COM 447 - Issues and Ethics in Advertising** *(3 hours)*
**Core Curr. WI**

Students will explore current issues in advertising with special emphasis on present advertising industry development, advertising laws, advertising literature, special interest research, ethical issues, and problem-solving techniques. Prerequisite: Senior standing.

## COM 450 - Electronic Media Programming and Promotion *(3 hours)*

Acquisition, distribution, and evaluation of radio and television program content across various electronic media platforms. Application of programming and promotion strategies to specific situations. Prerequisite: COM 101, 203; senior standing; or consent of instructor.

## COM 460 - Sports Promotion and Publicity *(3 hours)*

Basic principles involved in communicating activities of professional and non-professional sports organizations and institutions to their target audiences. Examination of sports-related corporate social responsibility and community relations initiatives in local, national, and international settings. Prerequisite: COM 101, ENG 101, IM 113, COM 160, COM 360; and COM 201 or COM 202.

## COM 474 - Advanced Copywriting *(3 hours)*

Advanced advertising copywriting for various advertising media. Prerequisite: COM 101, 202, 220, 320, 325; ENG 101; senior standing.

## COM 480 - Public Relations: Case Studies and Campaigns *(3 hours)*

The capstone course in the PR sequence. Theory and strategy are stressed through studies of classic PR case programs and development of PR campaigns for actual businesses and organizations. A final campaign requires research, writing, production, application and analysis skills. Prerequisite: COM 101, 201, 215, 219, 300, and 327; ENG 101; senior standing.

## COM 481 - Advertising Campaigns *(3 hours)*

The capstone course in the advertising sequence. Basic principles and applications of advertising campaign planning, preparation, and presentation taught in a problem-solving mode. Prerequisite: COM 101, 202, 220, 320, 322, 325, and 400; ENG 101.

## COM 490 - Independent Study *(1-3 hours)*

Individual creative research into various problems and aspects of the mass media. Requires application (available in Department Chair's office). May be repeated for a total of six hours. Prerequisite: junior standing and consent of instructor.

## COM 491 - Topics in Communication *(1-3 hours)*

Topics of special interest which may vary each time course is offered. May be repeated under different topics. Prerequisite: senior standing.

**COM 492 - Seminar in Communication** *(1-3 hours)*

Advanced study and/or work in performance, production, historical, critical, and theoretical aspects of communication. May be repeated under different topics, for a total of three semester hours. Prerequisite: junior standing.

**COM 494 - Communication Expedition** *(1-3 hours)*

Students travel to observe professional communication and/or to engage in creative production making use of the resources of the particular location. Advanced study and/or experiences in communication settings. May be repeated under different topics for a maximum of 9 hours credit. Topics, destination, and prerequisites stated in current Schedule of Classes.

**COM 495 - Communication Internship** *(1-3 hours)*

Supervised experience at media outlets, companies, or organizations utilizing communication involving all phases of media operations. Application required (available from Intern Director). May be repeated once if in a different experience. Only 3 hours count toward major where applicable. Prerequisite: junior standing; 2.5 overall GPA, 2.75 major/minor GPA; completion of required courses in concentration (required courses listed on internship application form).

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# GENERAL STUDIES MAJOR IN COMMUNICATIONS AND FINE ARTS

**Faculty:  *Associate Dean, Slane College of Communications and Fine Arts, (Chair) and faculty representing the Department of Art, Communication, Interactive Media, Music and Theatre Arts.***

The General Studies Major in Communications and Fine Arts is an interdisciplinary degree program that provides students the opportunity to design a course of study based upon personal preference and career goals while meeting Bradley University's graduation requirements for a B.A. or B.S. degree. A General Studies Major in CFA holds the same value as all Bradley University degrees.

The curriculum for the General Studies Major in Communications and Fine Arts encourages free and creative thought, critical analysis, and exposes the student to a variety of social and scientific issues that are the basis for a well-rounded education. The knowledge gained through a firm grounding in the arts prepares the student for many different highly competitive job fields, and teaches skills applicable in every area of life. This general studies major assists students in demonstrating an awareness of the role that communication and fine arts play when combined with other unique courses of studies thus developing a creative and emerging career focus.

Students declare the general studies major in the Slane College of Communications and Fine Arts. The core of the General Studies Major in CFA is an area in communication or fine arts combined with two or more academic programs outside of the college that are incorporated into an individualized major. Students declaring a General Studies Major in CFA develop a coherent proposal for their specialized major. This proposal is prepared with the advice of an academic advisor. The detailed prospectus identifies career goals and objectives, and details how the interdisciplinary plan of study supports the proposed major

Students without definite academic plans should register in academic exploration rather than in the General Studies Major in Communications and Fine Arts Major.

# Major Requirements

The Associate Dean and a committee of faculty in the Slane College of Communications and Fine Arts must approval all General Studies Major in CFA proposals and serve as academic advisors. Students must consult with the Associate Dean of the Slane College of Communications and Fine Arts in all phases of the major through graduation. Students must complete all Bradley University requirements for a B.A. or B.S. degree. The self-designed major must not duplicate existing majors at Bradley University.

Approved self-designed majors in the General Studies Major in CFA require a course of study consisting of minimum of 48 hours with at least 50 percent of the courses based in CFA.   An internship or experiential-learning opportunity is a required component of the major.

Students write a proposal for a General Studies Major in CFA that clarifies specific intellectual ideals and goals for an academic plan, indicates a proposed list of courses, and demonstrates that the program does not duplicate existing majors at Bradley University. The program assists students in demonstrating an awareness of the intricate role of communications or fine arts when combined with other unique courses of studies.   The proposed program should specify the departments collaborating with the major and include a list of the courses from each of those departments. Transferred courses can be used. Proposals meeting the requirements are not guaranteed acceptance, but will be reviewed by the program committee.

Examples of possible careers:

- Museum Educator
- Communication Designs
- Art Therapist
- Fashion Communication
- Sports Recreation
- Public Relations and Event Planning
- Sports Sales

# Application

Students should submit the following application to the Slane College of Communications and Fine Arts Dean's Office:

1. An official record of their past and present courses.
2. A written statement of their intellectual ideals and career goals.
3. A detailed plan of the courses from the academic catalog the student plans to take as part of the General Studies Major.

4. A rationale explaining how these courses facilitate the proposed course of study and the achievement of the student's ideals and goals.

**Eligibility:** Students are eligible for the program if they are at least second-semester freshmen with a minimum of 15 earned hours from Bradley University and have a grade point average of 2.25 or higher.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# INTERACTIVE MEDIA

**FACULTY** Professor Ham (chair), Lamoureux; Assistant Professors Cavanah, Wiley; Instructors in Residence Abzug, Doran, Ford, Gore.

The Interactive Media program offers majors in:

- Animation
- Animation and Game Design (BFA)
- Game Design
- Interactive Media
- User Experience Design

Minors in Game Design, Game Development, and User Experience Design are also available. Game Design and Game Development minors are open only to Computer Science and Computer Information Systems majors. The User Experience Design minor is open only to Animation, Game Design, and Interactive Media Majors.

## Mission

Bradley University's Interactive Media Program prepares its learners to be critical thinkers in a continually evolving field that requires interdisciplinary, theoretical, and application knowledge in the design, development, and production of interactive media.

The Department of Interactive Media at Bradley University maintains a strong focus on creative and conceptual problem solving in the authoring of material for aspiring new-media professionals within a sound theoretical framework. Students will learn the importance of content research and project planning while becoming familiar with aesthetic conventions and the production environment within each of the component media types. Interactive Media majors incorporate the various media items into stand-alone projects with authoring tools designed for the Internet and modern media devices.

## Admission Requirements

1. Bradley students transferring into the program must have a 2.25 grade point average for at least 12 hours of coursework in order to declare a major in the Department of Interactive Media.
2. Students transferring from other institutions must have a 2.25 overall grade point average on a 4.0 scale to be admitted to one of the department's majors. External transfer students not having a 2.25 overall

grade point average must earn a 2.25 at Bradley for at least 12 hours of coursework before declaring one of the department's majors.

3. Courses taken at other institutions must be evaluated by the Admissions Office and then by the department chair. Due to the fast pace at which technology changes, Interactive Media courses considered for required or elective transfer credit must have been completed within four years from the proposed admission date for the student.

4. Current Bradley students and external transfer students who meet program admission requirements and who wish to change to or add an Interactive Media major must first meet with an advisor or the department chair for an initial academic advisement session and orientation to the department.

5. Students interested in entering the BFA program in Animation and Game Design begin as freshmen by declaring an Animation or Game Design BA/BS major. In the Spring of their sophomore year, prospective BFA students may apply to the BFA program. Admission will be based upon portfolio review, how they have performed in their courses and an interview with Animation and Game Design faculty. Students who are not admitted to the program may be invited to reapply the following semester or may be encouraged to continue in their current BA/BS major.

6. Students who wish to apply courses taken at other institutions to a major's requirements must submit a portfolio and complete a technology-based assessment so that the Department of Interactive Media can determine proper course placement. Please contact the Department of Interactive Media for details.

7. Internal and external transfer students may need at least one extra semester to complete graduation requirements because of prerequisites and core course requirements in the major. Students choosing to switch between majors may also need at least one extra semester to complete graduation requirements.

8. Due to the strong technology component of this major, all students are required to meet current department hardware and software requirements. These requirements help ensure that majors are immersed in current technologies and become fluent in standards required to be successful in Interactive Media.

9. Students choose one major within the department. Students may not major in more than one major within the department.

# Graduation Requirements

1. Students majoring in Animation, Game Design, Interactive Media, or User Experience Design must have a grade point average of 2.50 for all required courses that are used to fulfill the major's requirement. Students must also earn a C or better in each course necessary to fulfill the requirements of the major. Both requirements include courses required for the concentration and courses outside the Department that are required for the major.

2. Students in the Animation and Game Design BFA program must earn a grade of "B" or better for each course that is used in fulfilling the major's requirements.

3. Students may not enroll in Interactive Media courses for which a required course is a prerequisite unless they have earned a C or better in the required course.

4. The Department reserves the right to retain some student work for the University permanent collection. Works produced by the Department are retained by the Department at the discretion of the instructor.

# Majors

The Department of Interactive Media offers five majors:

- Animation
- Animation and Game Design (BFA)
- Game Design
- Interaction Media
- User Experience Design

## Animation Major

Students must earn a grade of C or better in each required course for graduation as an Animation Major. Students must also have a 2.50 GPA (cumulative) in all required courses.

Course Requirements (56-57 hrs.)

- ART 101 Drawing I - 3 hrs.
- ART 102 Drawing II - 3 hrs.
- IM 110 Introduction to Interactive Media Design - 3 hrs.
- IM 120 Concepting and Storytelling for Interactive Media - 3 hrs.
- IM 150 Foundations of Interactive Design - 3 hrs.
- IM 162 Introduction to Scripting for Animators - 3 hrs.
- IM 226 Interactive Media Practicum I - 4 hrs.
- IM 240 Two-Dimensional Animation I - 3 hrs.
- IM 241 Two-Dimensional Animation II - 3 hrs.
- IM 243 History of Animation - 3 hrs.
- IM 340 Three-Dimensional Animation I - 3 hrs.
- IM 341 Three-Dimensional Animation II - 3 hrs.
- IM 355 New Media Theory - 3 hrs.
- IM 426 Interactive Media Practicum II - 4 hrs.
- IM 440 Animation Capstone I - 3 hrs.
- IM 441 Animation Capstone II - 6 hrs.
- IM 450 Issues in New Media Theory - 3 hrs.

## Animation and Game Design Major (BFA)

A grade of "B" or better is required in each of these courses for graduation as Animation and Game Design Major. Admission to the BFA program requires a portfolio submission and review of the students work by the Animation and Game Design faculty. Students should apply to the BFA program upon completion of IM 241 Two-Dimensional Animation II and IM 289 Game Production (typically upon concluding the second semester of the sophomore year.) Applicants must have a GPA of 3.0 for the Animation and Game Design requirements that they have completed an overall GPA of 2.5.

Course Requirements (83-84 hours)

- IM 110 Introduction to Interactive Media Design - 3 hrs.
- ART 142 Survey of Art History II - 3 hrs.
- IM 120 Concepting and Storytelling for Interactive Media - 3 hrs.
- IM 150 Fundamentals of Interactive Design - 3 hrs.
- Either: IM 160 Introduction to Scripting Languages - 3 hrs. or CS 101 Introduction to Programming – 4 hrs.
- ART 101 Drawing 1 - 3 hrs.
- ART 102 Drawing 2- 3 hrs.
- ART 230 Life Drawing - 3 hrs.
- IM 226 Practicum - 4 hrs.
- IM 240 Two-Dimensional Animation 1 - 3 hrs.
- IM 241 Two-Dimensional Animation II - 3 hrs.
- IM 242 Game Art - 3 hrs.
- IM 243 History of Animation - 3 hrs.
- IM 288 Game Design 1 - 3 hrs.
- IM 289 Game Production 1 - 3 hrs.
- IM 340 Three-Dimensional Animation I - 3 hrs.
- IM 341 Three-Dimensional Animation II - 3 hrs.
- IM 342 Animation for Games - 3 hrs.
- IM 355 Interactive Media, Theory, and Practices - 3 hrs.
- IM 380 Critical Game Studies - 3 hrs.
- IM 388 Game Design II - 3 hrs.
- IM 389 Game Production II - 3 hrs.
- IM 426 Practicum - 4 hrs.
- IM 450 Critical Issues in Interactive Media - 3 hrs.
- IM 430 Animation and Game Design Thesis I - 3 hrs.
- IM 431 Animation and Game Design Thesis II - 6 hrs..

# Game Design Major

A grade of "C" or better is required in each of the courses used to fulfill the Game Design Major's requirements. Students must also have a 2.50 GPA (cumulative) for the courses that are used to fulfill the major's requirements.

Course Requirements (50 hours)

- IM 110 Introduction to Interactive Media Design - 3 hrs.
- IM 120 Concepting and Storytelling for Interactive Media - 3 hrs.
- IM 150 Fundamentals of Interactive Design - 3 hrs.
- IM 160 Introduction to Scripting Languages - 3 hrs.
- IM 226 Practicum – 4 hrs.
- IM 280 Quality Assurance in Games – 1 hr.
- IM 288 Game Design I – 3 hrs.
- IM 289 Game Production I – 3 hrs.
- IM 355 Interactive Media Theories, Concepts, and Practices - 3 hrs.
- IM 380 Critical Game Studies - 3 hrs.
- IM 388 Game Design II - 3 hrs.
- IM 389 Game Production II - 3 hrs.
- IM 426 Practicum – 4 hrs.
- IM 450 Critical Issues in Interactive Media - 3 hrs.
- IM 459 Computer Game Capstone Project - 3 hrs.
- IM 489 Game Capstone II - 6 hrs.

## Interactive Media BA/BS Major

A grade of "C" or better is required in each of these courses for graduation as an Interactive Media Major. Students must also have a 2.50 GPA (cumulative) in all courses that are used to fulfill the major's requirements.

Course Requirements (36-37 hours)

- IM 110 Introduction to Interactive Media Design - 3 hrs.
- IM 120 Concepting and Storytelling for Interactive Media - 3 hrs.
- IM 150 Fundamentals of Interactive Design - 3 hrs.
- Either IM 160 Introduction to Scripting Languages - 3 hrs. or CS 101 Introduction to Programming- 4 hrs.
- IM 226 Interactive Media Practicum I – 4 hrs.
- IM 285 Introduction to Video for Interactive Media - 3 hrs.
- IM 355 New Media Theory - 3 hrs.
- IM 365 Web Design - 3 hrs.
- IM 426 Interactive Media Practicum II – 4 hrs.
- IM 450 Critical Issues in Interactive Media - 3 hrs.

One of the following:

- IM 243 History of Animation - 3 hrs.
- IM 380 Critical Game Studies - 3 hrs.
- ART 332 History of Graphic Design - 3 hrs.

Interactive Media Electives (9 hours)

The Interactive Media major requires 9 course hours in addition to the 35 hours of core requirements. Any Interactive Media course can be used to fulfill this requirement as can any of the following courses:

- ART 205 Typographic Design - 3 hrs.
- ART 206 Graphic Design Methods and Processes - 3 hrs.
- ART 228 Basic Digital Photographic Imaging - 3 hrs.
- ART 332 Graphic Design History - 3 hrs.
- CS 100 Introduction to Programming Concepts and Languages - 3 hrs.
- CS 101 Introduction to Programming - 4 hrs.
- CS 102 Data Structures - 3 hrs.

# User Experience Design Major

A grade of "C" or better is required in each of the courses used to fulfill the User Experience Design Major's requirements. Students must also have a 2.50 GPA (cumulative) for the courses that are used to fulfill the major's requirements.

Course Requirements (53 hours)

- PSY 101 Principles of Psychology - 3 hrs
- IM 110 Introduction to Interactive Development - 3 hrs.
- IM 120 Concepting and Storytelling for Interactive Media - 3 hrs.
- IM 150 Fundamentals of Interactive Design - 3 hrs.
- IM 161 Intro to Web Design - 3 hrs.
- IM 226 Practicum - 4 hrs.
- IM 260 User Interface Design and Development - 3 hrs.
- IM 261 User Research and Usability - 3 hrs.
- IM 355 Interactive Media, Theory, and Practices - 3 hrs.
- IM 360 Advanced Interaction Design - 3 hrs.
- IM 361 Advanced User Experience Design - 3 hrs.
- IM 363 Topics in User Experience Design - 3 hrs.
- IM 426 Practicum – 4 hrs.
- IM 450 Critical Issues in Interactive Media - 3 hrs
- IM 460 User Experience Design Capstone I - 3 hrs.

- IM 461 User Experience Design Capstone II - 6 hrs.

# Minors

The Department of Interactive Media offers two minors. A Game Design minor and a Game Production minor are available to students majoring in Computer Science/Information Systems.

## Admission Requirements

1. Bradley students transferring into the program must have a 2.25 grade point average for at least 12 hours of coursework in order to declare a minor in Game Design or Game Production.
2. Students transferring from other institutions must have a 2.25 overall grade point average on a 4.0 scale to be admitted to a minor in Interactive Media, Game Design, or Game Production. External transfer students not having a 2.25 overall grade point average must earn a 2.25 GPA at Bradley for at least 12 hours of coursework before declaring a minor in Game Design or Game Production.
3. Courses taken at other institutions must be evaluated by the Admissions Office and then by the department chair. Due to the fast pace at which technology changes, Interactive Media courses considered for required or elective transfer credit for these minors must have been completed within four years from the proposed admission date for the student.
4. Students who wish to transfer from other institutions must submit a portfolio and complete a technology based assessment so that the Department of Interactive Media can determine proper course placement. Please contact the Department of Interactive Media for details.
5. Internal and external transfer students may need at least one extra semester to complete graduation requirements because of prerequisites and core course requirements in the minor.

## Minor Requirements

1. Students minoring in Game Design or Game Production must have a grade point average of 2.50 for all required courses taken in the minor. Students must also earn a C or better in every required course within the minor. Both requirements include courses required for the concentration and courses outside the Department that are required for the minor.
2. Students minoring in Game Design may not enroll in Interactive Media courses for which a required course is a prerequisite unless they have earned a C or better in the required course.
3. Students minoring in Game Design may not apply the same coursework to both minors, with the exception of IM 113 and IM 285.
4. Students may not minor in both Game Design and Game Production.

## Game Design Minor

The 18-21 hour Game Design minor is only open to Computer Science and Computer Information Systems majors. A grade of "C" or better is required in each of these courses (as well as a cumulative GPA of 2.5 for the courses) for graduation as a Game Design minor. The following courses are required for the minor:

- IM 113 Introduction to Interactive Media - 3 hrs.
- IM 150 Fundamentals of Interactive Design - 3 hrs.
- IM 288 Game Design I - 3 hrs.
- IM 388 Game Design II - 3 hrs.
- IM 389 Game Production II - 3 hrs.
- Choose 2 of the following courses (6 hours total):

- IM 459 Computer Game Capstone Project - 3 hrs.
- IM 489 Advanced Game Capstone - 6 hrs.

## Game Production Minor

The 18-hour Game Production minor is only open to Computer Science and Computer Information Systems majors. A grade of "C" or better is required in each of these courses (as well as a cumulative GPA of 2.5 for the courses) for graduation as a Game Production Minor. The following courses are required for the minor:

- IM 113 Introduction to Interactive Media - 3 hrs.
- IM 289 Game Production I - 3 hrs.
- IM 389 Game Production II - 3 hrs.
- IM 459 Computer Game Capstone Project - 3 hrs.
- IM 489 Advanced Game Capstone - 6 hrs.

## User Experience Design Minor

A grade of "C" or better is required in each of the following courses for graduation as a User Experience Design minor.

- IM 161 Intro to Web Design - 3 hrs.
- IM 260 User Interface Design and Development - 3 hrs.
- IM 261 User Research and Usability - 3 hrs.
- IM 363 Concepts in User Experience - 3 hrs.
- IM 366 Advanced Web Design - 3 hrs.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# INTERACTIVE MEDIA COURSES

**I M 110 - Introduction to Interactive Media Design** *(3 hours)*

Process of design for projects relating to animation, game design and development, and user experience design. Focus on technical instruction, design aesthetics, and production using a wide variety of software and delivery methods. Prerequisite: Interactive Media Major or consent of Department chair.

**I M 113 - Introduction to Interactive Media** *(3 hours)*

Tools and aesthetics of media production: word processing, photography, audio production, videography. Visual literacy. The desktop computer interface. Desktop publishing, presentation software, multimedia documents. Internet navigation and page production. Credit by examination available.

**I M 120 - Concepting and Storytelling for Interactive Media** *(3 hours)*

Process of narrative structure development. Writing, pre-visualization, presentation, and production of animation, game design, and user interface projects. Prerequisite: Interactive Media Major or consent of Department Chair.

**I M 150 - Fundamentals of Interactive Design** *(3 hours)*

Principles of interactive design for digital devices. Emphasis is on user interfaces and experiences. Prerequisite: Animation, Game Design, or Interaction Design major; or consent of Department Chair.

**I M 160 - Introduction to Scripting Languages** *(3 hours)*

Introduction to the use of scripting languages in a web-based environment. Prerequisite: Interactive Media Major or consent of Department Chair

**I M 161 - Intro to Web Design** *(3 hours)*

Front-end development techniques and practices for website user interfaces and experiences. The course will be taught through lectures, demonstrations, and exercises using applications and scripting languages. Prerequisite: User Experience major or consent of Department Chair

**I M 162 - Intro to Scripting for Animators** *(3 hours)*

Introduction to the use of various scripting languages in different animation software environments. Prerequisite: Animation Major, I M 110, I M 120; or consent of Department chair.

## I M 180 - Introduction to the Game Industry *(3 hours)*

Game industry terminology, culture, and history. Current employee roles and responsibilities in the game industry, including programmers, artists, marketing, and sales. Required skills and knowledge for these roles. Game development and distribution models. Publisher/developer relationships. Prerequisite: 12 hours earned, Game Design major; or consent of Department Chair.

## I M 213 - Basic Interactive Media Authoring *(3 hours)*

Acquisition and computer processing of text, photographs, video and sound files. Incorporation of processed files into documents for computer multimedia. Solving problems in visual and multimedia communications assignments. Theories and cultural effects of visual communication and new media. Prerequisite: IM 113, IM 115, or consent of Department Chair.

## I M 226 - Interactive Media Practicum I *(0-1 hours)*

Presentations by faculty, alumni, and other professionals in the field allow students to make connections serving their academic and professional pursuits. Students will also engage in additional career development activities including portfolio creation, resumé authoring, career research, networking, and engagement in public festivals and presentations of their works. Repeatable for up to a maximum of 8 credit hours. Crosslisted with IM 426. Prerequisite: Interactive Media Major or Minor, Freshman/Sophomore Status, or consent of Department Chair.

## I M 240 - Two-Dimensional Animation I *(3 hours)*

Art and techniques of hand-drawn animation. Immersion in a variety of techniques exploring founding principles of animation, storytelling, drawing, and design. Prerequisite: Animation Major, IM 110, IM 115, IM 120, IM 150; or consent of Department Chair.

## I M 241 - Two-Dimensional Animation II *(3 hours)*

Art and techniques of computer-based 2D animation, motion graphics, and compositing. Study of various digital animation techniques using multiple applications. Prerequisite: Animation Major, IM 110, IM 115, IM 120, IM 150, IM 220, IM 240; or consent of Department Chair.

## I M 242 - Game Art *(3 hours)*

An introduction to the creation of artwork for video games. Topics include user interface design, the creation of two- and three-dimensional art for game engines, and level design, and the creation of art pipelines. Prerequisite: IM 110 or IM 113, IM 150; or consent of Department chair.

**I M 243 - History of Animation** *(3 hours)*

Study of the historical, cultural, economic, political, and social forces that helped shape the evolution of animation as an art form. Written and oral discussions focused on the attitudes and influences of race, gender, technology, culture, and the conflict between art and industry. Prerequisite: Animation Major, IM 110, IM 115, IM 120, IM 150; or consent of IM Department Chair.

**I M 260 - User Interface Design & Development** *(3 hours)*

Fundamental principles and practices of user interface design and data visualization. Emphasis on the design of 2D graphical user interfaces and the development of applications that use them. Prerequisite: IM 110, IM 160, IM 120, IM 150; or consent of Department chair.

**I M 261 - User Research & Usability** *(3 hours)*

Introduction to user-centered design based upon usability research and testing. Topics include defining audiences, heuristic evaluations, and effective reporting. Prerequisite: IM 110, IM 160, IM 120, IM 150, IM 260, PSY 205 or MTH 111 or equivalent; or consent of Department chair.

**I M 280 - Quality Assurance in Games** *(1 hour)*

Quality assurance in games. Testing process including the importance of testing and test plan development and implementation. Prerequisite: Sophomore standing; Game Design Major or Minor; or consent of Department Chair.

**I M 285 - Introduction to Video for Interactive Media** *(3 hours)*

Fundamental principles and practices of professional video cameras, microphones, and lights for multimedia production. Interviewing procedures plus aesthetics and visuals. Non-linear editing. Prerequisite: IM 113; sophomore standing or consent of instructor.

**I M 288 - Game Design I** *(3 hours)*

Gameplay, storytelling, challenges, interface and information design, and world interaction. Construction of experiences, including rule design, play mechanics, game balancing, social game interaction, and the integration of interactive media. Playtesting and game design documentation. Prerequisite: Game Design Major, IM 110, IM 115, IM 120, IM 150; or Game Design Minor, IM 113, IM 150; or consent of Department Chair.

**I M 289 - Game Production I** *(3 hours)*

Interactive game production using advanced development tools. Game production lifecycle and workflow pipeline. Group dynamics and communication skills. Integration and Design and

development documentation. Prerequisite: Game Design Major, IM 110, IM 115, IM 120, IM 150, IM 288; or Game Design Minor, IM 113, IM 150, CS 101, CS 102; or consent of Department Chair.

### I M 325 - Search Engine Optimization and Analytics *(3 hours)*

Measurement and optimization of Web site performance. Monetary models supported by Web metrics. Concept of semantic design and its relationship to search engine optimization. Focus on methods to design Web spaces to maximize desired impacts and outcomes. Prerequisite: IM 113, IM 115, IM 213, IM 250, ART 105, ART 205, IM 285, IM 365, or consent of department chair

### I M 340 - Three-Dimensional Animation I *(3 hours)*

Fundamental principles of three-dimensional computer animaLon and modeling. Creation of basic models using polygonal modeling, texturing, lighting, and rendering for various animaLon projects. Prerequisite: Animation Major, IM 110, IM 115, IM 120, IM 150, IM 220, IM 240, IM 241; or consent of Department chair

### I M 341 - Three-Dimensional Animation II *(3 hours)*

Further explorations of the art and techniques of 3D computer animaMon. Emphasis on traditional principles of animation in addition to camera manipulation, rigging, and character animation core mechanics including walk cycles, expressions, and lip sync. Prerequisite: Animation Major, IM 110, IM 115, IM 120, IM 150, IM 240, IM 241, IM 340; or consent of Department chair

### I M 342 - Animation for Games *(3 hours)*

A project-oriented overview of the tools and techniques used in the creation of three-dimensional art for video games. Prerequisite: IM 110, IM 160, IM 120, IM 150, IM 240, IM 241, IM 340, IM 341; or consent of Department chair.

### I M 344 - Virtual World Building and Research *(3 hours)*

Introduction to building virtual environments and related field research. Philosophic and practical rationales for social virtual worlds. Virtual environment planning, layout, and implementation. Tools for designing and coding presence and interactivity. Avatars, space, terra forming, accessories, traffic and interaction patterns, social activities, communities. Monetization of virtual environments and presence. Fundamentals of qualitative field research methods in online virtual worlds. Prerequisite: IM 113, IM 115, IM 213, and IM 285; or consent of instructor.

**I M 350 - Intellectual Property Law and New Media** *(3 hours)*

Reviews the creative, social, cultural, and legal contexts and challenges surrounding the protection of intellectual property, intellectual creativity, and creative environments in the commons. Promotes increased appreciation of interrelationships among the roles of law, public policy, economic development, and creativity in interactive media activities. Prerequisite: IM 250 or permission of instructor for non-majors.

**I M 355 - Interactive Media Theories, Concepts, and Practices** *(3 hours)*
**Core Curr. WI**

Examines scholarly concepts, theories, and practices about human communication, mass media, and computational digital technologies. Develops conceptual foundations derived from the cultural and commercial dimensions of media histories, technological innovation, professional practice, and contemporary/everyday phenomena. Provides increased and improved technical vocabularies and develops students' critical examinations of taken-for-granted media phenomena. Posits informed speculations concerning the future of media with particular attention to the roles of citizens, consumers, and producers. Applies intensive writing skills combining reading, study, and discussion with analysis and thinking via diverse written assignments. Prerequisite: 36 earned credit hours

**I M 360 - Advanced Interaction Design** *(3 hours)*

Advanced and experimental interaction design strategies as applied to web & mobile/responsive application development. Prerequisite: IM 110, IM 160, IM 120, IM 150, IM 260, IM 261, PSY 205 or MTH 111 or equiv; or consent of Department chair.

**I M 361 - Advanced User Experience Design** *(3 hours)*

Studio course focused on further developing core skills of UX design, information and visual/communications design, and advanced wireframing techniques. Prerequisite: IM 110, IM 160, IM 120, IM 150, IM 260, IM 261, IM 360, PSY 205 or MTH 111 or equivalent; or consent of Department chair.

**I M 363 - Topics in User Experience** *(3 hours)*

Focuses on the innovative and pioneering tools, techniques, and methodologies used in designing user experiences. This course teaches the best practices and principles of human/computer interaction. Prerequisite: User Experience major, I M 110, I M 120, I M 150, I M 161, I M 260 or consent of Department Chair.

**I M 365 - Web Design** *(3 hours)*

A studio course exploring typography and visual layout principles of interactive website design. Survey of theory, history, and methods of web design solutions. Discussion of transitional strategies in response to developing technologies. Cross-listed as ART 365. Prerequisite: IM 113, ART 105, ART 205; or consent of instructor.

**I M 366 - Advanced Web Design** *(3 hours)*

Development techniques and practices for websites and mobile application user interfaces and experiences. The course will be taught through lectures, demonstrations, and exercises using applications and scripting languages. Prerequisite: User Experience major, IM 161, or consent of Department Chair

**I M 380 - Critical Game Studies** *(3 hours)*

Criticism, analysis, and history of electronic and non-electronic games. Articulation of game aesthetics. History of computers and digital games and toys, construction and critique of significant and influential games, and game criticism and journalism. Prerequisite: ENG101, IM 110, IM 115, IM 120, IM 150, Game Design Major or Minor; or consent of Department Chair.

**I M 385 - Intermediate Video for Interactive Media** *(3 hours)*

Introduction to High Definition (HD) video and grip essentials. Advanced lighting and cinematography. Enhanced proficiency in non-linear editing. Motion capture fundamentals. Prerequisite: IM 113, IM 285

**I M 388 - Game Design II** *(3 hours)*

Advanced game design, including exploration of serious games, accessibility, audio, multiplayer mode, and creating for diverse demographics. Prerequisite: Junior standing. Game Design Major, IM 110, IM 115, IM 120, IM 150, IM 288, IM 289; or Game Design Minor, IM 113, IM 150, IM 288; or consent of Department chair.

**I M 389 - Game Production II** *(3 hours)*

Application of Interactive game production techniques. Emphasis on refining and developing art, sound, and game mechanics as well as marketing and game release. Prerequisite: Junior standing. Game Design Major, IM 110, IM 115, IM 120, IM 150, IM 288, IM 289, IM 388; or Game Design Minor, IM 113, IM 150, and IM 452 or IM 456 (may be taken concurrently), CS 101, CS 102, CS 140; or consent of Department chair.

**I M 413 - Advanced Interactive Media Authoring** *(4 hours)*

Capstone course for students in Animation and Visual Effects and Web and Application Design concentrations. Experiential, project-based course focusing on problems and solutions of interactive authoring and human interface design. Prerequisite: Senior status; IM 113, IM 115, ART 105, ART 205, IM 213, IM/CIS 215, IM 285, IM 260, IM/ART 365; Completion of all other coursework in the student's concentration area; or consent of instructor.

**I M 426 - Interactive Media Practicum II** *(0-1 hours)*

Course is repeatable for up to a maximum of 8 credit hours. Crosslisted with IM 226. Prerequisite: Animation, Game Design, or Interactive Media Major; Game Design, Game Production, or Interactive Media Minor; or consent of Department Chair.

**I M 430 - Animation & Game Design Thesis 1** *(3 hours)*

This is the first half of a two-course sequence. Students spend the semester in the pre-production phase of an animation & game design thesis project and conduct research for an accompanying thesis paper. Prerequisite: IM 110, IM 160, IM 120, IM 150, IM 240, IM 241, IM 288, IM 289, IM 340, IM 341, IM 388, IM 389, and consent of Department chair.

**I M 431 - Animation & Game Design Thesis 2** *(6 hours)*

This is the second half of a two-course sequence. Students spend the semester completing an animation & game design thesis project and writing an accompanying thesis paper. Prerequisite: IM 110, IM 160, IM 120, IM 150, IM 240, IM 241, IM 288, IM 289, IM 340, IM 388, IM 389, IM 341, IM 431, and consent of Department chair.

**I M 440 - Animation Capstone I** *(3 hours)*

**Core Curr. EL**

Advanced pre-production techniques used in the creation of an original animated short. Narrative structure development, research, concepting, time management, and technique development.

**I M 441 - Animation Capstone II** *(6 hours)*

**Core Curr. EL**

Advanced production processes and techniques for creating an original animated short. Prerequisite: Animation Major, IM 110, IM 115, IM 120, IM 150, IM 240, IM 241, IM 340, IM 341, IM 440; or consent of Department chair

**I M 444 - Field Research in Virtual Environments** *(3 hours)*

Conduct of field research via ethnographic methods in virtual, online worlds. Subject protection, data collection (observation, interview, documents), data analysis, written and oral project presentation methods. Prerequisite: junior class standing; IM 344.

**I M 450 - Critical Issues in Interactive Media** *(3 hours)*

Topics course, with varying subjects, examining contemporary issues and problems in new media theory and the interactive media environment. Current topic/title in current schedule of classes. May be repeated three times under different topics. Prerequisite: IM 110 and 120, 160, 150; Animation, Game Design, or Interactive Media major or Game Design or Interactive Media minor. Junior standing.

**I M 451 - Computer Game Design** *(3 hours)*

Gameplay, storytelling, challenges, interface and information design, and world interaction. Construction of experiences, including rule design, play mechanics, game balancing, social game interaction, and the integration of interactive media. Playtesting and game design documentation. Cross-listed with CIS 451, CIS 551. Prerequisite: IM 113, IM 115, IM 285, and IM 260; or CS 101, CS 102, and CS 140; or consent of instructor.

**I M 452 - Computer Game Modification** *(3 hours)*

Software development and programming aspects of computer games, game engine modification, and virtual reality simulations, including event loops, execution threads, collision detection, multi-threading, performance analysis, multi-user games and networking. Cross-listed with IM 552, CIS 452, CIS 552. Prerequisite: junior standing, CS 101, CS 102, CS 140; or consent of instructor.

**I M 455 - Computer Graphics** *(3 hours)*

Introduction to the theory and implementation of computer graphics with 2D and 3D applications in computer gaming, including 2D and 3D graphic primitives and objects, OpenGL, geometric transformations, image synthesis, rendering and lighting, and virtual environments. Cross-listed with IM 555, CIS 455, CIS 555. Prerequisite: junior standing; CS 101, CS 102, CS 140; or consent of instructor.

**I M 456 - Game Engine Programming** *(3 hours)*

Advanced techniques and technologies for programming computer game engines, multi-user games, virtual environments, and virtual reality simulations. Cross listed with IM 556, CIS 456, CIS 556. Prerequisite: junior standing, CIS 452, CIS 455; or consent of instructor.

**I M 457 - Digital Animation** *(3 hours)*

A studio course exploring computer modeling and animation. Survey of the theory, history, and practice involved with creating quality modeling for print media, and also modeling and animation for time-based audiovisual media. Cross-listed as CIS 457, CIS 557. Prerequisite: junior standing; ART 105, ART 106, IM 285; or consent of instructor.

**I M 458 - Sound Design** *(3 hours)*

Theoretical and practical sound design. Music composition, field sound recording, studio tracking, aesthetic analysis of music, electronic sound generation. Digital game technologies, 3D sound processing and generative audio structures. Mixing in non-linear environments and final mastering. Cross-listed with IM558, CIS458, CIS558. Prerequisite: Junior standing; IM 110, IM 120, and Animation, Game Design, or Interactive Media Major; or consent of Department Chair

**I M 459 - Computer Game Capstone Project** *(3 hours)*
**Core Curr. MI,EL**

Game development, including advanced game design, software development, and game production concepts. Integration of audio, visual, storytelling, programming, and design. Project build within multi-disciplinary teams. Cross-listed with IM 559, CIS 459, CIS 559. Prerequisite: I M 110, I M 160, I M 120, I M 150, I M 288, I M 289, I M 388, I M 389, I M 488 and Game Design major; or I M 113, I M 150, I M 288, I M 388, and Game Design Minor; or completion of all other coursework in computer game technology minor; or completion of all other coursework in computer game technology concentration; or consent of Department Chair

**I M 460 - User Experience Design Capstone 1** *(3 hours)*

Research and exploration of traditional and non-traditional human-computer interaction. Students study, plan, design, and produce applications that seek out new or refine current trends in interactivity. Prerequisite: IM 110, IM 160, IM 120, IM 150, IM 260, IM 261, IM 360, IM 361, PSY 205 or MTH 111 or equivalent; or consent of Department chair.

**I M 461 - User Experience Design Capstone 2** *(6 hours)*

The second in a two-part User Experience Design capstone course where students build, test, and release the interactive designed in User Experience Design Capstone 1. Agile methodologies and a tight feedback loop will be used to ensure a user-centered experience.

Students will present their work in the Interactive Media showcase. Prerequisite: IM 110, IM 160, IM 120, IM 150, IM 260, IM 261, IM 360, IM 361, 460, PSY 205 or MTH 111 or equivalent; or consent of Department chair

## I M 471 - Digital Animation II *(3 hours)*

Advanced techniques in 3-D design, modeling, animation, and compositing. History and aesthetic development of animation. Principals, languages, and challenges encountered in animation filmmaking. Prerequisite: Junior standing; IM 113, ART 105, ART 106, ART 205, IM 285, IM/CIS 457, or consent of instructor.

## I M 489 - Advanced Game Capstone *(6 hours)*

Advanced, project-based course in Game Design and Development. Team-based, end-to-end, interactive game drawn from areas of expertise in the department, e.g., serious games, games for entertainment, virtual reality, augmented reality, mobile computing, design tools. Prerequisite: Completion of all other coursework in game design minor or computer game technology minor; or completion of all other coursework in game design major or computer game technology concentration; or consent of Department chair.

## I M 490 - Independent Study *(3 hours)*

Individual scholarly research or advanced creative production investigating aspects of interactive media. May be repeated under different topics for a maximum of six hours. Requires application available from department chair or faculty. Prerequisite: Junior standing and consent of department chair and faculty member.

## I M 491 - Special Topics in Interactive Media *(1-4 hours)*

Topics of special interest which may vary each time course is offered. May be repeated under different topics for a maximum of 9 hours credit. Topic and prerequisites stated in current Schedule of Classes. Only three hours may be applied toward IM specialization requirement. Prerequisite: junior standing; 9 hours in IM program core or specialization courses.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the*

*Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MUSIC

**FACULTY** Professors Dzapo, Kelly, Vroman (chair); Associate Professor Walters; Assistant Professors Ganschow, Lambrecht, and Terry; Lecturer Henry; Instructor Anderson, Choi.

## Accreditation

Bradley University is an accredited institutional member of the National Association of Schools of Music (NASM).

## Mission

Music at Bradley has a double mission:

1. To prepare music students for successful careers as teachers or administrators in music; as professional performers; as composers; or as professionals in music related fields such as music business.
2. To prepare both professional and general students who are not music majors for lifelong pleasure in music.

## Music Degrees Offered (Requires Music Performance Proficiency)

- Bachelor of Music in performance, music education, and composition
- Bachelor of Arts in music  (http://www.bradley.edu/academic/undergradcat/20142015/cfa-mus.dot#a)and music business
- Bachelor of Science in music and music business

## Other Degrees Offered (Requires No Music Performance Proficiency)

- Bachelor of Arts in Music and Entertainment Industry
- Bachelor of Science in Music and Entertainment Industry

General Degree Requirements

Applied Music

Teacher Licensure

The department also offers a Music Minor.

# Admission Requirements – Music

Admission to all undergraduate degree programs in music requires:

1. A minimum of four years experience in orchestra, band, chorus or private lessons.
2. A successful music audition. (Contact the chair of the Department of Music for an audition appointment.)

# Admission Requirements – Music And Entertainment Industry

1. Admission to the Music and Entertainment Industry program does not require a music audition.
2. Bradley students transferring into the department must have a 2.25 grade point average for at least 12 hours of course work in order to declare a major and/or minor in the Department of Music.
3. Students transferring from other institutions must have a 2.25 overall grade point average to be admitted to a major (http://www.bradley.edu/academic/undergradcat/20192020/cfa-com.dot#major) and/or minor (http://www.bradley.edu/academic/undergradcat/20192020/cfa-com.dot#minor) in the department. External transfer students not having a 2.25 overall grade point average must earn a 2.25 at Bradley for at least 12 hours of course work before declaring a major and/or minor in the department. Courses taken at other institutions must be evaluated by the Admissions Office and then by the department's advisor for transfer students.

# Degree Requirements

## Music Degree Requirements:

1. All full-time music majors and minors must successfully complete Recital Lab (MUS 001) each semester of residence. Each student is expected to perform on this lab at least once a semester or as determined by the applied music teacher.
2. All full-time music majors must participate in an assigned concert band, choir, or orchestra. String players may audition and perform with the Peoria Symphony Orchestra or the Knox-Galesburg Symphony but must continue to perform in the Bradley Symphony Orchestra.
3. All music majors should declare a major instrument or voice by the end of the fourth semester. A music minor must declare at the time of audition.
4. All music students must maintain a cumulative G.P.A. of 2.5 in music courses during the first two years in order to achieve advanced standing. Junior-senior credit in the major applied area can be earned only after a student has achieved advanced standing. Music majors with additional majors may not be allowed to apply these courses as junior/senior hours. Students should consult with their advisor(s).
5. A "sophomore review" will be held during the spring semester of each student's sophomore year. At the beginning of the spring semester, each sophomore music major will be scheduled for a meeting with his or her advisor, the department chair, and other faculty members as required (e.g., private instructor, ensemble coach) for a review of the student's progress up to that time. The purpose of the review is to

address any deficiencies that might impede the student's continued progress in his or her chosen field. Students will also have an opportunity to pose questions relevant to their academic programs at Bradley and their intended goals.

## Music and Entertainment Industry (MEI) Degree Requirements:

1. All MEI students must maintain a cumulative G.P.A. of 2.5 in music courses during the first two years in order to achieve advanced standing.
2. A "sophomore review" will be held during the fall semester of each student's sophomore year. At the beginning of the fall semester, each sophomore MEI major will be scheduled for a meeting with his or her advisor, the department chair, and other faculty members as required for a review of the student's progress up to that time. The purpose of the review is to address any deficiencies that might impede the student's continued progress in his or her chosen field. Students will also have an opportunity to pose questions relevant to their academic programs at Bradley and their intended goals.
3. For graduation, all MEI majors must have a grade point average of 2.25 for all courses taken in the major (including courses outside the department required for the major).
4. MEI majors may apply a course to more than one major or minor if the corresponding department is in agreement.
5. MEI majors may not minor in the Foster College of Business.
6. MEI majors are encouraged to double major in a supporting academic field.

## Proficiency Examinations

1. Proficiency examinations are available in the following areas: theory (up to 4 credits), ear-training and sight-singing, history and literature, and applied music (limited to 2 semesters of credit).
2. Students should consult with the department chair for further information regarding proficiency examinations.

# Bachelor Of Arts Degree Or Bachelor Of Science Degree With A Major In Music

- Applied Music (min. of 4 semesters) - 8 hrs.
- Ensemble (each semester) - 4-8 hrs.
- MUS 001 Recital Lab (each semester) - 0 hrs.
- MUS 161 Music Theory I - 2 hrs.
- MUS 162 Music Theory II - 2 hrs.
- MUS 163 Elementary Ear-Training and Sight-singing - 1 hr.
- MUS 164 Elementary Ear-Training and Sight-singing - 1 hr.
- MUS 165 Keyboard Skills-Class Piano - 2 hrs.
- MUS 166 Keyboard Skills-Class Piano - 2 hrs.
- Two of the following:

- MUS 235 Music in Its Hist. Persp. I - 3 hrs.

- MUS 236 Music in Its Hist. Persp. II - 3 hrs.

- MUS 335 Music in Its Hist. Persp. III - 3 hrs.

- MUS 336 Music in Its Hist. Persp. IV - 3 hrs.

- Music Electives 9-13

**Total Hours Required for Major 41**

# Bachelor Of Music Degree

BM students must complete the core requirements along with those for one of the majors.

## Core Requirements

- MUS 001 Recital Lab (each semester) - 0 hrs.

- MUS 002 Senior Recital - 0 hrs.

- MUS 141/341, 142/342, 143/343, 144/344, 145/345, or 146/346 (ensemble each semester) - 8 hrs.

- MUS 161 Music Theory I - 2 hrs.

- MUS 162 Music Theory II - 2 hrs.

- MUS 163 Elementary Ear-Training and Sight-singing - 1 hr.

- MUS 164 Elementary Ear-Training and Sight-singing - 1 hr.

- MUS 165 Keyboard Skills-Class Piano - 2 hrs.

- MUS 166 Keyboard Skills-Class Piano - 2 hrs.

- MUS 235 Music in Its Historical Perspective I - 3 hrs.

- MUS 236 Music in Its Historical Perspective II - 3 hrs.

- MUS 261 Music Theory III - 2 hrs.

- MUS 262 Music Theory IV - 2 hrs.

- MUS 263 Ear-Training and Sight-singing - 1 hr.

- MUS 264 Ear-Training and Sight-singing - 1 hr.

- MUS 265 Advanced Keyboard Skills-Class Piano - 2 hrs.

- MUS 266 Advanced Keyboard Skills-Class Piano - 2 hrs.

- MUS 305 Counterpoint or MUS 319 Composition or MUS 405 Theories of Atonal Music - 2–3 hrs.

- MED 321 Conducting I - 2 hrs.

- MUS 335 Music in Its Historical Perspective III - 3 hrs.

- MUS 336 Music in Its Historical Perspective IV - 3 hrs.

**Total Core Hours Required: 43-45**

## Performance Major

Performance majors must complete the requirements for one of the following concentrations:

Piano Concentration

- APL 189/389 Applied Music Piano (max. 4 hrs./sem.) - 20 hrs.

- MUS 003 Half Junior Recital - 0 hrs.
- MUS 327 Accompanying or MUS 328 Accompanying (4 semesters) - 4 hrs.
- MUS 331 Piano Pedagogy - 2 hrs.
- MUS 433 Piano Literature - 2 hrs.

## Total Hours Required for Concentration: 28

## Total Hours Required for Major: 72

Piano Accompanying Concentration

- APL 189/389 Applied Music Piano (max. 4 hrs./sem.) - 16 hrs.
- Applied Music/accompanying techniques - 16 hrs.
- MUS 125 Foreign Language Diction - 2 hrs.
- MUS 421 Advanced Choral Conducting - 1 hr.
- MUS 422 Advanced Instrumental Conducting - 1 hr.
- MUS 480 Vocal Literature - 2 hrs.
- MUS 491 Independent Study (Instrumental Music Literature) - 2 hrs.

*Additional Requirements:*

- Foreign language (French and German) - 7 hrs.
- Accompany two half recitals in junior year with a singer and an instrumentalist (solo recital may substitute for either one).
- Accompany two full recitals in senior year with a singer and an instrumentalist.

## Total Hours Required for Concentration: 47

## Total Hours Required for Major: 91

Voice Concentration

- APL 197/397 Applied Music Voice (max. 4 hrs./sem.) - 20 hrs.
- MUS 003 Junior Recital - 0 hrs.
- MUS 125 Foreign Language Diction - 2 hrs.
- MUS 375 Opera Workshop - 2 hrs.
- MUS 470 Vocal Pedagogy - 2 hrs.
- MUS 480 Vocal Literature - 2 hrs.

*Additional requirements:*

- Foreign language (French and German) - 16 hrs.

## Total Hours Required for Concentration: 44

## Total Hours Required for Major: 88

- Applied Music (max. 4 hrs./sem.) - 20 hrs.
- MUS 003 Junior Recital - 0 hrs.
- MUS 491 Independent Study (Instrumental Music Literature and Pedagogy) - 2 hrs.

**Total Hours Required for Concentration: 22**

**Total Hours Required for Major: 66**

# Composition Major

- Applied Music - 20 hrs.
- APL 180/380 Applied Music Composition - 8 hrs.
- MUS 305 Counterpoint or MUS 319 Composition (one taken in core) - 2 hrs.
- MUS 401 Orchestration - 2 hrs.
- MUS 405 Theories of Atonal Music - 3 hrs.

**Total Hours Required for Concentration: 35**

**Total Hours Required for Major: 79**

# Music Education Major

Music education majors must complete the requirements for one of the following concentrations:

Instrumental Concentration

- Applied Music (7 semesters minimum) - 14 hrs.
- MUS 115 Voice Class - 1 hr.
- MED 155 Brass Techniques - 2 hrs.
- MED 251 String Techniques - 2 hrs.
- MED 252 Advanced String Techniques - 1 hr.
- MED 257 Percussion Techniques - 2 hrs.
- MED 322 Conducting II - 2 hrs.
- MED 354 Woodwind Techniques - 2 hrs.
- MED 355 Advanced Woodwind Techniques - 1 hr.
- MUS 323 Marching Band Techniques - 1 hr.
- MUS 401 Orchestration - 2 hrs.

**Total Hours Required for Concentration: 30**

**Total Hours Required for Major: 74**

Piano Concentration

- APL 189/389 Applied Music Piano (min. 7 semesters) - 14 hrs.

- MED 155 Brass Techniques - 2 hrs.
- MED 251 String Techniques - 2 hrs.
- MED 257 Percussion Techniques - 2 hrs.
- MED 322 Conducting II - 2 hrs.
- MUS 327 Accompanying, or MUS 328 Accompanying (4 semesters) - 4 hrs.
- MUS 331 Piano Pedagogy - 2 hrs.
- MUS 354 Woodwind Techniques - 2 hrs.
- MUS 355 Advanced Woodwind Techniques - 1 hr.
- MUS 433 Piano Literature - 2 hrs.

**Total Hours Required for Concentration: 33**

**Total Hours Required for Major: 77**

Vocal Concentration

- APL 197/397 Applied Music Voice (min. 7 semesters) - 14 hrs.
- MUS 125 Foreign Language Diction - 2 hrs.
- MED 155 Brass Techniques - 2 hrs.
- MED 251 String Techniques - 2 hrs.
- MED 257 Percussion Techniques - 2 hrs.
- MED 322 Conducting II - 2 hrs.
- MED 354 Woodwind Techniques - 2 hrs.
- MED 355 Advanced Woodwind Techniques - 1 hr.
- MUS 375 Opera Workshop - 1 hr.
- MUS 470 Vocal Pedagogy - 2 hrs.
- MUS 480 Vocal Literature - 2 hrs.

**Total Hours Required for Concentration: 32**

**Total Hours Required for Major: 76**

# Teacher Licensure

**Teacher Licensure**

The music education program leads to a K-12 special license that authorizes the holder to teach all aspects of music in grades K-12. Music students desiring to teach in the public schools must complete the BM degree with a major in music education and the requirements for teacher licensure. Consult the College of Education and Health Sciences section of the catalog for specific requirements. Students will be assigned an advisor in music and in the Department of Teacher Education. Regular consultation with both advisors is extremely important.

**Professional Education Requirements:**

- ETE 100 Technology Applications - 1 hr.
- ETE 115 Schools and Schooling in American Society - 3 hrs.
- ETE 116 Introductory Field Experience - 1 hr.
- ETE 210 Human Development from Birth to Young Adulthood – 3 hrs.
- ETE 219 Human Development from Birth to Young Adulthood and Effective Teaching Field Experience - 1 hr.
- ETE 270 Physical Development and Health - 1 hr.
- ETE 280 Exploring Diversity: Learners, Families and Communities - 3 hrs.
- ETE 301 Novice Teaching Experience in Music Classrooms K-8 – 1 hr.
- ETE 302 Novice Teaching Experience in High School Music – 1 hr.
- ETE 310 Teacher Performance Assessment – 1 hr.
- ETE 345 Guiding Learners: Creating Safe, Inclusive Learning Environments - 3 hrs.
- ETE 351 Music Methods Grades K-8 for Music Majors   - 3 hrs.
- ETE 352 High School Music Methods for Music Majors  - 3 hrs.
- ETE 368 Content Area Reading for All Students - 2 hrs.
- ETE 493 Student Teaching in K-12 Music - 12 hrs.

**Total Required Education Hours for Degree: 39**

To meet the requirements of the Teacher Education, MTH 111 must be completed.

# Bachelor Of Arts Or Bachelor Of Science Degree With A Major In Music (Music Business)

- Applied Music (min. of 4 semesters) - 8 hrs.
- Ensemble (Each semester) - 4–8 hrs.
- MUS 001 Recital lab (Each semester) - 0 hrs.
- MUS 161 Music Theory I - 2 hrs.
- MUS 162 Music Theory II - 2 hrs.
- MUS 163 Elementary Ear-training and Sight Singing - 1 hr.
- MUS 164 Elementary Ear-training and Sight Singing - 1 hr.
- MUS 165 Keyboard Skills - 2 hrs.
- MUS 166 Keyboard Skills - 2 hrs.
- Two of the following:
  - MUS 235 Music in Its Hist. Persp. I - 3 hrs.
  - MUS 236 Music in Its Hist. Persp. II - 3 hrs.
  - MUS 335 Music in Its Hist. Persp. III - 3 hrs.
  - MUS 336 Music in Its Hist. Persp. IV - 3 hrs.

- MUS 101 Intro to Music Business - 3 hrs.
- MUS 303 Music Products Industry - 3 hrs.
- MUS 304 Music Licensing and Contracts - 3 hrs.
- MUS 307 Music Agency and Fine Arts Administration - 3 hrs.
- CFA 301 Cooperative Education/Internship - 2–6 hrs.
- ATG 157 Accounting Principles - 3 hrs.
- M L 350 Managing in Organizations - 2 hrs.
- MTG 315 Principles of Marketing - 3 hrs.
- FIN 322 Business Finance - 3 hrs.
- ECO 100 or ECO 221 - 3 hrs.
- MTG 304 Professional Selling - 3 hrs.
- MTG 393 Retailing or MTG 410 Services Marketing - 3 hrs.

**Total Hours Required: 62\***

*43 of the required 62 hours must be earned through Music coursework.

Courses in the Music Business major may not be used to satisfy the requirements for a minor in the Foster College of Business.

# Bachelor Of Arts Or Bachelor Of Science Degree With A Major In Music And Entertainment Industry

- IM 113 Introduction to Interactive Media - 3 hrs.
- COM 101 Survey of Communication - 3 hrs.
- COM 201 Journalistic Writing - 3 hrs.
- COM 203 Introduction to Electronic Media - 3 hrs.
- COM 204 Audio Production - 3 hrs.
- *Choose one of the following:*
    - COM 314 Introduction to Video: Studio Production - 3 hrs.
    - COM 335 Introduction to Video: Field Production - 3 hrs.
- MUS 101 Introduction to Music Business - 3 hrs.
- MUS 201 Moguls in Music - 3 hrs.
- MUS 204 Music Promotions Practicum (.5) - 2 hrs.
- MUS 304 Music Licensing and Contracts - 3 hrs.
- MUS 307 Agency and Fine Arts Administration - 3 hrs.
- MUS 312 Music in Media - 3 hrs.
- CFA 301 Cooperative Education/Internship in Communications and Fine Arts - 2–6 hrs.
- *Choose one of the following:*
    - ECO 100 Introduction to Economics - 3 hrs.

- ATG 157 Accounting Principles-Financial - 3 hrs.
- ML 250 Interpersonal Effectiveness in Organizations - 2 hrs.
- ML 350 Managing for Results in Organizations - 2 hrs.
- FIN 322 Business Finance - 3 hrs.
- MTG 304 Professional Selling - 3 hrs.
- MTG 315 Principles of Marketing  - 3 hrs.

**Total Hours Required: 56**

# Minor Requirements

The Department of Music offers one minor.

## Music Minor

- Applied Music (4 semesters) - 4 hrs.
- MUS 001 Recital Lab (4 semesters) 0
- MUS 109 Music Appreciation, or MUS 203 History of Music - 3 hrs.
- MUS 141/341, 142/342, 143/343, 144/344, 145/345, or 146/346 - 4 hrs.
- MUS 161 Music Theory I - 2 hrs.
- MUS 162 Music Theory II - 2 hrs.
- MUS 163 Ear Training and Sight-singing - 1 hr.
- MUS 164 Ear Training and Sight-singing - 1 hr.
- MUS 165 Keyboard Skills - 2 hrs.
- MUS 166 Keyboard Skills - 2 hrs.
- MUS 235, 236, 335, or 336 Music in Its Historical Perspective I, II, III, or IV - 3 hrs.

**Total Music Hours Required for Minor: 24**

# Applied Music

1. Private lessons offered by the Department of Music are open to all University students but enrollment is limited to available staffing. As a result, priority for enrollment is given on the following basis: (1) music majors, (2) music minors, (3) other full-time University students, (4) other part-time University students.
2. Beginners normally enroll in class instruction instead of private lessons.
3. Students wishing to enroll in private lessons must see a full-time faculty member in the respective area in order to be assigned an instructor.
4. An additional fee is charged for private lessons, which includes the use of a practice room.
5. Students enrolled for applied music are expected to practice a minimum of one hour a day for each hour of credit being received.

6. A jury exam at the end of the semester is required for all music majors, music minors, and other students enrolled for 2 hours or more of credit.

7. Private lessons are not given during final examination periods.

8. Individual lessons missed during the semester will not be made up unless satisfactory notice is given to the instructor at least one day before the absence.

9. Private lessons are 30 minutes or 1 hour per week based upon the student's enrollment objective:
   - BA/BS in music
   - 1 hr. credit 1/2 hr. lesson
   - 2 hrs. credit 1 hr. lesson
   - BM in performance (4 hrs. credit) 1 hr. lesson
   - BM in music education (2 hrs. credit) 1 hr. lesson
   - BM in composition (2 hrs. credit) 1 hr. lesson
   - Non-music major (1 hr. credit) 1/2 hr. lesson

10. Applied Music course numbers and instructors:
    - APL 177, 377 Bassoon: Ms. Dixon
    - APL 178, 378 Cello: Ms. Hansen
    - APL 179, 379 Clarinet: Dr. Dervin
    - APL 180, 380 Composition: Dr. Lambrecht
    - APL 181, 381 Euphonium: Staff
    - APL 182, 382 Flute, Piccolo: Dr. Dzapo
    - APL 183, 383 Guitar: Mr. Hull
    - APL 185, 385 Horn: Dr. Vroman
    - APL 186, 386 Oboe: Mr. Cyzak
    - APL 187, 387 Organ: Staff
    - APL 188, 388 Percussion: Ms. Bonner
    - APL 189, 389 Piano: Dr. Choi, Dr. Terry
    - APL 190, 390 Saxophone: Mr. Zimmerman
    - APL 191, 391 String Bass: Mr. Romane
    - APL 192, 392 Trombone: Staff
    - APL 193, 393 Trumpet: Dr. Kelly
    - APL 194, 394 Tuba: Staff
    - APL 195, 395 Viola: Ms. Henry Liebenow
    - APL 196, 396 Violin: Ms. Henry Liebenow
    - APL 197, 397 Voice: Dr. Walters, Mr. Nache, Ms. Huffman Frye
    - APL 198, 398 Instrument

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MUSIC AND MUSIC EDUCATION COURSES

**MUS 1 - Recital Laboratory** *(0 hours)*

Opportunity to perform and to listen critically, under faculty guidance. Discussion of topics of interest to music majors. Attendance required of all music students. Majors must perform at least once each semester, at teacher's discretion, and attend 10 concerts each semester. Grade based on concert and workshop attendance.

**MUS 101 - Introduction to Music Business** *(3 hours)*

Survey of the music business industry: music publishing, the recording industry, copyright law, performance rights, music products retailing, and arts management.

**MUS 105 - Elements of Music** *(3 hours)*

Beginning theory, music reading, and piano. Recommended for elementary education majors, other non-music majors, and music majors with deficiency in music background at time of entrance. Prerequisite: elementary education major or consent of instructor.

**MUS 107 - The Language of Music** *(1 hour)*

Introduction to elements of music, notational terminology, and music styles (Baroque, Classic, and Romantic). Taught by 7 videotapes viewed in Cullom-Davis Library. Not open to students with credit in MUS 109.

**MUS 109 - Music Appreciation** *(3 hours)*

**Gen. Ed. FA**

**Core Curr. FA**

Detailed study of elements of music, and music notation; general survey of music and composers. How music expresses and communicates feelings and ideas: listening to compositions from various periods. Performance by faculty artists in class, and outside listening experiences. Satisfies fine arts general education requirement. Prerequisite: Non-music majors only.

**MUS 115 - Voice Class** *(1 hour)*

For freshman elementary education majors and instrumental music majors. Prerequisite: MUS 105 or music major; consent of instructor.

## MUS 125 - Foreign Language Diction for Singers *(2 hours)*

International Phonetic Association symbols for Italian, German, and French songs. Rules of pronunciation; special emphasis on vocal demands.

## MUS 140 - Piano Class for Adult Beginners *(1 hour)*

Elementary piano for non-music majors.

## MUS 141 - Orchestra *(1 hour)*

Participation in Bradley Symphony Orchestra, Peoria Symphony Orchestra, or Knox-Galesburg Symphony. One hour credit for each ensemble. Two sections may be taken each semester; may be repeated for a maximum of 16 hours credit. Open to all students by audition. Separate auditions required for each orchestra.

## MUS 142 - University Bands *(1 hour)*

Participation in the Bradley Symphonic Winds and/or Bradley Symphonic Band. Concerts on and off campus. Two sections may be repeated for a maximum of 16 hours credit. Open to all students by audition.

## MUS 143 - Bradley Community Chorus *(0.5 hours)*

Presents two major choral works with orchestra each year. Open to all students by audition.

## MUS 144 - Bradley Chorale *(1 hour)*

Study and performance of choral music from all periods of music history: accompanied and unaccompanied works. Concerts on and off campus. Open to all students by audition.

## MUS 145 - Women's Choir *(1 hour)*

Study and performance of choral music for women's voices. Concerts on and off campus. Open to all students by audition.

## MUS 146 - Jazz Band *(1 hour)*

Bradley Jazz Ensemble and Jazz Lab Band. Study and performance of jazz from all eras. Concerts on and off campus. Two sections may be repeated for a maximum of 16 credits. Open to all students by audition.

## MUS 161 - Music Theory I *(2 hours)*

Basic properties and notation of tone: diatonic scale systems; intervals; melodic organization; homophonic and contrapuntal two- and three-voice combinations. Prerequisite: music major or consent of instructor.

## MUS 162 - Music Theory II *(2 hours)*

Continuation of MUS 161: chord structures, decorative pitches, harmonic successions, four-voice combinations, inversions, seventh chords, secondary dominants, and modulations. Prerequisite: music major or consent of instructor.

## MUS 163 - Elementary Ear-Training and Sightsinging *(1 hour)*

Aural theory; intervals, triads, and inversions; rhythmic, melodic, and harmonic dictation. Prerequisite: music major or consent of instructor.

## MUS 164 - Elementary Ear-Training and Sightsinging *(1 hour)*

Aural theory; intervals, triads, and inversions; rhythmic, melodic, and harmonic dictation. Prerequisite: music major or consent of instructor.

## MUS 165 - Keyboard Skills-Class Piano *(2 hours)*

Development of keyboard facility: scales, improvisation, sight reading, transposing, and performance of elementary piano literature. Development of music-reading facility: theoretical aspects of music such as scales, functional harmony, and intervals. Self-paced. Prerequisite: music major or consent of instructor; MUS 165 required for MUS 166.

## MUS 166 - Keyboard Skills-Class Piano *(2 hours)*

Development of keyboard facility: scales, improvisation, sight reading, transposing, and performance of elementary piano literature. Development of music-reading facility: theoretical aspects of music such as scales, functional harmony, and intervals. Self-paced. Prerequisite: music major or consent of instructor; MUS 165 required for MUS 166.

## MUS 2 - Senior Recital *(0 hours)*

Required for B.M. and B.M.E. May be given in first or second semester of senior year.

## MUS 201 - Moguls in Music *(3 hours)*

Moguls In Music will exam the careers of the most influential and notorious business icons of popular music. Students will learn the path to success of the true music entrepreneur through historical research and first hand accounts.

## MUS 202 - History of Jazz *(3 hours)*

Designed to teach the development of jazz through the perspective of its major figures. Covers the spectrum of recorded jazz with an emphasis on listening, primary source readings, and in-

class activities. Students will study the elements that define jazz as a unique musical idiom by examining stylistic periods, major innovators, performers and composers, and improvisation.

## MUS 203 - History of Music *(3 hours)*
**Gen. Ed. FA**

Music in historical perspective, Middle Ages to present; relationship to social and political atmosphere of each era. Review of basic music fundamentals and terminology; selected examples of musical works. Prerequisite: CIV 100; non-music major.

## MUS 204 - Music Promotions Practicum *(0.5 hours)*

Music Promotions Practicum is designed to give students the opportunity to develop promotional and networking skills in the music industry within the campus environment. Each student will be assigned a semester-long project with a University ensemble or music organization, with the goal of creating promotional materials for their assigned group. May be repeated up to a maximum of 2 credit hours. Prerequisite: Music and Entertainment Industry major or consent of instructor.

## MUS 235 - Music in Its Historical Perspective I *(3 hours)*

Music and its development in Western civilization: to 1600. Emphasis on acquaintance with and analysis of representative musical works and style, and on understanding of musical concepts in historical context. Prerequisite: music major or consent of instructor.

## MUS 236 - Music in Its Historical Perspective II *(3 hours)*

Music and its development: Baroque through Classical. Emphasis on acquaintance with and analysis of representative musical works and style, and on understanding of musical concepts in historical context. Prerequisite: music major or consent of instructor.

## MUS 250 - Introduction to Music Technology *(3 hours)*

The use of technology as a tool and resource in music education, composition, and performance. Emphasis on computer applications. Prerequisite: MUS 161.

## MUS 261 - Music Theory III *(2 hours)*

Continuation of MUS 162 emphasizing contrapuntal techniques: imitation, the invention, contrapuntal devices, the fugue. Further study of seventh chords and formal structures. Prerequisite: MUS 161, 162; or consent of instructor.

## MUS 262 - Music Theory IV *(2 hours)*

Continuation of MUS 261: formal structures; further study of chord structures including ninth, eleventh, thirteenth, and augmented sixth chords; chromatic harmony; enriched tonal resource; impressionistic techniques. Prerequisite: MUS 261 or consent of instructor.

## MUS 263 - Advanced Ear-Training and Sightsinging *(1 hour)*

Continuation of MUS 163, 164: aural recognition of various types of seventh and ninth chords; melodic and harmonic dictation, including chromatically altered chords and modulation. Prerequisite: MUS 163, 164; or consent of instructor.

## MUS 264 - Advanced Ear-Training and Sightsinging *(1 hour)*

Continuation of MUS 163, 164: aural recognition of various types of seventh and ninth chords; melodic and harmonic dictation, including chromatically altered chords and modulation. Prerequisite: MUS 163, 164; or consent of instructor.

## MUS 265 - Advanced Keyboard Skills-Class Piano *(2 hours)*

Continuation of MUS 165, 166, including sightreading and additional chord progressions. Prerequisite: MUS 166 or consent of instructor; MUS 265 or consent of instructor required for MUS 266.

## MUS 266 - Advanced Keyboard Skills-Class Piano *(2 hours)*

Continuation of MUS 165, 166, including sightreading and additional chord progressions. Prerequisite: MUS 166 or consent of instructor; MUS 265 or consent of instructor required for MUS 266.

## MUS 271 - Jazz Improvisation *(2 hours)*

Theoretical principles in jazz; application to ultimate goal of a highly developed and musical performance. Rehearsals. Prerequisite: music major or concurrent enrollment in MUS 142 or 342.

## MUS 272 - Jazz Improvisation *(2 hours)*

Theoretical principles in jazz; application to ultimate goal of a highly developed and musical performance. Rehearsals. Prerequisite: music major or concurrent enrollment in MUS 142 or 342.

**MUS 3 - Junior Recital** *(0 hours)*

Public performance guided by applied music faculty. Required for the Bachelor of Music degree in Performance. May be given in first or second semester of junior year.

**MUS 301 - Contemporary Issues in Music Business** *(3 hours)*

Overview of contemporary issues that are impacting the music business industry. Individual research in primary field of interest. Prerequisite: MUS 101.

**MUS 303 - Music Products Industry** *(3 hours)*

This course analyzes the various categories of the music products industry and their structure, financing, and market penetration. Additionally, students learn how to balance inventory through financial analysis and pricing models. Prerequisite: MUS 101

**MUS 304 - Music Licensing and Contracts** *(3 hours)*

Students learn to understand the legal documents that affect royalty calculations for the use of musical intellectual property, including sound recordings, publishing, and other general licensing. Prerequisite: MUS 101

**MUS 305 - Counterpoint** *(2 hours)*

Contrapuntal practices of the 18th century. Prerequisite: MUS 261 and 263, or equivalent.

**MUS 306 - Sales and Promotion in the Music Products Industry** *(3 hours)*

Combines knowledge of the products industry with sales and marketing strategies for specific product segments. Students will gain a basic understanding of sales fundamentals in both a retail music environment and in the role of a district manager for a manufacturer. Prerequisite: MUS 101 and MUS 303

**MUS 307 - Music Agency and Fine Arts Administration** *(3 hours)*

This course studies the roles of agents, promoters, and arts administrators in both the private and non-profit sector. Prerequisite: MUS 101 - Introduction to Music Business

**MUS 309 - Ensemble** *(1 hour)*

Repertoire for small ensembles (vocal or instrumental), including Collegium Musicum. Workshop recitals.

**MUS 310 - Ensemble** *(1 hour)*

Repertoire for small ensembles (vocal or instrumental), including Collegium Musicum. Workshop recitals.

## MUS 312 - Music in Media *(3 hours)*

Music in Media will explore the diverse and creative ways that music is integrated into our cultural landscapes, addressing music in film, television, gaming, branding, and advertising through research and introductions to distinguished leaders in the field, past and present.

## MUS 319 - Composition *(2 hours)*

Compositions in smaller forms for voice, piano, and instruments in various combinations. Prerequisite: MUS 262 or consent of instructor.

## MUS 323 - Marching Band Techniques *(1 hour)*

Techniques in organization, training, and performance of marching bands in public schools and colleges. Five hours observation in public schools. Prerequisite: Junior standing in music or consent of instructor.

## MUS 327 - Accompanying *(1 hour)*

Vocal and instrumental accompanying, for piano and organ students. Requires minimum of 3 hours per week studio accompanying, and accompanying in recital workshops for these students. Prerequisite: Consent of instructor.

## MUS 328 - Accompanying *(1 hour)*

Vocal and instrumental accompanying, for piano and organ students. Requires minimum of 3 hours per week studio accompanying, and accompanying in recital workshops for these students. Prerequisite: Consent of instructor.

## MUS 331 - Piano Pedagogy *(2 hours)*

Principles and methods of teaching piano: lectures, demonstrations, and observations. Prerequisite: Consent of instructor.

## MUS 335 - Music in Its Historical Perspective III *(3 hours)*
## Core Curr. WI

Music and its development: 19th century (MUS 335) and 20th century (MUS 336). Emphasis on acquaintance with and analysis of representative musical works and style, and an understanding of musical concepts in historical context. Prerequisite: music major or consent of instructor.

## MUS 336 - Music in Its Historical Perspective IV *(3 hours)*

Music and its development: 19th century (MUS 335) and 20th century (MUS 336). Emphasis on acquaintance with and analysis of representative musical works and style, and an understanding

of musical concepts in historical context. Prerequisite: Music major or consent of instructor.

## MUS 341 - Orchestra *(1 hour)*

Participation in the Bradley Symphony Orchestra, Peoria Symphony Orchestra, or Knox-Galesburg Symphony. One hour credit for each ensemble. Two sections may be taken each semester; may be repeated for a maximum of 16 hours credit. Open to all students by audition. Separate auditions required for each orchestra.

## MUS 342 - University Bands *(1 hour)*

Participation in the Bradley Symphonic Winds and/or Bradley Symphonic Band. Concerts on and off campus. Two sections may be repeated for a maximum of 16 hours credit. Open to all students by audition.

## MUS 343 - Bradley Community Chorus *(0.5 hours)*

Presents two major choral works with orchestra each year. Open to all students by audition.

## MUS 344 - Bradley Chorale *(1 hour)*

Study and performance of choral music from all periods of music history: accompanied and unaccompanied works. Concerts on and off campus. Open to all students by audition.

## MUS 345 - Women's Choir *(1 hour)*

Study and performance of choral music for women's voices. Concerts on and off campus. Open to all students by audition.

## MUS 346 - Jazz Band *(1 hour)*

Bradley Jazz Ensemble and Jazz Lab Band. Study and performance of jazz from all eras. Concerts on and off campus. Two sections may be repeated for a maximum of 16 credits. Open to all students by audition.

## MUS 350 - Intermediate Music Technology *(3 hours)*

Continuation of MUS 250. Emphasis on computer applications, recording, and the Internet. Prerequisite: MUS 250.

## MUS 360 - Introduction to Recording Arts and Sciences *(3 hours)*

Designed for students who have an interest in making a career in the music industry, private industry audio/visual departments, and medium to large church and religious organizations or for

performance majors interested in increasing their knowledge about live recording environments. The focus will be on understanding the basic concepts of operating professional audio equipment and how to professionally interact with the various parties involved in a recording project.

### MUS 361 - Advanced Audio Engineering *(3 hours)*

The advanced audio engineering course is geared towards the individual who wants to make a career in the record industry, private industry audio/visual departments, and medium to large church and religious organizations or live performance industry. Prerequisite: MUS 360

### MUS 375 - Opera Workshop *(1 hour)*

Operatic literature, style, stage deportment, and presentation of scenes. May be repeated for a maximum of 4 credit hours. Prerequisite: Vocal music concentration or consent of instructor.

### MUS 401 - Orchestration *(2 hours)*

Symphonic scoring and scoring for school bands and choruses. Prerequisite: MUS 261, 262, and senior standing.

### MUS 405 - Theories of Atonal Music *(3 hours)*

Introduction to analytical and compositional techniques of atonal music, with emphasis on pitch-class set theory. Prerequisite: MUS 262 or consent of instructor.

### MUS 421 - Advanced Choral Conducting *(1 hour)*

Continuation of Conducting II. Emphasis on full score reading and practical experience conducting the chorus or chorale. Prerequisite: MED 322.

### MUS 422 - Advanced Instrumental Conducting *(1 hour)*

Continuation of Conducting I. Emphasis on full score reading and practical experience conducting the band or orchestra. Prerequisite: MED 321.

### MUS 431 - Laboratory Teaching - Piano *(2 hours)*

Supervised teaching of piano: private and class lessons. Prerequisite: MUS 331.

### MUS 433 - Piano Literature *(2 hours)*

Survey of piano compositions: Baroque period into the 20th century. Performance, discussion, and analysis.

### MUS 470 - Vocal Pedagogy *(2 hours)*

Introduction to the anatomy and physiology of the vocal mechanism in relation to the art of singing in theory and practice. Includes laboratory teaching experience. Prerequisite: vocal music

major with junior standing or consent of instructor.

**MUS 480 - Vocal Literature** *(2 hours)*

Song literature for the solo voice; poetry and settings beginning with English lutenist airs. Monody, arias, and cantatas of the Baroque and Classic periods; songs of contemporary composers. Prerequisite: MUS 335, 336; or consent of instructor.

**MUS 491 - Independent Study in Music** *(1-3 hours)*

Directed independent study in a selected area of music or music education; weekly meetings with the instructor. May be repeated for a maximum of 6 hours credit. Prerequisite: senior standing or consent of instructor.

**MUS 492 - Topics in Music** *(1-3 hours)*

Topics of special interest which may vary each time course is offered. May be repeated under different topics to a maximum of 9 hours. Topic and prerequisites stated in current Schedule of Classes.

**APL 177 - Bassoon** *(1-4 hours)*

Bassoon

**APL 178 - Cello** *(1-4 hours)*

Cello

**APL 179 - Clarinet** *(1-4 hours)*

Clarinet

**APL 180 - Composition** *(1-4 hours)*

Composition

**APL 181 - Euphonium** *(1-4 hours)*

Euphonium

**APL 182 - Flute** *(1-4 hours)*

Flute

**APL 183 - Guitar** *(1-4 hours)*

Guitar

**APL 185 - Horn** *(1-4 hours)*

Horn

**APL 186 - Oboe** *(1-4 hours)*

Oboe

**APL 187 - Organ** *(1-4 hours)*

Organ

**APL 188 - Percussion** *(1-4 hours)*

Percussion

**APL 189 - Piano** *(1-4 hours)*

Piano

**APL 190 - Saxophone** *(1-4 hours)*

Saxophone

**APL 191 - String Bass** *(1-4 hours)*

String Bass

**APL 192 - Trombone** *(1-4 hours)*

Trombone

**APL 193 - Trumpet** *(1-4 hours)*

Trumpet

**APL 194 - Tuba** *(1-4 hours)*

Tuba

**APL 195 - Viola** *(1-4 hours)*

Viola

**APL 196 - Violin** *(1-4 hours)*

Violin

**APL 197 - Voice** *(1-4 hours)*

Voice

**APL 198 - Instrument** *(1-4 hours)*

Instrument

**APL 377 - Bassoon** *(1-4 hours)*

Bassoon

**APL 378 - Cello** *(1-4 hours)*

Cello

**APL 379 - Clarinet** *(1-4 hours)*

Clarinet

**APL 380 - Composition** *(1-4 hours)*

Composition

**APL 381 - Euphonium** *(1-4 hours)*

Euphonium

**APL 382 - Flute** *(1-4 hours)*

Flute

**APL 383 - Guitar** *(1-4 hours)*

Guitar

**APL 385 - Horn** *(1-4 hours)*

Horn

**APL 386 - Oboe** *(1-4 hours)*

Oboe

**APL 387 - Organ** *(1-4 hours)*

Organ

**APL 388 - Percussion** *(1-4 hours)*

Percussion

**APL 389 - Piano** *(1-4 hours)*

Piano

**APL 390 - Saxophone** *(1-4 hours)*

Saxophone

**APL 391 - String Bass** *(1-4 hours)*

String Bass

**APL 392 - Trombone** *(1-4 hours)*

Trombone

**APL 393 - Trumpet** *(1-4 hours)*

Trumpet

**APL 394 - Tuba** *(1-4 hours)*

Tuba

**APL 395 - Viola** *(1-4 hours)*

Viola

**APL 396 - Violin** *(1-4 hours)*

Violin

**APL 397 - Voice** *(1-4 hours)*

Voice

**APL 398 - Instrument** *(1-4 hours)*

Instrument

**MED 101 - Introduction to Music Education** *(1 hour)*

This introductory music education course will provide an overview of music programs in the public schools and roles of professional music educators. The class will include reading, observation, teaching, experiential learning using technology, and discussion of contemporary trends and practices. Prerequisite: Music Education major or consent of instructor

**MED 155 - Brass Technique, Materials and Methods** *(2 hours)*

Brass instruments; emphasis on teaching methods and literature.

**MED 251 - String Technique, Materials and Methods** *(2 hours)*

Methods of teaching strings; participation in group performance on all string instruments.

**MED 252 - Advanced String Technique, Materials and Methods** *(1 hour)*

Continuation of MED 251: specialization in one of the string instruments. Evaluation of grade school materials. Prerequisite: MED 251 or consent of instructor.

**MED 257 - Percussion Technique, Materials and Methods** *(2 hours)*

Playing and teaching all percussion instruments used in school bands and orchestras.

**MED 321 - Conducting I** *(2 hours)*

Technique of the baton; gestures and learning independence of hands. Short score reading and rehearsal. Conducting the class in short exercises. Prerequisite: junior standing in music.

**MED 322 - Conducting II** *(2 hours)*

Continuation of MED 321: conducting problems and rehearsal techniques for instrumental and choral groups. Conducting the band and chorus. Full score reading. Prerequisite: MED 321 or consent of instructor; junior standing.

**MED 354 - Woodwind Technique, Materials and Methods** *(2 hours)*

Study of clarinet, flute, and oboe; emphasis on teaching techniques and literature.

**MED 355 - Advanced Woodwind Technique, Materials and Methods** *(1 hour)*

Continuation of MED 354: bassoon, saxophone, and continued study of clarinet. Evaluation of grade school materials and methods. At least 5 hours observation of woodwind teaching. Prerequisite: MED 354 or audition.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# THEATRE ARTS

**FACULTY** Professors Huberman (Dean); Assistant Professors Arnold, Matisa, Miller, Lowell, Stern;  Artist-in-Residence Kanoff (chair).

# Mission

The mission of the Department of Theatre Arts is to teach and promote the intellectual foundations and creative processes of the theatre; to train aspiring theatre artists in a range of performance and production disciplines; and to provide a comprehensive educational experience in a deeply nurturing, student-centered environment.

Through our major and minor programs, production seasons, excursion programs, and extra-curricular organizations, we offer students the opportunity to take ownership of their education; to pursue their passion and deepen their craft; and to learn, risk, and thrive in a dynamic, intimate creative home. The Department of Theatre Arts fosters academic achievement, collaborative intensity, exacting communication, creative authenticity, and personal integrity We believe that these goals serve a diverse range of career possibilities, both in the arts and beyond.

We offer our students exceptional opportunities to interact with leading theatre professionals; we challenge our students to take a leadership role in the collaborative process, and we invite our students to join an artistic home that unites students, faculty, staff, and generations of engaged, successful alumni.

# Admission Requirements

Admission to the Bachelor of Arts or Bachelor of Science (http://www.bradley.edu/academic/undergradcat/20192020/cfa-the.dot#a) degree program in Theatre Arts requires successful admission to Bradley University. Students are admitted as Theatre Arts majors and may choose to add a concentration in Performance or Production. Admission to the concentrations is competitive and requires an audition (for performers) or the presentation of a design/theatre technology portfolio or completion of an interview (for students interested in production). Students in the concentrations will be required to demonstrate basic

talents and the potential to grow as theatre artists, as well as the commitment and discipline essential for successful completion of their studies. The concentration audition/interview is recommended after acceptance to the University or during the first year of study.

For more information, contact the department chairperson.

The department also offers a minor in theatre arts.

# Major Requirements

In addition to university and college requirements, theatre arts majors must earn a C or better in every required course for the major and maintain a 2.5 grade point average in all theatre courses. Students may not enroll in a theatre arts course for which a required course is a prerequisite unless they have earned a C or better in the required course.

# Bachelor Of Arts Or Bachelor Of Science Degree With A Major In Theatre Arts

All majors must complete the following requirements. Completion of a concentration in performance of production is optional.

- THE 115 Fundamentals of Acting - 3 hrs.
- THE 121 Contemporary Theatre Practice - 3 hrs.
- THE 123 Script Analysis for the Theatre - 3 hrs.
- THE 125 Stagecraft - 3 hrs.
- THE 223 Producing for the Arts - 3 hrs.
- THE 226 Fundamentals of Design - 3 hrs.
- THE 230 Costume Construction - 3 hrs.
- THE 316 Fundamentals of Directing - 3 hrs.
- THE 336 History of Theatre and Drama I - 3 hrs.
- THE 337 History of Theatre and Drama II - 3 hrs.
- THE 338 History of Theatre and Drama III - 3 hrs.
- THE 439 Global Encounters - 3 hrs.
- Practicum - 3 hrs. (Each Practicum is a production assignment earning .5 hours.)

## Performance Concentration

*Audition required.*

Major requirements, plus:

- THE 201 The Actor's Instrument I* - 3 hrs.
- THE 203 The Actor's Instrument II* - 3 hrs.
- THE 215 Intermediate Acting - 3 hrs.
- THE 310 Junior Seminar - 3 hrs.
- THE 315 Advanced Acting (Shakespeare) - 3 hrs.
- THE 410 Senior Seminar - 1-3 hrs.
- THE 415 Acting: Genres - 3 hrs.

**Total additional hours required for the concentration: 19-21 hours**

## Production Concentration

*(Portfolio review/interview required)*

Major requirements, plus:

- THE 225 Advanced Stagecraft - 3 hrs.
- THE 229 CADD for Theatre - 3 hrs.
- THE 310 Junior Seminar - 3 hrs.
- THE 410 Senior Seminar *(Development of a Capstone project)* - 1-3 hrs.

Three of the following Design courses:

- THE 326 Stage Lighting - 3 hrs.
- THE 327 Sound Design - 3 hrs.
- THE 329 Scenic Design - 3 hrs.
- THE 330 Costume Design - 3 hrs.

**Total additional hours required for the concentration: 19-21 hours**

# Theatre Arts Minor

The Department of Theatre Arts offers a minor with the following requirements:

- THE 115 Fundamentals of Acting - 3 hrs.
- THE 121 Contemporary Theatre Practice (introductory course for Theatre Arts majors and minors) - 3 hrs.
- THE 123 Script Analysis- 3 hrs.
- THE 125 Stagecraft - 3 hrs. *or* THE 230 Costume Construction - 3 hrs.
- THE 336, 337, *or* 338 History of Theatre and Drama - 3 hrs.
- One additional THE course at the 200, 300, or 400 level - 3 hrs.
- Practicum - 2 hrs. *(Each practicum is a production assignments earning .5 hours.)*

**Total hours required for the minor: 20**

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# THEATRE COURSES

**THE 107 - Practicum** *(0.5 hours)*

Variety of theatre assignments and performance responsibility working on productions.

**THE 108 - Practicum** *(0.5 hours)*

Variety of theatre assignments and performance responsibility working on productions.

**THE 115 - Fundamentals of Acting** *(3 hours)*

An introduction to the theories, principles, and practices of acting for the stage.

**THE 121 - Contemporary Theatre Practice** *(3 hours)*

An introduction to the trends and issues in today's theatre with an emphasis on the process of creating collaborative art and building a shared vocabulary and personal aesthetic.

**THE 123 - Script Analysis for the Theatre** *(3 hours)*

A study of the essential elements of dramatic structure over a range of periods, genres and styles, with an emphasis on the practical imperatives of illuminating dramatic action in theatrical production.

**THE 125 - Stagecraft** *(3 hours)*

An introduction to the principles and practices of scenic construction, safety, painting, and lighting. Explores types and utilization of scenery for theatre. Practical application through projects and work in the University Theatre.

**THE 131 - Introduction to Theatre** *(3 hours)*
**Gen. Ed. FA**
**Core Curr. FA**

Encouraging audience appreciation of the theatre through attending area theatre activities, discussions, and supplementary readings.

**THE 141 - Film Appreciation** *(3 hours)*
**Gen. Ed. FA**
**Core Curr. FA**

Encouraging audience appreciation of film art by surveying film history, genres, and technique through lecture, discussion, supplemental reading, and the viewing of domestic and foreign films.

**THE 201 - The Actor's Instrument I** *(3 hours)*

Techniques for developing a unified practice in voice and movement for rehearsal and performance on stage. Basic anatomy the voice and body, especially as they relate to breath, support, and alignment. Working from a "neutral state" individually and in groups, recognizing ad correcting inefficient behaviors, learning the International Phonetic alphabet, and foundational work with poetic texts and period movement. Prerequisite: THE 115, THE 121, and acceptance in the Performance Concentration or consent of instructor and department chair.

**THE 203 - The Actor's Instrument II** *(3 hours)*

A continuation of the principles and techniques introduced in THE 201, The Actor's Instrument I. Prerequisite: THE 115; THE 121; THE 201; THE 215 and acceptance in the Performance Concentration or consent of instructor and department chair.

**THE 207 - Practicum** *(0.5 hours)*

Continuation of THE 107, THE 108. Prerequisite: THE 107 or THE 108 or consent of instructor and department chair.

**THE 208 - Practicum** *(0.5 hours)*

Continuation of THE 107, THE 108. Prerequisite: THE 107 or THE 108 or consent of instructor and department chair.

**THE 215 - Intermediate Acting** *(3 hours)*

Continuation of THE 115 focusing on the development of the actor's technique through script analysis, exercises, and scene study. Prerequisite: THE 115, THE 121, THE 123, and acceptance in the Performance Concentration or consent of instructor and department chair.

**THE 216 - Acting: Physical Styles** *(3 hours)*

Exploration of physical approaches to the creation of theatre. Prerequisite: THE 115.

**THE 223 - Producing for the Arts** *(3 hours)*

The work of the theatrical producer and non-profit arts manager in the 21st century, with an emphasis on mission; institutional organization and culture; program selection; budgeting; audience development; grants, fund raising, and crowd sourcing; community engagement; marketing and public relations. Prerequisite: THE 121 and THE 123, or consent of instructor and department chair.

**THE 225 - Advanced Stagecraft** *(3 hours)*

A continuation of THE 125. Advanced principles and practices of scenic construction, safety, painting, and technical direction. Practical application through projects and work in the University Theatre. Prerequisite: THE 226 and acceptance into the Production Concentration or consent of instructor and department chair.

**THE 226 - Fundamentals of Design** *(3 hours)*

Principles, practices, and concepts of scenic, lighting, costume, and sound design, as well as theatre graphics skills. Prerequisite: THE 121, THE 125, THE 123, or acceptance into the Production Concentration or consent of instructor and department chair.

**THE 227 - Make-Up for the Stage** *(3 hours)*

Instruction and practical experience with make-up for the stage: types, application methods, and design techniques.

**THE 228 - Stage Management** *(3 hours)*

An introduction to the essential principles, practices, and skills of the stage manager in pre-production, rehearsal, technical rehearsals, and performance. Topics include production planning and communication; running auditions; meeting and rehearsal scheduling; script breakdowns; preparation of accurate reports; collaboration with directors, designers, performers and technicians; managing stage crews; preparation of prompt scripts, show-calling; performance assessment; safety regulations and procedures. Prerequisite: Permission of the Instructor and Department Chairperson.

**THE 229 - Cadd for Theatre** *(3 hours)*

Instruction and practical experience with computer aided drafting and design (CADD) for use in theatre production: software, hardware, application methods, and rendering techniques. Prerequisite: THE 226 and acceptance into the Production Concentration or consent of instructor and department chair.

**THE 230 - Costume Construction** *(3 hours)*

An introduction to the principles and practices of costume construction, including safety, cutting, stitching, and draping. Explores types and utilization of costuming for theatre. Practical application through projects and work in the University Theatre.

**THE 303 - Stage Combat** *(3 hours)*

A performance course focused on the concepts and techniques utilized in the advanced stage movement skill of stage combat with emphasis on hand-to-hand and Elizabethan rapier styles. Prerequisite: THE 115 or consent of instructor and department chair.

**THE 307 - Practicum** *(0.5 hours)*

Continuation of THE 207, THE 208. Prerequisite: THE 207 or THE 208 or consent of instructor and department chair.

**THE 308 - Practicum** *(0.5 hours)*

Continuation of THE 207, THE 208. Prerequisite: THE 207 or THE 208 or consent of instructor and department chair.

**THE 310 - Junior Seminar** *(3 hours)*

A preparatory course exploring opportunities for graduate school, internships, and employment in the performing arts. Prerequisite: THE 115, THE 121, THE 123, THE 226, or consent of instructor and department chair.

**THE 315 - Advanced Acting** *(3 hours)*

Continuation of THE 215. Further development of the acting process focusing on various theatrical genres. Prerequisite: THE 201 or THE 203; THE 215; and acceptance into the Performance Concentration or consent of instructor and department chair.

**THE 316 - Fundamentals of Directing** *(3 hours)*

Fundamentals of directing the play: script and character analysis, event and action, casting, staging, working with designers and actors. Prerequisite: THE 115, THE 121, THE 123, or consent of instructor and department chair.

**THE 317 - Practice in Directing** *(1-3 hours)*

Practical application of directing concepts and skills: planning, rehearsal, and performance for laboratory theatre production. May be repeated for up to 15 hours. Prerequisite: THE 316 and consent of instructor and department chair.

**THE 326 - Stage Lighting** *(3 hours)*

Instruction and experience with stage lighting techniques and design concepts. Basic electricity, instrument optics, color application, and stage lighting theory provide background for creative

design and lighting control. Prerequisite: THE 226 and acceptance into the Production Concentration or consent of instructor and department chair.

### THE 327 - Sound Design *(3 hours)*

Instruction and experience with sound design and reinforcement techniques. Basic sound technology, editing, microphone, speaker, and amplification techniques taught through lecture and demonstration. Prerequisite: THE 226 or consent of department chair.

### THE 328 - Special Materials for Scene and Costume Design *(3 hours)*

New products and different uses of old or existing materials for stage settings, properties, costumes, and make-up. Prerequisite: THE 225, THE 230 or consent of instructor and department chair.

### THE 329 - Scenic Design *(3 hours)*

Principles and practices of scenic design used to develop particular styles, skills, and techniques in designing a variety of dramatic settings. Prerequisite: THE 226 and acceptance into the Production Concentration or consent of instructor and department chair.

### THE 330 - Costume Design *(3 hours)*

Principles and practices of costume design used to develop particular styles, skills, and techniques in designing for a variety of dramatic texts. Prerequisite: THE 226 and acceptance into the Production Concentration or consent of instructor and department chair.

### THE 335 - Theatre for Children and Creative Dramatics *(3 hours)*

Theatre produced for the young audience or by children: appropriate literature, production techniques, and techniques of creative dramatics.

### THE 336 - History of Theatre & Drama I *(3 hours)*

The origins of theatrical and dramatic impulses in ancient cultures as well as the history of theatre and drama in the classical and medieval periods. Prerequisite: THE 121 and THE 123 or consent of instructor and department chair.

### THE 336 - History of Theatre & Drama I *(3 hours)*
### Core Curr. WI

The origins of theatrical and dramatic impulses in ancient cultures as well as the history of theatre and drama in the classical and medieval periods. Prerequisite: THE 121 and THE 123 or consent of instructor and department chair..

**THE 337 - History of Theatre and Drama II** *(3 hours)*
**Core Curr. WI**

Theatre history and drama in the Renaissance, Restoration, Neoclassical, and Romantic periods (late 16th, 17th, 18th and early 19th centuries). Prerequisite: THE 336 or consent of instructor and department chair.

**THE 337 - History of Theatre and Drama II** *(3 hours)*

Theatre history and drama in the Renaissance, Restoration, Neoclassical, and Romantic periods (late 16th, 17th, 18th and early 19th centuries). Prerequisite: THE 336 or consent of instructor and department chair.

**THE 338 - History of Theatre & Drama III** *(3 hours)*

Modern and contemporary theatre and drama beginning with realism and naturalism in the late 19th century up to the present day. Prerequisite: THE 337 or consent of instructor and department chair.

**THE 338 - History of Theatre & Drama III** *(3 hours)*
**Core Curr. WI**

Modern and contemporary theatre and drama beginning with realism and naturalism in the late 19th century up to the present day. Prerequisite: THE 337 or consent of instructor and department chair.

**THE 407 - Practicum** *(0.5 hours)*

Continuation of THE 307, THE 308. Prerequisite: THE 307 or THE 308 or consent of instructor and department chair.

**THE 408 - Practicum** *(0.5 hours)*

Continuation of THE 307, THE 308. Prerequisite: THE 307 or THE 308 or consent of instructor and department chair.

**THE 410 - Senior Seminar** *(1-3 hours)*

Special research or performance projects initiated by seniors to demonstrate integrated learning and theatre expertise. Problems and methods in various areas of theatre study. Prerequisite: Consent of Department Chair.

### THE 415 - Acting: Period Styles *(3 hours)*

Continuation of THE 315. Further development of the acting process focusing on Shakespeare and period styles. Prerequisite: THE 201, THE 203, THE 315, THE 336, and acceptance into the Performance Concentration or consent of instructor and department chair.

### THE 423 - Theatrical Management *(1-3 hours)*

Practical application of business concepts and skills related to theatrical management: leadership and management; audience development; budgeting; advertising and publicity; sales and box office procedures; and house management. May be repeated up to 15 hours. Prerequisite: THE 223 and consent of instructor and department chair.

### THE 439 - Global Encounters in Theatre *(3 hours)*

Exploration of historical and contemporary non-Western theatre traditions and dramatic literature. Prerequisite: THE 336, or consent of instructor and department chair.

### THE 494 - Theatre Arts Expedition *(1-3 hours)*

Students travel to observe and/or to engage in creative production making use of the resources of the particular location. Advanced study and/or experiences in theatre settings. May be repeated up to 9 hours. Topics, destinations, and prerequisites stated in current Schedule of Classes.

### THE 498 - Explorations in Theatre Arts *(1-3 hours)*

Advanced work in performance and production. May be repeated up to a maximum of 15 semester hours. Topics listed in current Schedule of Classes. Prerequisite: Consent of department chair.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# COLLEGE OF EDUCATION AND HEALTH SCIENCES

## Vision

The College of Education and Health Sciences at Bradley University will nurture and promote its nationally recognized programs by advancing teaching excellence, innovation, collaboration and scholarship in an ever changing society.

## Mission

The mission of the College of Education and Health Sciences at Bradley University is to prepare ethical, effective leaders and life-long learners within the human service professions to promote the wellbeing of all humanity.

College Core Values
The following core values are the philosophical underpinnings of the College's mission and vision. These values and the inherent actions are integral components to the overall functioning of the college.

- Development of Leadership
- Commitment to Collaboration
- Promotion of Innovation
- Commitment to Excellence
- Commitment to and Celebration of Diversity
- Promotion of Well-Being

# Bradley Core Curriculum Requirements

The Bradley Core Curriculum requires 36 credit hours, comprised of courses taken across eight Areas of Inquiry plus additional Core Practices as follows:

    1. A total of three courses (9 credit hours), comprised of one course from each of the following areas within the Communication Area of Inquiry:

- Communication (CM)
- Written Communication 1 (W1) – 1 course
- Written Communication 2 (W2) – 1 course

- Oral Communication (OC) – 1 course

2. A total of seven courses (21 credit hours), comprised of one course from each of the following Areas of Inquiry:

- Fine Arts (FA)
- Global Perspectives (GP) one course from World Cultures (WC) or Global Systems (GS)
- Humanities (HU)
- Knowledge and Reasoning in the Natural Sciences (NS)
- Knowledge and Reasoning in the Social and Behavioral Sciences (SS)
- Multidisciplinary Integration (MI)
- Quantitative Reasoning (QR)

3. A total of two elective courses (6 credit hours) from any two Areas of Inquiry (the two courses cannot be taken from the same Area of Inquiry):

- Global Perspectives (GP), can be selected from World Cultures (WC) or Global Systems (GS)
- Humanities (HU)
- Knowledge and Reasoning in the Natural Sciences (NS)
- Knowledge and Reasoning in the Social and Behavioral Sciences (SS)
- Quantitative Reasoning (QR)

4. A minimum of two courses or registered experiences designated as Writing Intensive (WI).
5. A minimum of two courses or registered experiences designated as Integrative Learning (IL) experiences (recommended).
6. No more than two courses with the same subject prefix can be used to satisfy Area of Inquiry requirements in the Bradley Core Curriculum. This rule does not include the Communications Area of Inquiry.

For a list of courses and registered experiences approved to fill the Bradley Core Curriculum Areas of Inquiry or Core Practices are listed in the All-University Degree Requirements (http://www.bradley.edu/academic/undergradcat/20192020/overview-arrequirements.dot) section of this catalog.

# Global Scholars

*Contact: Dr. Heljä Antola Crowe*

Professionals in the fields of education and health sciences are challenged with a complex global reality. Awareness of global developments and cross-cultural competencies are crucial in dealing with differences and learning from people of other cultures.

The Global Scholars Program is designed to prepare professionals for this international state of affairs. The Global Scholars Program (GSP) can be earned in your program in the College of Education and Health Sciences regardless of your major. Your designation as a Global Scholar will assist you in job searches in your profession.

Students majoring in education, health science, nursing, or family and consumer sciences have the unique opportunity to earn Global Scholar recognition of achievement in global studies. Global Scholar recognition may be earned with any degree and major offered within the College of Education and Health Sciences; completion entails neither additional expense nor additional time to graduate if planned early in your program at Bradley.

As a Global Scholar you will…

- demonstrate increased awareness and appreciation of cultural, ethnic, and disciplinary backgrounds.
- identify and analyze crucial factors in developing global and cross-cultural communication and attending to issues of diversity in your profession.
- demonstrate greater awareness for global perspectives in communication, collaboration, diversity, and professional networking.
- collaborate and communicate effectively with colleagues and other professionals within one's own and other cultures.
- demonstrate aspects of international culture and human behavior.

## Global Scholars Program Requirements

Bradley Global Scholars complete 17 to 20 semester hours at Bradley University plus international/global campus activities, service activities, and participation in internationally focused seminars.

- World Language

  One to 3 hours to be approved by departmental Global Scholar Advisor (e.g., one semester in world language, proficiency equivalency, immersion course when studying abroad).

- Bradley Core Curriculum

  Nine hours of Bradley Core Curriculum courses focused on international, human values orientation to be approved by the departmental Global Scholar Advisor from approved department lists.

- Departmental International/Multicultural Course

  One 3-hour course from the student's major.

    - ETE 280
    - FCS 338, FCS 433, FCS 438, FCS 406
    - For HS: ENC 370 and 375 (concurrently)
    - ENC 586
    - NUR 333, NUR 533

- Study Abroad

  Minimum of 4 semester hours earned from Study Abroad.

- EHS 300 Professionalism Across Cultures

  Required 1-3 hour course taught by an interdisciplinary team.

- International/Global Focused Campus Activities

  Twenty hours of activity approved by departmental Global Scholar Advisor. Five of these hours are service related.

- Focused Seminars

  Participation in two or more internationally focused seminars sponsored by departments or college faculty.

# Cooperative Education/Internship Program

The College participates with employers in an optional Cooperative Education/Internship Program. Students either alternate periods of full-time study with full-time employment or have part-time employment while attending classes. The program provides academic- or career-related work experiences. To be eligible, the student must have sophomore standing and a 2.0 minimum overall grade point average at Bradley and in the College of Education and Health Sciences; a nursing student must have senior standing and a 2.5 minimum overall grade point average at Bradley. (See Cooperative Education/Internship in EHS or Cooperative Education in Nursing.)

# The University Experience

EHS 120: The University Experience is a one semester hour course available to all new students. Through interactive discussions and class activities, students explore contemporary social issues; examine topics concerning academic, persona, and physical well-being; become

familiar with University policies and resources; and develop greater appreciation for diversity.

# Professional Teaching Programs

**The professional education unit is accredited by the National Council for the Accreditation of Teacher Education (NCATE)/Council for the Accreditation of Educator Preparation (CAEP).**

Bradley University has teacher education programs approved by the Illinois State Board of Education for the following categories:

# Early Childhood With ESL Endorsement (birth to grade 2)

# Elementary Education With ESL Endorsement

# Middle School Education With ESL Endorsement

- English/Language Arts
- General Science
- Math
- General Social Studies

# High School Education (grades 9-12)

- English Language Arts
- Family and Consumer Science—Apparel and Textiles
- Family and Consumer Science—Living Environments
- Family and Consumer Science—Nutrition, Wellness, and Hospitality
- Mathematics
- Science—Biology
- Science—Chemistry
- Science—Physics
- Social Science—History

# Special (K-12)

- Art Education
- Music Education

# Learning Behavior Specialist I

# Graduate Programs

Detailed information about graduate programs within the College of Education and Health Sciences can be located in the Graduate Catalog (https://www.bradley.edu/academic/gradcat/20192020/ehs-ehs.dot).

Graduate programs are offered in the following areas:

Residential graduate programs are offered in the following areas:

- MA - Curriculum and Instruction
- MA - Clinical Mental Health Counseling
- MA - Professional School Counseling
- MA- Educational Administration
- MA - Nonprofit Leadership
- Graduate Certificate - Clinical Mental Health
- MS - Dietetic Internship
- Post-Master's Certification - School Counseling
- Post-Master's Certification - Educational Administration
- Post-Master's Certificate - Neurocounseling
- DPT-Physical Therapy

Online Graduate programs are offered in the following areas:

- MA - Clinical Mental Health Counseling
- MA - Professional School Counseling
- MSN - Nursing Administration
- MSN - Family Nurse Practitioner
- Post Master's Certificate - Family Nurse Practitioner
- DNP - Leadership
- DNP Family Nurse Practitioner

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# EHS COURSES

**EHS 120 - The University Experience** *(1 hour)*

Designed to help new students adjust to the University environment. Assists students in gaining an appreciation for higher education, general education, and the value of a Bradley University education.

**EHS 300 - Professionalism Across Cultures** *(1-3 hours)*

Awareness, acceptance, and appreciation of diversity, whether resulting from cultural, disciplinary, linguistic, or geographical differences. Emphasis on the professionals' roles of communicating effectively with colleagues across disciplines and cultures.

**EHS 301 - Cooperative Education Or Internship in EHS** *(0-9 hours)*

Cooperative education or internship experience. May be repeated to a combined total of 9 credit hours. Pass/Fail. Prerequisite: sophomore standing in the College of Education and Health Sciences, 2.0 Bradley overall grade point average and EHS cumulative grade point average, consent of EHS Co-op and Internship coordinator and Co-op and Internship faculty advisor.

**EHS 305 - Study Abroad Seminar** *(1 hour)*

Study of the cultural and historical contexts of study abroad site. Prerequisite: registration for study abroad interim session.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# EDUCATION, COUNSELING, AND LEADERSHIP

**Approved by the Illinois State Board of Education (ISBE).**

**Accredited by the National Council for Accreditation of Teacher Education (NCATE), Council for Accreditation of Educator Preparation (CAEP), Council for Exceptional Children (CEC), National Association for the Education of Young Children (NAEYC), National Association of Schools of Art and Design (NASAD), National Association of Schools of Music (NASM), National Council of Teachers of English (NCTE), National Council for the Social Studies (NCSS), National Council of Teachers of Mathematics (NCTM), and the National Science Teachers Association (NSTA).**

**FACULTY** Professors Antola Crowe,  Arquette, Cantù (Associate Dean and Director), Kasambira, Lee, Nugent, Russell-Chapin, Sherman, Tripses; Associate Professors Davison Avilés, Buchko, Hunzicker, Kuester, Lukowiak, McMullen, Risen, Skaggs; Assistant Professors Ansari, Armitage, Capasso, Heggestad, McDaniel, Ríos Vega, Smirl, Wherfel, Yang; Coordinator McMillan; Online Director McCloud.

The preparation of undergraduates for entry into their respective professions is the primary mission of the department. At Bradley, candidates are expected to become human resource specialists. The College believes that the productive educator must be an educational leader, advocate, and life-long learner. The smaller class size at Bradley, the caring attitude of the faculty, the number and variety of field experiences, and the excellent placement record of education graduates make the College an exceptional place from which to launch a teaching career. An opportunity to engage in a variety of leadership roles can be explored with the minor offered in Leadership Studies.

The Department of Education, Counseling, and Leadership offers nationally recognized programs leading to a bachelor's degree and to an Illinois state teaching license. Bachelor's programs involve a wide range of teaching choices including K-12 Art Education, Early Childhood Education, Elementary Education, K-12 Music Education, Middle School Education (English, Mathematics, Science, and Social Science), High School Education (Biology, Chemistry, English,

Family and Consumer Science, History/Social Studies, Mathematics, and Physics), and Special Education (LBSI). In addition, we offer an endorsement program in English as a Second Language (ESL), which is embedded in most of these degree programs.

As a result of classroom instruction and field experiences in education, it is intended that teacher candidates in all of these programs will:

- acquire knowledge and skills to differentiate instruction for students to account for individual differences;
- gain competence in planning and presenting subject matter and evaluating the learning of students;
- gain competence in structuring learning experiences compatible with developmental levels of students;
- acquire the understanding and knowledge to analyze learning processes of students;
- gain competence in the skills of classroom structure and organization;
- develop an understanding of their responsibility as professional educators; and
- develop the desire to continue professional growth and study.

Although the programs in education are designed to meet State of Illinois teacher licensure requirements, graduates will find that they are eligible for licensure in a variety of states in addition to Illinois. Currently 36 states have signed the Interstate Licensure Agreement with Illinois and will issue a comparable entry-level license for elementary, early childhood, middle school, high school, or special education graduates. Candidates must consult with the licensure officer for details. All programs are approved by the Illinois State Board of Education, and the unit is accredited by the National Council for Accreditation of Teacher Education (NCATE).

# Advancement To Degree Candidacy Required

Candidates uncertain about a career in education may take introductory education courses. Admission to most upper-level courses requires department advancement to degree candidacy status or special permission of the associate dean and director of the department, or the departmental academic review committee. Through the freshman and sophomore years, candidates may remain in teacher education courses if their overall grade point average is not below a 2.0 or "C." To be advanced to degree candidacy, however, the grade point averages required are a 2.50 overall and a 2.50 in education, with a grade of 2.0 (C) or better for each education course. In addition, middle school, high school, K-12 art, and K-12 music majors must also achieve a 2.50 GPA in the courses which comprise the teaching field(s) and a grade of 2.0 (C) or better for each teaching field content course. The courses that make up the concentration or major discipline and any related Bradley Core Curriculum courses will be included in the teaching field GPA. If candidates are to be considered for advancement to candidacy, they must

have earned grades of not less than 2.0 (C) in ENG 101, COM 103, MTH 111 (or equivalents). There are additional requirements for advancement to candidacy beyond these minimum grade point averages, including demonstration of appropriate preprofessional behaviors. Candidates should consult with their advisors regarding these additional requirements. Under extraordinary circumstances, a waiver of the requirement may be requested for the period of one semester only.

Ordinarily, candidates make application to candidacy in their sophomore year. At the end of the semester, department faculty evaluate candidates on their academic achievements and professional growth. Continuance in the program is reviewed if at any time after advancement to candidacy a student's overall grade point average falls below 2.50; education grade point average falls below 2.50; for high school education, K–12 art, K–12 music, middle school education, the grade point average in the teaching field(s) falls below 2.50; the student fails to demonstrate appropriate preprofessional behaviors; or other circumstances occur which would make a teacher candidate unable to be licensed. Additionally, candidates must provide a satisfactory criminal background check report and demonstrate acceptable competency on Dispositions modules. Candidates with questions about advancement to degree candidacy and maintenance of candidacy status should see their advisors in the college or the associate dean and director of the Department of Education, Counseling, and Leadership.

# Student Teaching

Student teaching is an important culminating experience for each education program. It is the policy of the department that all student teaching assignments be in or immediately near Peoria, Illinois. Exceptions may be considered on a case-by-case petition when there are extenuating circumstances. Candidates with questions about student teaching should see the director of clinical and field experiences or the associate dean and director of the Department of Education, Counseling, and Leadership. Student teaching must be taken for a pass/fail grade. All other field experiences must be taken for a letter grade.

# Core Curriculum, Degree, And Licensure Requirements For Education Candidates

Brief outlines of programs are presented for the benefit of prospective candidates interested in preparing for the teaching profession. Both University degree requirements and Illinois teacher licensure requirements are included. Degree and licensure requirements differ. Programs and class schedules are to be planned each semester in consultation with the student's academic advisor. While a student ordinarily may graduate and be licensed under the University catalog requirements in effect at the time the student becomes a teacher education candidate, the Illinois State Teacher Licensure Board may mandate changes in standards of approved teacher education programs, requiring candidates to modify or add to their original degree programs in order to be eligible for licensure upon completion of graduation requirements. As in any good program, revisions are being made continually; candidates should consult their education advisor about current program requirements.

All education courses required by the major must have a grade of C or better. For middle school, high school, and K–12 art and music education, all courses required for the teaching field must have a grade of C or better. This is a state requirement.

Although candidates are assigned an academic advisor, the ultimate responsibility for meeting the program requirements for graduation is that of the candidate. Candidates are responsible for their programs. A minimum of 124 hours is needed for graduation.

# Illinois Licensure Tests Required

Each candidate must pass all applicable licensure tests for their major prior to licensure. The applicable Illinois Content-Area test(s) must be passed prior to student teaching. The edTPA must be passed before receiving a teaching license. As with other requirements, the number and type of tests required are subject to changes implemented by the state legislature or the Illinois State Board of Education at any time prior to licensure.

# Second Teaching Areas

Candidates seeking a second teaching license must have their transcript(s) evaluated for the desired license by the Licensure Officer. There is a $100.00 fee for the evaluation of the transcript, which may be applied to tuition for candidates who continue in an education program. No additional general education courses will be required provided the overall GPA is 2.5 or better. Candidates seeking middle school education license must have at least 24 hours in concentration, with at least 12 hours at the junior/senior level, and with a 2.5 or better GPA for

the teaching field, including all required courses having earned at least a C. The 24 hours must include a methods course in the subject area. In the case of mathematics, there is a required course distribution for the 24 hours. Candidates seeking a high school education license who hold a degree in a subject for which Bradley University has a state-approved licensure program must take a minimum of 6 semester hours of courses at the 300 level or above in the subject at Bradley University. If they do not hold a degree in the subject, they must complete the required number of hours of coursework in the major (typically 24 hours), pass the State Content Area Test, and complete all required courses and field and clinical experiences. The education courses required for each license are the same as those listed in this section of the catalog. A minimum of 12–16 semester hours, plus student teaching, must be completed at Bradley University. All coursework must be a grade of "C" or better to count toward licensure. Passage of all applicable state licensure tests is required for licensure. Address questions to the Licensure Officer.

# Transcript Evaluation To Pursue Teacher Licensure

All individuals pursuing teacher licensure credentials, such as a Second Bachelor's/Teacher Licensure, or Licensure Only, should apply online to transfer admissions. Individuals should indicate their area of teaching interest. The Licensure Officer will work with admissions.

**Licensure Only:** Individuals who are currently Illinois state licensed teachers and who wish to pursue an additional teaching endorsement will enroll as a Graduate Student at Large at either the undergraduate or graduate level (if they are pursuing a graduate degree). Licensure courses are offered at the undergraduate level of instruction

Early Childhood Education Majors With ESL Endorsement (Birth Through Grade 2)

Elementary Education With ESL Endorsement (grades 1–6)

Middle School Education with ESL Endorsement (grades 5–8)

High School Education (grades 9-12)

Special K–12 (Art Education, Music Education)

Learning Behavior Specialist I With ESL Endorsement

# Early Childhood Education Majors With ESL Endorsement *(Birth Through Grade 2)*

# Bradley Core Requirements

## Communication (CM)

- COM 103 The Oral Communication Process - 3 hrs.
- W1: ENG 101 English Composition - 3 hrs.
- W2: ENG 300, 301, 304, 305, or 306 Advanced Writing - 3 hrs.

## Quantitative Reasoning (QR)

- MTH 111 Elementary Statistics - 3 hrs.

## Humanities (HU)

- American History – HIS 203 *or* HIS 204  - 3 hrs.

## Fine Arts (FA)

- ART 131 *or* MUS 109 - 3 hrs.

## Social and Behavior Sciences (SB)

- American Government (PLS 105) - 3 hrs.

## Global Perspectives (GP-WC)

- ETE 280 Exploring Diversity: Learners, Families and Communities - 0 hrs.

## Multidisciplinary Inquiry (MI)

- ETE 115 The History of Education in the United States - 0 hrs.*

## Natural Science (NS)

- SCI 100, 101, 102, 103, or 104 Science Through Inquiry - 4 hrs.

Coursework must include at least one laboratory science. Early Childhood Education majors need 12 hours of science; one course each from the following three areas: Life Science, Physical Science, and Earth/Space Science.

BCC Electives - 7 hrs.

- One elective must be a science course (NS) - 4 hrs.
- Must be ECO 100, 221, or 222 (SB) - 3 hrs.

*Please note these courses are listed as 0 hrs because the credit hours are actually counted in the program area of the catalog.

# Bradley Core Requirements

The Bradley Core Curriculum requires completion of two Writing Intensive (WI) courses. Students in the Early Childhood Education program must take ETE 120 and ETE 310 to fulfill this requirement.

Please note all majors must complete coursework in the following four areas of social studies: U.S. History (HIS 203 or 204), Geography (HIS 336 or 337), Economics (ECO 100, 221, or 222) and Government (PLS 105). In addition, 12 credit hours of coursework are required in the following three areas of science (including at least one laboratory science): Life Science, Physical Science, and Earth and Space Science. Furthermore, in order to meet the B.S. math and science requirement, all majors must complete a minimum of 15 credit hours in math and science combined.

For those students completing B.A. requirements, an additional 3 hours (minimum) of optional foreign language study through 201 level *or* 3 hours of advanced course work if placed at or above 202 level by Foreign Language Department must be completed.

Further Courses for the Balanced Curriculum

- ETE 260 Children's Literature - 0 hrs.
- ETE 107 Conceptualizing Math for Teachers I - 0 hrs.*
- ETE 108 Conceptualizing Math for Teachers II - 0 hrs.*
- Grammar/Linguistics (ENG 311 or 312) - 3 hrs.
- Geography (HIS 336 or 337) - 3 hrs.
- THE 335 Theatre for Children and Creative Dramatics OR another area of Fine Arts (THE 131, MUS 109, ART 131 - in a different area from your FA course for BCC) - 3 hrs.

*Please note these courses are listed as 0 hrs because the credit hours are actually counted in the program area of the catalog.

## Professional Education Requirements

- ETE 100 Technology Applications - 1 hr.
- ETE 107 Conceptualizing Math for Teachers I - 3 hrs.
- ETE 108 Conceptualizing Math for Teachers II - 3 hrs.
- ETE 115 The History of Education in the United States - 3 hrs.
- ETE 116 Field Experience - Schools and Schooling - 1 hr.
- ETE 120 Early Childhood Professional Roles and Responsibilities - 3 hrs.
- ETE 194 Physical Education in the P-6 Schools - 1 hr.

- ETE 196 Fine Arts in the P-6 Schools - 2 hrs.
- ETE 210 Human Development from Birth to Young Adulthood - 3 hrs.
- ETE 215 Strategies for Effective Teaching - 3 hrs.
- ETE 234 Language Development - 3 hrs.
- ETE 235 Methods of Teaching English Language Learners – 3 hrs.
- ETE 236 Assessment of English Language Learners – 3 hrs.
- ETE 237 Practicum for Teaching English Learners I – 1 hr.
- ETE 240 Practicum for English Learners Part 2 - 2 hrs.
- ETE 260 Children's Literature - 3 hrs.
- ETE 270 Physical Development and Health– 1 hr.
- ETE 280 Exploring Diversity: Learners, Families and Communities - 3 hrs.
- Choose one of the following 3 courses:
    - ETE 245 American Sign Language - 3 hrs.
    - ETE 291Assistive Technology for Individuals with Special Needs - 3 hrs.
    - PSY 101 Principles of Psychology - 3 hrs.
- ETE 304 Early Childhood Novice Teaching Experience - 3 hrs.
- ETE 310 Teacher Performance Assessment - 1 hr.
- ETE 322 Emergent Literacy: Reading and Writing Across the Curriculum – 3 hrs.
- ETE 324 Early Childhood Special Education Methods – 3 hrs.
- ETE 328 Early Childhood Methods - 6 hrs.
- ETE 345 Guiding Learners: Creating Safe, Inclusive Learning Environments - 3 hrs.
- ETE 443 Early Childhood Assessment - 3 hrs.
- ETE 497 Student Teaching in Early Childhood - 12 hrs.

Please not a minimum of 124 credit hours is required for baccalaureate degree completion.

**Note**: Early Childhood Education program has the English Language Learner endorsement embedded. Early Childhood Education program has the Early Childhood Special Education Approval embedded.

# Elementary Education With ESL Endorsement Majors (Grades 1–6)

## Bradley Core Requirements

Communication (CM)

- OC: COM 103 The Oral Communication Process - 3 hrs.
- W1: ENG 101 English Composition - 3 hrs.
- W2: ENG 300, 301, 304, 305, or 306 Advanced Writing - 3 hrs.

## Quantitative Reasoning (QR)

- MTH 111 Elementary Statistics - 3 hrs.

## Humanities (HU)

- American History – HIS 203 *or* HIS 204 - 3 hrs.

## Fine Arts (FA)

- ART 131 *or* MUS 109 - 3 hrs.

## Social and Behavioral Sciences (SB)

- American Government (PLS 105) - 3 hrs.

## Global Perspectives (GP-WC)

- ETE 280 Exploring Diversity: Learners, Families and Communities - 0 hrs.*

## Multidisciplinary Inquiry (MI)

- ETE 115 The History of Education in the United States - 0 hrs.*

## Natural Science (NS)

- SCI 100, 101, 102, 103, or 104 Science Through Inquiry - 4 hrs.

Coursework must include at least one laboratory science. Elementary Education majors need 12 hours of science; one course each from the following three areas: Life Science, Physical Science, and Earth/Space Science.

## BCC Electives – 7 hrs

- One elective must be a science course (NS) – 4 hrs.
- Must be ECO 100, 221, or 222 (SB) – 3 hrs.

*Please note these courses are listed as 0 hrs because the credit hours are actually counted in the program area of the catalog.

**Bradley Core Curriculum – Core Practices**

Writing Intensive (WI) Courses

The Bradley Core Curriculum requires completion of two Writing Intensive (WI) courses. Students in the Elementary Education program must take ETE 310 and ETE 313 to fulfill this requirement.

Please note all majors must complete coursework in the following four areas of social studies: U.S. History (HIS 203 or 204), Geography (HIS 336 or 337), Economics (ECO 100, 221, or 222) and Government (PLS 105). In addition, 12 credit hours of coursework are required in the following three areas of science (including at least one laboratory science): Life Science, Physical Science, and Earth and Space Science. Furthermore, in order to meet the B.S. math and science requirement, all majors must complete a minimum of 15 credit hours in math and science combined.

For those students completing B.A. requirements, an additional 3 hours (minimum) of optional foreign language study through 201 level *or* 3 hours of advanced course work if placed at or above 202 level by Foreign Language Department must be completed.

Further Courses for the Balanced Curriculum

- ETE 260 Children's Literature - 0 hrs.
- ETE 107 Conceptualizing Math for Teachers I - 0 hrs.*
- ETE 108 Conceptualizing Math for Teachers II - 0 hrs.*
- Grammar/Linguistics (ENG 311/312) - 3 hrs.
- Geography (HIS 336/337) - 3 hrs.
- MTH 109 College Algebra - 3 hrs.*
- THE 335 Theatre for Children and Creative Dramatics OR another area of Fine Arts (THE 131, MUS 109, ART 131 - in a different area from your FA course for BCC) - 3 hrs.

*Please note these courses are listed as 0 hrs because the credit hours are actually counted in the program area of the catalog.

*College Algebra may be waived in several ways. Students should consult with their advisor.

## Professional Education Requirements

- ETE 100 Technology Applications - 1 hr.
- ETE 107 Conceptualizing Math for Teachers I - 3 hrs.
- ETE 108 Conceptualizing Math for Teachers II - 3 hrs.
- ETE 115 The History of Education in the United States - 3 hrs.
- ETE 116 Field Experience - Schools and Schooling - 1 hr.
- ETE 194 Physical Education in the P-6 Schools - 1 hr.
- ETE 196 Fine Arts in the P-6 Schools - 2 hrs.
- ETE 210 Human Development from Birth to Young Adulthood - 3 hrs.
- ETE 215 Strategies for Effective Teaching - 3 hrs.
- ETE 230 Adapting Curriculum to Support Inclusive Environments - 3 hrs.
- ETE 234 Language Development - 3 hrs.

- ETE 235 Methods of Teaching English Language Learners – 3 hrs.
- ETE 236 Assessment of English Language Learners – 3 hrs.
- ETE 237 Practicum for Teaching English Learners I – 1 hr.
- ETE 240 Practicum for English Learners Part 2 - 2 hrs.
- ETE 260 Children's Literature - 3 hrs.
- ETE 270 Physical Development and Health - 1 hr.
- ETE 280 Exploring Diversity: Learners, Families and Communities - 3 hrs.
- ETE 306 Novice Teaching Experience 1-6 - 3 hrs.
- ETE 310 Teacher Performance Assessment - 1 hr.
- ETE 313 Methods of Teaching Literacy I: Reading, Writing, and Language Arts K–2 – 3 hrs.
- ETE 315 Methods of Teaching Literacy II: Reading, Writing, and Language Arts 3–8 – 3 hrs.
- ETE 335 Methods of Teaching Social Studies 1-6 - 3 hrs.
- ETE 336 Methods of Teaching Science 1-6 - 3 hrs.
- ETE 339 Methods of Teaching Mathematics 1-6 - 3 hrs.
- ETE 345 Guiding Learners: Creating Safe, Inclusive Learning Environments - 3 hrs.
- ETE 498 Student Teaching 1-6 - 12 hrs.

Please note a minimum of 124 credit hours is required for baccalaureate degree completion.

* If needed, students may take elective to meet the 124 semester hours requirement. All elementary education majors must meet the requirement of College Algebra. If the student takes MTH 109 to meet this requirement, the hours do not count toward the BS math and science requirement.

**Note**: Elementary Education program has the English Language Learner endorsement embedded.

# Change Of College And Curriculum

Candidates who enter the University in the AEP program or another major may change their major to any of the education programs only if their overall grade point average is a minimum of 2.50. Candidates wishing to enter one of the middle school, high school education or K-12 programs must also have a minimum grade point average of 2.50 in teaching field courses.

# Middle School Education With ESL Endorsement (Grades 5–8)

## Bradley Core Requirements

Communication (CM)

- OC: COM 103 The Oral Communication Process - 3 hrs.
- W1: ENG 101 - 3 hrs.
- W2: ENG 300, 301, 304, 305, or 306 - 3 hrs.

## Quantitative Reasoning (QR)

- MTH 111 Elementary Statistics - 3 hrs.

## Humanities (HU)

- Humanities - 3 hrs. (for Mathematics, Science)
- HIS 336 *or* HIS 337 – 3 hrs. (for Social Studies)
- American/British Literature – 3 hrs. (for English)

## Fine Arts (FA)

- Fine Arts – 3 hrs.

## Social and Behavioral Sciences (SB)

- Social and Behavioral - 3 hrs. (for English, Mathematics, Science)
- ECO 100, ECO 221, *or* ECO 222 – 3 hrs. (for Social Studies)

## Global Perspectives (GP-WC)

- ETE 280 Exploring Diversity: Learners, Families and Communities - 0 hrs.*

## Multidisciplinary Inquiry (MI)

- ETE 115 The History of Education in the United States - 0 hrs.*

## Natural Science (NS)

- Natural Science one course – 4 hrs.

## BCC Electives – (QR, NS, HU, SB, GP) – 6 hrs

- Please consult with academic advisor to identify which courses to complete

## **Bradley Core Curriculum – Core Practices**

Writing Intensive (WI) Courses

Bradley's Core Curriculum features the requirement of two Writing Intensive (WI) courses. Students in the Middle School Education program will complete ETE 227, ETE 228, and ETE 310 to fulfill this requirement.

In order to receive the Bachelor of Science degree, students must successfully complete at least 15 hours of courses selected from mathematics, computer science, and the natural sciences.

For those students completing the Bachelor of Arts requirements, an additional 3 hours (minimum) of optional foreign language study through 201 level *or* 3 hours of advanced course work if placed at or above 202 level by Foreign Language Department must be completed.

## Education Courses for the Program

- ETE 100 Technology Applications - 1 hr.
- ETE 115 The History of Education in the United States - 3 hrs.
- ETE 116 Field Experience - Schools and Schooling in American Society - 1 hr.
- ETE 210 Human Development from Birth to Young Adulthood - 3 hrs.
- ETE 216 Effective Planning and Instruction for Teaching - 3 hrs.
- ETE 227 Development of the Early Adolescent - 3 hrs.
- ETE 228 Strategies for Middle School - 3 hrs.
- ETE 232 Meeting the Needs of All Students within the Disciplines - 2 hrs.
- ETE 234 Language Development - 3 hrs.
- ETE 235 Methods of Teaching English Language Learners - 3 hrs.
- ETE 236 Assessment of English Language Learners - 3 hrs.
- ETE 237 Practicum for Teaching English Learners I - 1 hr.
- ETE 240 Practicum for English Learners Part 2 - 2 hrs.
- ETE 270 Physical Development and Health - 1 hr.
- ETE 280 Exploring Diversity: Learners, Families, And Communities - 3 hrs.
- ETE 307 Novice Teaching Experience in Grades 5–8 - 3 hrs.
- ETE 310 Teacher Performance Assessment - 1 hr.
- ETE 315 Methods of Literacy II: Reading, Writing and Language Arts Grades 3–8 - 3 hrs.
- ETE 345 Guiding Learners: Creating Safe, Inclusive Learning Environments - 3 hrs.
- ETE 368 Content Reading for All Students - 2 hrs.
- ETE 369 Assessing All Students - 2 hrs.
- ETE 491 Student Teaching 5–8 12 hrs.
- One of the methods courses that corresponds with the concentration:
  - ETE 355 Methods of Teaching Middle School Social Studies - 3 hrs. **or**
  - ETE 356 Methods of Teaching Middle School Science - 3 hrs. **or**
  - ETE 357 Methods of Teaching Middle School Mathematics - 3 hrs. **or**
  - ENG 391 Methods of Teaching Writing - 3 hrs.

# Areas Of Concentration

Candidates majoring in Middle School education are required to complete between 27 and 31 hours of study to complete one of the concentrations. Unless noted, courses taken to meet other program requirements may not be used to complete the Area of Concentration requirement.

At least one concentration from English, mathematics, science, and social studies must be chosen

**English:**

ENG 101 English Composition - 3 hrs.

* ENG 300-306 Advanced Composition - 3 hrs.

ENG 180 Introduction to English Education - 1 hr.

* ENG 312 Grammar for Teachers - 3 hrs.

* ENG 320 Young Adult Literature - 3 hrs.

^ American/British Literature ENG 124, 127, 332, 334, 336, 341, 344, 358, 361, 363, 364, 365 - 3 hrs.

^ Literature of Diversity ENG 129, 130, 140, 190, 329, 330, 331, 340, 381 - 3 hrs.

Criticism and Interpreting Literature ENG 233, 235, 237, 239, 270, 370 - 3 hrs.

* ETE 315 Methods of Literacy II: Reading, Writing and Language Arts Grades 3-8 - 3 hrs.

* ETE 368 Content Reading for All Students - 2 hrs.

* ENG 391 Methods of Teaching Writing - 3 hrs.


^Careful choice so that it counts as both HU as well as concentration

*Upper level Courses in Discipline – must be taken at BU as 300 level courses.


**Mathematics:**

MTH 111 Elementary Statistics - 3 hrs.

MTH 115 Brief Calculus With Applications; OR MTH121 Calculus I - 4 hrs.

MTH 114 Applied Finite Mathematics - 3 hrs.

* MTH 300 Topics for Middle School Math Teachers: Number Theory and Algebra - 3 hrs.

* MTH 300 Topics for Middle School Math Teachers: Geometry - 3 hrs.

* MTH 300 Topics for Middle School Math Teachers: Problem solving and Math Modeling - 3 hrs.

ETE 107 Conceptualizing Math for Teachers I - 3 hrs.

ETE 108 Conceptualizing Math for Teachers II - 3 hrs.

ETE 357 Methods of Teaching Middle School Mathematics - 3 hrs.

*Upper level Courses in Discipline – must be taken at BU as 300 level courses.

**Science:**

^ SCI 10x Science through Inquiry I: Molecules - 4 hrs.

^ * SCI 302 Ecosystems - 4 hrs.

^ PHY 100 Fundamental Physics Concepts; PHY 110 General Physics I - 4 hrs.

^ GES 101 Principles of Earth Science with GES 102 Principles of Earth Science Lab - 4 hrs.

* Earth Science GES 300 Oceanography the Human Perspective - 3 hrs.

* Astronomy AST 300 Astronomy: Our Glimpse of the Cosmos - 3 hrs.

Chemistry CHM 100 Fundamentals of General Chemistry OR CHM 110 General Chemistry I - 3 hrs.

Life Science BIO 111 Introduction to Cell Biology - 3 hrs.

ETE 356 Methods of Teaching Middle School Science - 3 hrs.

^ 4 lab courses

* Upper level Courses in Discipline - must be taken at BU as 300 level courses


**Social Studies:**

Economics ECO 100 **Introduction to Economics**; ECO 221 **Principles of Microeconomics**; OR ECO 222 **Principles of Macroeconomics** - 3 hrs.

* ^ Sociology/Anthropology SOC 100 **The Sociological Perspective; SOC 300** Cross-Cultural Perspectives On Gender; **SOC 311** Comparative Family Systems**; ANT 305** Peoples and Cultures of the World - 3 hrs.

Psychology PSY 101 **Principles of Psychology**- 3 hrs.

Political Science PLS 105 **Introduction to American Government** - 3 hrs.

* ^ World History HIS 205-208, 314, 320 -327, 329-335, 338-346, 375, 382 - 3 hrs.

* ^ Geography HIS 336 **Early Non-Western History and Geography** OR HIS 337 **Modern Non-Western History and Geography** - 3 hrs.

* ^ US History HIS 300-311, 315, 316, 317, 328 - 3 hrs.

* Science, Technology, and Society HIS 385 Science, Technology, and Society - 3 hrs.

ETE 355 Methods of Teaching Middle School Social Studies - 3 hrs.

* Upper level courses in Social Studies – must be taken at BU as 300 level courses.

^ Careful choice so that two of the courses are HU as well as concentration

**Note:** No course may be counted in more than one category.

Please note a minimum of 124 credit hours is required for baccalaureate degree completion.

# High School Education (Grades 9-12)

Those students enrolled in a High School Education program of study must select one of the following primary majors in their teaching field, listed below.  Within each of these respective teaching areas, students must complete the required Bradley Core Curriculum, and subject or content area coursework (as outlined in the catalog under the respective departments, 32 semester hours minimum).

## High School (9-12)

- English Language Arts
- Family and Consumer Science—Apparel and Textiles
- Family and Consumer Science—Living Environments
- Family and Consumer Science—Nutrition, Wellness, and Hospitality
- Mathematics

- Science—Biology
- Science—Chemistry
- Science—Physics
- Social Science—History and Social Studies

In addition, students also have a secondary major of High School Education (HSE), as part of their 124 semester-hour baccalaureate degree program, which includes completion of the required professional education and field/clinical experiences, as well as the Illinois State Board of Education Test and Portfolio requirements.

# Requirements for High School Teaching Licenses

To satisfy the State of Illinois mandates, which add field experiences prior to student teaching for programs leading to licensure, candidates will be required to enroll in pre-student field experience courses.

NOTE: The candidate for the high school teacher's license maintains registration in the college offering the selected subject matter preparation. Usually the student's academic major will provide the core of the teaching area preparation. However, the State of Illinois may require specific areas of preparation. Candidates must consult their education advisor. Candidates will have an advisor in both their major area of preparation and in the Department of Education, Counseling, and Leadership.

# Bradley Core Requirements

Communication (CM)

- OC: COM 103 The Oral Communication Process - 3 hrs.
- W1: ENG 101 - 3 hrs.
- W2: ENG 300, 301, 304, 305, or 306 - 3 hrs.

Quantitative Reasoning (QR)

- MTH 111 Elementary Statistics – 3 hrs.

Humanities (HU)

- Humanities (Consider World Literature: ENG 123, ENG 381, ENG 385) – 3 hrs.

Fine Arts (FA)

- Fine Arts – 3 hrs.

## Social and Behavioral Sciences (SB)

- Social and Behavioral – 3 hrs.

## Global Perspectives (GP-WC)

- ETE 280 Exploring Diversity: Learners, Families and Communities - 0 hrs.*

## Multidisciplinary Inquiry (MI)

- ETE 115 The History of Education in the United States - 0 hrs.*

## Natural Science (NS)

- Natural Science - 4 hrs.

## BCC Electives – 6 hrs.

- A total of two elective courses (6 credit hours), compromised of one course from any of the following Areas of Inquiry (the two courses cannot be taken from the same Area of Inquiry): GP, HU, NS, SB, and QR

**Bradley Core Curriculum – Core Practices**

Writing Intensive (WI) Courses

Bradley's Core Curriculum features the requirement of two Writing Intensive (WI) courses. Students in the High School Education program must take ETE 310 and a course within their major to fulfill this requirement.

In order to receive the Bachelor of Science degree, students must successfully complete at least 15 hours of courses selected from mathematics, computer science, and the natural sciences.

For those students completing the Bachelor of Arts requirements, an additional 3 hours (minimum) of optional foreign language study through 201 level *or* 3 hours of advanced course work if placed at or above 202 level by Foreign Language Department must be completed.

# Professional Education Requirements

- MTH 111 Elementary Statistics - 3 hrs.
- ETE 100 Technology Applications - 1 hr.
- ETE 115 The History of Education in the United States - 3 hrs.
- ETE 116 Field Experience: Schools and Schooling in American Society - 1 hr.
- ETE 210 Human Development from Birth to Young Adulthood - 3 hrs.

- ETE 216 Effective Planning and Instruction for Teaching - 3 hrs.
- ETE 219 Human Development from Birth to Young Adulthood and Effective Teaching Field Experience - 1 hr.
- ETE 232 Meeting the Needs of All Students within the Disciplines - 2 hrs.
- ETE 270 Physical Development and Health – 1 hr.
- ETE 280 Exploring Diversity: Learners, Families, and Communities - 3 hrs.
- ETE 308 Novice Teaching Experience in the High School - 3 hrs.
- ETE 310 Teacher Performance Assessment - 1 hr.
- ETE 345 Guiding Learners: Creating Safe, Inclusive Learning Environments - 3 hrs.
- ETE 368 Content Reading for All Students - 2 hrs.
- ETE 369 Assessing All Students - 2 hrs.
- *One of the following methods courses:*
  - ETE 373 Methods of Teaching High School Mathematics - 3 hrs.
  - ETE 374 Methods of Teaching High School Science - 3 hrs.
  - ETE 375 Methods of Teaching High School Social Studies - 3 hrs.
  - ETE 378 Methods of Teaching Family and Consumer Sciences - 3 hrs.
  - ENG 472 Methods of Teaching Integrated Language Arts - 3 hrs.
- ETE 499 Student Teaching in High School - 12 hrs.

**Other:** For specific coursework in your discipline, please see your advisor in your discipline

# English Language Learners Endorsement

For those candidates who are interested in English Language Learner endorsement, which would enable the graduate to teach and work with English Language Learners, the following courses are required. These courses may or may not be part of your major or program.

- ETE 234 Language Development – 3 hrs.
- ETE 235 Methods of Teaching English Language Learners – 3 hrs.
- ETE 236 Assessment of English Language Learners – 3 hrs.
- ETE 237 Practicum for Teaching English Learners I – 1 hr.
- ETE 240 Practicum for Teaching English Learners Part 2 - 2 hrs.
- ETE 280 Exploring Diversity: Learners, Families, and Communities - 3 hrs.
- ENG 311 Introduction to Language **OR** ENG 312 English Grammar – 3 hrs.

# Special K-12 *(Art, Music)*

## Art Education *(K–12)*

The candidate for the art teacher's license maintains registration in the Slane College of Communications and Fine Arts. The Department of Art will provide the core of the teaching area preparation. Candidates will have an advisor in both the Department of Art and in the Department of Education, Counseling, and Leadership. Candidates should contact their advisors for specific course requirements.

# Bradley Core Requirements

## Communication (CM)

- OC: COM 103 The Oral Communication Process - 3 hrs.
- W1: ENG 101 - 3 hrs.
- W2: ENG 300, 301, 304, 305, or 306 - 3 hrs.

## Quantitative Reasoning (QR)

- MTH 111 Elementary Statistics – 3 hrs.

## Humanities (HU)

- Humanities – 3 hrs.

## Fine Arts (FA)

- Fine Arts – 3 hrs.

## Social and Behavioral Sciences (SB)

- Social and Behavioral – 3 hrs.

## Global Perspectives (GP-WC)

- ETE 280 Exploring Diversity: Learners, Families and Communities - 0 hrs.*

## Multidisciplinary Inquiry (MI)

- ETE 115 The History of Education in the United States - 0 hrs.*

## Natural Science (NS)

- Natural Science - 4 hrs.

## BCC Electives – 6 hrs

- A total of two elective courses (6 credit hours), compromised of one course from any of the following Areas of Inquiry (the two courses cannot be taken from the same Area of Inquiry): GP, HU, NS, SB, and QR

**Bradley Core Curriculum – Core Practices**

Writing Intensive (WI) Courses

Bradley's Core Curriculum features the requirement of two Writing Intensive (WI) courses. Students in the K-12 Art or Music Education program must take ETE 310 and a course within their major to fulfill this requirement.

In order to receive the Bachelor of Science degree, students must successfully complete at least 15 hours of courses selected from mathematics, computer science, and the natural sciences.

For those students completing the Bachelor of Arts requirements, an additional 3 hours (minimum) of optional foreign language study through 201 level *or* 3 hours of advanced course work if placed at or above 202 level by Foreign Language Department must be completed.

# Professional Education Requirements

- ETE 100 Technology Applications - 1 hr.
- ETE 115 The History of Education in the United States - 3 hrs.
- ETE 116 Field Experience: Schools and Schooling in American Society - 1 hr.
- ETE 210 Human Development from Birth to Young Adulthood - 3 hrs.
- ETE 215 Strategies for Effective Teaching - 3 hrs.
- ETE 219 Human Development from Birth to Young Adulthood and Effective Teaching Field Experience - 1 hr.
- ETE 232 Meeting the Needs of All Students within the Disciplines - 2 hrs.
- ETE 270 Physical Development and Health - 1 hr.
- ETE 280 Exploring Diversity: Learners, Families, and Communities - 3 hrs.
- ETE 303 Novice Teaching Experience in K-12 classrooms - 3 hrs.
- ETE 310 Teacher Performance Assessment -1 hr.
- ETE 345 Guiding Learners: Creating Safe, Inclusive Learning Environments - 3 hrs.
- ETE 368 Content Reading for All Students - 2 hrs.
- ETE 369 Assessing All Students - 2 hrs.
- ETE 386 Methods of Teaching K–12 Art - 3 hrs.
- ETE 499 Student Teaching in High School - 12 hrs.

# Other

For specific coursework in Art, please see the Art Department/Art Education Major section of this catalog.

# Music Education *(K-12)*

The candidate for the music teacher's license maintains registration in the Slane College of Communications and Fine Arts. The Department of Music will provide the core of the teaching area preparation (see Department of Music). Candidates will have an advisor in both the Department of Music and in the Department of Education, Counseling, and Leadership. Candidates should consult their music advisors for major requirements.

# Bradley Core Requirements

## Communication (CM)

- OC: COM 103 The Oral Communication Process - 3 hrs.
- W1: ENG 101 - 3 hrs.
- W2: ENG 300, 301, 304, 305, or 306 - 3 hrs.

## Quantitative Reasoning (QR)

- MTH 111 Elementary Statistics – 3 hrs.

## Humanities (HU)

- Humanities – 3 hrs.

## Fine Arts (FA)

- ART and THE *only* (cannot be MUS) – 3 hrs.

## Social and Behavioral Sciences (SB)

- Social and Behavioral – 3 hrs.

## Global Perspectives (GP-WC)

- ETE 280 Exploring Diversity: Learners, Families and Communities - 0 hrs.*

## Multidisciplinary Inquiry (MI)

- ETE 115 The History of Education in the United States - 0 hrs.*

## Natural Science (NS)

- Natural Science - 4 hrs.

## BCC Electives – 6 hrs

- A total of two elective courses (6 credit hours), compromised of one course from any of the following Areas of Inquiry (the two courses cannot be taken from the same Area of Inquiry): GP, HU, NS, SB, and

**Bradley Core Curriculum – Core Practices**

Writing Intensive (WI) Courses

Bradley's Core Curriculum features the requirement of two Writing Intensive (WI) courses. Students in the K-12 Art or Music Education program must take ETE 310 and a course within their major to fulfill this requirement.

In order to receive the Bachelor of Science degree, students must successfully complete at least 15 hours of courses selected from mathematics, computer science, and the natural sciences.

For those students completing the Bachelor of Arts requirements, an additional 3 hours (minimum) of optional foreign language study through 201 level *or* 3 hours of advanced course work if placed at or above 202 level by Foreign Language Department must be completed.

# Professional Education Requirements

- MED 101 Introduction to Music Education
- ETE 115 The History of Education in the United States - 3 hrs.
- ETE 116 Field Experience: Schools and Schooling - 1 hr.
- ETE 210 Human Development from Birth to Young Adulthood - 3 hrs.
- ETE 219 Human Development from Birth to Young Adulthood and Effective Teaching Field Experience - 1 hrs.
- ETE 232 Meeting the Needs of All Students within the Disciplines - 2 hrs.
- ETE 270 Physical Development and Health – 1 hr.
- ETE 280 Exploring Diversity: Learners, Families and Communities - 3 hrs.
- ETE 301 Novice Teaching Experience in Music Classrooms K-8 – 1 hr.
- ETE 302 Novice Teaching Experience in High School Music – 1 hr.
- ETE 310 Teacher Performance Assessment- 1 hr.
- ETE 345 Guiding Learners: Creating Safe Learning Environments - 3 hrs.
- ETE 351 Music Methods Grades K-8 for Music Majors - 3 hrs.
- ETE 352 High School Music Methods for Music Majors - 3 hrs.
- ETE 368 Content Reading for All Students - 2 hrs.
- ETE 493 Student Teaching in K–12 Music Education - 12 hrs.

**Other**

- For specific coursework in Music, please see the Music Department/Music Education Major section of this catalog.

# Learning Behavior Specialist with ESL Major

## Bradley Core Requirements

### Communication (CM)

- OC: COM 103 The Oral Communication Process - 3 hrs.
- W1: ENG 101 - 3 hrs.
- W2: ENG 300, 301, 304, 305, or 306 - 3 hrs.

### Quantitative Reasoning (QR)

- MTH 111 Elementary Statistics - 3 hrs.

### Humanities (HU)

- Humanities - 3 hrs.

### Fine Arts (FA)

- Fine Arts - 3 hrs.

### Social and Behavioral Sciences (SB)

- Principles of Psychology (PSY 101) - 3 hrs.

### Global Perspectives (GP-WC)

- ETE 280 Exploring Diversity: Learners, Families and Communities - 0 hrs.*

### Multidisciplinary Inquiry (MI)

- ETE 115 The History of Education in the United States - 0 hrs.*

### Natural Science (NS)

- SCI 100, 101, 102, 103, or 104 Science Through Inquiry - 4 hrs.

Coursework must include at least one laboratory science. LBS I Education majors need 12 hours of science; one course each from the following three areas: Life Science, Physical Science, and Earth/Space science.

BCC Electives – 7 hrs.

- One elective must be a science course (NS) – 4 hrs.

- One elective from QR, HU, SB or GP – 3 hrs.

**Bradley Core Curriculum – Core Practices**

Writing Intensive (WI) Courses

Bradley's Core Curriculum features the requirement of two Writing Intensive (WI) courses. Students in the LBS I Education program will complete ETE 310, ETE 313, and ETE 339 to fulfill this requirement.

Please note LBS I majors must complete 12 credit hours of coursework in the following three areas of science (including at least one laboratory science): Life Science, Physical Science, and Earth and Space Science. Furthermore, in order to meet the B.S. math and science requirement, all majors must complete a minimum of 15 credit hours in math and science combined.

For those students completing B.A. requirements, an additional 3 hours (minimum) of optional foreign language study through 201 level *or* 3 hours of advanced course work if placed at or above 202 level by Foreign Language Department must be completed.

# Professional Education Requirements

Professional Education Component

- ETE 100 Technology Applications - 1 hr.
- ETE 107 Mathematics for Teachers I - 3 hrs.
- ETE 108 Mathematics for Teachers II - 3 hrs.
- ETE 115 The History of Education in the United States  - 3 hrs.
- ETE 116 Field Experience: Schools and Schooling in American Society - 1 hr.
- ETE 210 Human Development from Birth to Young Adulthood - 3 hrs.
- ETE 215 Strategies for Effective Teaching - 3 hrs.
- ETE 235 Methods of Teaching English Language Learners - 3 hrs.
- ETE 236 Assessment of English Language Learners - 3 hrs.
- ETE 237 Practicum for Teaching English Learners I - 1 hr.
- ETE 240 Practicum for English Learners Part 2 - 2 hrs.
- ETE 280 Exploring Diversity: Learners, Families, and Communities - 3 hrs.
- ETE 313 Methods of Literacy I: Reading, Writing and Language Arts Grades 1-2 - 3 hrs.
- ETE 315 Methods of Literacy II: Reading, Writing and Language Arts Grades 3-8- 3 hrs.
- ETE 335 Methods of Teaching Social Studies 1-6 - 3 hrs.
- ETE 336 Methods of Teaching Science 1-6 - 3 hrs.

## Special Education for LBS I

- ETE 230 Adapting Curriculum to Support Inclusive Environments – 3 hrs
- ETE 234 Language Development - 3 hrs.
- ETE 291 Assistive Technology for Individuals with Special Needs - 3 hrs.
- ETE 305 Novice Teaching Experience for LBSI Setting - 3 hrs.
- ETE 310 Teacher Performance Assessment - 1
- ETE 345 Guiding Learners: Creating Safe, Inclusive Learning Environments - 3 hrs.
- ETE 391 Characteristics and Methods for Learners with Developmental Disabilities - 3 hrs.
- ETE 393 Characteristics and Methods for Learners with Emotional and Learning Disabilities - 3 hrs.
- ETE 395 High School Special Education - 3 hrs.
- ETE 425 Life Planning for Learners with Exceptionalities - 3 hrs.
- ETE 426 Assessment for Learners with Exceptionalities - 3 hrs.
- ETE 445 Multidisciplinary Collaboration - 3 hrs.
- ETE 496 Student Teaching for LBS I - 12 hrs.

Please note a minimum of 124 credit hours is required for baccalaureate degree completion.

**Note:** The ESL Endorsement is embedded in LBS program.

### Early Childhood Special Education Approval

For those LBSI majors who want the ECE Special Education Approval, the following courses may be added to your program:

- ETE 324 Early Childhood Special Education Methods - 3 hrs.
- ETE 433 Early Childhood Assessment - 3 hrs.

# LEADERSHIP STUDIES

The 18-hour leadership studies minor, open to all students, exposes you to a variety of leadership perspectives. It includes opportunities to step into campus leadership positions to practice what you learn. The program gives you flexibility to explore topics in ethics, government, human relations, organizational management and race and power. The minor is directed by leaders in the Institute for Principled Leadership in Public Service and the Lewis J. Burger Center for Student Leadership and Public Service.

# Minor Requirements

## Required Courses - 12 hrs.

- ENC 200: Introduction to Leadership Studies - 3 hrs.
- ENC 300: Advanced Leadership Studies - 3 hrs.
- ENC 486: Leadership Practicum - 3 hrs.
- Three total hours from:
    - ENC 380: Independent Study - 1-3 hrs.
    - ENC 381: Seminar in Leadership - 1-6 hrs.

## Elective Courses - 6 hrs.

- M L 250: Interpersonal Effectiveness in Organizations - 2 hrs.
- M L 350: Managing for Results in Organizations - 2 hrs.
- M L 357: Leadership and Interpersonal Behavior - 3 hrs.
- ENC 370: Human Relations Development - 2 hrs.
- ENC 375: Human Relations Laboratory - 1 hr.
- PHL 347: Ethics - 3 hrs.
- PLS 202: State and Local Government - 3 hrs.
- PLS 419: Introduction to Public Administration - 3 hrs.
- PLS 420: Public Personnel Management - 3 hrs.
- SOC 313: Race, Ethnicity and Power - 3 hrs.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# EDUCATION, COUNSELING, AND LEADERSHIP COURSES

**ENC 200 - Introduction to Leadership Studies** *(3 hours)*

Interdisciplinary introduction to leadership theory and development of student leadership skills and experience. Students study theories of leadership development grounded in varied academic disciplines and apply the theoretical framework to case studies and to live leadership presentations. This is the required initial course for the Minor in Leadership Studies.

**ENC 276 - Theory and Practice of Career And Life Planning** *(3 hours)*

Current theory and practice of career and life planning; personal applications.

**ENC 300 - Advanced Leadership** *(3 hours)*

Advanced leadership theories and the development of leadership skills will be developed and discussed. Students study theories of leadership development grounded in varied academic disciplines and apply the theoretical framework to case studies and to live leadership presentations. Prerequisite: ENC 200

**ENC 301 - Planning Employment Strategy** *(1 hour)*

Prepares students for finding internships and full-time employment after graduation. Develops a systematic approach to long-term career planning including occupational research, organizational research, and practice of job-seeking skills. Pass/Fail.

**ENC 305 - Service Learning: Outreach & Engagement** *(1-3 hours)*

A service learning experience administered by The Lewis J. Burger Center for Student Leadership and Public Service in collaboration with the Department of Education, Counseling, and Leadership. Not intended to satisfy departmental or major program requirements. Course may be repeated for a total of 3 hours credit with a combined total of 3 hours available for all service learning experiences. The number of hours awarded for the service learning assignment will be dependent upon the number of total hours worked during the semester. Satisfactory/Unsatisfactory.

**ENC 370 - Human Relations Development-Techniques** *(2 hours)*

Basic literature, research findings, and techniques of the lay and professional helper; effect of the lay helper on human relations. Prerequisite: PSY 101 (or PSY 104) or ETE 225, or consent of

instructor. Corequisite: ENC 375

**ENC 375 - Human Relations Development Laboratory** *(1 hour)*

Supplemental practice sessions and exercises in skills of EHC 370. To be taken concurrently with EHC 370 CoRequisite: ENC 370

**ENC 380 - Independent Study** *(1-3 hours)*

Individual study and investigation through selected readings, discussion, and/or written assignments. Students select subject of study with advisor approval. May be repeated up to a maximum of 3 credit hours.

**ENC 381 - Seminar in Leadership** *(1-6 hours)*

Special topics or current issues related to leadership in various fields. May be repeated under different topics to a maximum of six hours.

**ENC 384 - Topics in Counseling** *(1-3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under different topics for a maximum of three hours credit.

**ENC 440 - Interpersonal Relations and Communications in Education** *(2 hours)*

Principles and procedures for building effective relationships and communications among teachers, students, parents, school personnel, and others. Emphasis on practical concepts and skill building. Opportunities for extensive practice and evaluation of skills. Simulated experience in staffings, parent conferences, and other important interactions.

**ENC 486 - Leadership Practicum** *(3 hours)*

Provides an opportunity to apply leadership concepts discussed in the classroom through involvement, volunteerism, and interaction with leaders from the surrounding community. Prerequisite: ENC 200, ENC 300.

**ENC 510 - Statistical Procedures** *(3 hours)*

Principles and procedures for statistical interpretation of data. Study of measures and control tendency, variability, correlation, and introductory predictive and inferential statistics.

**ENC 530 - Loss and Grief Counseling** *(1 hour)*

Offers students the opportunity to understand the beliefs about loss and grief, blockers, and interventions. Students will identify the different types of losses. Loss and grief seem to underlie

all life experience, and culture and gender influence how we grieve and mourn.

### ENC 540 - Human Growth and Development *(3 hours)*

Studies that provide an understanding of the nature and needs of persons at all developmental levels and in multicultural contexts, including common theories, neurobiological behavior, models of resiliency, exceptional abilities, factors that affect normal and abnormal behavior, and wellness over the life span. Experiential activities emphasize personal contact and on-site work with people of different ages and stages of physical and psychological development.

### ENC 550 - Independent Study *(1-6 hours)*

Independent study in a selected area related to educational goals.

### ENC 551 - Substance Abuse Counseling *(2 hours)*

Theories and etiology of addictions and addictive behaviors, including strategies for prevention, intervention, and treatment.

### ENC 580 - Nonprofit Financial Leadership *(3 hours)*

Provides students with a comprehensive overview of financial management related to nonprofit organizations. Topics include various budgeting systems and other financial management tools; service costing and the linking of costs to performance measures; fee setting; and government contracting.

### ENC 581 - Topics in Nonprofit Leadership *(1-3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under different topics for a maximum of six hours credit.

### ENC 582 - Grant Writing in Nonprofit Leadership *(3 hours)*

This course is designed to provide an introduction to grant writing and methods for writing grant proposals. Students will learn to critique, research, and write grant proposals. Emphasis will be placed upon organization of a grant writing campaign and preparation of a complete proposal package.

### ENC 583 - Supervision and Employee Engagement in Nonprofit Leadership *(3 hours)*

Focuses on the recruitment, selection, and engagement of employees within the context of mission in nonprofit organizations.

## ENC 584 - Topics in Human Development Counseling *(1-6 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under different topics for a maximum of six hours credit.

## ENC 585 - Understanding Schools: A Primer for Non-Teachers *(2 hours)*

Intended for non-teachers seeking state licensure as a school counselor. This course is a combined survey and field observation experience. Students will learn about the structure, organization, and operation of the US educational system, P-12. Using current neuroscience and neurocounseling research on teaching and learning students are introduced to concepts in curriculum and instruction, to include reading methods and reading in the content areas.

## ENC 586 - Counseling Diverse Populations *(3 hours)*

Students are introduced to value systems and diverse groups and the use of theories and models of diversity in establishing effective helping relationships.

## ENC 604 - Research Methodology and Applications *(3 hours)*

Research methods, statistical analysis, needs assessment, and program evaluation utilized in counseling, education, and human service administration. The use of research to inform evidence-based and ethical practice in decision making is emphasized.

## ENC 605 - Legal and Social Change *(3 hours)*

Analysis of the effects of legal and social change on lives of young people and on the work of educators and other helping professionals; focus on selected issues of legal and social change with diverse populations.

## ENC 606 - Interpersonal Behavior & Organizational Leadership *(3 hours)*

Theory and practice related to interpersonal communication, organizational behavior, and leadership are addressed. Students analyze the neuroanatomy of leadership on four levels: self-awareness, self-management, social awareness, and relationship Leadership skills are developed in the context of mentoring, conflict resolution, and work group dynamics.

## ENC 607 - Neurocounseling: Bridging Brain and Behavior *(3 hours)*

This introductory neurocounseling course will teach students how physiology and the brain affect behavior and emotions and thus impact counseling. Concise self-regulation methods and strategies for integration into counseling will be offered.

### ENC 608 - Brain-Based Counseling Interventions *(2 hours)*

Students will become skilled in neurocounseling interventions supported by current research findings. Through experiential activities, discussion, research, and reflections, students will interactively explore interventions designed to support healthy brain plasticity and bridge counseling skills to the brain's physiology and function. Interventions such as mindfulness, meditation, neurotherapy, neurofeedback, and other strategies for self-regulation will be demonstrated, discussed, and practiced.

### ENC 610 - Survey in Nonprofit Leadership *(3 hours)*

An introduction to the roles and responsibilities of administrators in nonprofit organizations. Trends in nonprofit service delivery, including organizational leadership and culture, human resource management, financial management, strategic planning, working with boards, marketing and public relations, social service partnership and collaboration.

### ENC 611 - Instructional Leadership *(3 hours)*

Identification of current instructional changes and requirements in PK-12 schools and consideration of leadership and necessary knowledge to create effective school learning communities.

### ENC 612 - Institutional Planning and Evaluation *(3 hours)*

Identification, analysis, and application of techniques and tools of institutional planning and evaluation. Program, personnel, financial, facility, and institutional planning. Prerequisite: ENC 610.

### ENC 620 - Introduction to Counseling: Professional Orientation *(2 hours)*

Basic counseling skills for career planning, exploration, and decision-making across the life span. Theories of career development, assessment in career counseling, career guidance programs for primary, secondary, and higher education, and career issues for special populations are addressed. Opportunity for practical experience in interviewing, assessment, and career information gathering and distribution is provided.

### ENC 621 - Career and Life Planning Across the Life Span *(3 hours)*

Basic counseling skills for career planning, exploration, and decision-making across the life span. Theories of career development, assessment in career counseling, career guidance programs for

primary, secondary, and higher education, and career issues for special populations are addressed. Opportunity for practical experience in interviewing, assessment, and career information gathering and distribution is provided.

### ENC 622 - Counseling: Ethics and the Law *(1 hour)*

The study of ethical standards of professional organizations and credentialing bodies, and application of ethical and legal considerations in professional counseling. Ethical decision-making and critical thinking are emphasized and practiced.

### ENC 623 - Pre-Practicum in Counseling *(3 hours)*

Instruction, demonstration, practice, and evaluation in basic interviewing and counseling skills. Emphasis on practice and skill development. Prerequisite: ENC 620 or concurrent enrollment.

### ENC 624 - Theories and Techniques of Counseling *(3 hours)*

The study of counseling theories and models that facilitate client conceptualization, selection of appropriate interventions, and development of a personal model of counseling. Prerequisite: ENC 623 or concurrent enrollment or consent of instructor.

### ENC 625 - Principles of Group Counseling *(3 hours)*

Group theory and experiential understanding of group counseling dynamics including group purpose, practices, methods, and group leader facilitation skills for a multicultural society will be taught. Students will receive supervised practice and experience in group counseling as a leader and as a participant. Prerequisite: ENC 623 and 624; or consent of instructor

### ENC 630 - Diagnosis and Treatment of Mental Disorders *(3 hours)*

Etiology, diagnostic process, and nomenclature, treatment, referral, and prevention of mental and emotional disorders. Prerequisite: ENC 624.

### ENC 631 - Crisis Intervention Counseling *(1 hour)*

Effects of crises, disasters, and other trauma-causing events on persons of all ages: principles of crisis intervention, emergency management systems, and psychological first aid.

### ENC 632 - Psychopharmacology in Counseling *(1 hour)*

Basic classifications, indications, and contraindications of commonly prescribed psychopharmacological medications. Prerequisite: ENC 630.

### ENC 640 - Clinical Supervision *(2 hours)*

Offers students the opportunity to better understand the supervisory process. Evidenced-based supervision (EBS), different models of supervision and a common factors approach are emphasized. Integration of neurocounseling into supervision is discussed. Prerequisite: ENC 623 and ENC 624

### ENC 641 - Assessment in Counseling *(3 hours)*

Individual and group approaches to assessment and evaluation in a multicultural society including historical perspectives, basic concepts of standardized and non-standardized testing, and other assessment techniques. Statistical concepts and social/cultural factors related to assessment and evaluation.

### ENC 651 - Clinical Mental Health Counseling *(3 hours)*

Principles of clinical mental health counseling including prevention, intervention, consultation, and advocacy as well as operation of programs and networks that promote mental health in a multicultural society. Prerequisite: ENC 620 or consent of instructor.

### ENC 653 - Professional School Counseling K-8 *(3 hours)*

Students will learn about the history and development of elementary and middle school counseling programs, including their administration, financing, and accountability. Using current neuroscience and neurocounseling research on teaching and learning, students will be introduced to reading methods; reading in the content areas; cognitive, experiential, and social-emotional learning skills; methods for group and individual counseling; and methods for counseling students with disabilities and students from diverse populations. Prerequisite: ENC 620 or consent of instructor.

### ENC 654 - Consultation in the Helping Professions *(2 hours)*

A conceptual understanding of effective consultation and its relevance to the helping professional. Demonstration of knowledge and skills necessary to deliver effective consultative services in schools and clinical mental health agencies. Prerequisite: ENC 620 and foundational concentration course (ENC 651, 653, or 655) or consent of instructor.

### ENC 655 - Professional School Counseling in Secondary Schools *(3 hours)*

Secondary professional school counseling programs, including administration, finance, and accountability; cognitive and experiential skills. History and development of school counseling;

secondary school education and counseling programs (similarities and differences); group and individual counseling; the counselor's role in school testing; career planning and exploration. Practical experiences. Prerequisite: ENC 620 or consent of instructor.

### ENC 661 - Couple and Family Counseling *(3 hours)*

Theories and techniques of couples and family counseling. Emphasis is on working with couples, families, and children to promote human development, including the role of the family counselor within the network of school and clinical mental health settings. Prerequisite: ENC 651 or 653 or 655.

### ENC 662 - Community Relations *(1 hour)*

Developing effective community relations through a four-step process involving two-way communication and researching, planning, communicating, and evaluating.

### ENC 663 - Counseling and the Dynamics of Aging *(1 hour)*

The mental health dynamics of aging and its impact on the human service professions. Practical skills of gerontological counseling and their relationship to the concerns of aging.

### ENC 669 - Special Education Law *(2 hours)*

The course reviews all disability categories related to special education services and includes appropriate staffing and instructional methods for students with exceptionalities. Course content provides information on state and federal requirements relative to students where English is not their primary language and the statutory provisions of the Individuals with Disabilities Education Act (IDEA), Section 504 of the Rehabilitation Act of 1973 and the American with Disabilities Act (ADA). An examination of stakeholders and participants in special education services, identification/evaluation of services, appropriate instructional methods, least restrictive environment, related services, and free and appropriate education.

### ENC 670 - Human Resource Management *(3 hours)*

Survey approaches to supervision and evaluation in K-12 education based upon legislative requirements; examination of the relationship between practices, professional development, and the improvement of instruction; development skills of classroom observation and conferencing; and development of skills in hiring and induction of personnel.

### ENC 673 - Leadership Perspectives *(3 hours)*

Concepts of leadership, organizational theory, and decision making presented from multiple perspectives; focus on the practice of educational administration and nonprofit leadership.

Prerequisite: EHC 606 or consent of instructor

### ENC 676 - The School Principalship *(3 hours)*

Various components, background, and training for an entry-level elementary or secondary school principal. Prerequisite: ENC 673 or consent of instructor.

### ENC 677 - Educational Finance *(2 hours)*

Theory and practice; historical and present sources of revenue and allocation of funds.

### ENC 678 - United States Public School Law *(3 hours)*

Legal aspects of education. Constitutional, statute, and administrative laws related to public and private education.

### ENC 681 - Seminar in Educational Administration *(0-6 hours)*

Special problems, areas, or current issues in student's chosen field within educational administration/supervision. Maximum of three hours may be taken under a single topic.

### ENC 682 - Seminar in Nonprofit Leadership *(1-6 hours)*

Special problems, area, or current issues in nonprofit leadership.

### ENC 684 - Seminar in Professional Counseling *(0-6 hours)*

Seminar for students specializing in counseling who desire to concentrate on special problems or areas. A variable credit course that may be taken more than one to a maximum of 6 hours.

### ENC 686 - Field Experiences in Administration *(0-6 hours)*

A culminating experience to give the student the opportunity to work with a practicing administrator in the application of theoretical knowledge from previous coursework to administrative tasks. Accompanying seminars focus on selected topics associated with leadership and administration. Requires 150 hours of supervised activity for three hours of credit.

### ENC 690 - Practicum *(2 hours)*

Supervised application of theory and development of counseling skills with clients representing the ethnic and demographic diversity of the community. Prerequisite: ENC 625; consent of instructor.

### ENC 691 - Internship I *(1-2 hours)*

Comprehensive supervised experience that reflects a professional counselor's work appropriate to the students' designated program area. Prerequisite: ENC 690; consent of instructor

## ENC 692 - Internship II *(1-6 hours)*

Comprehensive supervised experience that reflects a professional counselor's work appropriate to the students' designated program area. Prerequisite: ENC 690; consent of instructor

## ENC 699 - Thesis *(0-6 hours)*

Advanced educational or social science research under the guidance of a departmental faculty member. Student will design, develop, and present the research proposal, then conduct the approved research study consistent with the Committee for Use of Human Subjects in Research (CUHSR) regulations and university ethical guidelines. Minimum of 3.0 and maximum of 6.0 hours may be taken and applied toward Master's degree.

## ENC 703 - Action Research - Intro to Doctoral Studies *(3 hours)*

Through carefully chosen readings and assignments, this course will provide candidates with the knowledge and skills needed to begin to understand how action research informs curricular and instructional decisions both school-wide and at the classroom level. Additionally, the course prepares candidates to develop an action research project. The primary focus of this course is to prepare candidates to begin the process to develop the final action research capstone project.

## ENC 704 - Action Research 2 *(3 hours)*

Through carefully chosen readings and assignments, this course will provide candidates with the knowledge and skills needed to understand how action research inform curricular and instructional decisions both school-wide and at the classroom level. Additionally, the course prepares candidates to develop an action research project. ENC 705 is a continuation of this direction and the primary focus of ENC 704 is to prepare candidates to begin the process to develop the final action research capstone project.

## ENC 705 - Action Research 3 *(3 hours)*

This course will guide the EdD student through the Data Collection stage of Action Research Plan. Students will use this semester to implement the learning developed in ENC 703 and ENC 704 and utilize the data collection plan previously developed. Attention will be given to management of time and data, and ethical standards of investigation. Prerequisite: ENC 703, 704

## ENC 706 - Action Research 4 - Seminar in Educational Research *(3 hours)*

This course will guide the EdD student through the Review of Related Literature stage of the Action Research Project. Using advanced research strategies, students will complete their

search of appropriate databases, read, and become familiar with the literature in order to identify relevant research and theory related to a specific topic. Prerequisite: 703, 704, 705

### ENC 707 - Action Research 5 - Seminar in Educational Research *(3 hours)*

This course will guide the EdD student through the data analysis, discussion and conclusions stages of Action Research PLan. Students will finalize all chapters of the Action Research Plan during this semester. Students will continue to be part of a community of researchers, willing and able to support each other in the development of research plans as the group moves through the degree program. Prerequisite: 703, 704, 705, 706

### ENC 708 - Boards and Educational Governance *(3 hours)*

This course examines the school community context in considering board policies and the development of working relationships with community members. Topics such as setting standards, understanding accountability roles, the impact of pressure groups, and working with formal and informal ideologies are discussed within the framework of the educational institution, the political environment, and the ultimate process of policy development.

### ENC 709 - Ethical & Political Foundations of Educational Policy *(3 hours)*

Critical analysis of educational policy from social justice perspectives and application of effective political leadership practices to ensure equity for all constituencies.

### ENC 710 - Learning in an Era of Technology *(3 hours)*

Analysis of effective uses of technology in learning and the systemic structures necessary to ensure that technology practices result in effective learning for all learners.

### ENC 711 - National Trends in Assessment, Data Analysis & Accountability *(3 hours)*

Examines current trends in assessment and effective leadership practices to ensure accountability and inform continuous improvement.

### ENC 717 - Leadership in Higher Education & Community College *(3 hours)*

Examination of leadership roles in higher education and community colleges and applications to specific cases.

### ENC 718 - Administration of Online Programs in Higher Ed & Community College *(3 hours)*

Role of administrators in the creation and maintenance of effective online courses or programs including curricular, faculty, contractual issues, and technology support systems

**ENC 719 - Student & Academic Affairs** *(3 hours)*

Systematic inquiry into ethical issues faced by contemporary educational leaders related to student and academic affairs and effective resolution strategies.

**ENC 720 - The Contemporary Learner** *(3 hours)*

A study of the latest research and trends surrounding the adult, post-secondary learner. Course explores innovative approaches in education where leaders develop the capacity to engage communities and educators to imagine, build and sustain vibrant learning ecosystems that allow all students to thrive.

**ENC 721 - Financial Affairs in Higher Education** *(3 hours)*

Systematic inquiry into political, economic, and social issues faced by contemporary educational leaders related to the financing of higher education.

**ENC 722 - The Internship I** *(3 hours)*

This course is the first of a two semester internship with each intern working for an experienced superintendent mentor. The internship experience builds effective relationships through intrapersonal, interpersonal, and organizational development focused on communication. Students are asked to examine leadership challenges of the present and future based on class learning and individual experiences. The internship provides the intern with real world experiences related to leadership at the highest levels of Pre-K-12 public and private schools. Prerequisite: ENC 703-716/721

**ENC 723 - The Internship II** *(3 hours)*

This course is the second of a two semester internship with each intern working for an experienced superintendent mentor. The internship experience builds effective relationships through intrapersonal, interpersonal, and organizational development focused on communication. Students are asked to examine leadership challenges of the present and future based on class learning and individual experiences. The internship provides the intern with real world experiences related to leadership at the highest levels of Pre-K-12 public and private schools. Prerequisite: ENC 703-716/721

**ETE 100 - Technology Applications** *(1 hour)*

Application of technology concepts and skills to human service professionals. Database construction; linear and nonlinear multimedia projects. Using graphics, text, sound, animation,

and other media resources. Prerequisite: Major in an education program or consent of the associate dean and director of the department.

## ETE 107 - Conceptualizing Math for Teachers I *(3 hours)*

Development of a deep understanding of concepts, relationships, and algorithms in various areas of mathematics examined. Topics include set theory, variables, patterns and algebraic relationships, equations and systems of equations, graphing; real numbers and operations, properties of number systems, ratios and proportions, percentages; measurement systems, measurement relationships. Focus is on problem solving, analysis, representation of concepts, and communicating understanding and reasoning of the mathematical concepts studied. Prerequisite: Major in an education program or consent of the associate dean and director of the department.

## ETE 108 - Conceptualizing Math for Teachers II *(3 hours)*

Development of a deep understanding of concepts, relationships, and algorithms in various areas of mathematics examined. Topics include data presentation, computation, and meaning of descriptive measurements; basic combinatorics, probability concepts, probability distributions, expectations; linear, quadratic, exponential, and other functions, geometric constructions, 2-D and 3-D shapes, spatial relationships, geometric reasoning and proof. Focus is on problem solving, analysis, representation of concepts, and communicating understanding and reasoning of the mathematical concepts studied. Prerequisite: Major in an education program or consent of the associate chair and director of the department; ETE 107.

## ETE 115 - The History of Education in the United States *(3 hours)*
### Gen. Ed. SF
### Core Curr. HU,MI

Surveys the history of American education from the Colonial Era to the present. Treats the changing character of education in the context of broader social and cultural developments. Provides both knowledge of the history of American education and an appreciation of historical perspectives as ways of understanding contemporary education. Examine the evolving historical contexts that served to shape and define American education. Specifically, the course will explore the role of education i.e., policies, purposes, practices, and reform efforts throughout U.S. history, and examine its relationships with the American economic, political, social, and cultural landscape.

### ETE 116 - Introductory Field Experience *(1 hour)*

Exhibit professional and ethical behaviors, engage in a minimum of 25 hrs of directed observations throughout the semester in an academic setting. Besides observing within a classroom, candidates work with a group of children at an appropriate level, depending on the individual areas of licensure. Collaborate with professionals to develop foundational knowledge related to planning for instruction and assessment, a sense of the whole school culture including an awareness of the social and emotional development of children. Introduced to the language of teaching and apply the knowledge in their reflections analyzing the setting. Preparation for Teacher Performance Assessment. Weekly seminar Prerequisite: Major in an education program or consent of the associate dean and director of the department; ETE 115 or concurrent enrollment.

### ETE 120 - Early Childhood Professional Roles and Responsibilities *(3 hours)*
### Core Curr. WI

Meeting education needs of children from birth through age eight. Care for the whole child including an awareness of the social and emotional development of children. Career opportunities, roles, and responsibilities. Preparation for Teacher Performance Assessment. This is a Writing Intensive course. Prerequisite: Major in an education program or consent of the associate dean and director of the department.

### ETE 194 - Physical Education for P-6 Schools *(1 hour)*

Content and pedagogy for physical education in grades P-6 to meet the needs of diverse learners. Introduction to physical education in the regular classroom. Prerequisite: Major in an education program or consent of the associate dean and director of the department.

### ETE 196 - Fine Art in the P-6 Schools *(2 hours)*

Content and pedagogy for fine art in grades P-6 to meet the needs of diverse learners. Introduction to including art, music, dance, and theatre in the regular classroom using traditional methods and newer technologies. Prerequisite: Major in an education program or consent of the associate dean and director of the department.

### ETE 210 - Human Development from Birth to Young Adulthood *(3 hours)*

Integration of the physical, cognitive, and psychosocial aspects of the development and growth of the individual from conception to adulthood. Study the physiology of learning, the interactive nature of the teaching/learning process, and the need to consider developmental and cultural

appropriateness in meeting individual learning needs, with an emphasis on acknowledging and accommodating exceptionality and diversity including an awareness of the social and emotional development of children. Environmental factors affecting development, including cultural, ethnic, socioeconomic, individual, social contexts, and parent-child interaction. Preparation for Teacher Performance Assessment. Prerequisite: Major in an education program or consent of the associate dean and director of the department.

### ETE 215 - Strategies for Effective Teaching *(3 hours)*

An in-depth sequence of examining instructional planning and strategies, modes of teaching, and assessment of learning, including an awareness of exceptionality and diversity including an awareness of the social and emotional development of children. Other topics include instructional management, collaboration in curriculum design and delivery and with stakeholders, teacher leadership, decision making, and change processes. Preparation for Teacher Performance Assessment. Prerequisite: ETE 115 or concurrent enrollment; ETE 116 or concurrent enrollment; ETE 210 or concurrent enrollment.

### ETE 216 - Effective Planning and Instruction for Teaching *(3 hours)*

The study of key teaching frameworks with fundamental instructional strategies developed within the construct of planning lesson segments and units of study, including an awareness of exceptionality and diversity, an awareness of the social and emotional development of children. Application of brain research, methods to facilitate higher order, critical and creative thinking, problem solving, and decision-making. Other topics include instructional management, collaboration in curriculum design and delivery and with stakeholders, teacher leadership, decision-making, and the needs of 21st Century middle school students are addressed. Preparation for Teacher Performance Assessment. Prerequisite: ETE 115 or concurrent enrollment; ETE 116 or concurrent enrollment; ETE 210 or concurrent enrollment.

### ETE 219 - Human Development and Effective Field Experience *(1 hour)*

Engage in a minimum of twenty-five hours of directed observations in an appropriate, academic setting, where they teach a small group of students and collaborate with the classroom teacher to implement instructional and assessment plans for one student. Candidates are introduced to the language and dispositions of teaching, apply this knowledge in their reflections analyzing the learning environment, incorporate issues of equity and diversity including an awareness of the social and emotional development of children, and apply the knowledge in the creation on a

developmental case study of one student. Weekly seminar. Prerequisite: ETE 115 or concurrent enrollment; ETE 116 or concurrent enrollment; ETE 210 or concurrent enrollment; one of: Music Education Major, ETE 215, OR ETE 216, or concurrent enrollment in either ETE 215 or ETE 216.

## ETE 222 - Gifted Education in American Schools: Foundations and Future *(3 hours)*

Philosophy, concepts and testing procedures in gifted education. Students will investigate legal issues and programmatic evaluation for gifted education programs. Additionally, materials, curriculum design, and classroom methods will be introduced. The gifted learner's cognitive, socio-emotional, and talent development, including issues of equity and diversity, will be examined. Preparation for Teacher Performance Assessment. Prerequisite: ETE 210; ETE 211; one of: ETE 215, ETE 216.

## ETE 223 - Gifted Education: Strategies and Practicum *(3 hours)*

Field experience in gifted education grades K-12; 20 clock hours in Bradley University Gifted and Talented Summer Institute. In addition 16 hours of in-class instruction of materials and strategies unique to gifted learners will be required. Apply the knowledge of gifted education, including issues of equity and diversity. Prerequisite: ETE 210; one of: ETE 215, ETE 216; ETE 222 or concurrent enrollment.

## ETE 227 - Development of the Early Adolescent *(3 hours)*
### Core Curr. WI,EL

Required for the Illinois middle school endorsement, surveys the physical, cognitive, and social/emotional development of young adolescents from a cultural perspective, emphasizing implications for effective middle school instruction. Preparation for Teacher Performance Assessment. Prerequisite: ETE 115; ETE 116; ETE 210; major in an education program or consent of the associate dean and director of the department.

## ETE 228 - Strategies for Middle School *(3 hours)*
### Core Curr. WI,EL

Philosophy, concepts, and procedure related to organizational structure, curriculum, teaching strategies, and assessment in the middle school. Preparation for Teacher Performance Assessment. Prerequisite: ETE 115; ETE 116; ETE 210; one of: ETE 215, ETE 216; major in an education program or consent of the associate dean and director of the department.

## ETE 230 - Adapting Curriculum to Support Inclusive Environments *(3 hours)*

Exploration of foundational knowledge of characteristics of individuals with exceptionalities, diversity, populations who are at risk, and English Language Learners. Enhance knowledge and performance of individuals with exceptionalities by developing and adapting curriculum materials that meet individual needs within inclusive environments. Response to Intervention outcomes and appropriate evidence-based strategies that support successful inclusion are discussed. Preparation for Teacher Performance Assessment. This course meets foundation knowledge for LBS I certification. Prerequisite: ETE 115; ETE 116; ETE 210; one of: ETE 215, ETE 216, or concurrent enrollment.

## ETE 232 - Meeting the Needs of All Students within the Disciplines *(2 hours)*

ETE 232 provides foundational knowledge of individuals with exceptional learning needs (ELN) with an overview of categories and characteristics. Emphasis is on co-teaching and collaborative alignment of appropriate adaptations, accommodations and modifications to IEPs and 504 plans that support successful inclusion. Preparation for Teacher Performance Assessment. Prerequisite: ETE 115; ETE 116; ETE 210; ETE 219 or concurrent; ETE 215 or concurrent for K-12 ART OR ETE 216 or concurrent for MSE and High School OR ETE 280 or concurrent for K-12 Music

## ETE 234 - Language Development *(3 hours)*

Language acquisition theory and processes, stages of language development, verbal and non-verbal communication. Emphasis on language differences and diversity, including minority groups, language disorders, and English as a second language. Planning opportunities supporting language use in its various forms to enrich further development. Preparation for Teacher Performance Assessment. ETE 234 is one course that meets criteria for the Illinois ECSE Approval. Prerequisite: ETE 115; ETE 116 or concurrent enrollment; ETE 210 or concurrent enrollment.

## ETE 235 - Methods of Teaching English Language Learners *(3 hours)*

Addresses language development and methods for teaching English Language Learners (ELL). Topics include theories of second language acquisition as well as a variety of instructional strategies in the language arts and other content areas. Emphasis will be placed on the social and cultural needs of the ELL and the examination of pre-service teachers' own culture and its

impact on their practice. Preparation for Teacher Performance Assessment. There is fieldwork expected for the class. Prerequisite: ETE 115; ETE 116; ETE 210 or concurrent enrollment; either ETE 215 or concurrent enrollment OR ETE 216 or concurrent enrollment

### ETE 236 - Assessment of English Language Learners *(3 hours)*

Covers fundamental basics of testing and assessment of the English Language Learner (ELL), prevalent in today's classrooms. Included are formal and informal assessment strategies; construction and use of teacher-made tests of student learning; interpretation and use of standardized tests, report cards, and grading; reporting procedures; and examination of how to utilize evaluation and assessment to strengthen instruction, differentiate assessment for ELLs, and contribute to positive learner development. There is fieldwork expected for the class. Prerequisite: ETE 235 or concurrent enrollment.

### ETE 237 - Practicum for Teaching English Learners I *(1 hour)*

Candidates engage in a minimum of 40 hours of directed observations and teaching of English Language Learners in an appropriate PK-12 academic setting. Candidates collaborate with the classroom teacher or ESL teacher to plan and implement instruction for small groups and individuals. Candidates complete weekly reflections analyzing the learning environment of their classroom, specifically addressing issues of language development for English learners. Weekly seminar. Prerequisite: ETE 235 or concurrent enrollment.

### ETE 240 - Practicum for Teaching English Learners Part 2 *(2 hours)*

Candidates engage in a minimum of 67 hours of directed observations and teaching of English Language Learners in an appropriate PK-12 academic setting. Candidates collaborate with the classroom teacher or ESL teacher to plan and implement formative assessments and instruction for whole class, small groups and individuals. Candidates complete weekly reflections analyzing the learning environment of their classroom, specifically addressing issues of language development for English learners. Weekly seminar. Prerequisite: ETE 237, or permission of the associate dean and director of the department.

### ETE 245 - American Sign Language I *(3 hours)*

General introduction to sign language of the deaf; information regarding the culture of the deaf. Finger spelling and signing skills, which enable signing at a conversational level both receptively (seeing and understanding) and expressively (signing). Available to students from any major throughout the university.

**ETE 260 - Children's Literature** *(3 hours)*

Types, genres, authors, and illustrators of books for children from birth through middle school. Emphasis on literature response activities; planning and assessing a literature-based curriculum. Analysis of current trends, issues, and the impact of children's literature. Prerequisite: Major in an education program or consent of the associate dean and director of the department.

**ETE 270 - Physical Development and Health** *(1 hour)*

A variety of health and nutrition topics about which teachers all levels must be knowledgeable. Must document certification in CPR and First Aid, and plan lessons for health instruction as part of the requirements. Topics examine nutrition; communicable diseases; relationship between fitness and systems of the body; principles of personal, interpersonal, and community health; mental health; and safety. Preparation for Teacher Performance Assessment. Prerequisite: Must be enrolled in education program

**ETE 280 - Exploring Diversity: Learners, Families, And Communities** *(3 hours)*
**Gen. Ed. CD**
**Core Curr. GP WC**

The socialization and enculturation of learners in the context of their families, communities, and cultures. Awareness, acceptance, and appreciation of diversity, whether resulting from cultural or ability differences. Emphasis on the teacher's role in involving, educating, and communicating with parents as partners in the educational process. Professional advocacy that supports an inclusionary, multicultural, antiracist, democratic, non-sexist, and global curriculum. ETE 280 is one course that meets criteria for the Illinois ECSE Approval. Prerequisite:

**ETE 291 - Assistive Technology for Individuals with Special Needs** *(3 hours)*

Addresses the assistive technology (AT) evaluation, selection, and application process for individuals with disabilities in school, the workplace and the community. Emphasis on assessment of the individual, environment, and tasks required of the person prior to evaluation of technologies and adaptations that enable the individual to function as fully as possible in his/her daily lives. Through illustrations and case examples students will obtain knowledge and skills required for the use of AT devices or adaptations and factors to consider in the selection and implementation processes. Preparation for Teacher Performance Assessment. Prerequisite: ETE 115; ETE 116; ETE 210; one of: ETE 215, ETE 216, or concurrent enrollment.

### ETE 301 - Novice Teaching Experiences in Music Classrooms K-8 *(1 hour)*
**Core Curr. EL**

Engage in a supervised teaching experience in a K-8 school music learning environment. Collaborate with the classroom teacher to plan and implement formative assessments and instruction for whole class, small groups, and individuals. Candidates complete weekly reflections analyzing the learning environment of their classroom, specifically addressing issues of equity, diversity and social and emotional awareness. Includes Teacher Performance Assessment. Weekly seminar. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; ETE 345 or concurrent enrollment; concurrent enrollment in ETE 351; concurrent enrollment in ETE 310.

### ETE 302 - Novice Teaching Experience in High School Music *(1 hour)*
**Core Curr. EL**

Engage in a supervised teaching experience in a high school music learning environment. Collaborate with the classroom teacher to plan and implement formative assessments and instruction for whole class, small groups, and individuals. Candidates complete weekly reflections analyzing the learning environment of their classroom, specifically addressing issues of equity, diversity, and social and emotional awareness. Includes Teacher Performance Assessment. Weekly seminar. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; concurrent enrollment in ETE 352; ETE 345 or concurrent enrollment; ETE 310 or concurrent enrollment.

### ETE 303 - Novice Teaching Experience in K-12 Classrooms *(3 hours)*
**Core Curr. EL**

Engage in a supervised teaching experience in an elementary or middle school learning environment. Collaborate with the classroom teacher to plan and implement formative assessments and instruction for whole class, small groups, and individuals. Candidates complete weekly reflections analyzing the learning environment of their classroom, specifically addressing issues of equity, diversity and social and emotional awareness. Includes Teacher Performance Assessment. Weekly seminar. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; ETE 345 or concurrent enrollment; ETE 386 or concurrent enrollment, or ETE 387 or concurrent enrollment; concurrent enrollment in ETE 310.

**ETE 304 - Early Childhood Novice Teaching Experience** *(3 hours)*

**Core Curr. EL**

Engage in supervised teaching experience in a preprimary special education learning environment. Collaborate with the classroom teacher to plan and implement formative assessments and instruction for whole class, small groups, and individuals. Complete weekly reflections analyzing the learning environment of their classroom, specifically addressing issues of equity, diversity and social and emotional awareness. Includes Teacher Performance Assessment. Weekly seminar. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; either ETE 328 or concurrent enrollment or ETE 443 or concurrent enrollment; ETE 345 or concurrent enrollment; ETE 310 or concurrent enrollment.

**ETE 305 - Novice Teaching Experience in a LBSI Setting** *(3 hours)*

**Core Curr. EL**

Engage in a supervised teaching experience in a special education learning environment. Collaborate with the classroom teacher to plan and implement formative assessments and instruction for whole class, small groups, and individuals. Candidates complete weekly reflections analyzing the learning environment of their classroom, specifically addressing issues of equity, diversity and social and emotional awareness. Includes Teacher Performance Assessment. Weekly seminar. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; ETE 391 or ETE 393; ETE 345 or concurrent enrollment; ETE 310 or concurrent enrollment.

**ETE 306 - Novice Teaching Experience Grades 1-6** *(3 hours)*

**Core Curr. EL**

Engage in a supervised teaching experience in an elementary school learning environment. Collaborate with the classroom teacher to plan and implement formative assessments and instruction for whole class, small groups, and individuals. Complete weekly reflections analyzing the learning environment of their classroom, specifically addressing issues of equity, diversity, and social and emotional awareness. Includes Teacher Performance Assessment. Weekly seminar. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; ETE 313 or ETE 315; at least two of the following: ETE 313, 315, 335, 336, 339; ETE 345 or concurrent enrollment or consent of the associate dean and director of the department.

## ETE 307 - Novice Teaching Experience in Grades 5-8 *(3 hours)*
### Core Curr. EL

Engage in a supervised teaching experience in a middle school learning environment. Collaborate with the classroom teacher to plan and implement formative assessments and instruction for whole class, small groups, and individuals. Complete weekly reflections analyzing the learning environment of their classroom, specifically addressing issues of equity, diversity and social and emotional awareness. Includes Teacher Performance Assessment. Weekly seminar. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; at least 2 courses in concentration; concurrent enrollment in content-specific methods course appropriate to the student's teaching area (ENG 392, ETE 355, ETE 356, ETE 357); ETE 345 or concurrent enrollment; concurrent enrollment in ETE 310.

## ETE 308 - Novice Teaching Experience in the High School *(3 hours)*
### Core Curr. EL

Engage in a supervised teaching experience in a high school learning environment. Collaborate with the classroom teacher to plan and implement formative assessments and instruction for whole class, small groups, and individuals. Candidates complete weekly reflections analyzing the learning environment of their classroom, specifically addressing issues of equity, diversity and social and emotional awareness. Includes Teacher Performance Assessment. Weekly seminar. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; ETE 345 or concurrent enrollment; concurrent enrollment in content-specific methods course appropriate to the student's teaching area (ETE 373, ETE 374, ETE 375, ETE 378, or ENG 472); concurrent enrollment in ETE 310, or consent of Department chair.

## ETE 310 - Teacher Performance Assessment *(1 hour)*
### Core Curr. WI

Prepares preservice teacher to complete the education teacher performance assessment (edTPA) required for licensure. Gain skills needed to complete a TPA based upon integration of education program objectives and the novice teaching experience. Analyze the context for learning in the classroom, plan a unit of instruction including adaptations for diverse learners, teach the unit while attending to academic language, assess student learning. Make video recording of the unit teaching and collect student work samples. Reflect on the pedagogical decisions in a formal manner, citing research as justification for the choices. Completed edTPA is evaluated locally and feedback is provided to the candidate. Satisfactory/Unsatisfactory

Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; major in an education program or consent of the associate dean and director of the department; concurrent enrollment in one of: ETE 301, ETE 302, ETE 303, ETE 304, ETE 305, ETE 306, ETE 307, ETE 308.

1:20-cv-01264-MMM-JEH # 32 Page 526 of 1119

**ETE 313 - Methods of Literacy I: Reading, Writing and Language Grades 1-2** *(3 hours)*
**Core Curr. EL,WI**
Addresses literacy instruction in first and second grade including reading, writing, listening, speaking, viewing, and visually representing, including accommodations of exceptionality and diversity using developmentally and culturally appropriate practices. Key topics examine theories of literacy development, emergent literacy, phonemic awareness, phonics, fluency, writing process, literacy assessment, and planning for individual learners. Classroom applications are included. Five to ten hours in a local classroom are required. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership.

**ETE 315 - Methods of Literacy II: Reading, Writing and Language: Grades 3-8** *(3 hours)*
Addresses total literacy instruction for learners at all levels 3-8: Reading, writing, listening, speaking, viewing, and visually representing. It addresses research-based approaches to literacy instruction for the grade school student, including accommodations of exceptionality and diversity using developmentally and culturally appropriate practices. Key topics: the reading and writing processes, vocabulary and comprehension, literacy assessments, planning for individual learners, integrating the language arts into the content areas and preparing students for the state writing assessment. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership.

**ETE 322 - Emergent Literacy: Reading and Writing Across the Curriculum** *(3 hours)*
Processes, themes, and practices that support the development of reading, writing, speaking, listening, and thinking in children from birth through age 8. A continuum of instructional practices, including contextualized application of phonemic, graphemic, morphemic, and syntactical concepts, which facilitate the emergence of literacy. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership.

## ETE 324 - Early Childhood Special Education Methods *(3 hours)*

Providing developmentally and culturally appropriate activities to infants and young children with special needs. History and evolution of early intervention services, teaming, collaboration, service coordination, development of Individualized Family Service Plans and Individualized Educational Plans, adaptation of curriculum, instructional models which promote interaction and independence, inclusionary programs, transitional planning. Preparation for Teacher Performance Assessment. ETE 324 is one course that meets criteria for the Illinois ECSE Approval. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership.

## ETE 328 - Early Childhood Methods *(6 hours)*

**Core Curr. MI**

Strategies for teaching language arts, science, mathematics, social studies, art, music, and movement in preprimary and primary grades within an integrated, thematic curriculum. Emphasis on the role of play, learning environments, creative and critical thinking, problem solving, acknowledgment and accommodations of exceptionality and diversity, transitions, horizontal relevance, and developmentally and culturally appropriate practices. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership.

## ETE 335 - Methods of Teaching Social Studies Grades 1-6 *(3 hours)*

Content and methods of teaching social studies in grades 1-6, including accommodations of exceptionality and diversity using developmentally and culturally appropriate practices. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership.

## ETE 336 - Methods of Teaching Science Grades 1-6 *(3 hours)*

Plan, implement, and evaluate a science program for children in grades 1-6. Emphasis on the nature of school science, students' misconceptions, and meaningful science activities, including accommodations of exceptionality and diversity using developmentally and culturally appropriate practices. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; SCI 10x.

## ETE 339 - Methods of Teaching Mathematics Grades 1-6 *(3 hours)*

**Core Curr. WI**

Emphasis on teaching strategies, materials, and organizational plans related to the grades 1-6 mathematics curriculum. Work with Common Core Standards in Math as well as National Council of Teachers of Mathematics is integrated throughout the semester. Focus on active involvement of students in the learning process. Future teachers learn about and plan lessons including appropriate teaching strategies, mathematical projects, accommodations of exceptionality and diversity using developmentally and culturally appropriate practices. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; ETE 108 or concurrent enrollment.

## ETE 345 - Guiding Learners: Creating Safe, Inclusive Learning Enviro Environments *(3 hours)*

Emphasis on theories of guidance and learner-centered instruction including Response to Intervention (RtI) strategies for positive behavioral supports. Classroom management that is developmentally and culturally appropriate practice to nourish natural curiosity, develop problem-solving skills, acknowledge and accommodate learners with exceptionalities, including diverse cultures, students at risk, and English Language Learners, and develop a sense of community for success of all learners within inclusive environments. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Teacher Education; concurrent with appropriate Novice Teaching course (ETE 301, ETE 302, ETE 303, ETE 304, ETE 305, ETE 306, ETE 307, ETE 308) or permission of department chair.

## ETE 350 - Topics in Teacher Education *(1-6 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under different topics for a maximum of 6 hours credit. Prerequisite: consent of instructor and the associate dean and director of the department.

## ETE 351 - Music Methods Grades K-8 for Music Majors *(3 hours)*

Methods and materials appropriate for teaching music in grades K-8. Observations in the public schools; planning the K-8 music curriculum; experience teaching lessons in all areas of classroom music. Discussion on accommodations of exceptionality and diversity using developmentally and culturally appropriate practices. Preparation for Teacher Performance

Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; concurrent enrollment in ETE 301; ETE 310 or concurrent enrollment.

### ETE 352 - High School Music Methods for Music Majors *(3 hours)*

Methods of teaching music in the high schools; administration of a music department. Instrumental and choral programs, general music, and high school music theory. Emphasis on development of a philosophy of music education. Discussion on accommodations of exceptionality and diversity using developmentally and culturally appropriate practices. Preparation for Teacher Performance Assessment.

### ETE 355 - Methods of Teaching Middle School Social Studies *(3 hours)*

Content and pedagogy of middle school social studies, including history, psychology, and the general social science areas. Designing and implementing social studies instruction and curriculum using a variety of approaches. Emphasis on instructional planning, assessment of student performance, motivational strategies, reading diagnostic techniques, learning environments, creative and critical thinking, problem solving, acknowledgement and accommodations of exceptionality and diversity, and developmentally and culturally appropriate practices. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy; ETE 216; ETE 369; concurrent with ETE 307

### ETE 356 - Methods of Teaching Middle School Science *(3 hours)*

How to plan, implement, and evaluate a science program for middle school students. Emphasis on the nature of school science, students' misconceptions, and meaningful science activities. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy; ETE 216; ETE 369; SCI 10X and SCI 30x; concurrent in ETE 307

### ETE 357 - Methods of Teaching Middle School Mathematics *(3 hours)*

Emphasis is placed on teaching strategies, materials, and organizational plans related to the 5-8 mathematics curriculum. Assessment strategies appropriate for middle school mathematics are addressed. Focus is on active involvement of students in the learning process and the use of National Council of Teachers of Mathematics (NCTM) Standards and Common Core State Standards - Mathematics (CCSSM). Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy; ETE 108; ETE 216; ETE 369; concurrent in ETE 307.

## ETE 368 - Content Reading for All Students *(2 hours)*

Relationship between learning to read and reading to learn; all aspects of literacy as applied to instruction. Primary focus on understanding a wide range of literacies and how to integrate literacy while teaching subjects that include mathematics, social studies, sciences, English, music, art, and family/consumer sciences. Emphasis on helping all readers, including students with English as a second language, students with reading difficulties, and students with special needs. Evaluation of the appropriateness of classroom resources such as textbooks, e-textbooks, lab manuals, course software, and online supplements. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership

## ETE 369 - Assessing All Students *(2 hours)*

For future classroom teachers, instructional assessment, that meets the needs of students and the objectives of the discipline, is essential. Writing instructional objectives, constructing formative and summative teacher-made assessments, designing authentic assessments, analyzing assessment data, interpreting standardized test scores, and addressing needs of learners is part of the curriculum.Emphasis on diversity using developmentally and culturally appropriate practices. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership

## ETE 373 - Methods of Teaching High School Mathematics *(3 hours)*

Emphasis on teaching strategies, curriculum materials, instructional planning, assessment of student performance, learning environments, creative and critical thinking, problem solving, and classroom organization related to the 9-12 mathematics curriculum. Focus is on active involvement of students in the learning process. Designing and implementing mathematics instruction and curriculum using a variety of approaches, appropriate utilization of mathematical technology, acknowledgment and accommodations of exceptionality and diversity, and developmentally and culturally appropriate practices. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to Candidacy; ETE 369; concurrent with ETE 308.

## ETE 374 - Methods of Teaching High School Science *(3 hours)*

Content and pedagogy of high school science. Designing and implementing science instruction and curriculum using a variety of approaches including project-based science. Emphasis on instructional planning, assessment of student performance, learning environments, creative and critical thinking, problem solving, acknowledgment and accommodations of exceptionality and

diversity, and developmentally and culturally appropriate practices. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; ETE 369; SCI 10x or concurrent; concurrent enrollment in ETE 308.

### ETE 375 - Methods of Teaching High School Social Studies *(3 hours)*

Content and pedagogy of high school social studies, including family and consumer sciences, history, psychology, and general social science. Designing and implementing social studies instruction and curriculum using a variety of approaches. Emphasis on instructional planning, assessment of student performance, motivational strategies, microteaching, reading diagnostic techniques, learning environments, creative and critical thinking, problem solving, acknowledgment and accommodations of diversity and exceptionality, and developmentally and culturally appropriate practices. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; ETE 369; concurrent enrollment in ETE 308.

### ETE 378 - Methods of Teaching Family & Consumer Science *(3 hours)*

Content and pedagogy in family and consumer sciences for grades 9-12. Designing and implementing instruction and curriculum using a variety of approaches including project-based family and consumer sciences. Emphasis on instructional planning, assessment of student performance, learning environments, creative and critical thinking, problem solving, acknowledgment and accommodations of exceptionality and diversity, and developmentally and culturally appropriate practices. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; ETE 369; concurrent enrollment in ETE 308.

### ETE 386 - Methods of Teaching K-12 Art *(3 hours)*

Content and methods for teaching art K-12. Designing and implementing art instruction and curriculum using a variety of approaches. Emphasis on sequential enhancement of media and techniques in relation to the developmental needs of different levels of students, instructional planning, assessment of student performance, learning environments, creative and critical thinking, problem solving, acknowledgment and accommodations of exceptionality and diversity, and culturally appropriate practices, aligned with the state and national goals. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; ETE 369.

## ETE 387 - Methods of Teaching K-12 Foreign Language *(3 hours)*

Content and pedagogy of K-12 foreign language. Designing and implementing foreign language instruction and curriculum using a variety of approaches. Emphasis on instructional planning, assessment of student performance, learning environments, creative and critical thinking, problem solving, acknowledgment and accommodation of exceptionality and diversity, and developmentally and culturally appropriate practice. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; ETE 369.

## ETE 391 - Characteristics and Methods for Learners with Developmental Disabilities *(3 hours)*

Characteristics and methods for planning and teaching students with moderate to severe exceptionalities (i.e., intellectual disabilities, developmental disabilities, traumatic brain injury, orthopedic, other moderate to severe exceptionalities). Emphasis on moderate to severe developmental disabilities, Individual Education Programs, self-determination, assessment, experiential-based curriculum in the psychomotor, cognitive, affective domains, transition planning, person-centered adaptations for inclusion within society. Students are required to complete 12 student contact hours with individual(s) with moderate to severe developmental disabilities in an educational setting. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; PSY 101 or equivalent.

## ETE 393 - Characteristics and Methods for Learners with Emotional and Learning Disabilities *(3 hours)*

Characteristics, methods, strategies for use with children and adolescents with emotional and learning disabilities in K-12 and special education classrooms (ages 3-21). Helping process, communication and interpersonal skills are covered, as well as Applied Behavioral Analysis. Emphasis on analysis of classroom situations and application of theories, educational techniques to create positive learning environments for learners with mild to moderate emotional and learning disabilities. To ensure that students will become educational leaders and informed decision makers, teaching strategies in basic skills, metacognition, study skills, and social skills will be addressed. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; PSY 101 or equivalent.

### ETE 395 - High School Special Education *(3 hours)*

Skills to plan, implement, and evaluate programs for adolescent students needing special education services in high school situations. Emphasis on a developmentally, sequenced planned curriculum, including basic academic skills, pre-vocational and vocational skills, as well as work-study programs. Current issues and trends: inclusion of the high school student in the least restrictive environment, life planning, consumer education, personal and social adjustment, appropriate individualized instruction, high school group instruction, and independent living skills. 12 hours of mentor/tutoring in the field with High School+ students is required. Preparation for Teacher Performance Assessment. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; one of ETE 393 or concurrent enrollment, or ETE 391 or concurrent enrollment.

### ETE 402 - Educational Methods, Strategies and Evaluation Techniques *(3 hours)*

Designed to increase theoretical knowledge and practical skill for teaching persons with different learning styles. Classroom experiences include a focus on methods, strategies, and evaluation techniques to meet different learning styles. Prerequisite: Consent of the associate dean and director of the department.

### ETE 425 - Life Planning for Learners with Exceptionalities *(3 hours)*

Addresses legal, psychological, and social impact of various exceptionalities, and professionalism. The laws governing the development and implementation of educational and transition programs for individuals with exceptionalities is also reviewed. Discussion and evaluation of legal documents for consent and notification. Code of Ethics and Standards for Professional Practice, and Individual Education Program development will be the focus. Preparation for Teacher Performance Assessment. Prerequisite: Senior standing; advancement to degree candidacy in the Department of Education, Counseling, and Leadership; at least one of ETE 391, ETE 393, ETE 395.

### ETE 426 - Assessments for Learners with Exceptionalities *(3 hours)*

Diagnostic processes for learners with exceptionalities, preschool through high school. Screening, formal, and informal assessment, and evaluation techniques. Practice in test administration, scoring, evaluation, Individual Education Programs. Preparation for Teacher Performance Assessment. Prerequisite: Senior standing; advancement to degree candidacy in the Department of Education, Counseling, and Leadership; at least one of ETE 391, ETE 393, ETE 395.

## ETE 430 - Readings in Elementary Education *(1-3 hours)*

Individual study and investigation for seniors. Prerequisite: consent of instructor; approval of the the associate dean and director of the department; advancement to degree candidacy in the department.

## ETE 443 - Early Childhood Assessment *(3 hours)*

Focus is on formal, informal, authentic, and performance-based assessments to determine student needs and progress; planning instruction incorporating assessment for Individualized Family Service Plans or Individualized Education Plans and to meet the needs of all students; transitional planning; collaboration and communication with families and professionals. Preparation for Teacher Performance Assessment. ETE 443 is one course that meets criteria for the Illinois ECSE Approval. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; ETE 324 or concurrent enrollment.

## ETE 445 - Multidisciplinary Collaboration *(3 hours)*

Focus is effective collaboration with families, educators, administrators, related service providers, and personnel from community agencies in culturally responsive ways. Competent teachers will use knowledge and effective written, verbal and non-verbal communication techniques to foster leadership, active inquiry, supportive interaction, shared goals, and group consensus that advocate and support the success among learners with exceptionalities. Working together toward common goals of meeting unique needs of all students necessitates teamwork for successful co-teaching, Response to Intervention, and successful transitions pre- and post-secondary education. Preparation for Teacher Performance Assessment. Prerequisite: Senior standing. For majors not in an education program: one course at the 300 level; majors in an education program: advancement to degree candidacy, one methods course at the 300 level; LBS I: at least one of ETE 391, ETE 393, ETE 395 or concurrent enrollment; or consent of the associate dean and director of the department.

## ETE 491 - Student Teaching 5-8 *(12 hours)*
## Core Curr. EL

Engage in a supervised, full-time teaching experience in a Peoria-area 5-8 learning environment. Plan and implement instruction, assessments for individuals, groups, and class, gradually taking responsibility for 100% of teaching duties including issues related to equity, diversity and social and emotional awareness. Complete weekly reflections to assess professional growth as defined by the Illinois Professional Teaching Standards. Open only to students who have: adequate

preparation in subject matter, demonstrated proficiency with regard to program and course objectives, prerequisites, and evidenced fitness for entering the teaching profession. Include Teacher Performance Assessment. Weekly seminar. Satisfactory/Unsatisfactory. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; completion of 2/3 of hours in concentration; all required ETE courses below the 400 level for the program; GPA 2.50+ for each: overall, teaching field, professional education courses; State of Illinois content area test passed & other related tests passed; cleared background check; consent of the associate dean and director of the department.

### ETE 493 - Student Teaching For Music K-12 *(12 hours)*
### Core Curr. EL

Engage in 2 supervised, full-time teaching experiences, 1 at high school and 1 in middle or elementary school, in a Peoria-area learning environment. Plan and implement instruction and assessments for individuals, groups, and class, gradually taking responsibility for 100% of classroom teaching duties including issues related to equity, diversity, social and emotional awareness. Complete weekly reflections to assess their professional growth as defined by the Illinois Professional Teaching Standards. Open only to students who have: adequate preparation in subject matter, demonstrated proficiency with regard to program and course objectives, prerequisites, and evidenced fitness for entering the teaching profession. Satisfactory/Unsatisfactory. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; completion of 2/3 of hours in major; all required ETE courses below the 400 level for the program; GPA 2.50+ for each: overall, teaching field, and professional education courses; State of Illinois content area tests & other related tests passed; cleared background check; approval of the associate dean and director of the department.

### ETE 496 - Student Teaching in LBS I *(12 hours)*
### Core Curr. EL

Engage in a supervised, full time teaching experience in a Peoria-area LBS I learning environment. Plan and implement instruction, assessments for individuals, small groups, and class, gradually taking responsibility for 100% of teaching duties including issues related to equity, diversity, social and emotional awareness. Complete weekly reflections to assess their professional growth as defined by the Illinois Professional Teaching Standards. Open only to students who have: adequate preparation in subject matter, demonstrated proficiency with regard to program and course objectives, prerequisites, and evidenced fitness for entering the teaching

profession. Include Teacher Performance Assessment. Weekly seminar.

Satisfactory/Unsatisfactory. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; all required ETE courses below the 400 level for the program; at least two of ETE 425, ETE 426, ETE 445; GPA 2.50+ for each of: overall, professional education courses; State of Illinois content area test & other tests passed; cleared background check; consent of the associate dean and director of the department.

### ETE 497 - Student Teaching in Early Childhood *(12 hours)*
### Core Curr. EL

Engage in a supervised, full time teaching experience in a Peoria-area Pre-K or K-3 learning environment. Plan and implement instruction, assessments for individuals, groups, and class, gradually taking responsibility for 100% of teaching duties including issues related to equity, diversity, social and emotional awareness. Complete weekly reflections to assess professional growth as defined by the Illinois Professional Teaching Standards. Open only to students who have: adequate preparation in subject matter, demonstrated proficiency with regard to program and course objectives, prerequisites, and evidenced fitness for entering the teaching profession. Include Teacher Performance Assessment. Weekly seminar. Satisfactory/Unsatisfactory Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; all required ETE courses below the ETE 450 level for the program; ETE 485 or concurrent enrollment; GPA 2.50+ for each: overall and professional education courses; State of Illinois content area test & other related tests passed; cleared background check; consent of the associate dean and director of the department.

### ETE 498 - Student Teaching 1-6 *(12 hours)*
### Core Curr. EL

Engage in a supervised, full time teaching experience in a Peoria-area grade 1-6 learning environment. Plan and implement instruction, assessments for individuals, groups, and class, gradually taking responsibility for 100% of teaching duties including issues related to equity, diversity and social and emotional awareness. Complete weekly reflections to assess professional growth as defined by the Illinois Professional Teaching Standards. Open only to students who have: adequate preparation in subject matter, demonstrated proficiency with regard to program and course objectives, prerequisites, and evidenced fitness for entering the teaching profession. Include edTPA. Weekly seminar. Satisfactory/Unsatisfactory. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership;

all required ETE courses below the 400 level for the program; GPA 2.50+ for each: overall and professional education courses; State of Illinois content area test passed & other related tests passed; cleared background check; consent of the associate dean and director of the department.

**ETE 499 - Student Teaching in the High School** *(12 hours)*
**Core Curr. EL**

Engage in supervised, full time teaching experience in a Peoria-area high school learning environment. Plan, implement instruction, assessments for individual, groups, and class, slowly taking responsibility for 100% of teaching duties including issues related to equity, diversity, social and emotional awareness. Complete weekly reflections to assess professional growth as defined by the Illinois Professional Teaching Standards. Open only to students who have: adequate preparation in subject matter, demonstrated proficiency with regard to program and course objectives, prerequisites, and evidenced fitness for entering the teaching profession. Include Teacher Performance Assessment. Weekly seminar. Satisfactory/Unsatisfactory. Prerequisite: Advancement to degree candidacy in the Department of Education, Counseling, and Leadership; completion of 2/3 of hours in major; all required ETE courses below the 400 level for the program; GPA 2.50+ for each: overall, teaching field, & professional education courses; State of Illinois content area tests & other related tests passed; cleared background check; consent of the associate dean and director of the department.

**ETE 513 - Educational Software Design** *(3 hours)*

The design and construction of educational software that is based upon sound educational theory and best practice. Students will become proficient with appropriate multimedia instructional design software in developing their projects. Investigating and applying current theories of learning, instruction, and assessment. Cross-listed as IM 513. Prerequisite: IM 113; IM 213 or instructor approval.

**ETE 515 - Mathematics Methods for the Middle School** *(3 hours)*

Provides strategies and curriculum for teaching mathematics to youth in fifth through eighth grades. Strategies focus on problem solving, logical reasoning, and real life connections. Use of dynamic software and math modeling are emphasized. Assessment strategies appropriate for middle school mathematics will be addressed. Students will develop a deep understanding of

national and state standards. Prerequisite: Senior standing in an education program and advancement to degree candidacy, or Teacher License. Not open to students who have had ETE 357.

### ETE 550 - Independent Study *(1-3 hours)*

Student selects subject of study with advisor approval. Multiple sections may be taken concurrently. Maximum of 6 semester hours may be applied to a degree program. Prerequisite: approval of department chair and dean of College of Education and Health Sciences.

### ETE 610 - Young Adolescent Development *(3 hours)*

Examines the theories and research surrounding young adolescents as they move through puberty and middle school. Physical, cognitive, social, moral, and emotional development are studied with concern for the psychological implications and educational ramifications. Students will develop a deep understanding of national and state standards. Prerequisite: Graduate standing and teacher certification or permission of instructor.

### ETE 611 - Middle School Instructional Strategies *(3 hours)*

Presents curriculum, teaching strategies, and assessment for instructing youth in fifth through eighth grades. School organization, professional collaboration, active classroom environment, brain-based teaching and learning, high expectations for all students, and student progress are topics for the course. Students will develop a deep understanding of national and state standards. Prerequisite: Graduate standing and teacher certification or permission of instructor.

### ETE 616 - Analysis and Evaluation of Children's Literature *(3 hours)*

Evaluation and selection of children's literature; current trends and issues; applications in school classrooms for elementary and secondary students.

### ETE 618 - Science: An Inquiry Approach *(3 hours)*

This course is designed to help educators learn and better understand inquiry as an instructional approach. Topics include what inquiry is, how to conduct inquiry, and ways to teach inquiry processes and skills to students. The course will involve identifying and conducting an inquiry investigation into some science topic and how it can best be taught to students. Prerequisite: Admission to the C & I Program.

### ETE 620 - Writing Across the Curriculum *(3 hours)*

Designed to increase a teacher's understanding of the integration of writing across the content areas in elementary and secondary classrooms. Topics include research and practice regarding

exposition, persuasion, and narrative; instructional methods including creative writing; community and family leadership. Prerequisite: Admission to the C & I Program

**ETE 630 - Critical Foundations of Literacy Instruction** *(3 hours)*

A study of current theories and practices in reading instruction: the development of the reader, historical, sociological, and psychological perspectives. Prerequisite: at least one undergraduate reading methods course.

**ETE 631 - Resources and Strategies for the Reading Teacher** *(3 hours)*

A study of the resources, services, and instructional strategies to support the learning of the elementary and secondary student in regular school classrooms as well as in remedial settings. Prerequisite: ETE 630.

**ETE 632 - Reading in the Content Areas** *(3 hours)*

Focus on reading instruction assisting educators to integrate literacy in the content areas in grades K-8. Designed for the identification of reading and study strategies to enhance students' comprehension of texts other than narrative (i.e., expository, visual, graphic, etc.). Prerequisite: ETE 630.

**ETE 636 - Assessment in Reading** *(3 hours)*

Reading assessment and evaluation theories and methods for the reading teacher or specialist in classrooms K through 12. Prerequisite: ETE 630.

**ETE 637 - Remediation of Reading Difficulties** *(3 hours)*

Methods and procedures for integrated diagnosis and correction of reading difficulties; interpretation of reading assessments for tailoring remediation and instruction within the elementary and/or secondary reading or language arts classroom. Prerequisite: ETE 630; ETE 636 or ETE 671

**ETE 639 - Roles and Responsibilities of the Literacy Professional** *(3 hours)*

Seminar in current practices and responsibilities assumed by literacy professionals. Involves comparative study of existing models of leadership including collaboration with key leaders in programs throughout the United States. Requires the actual development of a program plan and the means to disseminate it. Prerequisite: ETE 636, 637, 640, 641.

## ETE 640 - Reading Practicum *(3 hours)*

Field experience in elementary and/or secondary reading. Focuses on integrating assessment and evaluation into balanced literacy practice as well as individualized remediation. Course is tailored to the needs of the graduate student and may be repeated for a maximum of six credit hours. Prerequisite: ETE 631, 636, 637.

## ETE 641 - Remedial Reading Practicum *(3 hours)*

Practicum in diagnosing, evaluating, and treating reading difficulties in individual children with severe deficits in literacy. Prerequisite: ETE 630, 636, 637.

## ETE 643 - Assessment and Evaluation Practicum for Learners With Exceptionalities *(3 hours)*

Practicum: use of psycho-educational tests and diagnostic teaching techniques. Preparation of a complete formal and informal educational assessment of a learner including a professional report written in a specified format.

## ETE 650 - Topics in Education *(1-3 hours)*

Topics of special interest which may vary each time course is offered. Multiple sections may be taken concurrently. Maximum of 6 semester hours may be applied to a degree program. Prerequisite: Consent of instructor and department chair.

## ETE 651 - Curriculum Theory and Development *(3 hours)*

Curriculum models and theories. Curriculum development processes and the teacher's role.

## ETE 653 - Instructional Strategies and Designs *(3 hours)*

PreK-12 instructional strategies and designs. Emphasis on developmentally appropriate educational opportunities that actively engage the learner.

## ETE 654 - Program Evaluation *(3 hours)*

Qualitative and quantitative models and techniques for evaluating educational programs. Prerequisite: ELH 604 or consent of instructor.

## ETE 655 - Instructional Theory *(3 hours)*

Investigation and development of a theory of instruction for practitioners built upon the research based on existing strategies, models, methods, assessment, skills, improvement techniques, movements in education, theorists, curriculum, and the learner.

**ETE 659 - Curriculum and Instruction** *(1-5 hours)*

Supervised field experience. Application of knowledge and skills to contexts and environment selected by the student and advisor. May be repeated for a maximum of 6 hours credit. Prerequisite: Curriculum and instruction course or consent of instructor.

**ETE 661 - Child Growth and Development** *(3 hours)*

Interaction of learning and developmental processes from birth through age 8. Influence of sociocultural and ecological factors.

**ETE 662 - Family Intervention** *(3 hours)*

The role of the family and community in the education of infants, toddlers, pre-primary, and primary-aged children. Analysis of family systems including resource development and family program development.

**ETE 663 - Schooling in a Diverse World** *(3 hours)*

Multicultural issues, perspectives, and current trends. Role of the teacher as an advocate and change agent. Evaluation of materials, methods, and programs.

**ETE 664 - Classroom Assessments** *(3 hours)*

Provides an overview of classroom-based assessment methods, both qualitative and quantitative. Emphasizes the different types and purposes of assessment, as well as creative alternatives to traditional assessment techniques. Tailored to graduate students' needs and interests.

**ETE 665 - Technology Infusion** *(3 hours)*

Infusing technology into preK-12 curriculum. Emphasizes computer as tutor; productivity tool; multimedia tool; modeling tool; communication tool; and the future impact the technology will have on classrooms.

**ETE 667 - Characteristics of and Methods for Students Who Are Gifted** *(3-6 hours)*

A focus on all aspects of the gifted learner: cognition, psycho-social, affective, and talent development. Field placement requires curriculum design, testing procedures, identification, and direct instruction of gifted learners. Repeatable for a maximum of six hours.

**ETE 671 - Instructional Strategies & Designs in Special Education** *(3 hours)*

Addresses in-depth planning and implementation of instructional methods and strategies to meet diverse needs of learners with exceptionalities across environments. Application of current

evidenced-based strategies in special education, including topics such as eligibility, placement, assessment, curricular decisions. Response to intervention and individual program implementation will be discussed.

## ETE 672 - Technology Applications for Learners with Exceptionalities *(3 hours)*

Provides current research-based applications of technology and universal design that will enhance learning and active involvement of learners with exceptionalities across environments. Emphasis will be given to the advocacy roles and responsibilities of the teacher relevant to the implementation of a continuum of Assistive Technology (AT) services and Universal Design for Learning (UDL) in collaboration with all stakeholders involved in the education of learners with exceptionalities.

## ETE 673 - Self-Determination for Individuals With Disabilities *(3 hours)*

Focuses on instructional practices that can be utilized by the student to teach self-determination skills to individuals with disabilities. The student will explore self-determination concepts, theories, assessment, instructional strategies, and issues of implementation that can in turn be taught to individuals with disabilities in order to facilitate goal-directed, self-regulated, autonomous behavior.

## ETE 674 - Issues, Trends, and Research in Special Education *(3 hours)*

Addresses critical analysis of current issues, trends, and research in special education with attention to legislation, litigation, definitions, identification, eligibility, inclusion, placement, collaboration, and professional advocacy. Research design and methodology in special education.

## ETE 678 - Leadership and Collaboration in Special Education *(3 hours)*

Provides advanced professional collaboration and leadership strategies to effectively work with the greater school community including families, other educators, related service providers, and personnel from community education agencies. Emphasis will be given toward honing candidates' leadership and collaboration skills essential to current practices across environments. Evidence-based, culturally responsive practices critical for the education leader and advocate in meeting the unique needs of individuals with exceptionalities will be discussed.

## ETE 698 - Creative/Research *(0-6 hours)*

Individual study on a topic selected by student with advisor approval. Integration and application of research. Student must produce a product such as a software program, journal article, or

program portfolio. May be repeated for a maximum of 6 hours credit. Student may not receive credit for both ETE 698 and ETE 699.

**ETE 699 - Thesis** *(0-6 hours)*

Design and implement a research proposal which has implications for preK-12 education. May be repeated for a maximum of 6 hours credit. Student may not receive credit for both ETE 698 and ETE 699. Prerequisite: consent of department chair.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# FAMILY AND CONSUMER SCIENCES

**FACULTY** Professor Wolfe (chair); Associate Professor Olds; Assistant Professors Drake, Keist, Newell, Shewmake, Vollmer; Instructor-in-Residence Nigg.

The Department of Family and Consumer Sciences offers majors in family and consumer sciences; family and consumer sciences education; hospitality leadership; nutrition and dietetics; public health education; and retail merchandising. The department also offers a minor in family and consumer sciences.

Career opportunities continue to expand in the fast-growing fields represented by this interdisciplinary department.  Careers in teaching, family and consumer sciences related business, social welfare, community health and wellness, dietetics, family and consumer sciences extension, family and child services, hospitality, and fashion and retail merchandising can all result from degree programs in the Department of Family and Consumer Sciences.

# Departmental Requirements

All family and consumer sciences students must meet the family and consumer sciences core requirements listed below, a professional work experience, as well as the required courses for their chosen major. Students must take a minimum of 38 hours in FCS courses.

**Family and Consumer Sciences Core**

- FCS 100 Family Dynamics - 3 hrs
- FCS 220 Consumer Issues in Health Care - 3 hrs. **or** FCS 300 Consumer Issues in America - 3 hrs.
- FCS 310 Community Program Planning and FCS 311 Evaluation and Research Methods **or** FCS 346 FCS Resource Management - 3-6 hrs.
- FCS 442 Foundations of FCS - 3 hrs.

**Total 12 - 15 hrs.**

Required Professional Work Experience (0–13 credit hours, depending on major):

- FCS 375 and FCS 475 Hospitality Practicum I and II (required for FCSHL) - 6 hrs.
- FCS 460 Retail Merchandising Practicum (required for FCSF) - 3 hrs.
- FCS 461 Practicum in Dietetics (required for FCSND) - 3 hrs.
- FCS 462 Public Health Education (required for FCSPH) - 3 hrs.
- EHS 301 Cooperative Education Or Internship in EHS - 0-3 hrs.
- ETE 499 Student Teaching in the High School (required for FCST) - 10-13 hrs.

# Family and Consumer Sciences Major

This flexible curriculum is designed for students who have interest areas in family and consumer sciences other than specific majors offered by the department at Bradley University. Examples of interest areas appropriate for this major include foods, nutrition, apparel, textiles, living environments, child development and family relationships, or careers in cooperative extension services. The major requires a minimum of 38 Family and Consumer Sciences hours, including the Family and Consumer Sciences core.

## University Requirements

**Candidates for all baccalaureate degrees must complete requirements in the Bradley Core Curriculum.** Students in this major should choose the following:

- ECO 100 Introduction to Economics or ECO 221 Principles of Microeconomics - 3 hrs.
- PSY 101 Principles of Psychology - 3 hrs.

Family and Consumer Sciences Core: 12-15 hrs.

- FCS 100 Family Dynamics - 3 hrs
- FCS 220 Consumer Issues in Health Care - 3 hrs. **or** FCS 300 Consumer Issues in America - 3 hrs.
- FCS 310 Community Program Planning and FCS 311 Evaluation and Research Methods **or** FCS 346 FCS Resource Management - 3-6 hrs.
- FCS 442 Foundations of FCS - 3 hrs.

Required Professional Work Experience

Choose one of the following:

- FCS 460 Retail Merchandising Practicum - 3 hrs.
- FCS 461 Practicum in Dietetics - 3 hrs.
- EHS 301 Cooperative Education Internship - 0–3 hrs.

Additional Required FCS courses:

1. Foods and Nutrition (choose at least two)

- FCS 103 Food Resource Management - 3 hrs.
- FCS 203 School Health Promotion - 3 hrs.
- FCS 303 Nutrition - 3 hrs.
- FCS 304 Sports and Exercise Nutrition - 3 hrs.
- FCS 309 Investigation of Food Topics - 3 hrs.
- FCS 405 Food Service Systems - 4
- FCS 407 Nutritional Assessment - 3
- FCS 408 Management in Food Service - 4

- FCS 410 Advanced Nutrition - 3
- FCS 411 Medical Nutrition Therapy I - 3

2. Clothing and Textiles (choose at least two)

- FCS 131 The Fashion Industry - 3 hrs.
- FCS 133 Apparel Production - 3 hrs.
- FCS 231 Pattern Making - 3 hrs.
- FCS 233 Consumer Textiles - 3 hrs.
- FCS 330 Fashion Merchandising - 3 hrs.
- FCS 331 Fashion Merchandising Laboratory - 1 hr.
- FCS 333 Advanced Textiles - 3 hrs.
- FCS 334 Visual Merchandising - 3 hrs.
- FCS 433 Issues and Trends in Apparel and Textiles - 3 hrs.
- FCS 438 Global Issues in Apparel and Textiles - 3 hrs.

3. Human Ecology (choose at least two)

- FCS 220 Consumer Issues in Health Care - 3 hrs.
- **FCS 300 Consumer Issues in America - 3 hrs.
- FCS 357 Housing and Interior Design Concepts - 3 hrs.

4. Child/Family (choose at least two)

- **FCS 346 FCS Resource Management - 3 hrs.
- FCS 307 Life Cycle Nutrition - 2 hrs.
- FCS 341 Human Development Through the Lifespan - 3 hrs.
- FCS 342 Child Development Laboratory - 3 hrs.
- FCS 440 Family Relations - 3 hrs.

**Total FCS hours for the major: 38 hrs.**

*Some courses require prerequisites that will add additional hours.

**FCS Core Requirement

# Family and Consumer Sciences Education Major

Students who choose the family and consumer sciences education program (FCST) can meet Illinois certification requirements for teaching family and consumer sciences in junior and senior high schools. Graduates receiving certification have found employment in public schools throughout the United States.

Student teaching (ETE 499) fulfills the professional work experience requirement. As in any good program, revisions are being made continually; students should consult the Department of Teacher Education chair about current program requirements. Secondary education teacher candidates should refer to the teacher education department for requirements in professional education courses for secondary education. Candidates will have an advisor in both Family and Consumer Sciences and in the Department of Teacher Education.

*These courses are required for all secondary education majors in family and consumer sciences.*

A minimum of 38 semester hours in family and consumer sciences, including the family and consumer sciences core, (https://www.bradley.edu/academic/undergradcat/20192020/ehs-fcs.dot#require) is required for all family and consumer sciences majors.

Family and Consumer Sciences Core: 12-15 hours

- FCS 100 Family Dynamics - 3 hrs
- FCS 220 Consumer Issues in Health Care - 3 hrs. OR FCS 300 Consumer Issues in America - 3 hrs.
- FCS 310 Community Program Planning and FCS 311 Evaluation and Research Methods **or** FCS 346 FCS Resource Management - 3-6 hrs.
- FCS 442 Foundations of FCS - 3 hrs.

Students should choose courses in the following concentrations:

Nutrition, and Wellness and Hospitality (dietary needs, food management, food preparation, food sanitation, foods, hospitality, and nutrition)

*Choose at least 9 hours from the following courses:*

- FCS 103 Food Resource Management - 3 hrs.
- FCS 170 Introduction to the Hospitality Industry - 3 hrs.
- FCS 171 Sanitation, Health, and Safety - 1 hr.
- FCS 202 Food and Nutrition **or** FCS 301 Nutrition Today **or** FCS 303 Nutrition - 3 hrs.
- FCS 203 School Health Promotion- 3 hrs.
- FCS 204 Programs across the Life Span- 3 hrs.
- **FCS 220 Consumer Issues in Health Care - 3 hrs.
- FCS 270 Special Event Planning - 3 hrs.
- FCS 271 Food and World Cultures - 3 hrs.
- FCS 304 Sports and Exercise Nutrition - 3 hrs. (not offered every year)
- FCS 305 Experimental Foods - 1 hr.
- FCS 371 Meeting and Convention Planning - 3 hrs.
- FCS 405 Food Service Systems - 4 hrs.
- FCS 408 Management in Food Service - 4 hrs.

Apparel and Textiles (clothing/apparel industry, clothing/fashion design, costume design, history of fashion, sewing, textile production, textiles, and wholesale/retail/design operations for apparel and textiles)

*Choose 9 hours from the following courses:*

- FCS 131 The Fashion Industry - 3 hrs.
- FCS 133 Apparel Production - 3 hrs.
- FCS 233 Consumer Textiles - 3 hrs.
- FCS 231 Pattern Making - 3 hrs.
- FCS 330 Fashion Merchandising and FCS 331 Fashion Merchandising Laboratory - 4 hrs.
- FCS 334 Visual Merchandising - 3 hrs.
- FCS 335 Survey of Fashion Designers - 3 hrs.
- FCS 336 History of Fashion - 3 hrs.
- FCS 337 Clothing and Human Behavior - 3 hrs.
- FCS 438 Global Issues in Textiles and Apparel - 3 hrs.

Living Environments (Architectural design, home/office furnishings, housing industry, interior/exterior design, and wholesale/retail operations (housing/interior furnishings).

*Choose 9 hours from the following courses:*

- FCS 173 Lodging Operations - 3 hrs.
- FCS 233 Consumer Textiles - 3 hrs.
- FCS 237 Sustainability in Retail - 3 hrs.
- FCS 272 Hospitality Facilities Management - 3 hrs.
- **FCS 346 FCS Resource Management - 3 hrs.
- **FCS 300 Consumer Issues in America - 3 hrs.
- FCS 334 Visual Merchandising - 3 hrs.
- FCS 357 Housing and Interior Design Concepts - 3 hrs. (not offered every year)

**FCS Core Requirement

# Hospitality Leadership Major

The Hospitality Leadership (HL) degree program at Bradley University prepares students for careers in the industry including such options as foodservice, lodging, event planning, and tourism. Current estimates show that the industry employs over 15 million people, and employers seek graduates with a hospitality degree. This industry is projected to add substantial numbers of new jobs/careers to the economy.

The HL major at Bradley prepares students for successful careers through coursework leading to a Bachelor of Science degree, including 640 hours of internship experience. In addition, HL majors, under the supervision of their academic advisor, are required to select an undergraduate minor from entrepreneurship and innovation, management and leadership, or marketing, setting them apart as highly prepared, qualified, and experienced professionals. Furthermore, qualified students are strongly encouraged to minor in a foreign language.

Supporting Requirements

- ATG 101 Survey of Accounting **or** ATG 157 Accounting Principles - 3 hrs.
- ECO 100 Introduction to Economics **or** ECO 221 Principles of Microeconomics - 3 hrs.
- M L 250 Interpersonal Effectiveness in Organizations **or** M L 350 Managing for Results in Organizations - 2 hrs.
- MTG 315 Principles of Marketing - 3 hrs.
- PSY 101 Principles of Psychology - 3 hrs.

Family and Consumer Sciences Core   12-15 hrs.

- FCS 100 Family Dynamics - 3 hrs.
- FCS 220 Consumer Issues in Health Care - 3 hrs. **or** FCS 300 Consumer Issues in America - 3 hrs.
- FCS 310 Community Program Planning and FCS 311 Evaluation and Research Methods **or** FCS 346 FCS Resource Management - 3-6 hrs.
- FCS 442 Foundations of FCS - 3 hrs.

Additional Required FCS Courses 44 hrs.

- FCS 103 Food Resource Management - 3 hrs.
- FCS 170 Introduction to the Hospitality Industry - 3 hrs.
- FCS 171 Sanitation, Health, and Safety - 1 hr.
- FCS 173 Lodging Operations - 3 hrs.
- FCS 270 Special Event Planning - 3 hrs.
- FCS 272 Hospitality Facilities Management - 3 hrs.
- FCS 301 Nutrition Today - 3 hrs.
- FCS 370 Hospitality Management Accounting - 3 hrs.
- FCS 372 Hospitality Law - 3 hrs.
- FCS 375 Hospitality Practicum I - 3 hrs.
- FCS 376 Hospitality Seminar I - 1 hr.
- FCS 405 Food Service Systems - 4 hrs.
- FCS 408 Management in Food Service - 4 hrs.
- FCS 470 Special Topics in Hospitality Business - 3 hrs.
- FCS 475 Hospitality Practicum II - 3 hrs.
- FCS 476 Hospitality Seminar II - 1 hr.

- **Option I - 15 hrs.**

  An entrepreneurship and innovation minor as described in this catalog under the Turner School of Entrepreneurship and Innovation (/academic/undergradcat/20192020/turner-entrepreneur.dot).

- **Option II - 15 hrs.**

  A management and leadership minor as described in this catalog under the Department of Management and Leadership (/academic/undergradcat/20192020/fcba-ml.dot) in the Foster College of Business.

- **Option III - 15 hrs.**

  A marketing minor as described in this catalog under the Department of Marketing (/academic/undergradcat/20192020/fcba-mtg.dot) in the Foster College of Business

**Required Certificate**

ANSI-CFP accredited Food Protection Manager Certification or FCS 171 Sanitation, Health, and Safety (1 hr.) must be completed before enrolling in FCS 405 and FCS 408.

# Nutrition and Dietetics Major

Careers in health care, community and public health, wellness, foods science, foodservice, product development, food marketing, communication, and business consulting offer many diverse opportunities for graduates in this major. Students choosing the Nutrition and Dietetics major will be enrolled in the didactic program in dietetics (DPD). The DPD at Bradley University carries full accreditation by the Accreditation Council for Education in Nutrition and Dietetics (ACEND) of the Academy of Nutrition and Dietetics (AND), 120 South Riverside Plaza, Suite 2000, Chicago, IL 60606-6995, 1-800-877-1600. ACEND is recognized by the United States Department of Education (USDE). Students, who graduate from this program in compliance with all curricular requirements, and with an overall GPA of 3.0/4.0 and a science GPA of 2.75, will receive a verification statement that will allow them to pursue an ACEND-accredited dietetic internship, to take the national registration examination to become registered dietitians.

**University Requirements: 36 hours**

Candidates for all baccalaureate degrees must complete requirements in the Bradley Core Curriculum, as outlined in the All-University Degree Requirements section of this catalog. BCC requirements emphasize eight "Areas of Inquiry" that will more deeply engage the student in the process of intellectual growth. Students in this major should choose the following:

- MTH 111 Elementary Statistics - 3 hrs.

- PSY 101 Principles of Psychology - 3 hrs.
- CHM 100 Fundamentals of General Chemistry - 3 hrs.
- BIO 202 Microbiology - 4 hrs.

## Family and Consumer Sciences Core: 12-15 hours

- FCS 100 Family Dynamics - 3 hrs.
- FCS 220 Consumer Issues in Health Care - 3 hrs. **or** FCS 300 Consumer Issues in America - 3 hrs.
- FCS 310 Community Program Planning and FCS 311 Evaluation and Research Methods **or** FCS 346 FCS Resource Management - 3-6 hrs.
- FCS 442 Foundations of FCS - 3 hrs.

## Required Professional Work Experience: 3 hours

- FCS 461 Practicum in Dietetics - 3 hrs.

## Additional Required FCS Courses: 35 hours

- FCS 102 Profession of Dietetics - 1 hr.
- FCS 103 Food Resource Management - 3 hrs.
- FCS 171 Sanitation, Health, and Safety - 1 hr.
- FCS 202 Food and Nutrition - 3 hrs.
- FCS 204 Family Programs across the Lifespan - 3 hrs.
- FCS 220 Consumer Issues in Health Care - 3 hrs. (included in FCS core hrs)
- FCS 271 Food and World Cultures - 3 hrs.
- FCS 305 Experimental Foods - 1 hr.
- FCS 310 Community Program Planning - 3 hrs. (included in FCS core hrs)
- FCS 311 Evaluation and Research Methods – 3 hrs. (included in FCS core hrs)
- FCS 341 Human Development across the Lifespan - 3 hrs.
- FCS 405 Food Service Systems - 4 hrs.
- FCS 408 Management in Food Service - 4 hrs.
- FCS 410 Advanced Nutrition - 3 hrs.
- FCS 411 Medical Nutrition Therapy I - 3 hrs.
- FCS 412 Medical Nutrition Therapy II – 3 hrs.

## Required Supporting Courses: 22-23 hours

- BIO 111 Introduction to Cell Biology - 3 hrs.
- BIO 202 Microbiology and Immunology - 4 hrs. (included in the University Requirements hrs)
- BIO 230 Human Anatomy and Physiology I- 3 hrs.
- BIO 231 Human Anatomy and Physiology I Lab – 1 hr.
- BIO 232 Human Anatomy and Physiology II – 3 hr.

- BIO 233 Human Anatomy and Physiology II – 1 hr.
- CHM 100 Fundamentals of General Chemistry - 3 hrs. (included in the University Requirements hrs)
- CHM 101 Fundamentals of General Chemistry Lab - 1 hr.
- CHM 162 Fundamentals of Organic and Biochemistry - 4 hrs.
- ENS 305 Sustainability and Food **or** BIO 300 Population, Resources, and the Environment - 3 hrs.
- ML 250 Interpersonal Effectiveness in Organizations - 2 hrs. **or** PSY 321 Industrial and Organizational Psychology – 3 hrs.
- MTH 111 Elementary Statistics - 3 hrs. (included in the University Requirements hrs)
- PSY 101 Principles of Psychology - 3 hrs. (included in the University Requirements hrs)

**Required Certificate:**

- ANSI-CFP accredited Food Protection Manager Certification

# Public Health Education Major

A major in public health education is an interdisciplinary, community-focused program that will prepare graduates to develop programs and materials to help individuals and community groups make healthy lifestyle choices. Through an innovative program, students will understand the concept of community wellness, disease prevention, and optimal well-being. A strong background in both the natural and social sciences along with a required minor in health will equip students to address today's public health issues. Students graduating from this program will be eligible to take the national exam for the Certified Health Education Specialist (CHES) credential.

Graduates with a B.S. in public health education will be competitive for jobs in public health: health education, social service agencies, healthcare providers, private and non-profit organizations such as local and state health departments, hospitals, agencies such as the American Red Cross and YMCA, and other human services groups. Graduates will also be well prepared to enter graduate school in a variety of programs, such as public health and health education.

University Requirements: 36 hours

Candidates for all baccalaureate degrees must complete requirements in the Bradley Core Curriculum, as outlined in the All-University Degree Requirements (http://www.bradley.edu/academic/undergradcat/20162017/overview-arrequirements.dot) section

of this catalog. BCC requirements emphasize eight "Areas of Inquiry" that will more deeply engage the student in the process of intellectual growth. Students in this major should choose the following:

- CHM 100 Fundamentals of General Chemistry - 3 hrs.
- CHM 101 Fundamentals of General Chemistry Lab - 1 hr.
- MTH 111 Elementary Statistics - 3 hrs.
- PSY 101 Principles of Psychology - 3 hrs.
- SOC 100 The Sociological Perspective - 3 hrs.
- Others as advised and required by the Bradley Core Curriculum program and the required Health Minor.

Family and Consumer Sciences Core: 12-15 hours

- FCS 100 Family Dynamics - 3 hrs
- FCS 220 Consumer Issues in Health Care - 3 hrs. **or** FCS 300 Consumer Issues in America - 3 hrs.
- FCS 310 Community Program Planning and FCS 311 Evaluation and Research Methods **or** FCS 346 FCS Resource Management - 3-6 hrs.
- FCS 442 Foundations of FCS - 3 hrs.

Required Professional Work Experience: 3 hours

- FCS 462 Public Health Education Practicum I - 3 hrs.

Additional Required FCS Courses: 22 hours

- FCS 120 Foundations in Public Health Education - 1 hrs.
- FCS 203 School Health Promotion - 3 hrs.
- FCS 220 Consumer Issues in Healthcare - 3 hrs. (included in FCS core hrs).
- FCS 221 Introduction to Community and Public Health - 3 hrs.
- FCS 303 Nutrition - 3 hrs.
- FCS 310 Community Program Planning - 3 hrs. (included in FCS core hrs).
- FCS 311 Evaluation and Research Methods - 3 hrs. (included in FCS core hrs).
- FCS 320 Public Health Intervention Strategies - 3 hrs.
- FCS 341 Human Development through the Lifespan
- FCS 420 Public Health Policy - 2 hrs.
- FCS 421 Public Health Education Seminar - 1 hr.
- FCS 464 Leadership in Public Health Education - 3 hrs.

Required Supporting Courses: 26 hours

- BIO 111 Introduction to Cell Biology – 3 hrs.
- BIO 230 Human Anatomy and Physiology I – 3 hrs.
- BIO 232 Human Anatomy and Physiology II – 3 hrs.
- BIO 300 Population, Resources, and Environment - 3 hrs.
- CHM 100 Fundamentals of General Chemistry - 3 hrs. (included in University Requirements hrs)

- CHM 101 Fundamentals of General Chemistry Lab - 1 hr. (included in University Requirements hrs)
- CHM 162 Fundamentals of Organic and Biochemistry - 4 hrs.
- CHM 302 or NUR 391 Medical Terminology - 1 hr.
- MTH 111 Elementary Statistics - 3 hrs. (included in University Requirements hrs)
- NUR 263 Introduction to Personal and Community Health - 3 hrs.
- PSY 101 Principles of Psychology - 3 hrs. (included in University Requirements hrs)
- SOC 100 The Sociological Perspective - 3 hrs. (included in University Requirements hrs)
- 6 hrs of electives (choose from PSY 201, 309, 313, SOC 313, 333, 341, 343) - 6 hrs.

Required Health Minor: 18 hours

Required: FCS 303, NUR 263, PSY 311, electives (9 hrs)

Open Electives for Student Personalization - 16 hours

Selected in consultation with advisor.

# Retail Merchandising Major

Graduates in this area are prepared for careers in merchandising, sales, operations, buying, and other related areas in the fashion industry. A minor in Management and Leadership or Marketing is required for this major.

University Requirements

Candidates for all baccalaureate degrees must complete requirements in the Bradley Core Curriculum. Students in this major should choose the following courses:

- CHM 100 Fundamentals of General Chemistry - 3 hrs.
- CHM 101 Fundamentals of General Chemistry Lab - 1 hr.
- ECO 100 Introduction to Economics or ECO 221 Principles of Microeconomics - 3 hrs.
- PSY 101 Principles of Psychology - 3 hrs.

Family and Consumer Sciences Core: 12-15 hrs.

- FCS 100 Family Dynamics - 3 hrs
- FCS 220 Consumer Issues in Health Care - 3 hrs. **or** FCS 300 Consumer Issues in America - 3 hrs.
- FCS 310 Community Program Planning and FCS 311 Evaluation and Research Methods **or** FCS 346 FCS Resource Management - 3-6 hrs.
- FCS 442 Foundations of FCS - 3 hrs.

Required Professional Work Experience: 3 hrs.

- FCS 460 Retail Merchandising Practicum - 3 hrs.

Additional Required FCS Courses: 31 hours
(must earn C or better in each of these courses)

- FCS 131 The Fashion Industry - 3 hrs.

- FCS 133 Apparel Production - 3 hrs.
- FCS 233 Consumer Textiles - 3 hrs.
- FCS 237 Sustainability in Retail - 3 hrs.
- FCS 330 Fashion Merchandising - 3 hrs.
- FCS 331 Merchandising Lab - 1 hr.
- FCS 333 Advanced Textiles - 3 hrs.
- FCS 334 Visual Merchandising - 3 hrs.
- FCS 336 History of Fashion - 3 hrs.
- FCS 337 Clothing and Human Behavior - 3 hrs.
- FCS 438 Global Issues of Textile and Apparel - 3 hrs.

Required Supporting Courses: 6 hrs.

- ART 227 Basic Graphic Design - 3 hrs.
- MTG 381 Integrated Marketing Communications **or** COM 220 Advertising as Communication - 3 hrs.

**Required Minor: A minor in management and leadership or marketing is required for this major.**

# Family and Consumer Sciences Minor - 15 hrs.

The minor in family and consumer sciences enhances other career options, provides career flexibility, and enhances personal knowledge. This minor will allow students to choose courses within:

- Family and Consumer Sciences
- Dietetics
- Apparel and Textiles
- Hospitality Leadership
- Community Wellness

Transfer policies for minors are the same as for family and consumer sciences majors. Prior approval of transfer credit must be secured from the chair of Family and Consumer Sciences. The requirements for a minor in family and consumer sciences are:

1. FCS 300 Consumer Issues In America - 3 hrs.
2. FCS electives: 12 hours (9 hours must be in Family and Consumer Sciences courses above the 200 level.)

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# FAMILY AND CONSUMER SCIENCES COURSES

**FCS 100 - Family Dynamics** *(3 hours)*

**Core Curr. SB**

Examine relationships within family systems across the life span, and their reciprocal relationship with cultural and societal dynamics. Strengthen skills necessary for healthy relationships, including problem solving, communication, conflict resolution, decision-making, time- and stress management. Explore and integrate research and theories in family studies.

**FCS 102 - Profession of Dietetics** *(1 hour)*

An introduction to the profession of dietetics including history of the profession, career opportunities, role in a healthcare team, scope of practice, code of ethics, and professional associations. Prerequisite: Nutrition and Dietetics major or consent of instructor.

**FCS 103 - Food Resource Management** *(3 hours)*

Application of concepts related to decision-making, planning and budgeting, and preparation of food. Prerequisite: FCS major or consent of instructor.

**FCS 104 - Introductory Food Principles** *(4 hours)*

Scientific principles of food preparation and selection. Laboratory experiences demonstrate theoretical concepts.

**FCS 120 - Foundations in Public Health Education** *(1 hour)*

Introduction to public health education including historical, philosophical, and ethical foundations, core concepts and values. Covers professional roles and responsibilities of public health educators. Prerequisite: Public Health Education major or instructor consent

**FCS 131 - The Fashion Industry** *(3 hours)*

Exploration of the structure and scope of the fashion industry and related careers.

**FCS 133 - Apparel Production** *(3 hours)*

Study of garment manufacturing and decision making involved in producing apparel. Includes laboratory.

**FCS 140 - Introduction to Family and Consumer Sciences** *(2 hours)*

Family and consumer sciences professions, history, philosophy, theory and foundations.

Prerequisite: FCS Major

**FCS 170 - Introduction to the Hospitality Industry** *(3 hours)*

Introduction to the history, growth, and development of global tourism and the hospitality industry including the leadership, ownership, management, organization, and structure of hotels and food service operations, and the many diverse hospitality venues; professional associations; hospitality labor trends; promotional practices; and best practices in hospitality.

**FCS 171 - Sanitation, Health, and Safety** *(1 hour)*

Sanitation and safety principles and regulations as related to the hospitality industry including Hazard Analysis Critical Control Point (HACCP) principles and procedures, safety and security issues and procedures, and associated health issues related to sanitation and safety in the hospitality industry. Students must take an ANSI-CFP accredited food safety sanitation certification examination to receive credit.

**FCS 172 - Hospitality Practices I** *(3 hours)*

Overview of hospitality practices to include review of economic environment of profit and nonprofit organizations, application of a systems approach to the identification of inputs such as function objectives, site selection and venue specifications, resources available and utilized including financial, labor and appropriate sponsorships; planning and development of procedures, timelines, budgets, Request For Proposals (RFP), regulation compliance activities; event contracts and negotiations; promotional activities; on-site logistics; management of events; and assessments. Prerequisite: FCS 170 or concurrent enrollment

**FCS 173 - Lodging Operations** *(3 hours)*

Discover and apply information about lodging operations, such as front office procedures, guest relations, reservations, selling strategies, handling guest inquiries, night audit functions, and computer applications.

**FCS 202 - Food and Nutrition** *(3 hours)*

An overview of the science of nutrition including macronutrients and micronutrients. Primarily focuses on the relationship between dietary intake and health. Examines current issues in human nutrition. Prerequisite:

**FCS 203 - School Health Promotion** *(3 hours)*

Concepts of promoting health of K-12 and college students. Emphasis on skills-based health education, components of coordinated school health, school wellness policies, and teaching strategies for meeting health needs of learners in group settings. Prerequisite:

**FCS 204 - Family Programs Across the Life Span** *(3 hours)*

Exploration of local, state, and national level programs, services, and policies for families from a life span perspective. Prerequisite: FCS majors or consent of instructor

**FCS 220 - Consumer Issues in Health Care** *(3 hours)*

Evaluating consumer health information and resources, including an overview of health care systems and health services across the life span. Cross listed as HS 220. Prerequisite: HS 110 or FCS major, and sophomore standing; or instructor consent.

**FCS 221 - Introduction to Community and Public Health** *(3 hours)*

Overview of principles and concepts of community and public health including determinants of health, community health needs among diverse populations, and health agencies and organizations. Prerequisite:

**FCS 231 - Pattern Making** *(3 hours)*

Principles of flat pattern method; pattern alteration; original pattern design; completed garment. Prerequisite: FCS 133 or consent of instructor.

**FCS 233 - Consumer Textiles** *(3 hours)*

Consumer-oriented study of textiles emphasizing fibers, yarns, fabric constructions, and finishes. Prerequisite:

**FCS 235 - Apparel Product Development and Analysis** *(3 hours)*

Examines the processes of apparel product development and quality analysis. Emphasis is placed on apparel design elements in relation to appearance, performance, and cost. Prerequisite: FCS 133; FCS 233 or concurrent enrollment

**FCS 237 - Sustainability in Retail** *(3 hours)*

Environmental, economical, and ethical sustainability practices of retail industries from the raw material to disposal. Prerequisite:

## FCS 246 - Family Systems and Applications *(3 hours)*

Study of family systems and management theory with application of concepts in the near environment of family and consumer. Prerequisite: FCS 140.

## FCS 270 - Special Event Planning *(3 hours)*

Study of event planning, implementation, and evaluation.

## FCS 271 - Food & World Cultures *(3 hours)*

This course is an exploration of a variety of foods and cultures that demonstrate the influences of demography, geography, history, social traditions, religious beliefs, and other environmental considerations on food, its preparation, service, and symbolism/meaning. Prerequisite:

## FCS 272 - Hospitality Facilities Management *(3 hours)*

A comprehensive introduction to hospitality-related facility services and establishment of departments, examination of the associated functions, and the interdependent relationship among departments. Facilities and property management concepts introduced. Prerequisite: FCS 170 or concurrent enrollment, FCS 173 or concurrent enrollment

## FCS 300 - Consumer Issues in America *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

Personal finance, consumer credit, durable and non-durable goods and services, and consumer protection in the marketplace.

## FCS 301 - Nutrition Today *(3 hours)*

**Gen. Ed. TS**

Problem-based learning approach to examine current issues and nutritional practices through exploration of underlying biochemical and physiological principles; formulation of personal diet and wellness plans. Prerequisite: junior/senior standing; one college-level science course. Not open to students who have taken FCS 303.

## FCS 303 - Nutrition *(3 hours)*

Human energy and nutrient requirements and utilization throughout the life cycle in performance, disease prevention, and health promotion; dietary assessment and intervention; evidence-based decision making. Prerequisite: CHM 162 or equivalent; BIO 230 and 232

## FCS 304 - Sports and Exercise Nutrition *(3 hours)*

Design of approximate diets for exercise and sports to enhance utilization and maximize performance. An integrative, case study approach. Prerequisite: FCS 202, FCS 301 or FCS 303; junior standing.

## FCS 305 - Experimental Foods *(1 hour)*

Scientific principles of food composition, preparation, and preservation. Prerequisite: FCS 103 or 104, FCS 171 or ANSI-CFP accredited Food Protection Manager Certification, and FCS 202.

## FCS 307 - Life Cycle Nutrition *(3 hours)*

In-depth investigation of the nutritional and educational requirements throughout the life cycle using an interactive approach. Critical thinking and problem-solving skills are enhanced through discussion, reflection, and a cross-cultural service-learning project at a community agency. Nutritional interviewing and counseling skills will be developed through interactive role play. Prerequisite: FCS 303 and 310. Corequisite: FCS 311

## FCS 308 - Nutrition Counseling *(2 hours)*

Designed to equip students to be effective nutritional counselors. Students will be trained in motivational interviewing techniques. Acquired skills will be practiced in an on-campus nutrition clinic. Observation by peers, instructors and videotaping will provide feedback. Experience will be gained in clinic protocol, the nutrition care process and charting by ADIME. Prerequisite: College level nutrition course;FCS major.

## FCS 309 - Investigation of Food Topics *(3 hours)*
## Core Curr. WI

Group and individual investigation of and experimentation with scientific principles of food and research. Prerequisite: FCS 104.

## FCS 310 - Community Program Planning *(3 hours)*
## Core Curr. WI

Assessing and prioritizing community health needs, principles of program planning including use of comprehensive planning models, development of goals and objectives, incorporating health behavior theory, and gaining community support. Prerequisite: Junior standing and FCS major; or instructor consent

## FCS 311 - Evaluation and Research Methods *(3 hours)*

**Core Curr. EL**

Methods of monitoring, evaluating, and assessing impact of health education programs, emphasis on selecting valid and reliable measures, use of statistics, and communicating outcomes to stakeholders. Prerequisite: FCS 310 and MTH 111; or consent of instructor

## FCS 320 - Public Health Intervention Strategies *(3 hours)*

Methods including health communication, education, policy and advocacy, environmental change, and community services to promote and protect health. Prerequisite: FCS 120 and FCS 203; or instructor consent

## FCS 330 - Fashion Merchandising *(3 hours)*

Merchandising: organization, operation, and interrelationship of major facets of textile and clothing industry. Prerequisite: FCS 131

## FCS 331 - Fashion Merchandising Laboratory *(1 hour)*

Experimental work related to fashion merchandising. Prerequisite: FCS 131; concurrent enrollment in FCS 330.

## FCS 332 - Advanced Clothing Construction *(3 hours)*

Tailoring and experimental construction techniques in individual projects. Prerequisite: FCS 133 or consent of instructor.

## FCS 333 - Apparel Product Development and Quality Assurance *(3 hours)*

Examines the processes of apparel product development and quality assurance. Emphasis is placed on apparel design elements in relation to appearance, performance, quality, and cost. Prerequisite: FCS 233

## FCS 334 - Visual Merchandising *(3 hours)*

The investigation and application of various areas and methods of merchandise presentation to maximize the salability of merchandise. Prerequisite: FCS 131 or consent of instructor

## FCS 335 - Survey of Fashion Designers *(3 hours)*

The study of fashion designers, artists, and style makers who have had a significant impact on fashion from the nineteenth century to the present. Prerequisite: Junior standing or consent of instructor

## FCS 336 - History of Fashion *(3 hours)*

Historic costume and relationship to contemporary dress; emphasis on design and current fashion.

## FCS 337 - Clothing and Human Behavior *(3 hours)*

Interdisciplinary study of cultural, social, psychological, economic, and aesthetic relationship of clothing to today's society.

## FCS 341 - Human Development Through the Lifespan *(3 hours)*

Physical, cognitive, emotional and social growth and development throughout the human lifespan. Not open to students with credit in PSY 303 or PSY 350. Prerequisite:

## FCS 342 - Child Development Laboratory *(3 hours)*

Practical experience working with 3 year olds. Prerequisite: FCS 341 or PSY 304 or ETE 225 or equivalent.

## FCS 346 - FCS Resource Management *(3 hours)*

Application of resource management concepts within a service learning project. Students perform needs assessment, program design, and evaluation relying on basic research methods. Prerequisite: FCS 100 and FCS major; or consent of instructor.

## FCS 357 - Housing and Interior Design Concepts *(3 hours)*

Basic concepts of housing and interior design; emphasis on historic periods and their relationship to contemporary housing and furnishings.

## FCS 370 - Hospitality Management Accounting *(3 hours)*

Hospitality Management Accounting introduces participants to the concepts of accounting, controls and reporting in the hospitality industry. Hospitality Management Accounting focuses on accounting information that is used in managing hospitality operations, specifically forecasting, budgeting, management reports and understanding P&L statements. These concepts will be applied to actual business situations and presented and discussed using problems, case studies and project reports and presentations. Prerequisite: ATG 101 or ATG 157

## FCS 371 - Convention & Meeting Planning *(3 hours)*

The roles and responsibilities of professional meeting planners are examined. Planning or hosting a convention or meeting for a corporation, association, or special group. Prerequisite:

**FCS 372 - Hospitality Law** *(3 hours)*

**Core Curr. WI**

An overview of the legal and ethical issues related to the operation of facilities, particularly those with sustainable goals. Prerequisite: FCS 272 and MTG 315.

**FCS 375 - Hospitality Practicum I** *(3 hours)*

Exploration of the hospitality industry by active participation in the hospitality and profession. This includes a minimum of 320 hours of approved practice. Prerequisite: FCS 170 and FCS 272.

**FCS 376 - Hospitality Seminar I** *(1 hour)*

Exploration of current issues in the hospitality industry including discussions with current leaders in the hospitality industry and/or members of the FCS Hospitality Leadership Advisory Council. Prerequisite: Junior standing in HLP.

**FCS 400 - Senior Seminar in Family and Consumer Sciences** *(1 hour)*

Personal exploration of interrelated knowledge and professional competencies in family and consumer sciences; factors influencing research. Emphasis on family and consumer sciences as an integrated field of study. Prerequisite: senior standing; family and consumer sciences major.

**FCS 401 - Readings in Family and Consumer Sciences** *(1-3 hours)*

Individual readings in specialized areas of family and consumer sciences for qualified students, under faculty supervision. Prerequisite: consent of department chair.

**FCS 402 - Problems in Family and Consumer Sciences** *(1-3 hours)*

Independent study in family and consumer sciences for qualified students, under faculty supervision. Prerequisite: consent of department chair.

**FCS 403 - Supervised Research** *(1-3 hours)*

Independent student research in family and consumer sciences, under faculty supervision. May be repeated for a maximum of 6 hours. Satisfactory/Unsatisfactory. Prerequisite: FCS major, junior standing, and consent of department chair.

**FCS 405 - Food Service Systems** *(4 hours)*

Exploration of food service systems concepts, organization of food service operations, menu planning, food production and procurement, quantitative evaluations of food service operations, and laboratory experiences. Prerequisite: FCS 103 or 104; FCS 171 or ANSI-CFP accredited Food Protection Manager Certification

**FCS 407 - Nutrition Assessment** *(3 hours)*

Assessment of nutritional status by dietary, anthropometric, biochemical, clinical, and physical methods; interpretation of nutritional indicators of health; documentation, including nutrition care process; evidence-based practice guidelines. Prerequisite: FCS 303, BIO 230, BIO 232, FCS 410. Corequisite: FCS 411.

**FCS 408 - Management in Food Service** *(4 hours)*

Application of theories, principles, and functions of management to a food service system operation. Emphasis on qualitative and quantitative evaluation of operational, financial, sales, inventory, and procurement data. Prerequisite: FCS 405

**FCS 410 - Advanced Nutrition** *(3 hours)*

Impact of food, nutrition, and lifestyle choices on performances, disease prevention, and health; biochemistry of energy and nutrient utilization in relation to human biological functions; interpretation of literature; current information technologies. Prerequisite: BIO 232; CHM 116 or CHM 162; Grade of B or better in FCS 202 or FCS 303

**FCS 411 - Medical Nutrition Therapy I** *(3 hours)*

Biochemical and physiological principles underlying dietary modification in the prevention and treatment of various conditions; diet design; nutrigenomics; pharmaceuticals; complementary and integrative therapies; emphasis on applications and case studies to foster critical thinking and problem-solving. Prerequisite: Grade of C or better in FCS 410.

**FCS 412 - Medical Nutrition Therapy II** *(3 hours)*

Biochemical and pathophysiological rationale, therapeutic dietary modifications for various disease conditions; nutrition support in malnutrition and hypermetabolic conditions; emphasis on evidence-based practice applications and case studies to foster critical thinking and problem-solving. Prerequisite: Grade of C or better in FCS 411

**FCS 420 - Public Health Policy** *(2 hours)*

Analysis of policies including laws, regulations, and decisions by government and other organizations influencing public health. Prerequisite: FCS 220 and 320; or instructor consent

**FCS 421 - Public Health Education Seminar** *(1 hour)*

Exploration of selected contemporary issues within the public health profession. Prerequisite: Senior standing and Public Health Education major; or instructor consent

**FCS 433 - Issues and Trends in Apparel and Textiles** *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. Course may be repeated for a maximum of 6 hours credit. Prerequisite: FCS 130 or 233 or consent of instructor.

**FCS 438 - Global Issues in Textiles and Apparel** *(3 hours)*

Evaluation of key issues facing textile and apparel business in global markets including economic, political, and professional implications; theoretical foundation of global sourcing. Prerequisite: Junior Standing

**FCS 440 - Family Relations** *(3 hours)*

Emphasis on man-woman relationship, marriage, and family interactions and reactions.

**FCS 442 - Foundations of FCS** *(3 hours)*

Review of theoretical, philosophical, ethical, and historical foundations of FCS; includes analysis, critique, and discussion of FCS literature. Emphasizes the integrative and applied nature of the discipline. Prerequisite: FCS major and junior standing; or consent of instructor

**FCS 460 - Practicum in Family & Consumer Sciences** *(3 hours)*

Integration of family and consumer sciences theory with applications in the workplace. Prerequisite: Family and consumer sciences major or consent of department chair.

**FCS 461 - Practicum in Dietetics** *(3 hours)*

Exploration of the dietetics profession, legislative aspects, and impact of public policy on dietetics practice; current reimbursement issues; portfolios, with selected practicum experience within a nutrition and/or dietetics-related workplace. Prerequisite: Senior standing; FCSD major.

**FCS 462 - Public Health Education Practicum I** *(3 hours)*

Field-oriented, supervised learning activities outside the college classroom, including a preplanned assessment of the experience. Course registration for the experience is required and a postevaluation with the instructor will be conducted. Prerequisite: Senior standing and public health education major; or consent of instructor

**FCS 463 - Public Health Education Practicum II** *(1-6 hours)*

Field-oriented, supervised learning activities outside the college classroom that including a preplanned assessment of the experience. Course registration for the experience is required and

a postevaluation with the instructor will be conducted. Prerequisite: FCS 462 or consent of instructor

## FCS 464 - Leadership in Public Health Education *(3 hours)*

Emphasis on leadership, management, and administration in public health settings. Prerequisite: FCS 462 or consent of instructor

## FCS 470 - Special Topics in Hospitality Business *(3 hours)*

This special topics course may vary each time it is offered. The course name will appear in the class schedule. Prerequisite: FCS 272, FCS 370 or concurrent enrollment.

## FCS 475 - Hospitality Practicum II *(3 hours)*

Intensive active leadership responsibilities in the hospitality profession. This includes a minimum of 320 hours of approved practice. Prerequisite: Senior standing, FCS 375 or consent of department chair.

## FCS 476 - Hospitality Seminar II *(1 hour)*

Study of leadership topics in the hospitality industry; students will also explore issues based on their personal interests and experiences to date. Prerequisite: Senior standing in HLP.

## FCS 507 - Nutrition Counseling and Assessment *(3 hours)*

This course will focus on motivational interviewing techniques. Nutritional assessment will be centered around the nutrition care process including the assessment of nutritional status by anthropometric, biochemical, clinical, and dietary methods with an emphasis on nutrition focused physical examinations. Prerequisite: B or better in FCS 202 or 303; dietetics major or consent of instructor

## FCS 508 - Advanced Food Service Management *(3 hours)*

Advanced application of theories, principles, and functions of management to a food service system operation. Emphasis on advanced qualitative and quantitative evaluation of food service systems operations. Prerequisite: Admission to Dietetic Internship Certificate program

## FCS 510 - Topics in Global Wellness *(3 hours)*

Designed to provide global cultural experiences that focus on nutrition and wellness. Emphasis is placed on the health and wellness systems of different cultures, including complementary and alternative medicine (CAM).

## FCS 514 - Food Security and Food Systems *(3 hours)*

Causes and consequences of food insecurity on the health and well-being of individuals and families, as well as the nutritional and political implications these may pose in the local, national and global food systems. Prerequisite: FCS 202 or 303; dietetics major or consent of instructor

## FCS 585 - Topics in Family & Consumer Sciences *(1-6 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. Prerequisite: senior or graduate standing, and consent of instructor.

## FCS 586 - Directed Studies in Family and Consumer Sciences *(1-6 hours)*

Directed studies in family and consumer sciences through selected readings and written assignments. May be repeated up to a total of 6 credit hours. Prerequisite: graduate standing in FCS; consent of instructor.

## FCS 601 - Community Nutrition Intervention *(3 hours)*

This course aims to give students the skills to design and evaluate an evidence-based nutrition intervention program. Students will learn about behavior change theory, conducting a needs assessment, designing a program including intervention strategies, and evaluating a program's effectiveness. Prerequisite: Admission to the DI-MS program.

## FCS 604 - Seminar *(1 hour)*

Design and conduct a nutrition/wellness themed-research project. May be repeated for a maximum of three semester hours. Prerequisite: Enrollment into DI-MS program or consent of program director

## FCS 606 - Nutrition and Wellness *(3 hours)*

Investigates nutrition principles related to health and wellness throughout diverse groups and community settings. Special emphasis is placed on application of nutritional information to solve problems through critical thinking. Prerequisite: Enrollment into DI-MS program or consent of program director.

## FCS 607 - Clinical Dietetics *(3 hours)*

Designed to provide students with an in-depth review of energy requirements and nutrient metabolism in health and disease; to explore clinical applications and evidence-based practice in various disorders; to apply critical thinking to solve case studies; and to become familiar with current research through literature reviews, group discussions and presentations. Prerequisite: admission to the Dietetics Internship Certificate program.

**FCS 609 - Advanced Medical Nutrition Therapy** *(3 hours)*

Designed to equip students with increased understanding of the role of nutrition in various clinical conditions. Students explore clinical applications and evidence-based practice in various disorders. Prerequisite: Enrollment in the DI-MS program or consent of program director

**FCS 612 - Cultural Influences in Food and Nutrition** *(3 hours)*

This course explores the cultural influence of food and nutrition with particular attention to the impact that food patterns have on nutritional status and health. Prerequisite: Enrollment in DI-MS program or consent of program director

**FCS 616 - Applications in Wellness** *(3 hours)*

Designed as a capstone course for the MS-DI program, including preparation for the RD exam and professional portfolio. Hands-on application of nutrition and wellness knowledge and skills is emphasized. Prerequisite: Enrollment in DI-MS program or consent of program director; FCS 606

**FCS 640 - Research Methods in FCS** *(3 hours)*

Research Methods in FCS. Concepts, methods, and strategies for research in the social and behavioral sciences. Topics include the nature of scientific research, measurement, types of research, validity of research designs, methods of data collection, and strategies for data analysis. Coding, entry, and manipulation of quantitative data including use of SPSS and its syntax will be addressed. Prerequisite: admission to the Dietetics Internship Certificate program.

**FCS 641 - Research Methods in Nutrition Wellness** *(3 hours)*

Introduction to concepts, methods, and strategies for research in nutrition and dietetics. Topics include article database search, literature review, the nature of scientific research, research idea conceptualization, formulation of hypotheses and research questions, research proposals, and Institutional Review Board (IRB) requirements. Prerequisite: Enrollment in the DI-MS program or consent of program director.

**FCS 642 - Research Methods in Nutrition Wellness II** *(3 hours)*

Advanced concepts, methods, and strategies for research in nutrition and dietetics. Topics include measurement, survey design, types of research, validity of research designs, methods of data collection, and strategies for data analysis and reporting. Collecting, coding, entry, and manipulation of simple qualitative and quantitative data, and the use of SPSS will be addressed. Prerequisite: Enrollment in DI-MS program or consent of program director; FCS 641

**FCS 646 - Statistical Methods in Nutrition Wellness** *(3 hours)*

Exploration of statistical concepts and methods in Nutrition Wellness, from descriptive to multivariate statistics, through entering, coding, and analyzing quantitative data in SPSS, and qualitative data in MS Excel. Prerequisite: Enrollment in DI-MS program or consent of program director.

**FCS 688 - Research in Dietetics** *(0-1 hours)*

Designed as a continuation of FCS 640, Research Methods in FCS, individually supervised by a faculty member in FCS. One credit hour. Students will continue to develop the research project and complete and present it. Prerequisite: FCS 640

**FCS 698 - Supervised Practice** *(0 hours)*

Accreditation standards require that students enrolled in dietetic internship programs receive at least 1200 hours of supervised practice. Students will work directly with approved preceptors in clinical, community, food service, and wellness settings. The dietetic internship director will be responsible for aligning appropriate accreditation competencies to the supervised practice experiences. Prerequisite: Enrollment in the DI-MS program

**FCS 699 - Thesis Research** *(0-6 hours)*

Design and conduct a nutrition/wellness themed-research project. May be repeated for a maximum of six semester hours. Prerequisite: Enrollment in the DI-MS program or consent of program director; FCS 641

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# PHYSICAL THERAPY AND HEALTH SCIENCE

**FACULTY** Professor Tippett (chair); Associate Professors Peterson, Pratt, Strubhar; Assistant Professors S. Bertram, Durr, Kelly, Latva, Reynolds, Way.

Coordinator of Health Science Advising and Academic Experiences: R. Bertram

The Department of Physical Therapy and Health Science offers a Bachelor of Science degree with a health science major in addition to a Doctor of Physical Therapy (D.P.T.) degree. For more information regarding the D.P.T. degree, please refer to the Graduate Catalog.

## Mission

The mission of the Department of Physical Therapy and Health Science is to develop versatile individuals in a student-centered and collaborative environment that prepares our graduates to lead, educate, advocate, and serve in a dynamic healthcare environment.

## Kinesiology and Health Science Major

The major provides students with requisite knowledge and skills for post graduate study in a variety of healthcare fields as well as entry level positions in the workforce. Our graduates have gone on to successfully complete post baccalaureate degrees in physical therapy, physician assistant, occupational therapy, medicine, athletic training, chiropractic, counseling, public health and other professions. Graduates entering the workforce have gained employment in medical sales, pharmaceutical sales, healthcare management and administration, as well as various positions in the health and fitness arena.

## Admission Requirements

In addition to University and College of Education and Health Sciences requirements, the following are recommended for students to receive full consideration for admission to the Kinesiology and Health Science major as a freshman:

1. a minimum of three years of high school mathematics and science (biology, chemistry, physics, anatomy and physiology are recommended.
2. SAT minimum score of 1,100 or ACT minimum score of 22.

## Areas of Focus

Majors typically pursue course work associated with one of three distinct tracks or areas of focus. One track is geared towards students pursuing graduate study in health care professions such as physical therapy, occupational therapy, and athletic training. Another common track or area of focus is for students wishing to pursue professions in medicine, physician assistant or chiropractic. The third area of focus is for students wishing to pursue post-graduate study in a non-direct patient care capacity or students wishing to immediately enter the workforce following graduation.

In addition to required coursework students are required to choose a minor course of studies. Students are encouraged to explore the various options for their required minor and discuss their plans with their academic advisor before declaring a minor prior to the end of the sophomore year.

Required courses for all students in the major include:

- BIO 111/113 Introduction to Cell Biology - 4 hrs.
- BIO 112/114 Introduction to Ecology and Evolution - 4 hrs.
- BIO 230/231 Human Anatomy and Physiology I - 4 hrs.
- BIO 232/233 Human Anatomy and Physiology II - 4 hrs.
- CHM 110/111: General Chemistry I – 4 hours
- CHM 116/117: General Chemistry II – 5 hours
- CHM 302 **or** NUR 391 Medical Terminology -1 hr.
- ENC 370/375: Human Relations Developmental Techniques – 3 hours
- ETE 402 Educational Methods, Strategies and Evaluation Techniques - 3 hrs.
- FCS 303 Nutrition - 3 hrs.
- HS 110 Introduction to Health Science - 1 hr.
- HS 210: Concepts in Personal Wellness and Fitness **or** HS 230: Measurement in Physical Activity – 3 hours
- HS 300: Experiential Learning in Health Science – 1-4 hours
- HS 310: Statistical Procedures in Health Science **or** PSY Quantitative Methods – 3 hours*
- HS 320: Exercise Physiology – 3 hours
- HS 460: Kinesiology – 3 hours
- HS 470: Health Science Applications of Exercise Prescription or HS 480: Biomechanics – 3 hours
- ML 250: Interpersonal Effectiveness in Organizations – 2 hours **or** ML 350: Managing for Results in Organizations – 2 hours
- MTH 115: Brief Calculus with Applications I **or** MTH 121: Calculus I – 4 hours
- PHY 107: General Physics I – 4 hours
- PHY 108 General Physics II – 4 hours

- PSY 101: Principles of Psychology – 3 hours

Plus one of the following electives:

- HS/FCS 220 Consumer Issues in Health Care - 3 hrs.
- NUR 217 Men's Health Issues - 2 hrs.
- NUR 219 Women's Health Issues - 3 hrs.
- HS 343 Ethics of Healthcare – 3hrs.
- HS 345 Motor Control and Motor Learning – 3hrs.
- HS 350 Special Topics in Health Care – 3hrs.
- HS 380 Disability and Health in a Global Society – 3hrs.
- HS 425: Independent Study – 1-3hrs.

**Total hours for the major – 71-75 hours**

*Health Science majors will take HS 310 unless they are pursuing a neuroscience minor.

In addition to the required list of courses, students interested in physical therapy, occupational therapy, and athletic training are encouraged to choose as many Health Science courses as possible and should consider enrolling in PSY 303: Lifespan Developmental Psychology and/or PSY 311: Principles of Abnormal Psychology.

In addition to the required list of courses, students interested in physician assistant, medicine, and chiropractic are encouraged to enroll in BIO 202: Microbiology and Immunology, CHM 162: Fundamentals of Organic and Biochemistry.

In addition to the required list of courses, students not interested in graduate education or looking to enter the workforce after graduation are encouraged to pursue a minor course of studies. Past Health Science students have successfully completed a minor course of study in multiple areas. Some of the most common minors are Management and Leadership, Neuroscience, Foreign Language, Health, Biology, Chemistry, and others.

At least 124 credit hours are required for the bachelor's degree, with at least 40 credit hours at the 300 level or above. Students must also meet Bradley University Core Curriculum requirements.  Kinesiology and Health Science majors are required to take a minor, chosen in consultation with advisors in the Department of Physical Therapy and Health Science and in the minor department.

# Extra-Curricular Opportunities

Post-baccalaureate educational programs and future employers seek well rounded students who are involved in activities outside of the classroom. Bradley offers more than 200 student organizations that provide opportunities for Health Science students to become engaged on campus and in the local community. The Department of Physical Therapy and Health Science sponsor two organizations that include the Health Science Organization; and a service dog training program called "Wags for Mags." Health Science students have also served as tutors for local grade school and high school students who are patients at the Children's Hospital of Illinois, have volunteered side by side with Department faculty for Special Olympics, and have participated in other community programs as well. Health Science students have also taken advantage of unique opportunities to study in London, Dublin, and other foreign cities associated with Bradley's Study Abroad Program and in doing so have successfully completed the College of Education and Health Science Global Scholars Program. Students have also accompanied Doctor of Physical Therapy students and Department faculty on mission trips to the Dominican Republic.

**The Doctorate of Physical Therapy**

Freshmen admitted to the undergraduate program in Health Science have the opportunity for early assurance (formerly known as direct admission) into Bradley's graduate program if they meet the following main criteria:

- all math and science courses must be taken at Bradley
- students must attain a math, science and overall GPA of 3.4 at the end of freshman year, 3.4 at the end of the sophomore year and 3.5 at the end of the junior year.

In addition to the GPA requirements – student must meet the following criteria to remain eligible for the early assurance option:

Criteria to maintain the Early Assurance Option.

1. Freshman must claim their early assurance with the Department of Physical Therapy and Health Science by the end of the third week in the fall of their freshman year.
2. After matriculation, all required math/science courses must be taken at Bradley. Advanced placement credit in the required math/science courses posted to their Bradley transcript will be accepted.
3. Students must attain a math, science and overall GPA of 3.4 at the end of the sophomore year and 3.5 end of the junior year. Students must have a minimum of a B average in BIO 230/231: Human Anatomy and Physiology I and BIO 232/233: Human Anatomy and Physiology II.

4. The following courses must be completed by the beginning of the senior year: BIO: 111/113, BIO: 112/114, BIO 230/231, BIO 232/233, PHY 107/108, and MTH 115 or MTH 121.

5. Prior to the beginning of senior year, a student must have a minimum of 40 hours of observation in a physical therapy clinic with a minimum of 8 hours in an inpatient, skilled nursing or acute care setting. Time observing in the Department's Clinic for Fitness and Function does not count toward these observation hours.

6. Early assurance cannot be deferred to the next application cycle.

7. Students who have early assurance and will be graduating in 3 years must let the department know of their early graduation in the fall of their sophomore year. In addition, students graduating in 3 years must have a math, science and overall GPA 3.5 at the end of their sophomore year (second year) and apply through PTCAS in the fall of their final year (3rd year).

8. Students MUST complete the application process to the DPT program through Physical Therapy Centralized Application Service (PTCAS). This includes submitting GRE scores, completing all the items in the application and submitting all fees before the published deadlines.

9. Early assurance can be denied for the following reasons: not following the procedures above, not maintaining the required GPA, not completing the application through PTCAS, not meeting the required observation hours, demonstrating egregious behavior while a student at Bradley, demonstrating unprofessional behavior in classes taken at Bradley.

Sample Plan of Study

Following is a suggested plan of study for Health Science Majors. Students should create a formal plan of study and discuss progress towards their degree with their advisors at least once a semester. Please note that course offerings can vary semester to semester. According to the Bradley University catalog, every candidate for a degree is personally responsible for meeting all requirements for graduation. No University official can relieve the student of this responsibility.

## Freshman - Fall Semester (16 hours)

- BIO 111/113: Introduction to Cell Biology – 4 credit hours
- CHM 110/111: General Chemistry I – 4 credit hours
- MTH 115 or 121: Calculus I – 4 credit hours
- BCC requirement – 3 credit hours
- HS 110: Intro to Health Science – 1 credit hour

## Freshman - Spring Semester (15 hours)

- BIO 112/114: Introduction to Ecology and Evolution – 4 credit hours
- CHM 116/117: General Chemistry II – 5 credit hours
- PSY 101: Principles of Psychology – 3 credit hours
- BCC requirements – 3 credit hours

## Sophomore - Fall Semester (16 hours)

- PHY 107:General Physics I – 4 credit hours
- HS 210: Concepts in Personal Wellness and Fitness – 3 credit hours
- Electives or minor requirement – 3 credit hours
- BCC requirement – 6 credit hours

## Sophomore - Spring Semester (16 hours)

- PHY 108: General Physics II – 4 credit hours
- HS 310: Statistical Procedures in Health Sciences – 3 credit hours
  **or** PSY 205 Quantitative Methods – 3 credit hours
- HS 230 Measurement in Physical Activity (if HS 210 not taken) – 3 credit hours
- BCC or minor requirements – 6 credit hours

## Junior - Fall Semester (15-16 hours)

- HS 320: Exercise Physiology – 3 credit hours
- BCC requirement – 3 credit hours
- Electives or minor requirements – 3 credit hours
- M L 250 Interpersonal Effectiveness in Organizations – 3 credit hours
  **or** M L 350 Managing for Results in Organizations – 2 credit hours
- BIO 230/231 Human Anatomy and Physiology I – 4 credit hours

## Junior - Spring Semester (16 hours)

- Electives – 3 credit hours
- BIO 232/233: Anatomy and Physiology II – 4 credit hours
- FCS 303: Nutrition – 3 credit hours
- BCC requirement – 3 credit hours
- HS 300: Experiential Learning in Health Science – 1-2 credit hours

## Senior - Fall Semester (15 hours)

- BCC requirement – 6 credit hours
- HS Elective – 3 credit hours
- ETE 402: Educational Methods, Strategies and Evaluation Techniques – 3 hours
- HS 460: Kinesiology – 3 credit hours

## Senior - Spring Semester (15 hours)

- Electives or minor requirements – 6 credit hours
- ENC 370/375: Human Relations Development – 3 credit hours
- CHM 302 **or** NUR 391: Medical Terminology – 1 credit hour

- HS 470: **Health Science Application of Exercise Prescription** or **HS 480: Motion Analysis** – 3 credit hours

Students considering graduate work as a physician, physician assistant, chiropractor, or dentist should consider electives in organic chemistry, microbiology and other pertinent course work.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# HEALTH SCIENCE COURSES

**H S 110 - Introduction to Health Science** *(1 hour)*

Health care professions, terminology, concepts in health science, and basic knowledge and skills of those in health science. Prerequisite: HS major or consent of department Chair.

**H S 210 - Concepts in Personal Wellness and Fitness** *(3 hours)*

An overview of topics designed to provide students with skills and knowledge needed to incorporate concepts of personal wellness and physical fitness. Focusing on the health benefits of personal wellness and fitness, students will participate in exploring concepts critically and in lab activities designed to engage the student actively in planning personalized programs for physical activity, nutrition, and other wellness concepts. Prerequisite: BIO 111, BIO 112, BIO 113, BIO 114

**H S 220 - Consumer Issues in Health Care** *(3 hours)*

Possible care obtained, level of health care, and how to access care for persons from birth to death. Cross listed as FCS 220. Prerequisite: HS 110 and HS major or consent of a cross-listed Department Chair (PT, FCS).

**H S 230 - Measurement in Physical Activity** *(3 hours)*

Methods of assessing health, fitness, and tolerance during physical activity for program development, group assessment, and research. Prerequisite: H S 210

**H S 230 - Measurement in Physical Activity** *(3 hours)*
**Core Curr. EL**

Methods of assessing health, fitness, and tolerance during physical activity for program development, group assessment, and research. Prerequisite: H S Major or consent of instructor

**H S 300 - Experiential Learning in Healthcare** *(1-4 hours)*
**Core Curr. EL**

The Experiential Learning in Health Science course provides an engaging opportunity for direct experience in healthcare. Students choose an area of focus to increase knowledge, develop skills, clarify values and develop student?s capacity to contribute to their communities. Prerequisite: Health Science major

### H S 306 - Health Science Applications for Sports *(3 hours)*

Integration of the understanding of basic human structure and function with common conditions and injuries that impact the athlete. Prerequisite: BIO 230, 231, 232, 233.

### H S 310 - Statistical Procedures in Health Sciences *(3 hours)*

Principles and procedures for statistical interpretation of data. Study of measures and control tendency, variability, correlation, and introductory predictive and inferential statistics. Prerequisite: Junior Standing or consent of instructor

### H S 320 - Applied Physiology of Exercise *(3 hours)*

A systems approach to the study of the human body's response to exercise and physical activity. Prerequisite: BIO 111, 112; CHM 110, 111, 116, 117; PHY 107; HS major and junior/senior standing or consent of department chair.

### H S 343 - Ethics of Healthcare *(3 hours)*

This course is designed to expand the undergraduate student's basic understanding of ethics to promote ethical awareness in healthcare. Students will be exposed to typical ethical issues encountered in healthcare and practice making difficult decisions. Students will be asked to synthesize and implement strategies for applying morals, values, and ethics in the various settings in which healthcare is delivered, and will be called to consider the perspectives of all stakeholders, including the role of the healthcare researcher, provider, patient advocate, and consumer of medical care. Prerequisite: HS major.

### H S 345 - Motor Control and Motor Learning *(3 hours)*

This course provides an overview of the sensorimotor physiological events related to motor control and motor learning. Concepts of how healthy individuals initiate and execute movement will be discussed as well as strategies for learning novel movements. Prerequisite: BIO 230, BIO 232, or consent of Department Chair

### H S 350 - Special Topics in Health Science *(3 hours)*

Selected topics in the various fields of health science. May be repeated under different topics for a total of six hours. Prerequisite: cumulative grade point average of 2.75; at least junior standing or consent of department chair.

### H S 380 - Disability and Health in a Global Society *(3 hours)*
### Core Curr. GP WC,WI

This course will explore health and disability issues affecting individuals around the world and

across the lifespan. Students will develop a greater understanding of the ways in which physical disabilities and health issues impact an individual's ability to participate at home, in the community, and in the workplace. The influence of health care availability, education, cultural practices, and the physical environment will be explored. Prerequisite: ENG 101 or CIV 111/112

### H S 402 - Educational Methods, Strategies, and Evaluation Techniques *(3 hours)*

Designed to increase theoretical knowledge and practical skill for teaching persons with different learning styles. Classroom experiences include a focus on methods, strategies, and evaluation techniques to meet different learning styles. Cross listed as ETE 402. Prerequisite: HS or ETE major or consent of instructor.

### H S 425 - Independent Study *(1-3 hours)*

Individual study and investigations through selected readings, discussion, and/or written assignment(s). May be repeated up to a total of three hours. Prerequisite: Health science major and/or permission of the Department of Physical Therapy chair.

### H S 460 - Kinesiology *(3 hours)*

Basic science principles and functional applications that govern function of normal musculoskeletal system. Prerequisite: HS major and junior/senior standing or consent of PT Department chair.

### H S 470 - Health Science Application of Exercise Prescription *(3 hours)*

Lab-based course focused on utilization of scientific knowledge related to increasing flexibility, strength, power, and endurance for practical application in exercise prescription. Prerequisite: Health Science Major; H S 230, H S 320, H S 460

### H S 480 - Motion Analysis *(3 hours)*

Analysis of the kinetic and kinematic principles influencing human motion with emphasis on sport and fitness activity from a health science perspective. Prerequisite: HS major and junior/senior standing; HS 320; HS 460; or consent of PT Department Chair

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the*

*Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# HEALTH MINOR

The minor in health is designed to provide students with a broad base of knowledge for healthful living. Courses required in the minor include aspects of health from a variety of disciplines that assist the individual in health promotion and maintenance and disease prevention. The interdisciplinary approach outlined in the health minor provides students with a wide selection of courses and a maximum degree of interaction among the disciplines. When adding the health minor, students must also complete a health minor program plan, which is available in the College of Education and Health Sciences Dean's Office. Students must meet the requirements in force at the time they declare the minor.

A minimum of 18 semester hours is required for the minor: nine hours of required courses and nine hours of electives. A minimum of 18 semester hours is required for the minor: nine hours of required courses and nine hours of electives, with a minimum of 3 semester hours at the 300 level. The requirements for the minor are outlined below.

## Required courses (9 hours)

- FCS 301 Nutrition Today **or** FCS 303 Nutrition - 3 hrs.
- NUR 263 Intro. to Personal and Community Health **or** FCS 221 Intro. to Community and Public Health - 3 hrs.
- PSY 356 Abnormal Psychology and Adjustment **or** PSY 311 Principals of Abnormal Psychology - 3 hrs.

## Electives (9 hours)

*Choose 3-4 courses.*

- BIO 202 Microbiology and Immunology - 4 hrs.
- BIO 300 Population, Resources and Environment - 3 hrs.
- BIO 301 Biotechnology and Society - 3 hrs.
- CHM 300 Chemistry and Civilization - 3 hrs.
- ENC 540 Human Growth and Development - 3 hrs.
- FCS 410 Advanced Nutrition - 4 hrs.
- FCS 411 Medical Nutritional Therapy - 4 hrs.
- NUR 163 Health of the School Age Child - 3 hrs.
- NUR 217 Men's Health Issues - 2 hrs.
- NUR 219 Women and Health - 3 hrs.
- NUR 220 Alcohol: Use and Abuse - 3 hrs.

- NUR 221 Substance Abuse - 3 hrs.

- NUR 233 Sexually Transmitted Diseases - 1 hr.
- NUR 353 Aging: A Life Experience - 3 hrs.
- NUR 372 Safety and Emergency Care - 3 hrs.
- NUR 376 Advanced Concepts in Health - 3 hrs.
- NUR 433 International Health and Nursing - 3 hrs.
- PSY 303 Lifespan Developmental Psychology or PSY 350 Developmental Psychology - 3 hrs.
- PSY 313 Health Psychology - 3 hrs.
- PSY 314 Adult Development and Aging - 3 hrs.
- SOC 341 Medical Sociology - 3 hrs.

Although not required, selected groupings of electives within the minor offer a more narrowly focused health area and complement a particular profession. For example, a sociologist or social worker interested in working with the aged might choose the adult and/or aging area of interest; someone interested in social welfare might choose the community health area; an education major might choose the school-aged child area.

The following are recommended as examples of course groupings from the list of electives above.

# Group A. School-Aged Child Area of Interest

Select a minimum of 9 hours from the following courses:

- BIO 202 Microbiology and Immunology - 4 hrs.
- NUR 163 The School Age Child (required for the group) - 3 hrs.
- NUR 220 Alcohol: Use and Abuse - 3 hrs.
- NUR 221 Substance Abuse - 3 hrs.
- NUR 233 Sexually Transmitted Diseases - 1 hr.
- NUR 372 Safety and Emergency Care - 3 hrs.
- NUR 376 Advanced Concepts in Health - 3 hrs.
- PSY 303 Lifespan Developmental Psychology - 3 hrs.
- SOC 341 Medical Sociology - 3 hrs.

# Group B. Adult and/or Aging Area of Interest

Select a minimum of 9 hours from the following courses:

- FCS 410 Advanced Nutrition - 4 hrs.
- FCS 411 Medical Nutritional Therapy - 4 hrs.
- NUR 219 Women and Health - 3 hrs.

- * NUR 353 Aging: A Life Experience - 3 hrs.
- NUR 372 Safety and Emergency Care - 3 hrs.
- * PSY 314 Adult Development and Aging - 3 hrs.
- SOC 341 Medical Sociology - 3 hrs.
- NUR 376 Advanced Concepts in Health - 3 hrs.

   * Either one of the two is required for the group.

# Group C. Community Health Area of Interest

Select a minimum of 9 hours from the following courses:

- BIO 300 Population, Resources, and Environment - 3 hrs.
- CHM 300 Chemistry and Civilization - 3 hrs.
- FCS 410 Advanced Nutrition - 4 hrs.
- FCS 411 Medical Nutritional Therapy - 4 hrs.
- NUR 219 Women and Health - 3 hrs.
- NUR 376 Advanced Concepts in Health (required for the group) - 3 hrs.
- NUR 433 International Health and Nursing - 3 hrs.
- SOC 341 Medical Sociology - 3 hrs.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# LEADERSHIP MINOR

The minor in leadership studies is designed to provide students the information, experience, and opportunities necessary to gain an in-depth knowledge of leadership theory and practice. Courses in the program integrate students' leadership experiences on campus and in the community.

When adding the leadership studies minor, students must also complete a leadership studies minor program plan, which is available in the College of Education and Health Sciences Dean's Office.

A minimum of 18 semester hours is required for the minor: 12 hours of required courses and six hours of electives. Students must achieve a minimum GPA of 2.0 in all courses. The requirements for the minor are outlined below.

## Required Courses (12 hours)

- ENC 200 Introduction to Leadership Studies - 3 hrs.
- ENC 300 Advanced Leadership Studies - 3 hrs.
- ENC 486 Leadership Practicum - 3 hrs.
- Three hours from: ENC 380 Independent Study and/or ENC 381 Seminar in Leadership - 3 hrs.

## Elective Courses (6 hours)

- M L 250 Interpersonal Effectiveness in Organizations  - 2 hrs.
- M L 350 Managing for Results in Organizations - 2 hrs.
- M L 357 Leadership and Interpersonal Behavior - 3 hrs.
- ENC 370 Human Relations Development - 2 hrs.
- ENC 375 Human Relations Laboratory - 1 hr.
- PHL 347 Ethics - 3 hrs.
- PLS 202 State and Local Government - 3 hrs.
- PLS 419 Introduction to Public Administration - 3 hrs.
- PLS 420 Public Personnel Management - 3 hrs.
- SOC 313 Race, Ethnicity, and Power - 3 hrs.

**Total Hours: 18**

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# NURSING

**Approved by the Illinois Department of Financial and Professional Regulation (IDFPR). Accredited by the Commission on Collegiate Nursing Education (CCNE), 655 K Street NW, Suite 750. Washington, DC 20001, (202) 887-6791.**

**ccneaccreditation.org**

**FACULTY** Professor Cluskey (Interim EHS Dean); Associate Professors Armmer,  Clark, J. (Associate Dean and Director of Nursing), Erickson, Flannigan (Interim EHS Associate Dean Distance Education); Assistant Professors Bloompott, Borton, Boswell, Boyer, Cenek, Clark, S., Ellis, Fabish, Flinn, Grugan (Assistant Director of Nursing), Hermann, Hubbell, Pierce, Ragon, Silvest-Gurrero, Smith, Wallenfang, Walloch, Welker; Instructors Bridgewater, McDonald, Reed; Professional Staff: Daly.

The Department of Nursing offers an undergraduate curriculum leading to a Bachelor of Science in Nursing (BSN). Graduates of the program are eligible for licensure as a registered nurse (R.N.) upon successful completion of the National Council Licensure Examination (NCLEX-RN).

The purpose of the BSN program is to prepare graduates for the beginning practice of professional nursing in a variety of settings. To achieve this purpose, a four-year educational program is provided which includes foundation, elective, and supporting courses in the humanities, the social sciences, the sciences, mathematics, and the theory and practice of nursing. The faculty believes that nursing education is a dynamic interactive process. Baccalaureate nursing education prepares students to integrate the knowledge, skills, and attitudes necessary to enter practice as generalists. Baccalaureate educated nurses are prepared to translate, integrate, and apply knowledge to improve patient outcomes and foster a culture of safety.

The objectives of the curriculum are to prepare graduates for

1. professional growth and advancement through acquired knowledge and experience;
2. graduate study in a major field of concentration in nursing; and
3. continuous personal growth and development.

The faculty of the Department of Nursing reserves the right to revise policies and course requirements based upon changes in accreditation, licensure, and nursing practice.

# Admission

Applicants must meet the admission requirements of the University and of the Department of Nursing.

# Instruction And Requirements

Instruction is provided in classrooms and laboratories on the campus and in a variety of health care agencies in the community. Clinical experiences (practicum) are planned and supervised by Department of Nursing faculty members.

In addition to the fees and expenses listed in the University catalog, students majoring in nursing are financially responsible for the purchase and maintenance of uniforms, for certain practicum and laboratory supplies and materials, and for transportation between the campus and the community agencies where clinical experiences are provided.

Prior to enrollment in the first nursing course that includes a practicum, each student must show proof of

1. **Immunity to Rubella (German measles) by one of the following:**
   - written verification of having had the immunization, or
   - written verification of rubella titer greater than 1:10
2. **Immunity to Rubeola**
   - Written verification of having had the immunization
   - Most individuals would have had an ***MMR booster*** before entering high school, which covers both the Rubella and Rubeola
3. **Immunity to Hepatitis B Virus (HBV)**
   - Series of (3) doses given at one-month and six-month intervals after the initial dose.
4. **Tuberculin Test Results**
   - A negative, two-step tuberculin skin test administered
5. **Tetanus/Diphtheria with Pertussis (T-DAP)**
   - Documentation of receiving a T-DAP, which included the Pertussis vaccine, **within the last 10 years**
   - If your TDAP is over 10 years old, students are required to also get a ***TD booster***
6. **Varicella Titer**
   - **Written documentation of a blood test showing immunity to the Varicella (Chicken Pox) virus**.
     - documentation of a positive titer or
     - if the titer is negative, submit documentation of receipt of a booster.
7. **CPR/BLS Certification**

- Certification must be "Health Care Provider" or "Professional Rescuer" level

8. **Drug screen.**

9. **Student Nurse Liability Insurance**
   - Offered under a blanket policy carried by the University.

10. **Flu Vaccine**
    - Seasonal flu vaccine each fall by **October 31st annually**

11. **Fingerprint Background Check**

These requirements must be current for the entire academic year of enrollment in all practicum courses: NUR 203, 207, 307, 309, 315, 317, 403, 409, 411, 413 and 417.

Students must maintain a 2.50 cumulative grade point average in order to remain in the nursing program. Students must earn a grade of C or better in all courses required in the nursing major.

Transfer students are evaluated for admission on an individual basis. A 10-year limitation on transfer credit will be imposed on courses in chemistry, anatomy and physiology, microbiology, and nutrition.

Licensed registered nurses (RNs) must meet the admission requirements of the University and of the Department of Nursing. RN applicants must submit a transcript from a nationally accredited school of nursing and verification of current Illinois licensure.

Registered nurses (RNs) may earn up to 31 semester hours of credit for prior nursing courses completed at a community college or diploma nursing program. Following completion of NUR 300, 303, and 310 with a minimum grade of "C" the RN student may enroll in required nursing courses NUR 403, 404, 413, 418, and 640. The RN student must complete a minimum of 124 semester hours, meet University requirements for Bradley Core Curriculum, basic skills, junior/senior hours, and residency credit, and meet nursing department requirements for natural sciences, social sciences, and statistics in order to graduate. A total of 66 semester hours may be transferred from a community college.

Licensed practical nurses (LPNs) may earn up to 11 semester hours of credit for prior learning. Following completion of NUR 300 and 310 with a minimum grade of "C", the LPN student may enroll in required junior nursing courses.

Students majoring in nursing will pursue the following recommended curriculum:

[1] Registered nurses may receive credit for prior learning for these courses.

[2] Licensed practical nurses may receive credit by for prior learning for these courses.

# Bachelor Of Science In Nursing (BSN) Requirements

Freshman Year

*First Semester*

- COM 103 Oral Comm. Process - 3 hrs.
- PSY 101 Principles of Psychology - 3 hrs.
- CHM 100 Fund. of Gen. Chemistry. - 3 hrs.
- CHM 101 Fund. of Gen. Chemistry Laboratory - 1 hr.
- BIO 111 Cell Biology - 3 hrs.
- MTH 111 Elementary Statistics - 3 hrs.

**16 hours**

*Second Semester*

- ENG 101 Composition - 3 hrs.
- CHM 162 Fundamentals of Organic Chemistry and Biochemistry - 4 hrs.
- BIO 202 Microbiology and Immunology - 4 hrs.
- SOC 100 Sociological Perspective - 3 hrs.
- NUR 391 Medical Terminology – 1 hr.

**15 hours**

Sophomore Year

*First Semester*

- BIO 230 Human Anatomy and Physiology I (Lecture) - 3 hrs.
- BIO 231 Human Anatomy and Physiology Laboratory I - 1 hrs.
- [1,2] NUR 200 Fundamentals of Nursing (T) - 4 hrs.
- [1,2] NUR 203 Fundamentals of Nursing (P) - 2 hrs.
- FCS 301 Nutrition for Today - 3 hrs.
- Elective or BCC course – 3 hrs.

**16 hours**

*Second Semester*

- BIO 232 Human Anatomy and Physiology II (Lecture) - 3 hrs.
- BIO 233 Human Anatomy and Physiology Laboratory II - 1 hr.

- NUR 204 Intro. to Health Assessment - 2 hrs.

- [1,2] NUR 206 Adult Health I: Intro. to Medical-Surgical Nursing (T) - 3 hrs.
- [1,2] NUR 207 Adult Health I: Intro. to Medical-Surgical Nursing (P) - 2 hrs.
- PSY 303 Lifespan Developmental Psychology - 3 hrs.
- Elective or BCC course - 2 hrs.

**16 hours**

Junior Year

*First Semester*

- [1] NUR 306 Maternal/Newborn Nursing (T) - 3 hrs.
- [1] NUR 307 Maternal/Newborn Nursing (P) - 2 hrs.
- [1] NUR 308 Nursing of Children (T) - 3 hrs.
- [1] NUR 309 Nursing of Children (P) - 2 hrs.
- NUR 318 Pharmacology and Nursing Implications - 2 hrs. (may be taken either fall or spring semester)
- PSY 311 Principles of Abnormal Psychology - 3 hrs.

**15 hours**

*Second Semester*

- NUR 303 Research in Nursing - 3 hrs. (may be taken either fall or spring semester)
- [1] NUR 314 Psychiatric/Mental Health Nursing (T) - 2 hrs.
- [1] NUR 315 Psychiatric/Mental Health Nursing (P) - 2 hrs.
- [1] NUR 316 Adult Health II: Medical-Surgical Nursing (T) - 4 hrs.
- [1] NUR 317 Adult Health II: Medical-Surgical Nursing (P) - 2 hrs.
- Elective or BCC course - 3 hrs.

**16 hours**

Senior Year

*First Semester*

- NUR 403 Community Health Practicum (P) – 2.5 hrs. (taken either fall or spring semester when enrolled in NUR 404)
- NUR 404 Community Health Nursing (T) - 2 hrs. (may be taken either fall or spring semester)
- NUR 408 Adult Health III: Medical-Surgical Nursing (T) - 3 hrs.
- NUR 409 Senior Practicum I (P) – 2.5 hrs.
- NUR 411 Senior Practicum Med Surg (P) – 2.5 hrs. (taken if not enrolled in NUR 403 and 404)

- ENG Composition (ENG 300, 301, 304, 305, or 306) - 3 hrs.
- Elective or BCC course - 3 hrs.

---

**16 hours**

---

*Second Semester*

- NUR 410 Adult Health IV: Nursing Care of the Patient with Multi-System Challenges (T) - 3 hrs.
- NUR 413 Leadership Practicum (P) – 2.5 hrs
- NUR 414 Senior Seminar - 1 hr.
- NUR 417 Senior Practicum II (P) – 2.5 hrs. (taken if not enrolled in NUR 403 and 404)
- NUR 418 Nursing Leadership (T) - 2 hrs.
- Elective or BCC course - 3 hrs.

**14 hours**

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# NURSING COURSES

**NUR 100 - Introduction to the Nursing Profession** *(1 hour)*

Students explore contemporary issues within the nursing profession. Historical development of the roles in nursing, perspectives on current delivery of health care, nursing education, nursing literature, professional licensing, ethics, and legal issues will be discussed.

**NUR 163 - Health of the School Age Child** *(3 hours)*

School health services and health education; emphasis on health promotion and prevention of health related problems. Recognition and management of common health problems of the school age child.

**NUR 200 - Fundamentals of Nursing - Theory** *(4 hours)*

Introduction to Nursing. Concepts and theories of individuals, society, and health. Nursing process as the basis for promoting wellness within the health care delivery system. Prerequisite: Nursing majors only, sophomore standing, PSY 101, SOC 100, CHM 100, 101, 162, and NUR 391.

**NUR 203 - Fundamentals of Nursing - Practicum** *(2 hours)*

Selected practicum experiences correlated with theoretical content of NUR 200 (Fundamentals of Nursing) and applied to individual's adaptive responses. Satisfactory/Unsatisfactory. Prerequisite: Nursing majors only, sophomore standing, PSY 101, SOC 100, CHM 100, 101, 162, and NUR 391.

**NUR 204 - Introduction to Health Assessment** *(2 hours)*

Students utilize previously learned communication techniques and newly learned physical assessment techniques to complete a comprehensive approach to health history and physical assessment. Significance of normal and abnormal findings is emphasized. Prerequisite: Nursing majors only; sophomore standing; NUR 200 (minimum grade of C)l; NUR 203 (minimum grade of S); BIO 230 (minimum grade of C); BIO 231 (minimum grade of C); FCS 301 or concurrent enrollment; PSY 303 or concurrent enrollment.

**NUR 206 - Adult Health I: An Introduction to Medical-Surgical Nursing** *(3 hours)*

An introduction to medical-surgical nursing with emphasis on health promotion and restoration. Concepts and theories of nursing care of the adult are applied to foster the adaptive response of

individuals. Prerequisite: Nursing majors only, sophomore standing, BIO 230 (minimum grade of C), BIO 231 (minimum grade of C), NUR 200 (minimum grade of C), NUR 203 (minimum grade of S); FCS 301 or concurrent enrollment; PSY 303 or concurrent enrollment.

**NUR 207 - Adult Health I: An Introduction to Medical-Surgical Nursing** *(2 hours)*
Selected practicum experiences correlated with theoretical content of NUR 206 (Adult Health 1) that foster adaptive responses. Satisfactory/Unsatisfactory. Prerequisite: Nursing majors only, sophomore standing, BIO 230 (minimum grade of C), BIO 231 (minimum grade of C), NUR 200 (minimum grade of C), NUR 203 (minimum grade of S); FCS 301 or concurrent enrollment; PSY 303 or concurrent enrollment.

**NUR 217 - Men's Health Issues** *(2 hours)*
Biological, epidemiological, psychological, and sociological aspects of men's health. Specific preventive and health promotion activities for health problems.

**NUR 219 - Women and Health** *(3 hours)*
Basic scientific and sociological knowledge related to women's health: social, emotional, and physiological components of selected health problems of women. Historical development of the health care system and social values as they relate to women and their health: evolution of health care today as it relates to women.

**NUR 220 - Alcohol: Use and Abuse** *(3 hours)*
Development of alcohol as the most widely-used drug. Psychological and physiological effects on the person; effect on the family and society; therapeutic approaches to alcohol abuse.

**NUR 221 - Substance Abuse** *(3 hours)*
Psychosocial and physiological impact of substance abuse on the individual, family, and society: self-awareness, culture, tolerance, withdrawal, and motivation.

**NUR 233 - Sexually Transmitted Infections** *(1 hour)*
Issues pertinent to common sexually transmitted infections (STIs), including the social and physical factors contributing to the current epidemic occurrence rate, prevention measures, and treatment approaches will be reviewed. Prerequisite:

**NUR 263 - Introduction to Personal and Community Health** *(3 hours)*
Introduction to health concepts and practices which affect individuals and groups in society.

## NUR 300 - Conceptual Bases for Professional Nursing (theory) *(3 hours)*

Theories of nursing, professional roles, the nursing process, adaptation theory, nursing research, and societal influences on nursing and health. Prerequisite: Nursing majors only, current LPN or RN licensure.

## NUR 303 - Research in Nursing *(3 hours)*
## Core Curr. WI

As a consumer of research, the student evaluates published nursing research and its importance to the profession. The student examines steps of the research process in critiquing literature and writing a comprehensive review of literature. Use of the computer in nursing research correlated with study of the research process. Prerequisite: Nursing majors only, junior standing, ENG 101, Math 111 or concurrent enrollment.

## NUR 306 - Maternal-Newborn Nursing - Theory *(3 hours)*

Theoretical overview of maternal/newborn nursing with emphasis on application of the nursing process to individuals and families. Concepts and theories of nursing care of the expanding family are discussed to foster the adaptive responses. Prerequisite: Nursing majors only; junior standing; NUR 204 (minimum grade of C); NUR 206 (minimum grade of C); NUR 207 (minimum grade of S); FCS 301; PSY 303; PSY 311 or concurrent enrollment; BIO 202 (minimum grade of C); BIO 232 & 233 (minimum grade of C).

## NUR 307 - Maternal-Newborn Nursing - Practicum *(2 hours)*

Selected practicum experiences correlated with theoretical content of NUR 306 that foster patient/client adaptive responses. Satisfactory/Unsatisfactory. Prerequisite: Nursing majors only; junior standing; NUR 204 (minimum grade of C); NUR 206 (minimum grade of C); NUR 207 (minimum grade of S); FCS 301; PSY 303; PSY 311 or concurrent enrollment; BIO 202 (minimum grade of C); BIO 232 & 233 (minimum grade of C).

## NUR 308 - Nursing of Children (Theory) *(3 hours)*

Nursing care of the child with emphasis on caring for the infant, toddler, child, adolescent, and family with acute and chronic disease. Growth and development, health promotion, and disease prevention are emphasized. Prerequisite: Nursing majors only; junior standing; NUR 204 (minimum grade of C); NUR 206 (minimum grade of C); NUR 207 (minimum grade of S); FCS 301; PSY 303; PSY 311 or concurrent enrollment; BIO 202 (minimum grade of C); BIO 232 & 233 (minimum grade of C).

## NUR 309 - Nursing of Children (Practicum) *(2 hours)*

Selected practicum experiences correlated with theoretical content of NUR 308. Satisfactory/Unsatisfactory. Prerequisite: Nursing majors only; junior standing; NUR 204 (minimum grade of C); NUR 206 (minimum grade of C); NUR 207 (minimum grade of S); FCS 301; PSY 303; PSY 311 or concurrent enrollment; BIO 202 (minimum grade of C); BIO 232 & 233 (minimum grade of C).

## NUR 310 - Health Assessment *(2 hours)*

Performance of a complete health assessment incorporating a health history, with faculty supervision. Prerequisite: Nursing majors only, Illinois LPN or RN licensure, or consent of department chair.

## NUR 314 - Psychiatric/Mental Health Nursing (Theory) *(2 hours)*

Theoretical overview of psychiatric/mental health nursing with emphasis on application of the nursing process to individuals, families, and the community. Concepts and theories of nursing care of the individual and family with psychiatric disorders are discussed to foster the adaptive response. Prerequisite: Nursing majors only, junior standing; PSY 311 or concurrent enrollment; NUR 204 (minimum grade of C); NUR 206 (minimum grade of C); NUR 207 (minimum grade of S).

## NUR 315 - Psychiatric/Mental Health Nursing (Practicum) *(2 hours)*

Application of psychiatric/mental health nursing principles in health care settings. Concepts and theories of nursing care of the client and family with psychiatric disorders are utilized to foster the adaptive response. Satisfactory/Unsatisfactory. Prerequisite: Nursing majors only; junior standing; PSY 311 or concurrent enrollment; NUR 204 (minimum grade of C); NUR 206 (minimum grade of C); NUR 207 (minimum grade of S).

## NUR 316 - Adult Health II: Medical-Surgical Nursing (Theory) *(4 hours)*

Medical-surgical nursing with emphasis on selected physiologic systems. Concepts and theories of nursing care of the individual and family are applied to foster the adaptive response. Prerequisite: Nursing majors only; junior standing; PSY 311 or concurrent enrollment; NUR 204 (minimum grade of C); NUR 206 (minimum grade of C); NUR 207 (minimum grade of S); NUR 318 or concurrent enrollment.

## NUR 317 - Adult Health II: Medical-Surgical Nursing (Practicum) *(2 hours)*

Selected practicum experiences correlated with theoretical content of NUR 316 that foster adaptive responses. Satisfactory/Unsatisfactory. Prerequisite: Nursing majors only; junior standing; PSY 311 or concurrent enrollment; NUR 204 (minimum grade of C); NUR 206 (minimum grade of C); NUR 207 (minimum grade of S); NUR 318 or concurrent enrollment.

## NUR 318 - Pharmacology and Nursing Implications *(2 hours)*

Introduction to pharmacology: nursing process and drug therapy; life span considerations; legal, ethical, and cultural issues; and patient education. Prerequisite: Nursing majors only; junior standing; NUR 204 (minimum grade of C); NUR 206 (minimum grade of C); NUR 207 (Minimum grade of S).

## NUR 353 - Aging: A Life Experience *(3 hours)*

Attitudes about the aged, historical perspectives, transcultural concepts, health problems and health care, methods of coping with growing old, and prospects for the future. Practical experiences promote examination of students' own attitudes about the aged and growing old.

## NUR 372 - Safety and Emergency Care *(3 hours)*

Principles and techniques of emergency care for common injuries and illnesses. Environmental needs of individuals at various levels of maturity. Cardiopulmonary Resuscitation and First Aid cards awarded upon satisfactory completion.

## NUR 376 - Advanced Concepts in Health *(3 hours)*

Complex health problems and issues in contemporary society; various concepts, models, theories, and determinants of health. Multi-disciplinary approach for application to individual and professional situations. Prerequisite: NUR 263 or consent of instructor.

## NUR 391 - Medical Terminology *(1 hour)*

Terminology used in all areas of medical and paramedical specialties. Emphasis on word building, techniques, and understanding typical medical reports.

## NUR 403 - Community Health Nursing - Practicum *(2.5 hours)*

Selected community practicum experiences will be correlated with theoretical content of NUR 404. Satisfactory/Unsatisfactory. Prerequisite: Nursing majors only, senior standing; NUR 314 (minimum grade of C); NUR 315 (minimum grade of S); NUR 316 (minimum grade of C); NUR 317 (minimum grade of S); NUR 318 (minimum grade of C).

## NUR 404 - Community Health Nursing - Theory *(2 hours)*

Explores the role of the nurse in community settings. Applies principles of epidemiology, health promotion, and disease prevention to nursing practice. Examines core functions of public health nursing, essential services, and population-based practice. Prerequisite: Nursing majors only, senior standing, NUR 316 (minimum grade of C); NUR 317 (minimum grade of S); NUR 318 (minimum grade of C); or RN to MSN Major

## NUR 405 - Cooperative Education in Nursing (Theory) *(0-1 hours)*

Theory for nursing care of clients in a variety of health care settings. Prerequisite: Nursing majors only; senior standing; 2.8 overall GPA; consent of co-op Nursing Advisor; and successful completion of co-op interview.

## NUR 406 - Cooperative Education in Nursing (Theory) *(0-1 hours)*

Theory for nursing care of clients in a variety of health care settings. Prerequisite: Nursing majors only;senior standing; 2.8 overall GPA; consent of co-op Nursing Advisor; and successful completion of co-op interview.

## NUR 407 - Community Health Practicum RN-MSN *(0-1 hours)*

Selected community practicum experiences will be correlated with theoretical content of NUR 404. Prerequisite: RN-MSN student; NUR 404 or concurrent enrollment

## NUR 408 - Adult Health III: Medical-Surgical Nursing (Theory) *(3 hours)*

Medical-surgical nursing with emphasis on selected physiologic systems. Concepts and theories of nursing care of the individual, family, and community are applied to foster the adaptive response. Prerequisite: Nursing majors only; senior standing, NUR 316 (minimum grade of C); NUR 317 (minimum grade of S); NUR 318 (minimum grade of C)

## NUR 409 - Senior Practicum I *(2.5 hours)*

Selected practicum experiences, correlated with theoretical content of NUR 408, that foster adaptive responses. Satisfactory/Unsatisfactory. Prerequisite: Nursing majors only; senior standing; NUR 314 (minimum grade of C); NUR 315 (minimum grade of S); NUR 316 (minimum grade of C); NUR 317 (minimum grade of S); NUR 318 (minimum grade of C)

## NUR 410 - Adult Health IV: Nursing Care of the Patient with Multi-System Challenges (T) *(3 hours)*

Medical-Surgical nursing with emphasis on caring for the patient with multi-system challenges. Concepts and theories of nursing care of the individual, family, and community are applied to

foster the adaptive responses. Prerequisite: Nursing majors only; senior standing, NUR 404 (minimum grade of C) or concurrent enrollment, NUR 408 (minimum grade of C); NUR 409 (minimum grade of S).

**NUR 410 - Adult Health IV: Nursing Care of the Patient with Multi-System Challenges (T)** *(3 hours)*

**Core Curr. WI**

Medical-Surgical nursing with emphasis on caring for the patient with multi-system challenges. Concepts and theories of nursing care of the individual, family, and community are applied to foster the adaptive responses. Prerequisite: Nursing majors only; senior standing, NUR 404 (minimum grade of C) or concurrent enrollment, NUR 408 (minimum grade of C); NUR 409 (minimum grade of S).

**NUR 411 - Senior Practicum I Medical Surgical** *(2.5 hours)*

Selected practicum experiences correlated with theoretical content of NUR 408 that foster adaptive responses. To be taken concurrently with NUR 409 when not enrolled in NUR 404 and NUR 403. Satisfactory/Unsatisfactory Prerequisite: Nursing majors only; senior standing; NUR 314 (minimum grade of C); NUR 315 (minimum grade of S); NUR 316 (minimum grade of C); NUR 317 (minimum grade of S); NUR 318 (minimum grade of C)

**NUR 413 - Leadership Practicum** *(2.5 hours)*

**Core Curr. WI**

Selected practicum experiences correlate with theoretical content of NUR 418 that foster adaptive responses of clients in complex health care settings. Emphasis is on application of leadership and management principles. Satisfactory/Unsatisfactory Prerequisite: Nursing majors only; senior standing; NUR 404 (minimum grade of C) or concurrent enrollment; NUR 403 (minimum grade of S) or concurrent enrollment; NUR 408 (minimum grade of C); NUR 409 and / or NUR 411 (minimum grade of S)

**NUR 414 - Senior Seminar: Preparation for Professional Nursing** *(1 hour)*

Emphasis on NCLEX preparation, including the NCLEX-RN test plan, test taking skills, critical thinking skills, and computer usage skills for test-taking. Prerequisite: Nursing majors only, senior standing.

**NUR 415 - Cooperative Education in Nursing** *(0-2 hours)*

In-depth practicum in a variety of health care settings, integrated with theory. Prerequisite: Nursing majors only; senior standing; 2.8 overall GPA; consent of co-op Nursing Advisor; and successful completion of co-op interview.

**NUR 416 - Cooperative Education in Nursing (Practicum)** *(0-2 hours)*

In-depth practicum in a variety of health care settings, integrated with theory. Prerequisite: Nursing majors only; senior standing; 2.8 overall GPA; consent of co-op Nursing Advisor; and successful completion of co-op interview.

**NUR 417 - Senior Practicum II** *(2.5 hours)*

Selected practicum experiences correlated with theoretical content of NUR 410 that foster adaptive responses. Satisfactory/Unsatisfactory. Prerequisite: Nursing majors only; NUR 408, NUR 409 or 411.

**NUR 418 - Contemporary Nursing Leadership** *(2 hours)*

Emphasis is on application of leadership and management principles, healthcare informatics, and the nurse's role in the legislative process to facilitate change in nursing practice. Prerequisite: Nursing majors only; senior standing; NUR 303 (minimum grade of C).

**NUR 419 - Independent Studies in Nursing** *(1-3 hours)*

Individual study addressing special needs and interests: selected readings, observations, and conferences. Prerequisite: Nursing majors only; senior standing; NUR 303 (minimum grade of C); consent of advisor and department chair.

**NUR 420 - Independent Studies in Nursing** *(1-3 hours)*

Individual study addressing special needs and interests: selected readings, observations, and conferences. Prerequisite: Nursing majors only; senior standing; NUR 303 (minimum grade of C); consent of advisor and department chair.

**NUR 421 - Role Exploration in Professional Nursing** *(2 hours)*

Individual study addressing special needs and interests: selected readings, observations, and conferences. Prerequisite: Nursing majors only, senior standing; NUR 408 (minimum grade of C) or concurrent enrollment; NUR 409 (minimum grade of C) or concurrent enrollment; 3.0 GPA (minimum); consent of instructor.

## NUR 425 - Clinical Topics in Nursing *(1-4 hours)*

Discussions, laboratory, and clinical experiences will be provided for nursing students to maintain clinical knowledge and skills. This variable credit course may be taken more than once for a maximum of 4 semester hours. Satisfactory/Unsatisfactory Prerequisite: Nursing majors only

## NUR 433 - International Health and Nursing *(3 hours)*

Study of health and nursing in another country: nursing and health organizations, educational programs, hospitals. Seminars in comparative health and nursing practices in the United States. Cross-listed as NUR 533.

## NUR 501 - Nursing Theories: Analysis and Development *(3 hours)*

Analysis of theoretical models. Emphasis on assessment and implications of models for advanced professional nursing practice and research. Prerequisite: nursing major.

## NUR 505 - Leadership in the Health Care System *(3 hours)*

Leadership theory: role of the nurse as a leader, colleague, and consultant in health care systems. Prerequisite: nursing major.

## NUR 510 - Legal and Ethical Issues in Healthcare *(3 hours)*

Legal and ethical issues that influence the practice of advanced nursing and leadership in health care systems. Critical assessment of the ethical implications of law and public policy in health care. Case studies. Prerequisite: Nursing major

## NUR 526 - Evidence Based Practice *(3 hours)*

Allows the learner to explore theories related to the generation of evidence, Research Utilization (RU), and Evidence Based Practice (EBP). Issues from practice areas are identified, developed, and refined into a researchable project. Prerequisite: Nursing majors only

## NUR 530 - Advanced Health Assessment,Pathophysiology, & Pharmacology *(3 hours)*

Pathophysiological processes of selected disease conditions that are commonly encountered in nursing practice settings are examined. Principles of pharmacology as they apply to these selected disease conditions are investigated. Health assessment findings of these selected disease conditions are analyzed. Prerequisite: Nursing majors only

## NUR 533 - International Health and Nursing *(3 hours)*

Study of health care systems and nursing in a foreign country in selected hospitals, health care settings, and universities. Establishing health care professional and research networks. Cross-

listed as NUR 433. Not open to students with credit in NUR 433.

## NUR 600 - Advanced Health Assessment *(3 hours)*

Systematic method for collecting data used in holistic health assessment of persons throughout the lifespan and in various healthcare settings. Emphasis is placed on interviewing techniques for history taking and advanced physical assessment skills. Prerequisite: Nursing major

## NUR 603 - Health Promotion in Populations *(3 hours)*

Focuses on core concepts in health and health promotion for groups, communities, and populations. There are two inter-related goals for this course. (1) Provide students with a basic understanding of the principles and determinants of population health with an emphasis on the tools provided by basic epidemiology for understanding health in populations. (2) Provide students with a comprehensive understanding of the steps needed to develop, implement, and evaluate population-based health promotion and illness prevention programs. Prerequisite: Nursing Majors only or consent of instructor

## NUR 615 - Health Informatics *(3 hours)*

Introduces the learner to concepts in health informatics and provides the foundation for practice in the healthcare technology field. Explores healthcare data, clinical information management systems, security, personal productivity applications, consumer informatics, legal issues, and professional skills, knowledge, and certifications related to health informatics. Prerequisite: Nursing major

## NUR 625 - DNP Practice Seminar I *(1 hour)*

Provides for a student-initiated endeavor culminating in a scholarly proposal. The project will provide an opportunity for leadership in healthcare policy resulting in safe and effective nursing and healthcare practice. An emphasis on healthcare financing, regulation, and/or delivery is required. Students will choose a clinical setting to assess the needs of healthcare providers, consumers, and stakeholders in the development of the proposal. Student will choose and collaborate with a faculty project advisor and committee of scholars and experts in the field. Prerequisite: DNP Major

## NUR 630 - Nursing Administration I (Theory) *(3 hours)*

Theories, concepts, and principles from nursing and related disciplines as a foundation for nursing administration. Theories of change, role, adaptation, need, and leadership as related to

nursing management. Prerequisite: Nursing major Corequisite: NUR 631 or consent fo department chair

**NUR 631 - Nursing Administration I (Practicum)** *(3 hours)*
Practicum applying concepts, theories, and principles from NUR 630. Use of relevant research findings. Advanced practice in management. Prerequisite: Nursing major Corequisite: NUR 630 or consent of department chair.

**NUR 632 - Nursing Administration II (Theory)** *(3 hours)*
Advanced concepts and principles relevant to external and internal nursing organizational situations including power, authority, and politics. Review of various organizational patterns and their relationship to nursing personnel management, budgeting, public relations, leadership style, and research. Prerequisite: Nursing major Corequisite: NUR 633 or consent of department chair

**NUR 633 - Nursing Administration II (Practicum)** *(3 hours)*
Practicum applying advanced concepts, theories, and principles from NUR 632. Use of management skills such as staffing, budgeting, and developing positive public relations. Prerequisite: NUR 630, 631 Corequisite: NUR 632 or consent of department chair.

**NUR 638 - Principles of FNP Practice I: Acute/Chronic** *(3 hours)*
Basic principles and concepts of the advanced nurse practitioner's roles and responsibilities in caring for adult clients with select acute and chronic illness. Prerequisite: Family Nurse Practitioners majors only

**NUR 639 - Healthcare Clinical Practicum I** *(3 hours)*
This practicum course focuses on the delivery of advanced nursing care to adult clients with acute and chronic disorders. Various practicum settings with diverse populations will be utilized for practicum experiences. Prerequisite: Family Nurse Practitioners major

**NUR 640 - Healthcare Policy** *(3 hours)*
Explores health policy development and implementation and its impact on healthcare regulation, delivery, and finance. There is a focus on wellness and promotion of health for local, national, and worldwide health initiatives. Students will define healthcare provider roles in health promotion, healthcare delivery, and quality improvement through activities related to health policy reform and finance. Prerequisite: Nursing major

### NUR 642 - Principles of FNP Practice II: Acute/Chronic *(3 hours)*

Basic principles and concepts of advanced nurse practitioner's roles and responsibilities of caring for adult clients with acute and chronic disorders. Prerequisite: Family Nurse Practitioners major

### NUR 643 - Healthcare Clinical Practicum II *(3 hours)*

This practicum course focuses on the delivery of advanced nursing care to adult clients with acute and chronic disorders. Various practicum settings with diverse populations will be utilized for practicum experiences. Prerequisite: Family Nurse Practitioners majors only

### NUR 644 - Principles of FNP Practice III: Women's Health *(3 hours)*

Basic principles and concepts of the advanced nurse practitioner's roles and responsibilities in caring for women from adolescence through adulthood. Prerequisite: Family Nurse Practitioners majors only

### NUR 645 - Healthcare Clinical Practicum III Women's Health *(3 hours)*

This practicum course focuses on the delivery of advanced nursing care to women from adolescence through adulthood. Various practicum settings with diverse populations will be utilized for practicum experiences. Prerequisite: Family Nurse Practitioner majors only

### NUR 646 - Principles of FNP Practice IV: Children *(3 hours)*

Basic principles and concepts of the advanced nurse practitioner's roles and responsibilities in caring for infants, children, and adolescents. Prerequisite: Family Nurse Practitioners majors only

### NUR 647 - Healthcare Clinical Practicum IV Children *(3 hours)*

This practicum course focuses on the delivery of advanced nursing care to infants, children, and adolescents. Various practicum settings with diverse populations will be utilized for practicum. Prerequisite: Family Nurse Practitioners majors only

### NUR 648 - Principles of FNP Practice V: Aging Adult Populations *(3 hours)*

Basic principles and concepts of the advanced nurse practitioner's roles and responsibilities in caring for the aging adult clients. Prerequisite: Family Nurse Practitioners majors only

### NUR 649 - Healthcare Clinical Practicum V Aging Adult *(3 hours)*

This practicum course focuses on the delivery of advanced nursing care to aging adult clients. Various practicum settings with diverse populations will be utilized for practicum experiences. Prerequisite: Family Nurse Practitioners majors only

## NUR 651 - Advanced Pharmacology I *(3 hours)*

Provides the student with the knowledge and skills to assess, diagnose, and pharmacologically manage the treatment of common health problems in a safe, high-quality, and cost-effective manner. Prerequisite: Nursing major

## NUR 652 - Advanced Pharmacology II *(3 hours)*

Students study and apply general principles of pharmacokinetics, pharmacodynamics, and pharmacotherapeutics of medications used in areas of advanced practice nursing specialties. Further in-depth study will focus on the pharmacologic selection of client populations exhibiting various coexisting disease and pathophysiologies. Prerequisite: Nursing major; NUR 651

## NUR 660 - Seminar in Nursing Education *(3 hours)*

Application of educational theories and techniques for the nurse educator. Prerequisite: Nursing major

## NUR 661 - Nursing Education Practicum I *(3 hours)*

Application of nursing educational theories, principles, and techniques in the classroom and clinical settings. Prerequisite: Nursing major; concurrent enrollment in NUR 660

## NUR 662 - Nursing Education Practicum II *(3 hours)*

Application of nursing educational theories, principles, and techniques in the staff development setting. Prerequisite: Nursing major; NUR 661 Corequisite: NUR 660, NUR 661 or consent of department chair.

## NUR 689 - Independent Research *(1-6 hours)*

Readings, research, or project complementing the student's program of study. May be repeated for a maximum of six hours. Prerequisite: consent of instructor.

## NUR 690 - Professional Aspects of Advanced Nursing Practice *(1-2 hours)*

Designed for the nurse to explore the professional aspects and challenges associated with advanced practice nursing. Tailored to meet the needs of a variety of specialties including a focus upon organizational, systems, and population strategies. Prerequisite: Nursing major

## NUR 697 - Capstone Project in Nursing *(0-3 hours)*

A student-initiated endeavor that culminates in a scholarly project, which synthesizes advanced practice knowledge and skills to address a current nursing practice issue related to chosen

advanced practice field of study. May be repeated for a maximum of three semester hours.
Prerequisite: Nursing major

### NUR 700 - Theoretical Foundations of Nursing Science *(3 hours)*

Provides a theoretical analysis of nursing and the natural and social sciences for application as frameworks for research, practice, education, and quality healthcare delivery. Prerequisite: DNP Major

### NUR 720 - Methods in Evidence Based Practice *(3 hours)*

Introduces the learner to theories related to Research Utilization (RU) and Evidence-based Practice (EBP) and provides opportunities to explore issues and refine questions related to quality and cost-effective healthcare delivery for the best client outcomes. Methods to collect evidence, plan changes for the transformation of practice, and evaluate quality improvement methods will be discussed. Emphasis on best practice based on evidence and preferences of the client. Prerequisite: DNP Major

### NUR 725 - DNP Practice Seminar II *(2 hours)*

Provides for a student-initiated endeavor culminating in implementation of a scholarly proposal. The project will provide an opportunity for leadership in healthcare policy resulting in safe and effective nursing and healthcare practice. Students will refine their proposals and implement their projects in the chosen clinical setting to meet the needs of healthcare providers, consumers, and stakeholders by assuring safe and cost-effective care. Students will demonstrate leadership in the practice setting and serve in the role of educator, consultant, and change agent. Prerequisite: DNP Major

### NUR 730 - Ethics in Advanced Practice Nursing *(3 hours)*

Provides participants with opportunities to critically analyze ethical issues that arise in practice, research, education, and administration and their intersection with one's personal values. Discussions will also include the legal obligations which freq Prerequisite: DNP Majors only

### NUR 735 - Leadership in Advance Nursing Practice *(3 hours)*

Emphasizes organizational and system leadership strategies for the advanced practice nurse with an emphasis on productivity in emerging practice environment. Improvement of health outcomes, patient safety, and inter-professional collaboration will be included. Prerequisite: Doctor of Nursing Practice majors only

## NUR 752 - Advanced Health Informatics *(3 hours)*

This course examines the current trends in health informatics and data analytic methods. It provides opportunities for the advanced practice nurse (APN) to apply theoretical concepts of informatics to individual and aggregate level health information. Emphasis is placed on the APN's leadership role in the use of health information to improve health care delivery and outcomes. Prerequisite: DNP Major

## NUR 825 - DNP Practice Seminar III *(3 hours)*

Provides for a student-initiated endeavor culminating in implementation, evaluation, and dissemination of a scholarly project. The project will provide opportunities for leadership and advocacy in healthcare policy development. Students will implement, evaluate, and disseminate their project in the chosen clinical setting to meet the needs of healthcare providers, consumers, and stakeholders in assuring safe and cost-effective care. Students will demonstrate leadership in the dissemination of project findings through publication and presentation. Prerequisite: DNP Majors only and NUR 625, 700, 705, 720, 725, 730, M L 630, 672, ECO 603, and ATG 603

## NUR 826 - DNP Practice Seminar III-A *(1.5 hours)*

Provides for a student-initiated endeavor culminating in implementation, evaluation, and dissemination of a scholarly project. The project will provide opportunities for leadership and advocacy in healthcare policy development. Students will implement, evaluate, and disseminate their project in the chosen clinical setting to meet the needs of healthcare providers, consumers, and stakeholders in assuring safe and cost-effective care. Students will demonstrate leadership in the dissemination of project findings through publication and presentation. Prerequisite: DNP Major

## NUR 827 - DNP Practice Seminar III -B *(1.5 hours)*

Provides for a student-initiated endeavor culminating in implementation, evaluation, and dissemination of a scholarly project. The project will provide opportunities for leadership and advocacy in healthcare policy development. Students will implement, evaluate, and disseminate their project in the chosen clinical setting to meet the needs of healthcare providers, consumers, and stakeholders in assuring safe and cost-effective care. Students will demonstrate leadership in the dissemination of project findings through publication and presentation. Prerequisite: DNP Major

Designed for the nurse to complete practicum hours required to achieve the practice doctorate. Tailored to meet the needs of a variety of specialty areas depending upon the educational backgrounds of participants. Students enrolled in this course will implement professional and leadership roles of the practice doctorate in their specialty areas. May be repeated for a maximum of 15 semester hours. Prerequisite: Doctor of Nursing Practice majors only

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ANNUAL INSTITUTIONAL TITLE II REPORT CARD

## Teacher Education Mission

The mission of Teacher Education at Bradley University is to prepare teachers who will be effective leaders, advocates, and life-long learners. We believe that teaching and learning are dynamic, interactive, life-long processes based on empowering interactions among learners.

## Teacher Preparation Programs

Bradley University offers 16 baccalaureate programs leading to state teacher licensure and graduate-level licensure programs in Educational Administration and School Counseling.

## Teacher Education Enrollment

The total number of undergraduate majors is 324. Candidates admitted to the teacher education program is 106 and 17.9 percent were minority students.

## Admissions Requirements

### Admission to Teacher Education Program

Candidates must have earned a minimum grade point average of 2.5 overall, 2.5 in education courses, and a 2.5 in their content major or concentration. Candidates must have earned grades of not less than a C in COM 103, ENG 101, and a mathematics course that meets university general education requirements. They must have completed a prescribed group of education courses for each major with the appropriate GPA and no required course grade lower than a C, passed the Illinois Licensure Test of Academic Proficiency (TAP) – or successfully achieved the ACT/SAT minimum score required by the Illinois State Board of Education to qualify for a TAP waiver, demonstrated appropriate pre-professional behaviors and dispositions, been cleared on a check of criminal history, and received a satisfactory vote of the faculty at advancement to degree candidacy.

### Admission to Student Teaching

Candidates must have maintained a minimum grade point average of 2.5 overall, 2.5 in education courses, and a 2.5 in their content major or concentration. They must have been advanced to candidacy, passed the Illinois Licensure Test in their content area, and been cleared on the State Police fingerprint check.

## Program Completion

Candidates must have maintained a minimum grade point average of 2.5 overall, 2.5 in education courses, and a 2.5 in their content major or concentration. They must have successfully completed student teaching, all requirements for baccalaureate degree completion, and have passed the Illinois State Board of Education edTPA portfolio evaluation in their licensure area.

## Accreditation

Bradley University is accredited by the North Central Association of Colleges and Schools; the College of Education and Health Sciences is accredited by the National Council for the Accreditation of Teacher Education (NCATE); and all teacher preparation programs are approved by the Illinois State Board of Education. Individual teacher preparation programs are accredited by one of the following: National Association for the Education of Young Children (NAEYC), Association for Childhood Education International (ACEI), National Council for the Social Studies (NCSS), National Science Teachers Association (NSTA), National Council of Teachers of English (NCTE), National Council of Teachers of Mathematics (NCTM), and Council for Exceptional Children (CEC).

# Best Practices

- Practicum experiences in the schools begin the freshman year and continue each year of the program, increasing in responsibility.
- Each candidate will have clinical experiences in the full range of his or her licensure and in a diverse setting.
- The university has Professional Development School partners at each level from early childhood through high school.

# Notable Features and Accomplishments

- Juan Rios Vega served as a keynote speaker at the 30th Annual Congress: "30 YEARS MOVING FORWARD" held at Universidad Interamericana de Panama on September 16-17, 2016 in Panama City,

Panama. Professor Rios' presentation was on topics addressed in his book, *Counterstorytelling Narratives of Latino Teenage Boys from Verguenza to Echale Ganas.*

- During fall break, October 9-12, 2016, members of Students Ready to Make Change, or STRETCH, and their faculty advisor, Dr. Twila Lukowiak, traveled to New York City to share their anti-bullying program with hundreds of K-12 students in New York City public schools, and to produce videos that will be used to supplement the program they provide to area schools, where they have already conducted over 200 presentations across central Illinois.

- Professors Patricia Nugent, Lee Hwa, Cecile Arquette, Robert Wolffe, and Heljä Antola Crowe co-authored a chapter, "Collaborative Power: An Inter-Institutional Partnership," in the book *Voices from the Field: Collaborative Innovations in Early Childhood Education Preparation*, which was published in January 2017

- On Friday, March 17, 2017 Illinois Lt. Governor Evelyn Sanguinetti met with teacher education majors to discuss their experiences in the English as a Second Language (ESL) program. The Department of Teacher Education was the first teacher preparation program in the state to embed the ESL endorsement program in their redesigned elementary education, middle school education, early childhood education, and special education (LBS I) programs.

- The Department of Teacher Education participated in the Illinois State Board of Education's Partnership for Educator Preparation Pilot (PEP), coordinated by Dr. Twila Lukowiak, Ms. Colleen Slane, Assessment Coordinator, and Dr. Dean Cantu, in preparation for AY 2017-18 when ISBE will implement the PEP statewide.

- Sarah Wadi, a 2016 graduate of the Department of Teacher Education's elementary education program, was a recipient of one of the 2017 Outstanding Beginning Teacher Awards, presented by the Illinois Association of Colleges for Teacher Education (IACTE).

- During the 2016-2017 academic year, Professor Kevin Finson, Co-Director, and the Center for STEM Education sponsored a number of programs that provided area educators and students with opportunities to engage in STEM teaching and learning activities on campus and in P-12 schools, including the "Frontiers in STEM Education" Lecture on April 1, 2017 hosting Zeb Hogan, who conducted a presentation titled "Saving Imperiled Giant Freshwater Fish around the World."

- At their May 5, 2017 meeting, the Illinois State Educator Preparation and Licensure Board (SEPLB) unanimously approved all teacher education programs at Bradley University, as follows: Early Childhood Education; Early Childhood/Elementary Education; Elementary Education; English Language Arts Education; Family and Consumer Sciences Education; Special Education (LBS I); Mathematics Education; Middle School Education (English Language Arts, Mathematics, Science, Social Science); Music Education; Science Education (Biology, Chemistry, and Physics); Social Science/History Education; and Visual Arts Education. All of the program reports were prepared and submitted by the Assessment Team of Ms. Colleen Slane, Dr. Dean Cantu, and Dr. David McMullen.

- At the June 14, 2017 meeting, the Illinois State Board of Education re-appointed Dr. Dean Cantu, Department Chair, to another three-year term as one of two private college and university representatives

on the Illinois State Educator Preparation and Licensure Board (SEPLB). In addition, he was appointed to Chair the SEPLB Facilitation Committee.

# Illinois Licensure Testing System Annual Institution Report

## Pass Rates of Program Completers

## Program Year 2016-2017 - Bradley University

Number of Program Completers: 84

| Test Field/Category | | Number Tested | Avg Scaled Score | Number Passed | Pass Rate | State Avg Pass Rate | State Avg Scaled Score |
|---|---|---|---|---|---|---|---|
| **Academic Content Areas** | | | | | | | |
| 106 | Science: Chemistry | 1 | -- | -- | -- | 100% | 265 |
| 107 | Early Childhood Education | 4 | -- | -- | -- | 100% | 260 |
| 110 | Elementary/Middle Grades | 46 | 263 | 46 | 100 | 100% | 264 |
| 111 | English Language Arts | 9 | -- | -- | -- | 100% | 268 |
| 114 | Social Science: History | 3 | -- | -- | -- | 100% | 263 |
| 143 | Music | 4 | -- | -- | -- | 100% | 270 |
| 155 | Learning Behavior Specialist I | 33 | 262 | 33 | 100 | 100% | 270 |
| 163 | Special Ed. General Curriculum | 33 | 255 | 33 | 100 | 100% | 259 |
| **edTPA Portfolio Evaluation** | | | | | | | |
| TP001 | Elementary Literacy | 37 | 44 | 37 | 100 | 99% | 46 |
| TP002 | Elementary Mathematics | 6 | -- | -- | -- | 100% | 46 |

| TP003 | Secondary English Language Arts | 9 | -- | -- | -- | 99% | 46 |
| TP004 | Secondary History/Social Studies | 3 | -- | -- | -- | 99% | 46 |
| TP006 | Secondary Science | 1 | -- | -- | -- | 99% | 45 |
| TP012 | Special Education | 16 | 45 | 16 | 100 | 100% | 46 |
| TP014 | Early Childhood | 3 | -- | -- | -- | 98% | 43 |
| TP017 | Middle Childhood Science | 1 | -- | -- | -- | 96% | 47 |
| TP021 | K-12 Performing Arts | 4 | -- | -- | -- | 100% | 47 |
| TP117 | Family and Consumer Sciences | 2 | -- | -- | -- | 100% | 49 |

Passing rates are not reported for less than 10 examinees.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# CATERPILLAR COLLEGE OF ENGINEERING AND TECHNOLOGY

The Caterpillar College of Engineering and Technology offers undergraduate programs of study leading to baccalaureate degrees as follows:

- **Civil Engineering** B.S. in Civil Engineering
- **Construction** B.S. in Construction
- **Electrical Engineering** B.S. in Electrical Engineering
  (computer option)
- **Engineering Physics** B.S.
- **Industrial Engineering** B.S. in Industrial Engineering
- **Manufacturing Engineering** B.S. in Manufacturing Engineering
- **Manufacturing Engineering Technology** B.S. in Manufacturing Engineering Technology
- **Mechanical Engineering** B.S. in Mechanical Engineering
  (biomedical engineering concentration)
  (energy concentration)

Our mission is to educate and graduate well-integrated individuals who possess the technical and social competence and confidence to succeed in professional practice and advanced education, to be life-long learners, and to exercise responsible citizenship. To accomplish this mission we have established the following objectives:

Our graduates should have:

1. sufficient knowledge and understanding of the appropriate scientific and mathematical fundamentals upon which to develop their professional skills;
2. skill in integrating knowledge and applying this understanding to professionally define problems and produce effective solutions;
3. effective written, oral, and graphic communication skills;
4. awareness and understanding of diverse cultures and social conditions, past and present, in which their professional and personal endeavors will take place;
5. commitment to continuing professional growth and the ethical development of their chosen discipline.

Objectives of the undergraduate curricula focus on the attainment of professional competence, the achievement of intellectual maturity and personal growth, and the development of social responsibility. All the College's programs seek to facilitate creative communication between technologists, engineers, and scientists and those educated in the liberal arts and other

disciplines. The College's courses provide the basic bodies of knowledge with which the methods and philosophies of engineering and engineering technology are developed. The education stresses professionalism both for today and for the future.

General and special entrance requirements are listed in the admissions section of the catalog. For graduation, students in the College must satisfy Bradley's all-University degree requirements as specified elsewhere in this catalog as well as the specific degree requirements of the program in which they major. The programs' requirements, which incorporate requirements of appropriate professional accrediting agencies, are listed in their respective curriculum sections of this catalog. Effective academic advisement is stressed in the College; students are required to consult regularly with their academic advisor to plan their course schedules. However, students are individually responsible for insuring that their program's requirements are met.

Specific college requirements are:

1. A minimum grade point average of 2.00 (C) must be earned in all courses taken in the Caterpillar College of Engineering and Technology. (See departmental program descriptions for additional requirements.)
2. All students majoring in programs in the Caterpillar College of Engineering and Technology are required to pass, while at Bradley, a minimum of one junior or senior level course in which writing of papers, essays, and the like is given substantial emphasis and critical evaluation.

Community college transfer students entering the Caterpillar College of Engineering and Technology can complete their degree requirements in a time frame (normally two to three years) that depends on the major being sought and courses taken at the community college. Transfer students are urged to consult as early as possible with the Bradley department in which they will seek a major to make sure the transfer process is efficient. Because the fields of engineering and engineering technology are dynamic and rapidly changing, students transferring into the College from other programs in the University are usually expected to complete their major's graduation requirements as found at the time of transfer. A change of major may result in a change of requirements.

Students who maintain continuous enrollment and who complete work toward the baccalaureate degree within five years from the date of entry may graduate under either the catalog in effect at the time of entrance or under the catalog in effect at the time of graduation. A change in major could mean meeting new requirements in force at the time of the change as a condition for acceptance into that major. Students whose work has been interrupted for one or more semesters may be held to requirements in effect at the time of their re-enrollment.

In addition to the undergraduate programs described in this catalog, the College offers graduate work leading to Master of Science degrees in civil, electrical, industrial, mechanical, and manufacturing engineering. These graduate programs are described in detail in the Graduate Catalog.

# Special Academic Programs

## Cooperative Education

The College participates with employers in an optional Cooperative Education Program. Students alternate periods of full-time study with full-time employment. The program provides academic- or career-related work experiences. To be eligible, the student must have sophomore standing and a 2.0 minimum overall grade point average at Bradley. Students must have authorization to work in the United States.

## Internships

Engineering internships provide engineering and technology students in good academic standing (2.0 grade point average or better) an opportunity to participate in a full-time internship semester and/or summer away from campus providing career-related work experience. This internship is equivalent in work-time to a full-time cooperative education assignment. Interns will be monitored in the same way as EGT cooperative education students. Participating students will enroll in EGT 210, EGT 310, or EGT 410 for zero credit hours. While on a full-time internship assignment, students are considered to have full-time student status, making normal progress toward a degree in a recognized University program, and are entitled to all student privileges at the University. Also while on a full-time internship assignment, students may register for additional hours of classroom study upon departmental approval. Students must have authorization to work in the United States.

## Practicums

Undergraduate students enrolled in chemistry, civil engineering, computer science, construction, electrical engineering, industrial engineering, manufacturing engineering, manufacturing engineering technology, mechanical engineering, and physics have an opportunity for off-campus employment for 10-20 hours per week in the engineering practicum program. Students are assigned technically challenging projects with a near-term economic payback. Participating students will be enrolled in EGT 200, EGT 300, or EGT 400 for zero credit hours. While

participating in the practicum program, students may wish to enroll in fewer credit hours of academic courses. Such students are still considered by the University to have full-time status, making normal progress towards a degree in a recognized University program. However, students who wish to enroll in less than 12 semester hours of credit should consult the director of financial assistance about possible impact on financial aid and/or insurance benefits. Students must have authorization to work in the United States.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# EGT COURSES

**EGT 101 - Introduction to Engineering & Technology** *(3 hours)*

This course offers an in-depth introduction of the engineering profession in order to provide undecided engineering students more awareness of opportunities and differences within the engineering disciplines. Emphases: the design process, engineering problem solving and tools, engineering ethics, experimentation, and communication. Prerequisite: Major in EGT UEG

**EGT 200 - Sophomore Engineering Practicum** *(0 hours)*

Solving technically challenging problems with a near-term economic benefit. Only for students approved for practicum by the Dean's Office. Pass/fail.

**EGT 210 - Sophomore Engineering Internship** *(0 hours)*

Full-time internship away from campus for engineering and technology students to gain academic or career-related work experience in industry. May be repeated only with consent of internship coordinator and internship faculty advisor. Satisfactory/Unsatisfactory. Prerequisite: sophomore standing in College of Engineering and Technology, 2.0 overall grade point average at Bradley, approval of internship coordinator and internship faculty advisor.

**EGT 300 - Junior Engineering Practicum** *(0 hours)*

Solving technically challenging problems with a near-term economic benefit. Only for students approved for practicum by the Dean's Office. Pass/fail.

**EGT 310 - Junior Engineering Internship** *(0 hours)*

Full-time internship away from campus for engineering and technology students to gain academic or career-related work experience in industry. May be repeated only with consent of internship coordinator and internship faculty advisor. Satisfactory/Unsatisfactory. Prerequisite: junior standing in the College of Engineering and Technology, 2.0 overall grade point average at Bradley, approval of internship coordinator and internship faculty advisor.

**EGT 400 - Senior Engineering Practicum** *(0 hours)*

Solving technically challenging problems with a near-term economic benefit. Only for students approved for practicum by the Dean's Office. Pass/fail.

### EGT 410 - Senior Engineering Internship *(0 hours)*

Full-time internship away from campus for engineering and technology students to gain academic or career-related work experience in industry. May be repeated only with consent of internship coordinator and internship faculty advisor. Satisfactory/Unsatisfactory. Prerequisite: senior standing in the College of Engineering and Technology, 2.0 overall grade point average at Bradley, approval of internship coordinator and internship faculty advisor.

### EGT 500 - Graduate Engineering Practicum *(0 hours)*

Solving challenging problems with a near-term economic benefit. Only for students approved for practicum by the Dean's Office. Pass/fail. Prerequisite: Graduate student.

### EGT 510 - Graduate Engineering Internship *(0 hours)*

Full-time internship away from campus for engineering and technology students to gain academic or career-related work experience in industry. May be repeated only with consent of internship coordinator and internship faculty advisor. Satisfactory/Unsatisfactory. Prerequisite: engineering and technology graduate student. Newly admitted graduate student must be unconditionally admitted and continuing student must have a minimum of 3.0 grade point average in graduate courses. Approval of internship coordinator and internship faculty advisor.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# CIVIL ENGINEERING

**The baccalaureate program in civil engineering is accredited by the Engineering Accreditation Commission of ABET. (http://www.abet.org)**

**FACULTY** Emeritus Professors Muvdi, Rebholz; Professors Al-Khafaji, Elhouar (chair), Maillacheruvu, Schattler; Associate Professors Khodair, Lee; Assistant Professors Al Zarrad, Ashraf, Hossain, Kim, Soltani, Spelman; Assistant Professors in Residence George, Wolfe.

The Department of Civil Engineering and Construction offers undergraduate programs in both civil engineering (B.S.C.E.) and construction (B.S.C.).

# Mission and Objectives

Produce graduates who possess a keen awareness of the global dimensions of our profession, leadership skills required to serve our society, and the technical knowledge to pursue multiple career paths, including advanced degrees. To achieve our mission, our department will strive to achieve the following civil engineering program objectives:

1. Our alumni have the skills to become leaders and stewards in their chosen profession and in society through their contributions to professional practice, research, entrepreneurial initiatives, or policy.
2. Our alumni apply ethics and sustainability principles in their profession and commit to life-long learning, earn licensure and become experts and mentors in their chosen profession.
3. Our alumni have the needed awareness of relevant global issues and cultures in order to thrive in a complex and multicultural world.

# The Department

## Facilities

**Facilities.** The curriculum is supported by 14 cutting-edge laboratory and computer facilities equipped with modern hardware and software. Laboratories include multimedia, emerging technologies, fluid mechanics/hydraulics, surveying, concrete design, asphalt pavement design, construction, structural, geotechnical, estimating, design projects, machine shop, and a research laboratory. The department has four computer laboratories, completely networked with printers, plotters, and scanners. Two of the computer laboratories are project laboratories used for senior capstone courses. Laptops are also available to students for senior project courses. The computers have a wide range of up-to-date software, including AutoCAD, Revit, Microstation,

Visual MODFLOW, Biowin, Photoshop, Dreamweaver, Fireworks, SAP 2000, Robot, word processing, spreadsheets, PowerPoint, database management programs, etc. The computer facilities are available to CEC students on a 24-hour basis.

**Internationalization.** The CEC department strongly believes that exposure to different world cultures can expand the professional capabilities, stimulate intellectual growth, and broaden the personal perspective of all participants. The CEC department and the university are committed to giving all of our students the opportunity to study overseas. Arrangements have been made with universities around the world to send our students overseas either for short courses, a semester, or an entire year. Students with financial need have received financial support that enables them to study abroad for equal to or less than what it would cost to study on campus. Financial aid is available to students choosing to study for a semester or a year overseas at another institution. Through the CEC department's Global Explorer Program (GEP) initiative, groups of up to 42 students and faculty have visited various countries including England, France, Denmark, Norway, Sweden, Egypt, Jordan and Malta to study under the guidance of CEC faculty. Since 1995, more than 250 CEC students have studied overseas.

**Scholarships.** Currently nearly 30 annual and endowed scholarships are available to students through the department. The total endowed scholarship from industry exceeds 1.8 million dollars dedicated specifically to CEC students. This reflects the faith and trust that industry has in the quality of our programs.

**Placement.** For the past 16 years job placement in CEC has been over 95% and has been 100% placement for most of those years. Starting salaries for CEC graduates are very competitive nationwide. Employers recognize that our students have the knowledge, experience, and intellectual curiosity to succeed in their profession. High placement and scholarship opportunities for our students are a direct benefit from the strong partnerships that CEC has developed over the past 30 years with our professional partners in industry, government, and academe.

**Leadership.** A focus of the department is the development of leadership skills in our students. Students are encouraged to participate in student professional organizations and academic honorary organizations by being officers or committee chairs. Leadership skills are also developed through service and outreach programs that teach good citizenship. Our students have been involved in many different community outreach activities such as school playgrounds,

Women's Strength, the South Side Mission, Easter Seals, and Pocket Parks. Many of our students, both in civil engineering and construction, participate in the outstanding "Bridge Pal" program designed to foster an interest in engineering in high school and middle school students. CEC is the only department that offers scholarships for leadership. This scholarship is offered to applicants whose academic and leadership skills meet the standards: (http://www.bradley.edu/admissions/freshman/cost/sources/cecles/index.dot).

**Faculty Qualifications.** The award winning CEC faculty have published more textbooks than any other civil engineering or construction department of a similar size in the United States. These textbooks are used at a large number of highly regarded institutions. CEC faculty have received numerous awards for teaching excellence and scholarship, as well as for their professional contributions. They have conducted research for national, state, and local sponsors, benefitting society and our students. CEC Faculty conduct research for national, state, and local sponsors, benefit our students in terms of scholarships and research opportunities.

**Graduation.** To graduate, students must meet all university and college graduation requirements. Additionally, CE students must achieve a minimum GPA of 2.25 in civil engineering courses. Every academic year, CE students are required to attend a number of seminars and other events that promote leadership and service.

**Graduate Program.** In addition to the undergraduate program described above, the Department offers a graduate program leading to the Master of Science in Civil Engineering degree. Details of this program may be found in the Graduate Catalog. The graduate program allows talented undergraduate students to engage in scholarly research activities and to enroll in advanced courses to meet their special interests and needs.

# Civil Engineering Program Emphases and Requirements

The Department of Civil Engineering and Construction offers an ABET-accredited BSCE program that provides students the necessary background for continued professional growth and prepares them for engineering careers. The program offers a broad spectrum of specialties including structures, water resources, environmental engineering, transportation, highway and pavement design, geotechnical engineering, and construction management. The curriculum is designed to give students the broad technical background required for modern civil engineering practice and/or to pursue higher education. Students are trained to be leaders who understand their critical roles in the development of sustainability and maintenance of society's infrastructure.

The program is founded on a strong core in mathematics as well as natural and engineering sciences. Design practices in civil engineering are integrated throughout the curriculum, culminating in a two-semester capstone design course sequence under the supervision of well-qualified faculty and industrial partners. A sequence of courses in the humanities and social sciences helps students understand the impact of engineering solutions on society and are chosen to meet Bradley Core Curriculum requirements. An approved list of courses that satisfy these requirements may be obtained from the student's academic advisor. The curriculum gives students as much flexibility in technical electives as possible while meeting all accreditation requirements.

## Areas of Emphasis

Students may choose to take their electives in one of the following areas of emphasis. Students also have the flexibility of taking courses from each emphasis plus other courses approved as technical electives. Students not selecting any of the emphases below must still meet ABET requirements for their technical electives as explained in the section titled Typical Program (http://www.bradley.edu/academic/undergradcat/20192020/egt-ce.dot#a) below.

### Internationalization

Students take two courses through the CEC Department Global Explorer Program and/or Bradley Study Abroad program, and take an approved semester abroad.

### Sustainability

Students take four courses, chosen from:

- CE 541 Pollution Modeling
- CE 542 Advanced Water Treatment
- CE 543 Advanced Wastewater Treatment
- CE 546 Groundwater Hydrology
- CE 555 Sustainability and Environmental Regulations
- CE 558 Solid Waste Management
- CON 352 Sustainable Urban Environment
- ME 537 Building Energy Management

### Infrastructure

Students take four courses, chosen from:

- BLW 395 Real Estate Law

- ECO 325 Urban Economics
- CE 422 Foundation Analysis and Design
- CE 430 Water Supply and Hydraulic Engineering
- CE 465 Surface Water Hydrology
- CE 508 Advanced Soil Mechanics
- CE 515 Advanced Foundation Engineering
- CE 560 Advanced Structural Analysis
- CE 562 Advanced Steel Design
- CE 565 Advanced Concrete Design
- CE 567 Prestressed Concrete Design
- CE 577 Seismic Design
- CE 580 Highway Safety
- CE 583 Geometric Highway Design
- CE 587 Traffic Signal Design
- CE 588 Transportation Economics
- CON 526 Advanced Construction Estimating

## Typical Program

Note: Students must make sure that among the courses they take to meet graduation requirements, at least two are designated as Writing Intensive courses.  With some exceptions, a course approved to satisfy an Area of Inquiry may also carry Core Practices tags. However, courses approved for an Area of Inquiry may not also carry the tag of a cognate Core Practice, e.g., courses satisfying the Communication writing requirement cannot also carry the writing intensive tag.  A list of courses approved for the Writing Intensive tag can be obtained from the advisor.

## Freshman Year

*First Semester*

- CE 100 Intro. to Civil Engineering - 1 hr.
- Core Curr. - Communication (W1): ENG 101 English Composition - 3 hrs.
- Core Curr. – Quantitative Reasoning (QR1): MTH 121 Calculus I - 4 hrs.
- Core Curr. - Communication (OC): COM 103 Oral Communication Process - 3 hrs.
- [1] Core Curr. - Multidisciplinary Integration (MI)- 3 hrs.
- [1] Core Curr. - Global Perspectives (GP)- 3 hrs.

## 17 hours

*Second Semester*

- CE 150 Mechanics I - 3 hrs.

- Core Curr. – Quantitative Reasoning (QR2): MTH 122 Calculus II - 4 hrs.
- Core Curr. – Natural Sciences (NS1): PHY 110 University Physics I - 4 hrs.
- CON 132 - Construction Graphics - 2 hrs.
- [2]Core Curr. – Natural Sciences (NS2): Biology/Astronomy/Geology - 3 hrs.

**16 hours**

**Sophomore Year**

*First Semester*

- CE 205 Computing in Civil Engineering - 1 hr.
- CE 250 Mechanics II - 3 hrs.
- CHM 110 General Chemistry I - 3 hrs.
- CHM 111 General Chemistry I Lab - 1 hr.
- MTH 223 Calculus III - 4 hrs.
- CE 224 CADD - 3 hrs.

**15 hours**

*Second Semester*

- CE 210 Numerical Methods in CE - 3 hrs.
- CE 270 Mechanics of Materials - 3 hrs.
- CE 260 Fluid Mechanics - 3 hrs.
- [1]Core Curr. —Social and Behavioral Sciences (SB) - 3 hrs.
- [1]Core Curr. —Fine Arts (FA) - 3 hrs.
- MTH 224 Differential Equations - 3 hrs.

**18 hours**

**Junior Year**

*First Semester*

- CON 326 Construction Estimating - 3 hrs.
- CE 359 Structural Analysis - 4 hrs.
- CE 360 Introduction to Environmental Engineering - 4 hrs.
- CE 350 Geotechnical Engineering - 4 hrs.
- CE 383 Ethics and Sustainability – 1 hr.

**16 hours**

*Second Semester*

- CE 310 Probability, Statistics and Decision Making in CE - 3 hrs.
- ENG 305 Technical Writing - 3 hrs. (Bradley Core Communication – W2)
- CE 393 Sustainability and Public Policy - 2 hrs.
- CE 365 Reinforced Concrete Design - 4 hrs.
- CE 356 Pavement Design - 4 hrs.

**16 hours**

**Senior Year**

*First Semester*

- CE 480 Transportation Engineering - 3 hrs.
- CE 442 Design of Steel Structures - 3 hrs.
- [3]CE Electives - 6 hrs.
- CE 493 Senior Design Project I (WI) - 3 hrs.

**15 hours**

*Second Semester*

- CE 498 CE Design Project II (WI) - 3 hrs.
- CE 422 Foundation Analysis and Design - 3 hrs.
- [4]Approved Technical Electives - 6 hrs.
- [1] Core Curr. - Humanities (HU) - 3 hrs.

**15 hours**

**Total Hours: 128**

[1] *Bradley University Core Curriculum education courses may be selected from an approved list for each category. They may be taken in any sequence, not necessarily in the semester indicated. Other University general education requirements are satisfied by specific courses required above.*

[2] *Any biology or astronomy or geology course. See Technical Electives I. Math and Basic Sciences.* (http://www.bradley.edu/academic/undergradcat/20192020/egt-ce.dot#TE1)

[3] *CE Technical electives must be selected from an approved list. See Technical Electives II. Civil Engineering Electives.* (http://www.bradley.edu/academic/undergradcat/20192020/egt-ce.dot#TE2)

[4] *Approved Technical electives may be Basic Science, Civil Engineering, or Program Electives as shown in approved lists. See Technical Electives I. Mathematics and Basic Science, II. Civil Engineering, or* (http://www.bradley.edu/academic/undergradcat/20192020/egt-ce.dot#TE1)*III. Program Electives.* (http://www.bradley.edu/academic/undergradcat/20192020/egt-ce.dot#TE3)

## Technical Electives — 15 credit hours

All electives selected by the student should be approved by the student's academic advisor. The student should select technical electives that reflect career objectives. Students wishing to enroll in a CEC graduate-level course must have a minimum 2.75 GPA overall. The advisor will select the appropriate elective category for each offering of project and topic courses: CE 481, CE 482, CE 491, CE 492, CE 591, CE 592, CE 593, and CE 594.

## Math and Basic Science

Students must take 3 semester hours from the following courses:

- Any biology course
- Any astronomy course
- Any geological science course

Students may take an additional 6 semester hours from the following courses:
- Any biology course
- Any astronomy course
- Any geological science course
- Any mathematics course above MTH 224
- Any physics course above PHY 110
- Any chemistry course above CHM 110

### Civil Engineering Electives

Students must select a minimum of 6 semester hours.

## Group A: Civil Engineering Science Courses

Students may apply up to a maximum of 9 semester hours.

- CE 206 Surveying
- CE 465 Surface Water Hydrology
- CE 481 Projects I
- CE 482 Projects II
- CE 491 Special Topics I

- CE 492 Special Topics II
- CE 508 Advanced Soil Mechanics
- CE 541 Pollution Modeling
- CE 546 Groundwater Hydrology
- CE 555 Sustainability and Environmental Regulations
- CE 558 Solid Waste Management
- CE 560 Advanced Structural Analysis
- CE 570 Advanced Mechanics of Materials
- CE 575 Structural Dynamics
- CE 580 Highway Safety
- CE 588 Transportation Economics
- CE 591 Advanced Topics I
- CE 592 Advanced Topics II
- CE 593 Advanced Project I
- CE 594 Advanced Project II

**Group B**: Civil Engineering Design

Students may apply up to a maximum of 12 semester hours and not less than 3 semester hours.

- CE 430 Water Supply and Hydraulic Engineering
- CE 481 Projects I
- CE 482 Projects II
- CE 491 Special Topics I
- CE 492 Special Topics II
- CE 515 Advanced Foundation Engineering
- CE 542 Advanced Water Treatment
- CE 543 Advanced Wastewater Treatment
- CE 562 Advanced Steel Design
- CE 565 Advanced Concrete Design
- CE 567 Prestressed Concrete Design
- CE 577 Seismic Design
- CE 583 Geometric Highway Design
- CE 587 Traffic Signal Design
- CE 591 Advanced  Topics I
- CE 592 Advanced  Topics II
- CE 593 Advanced Project I
- CE 594 Advanced Project II

## Program Electives

Students may apply up to a maximum of 6 semester hours.

### Engineering Science

- ME 301 Thermodynamics I
- ME 302 Thermodynamics II
- ME 521 Intermediate Fluid Mechanics
- ME 537 Building Energy Management
- ME 556 Mechanics of Composite Materials
- ME 577 Finite Element Methods in Engineering
- IME 301 Engineering Economy I
- IME 313 Operations Research I
- EE 205 Fundamentals of Circuit Analysis
- EE 327 Fundamentals of Electrical Engineering I
- EE 328 Fundamentals of Electrical Engineering II

### Other

- Any BUS, BSA, ATG, ECO, BLW, BMA, ENT, MIS, FIN, ML, MTG, or IB course
- Any computer science course above CS 202
- CE 481 Projects I
- CE 482 Projects II
- CE 491 Special Topics I
- CE 492 Special Topics II
- CE 520 Advanced Numerical Methods
- CE 591 Advanced Topics I
- CE 592 Advanced Topics II
- CE 593 Advanced Project I
- CE 594 Advanced Project II
- CON 352 Sustainable Urban Environment
- CON 356 Construction Safety
- CON 380 Construction Contracts
- CON 392 Construction Scheduling
- CON 394 Construction Labor and Unions
- CON 395 Construction Claims and Change Orders
- CON 489 Design of Wood and Masonry Structures
- CON 494 Construction Practices
- CON 520 Advanced Construction Practice
- CON 522 Advanced CADD

- CON 524 Building Information Modeling
- CON 526 Advanced Construction Estimating
- CON 528 Advanced Construction Scheduling
- CON 529 Advanced Construction Contracts
- CON 536 TQM Principles
- CON 537 Construction Simulation
- CON 540 Project and Company Management

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# CIVIL ENGINEERING COURSES

**C E 100 - Introduction to Civil Engineering** *(1 hour)*

Introduction to the civil engineering professions. Introduction to fundamental engineering concepts; engineering design; engineering ethics; professional societies; introduction to computers and computer applications.

**C E 150 - Mechanics I** *(3 hours)*

Analysis of two- and three-dimensional force systems by vector algebra. Applications of principles of equilibrium to particles, rigid bodies, and simple structures. Friction, distributed forces, center of gravity, centroids, moments of inertia. U.S. and SI systems of units and applications. Prerequisite: MTH 121 or MTH 115 or MTH 119

**C E 200 - Engineering Co-Op** *(0 hours)*

Full-time cooperative education assignment for civil engineering students who alternate periods of full-time school with periods of full-time academic or career-related work in industry. Satisfactory/Unsatisfactory. Prerequisite: sophomore standing in the College of Engineering and Technology, 2.0 overall grade point average at Bradley, approval of engineering and technology Co-op coordinator and Co-op faculty advisor.

**C E 205 - Computing in Civil Engineering** *(1 hour)*

Introduction to computing in civil engineering using MATLAB and other software. Arrays, vectors, and matrices, programming in MATLAB, analyzing numeric data, vectors and matrices, analyzing and visualizing data, plotting and graphics. Prerequisite: Sophomore standing

**C E 206 - Surveying** *(2 hours)*

Theory and applications of measurements of horizontal distances, differences in elevations, horizontal angles, vertical angles, bearings, azimuths, and areas and volumes. Simple horizontal and vertical curves, topographic surveys and mapping. Public land surveying system. Introduction to GPS technology.

**C E 210 - Numerical Methods in Civil Engineering** *(3 hours)*

State-of-the-art algorithms used in solving complex engineering problems. Mathematical models involving ordinary and partial differential equations. Initial value, boundary value, and transient problems in civil engineering. Prerequisite: MTH 223.

**C E 224 - CADD** *(3 hours)*

Examinations of graphical capabilities of current computer-aided design and drafting (CADD) systems. Theoretical and hands-on applications of the most widely used CADD systems available for Civil Engineering and Construction students. Prerequisite: CON 132.

**C E 250 - Mechanics II** *(3 hours)*

Kinematics and kinetics of particles and rigid bodies using vector analysis. Kinetics includes principles of force-mass-acceleration, work-energy, and impulse-momentum. Prerequisite: CE 150.

**C E 260 - Fluid Mechanics** *(3 hours)*

Fluid properties and fluid motion: basic laws of motion in integral form; applications of basic laws in solving fluid flow problems. Hydrostatics, dimensional analysis, similitude, and incompressible viscous flow (both laminar and turbulent) in conduits. Introduction to open channel flow; culverts, sewers, and streams. Laboratory experiments. Prerequisite: CE 250.

**C E 270 - Mechanics of Materials** *(3 hours)*

Internal forces; stress, strain, and their relations; stresses and deformations in axial and torsional loading; indeterminate problems; stresses and deformations in flexural members; transformation of stresses; introduction to member design; column buckling analysis. Prerequisite: CE 150.

**C E 310 - Probability, Statistics and Decision Making in Civil Engineering** *(3 hours)*

Basic probabilistic and statistical decision making principles used in civil engineering design and practice. Probabilistics models and decision theory. Prerequisite: MTH 122.

**C E 350 - Geotechnical Engineering** *(4 hours)*

Physical properties of soils, soil profiles, and deposits. Soil strength determination. Flow of water through soil masses. Laboratory experiments. Prerequisite: CE 260, CE 270.

**C E 356 - Pavement Design** *(4 hours)*

Pavement engineering and design. Selection testing, and use of highway pavement construction materials in relation to function, environment, and cost. Structural properties of asphalt (flexible) and concrete (rigid) pavements; laboratory experiments. Prerequisite: CE 350.

**C E 359 - Structural Analysis** *(4 hours)*

Analysis of statically determinate structures including influence lines. Deflections by area-moment, conjugate beam, and Castigliano's theorem. Analysis of statically indeterminate

structures including influence lines. Classical solutions by consistent displacements, three-moment theorem, moment distribution, and slope deflection methods. Matrix methods for structural analysis by stiffness approach. Prerequisite: CE 270.

### C E 360 - Introduction to Environmental Engineering *(4 hours)*

Analysis techniques and design procedures for unit operations and unit processes for water and waste water treatment. Techniques for the examination of water and waste water quality. Laboratory experiments. Prerequisite: CHM 110 and CHM 111.

### C E 365 - Reinforced Concrete Design *(4 hours)*

Theory and design of reinforced concrete structures: beams, columns, slabs, walls, and buildings. Current ACI Code provisions for elastic and ultimate design. Laboratory experiments. Prerequisite: CE 359.

### C E 383 - Ethics and Sustainability *(1 hour)*

Engineering ethics with applications to sustainable civil infrastructure. Ethical responsibilities to public, clients, and employers. Social responsibility and public participation for civil infrastructure.

### C E 393 - Sustainability and Public Policy *(2 hours)*

Introduction to engineering economics with applications to assessment of sustainable alternatives in infrastructure, ability to engage in life-long learning, knowledge of contemporary issues, understanding professional and ethical responsibility, and ability to function on multi-disciplinary teams. Applications of systems engineering concepts including optimization. Prerequisite: MTH 122

### C E 401 - Seminar *(1 hour)*

Papers, reviews, and discussion of current technical literature. Prerequisite: senior standing in civil engineering.

### C E 422 - Foundation Analysis and Design *(3 hours)*

Analysis and design of footings, raft foundations, retaining walls, piles, and caissons, based on current theories and design considerations in soil mechanics, concrete, and steel. Prerequisite: CE 350, CE 365.

### C E 430 - Water Supply & Hydraulic Engineering *(3 hours)*

Water use and wastewater generation. Conveying and distributing water. Wastewater and stormwater conveyance system design. Design of storage structures and other systems for water

conservation and water use; open channel flow, closed conduit flow, hydraulic structures, hydraulic power conversion. Prerequisite: CE 260.

## C E 442 - Design of Steel Structures *(3 hours)*

Design of steel structural members. Behavior of members and connections. Theoretical and practical considerations in member selection and joint design. Prerequisite: CE 359.

## C E 465 - Surface Water Hydrology *(3 hours)*

Introduction to hydrological cycle. Hydrologic measurements and monitoring. Surface water hydrology: runoff and the catchment, hydrographs, unit hydrographs, hydrograph routing, urban and small watershed hydrology, hydrologic design, synthetic streamflows, simulation models, applications of probability and statistics to surface water hydrology. Prerequisite: CE 260, CE 310 or equivalent.

## C E 480 - Transportation Engineering *(3 hours)*

Introduction to transportation engineering and planning as it relates to highways. Characteristics of highway systems: the driver, vehicle and roadway, traffic engineering studies, highway safety, traffic flow fundamentals, capacity and level of service concepts, intersection traffic control, transportation planning and site impact analysis, geometric design of highways. Prerequisite: CE 224

## C E 481 - Projects I *(1-3 hours)*
Supervised individual study of civil engineering projects. Prerequisite: consent of advisor.

## C E 482 - Projects II *(1-3 hours)*
Supervised individual study of civil engineering projects. Prerequisite: consent of advisor.

## C E 491 - Special Topics I *(1-3 hours)*
Topics of special interest which may vary each time course is offered. Topics are stated in the current Schedule of Classes. Prerequisite: consent of advisor.

## C E 492 - Special Topics II *(1-3 hours)*
Topics of special interest which may vary each time course is offered. Topics stated in current Schedule of Classes. Prerequisite: consent of advisor.

## C E 493 - Civil Engineering Design Project I *(3 hours)*
**Core Curr. WI**
First of a two-semester course design project sequence. Discussions of the relationship between

the owner, architect, consultant, superintendent, construction manager, general contractor and subcontractors. Methods of project delivery, Project concepts through construction, design phases, and project challenges. Leadership, ethics, public policy issues, LEED, and basic business management practices. Oral and written report of preliminary plan. Prerequisite: CE 393

**C E 498 - Civil Engineering Design Project II** *(3 hours)*
**Core Curr. WI**

Detailed design of systems. Application of engineering design principles to realistic projects in structural engineering, environmental engineering, site development. Codes and standards, feasibility studies, consideration of design alternatives, selection criteria including systems sustainability, and aesthetics. Oral and written report of final design with specifications, engineering drawings, and project cost estimates. Prerequisite: C E 493, CON 326, and consent of advisor.

**C E 508 - Advanced Soil Mechanics** *(3 hours)*

Consolidation theory and settlements, stress-path method, strength and deformation behavior of soils, failure theories, confined flow, flow nets, numerical analysis of flow, unconfined flow, seepage through earth dams. Laboratory experiments on consolidation and shear strength. Prerequisite: CE 350.

**C E 515 - Advanced Foundation Engineering** *(3 hours)*

Advanced pile capacity formulations, buckling, and lateral loading. Mat foundations, finite difference solutions. Foundations on difficult soils. Slope stability; stability of earth dams. Excavations; geotechnical instrumentation. Prerequisite: CE 422

**C E 520 - Advanced Numerical Methods** *(3 hours)*

Selected numerical methods and applications chosen to meet current needs for solving problems in civil engineering. Prerequisite: CE 210. Not open to students who have previously earned credit in CE 610.

**C E 541 - Pollution Modeling** *(3 hours)*

Phenomena that affect mass balance of contaminants in environmental systems. Advection, diffusion, dispersion, and interfacial mass transfer. Physical, chemical, and biological descriptions

of these processes with mathematical models. Solutions to these models with illustrations from reactor engineering and surface water quality modeling. Application to actual process reactor. Prerequisite: CE 360.

## C E 542 - Advanced Water Treatment *(3 hours)*

Design of physical and chemical unit processes and unit operations with an emphasis on water treatment. Design of aeration systems, coagulation and flocculation processes, sedimentation tanks, filtration systems, chemical precipitation processes, ion exchange processes, and disinfection processes. Advanced purification methods including adsorption, reverse osmosis, electro-dialysis, and membrane processes. Treatment and disposal of physiochemical process sludges. Prerequisite: CE 360.

## C E 543 - Advanced Wastewater Treatment *(3 hours)*

Application of concepts from microbiology and biology to environmental engineering systems. Detailed integrated design of waste water treatment. Microbiology of waste water treatment processes and soil bioremediation processes. Interaction between biogeochemical phenomena and microbial processes in an environmental engineering context. Prerequisite: CE 360.

## C E 546 - Groundwater Hydrology *(3 hours)*

Groundwater in the hydrological cycle, fundamentals of groundwater flow; flow net analysis; steady-state and transient well testing techniques for parameter estimation; multiple well systems; leaky aquifers; sea water intrusion; groundwater investigation; artificial recharge of aquifers, design of wells; subsidence and lateral movement of land surface due to groundwater pumping. Design and computer applications. Prerequisite: CE 260.

## C E 555 - Sustainability and Environmental Regulations *(3 hours)*

Sustainability as it is expressed in environmental regulations and policies for conventional and hazardous wastes in air, water, and groundwater. Toxicological, risk assessment, risk-based engineering, and regulatory aspects for the sustainable management of all types of waste. Prerequisite: CE 360 or CON 352.

## C E 558 - Solid Waste Management *(3 hours)*

Sources, composition, and properties of solid waste. Transport of solid wastes and design of transfer stations. Separation, transformation, and recycling of waste materials. Landfill siting. Leachate generation, collection, and removal systems. Liner system design. Landfill settlement

and stability analysis. Accelerated treatment of solid waste. Methane recovery from landfills. Closure, restoration, and rehabilitation of landfills. Case studies. Prerequisite: CE 350 or CON 320.

## C E 560 - Advanced Structural Analysis *(3 hours)*

Direct stiffness method for the analysis of two-dimensional trusses and frames, equivalent nodal forces, thermal and settlement effects, principle of virtual work, space trusses, grid structures, static condensation, Lagrange multipliers, tapered elements. Prerequisite: CE 210 and CE 359.

## C E 562 - Advanced Steel Design *(3 hours)*

Structural framing systems; rigid frame design; design of bracing; design of simple rigid and moment resisting connections; torsion of steel open sections; design of beams subjected to torsion; design of steel plate girders; design of composite beams. Prerequisite: CE 442.

## C E 565 - Advanced Concrete Design *(3 hours)*

Advanced topics in flexural design; torsion in beams; behavior and design of slender columns; biaxial bending of columns; design of two-way slabs; behavior and design of frame-wall structural systems; inelastic analysis of flexural members; use of strut and tie analysis; yield line analysis; design of mat foundations. Prerequisite: CE 365.

## C E 567 - Prestressed Concrete Design *(3 hours)*

Theory and analysis of prestressed concrete members by various methods of prestressing; design of simple and continuous beams and slabs; prestress losses; composite beams. Extensive study of materials used in prestressed concrete. Precast concrete systems. Prerequisite: CE 365.

## C E 570 - Advanced Mechanics of Materials *(3 hours)*

Two- and three-dimensional stress and strain at a point; two-dimensional elasticity; beams on elastic foundations; torsion of noncircular sections; curved beams; unsymmetrical bending; plastic collapse and limit analysis. Prerequisite: CE 270.

## C E 575 - Structural Dynamics *(3 hours)*

Single degree of freedom systems; multi-degree of freedom systems; lumped mass and consistent mass-MDOF beams; free and forced vibrations; earthquake loading; impact and impulsive loads; numerical procedures. Prerequisite: CE 210 and CE 359.

## C E 577 - Seismic Design *(3 hours)*

Theory, analysis, and design of building structures under earthquake loading. Application of current codes and standards related to steel, concrete, masonry, and wood structures. Prerequisite: CE 365 and CE 442.

## C E 580 - Highway Safety *(3 hours)*

Safety aspects of streets and highways; planning, implementation, and evaluation of highway safety improvement projects and programs. Highway risk analysis and risk management systems. Prerequisite: CE 310 and CE 480.

## C E 583 - Geometric Highway Design *(3 hours)*

Application of standards, theory, and practice in design of streets and highways. Design of streets and highways including cross section elements, shoulder, and roadside features. Prerequisite: CE 480

## C E 587 - Traffic Signal Design *(3 hours)*

Analysis and design of traffic signals for isolated intersections and coordinated systems. Hardware, communication, and detection systems associated with signal systems. Fundamental concepts of simulation of traffic operations. Application of optimization/simulation computer software programs. Prerequisite: CE 480. Not open to students who previously earned credit in CE 581.

## C E 588 - Transportation Economics *(3 hours)*

Application of engineering economy for transportation systems; analysis of congestion costs, highway transportation costs, and road user consequences. Identification and measurement of highway benefits, concepts of value and time, and willingness to pay; discount rate and vest charge; concepts of depreciation and service life; life cycle cost analysis; evaluation of transportation alternatives and evaluation of completed projects/programs. Prerequisite: CE 393. Not open to students who previously earned credit in CE 582.

## C E 591 - Advanced Topics I *(1-3 hours)*

Topics of special interest, which may vary each time course is offered. Topic stated in current Schedule of Classes. Prerequisite: Consent of department chair.

## C E 592 - Advanced Topics II *(1-3 hours)*

Topics of special interest, which may vary each time course is offered. Topic stated in current Schedule of Classes. Prerequisite: Consent of department chair.

**C E 593 - Advanced Project I** *(1-3 hours)*

Supervised individual study of civil engineering and construction projects. Prerequisite: Consent of department chair.

**C E 594 - Advanced Project II** *(1-3 hours)*

Supervised individual study of civil engineering and construction projects. Prerequisite: Consent of department chair.

**C E 650 - Site Remediation** *(3 hours)*

Preliminary studies and engineering design of various treatment technologies used for remediation of contaminated soil and groundwater. Brownfield remediation. Soil composition and behavior, development and movement of groundwater. Soil sampling and monitoring of contaminants in groundwater. Drilling techniques based on soil type. Processes affecting the distribution of inorganic and organic pollutants in the environment, exchange among soil, water, sediment, and biota. Prerequisite: CE 350 and CE 360.

**C E 655 - Environmental Management Modeling** *(3 hours)*

Development, solution, and interpretation of management models used in environmental planning and water resource systems. Risk analysis and management. Risk and how its various aspects influence environmental regulations and policy. Decision making with risk including risk-based design. Environmental impact assessment. Water resource allocation decisions. Prerequisite: CE 360.

**C E 670 - Theory of Elasticity** *(3 hours)*

Stress and strain tensors; stress on arbitrary planes; principle stresses in three dimensions; equilibrium equations; strain displacement equations and compatibility conditions; transformation of stresses and strains; plane elasticity in rectangular and polar coordinates; boundary value problems; yield and failure criteria; energy principles. Prerequisite: CE 520 and CE 570.

**C E 691 - Advanced Graduate Topics I** *(3 hours)*

Advanced topics of special interest in civil engineering and construction which may vary each time course is offered. Topic stated in current Schedule of Classes Prerequisite: Consent of department chair

**C E 692 - Advanced Graduate Topics II** *(3 hours)*

Advanced topics of special interest in civil engineering and construction which may vary each time course is offered. Topic stated in current Schedule of Classes Prerequisite: Consent of

**C E 693 - Advanced Project I** *(1-3 hours)*

Supervised individual study of civil engineering and construction projects. Prerequisite: Consent of department chair

**C E 694 - Advanced Project II** *(1-3 hours)*

Supervised individual study of civil engineering and construction projects. Prerequisite: Consent of department chair

**C E 699 - Thesis** *(0-6 hours)*

Research on a topic selected by the student and approved by the chair. Repeatable to a maximum of six hours total. Prerequisite: Consent of department chair

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# CONSTRUCTION

**Department of Civil Engineering and Construction**

## Construction Program

**The baccalaureate program in construction is accredited by the American Council for Construction Education (http://www.acce-hq.org) and is a charter member of the Associated Schools of Construction.**

**FACULTY** Emeritus Professors Muvdi, Rebholz; Professors Al-Khafaji, Elhouar (chair), Maillacheruvu, Schattler; Associate Professors Khodair, Lee; Assistant Professors Al Zarrad, Ashraf, Hossain, Kim, Soltani, Spelman; Assistant Professors in Residence George, Wolfe.

The Department of Civil Engineering and Construction offers undergraduate programs in both civil engineering (B.S.C.E.) and construction (B.S.C.)

# Mission and Objectives

Produce graduates who possess a keen awareness of the national and global dimensions of the construction industry, leadership skills required to serve our society, and the technical knowledge to pursue multiple career paths including advanced degrees. To achieve our mission, the Construction program will strive to achieve the following objectives:

1. **Leadership in Construction.** Graduates understand the need for teamwork, communication, skills, integrity, good citizenship, and service. They have the needed knowledge to become leaders in the construction industry.
2. **Professional Achievement.** Graduates have the needed understanding of ethical responsibilities, certification, the necessity for continuing education, and contemporary issues required for placement and career advancement.
3. **Globalization**. Offer programs to ensure that graduates have the needed awareness of global construction issues and cultures to help them thrive in an emerging world market.
4. **Industry Partnerships.** Partner with the construction profession to offer an innovative program that promotes cultural diversity and responds to the needs of the profession and society in the areas of sustainability, infrastructure, and emerging technology.

# The Department

**Facilities.** The curriculum is supported by 14 cutting-edge laboratory and computer facilities equipped with modern hardware and software. Laboratories include multimedia, emerging technologies, fluid mechanics/hydraulics, surveying, concrete design, asphalt pavement design, construction, structural, geotechnical, estimating, design projects, machine shop, and a research laboratory. The department has four computer laboratories, completely networked with printers, plotters, and scanners. Two of the computer laboratories are project laboratories used for senior capstone courses. Laptops are also available to students for senior project courses. The computers have a wide range of software, including AutoCAD, Photoshop, Dreamweaver, Fireworks, SAP 2000, word processing, spreadsheets, PowerPoint, database management programs, etc. The computer facilities are available to CEC students on a 24-hour basis.

**Internationalization.** The CEC department strongly believes that exposure to different world cultures can expand the professional capabilities, stimulate intellectual growth, and broaden the personal perspective of all participants. The CEC department and the university are committed to giving all of our students the opportunity to study overseas. Arrangements have been made with universities around the world to send our students overseas either for short courses, a semester, or an entire year. Students with financial need have received financial support that enables them to study abroad for equal to or less than what it would cost to study on campus. Financial aid is available to students choosing to study for a semester or a year overseas at another institution. Through the CEC department's Global Explorer Program (GEP) initiative, groups of up to 42 students and faculty have visited various countries including England, France, Denmark, Norway, Sweden, Egypt, Jordan and Malta to study under the guidance of CEC faculty. Since 1995, more than 250 CEC students have studied overseas.

**Scholarships.** Currently nearly 30 annual and endowed scholarships are available to students through the department. The total endowed scholarship from industry exceeds $1.8 million dedicated specifically to CEC students. This reflects the faith and trust that industry has in the quality of our programs..

**Placement.** For 11 years until 2009, and again since 2013, CEC construction graduates have achieved a 100% placement with starting salaries that are very competitive nationwide. Employers perceive our students as having the knowledge, experience, and intellectual curiosity to succeed in their profession.

**Leadership.** A focus of the department is the development of leadership skills in our students. Students are encouraged to participate in student professional organizations and academic honorary organizations by being officers or committee chairs. Leadership skills are also developed through service and outreach programs that teach good citizenship. Our students have designed and built playgrounds and running tracks and have done work for Women's Strength, and the South Side Mission. Many of our students, both in civil engineering and construction, participate in the outstanding "Bridge Pal" program designed to foster an interest in engineering by high school and middle school students. CEC is the only department that offers scholarships for leadership. This scholarship (http://www.bradley.edu/admissions/freshman/cost/sources/cecles/index.dot) is offered to applicants whose academic and leadership skills meet the standards.

**Faculty Qualifications.** The CEC award winning faculty have published more textbooks than any other civil engineering or construction department of a similar size in the United States. These textbooks are used at a large number of highly regarded institutions. CEC faculty have received numerous awards for teaching excellence and scholarship, as well as for their professional contributions. They have conducted research for national, state, and local sponsors, benefitting society and our students.

**Graduation.** To graduate, students must meet all university and college graduation requirements. Additionally, Construction students must achieve a minimum GPA of 2.0 in college of engineering courses. Every academic year, Construction students are required to attend a number of seminars and other events that promote leadership and service.

**Graduate Program.** In addition to the undergraduate program described above, the Department offers a graduate program leading to the Master of Science in Civil Engineering degree. Details of this program may be found in the Graduate Catalog. The graduate program allows talented undergraduate students to engage in scholarly research activities and to enroll in advanced courses to meet their special interests and needs.

## Construction

The construction industry is large, varied, and complex. It is intimately interwoven with, and exerts significant influence on, the overall economy of our nation. Constructors—the modern construction professionals—are educated in engineering and architectural principles in the building process, allowing effective communication with the many persons with whom contact is

necessary: the design professionals (engineers and architects), specialty subcontractors, manufacturers and distributors of construction materials and products, financiers and others. Additionally, and most importantly, the constructor is a manager. The constructor's education must include the essentials of contemporary management philosophy, sound business and construction practice, emerging trends in sustainable development, and enlightened human relations. This multidisciplinary curriculum has been developed from these aims which are in consonance with the goals of the Associated Schools of Construction, and with the philosophy of the American Institute of Constructors.

The program described below was developed for the typical student interested in general preparation for a construction career. A minor in Management and Leadership is possible by careful selection of electives and a total of 131 semester hours.

The Bachelor of Science in Construction (BSC) degree requires a minimum of 125 approved semester hours. (Courses taken to remove deficiencies, e.g., MTH 109, MTH 110, and PHY 100, must be taken in addition to the approved 125 semester hours.)

# Degree Requirements

[1]*See Bradley Core Curriculum list in the Schedule of Classes each semester.*

[2] *Electives must be chosen from list available from the academic advisor. Students wishing to enroll in a CEC graduate-level course must have a minimum 2.75 GPA overall.*

Accreditation criteria are met by the following groups of courses:

**Group I—Bradley Core Curriculum**

**Communications**

- [1]ENG 101 English Composition - 3 hrs. (Bradley Core – W1)
- [1]ENG 300, 301, 304, 305, or 306 Advanced Writing - 3 hrs. (Bradley Core – W2)
- [1]COM 103 Oral Communication Process - 3 hrs. (Bradley Core – OC)

**9 hours**

**Mathematics**

- [1]MTH 115 or 121 Calculus I - 4 hrs. (Bradley Core – QR1)
- QM 262 Quantitative Analysis I - 3 hrs. (Bradley Core – QR2)

**7 hours**

**Physical Science**

- [1]PHY 107 or 110 Physics J - 4 hrs. (Bradley Core – NS)

- [2]Science Elective - 4 hrs.

**11 hours**

## Group II—Business Management

- [1]ECO 221 Microeconomics - 3 hrs. (Bradley Core – SB1)
- [1]ECO 222 Macroeconomics - 3 hrs. (Bradley Core – SB2)
- ATG 157 Accounting-Financial - 3 hrs.
- ATG 158 Accounting-Managerial - 3 hrs.
- BLW 342 The Legal Environment of Business - 3 hrs.
- MIS 173: Information Systems and Business Applications - 3 hrs
- M L 350 Managing for Results in Organizations - 2 hrs.
- [2]Business Electives - 6 hrs.

**23 hours**

## Group III—Construction

- CON 100 Introduction to Construction - 1 hr.
- CON 114 Ethics in Construction - 1 hr.
- CON 132 Construction Graphics - 2 hrs.
- CON 224 CADD in Construction - 3 hrs.
- CON 262 Mechanical and Electrical Systems I - 3 hrs.
- CON 270 Construction Materials and Methods I - 3 hrs.
- CON 320 Soil Mechanics - 3 hrs.
- CON 326 Construction Estimating - 3 hrs.
- CON 342 Construction Equipment - 3 hrs.
- CON 356 Construction Safety - 3 hrs.
- CON 372 Construction Productivity - 3 hrs.
- CON 380 Construction Contracts 2
- CON 392 Construction Scheduling - 3 hrs.
- CON 487 Design of Steel and Concrete Structures - 3 hrs.
- CON 489 Design of Wood and Masonry Structures - 3 hrs.
- CON 493 Senior Project Planning - 1 hr.
- CON 498 Senior Project - 3 hrs.
- CE 150 or IMT 222 Statics - 3 hrs.
- CE 206 Surveying - 2 hrs.
- CE 270 or IMT 324 Strength of Materials 3 - 4 hrs.

**51-52  hours**

# Areas of Emphasis

Students may choose to take their electives in one of the following areas of emphasis.

### Internationalization

Students take two courses through the CEC Department Global Explorer Program and/or Bradley's Study Abroad program and take an approved semester abroad.

### Sustainability

Students take four courses, chosen from:

- CON 272 Materials and Methods of Construction II
- CON 352 Sustainable Urban Environment
- CON 368 Mechanical and Electrical Systems II
- CON 452 Green Construction and LEED
- CE 393 Sustainability and Public Policy
- CE 555 Environmental Regulations and Policy
- ME 537 Building Energy Management

(**Note**: additional options may be available.)

### Infrastructure

Students take four courses, chosen from:

- BLW 395 Real Estate Law
- CON 352 Sustainable Urban Environment
- CON 435 Heavy and Highway Construction
- CE 356 Pavement Design
- CE 580 Highway Safety and Risk Management
- ECO 325 Urban Economics

# Typical Curriculum

Note: Students must make sure that among the courses they take to meet graduation requirements, at least two are designated as Writing Intensive courses. With some exceptions, a course approved to satisfy an Area of Inquiry may also carry Core Practices tags. However, courses approved for an Area of Inquiry may not also carry the tag of a cognate Core Practice,

e.g., courses satisfying the Communication writing requirement cannot also carry the writing intensive tag. A list of courses approved for the Writing Intensive tag can be obtained from the advisor.

## Freshman Year

### *First Semester*

- CON 100 Introduction to Construction - 1 hr.
- Bradley Core - Communication (OC): COM 103 Oral Communication Process - 3 hrs.
- Bradley Core – Quantitative Reasoning (QR1): MTH 115 or MTH 121 Calculus I - 4 hrs.
- [1]Bradley Core - Multidisciplinary Integration (MI) – 3 hrs.
- [2]Science Elective - 4 hrs.

## 15 hours

### *Second Semester*

- CON 132 Construction Graphics - 2 hrs.
- Bradley Core - Communication (W1): ENG 101 English Composition - 3 hrs.
- [1]Bradley Core - Humanities (HU) - 3 hrs.
- Bradley Core – Knowledge and Reasoning (NS): PHY 107 or Physics 110 - 4 hrs.
- [2]MIS 173: Information Systems and Business Applications - 3 hrs
- CON 114 Ethics in Construction - 1 hr.

## 16 hours

## Sophomore Year

### *First Semester*

- CE 150 Mechanics I - 3 hrs. (IMT 222 Statics may be substituted for CE 150)
- Bradley Core – Social and Behavioral Sciences (SB1): ECO 221 Microeconomics - 3 hrs.
- ATG 157 Accounting—Financial - 3 hrs.
- CON 270 Construction Materials and Methods I - 3 hrs.
- CE 206 Surveying - 2 hrs.
- CON 224 CADD in Construction - 3 hrs.

## 17 hours

### *Second Semester*

- CE 270 Mechanics - 3 hrs. (IMT 324 Strength of Materials may be substituted for CE 270)
- Bradley Core – Social and Behavioral Sciences (SB2): ECO 222 Macroeconomics - 3 hrs.
- ATG 158 Accounting-Managerial - 3 hrs.

- CON 262 Mechanical and Electrical Systems I - 3 hrs.
- Bradley Core – Quantitative Reasoning (QR2): QM 262 Quantitative Analysis I - 3 hrs.

  **15 hours**

## Junior Year

### First Semester

- Bradley Core - Communication (W2): [1]ENG 300, 301, 304, 305, or 306 Advanced Writing - 3 hrs.
- CON 326 Construction Estimating  - 3 hrs.
- CON 342 Construction Equipment  - 3 hrs.
- CON 372 Construction Productivity  - 3 hrs.
- BLW 342 The Legal Environment of Business  - 3 hrs.

  **15 hours**

### Second Semester

- CON 320 Soil Mechanics  - 3 hrs.
- CON 356 Construction Safety - 3 hrs.
- CON 380 Construction Contracts  - 2 hrs.
- CON 392 Construction Scheduling  - 3 hrs.
- M L 350 Managing for Results in Organizations  - 2 hrs.
- [2]Construction or Construction Science Elective  - 3 hrs.

  **16 hours**

## Senior Year

### First Semester

- CON 487 Design of Steel and Concrete Structures - 3 hrs.
- CON 493 Senior Project Planning (WI) - 1 hr.
- [1]Bradley Core – Fine Arts (FA) - 3 hrs.
- [1]Bradley Core – Global Perspective (GP) - 3 hrs.
- [2]Construction or Construction Science Elective - 3 hrs.
- [2]Management Elective - 3 hrs.

  **16 hours**

### Second Semester

- CON 489 Design of Wood and Masonry Structures - 3 hrs.
- CON 498 Senior Project (WI) - 3 hrs.
- [2]Construction or Construction Science Elective - 3 hrs.

- [2]Construction or Construction Science Elective - 3 hrs.
- [2]Management Elective - 3 hrs.
- **15 hours**

**Total Hours 125**

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# CONSTRUCTION COURSES

**CON 100 - Introduction to Construction** *(1 hour)*

Introduction to the construction profession. Computer applications, problem solving concepts, design concepts and visualization, industry ethics, professional societies, and university services.

**CON 114 - ETHICS IN CONSTRUCTION** *(1 hour)*

Ethical and professional issues in the construction industry including an overview of applicable codes of ethical behavior and principles of professional conduct; introduction to ethical decision making; understanding of professional development opportunities; legal versus ethical responsibilities; written and oral communication practices and case studies.

**CON 132 - Construction Graphics** *(2 hours)*

Symbols, conventions, details of construction drawings, and blueprint reading. Emphasis on interpretation and communication of requirements of contract drawings.

**CON 200 - Construction Co-op** *(0 hours)*

Full-time cooperative education assignment for construction students who alternate periods of full-time school with periods of full-time academic or career-related work in industry. Satisfactory/Unsatisfactory. Prerequisite: Sophomore standing in the College of Engineering and Technology, 2.0 overall grade point average at Bradley, approval of engineering and technology Co-op coordinator and Co-op faculty advisor.

**CON 224 - CADD IN CONSTRUCTION** *(3 hours)*

Introduction to commonly used computer based drafting and visualization programs with applications in construction; CAD standards; introduction to Building Information Modeling (BIM) and project collaboration techniques. Prerequisite: CON 132

**CON 262 - Mechanical and Electrical Systems I** *(3 hours)*

Survey of basic principles, methods, and equipment for building component systems related to human health and comfort. Introduces heating/cooling systems, electrical systems, plumbing, and lighting systems. Prerequisite: CON 132.

**CON 270 - Construction Materials and Methods I** *(3 hours)*

Characteristics and use of basic construction materials including concrete, metals, wood, masonry, and asphalt. Introduction to materials specifications, excavation, foundation systems,

roofing, exterior and interior framing, doors and windows, glass and glazing, and finishes.

**CON 272 - Construction Materials and Methods II** *(3 hours)*

Applications of materials and construction techniques used in structural systems of wood, steel, concrete, and masonry. Placement of foundations, asphalt, cladding systems, and interior construction methods. Prerequisite: CON 270

**CON 320 - Soil Mechanics** *(3 hours)*

Introduction to soil mechanics and foundation construction. Soil index properties, classification, stress analysis, soil compaction, settlement, seepage, dewatering, excavations, and foundation construction. Prerequisite: IMT 222.

**CON 326 - Construction Estimating** *(3 hours)*

Feasibility estimates, design estimates, quantity takeoff, direct and overhead costing, and cost control. Material, equipment, and labor estimates of construction projects, bidding strategy, and basic concepts in management and business. Includes laboratory. Prerequisite: CON 224 or CE 224.

**CON 330 - Housing** *(3 hours)*

Planning residential areas: geographic location, orientation, functions, and interrelationships of functions. Fundamentals of residential design which can result in quality living environments for all income levels. Prerequisite: CON 132.

**CON 342 - Construction Equipment** *(3 hours)*

Characteristics of construction equipment; includes types, methods for their efficient use, and production calculations. Risk and cost analysis. Prerequisite: CE 206

**CON 352 - Sustainable Urban Environment** *(3 hours)*

Principles of land utilization, feasibility, subdivision planning, and other elements related to planning and developing sustainable urban environments. Prerequisite: CON 132.

**CON 356 - Construction Safety** *(3 hours)*

Introduction to OSHA Construction Safety Standards. Design of a safety program, risk analysis of a company`s home office and field safety performance characteristics, potential problems, contingency planning, and safety audit analysis. Prerequisite: CON 262; CON 270.

## CON 368 - Mechanical and Electrical Systems II *(3 hours)*

Survey of large scale integrated building component systems related to human health and comfort. Topics include lighting, electrical design and layout, vertical transportation, alarm and security systems, fire protection, total space conditioning, water treatment and sewage treatment, industrial piping design. Prerequisite: CON 262.

## CON 372 - Construction Productivity *(3 hours)*

Principles and methods for productivity improvement; uses and limitations; personnel management; labor and equipment productivity and productivity modeling. Prerequisite: CON 270.

## CON 380 - Construction Contracts *(2 hours)*

Introduction to AGC and AIA construction contract documents. Types of contracts; contents including specifications, general conditions, bidding requirements. Introduction to construction law, bonding, insurance, and DBE requirements. Preparation of contract documents.

## CON 392 - Construction Scheduling *(3 hours)*

Economic considerations and tools of management: cost reporting; scheduling. Emphasis on network methods of scheduling: resource allocation and least-cost expediting. Introduction to computerized scheduling with emphasis on Primavera and MS Project. Prerequisite: CON 326; QM 262 or equivalent.

## CON 394 - Construction Labor and Unions *(3 hours)*

Union and non-union activities in construction industry: history, analysis, organizing, bargaining, contract language, jurisdictional disputes, training, and restrictions on operating non-union.

## CON 395 - Construction Claims and Change Orders *(3 hours)*

Review of contractual agreements. Regulations and types of potential claims and change orders. Documentation, presentation, risk analysis, partnering, CM, CM at risk, Cost-Plus, Design-Build, and dispute resolution.

## CON 430 - Commercial Construction *(3 hours)*

Principles and practices of commercial construction. Traditional and green building practices, and methods for selection and installation of material assemblies used in commercial construction. Prerequisite: CON 270

**CON 435 - Heavy and Highway Construction** *(3 hours)*

Contractual obligations and funding of horizontal construction. Emphasis on estimating, environmental compliance analysis, excavation and earthwork operations, and safety of horizontal construction operations. Prerequisite: CON 270

**CON 452 - Green Construction and LEED** *(3 hours)*

Green design, construction, and operations from a project management standpoint. Introduction to the design and construction of high performance green buildings. Building-Community Interaction. Economical and ecological benefits of green buildings. Preparation for the LEED GA Exam. Prerequisite: CON 270 & CON 326

**CON 481 - Projects I** *(1-3 hours)*

Supervised individual study of construction projects. Prerequisite: Consent of Advisor.

**CON 482 - Projects II** *(1-3 hours)*

Supervised individual study of construction projects. Prerequisite: Consent of Advisor.

**CON 487 - Design of Steel and Concrete Structures** *(3 hours)*

Introduction to structural analysis and design of steel and reinforced concrete members; application to construction problems. Prerequisite: IMT 324 or equivalent.

**CON 489 - Design of Wood and Masonry Structures** *(3 hours)*

Design and detailing of wood and masonry structures. Application to industry problems in bracing, formwork, and temporary excavation supports. Prerequisite: CON 487 or equivalent.

**CON 490 - Special Topics I** *(1-3 hours)*

Topics of special interest which may vary each time course is offered. Topics are stated in the current Schedule of Classes. Prerequisite: consent of advisor.

**CON 491 - Special Topics II** *(1-3 hours)*

Topics of special interest which may vary each time course is offered. Topics are stated in the current Schedule of Classes. Prerequisite: consent of advisor.

**CON 493 - Senior Project Planning** *(1 hour)*
**Core Curr. WI**

First of a two-semester course design project sequence. Discussions of the relationship between the owner, architect, consultant, superintendent, construction manager, general contractor, and subcontractors. Methods of project delivery, project concept through construction, design phases

and project challenges. Leadership, ethics, public policy issues, LEED, and basic business management practices. Oral and written report of preliminary plan. Prerequisite: CON 380 and consent of advisor.

**CON 494 - Construction Practice** *(3 hours)*

Business ethics in construction; responsibilities and professionalism; construction business practices. Prerequisite: CON 380.

**CON 498 - Senior Project** *(3 hours)*
**Core Curr. WI**

Application of construction principles to actual industry projects. Detailed estimate of the project, bidding strategies, site layout/development plan for construction staging, preparation of sample contracts using AIA and AGC formats, construction scheduling, project closeout plan, jobsite safety plan, and strategies to achieve LEED rating points. Prerequisite: CON 493

**CON 520 - Advanced Construction Practice** *(3 hours)*

Issues of the processes affiliated with the construction and engineering consulting profession: project delivery, conception through construction of projects, phases of design, and unique challenges. Case studies will be utilized. Prerequisite: CON 494.

**CON 522 - Advanced CADD** *(3 hours)*

Applications of CAD systems. Visualization and optimization of the processes used in construction through three-dimensional modeling and utilization in various civil engineering and construction applications. Prerequisite: CON 224 or CE 224.

**CON 524 - Building Information Modeling** *(3 hours)*

Application of state-of-the-art technology in projects during various phases from inception to completion including planning, design, procurement, construction, handing over, and operation and maintenance. Investigation of different available tools and technologies in recording, storing, and sharing project information. Prerequisite: CON 224 or CE 224.

**CON 526 - Advanced Construction Estimating** *(3 hours)*

Advanced techniques in taking-off quantities, pricing techniques, computer estimating, and bidding strategy models. Prerequisite: CON 326.

**CON 528 - Advanced Construction Scheduling** *(3 hours)*

Project scheduling methods with emphasis on network scheduling techniques, work breakdown structure (WBS), resource and cost loading, scheduling under uncertainties, project time compression, resource leveling, scheduling for linear projects (LOB), time-cost trade-offs, project status, reporting and updating, schedules as tools for claims documentation. Case studies. Computer based. Prerequisite: CON 392.

**CON 529 - Advanced Construction Contracts** *(3 hours)*

Issues in the administration and implementation of a construction contract. Coordinating and controlling the construction project under legal and ethical considerations. Prerequisite: CON 380.

**CON 536 - TQM Principles** *(3 hours)*

Theory and analysis of the Total Quality Management system as applied within the construction industry. Case studies. Prerequisite: QM 262 or equivalent.

**CON 537 - Construction Simulation** *(3 hours)*

Decision making using simulation and simulation languages to model construction operations. Simulation of construction process using what-if analysis. Role of simulation and decision making in the planning and scheduling phases in the construction industry. Topics include introduction to discrete event simulation, generation of random numbers, queuing, simulation languages for construction. Prerequisite: QM 262 or equivalent.

**CON 540 - Project and Company Management** *(3 hours)*

Unique issues of company and project management in the construction industry not traditionally found in construction programs, such as fraud, regulatory issues, and international construction. Presentations on project and company management by renowned experts will give the student knowledge and insights on new trends, innovative procedures, practical case studies, and exposure to innovation in construction. The course will give the student knowledge of the business aspects of running a wide range of construction companies and a variety of projects. Prerequisite: CON 326 and CON 392.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ELECTRICAL AND COMPUTER ENGINEERING

**The baccalaureate program in electrical engineering is accredited by the Engineering Accreditation Commission of ABET (http://www.abet.org).**

FACULTY Professor Shastry, Malinowski; Associate Professors Huggins, Lu (Interim Chair), Wang; Assistant Professors Imtiaz, Kim, Miah; Resident Professor Liberty, Resident Assistant Professor Gutschlag.

The department offers degree programs in electrical engineering (B.S.E.E. and M.S.E.E.) and electrical engineering with computer option (B.S.E.E.). It takes special pride in the particularly close student-faculty relationships developed over the years. Entrance requirements can be obtained by contacting the chair of the ECE department.

## Educational Objectives And Department Mission

Society has been transformed dramatically by the widespread use of electrical and electronic devices and systems and it is certain that even more dramatic changes are in store. These changes are fast paced and are driven by electrical and computer engineers working in many different areas including bioengineering, communications, computers, controls, electronics, energy, microprocessors, integrated circuits, robotics, signal and information processing, wireless components and systems, and software development. The engineering process is complex and practitioners perform many roles such as research, design, development, product application, manufacturing, and system integration as well as marketing, sales and management. Bradley electrical engineering graduates have been involved in all of these endeavors, and it is the goal of the Bradley ECE program to continue to educate the next generation of electrical and computer engineers to meet the challenges of the future.

In this dynamic profession, the Bradley ECE faculty recognize that each career path is unique, based on the individual's particular ambitions, capabilities and interests. By coupling the focus on undergraduate education and depth of faculty expertise with the small student-to-faculty ratio and design project sequence, the ECE faculty can respond to the needs and interest of each student in the electrical engineering program. However, the ECE faculty also recognize that there are common elements to success in the profession. These are the ability to acquire, generate, and

use new knowledge; the ability to complete complex electrical engineering projects; and the experience, knowledge, skills and capabilities to progress professionally. These common elements for success in the electrical engineering profession are the basis for the educational objectives of the program. These objectives are as follows.

1. To graduate electrical engineers who apply their education to work in the public or private sectors or to obtain an advanced degree.
2. To graduate electrical engineers with the ability to acquire and use new knowledge.
3. To graduate electrical engineers who will be productive, demonstrate professional growth, and assume increasing responsibility.

In order to meet these objectives, students graduating from Bradley's electrical engineering program will attain the following outcomes.

- an ability to apply knowledge of mathematics, science, and engineering,
- an ability to design and conduct experiments, as well as to analyze and interpret data,
- an ability to design a system, component, or process to meet desired needs within realistic constraints such as economic, environmental, social, political, ethical, health and safety, manufacturability, and sustainability,
- an ability to function on a multi-disciplinary team,
- an ability to identify, formulate, and solve engineering problems,
- an understanding of professional and ethical responsibility,
- an ability to communicate effectively,
- the broad education necessary to understand the impact of engineering solutions in a global, economic, environmental, and societal context,
- a recognition of the need for, and an ability to engage in, life-long learning,
- a knowledge of contemporary issues,
- an ability to use the techniques, skills, and modern engineering tools necessary for engineering practice.

It is the mission of the ECE Department to provide the intellectual and physical environment in which students achieve these outcomes. The intellectual component of this environment is supplied by the ECE faculty members, in their roles as mentors, advisors, and engineering professionals, as well as by the curriculum they establish for the programs. The physical component consists of quality facilities equipped with modern instrumentation, components, computers, and software.

# Curriculum

The electrical engineering program, including the computer option, consists of several curricular components that give the student the opportunity to build a solid foundation of basic physical principles and obtain experience in design as well as insight into the profession and practice of electrical engineering. The lecture sequence consists mostly of required core courses through which the student learns about and acquires problem-solving and/or design skills in circuit analysis, digital design, programming in high- and low-level languages, electronics, microcontrollers, signals and systems, and electromagnetic fields. Furthermore, through elective courses, the student can specialize in areas such as applied electromagnetics, communications, controls, digital signal processing, digital and computer systems, electromechanical systems, embedded systems, mechatronics, robotics, and wireless components and systems. For a student in the computer option, the electives must be in the digital area (see computer option in Programs of Study section.)

In the freshman year, students are exposed to the "Intro to EE" sequence consisting of four courses: freshman laboratory (ECE100), computer programming (ECE103), an introductory circuit theory course (ECE 101), and digital logic analysis and design with programmable devices (ECE 102). This sequence exposes students early in the academic program to both hardware and software design, and implementation of basic circuits and systems in the laboratory.

Students will be exposed to all of the primary areas of electrical and computer engineering before the junior year. This includes high-level software, low-level microcontroller software, analog and digital circuits, electromagnetics, computation and simulation, and system theory. This exposure will aid students in their selection of CORE courses in the junior year (ECE 431 Communication Theory I, ECE 440 Electromechanical Systems, ECE 441 Control System Theory I, ECE 451 Radio Frequency Circuits and Systems, ECE460 Digital Signal Processing, ECE 470 Data-Structures and Object-oriented Programming, ECE 481: Digital Systems: Design and Synthesis).

Though many design techniques are taught in the lecture courses, the student learns the practice of electrical engineering design primarily through the laboratory and project sequence. In addition, each year contains at least one design project experience. The lab courses integrate material from the lecture courses and are taught by experienced faculty members. In addition, small numbers of students allow for close interaction with the instructor. Furthermore, the laboratory facilities and equipment are modern and readily accessible. Many of the lecture courses and all of the lab courses require the use of computers as well as the oral and/or written presentation of technical material.

Several aspects of design are taught in the freshman, sophomore, and junior labs (ECE 100, ECE 221, and ECE 322). The student's design experience in these courses includes synthesis to meet specifications, analysis, construction, testing, and evaluation with respect to specifications. Furthermore, the freshman, sophomore, and junior design projects associated with these courses are particularly valuable and establish the foundation of the design project sequence. In addition to the implementation steps described above, the projects also require formulation of design problem statements and criteria, consideration of alternative solutions, and system descriptions.

The design project sequence culminates with the capstone project. The students start preliminary design work on the capstone project during the first half of fall semester of the senior year in ECE 497. The primary deliverables for the capstone project are:

- choose a capstone project and an ECE faculty advisor,
- develop a detailed functional description and block diagram of the project,
- determine the functional requirements of the project and list its quantitative performance specifications,
- identify and evaluate the patents and standards applicable to the project,
- present a proposal presenting a design and implementation plan for the project, and

In addition to the effort on the capstone project, the seniors work in teams to review and analyze the deliverables for other senior projects. Lab work associated with the capstone project starts in the fall semester of the senior year in ECE 498 and is completed in ECE 499 in the following semester.

The capstone project is a major educational component of the program. It involves the student in design at or near the professional level and requires the formulation of design specifications, consideration of alternative solutions, feasibility considerations, time management, allocation of design responsibilities, and detailed system documentation. Project advising is done on a distributed basis with the student choosing his/her project advisor from the members of the ECE faculty.

The student builds on this capstone project experience in ECE 401 and ECE 402 (Undergraduate Design Seminar I and II) during the fall and spring semesters of the senior year. In these courses, the student works on a multidisciplinary team to prepare a business plan delineating the development of a venture based on an electronic product. The student also explores other aspects of engineering and, through the process, gains a broader view of the engineering profession.

The electrical engineering program, including the computer option, also requires the student to complete a 12-hour professional elective stem. This stem allows the student to take a coherent set of courses so as to enhance the student's competitiveness in the job market or better prepare for graduate or professional school. For example, the student can use the professional electives to obtain business skills by taking courses offered by the Foster College of Business. Also, no more than 6 hours of ECE courses can be applied toward the 12 hours of the professional elective stem. Additional information is available in an advising handout. The student must work with an academic advisor to identify the courses he/she will use to satisfy the professional elective stem and fill out the Professional Elective Approval Form. This form must be signed by the ECE Chairman and the courses approved to fill the professional elective stem constitute a requirement for the BSEE degree for the student.

In addition to the technical part of the program described above, the student must also meet the Bradley Core Curriculum (BCC) requirements (see All-University Degree Requirements (http://www.bradley.edu/academic/undergradcat/20192020/overview-arrequirements.dot) in this catalog.) As part of the BCC requirements, the student gains effective communication skills via introductory and advanced English composition and a speech course. The BCC emphasizes eight "Areas of Inquiry" that will more deeply engage the student in the process of intellectual growth. The student chooses the required BCC courses from a list of approved courses.

A wide range of career opportunities are available to the electrical engineering graduate in many different technical areas and industries. For those who wish to continue their professional studies, details of the MSEE program are given in the Bradley University Graduate Catalog.

## Professional and Personal Growth

The electrical engineering lecture courses and lab/project sequence prepare students very well for success as design engineers in the electrical and computer engineering profession. The ECE faculty also urges students to participate in activities and take courses that promote professional growth. It is strongly recommended that students join the Bradley Student Branch of the Institute of Electrical and Electronics Engineers (IEEE). The IEEE is the world's leading professional association for the advancement of technology and promotes professional development through various activities. In addition, students are advised to consider experiential education such as summer internships and co-op programs. Finally, students can choose their BCC courses and professional electives to put a distinctive stamp on their programs of study. For example, they

can seek a minor appropriate to career goals or participate in a study abroad program. (Note that certain minors and study abroad program will add hours and/or time to the normal eight-semester, 129-hour program of study.)

In addition to professional development, students are urged to participate in a variety of activities and organizations to enhance personal growth. Employers like individuals who are well rounded and can effectively interact with different interest groups of people. Bradley offers a wide range of experiences and, in the past, electrical engineering students have participated in many activities and organization such as intramurals, service groups, sport clubs, study abroad, theater, tutoring, various Bradley musical groups, and volunteer activities. A complete list of registered student organizations is available in this catalog in the Student Activities section.

# Programs of Study

## Electrical Engineering

Credit in the following courses must be obtained to meet degree requirements in electrical engineering, leading to the Bachelor of Science in Electrical Engineering.

**Freshman Year**

*First Semester*

- ECE 100 Introduction to Electrical and Computer Engineering - 2 hrs.
- ECE 103 Intro to EE: Computers and Programming - 3 hrs.
- MTH 121 Calculus I (QR) - 4 hrs.
- CHM 110 General Chemistry I (NS) - 3 hrs.
- CHM 111 General Chemistry I Lab - 1 hr.
- ENG 101 English Composition or COM 103 Oral Communications Process (CM) - 3 hrs.
  **16 hours**

*Second Semester*

- ECE 101 Intro to EE: DC Circuits - 2 hrs.
- ECE 102 Intro to EE: Digital Systems - 3 hrs.
- MTH 122 Calculus II (QR) - 4 hrs.
- PHY 110 University Physics I (NS) - 4 hrs.
- ENG 101 English Composition or COM 103 Oral Communications Process (CM) - 3 hrs.
  **16 hours**

## Sophomore Year

### First Semester

- ECE 204 AC Circuits and Introduction to Systems – 3 hrs.
- ECE 205 Microcontroller Architecture and Programming – 3 hrs.
- MTH 207 Elementary Linear Algebra with Applications – 3 hrs.
- MTH 223 Calculus III – 4 hrs.
- PHY 201 University Physics II – 4 hrs.
  **17 hours**

### Second Semester

- ECE 206 Continuous-Time Signals and Systems - 3 hrs.
- ECE 207 Simulation and Analysis for Electrical Engineers - 2 hrs.
- ECE 208 Transmission Lines and Electromagnetic Fields - 3 hrs.
- ECE 221 AC Circuits and Systems Laboratory - 2 hrs.
- MTH 224 Differential Equations - 3 hrs.
- ECO 100 Introduction to Economics (SB) or Fine Arts (FA) course - 3 hrs.
  **16 hours**

## Junior Year

### First Semester

- ECE 301 Discrete-Time Signals and Systems - 3 hrs.
- ECE 302 Probability, Statistics, and Random Processes for EE - 3 hrs.
- ECE 303 Electronics - 3 hrs.
- ECE 322 Electronics and Interfacing Laboratory - 2 hrs.
- *Approved ECE Elective - 3 hrs.
- ECO 100 Introduction to Economics (SB) or Fine Arts (FA) course - 3 hrs.
  **17 hours**

### Second Semester

- *Approved ECE Electives – 9 hrs.
- Global Perspective (GP) course - 3 hrs.
- Humanities (HU) course - 3 hrs.
  **15 hours**

## Senior Year

### First Semester

- ECE 401 Undergraduate Design Seminar I - 1 hr.
- ECE 497 and 498 Senior Capstone Project I - 3 hrs.

- Approved Professional Electives - 6 hrs.
- *Approved ECE Electives - 3 hrs.
- ENG 300, 301, 305, or 306 Advanced Writing (CM) - 3 hrs.
  **16 hours**

*Second Semester*

- ECE 402 Undergraduate Design Seminar II - 1 hr.
- ECE 499 Senior Capstone Project II - 3 hrs.
- Approved Professional Electives - 6 hrs.
- Multidisciplinary Integration (MI) - 3 hrs
- **13 hours**

**Total Hours: 126**

*BCC courses designated with areas of inquiry in parentheses above must be selected from an approved list for each area. They may be taken in any sequence, not necessarily in the semester indicated. Other program requirements are satisfied by specific courses required below.*

*\*Five ECE electives are required and two must be from the core pool (ECE 431, ECE 440, ECE 441, ECE 451, ECE 460, ECE 470, and ECE 481). A list of approved courses is available from your academic advisor.*

# Electrical Engineering with Computer Option

The demand for and continuing advances in computers and digital systems have created opportunities for professionals capable of not only designing computer systems but also applying these systems to a broad range of applications. Such fields as communications, automatic control, robotics, and signal processing have benefitted greatly from developments in the digital area. Additionally, the development of modern computers requires a thorough understanding of the methodologies of software and hardware design.

The department offers an option to students desiring to specialize in this branch of electrical engineering and it requires students to take 24 semester hours of course work in the digital area. The required courses are:

- ECE 102 Introduction to EE: Digital Systems
- ECE 103 Introduction to EE: Computers and Programming
- ECE 205 Microcontroller Architecture and Programming

Five ECE electives must also be taken in the digital area which includes courses such as:

- ECE 466 Real-Time DSP Laboratory

- ECE 467 Robotics Design Laboratory
- ECE 470 Data-Structures and Object-Oriented Programming
- ECE 471 Real-time Operating Systems
- ECE 481 Digital Systems: Design and Synthesis
- ECE 482 Digital Systems: High Level Synthesis and Codesign
- ECE 483 Digital Systems: Microprocessor Architecture and Design

Also special topic courses are frequently offered that are ECE digital electives. Two ECE digital electives must be from the core pool. See your advisor for a current list of approved ECE digital electives.

Students in the option are also required to complete a 12-hour professional elective stem. As previously discussed, this stem allows the student to take a coherent set of courses so as to enhance the student's competitiveness in the job market or better prepare for graduate or professional school. No more than 6 hours of ECE courses can be applied toward the 12 hours of the professional elective stem. Additional information is available in an advising handout. The student must work with an academic advisor to identify the courses he/she will use to satisfy the professional elective stem and fill out the Professional Elective Approval Form. This form must be signed by the ECE Chair and the courses approved to fill the professional elective stem constitute a requirement for the BSEE degree for the student.

The computer option of electrical engineering differs from the regular program in that it requires five ECE digital electives. It is also expected that the students in the option focus their project work in the digital area. Credit in the following courses must be obtained to meet degree requirements in the computer option of electrical engineering, leading to the Bachelor of Science in Electrical Engineering.

**Freshman Year**

*First Semester*

- ECE 100 Intro to EE: Circuits and Digital Systems Laboratory - 2 hrs.
- ECE 103 Intro to EE: Computers and Programming - 3 hrs.
- MTH 121 Calculus I (QR) - 4 hrs.
- CHM 110 General Chemistry I (NS) - 3 hrs.
- CHM 111 General Chemistry I Lab - 1 hr.
- ENG 101 English Composition or COM 103 Oral Communications Process (CM) - 3 hrs.
  **16 hours**

- ECE 101 Intro to EE: DC Circuits - 2 hrs.
- ECE 102 Intro to EE: Digital Systems - 3 hrs.
- MTH 122 Calculus II (QR) - 4 hrs.
- PHY 110 University Physics I (NS) - 4 hrs.
- ENG 101 English Composition or COM 103 Oral Communications Process (CM) - 3 hrs.
  **16 hours**

## Sophomore Year

*First Semester*

- ECE 204 AC Circuits and Introduction to Systems - 3 hrs.
- ECE 205 Microcontroller Architecture and Programming - 3 hrs.
- MTH 207 Elementary Linear Algebra with Applications - 3 hrs.
- MTH 223 Calculus III - 4 hrs.
- PHY 201 University Physics II - 4 hrs.
  **17 hours**

*Second Semester*

- ECE 206 Continuous-Time Signals and Systems - 3 hrs.
- ECE 207 Simulation and Analysis for Electrical Engineers - 2 hrs.
- ECE 208 Transmission Lines and Electromagnetic Fields - 3 hrs.
- ECE 221 AC Circuits and Systems Laboratory - 2 hrs.
- MTH 224 Differential Equations - 3 hrs.
- ECO 100 Introduction to Economics (SB) or Fine Arts (FA) - 3 hrs.
  **16 hours**

## Junior Year

*First Semester*

- ECE 301 Discrete-Time Signals and Systems - 3 hrs.
- ECE 302 Probability, Statistics, and Random Processes for EE - 3 hrs.
- ECE 303 Electronics - 3 hrs.
- ECE 322 Electronics and Interfacing Laboratory - 2 hrs.
- *Approved ECE Digital Elective - 3 hrs.
- ECO 100 Introduction to Economics (SB) or Fine Arts (FA) - 3 hrs.
  **17 hours**

*Second Semester*

- *Approved ECE Digital Electives – 9 hrs.

- Global Perspectives (GP) - 3 hrs.
- Humanities (HU) - 3 hrs.
  **15 hours**

## Senior Year

*First Semester*

- ECE 401 Undergraduate Design Seminar I - 1 hr.
- ECE 497 and 498 Senior Capstone Project I - 3 hrs.
- Approved Professional Electives - 6 hrs.
- *Approved ECE Digital Electives - 3 hrs.
- ENG 300, 301, 305, or 306 Advanced Writing (CM) - 3 hrs.
  **16 hours**

*Second Semester*

- ECE 402 Undergraduate Design Seminar II - 1 hr.
- ECE 499 Senior Capstone Project II - 3 hrs.
- Approved Professional Electives- 6 hrs.
- Multidisciplinary Integration (MI) - 3 hrs.
- **13 hours**

**Total Hours: 126**

*BCC courses designated with areas of inquiry in parentheses above must be selected from an approved list for each category. They may be taken in any sequence, not necessarily in the semester indicated. Other program requirements are satisfied by specific courses required below.*

*\*\*Five ECE Digital electives are required and two must be from the core pool (ECE 467, ECE 470, ECE 471, ECE 472, ECE 473, ECE 481, ECE 482, and ECE 483). A list of approved courses is available from your academic advisor.*

# Elective Descriptions

ECE electives are available in the areas of applied electromagnetics, communications, controls, digital signal processing, digital and computer systems, embedded systems, and wireless components and systems. Approved ECE electives include all 400- and 500-level ECE courses except for ECE 401, ECE 402, ECE 497, ECE 498, and ECE 499. Special topic courses are often available. See your advisor for the most current list of approved electives.

**ECE digital electives** include:

- ECE 466 Real-Time DSP Laboratory
- ECE 467 Robotics Design Laboratory
- ECE 470 Data-Structures and Object Oriented Programming
- ECE 471 Real-Time Operating Systems
- ECE 472 Embedded Microcontroller Linux
- ECE 473 Embedded TCP/IP
- ECE 474 Robotic Navigation with Simultaneous Localization and Mapping
- ECE 481 Digital Systems: Design and Synthesis
- ECE 482 Digital Systems: High Level Synthesis and Codesign
- ECE 483 Digital systems: Microprocessor Architecture and Design
- *Other special topics courses may also be approved. See your advisor for the most current list.*

**Professional electives** allow the student to take a coherent set of courses so as to enhance the student's competitiveness in the job market or better prepare for graduate or professional school. They can also be applied toward a minor or second major. (Note that certain minors and majors will add hours and/or time to the normal 8-semester, 129-hour program of study.) However, no more than 6 hours of ECE courses can be applied toward the 12 hours of the professional elective stem. Additional information is available in an advising handout. The student must work with an academic advisor to identify the courses he/she will use to satisfy the professional elective stem and fill out the Professional Elective Approval Form. This form must be signed by the ECE Chairman and the courses approved to fill the professional elective stem constitute a requirement for the BSEE degree for the student.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ELECTRICAL ENGINEERING COURSES

**ECE 100 - Introduction to Electrical and Computer Engineering** *(2 hours)*

Introduction to fundamental concepts in electrical and computer engineering. Prerequisite:

**ECE 101 - Introduction to EE: DC Circuits** *(2 hours)*

Introduction to electrical engineering. Topics includes: voltage, current, resistance, power, and energy, fundamentals of DC circuit analysis using Ohm's and Kirchoff's laws, Thevenin and Norton equivalent circuits, superposition, DC analysis of operational amplifiers, and simulation and analysis of DC circuits using SPICE.

**ECE 102 - Intro to EE: Digital Systems** *(3 hours)*

Introduction to logic design with focus on the following topics: fundamentals of Boolean algebra and minimization techniques, logic realizations of SOP and POS functions, multiple function synthesis using PLDs, combinational circuit design as it applies to computers, sequential circuit elements, flip flops, counters and shift-registers, clock generation circuits, algorithmic state machine method of designing sequential circuits, and VHDL design and synthesis. Course culminates with a design project that uses VHDL to implement a finite state machine.

**ECE 103 - Intro to EE: Computers and Programming** *(3 hours)*

Introduction to computers and operating systems; introduction to programming in a high level language appropriate to electrical engineering.

**ECE 200 - Engineering Co-Op** *(0 hours)*

Full-time cooperative education assignment for electrical engineering students who alternate periods of full-time school with periods of full-time academic or career-related work in industry. Satisfactory/Unsatisfactory. Prerequisite: Sophomore standing in the College of Engineering and Technology, 2.0 overall grade point average at Bradley, approval of engineering and technology Co-op coordinator and Co-op faculty advisor.

**ECE 204 - AC Circuits and Introduction to Systems** *(3 hours)*

The study of AC circuits with a dynamical systems approach. Topic covered: capacitance, inductance, phasors, impedance, admittance, Thevenin and Norton equivalents, operational amplifiers, differential equation models of linear circuits and systems, impulse and step

responses, convolution integral, Laplace transform, frequency response, and transformers.

Simulation and analysis of AC circuits using SPICE and MATLAB. Prerequisite: ECE 101 with a minimum grade of C

**ECE 205 - Microcontroller Architecture and Programming** *(3 hours)*

Introduction to an 8-bit microcontroller. Topics include: architecture, instruction set, assembly language programming, assembler directives, input/output operations, C language programming for an 8-bit embedded device, timers, analog-to-digital conversion, interrupts, timing analysis, embedded design project, and discussion of an integrated design environment that includes a assembler, compiler, and debugger. Prerequisite: A minimum grade of C in: ECE 102, ECE103

**ECE 206 - Continuous-time Signals and Systems** *(3 hours)*

The study of signals and systems using the continuous-time approach. Topics covered: Modeling of continuous time physical systems, sampling, transformation of continuous-time signals, Fourier series, Fourier transform, energy and power density spectra, filter design, stability, state variables for continuous-time systems, feedback, bandwidth, modulation. Simulation and analysis of systems using MATLAB and Simulink. Prerequisite: ECE 204 with a minimum grade of C.

**ECE 207 - Simulation and Analysis for Electrical Engineers** *(2 hours)*

Numerical analysis and modeling techniques of real-world problems as pertinent to electrical engineers using MATLAB and Simulink. Prerequisite: ECE103 with a minimum grade of C. Corequisite: Concurrent enrollment in MTH 207.

**ECE 208 - Transmission Lines and Electromagnetic Fields** *(3 hours)*

Time-harmonic steady-state and transient analysis of radio frequency (RF) transmission lines (T Lines); impedance matching; the Smith chart and its applications; vector analysis; static electric fields and capacitance; steady currents and resistance; static magnetic fields and inductance; electrical and magnetic properties of materials; electric and magnetic boundary conditions; electric and magnetic energies. Prerequisite: ECE 204 with a minimum grade of C,Concurrent enrollment in MTH 223

**ECE 221 - AC Circuits and Systems Laboratory** *(2 hours)*

The student is introduced to experimental implementation of topics covered in ECE 204, ECE 205, and ECE 206. Prerequisite: A minimum grade of C in ECE 204 and credit in ECE 205. Corequisite: ECE 206.

## ECE 227 - Electrical Engineering Fundamentals *(4 hours)*

Introduce fundamentals of electrical engineering principles. Basic circuit theory, Operational Amplifiers, First and second order passive circuits, AC sinusoidal analysis, Frequency Responses, Digital logic circuits, DC motors and generators, and accompanying laboratory experiments and projects. Open to non-electrical engineering majors only. Prerequisite: PHY 201 Corequisite: MTH 224

## ECE 301 - Discrete-time Signals and Systems *(3 hours)*

The study of signals and systems using the discrete-time approach. Topic covered: modeling of discrete-time physical systems, sampling and reconstruction of signals, analog-to-digital converters, quantization, arithmetic formats (fixed- and floating-point), analysis of discrete-time LTI systems, Implementation of discrete-time systems, Z-transforms, frequency analysis of discrete-time signals, frequency domain analysis of LTI systems, discrete Fourier transform, design of FIR and IIR filters. Simulation and analysis of systems using MATLAB and Simulink. Prerequisite: A minimum grade of C in: ECE 206

## ECE 302 - Probability, Statistics, and Random Processes for EE *(3 hours)*

Exploration of probability, statistics and random processes with emphasis on engineering applications. Topics covered: probability models, probability axioms, statistical independence, conditional probability, random variables, probability distributions, joint probability density functions, correlation, covariance, statistical estimate of random parameters, sampling distributions, reliability, random processes, power spectral density, and response of LTI systems to random inputs. Simulation and analysis using MATLAB. Prerequisite: A minimum grade of C in: ECE 206

## ECE 303 - Electronics *(3 hours)*

Fundamentals of macro-electronic circuits and systems. Topics covered: transistor switch, diodes, zener diodes, operational amplifiers and their imperfections, transistor biasing, small and large signal models of transistors, transistor amplifiers, digital interface, and introduction to power electronics. Simulations and analysis of electronic circuits and systems using SPICE. Prerequisite: ECE 204 with a minimum grade of C.

## ECE 322 - Electronics and Interfacing Laboratory *(2 hours)*

Laboratory sequence with focus on design of electronic interfaces to embedded devices. Topics include: transistor switches, analog-to-digital conversion, digital-to-analog conversion, pulse-

width modulation, communication interfaces. Culminates in a design project. Prerequisite: A minimum grade of C in: ECE 205, ECE 221 Corequisite: Concurrent enrollment in ECE 303

## ECE 327 - Fundamentals of Electrical Engineering I *(3 hours)*

Analysis of circuits; transient and steady state phenomena; general analysis techniques. Open to non-electrical engineering students only. Prerequisite: MTH 224.

## ECE 328 - Fundamentals of Electrical Engineering II *(3 hours)*

Electronics; magnetic fields and circuits; magnetic coupling; energy conversion; electromechanics; rotating devices; digital techniques; control systems. Prerequisite: ECE 327.

## ECE 401 - Undergraduate Design Seminar I *(1 hour)*

Entrepreneurship and business plans, marketing and engineering, teamwork dynamics and interpersonal skills, product liability, professional ethics via ethics game, and guest lectures. CoRequisite: ECE 497.

## ECE 402 - Undergraduate Design Seminar II *(1 hour)*
## Core Curr. EL,WI

Multidisciplinary team effort to identify a market need based on realistic constraints; propose an electrical or electronic product to meet the need; prepare and present a strategy for launching a business venture to design, develop, manufacture and sell the product. Prerequisite: ECE401 with a minimum grade of C.

## ECE 409 - Special Topics *(1-6 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. Prerequisite: Consent of instructor.

## ECE 410 - Special Topics *(1-6 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. Prerequisite: Consent of instructor.

## ECE 413 - Microelectronics *(3 hours)*

Analysis and design of integrated circuit components. Prerequisite: ECE 303 with minimum grade of C.

## ECE 431 - Communication Theory I *(3 hours)*

Orthogonal signal representation; review of Fourier series and Fourier transform; basic probability theory; random processes; power spectral density; Shannon's channel capacity;

sampling theorem; baseband signaling; bandpass signaling; complex envelop representation of signals and systems; analog modulations; binary and M-ary digital modulations; phase locked loops, demodulation circuits; matched filter; error performance in digital communications. Cross-listed as ECE 531. Prerequisite: Minimum grade of C in ECE 206 Corequisite: Concurrent enrollment in ECE 302

## ECE 432 - Communication Theory II *(3 hours)*

Digital communication systems; modulation; demodulation; maximum likelihood detection; trade-offs between bandwidth and power; bit error rate; channel coding techniques: block coding, convolutional coding, and iterative decoding; mutual information; channel capacity; trellis-coded modulation; synchronization. Cross-listed as ECE 532. Prerequisite: ECE 431 with a minimum grade of C.

## ECE 440 - Electromechanical Systems *(3 hours)*

Introduction to dynamic systems analysis with emphasis on mathematical modeling of sensors and electromechanical devices for control system applications. Fundamentals of power and industrial electronics. Prerequisite: ECE 206 with a minimum grade of C Corequisite: Concurrent enrollment in ECE303

## ECE 441 - Control System Theory I *(3 hours)*

Analysis and design of linear automatic control systems for continuous-time systems using classical control theory. Root locus and Bode methods. Modeling of physical systems. Introduction to digital control. Computer-aided design and simulation. Prerequisite: Minimum grade of C in ECE 206 and ECE 221 Corequisite: Concurrent enrollment in ECE303

## ECE 442 - Control System Theory II *(3 hours)*

Frequency domain design of linear automatic control systems. Analysis and design of linear automatic control systems for sampled-data and discrete-time systems. Classical and modern control theory methods. Modeling of sampled-data and discrete-time systems. Prerequisite: A minimum grade of C in: ECE 441 and ECE 301

## ECE 443 - Cooperative Control of Multiagent Systems *(3 hours)*

The analysis and control of networked and autonomous multiagent systems, cooperative control issues in multiagent systems, introduction to nonlinear system analysis and control design, control of mobile agents with kinematic constraints, use of fundamental tools in modeling and

control of linear multiagent systems and nonlinear multiagent systems, applications of multiagent systems through case studies on cooperative control. Cross-listed as ECE 543. Prerequisite: ECE 441.

**ECE 445 - Power Electronics Fundamentals** *(3 hours)*

Fundamentals of power electronics. Covered topics: DC/DC converters, DC/AC converters (inverters), and AC/DC rectifiers, analysis, design, simulation and application of power electronic based systems. Cross-listed as ECE 545. Prerequisite: ECE 303

**ECE 446 - Power Laboratory** *(3 hours)*

Experiments in transformers and rotating machines. Covered topics: electric machinery principles; brushed DC motor connections, operational characteristics, and applications; linear brushed DC motor model development, simulation, and verification; wound rotor and squirrel cage AC induction motor connections, operational characteristics, and applications; linear single-phase transformer model development and verification; power electronic H-bridge. Prerequisite: ECE 303

**ECE 450 - Electromagnetic Theory** *(3 hours)*

Time-varying electric and magnetic fields; Maxwell's equations; electromagnetic potentials; electromagnetic boundary conditions; plane-wave propagation in unbounded conducting and non-conducting media; wave polarization; Poynting vector; reflection and transmission of waves at boundaries;and radiation and antennas. Cross-listed as ECE 550. Prerequisite: ECE 208 with a minimum of C.

**ECE 451 - Radio Frequency Circuits and Systems** *(3 hours)*

Review of transmission lines, impedance matching and transformations, S-parameters, passive RF junctions, RF amplifier design, RF systems, and front-end design. Cross-listed as ECE 551. Prerequisite: A minimum grade of C in: ECE208, ECE221. Corequisite: Concurrent enrollment in ECE303.

**ECE 452 - Wireless Communication Systems** *(3 hours)*

Introduction to wireless communication systems; modulation and detection; noise, attenuation; multipath and fading; sensitivity, distortion, inter-modulation, and dynamic range; wireless link RF design; transmitter and receiver architectures; RF components and subsystems; selected

wireless systems including multiple-access cellular systems. Cross-listed as ECE 552.

Prerequisite: A minimum grade of C in: ECE 206, ECE 208 Corequisite: Concurrent enrollment in ECE303

**ECE 453 - Radio Frequency Communications Laboratory** *(3 hours)*

Radio frequency measurements of wireless system components and subsystems, time and frequency domain measurements of analog and digital signals in communication systems, computer-aided design, fabrication, and testing of microwave integrated circuit. Cross-listed as ECE 553. Prerequisite: ECE 451 with a minimum of C

**ECE 460 - Digital Signal Processing** *(3 hours)*

Design of digital filters and multirate systems. Topics include: review of discrete-time signals and systems, generalized linear phase, all-pass filters, minimum phase systems, inverse systems, FIR filter design, IIR filter design, resampling in time and frequency domain, half-band filters, polyphase filters, quadrature mirror filters and wavelets. Cross-listed as ECE 560. Prerequisite: ECE 301 with a minimum grade of C.

**ECE 461 - Statistical and Adaptive Signal Processing** *(3 hours)*

Statistical and adaptive filtering. Topics covered: review of discrete-time signals and systems, review of random variables and processes, linear signal modeling, optimum linear filters, algorithms and structures for optimum linear filters, least-squares filtering and prediction, adaptive filters, array processing. Cross-listed as ECE 561. Prerequisite: A minimum grade of C in: ECE301, ECE302

**ECE 462 - Digital Image Processing** *(3 hours)*

Introduction to image processing. Topics covered: digital image fundamentals, image enhancements in spatial domain, image restoration, color image processing, wavelets and multiresolution, image compression, morphological image processing, image segmentation, pattern recognition. Cross-listed as ECE 562. Prerequisite: ECE 301 or ME 273 with a minimum grade of C.

**ECE 463 - Medical Imaging** *(3 hours)*

Introduction to the common methods and devices employed for medical imaging, including conventional x-ray imaging, x-ray computed tomography (CT), nuclear medicine (single photon planar imaging), single photon emission computed tomography (SPECT), and positron emission tomography (PET), magnetic resonance imaging (MRI), and ultra-sound imaging. The physics

and design of systems, typical clinical applications, medical image processing, and tomographic reconstruction. Cross-listed as ECE 563 and ME 582. Prerequisite: ECE 206 with a minimum grade of C.

**ECE 465 - Engineering Applications of Machine Learning** *(3 hours)*

This course covers the theory, design, and engineering applications of machine learning with the emphasis on computational intelligence. Embedded hardware platforms, high-performance libraries, and high-performance architectures are used for implementation. Variants such as Deep Neural Networks and Convolutional Neural Networks are examined. Cross-listed as ECE 565. Prerequisite: ECE 302 with a minimum grade of C.

**ECE 466 - Real-time DSP Laboratory** *(3 hours)*

Real-time digital signal processing focuses on the design and implementation of signal processing algorithms for real-world applications. Topics covered: DSP architecture, instruction set, assembly language, assembler directives, C programming, and mixed C/assembly programming for optimization. In addition, applications of FIR filtering, IIR filtering, multirate techniques, spectral analysis using a TI DSP will be covered. The laboratory will culminate with a design project of the students choice in any of these areas: audio, controls, communications, image processing, power electronics, robotics, speech processing, and video processing. Cross-listed as ECE 566. Prerequisite: ECE 301 with a minimum grade of C.

**ECE 467 - Mobile Robotics Laboratory** *(3 hours)*

An explorative laboratory-based study of autonomous mobile robotics. Mobile robots utilizing sensors and microcontrollers to navigate using localization, motion control, and mapping algorithms. Prerequisite: ECE 207 and ECE 322 with a minimum grade of C.

**ECE 468 - Introduction to Mechatronics** *(3 hours)*

Introduction to mechatronics: mechatronics overview, sensors and actuators modeling, interfacing sensors and actuators with digital systems. Prerequisite: ECE 221 or ECE 227

**ECE 470 - Embedded Data Structures and Object Oriented Programming** *(3 hours)*

Introduction to data structures, object-oriented programming, memory management, problems of efficiency and complexity of algorithms applicable to embedded systems. Cross-listed as ECE 570. Prerequisite: ECE 205 with a minimum grade of C.

## ECE 471 - Real-time Operating Systems *(3 hours)*

Advanced programming of small microprocessor-based systems using high-level programming languages applied to real situations: data acquisition, control, communication, small real-time operating systems. Software development for devices from a family of microcontrollers that are relevant to industrial applications. Cross-listed as ECE 571. Prerequisite: ECE 205 with minimum grade of C.

## ECE 472 - Embedded Microcontroller Linux *(3 hours)*

Understanding of Linux and its adoption as an embedded OS platform, including process and thread management; communication, synchronization, and deadlocks; virtual memory and file systems; overview of methods and techniques to design and create embedded systems based on the Linux kernel. The essentials of the Linux operating system are discussed from the embedded system point of view, including selecting, configuring, cross-compiling, and installing a target-specific kernel, drivers, and subsystems; the GNU development tool chain; and tools used to build embedded Linux systems. Cross-listed as ECE 572. Prerequisite: ECE 205 with a minimum grade of C.

## ECE 473 - Embedded TCP/IP *(3 hours)*

Fundamental concepts of computer networks and network programming; computer network topologies; TCP/IP stack; IP routing and routing algorithms; client-server paradigm; lower-layers protocols: IP, UDP, and TCP; basic application-layer protocols: HTTP, SMTP, POP3, TIME, TFTP, and DHCP; Berkeley Socket API; examples of socket API for small 8-bit or 16-bit embedded microcontroller system; principles of network security. Cross-listed as ECE 573. Prerequisite: ECE 205 with minimum grade of C.

## ECE 474 - Mobile Robot Navigation and Mapping *(3 hours)*

Principles of locomotion, sensing, localization, and motion planning of mobile robots; building of and locating in probabilistic maps; cooperative localization, mapping, and exploration; cooperative object transport; multi-robot motion coordination. Cross-listed as ECE 574. Prerequisite: ECE 470 with a minimum grade of C.

## ECE 480 - Digital Systems: Communication and Interface *(3 hours)*

A survey of the most common peripheral devices used in embedded and programmable devices. Cross-listed as ECE 580. Prerequisite: ECE 205 with a minimum of C

**ECE 481 - Digital Systems: Design and Synthesis** *(3 hours)*

A structured guide to the modeling of the design of digital systems, using VHDL, a hardware description language. VHDL is designed to fill a number of needs in the design process. It allows description of the structure of a system and the specification of the function using familiar programming language forms. As a result it allows the design of a system to be simulated and synthesized. Cross-listed as ECE 581. CoRequisite: Concurrent enrollment in ECE322.

**ECE 482 - Digital Systems: High Level Synthesis and Codesign** *(3 hours)*

Topics covered: FPGA architecture; embedded development tool flow; introduction to SoC; shared/dedicated busses; customized IP design; HW/SW interface; system performance analysis and bottleneck identification for a given HW/SW architecture; software partition; transformation between HW/SW components; hardware acceleration, FPGA codesign applications. Cross-listed as ECE 582. Prerequisite: ECE 205 with a minimum of C.

**ECE 483 - Digital systems: Microprocessor Architecture and Design** *(3 hours)*

Architectures of CISC & RISC microprocessors: CPU, Control Unit, ALU, MMU, pipelines, etc. Design trade-offs investigated. Cross-listed as ECE 583. Prerequisite: A minimum grade of C in ECE 205.

**ECE 484 - Digital Systems: Peripheral Architecture and Design** *(3 hours)*

Architecture of microprocessor systems: Evolution, external memory, Input & Output, Operating Systems, etc. Design trade-offs investigated. Cross-listed as ECE 584. Prerequisite: A minimum grade of C in ECE 205.

**ECE 497 - Capstone Project System Level Design** *(1 hour)*

The primary goal of this course is to have the student (and partner) choose a senior project and use a top-down design approach prior to implementation in senior lab. In addition, the student will serve on a Design Review Team (DRT) that will analyze other senior projects. Prerequisite: A minimum grade of C in ECE 301, ECE 302, ECE 303, and ECE 322. Concurrent enrollment in two core courses.

**ECE 498 - Senior Capstone Project I** *(2 hours)*

Design and implementation of senior design capstone project. Requires an oral progress presentation. Prerequisite: Concurrent enrollment in ECE 497.

## ECE 499 - Senior Capstone Project II *(3 hours)*
**Core Curr. WI**

Continuation of the design and implementation of the senior design capstone project. Culminates in an oral presentation and a written report. Prerequisite: ECE 498 with a minimum grade of C.

## ECE 531 - Communication Theory I *(3 hours)*

Orthogonal signal representation; review of Fourier series and Fourier transform; basic probability theory; random processes; power spectral density; Shannon's channel capacity; sampling theorem; baseband signaling; bandpass signaling; complex envelop representation of signals and systems; analog modulations; binary and M-ary digital modulations; phase locked loops, demodulation circuits; matched filter; error performance in digital communications. Cross-listed as ECE 431. Prerequisite: Graduate standing or a minimum grade of C in: ECE 206, ECE 302 or equivalents. Not open to students with credit in ECE 431.

## ECE 532 - Communication Theory II *(3 hours)*

Digital communication systems; modulation; demodulation; maximum likelihood detection; trade-offs between bandwidth and power; bit error rate; channel coding techniques: block coding, convolutional coding, and iterative decoding; mutual information; channel capacity; trellis-coded modulation; synchronization. Cross-listed as ECE 432. Prerequisite: ECE 531 with a minimum grade of B or equivalent. Not open to students with credit in ECE 432.

## ECE 543 - Cooperative Control of Multiagent Systems *(3 hours)*

The analysis and control of networked and autonomous multiagent systems, cooperative control issues in multiagent systems, introduction to nonlinear system analysis and control design, control of mobile agents with kinematic constraints, use of fundamental tools in modeling and control of linear multiagent systems and nonlinear multiagent systems, applications of multiagent systems through case studies on cooperative control. Cross-listed as ECE 443. Prerequisite: Not open to students with credit in ECE 443.

## ECE 545 - Power Electronics Fundamentals *(3 hours)*

Fundamentals of power electronics. Covered topics: DC/DC converters, DC/AC converters (inverters), and AC/DC rectifiers, analysis, design, simulation and application of power electronic based systems. Cross-listed as ECE 445. Not open to students with credit in ECE 445.

## ECE 546 - Power Laboratory *(3 hours)*

Experiments in transformers and rotating machines. Covered topics: electric machinery principles; brushed DC motor connections, operational characteristics, and applications; linear brushed DC motor model development, simulation, and verification; wound rotor and squirrel cage AC induction motor connections, operational characteristics, and applications; linear single-phase transformer model development and verification; power electronic H-bridge. Cross-listed as ECE 446. Not open to students with credit in ECE 446. Prerequisite: ECE 303

## ECE 550 - Electromagnetic Theory *(3 hours)*

Time-varying electric and magnetic fields; Maxwell's equations, electromagnetic potentials, electromagnetic boundary conditions, plane-wave propagation in unbounded conducting and non-conducting media, wave polarization, Poynting vector, reflection and transmission of waves at boundaries; radiation and antennas.Cross-listed as ECE 450. Prerequisite: Graduate standing or a minimum grade of C in ECE 208. Not open to students with credits in ECE 450.

## ECE 551 - Radio Frequency Circuits and Systems *(3 hours)*

Review of transmission lines, impedance matching and transformations, S-parameters, passive RF junctions, RF amplifier design, RF systems, and front-end design. Cross-listed as ECE 451. Prerequisite: Graduate standing or a minimum grade of C in: ECE 208, ECE 221, ECE 303 or equivalents. Not open to students with credit in ECE 451.

## ECE 552 - Wireless Communication Systems *(3 hours)*

Introduction to wireless communication systems; modulation and detection; noise, attenuation; multipath and fading; sensitivity distortion, inter-modulation, and dynamic range; wireless link RF design; transmitter and receiver architectures; RF components and subsystems; selected wireless systems including multiple-access cellular systems. Cross-listed as ECE 452. Prerequisite: Graduate standing or a minimum grade of C in: ECE 206, ECE 208, ECE 303 or equivalents. Not open to students with credit in ECE 452.

## ECE 553 - Radio Frequency Communications Laboratory *(3 hours)*

Radio frequency measurements of wireless system components and subsystems, time and frequency domain measurements of analog and digital signals in communication systems, computer-aided design, fabrication, and testing of microwave integrated circuit. Cross-listed as ECE 453. Prerequisite: ECE 551 with a minimum of B or equivalent. Not open to students with credit in ECE 453.

## ECE 555 - Optical Fiber Communication *(3 hours)*

EM wave propagation in silica glass and step index optical fibers, LP modes, multimode and singlemode fibers, optical transmitters and receivers, design of optical fiber communication systems meeting industry standards. Prerequisite: Graduate standing or a minimum grade of C in ECE 208 or equivalent.

## ECE 560 - Digital Signal Processing *(3 hours)*

Design of digital filters and multirate systems. Topics include: review of discrete-time signals and systems, generalized linear phase, all-pass filters, minimum phase systems, inverse systems, FIR filter design, IIR filter design, resampling in time and frequency domain, half-band filters, polyphase filters, quadrature mirror filters and wavelets. Cross-listed as ECE 460. Prerequisite: Graduate standing or a minimum grade of C in ECE 301 or equivalent. Not open to students with credit in ECE 460.

## ECE 561 - Statistical and Adaptive Signal Processing *(3 hours)*

Statistical and adaptive filtering. Topics covered: review of discrete-time signals and systems, review of random variables and processes, linear signal modeling, optimum linear filters, algorithms and structures for optimum linear filters, least-squares filtering and prediction, adaptive filters, array processing. Cross-listed as ECE 461. Prerequisite: Graduate standing or a minimum grade of C in: ECE 301, ECE 302 or equivalents. Not open to students with credit in ECE 461.

## ECE 562 - Digital Image Processing *(3 hours)*

Introduction to image processing. Topics covered: digital image fundamentals, image enhancements in spatial domain, image restoration, color image processing, wavelets and multiresolution, image compression, morphological image processing, image segmentation, pattern recognition. Cross-listed as ECE 462. Prerequisite: Graduate standing or a minimum grade of C in ECE 301 or ME 273 or equivalent. Not open to students with credit in ECE 462.

## ECE 563 - Medical Imaging *(3 hours)*

Introduction to the common methods and devices employed for medical imaging, including conventional x-ray imaging, x-ray computed tomography (CT), nuclear medicine (single photon planar imaging), single photon emission computed tomography (SPECT), and positron emission tomography (PET), magnetic resonance imaging (MRI), and ultra-sound imaging. The physics

and design of systems, typical clinical applications, medical image processing, and tomographic reconstruction. Cross-listed as ECE 463. Prerequisite: Graduate standing or a minimum grade of C in ECE 206 or equivalent. Not open to students with credit in ECE 463.

**ECE 565 - Engineering Applications of Machine Learning** *(3 hours)*

This course covers the theory, design, and engineering applications of machine learning with the emphasis on computational intelligence. Embedded hardware platforms, high-performance libraries, and high-performance architectures are used for implementation. Variants such as Deep Neural Networks and Convolutional Neural Networks are examined. Cross-listed as ECE 465. Prerequisite: Graduate standing or a minimum grade of C in ECE 302 or equivalent. Not open to students with credit in ECE 465.

**ECE 566 - Real-time DSP Laboratory** *(3 hours)*

Real-time digital signal processing focuses on the design and implementation of signal processing algorithms for real-world applications. Topics covered: DSP architecture, instruction set, assembly language, assembler directives, C programming, and mixed C/assembly programming for optimization. In addition, applications of FIR filtering, IIR filtering, multirate techniques and spectral analysis using a TI DSP will be covered. The laboratory will culminate with a design project of the student's choice in any of these areas: audio, controls, communications, image processing, power electronics, robotics, speech processing, and video processing. Cross-listed as ECE 466. Prerequisite: Graduate standing or a minimum grade of C in ECE 301 or equivalent. Not open to students with credit in ECE 466.

**ECE 568 - Introduction to Mechatronics** *(3 hours)*

Introduction to mechatronics: mechatronics overview, sensors and actuators modeling, interfacing sensors and actuators with digital systems. Cross-listed as ECE 468. Not open to students with credit in ECE 468. Prerequisite: ECE 221 or ECE 227

**ECE 570 - Embedded Data Structures and Object Oriented Programming** *(3 hours)*

Introduction to data structures, object-oriented programming, memory management, problems of efficiency and complexity of algorithms applicable to embedded systems. Cross-listed as ECE 470. Prerequisite: Graduate standing or a minimum grade of C in ECE 205 or equivalent. Not open to students with credit in ECE 470.

### ECE 571 - Real-time Operating Systems *(3 hours)*

Advanced programming of small microprocessor-based systems using high-level programming languages applied to real situations: data acquisition, control, communication, small real-time operating systems. Software development for devices from a family of microcontrollers that is relevant to industrial applications. Cross-listed as ECE 471. Prerequisite: Graduate standing or a minimum grade of C in ECE 205 or equivalent. Not open to students with credit in ECE 471.

### ECE 572 - Embedded Microcontroller Linux *(3 hours)*

Advanced programming of small microprocessor-based systems using high-level programming languages applied to real situations: data acquisition, control, communication, small real-time operating systems. Software development for devices from a family of microcontrollers that is relevant to industrial applications. Cross-listed as ECE 472. Prerequisite: Graduate standing or a minimum grade of C in ECE 205 or equivalent. Not open to students with credit in ECE 472.

### ECE 573 - Embedded TCP/IP *(3 hours)*

Fundamental concepts of computer networks and network programming; computer network topologies; TCP/IP stack; IP routing and routing algorithms; client-server paradigm; lower-layers protocols: IP, UDP, and TCP; basic application-layer protocols: HTTP, SMTP, POP3, TIME, TFTP, and DHCP; Berkeley Socket API; examples of socket API for small 8-bit or 16-bit embedded microcontroller system; principles of network security. Cross-listed as ECE 473. Prerequisite: Graduate standing or a minimum grade of C in ECE 205 or equivalent. Not open to students with credit in ECE 473.

### ECE 574 - Mobile Robot Navigation and Mapping *(3 hours)*

Principles of locomotion, sensing, localization, and motion planning of mobile robots; building of and locating in probabilistic maps; cooperative localization, mapping, and exploration; cooperative object transport; multi-robot motion coordination. Cross-listed as ECE 474. Prerequisite: ECE 570 with a minimum grade of B or equivalent. Not open to students with credit in ECE 474.

### ECE 580 - Digital Systems: Communication and Interface *(3 hours)*

A survey of the most commonly used peripheral devices used in embedded and programmable devices. Cross-listed as ECE 480. Prerequisite: A minimum of C in: ECE 205 and ECE 303 or equivalents, or graduate standing, or consent of the instructor. Not open to students with credit in ECE 480.

## ECE 581 - Digital Systems: Design and Synthesis *(3 hours)*

A structured guide to the modeling of the design of digital systems, using VHDL, a hardware description language. VHDL is designed to fill a number of needs in the design process. It allows description of the structure of a system and the specification of the function using familiar programming language forms. As a result it allows the design of a system to be simulated and synthesized. Cross-listed as ECE 481. Prerequisite: A minimum grade of C in ECE 322 or equivalent, or graduate standing, or consent of the instructor. Not open to students with credit in ECE 481.

## ECE 582 - Digital Systems: High Level Synthesis and Codesign *(3 hours)*

Provides an introduction to hardware/software (HW/SW) codesign. The codesign is a set of methodologies and techniques to support the concurrent design to effectively reduce multiple iteration and major redesigns in embedded systems. FPGA device is an innovative platform to conduct codesign for System-on-a-Chip (SoC). Topics covered: FPGA architecture; embedded development tool flow; introduction to SoC; shared/dedicated busses; customized IP design; HW/SW interface; system performance analysis and bottleneck identification for a given HW/SW architecture; software partition; transformation between HW/SW components; hardware acceleration, FPGA codesign applications. Cross-listed as ECE 482. Prerequisite: ECE 205 with a minimum grade of C or equivalent, or graduate standing, or consent of the instructor. Not open to students with credit in ECE 482.

## ECE 583 - Digital Systems: Microprocessor Architecture and Design *(3 hours)*

Architectures of CISC & RISC microprocessors: CPU, Control Unit, ALU, MMU, pipelines, etc. Design trade-offs investigated. Cross-listed as ECE 483. Prerequisite: A minimum grade of C in ECE 205 or equivalent, or graduate standing, or consent of the instructor. Not open to students with credit in ECE 483.

## ECE 584 - Digital Systems: Peripheral Architecture and Design *(3 hours)*

Architecture of microprocessor systems: Evolution, external memory, Input & Output, Operating Systems, etc. Design trade-offs investigated. Cross-listed as ECE 484. Prerequisite: A minimum grade of C in ECE 205 or equivalent, or graduate standing, or consent of the instructor. Not open to students with credit in ECE 484.

## ECE 630 - Random Variables and Signals *(3 hours)*

Axiomatic probability; probability distributions; correlation functions; power spectral density; random processes; Markov chains and Markov processes; linear and non-linear systems with random inputs; linear mean square estimation; Wiener and Kalman filtering; applications to signal processing problems. Prerequisite: Graduate standing or a minimum grade of B in ECE 302 or equivalent.

## ECE 631 - Advanced Communication Theory *(3 hours)*

Wireless communication systems, spread spectrum systems; multiple access techniques; software-defined radios; iterative receiver design; application to engineering problems: Global Navigation Satellite Systems. Prerequisite: ECE 532 with a minimum grade of B.

## ECE 640 - Dynamic Systems Analysis *(3 hours)*

Advanced techniques for analysis of electrical, mechanical, and electromechanical systems. State function concepts are emphasized with applications for determining state equations, system stability, and control. Prerequisite: Graduate standing or a minimum grade of C in ECE 441 or equivalent.

## ECE 642 - Advanced Control Systems *(3 hours)*

Analysis, design and implementation of digital computer-controlled systems. Transform and state variable methods are used to analyze and design digital controllers. Introduction to discrete time optimal control, Kalman-Bucy filtering, system identification, nonlinear control, adaptive control, H-infinity control, contemporary software and hardware tools for design and rapid implementation of real-time digital controllers, and hardware-in-the-loop simulation of closed loop systems are presented. Prerequisite: A minimum grade of B in ECE640.

## ECE 643 - Optimal Control Systems *(3 hours)*

Analysis and design of multivariable control systems: stability, observability and controllability, deterministic/stochastic linear optimal regulator and observers, and multivariable stability robustness. Prerequisite: ECE 640 with a minimum grade of B.

## ECE 650 - Advanced Electromagnetic Theory *(3 hours)*

Field analysis of transmission lines including planar transmission lines, rectangular and circular waveguides, electromagnetic resonators, periodic structures and filters, circuit theory for wave-guiding systems and, impedance transformation and matching. Prerequisite: A minimum grade of B in ECE 550

**ECE 681 - Topics in Electrical Engineering** *(0-6 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. Repeatable to a maximum of 6 semester hours.

**ECE 691 - Research I** *(0-6 hours)*

Graduate research on a project selected by student and advisor. Repeatable to a maximum of 6 semester hours.

**ECE 699 - Thesis** *(0-6 hours)*

Advanced electrical and computer engineering research or design under the guidance of a faculty advisor. Required of students choosing thesis option. Repeatable to a maximum of 6 semester hours. Prerequisite: Consent of department chair; unconditional status.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# INDUSTRIAL ENGINEERING

## Department Of Industrial And Manufacturing Engineering And Technology

**The baccalaureate programs in industrial engineering and manufacturing engineering are accredited by the Engineering Accreditation Commission of ABET (http://www.abet.org). The baccalaureate program in manufacturing engineering technology is accredited by the Technology Accreditation Commission of ABET (http://www.abet.org).**

**FACULTY** Professors Chen (chair), Emanuel (emeritus), Krishnamoorthi, Kroll (emeritus), Lin, Shareef, Tayyari; Associate Professors Li, Ness (emeritus), Saboury, Yoo; Assistant Professors Guo, Pope-Ford.

The department offers three baccalaureate degree programs:

- Industrial Engineering (B.S.I.E.)
    - Engineering Management
    - Logistics and Supply Chain Engineering
    - Systems Engineering Concentration
- Manufacturing Engineering (B.S.Mf.E.) (egt-mfe.dot)
    - Lean Manufacturing Concentration
    - Process Engineering Concentration
- Manufacturing Engineering Technology (B.S.Mf.E.T.) (egt-mfet.dot)

The department offers two minors:

- Minor in Applied Ergonomics (egt-minors-imet.dot)
- Minor in Quality Engineering (egt-minors-imet.dot)

The department also offers master's degrees in industrial engineering (M.S.I.E.) and manufacturing engineering (M.S.MF.E.). See the Graduate Catalog for information about these programs.

## Mission And Core Values

## Mission Statement

The mission of the Department is to educate students for life-long learning and equip them for distinguished careers in industrial engineering, manufacturing engineering, and manufacturing engineering technology.

## IMET Core Values

The Department of Industrial and Manufacturing Engineering and Technology at Bradley University is committed the following core values:

- **Customer-Driven**

  As a consumer-focused educational provider, our program offerings and course structures are based entirely on the internal and external demands of our constituencies. Through catering to the needs of internal constituencies such as our students and external constituencies such as federal agencies, nonprofit organizations, and corporate companies, we ensure an ideally balanced curriculum. Further, we are conscious that our lectures reach not an audience, but a group of individual students, each with his or her specific interests and aspirations. Our varied programs and research opportunities allow students to pursue unique scholastic concentrations.

- **Global Understanding**

  As a modern entity, we understand the magnitude of globalization's effects on today's economy. Our diverse and progressive department prepares our graduates to be competitive on a global scale.

- **Spirit of Entrepreneurship**

  As a group of innovative leaders, we teach our students to become successful in any industry they may choose. Our emphasis on the spirit of entrepreneurship imparts to graduates management skills, the ability to be ingenious, and the motivation to capitalize on both opportunities and obstacles.

- **Community**

  As a tightly woven community, we place great importance on respect, teamwork, communication, and cooperation. We encourage the development of lasting, professional relationships between students and faculty members through research projects and classroom interaction.

- **Adaptive Strategies**

  As a dynamic organization, we harness the tools of improvisation and mold them to fit current situations. In a changing global environment and uncertain market, we believe the flexibility to re-evaluate, plan strategically, and adapt to varying circumstances is crucial to the success of our students.

# Programmatic Distinctions

In choosing a career option, the student should be aware of the respective functions of the engineer and engineering technologist. Generally, the engineer conceives, designs, and advances the development of products and systems. On the other hand, the engineering technologist implements, maintains, and tests products and systems. The engineer creates new

technologies while the engineering technologist applies existing technologies. The manufacturing engineering technology program is more oriented towards hands-on applications than engineering degree programs, and they are not as theoretical. In laboratories, students apply theoretical information to solve practical problems.

Industrial engineers determine the most effective ways to use the production factors (people, machines, materials, information, and energy) to make a product or provide a service. They are concerned primarily with increasing productivity through the management of people, methods of business organization, and technology. They develop management control systems to aid in financial planning and cost analysis, and they design production planning and control systems to coordinate activities to meet the demand and ensure product quality. They also design or improve systems for the physical distribution of goods and services and determine the most efficient plant locations. Industrial engineers develop wage and salary administration systems and job evaluation programs. Many industrial engineers move into management positions because the work is closely related to the work of managers. Manufacturing engineers apply knowledge of materials and engineering theory and methods to design, integrate, and improve manufacturing systems and processes. They may work with designers to refine product designs to increase productivity and decrease costs.

The engineering student's selection of humanities and social science courses provide a broad education consistent with the objectives of the engineering profession. Courses should be selected to provide both breadth and depth and not be limited to unrelated introductory courses. This objective can be met by taking two courses in the same department with at least one being at the 300 level or above. Students minoring in business are permitted to use ECO 100/221 and ECO 222 to meet this requirement.

The department works closely with industry and has an outstanding Industrial Advisory Council (IAC) consisting of distinguished members from industry, government, and education.

# Student Organizations

Student chapters of the American Society for Materials (ASM), American Society for Quality (ASQ), Institute of Industrial and Systems Engineers (IISE), Society of Automotive Engineers (SAE), American Foundrymen's Society (AFS), Society of Manufacturing Engineers (SME), and

The Association for Operations Management (APICS) are sponsored by the department to support and encourage the professional development of the students. The department is also a strong supporter of the student chapter of the Society of Women Engineers (SWE).

Honor societies for industrial engineering students (Alpha Pi Mu) and for manufacturing students (Beta Tau Epsilon) are also represented.

# Industrial Engineering (BSIE)

## Program Educational Objectives

Within five years into their careers, the graduates from the Industrial Engineering Program at Bradley University will have successful careers based on

- Demonstrated ability to recognize business and technical engineering problems and implement effective solutions to such.
- Demonstrated ability to effectively lead cross-functional multi-disciplinary diverse teams in the design, implementation, and/or improvement of processes and systems both regionally and globally.
- Demonstrated professional development through continuous learning opportunities such as varied work assignments, promotions, graduate schools, and/or professional associations.
- Demonstrated involvement in service activities that benefit the profession or the community.

## Student Outcomes

Industrial Engineering graduates will have:

a. an ability to apply knowledge of mathematics and science to system modeling and to problems related to production processes or services.

b. an ability to design and conduct experiments, and to analyze and interpret data.

c. an ability to design, select, implement, and control a manufacturing or service system and its components or processes to meet desired needs.

d. an ability to function on multi-disciplinary teams and the ability to apply a concurrent approach and project management to process and product development.

e. an ability to identify, formulate, and determine optimal solutions to system problems, while considering physical and economic constraints as well as safety and ergonomic issues.

f. an understanding of the professional and ethical responsibilities of an industrial engineer.

g. an ability to effectively communicate technical and social concepts through appropriate methods.

h. an understanding of the impact of industrial engineering solutions in a global, economic, environmental, and societal context.

i. the recognition of the need for, and an ability to engage in continuous improvement projects and lifelong learning.

j. knowledge of contemporary issues facing industrial engineers.

k. an ability to use the proper techniques, skills, and modern engineering tools necessary for industrial engineering practice utilizing supporting technologies.

# Industrial Engineering Major

Industrial engineers design, develop, test, and evaluate integrated systems for managing production processes including human work factors, inventory control, logistics and material flow, quality control, cost analysis, and production coordination. The industrial engineer applies engineering methods to a variety of activities in the design, production, and distribution of goods and services; works in organizations including manufacturing, hospitals, commerce, and government agencies; and operates in such specific professional areas as human work measurement, management systems design, human factors engineering, applied statistics, operations research, reliability and quality control, and systems engineering. Industrial engineering is the combination of engineering and business administration.

The curriculum provides a sound basis in the fundamentals of engineering, physical and behavioral sciences, and theoretical and applied mathematics. The emphasis on problem solving of both structured and unstructured types prepares the student for a wide variety of IME employment opportunities as well as for graduate training in IME, or such associated professions business, law, or medicine. This diversity of career opportunities is a major reason that students choose IME. The student is encouraged to select a minor in a supporting area such as business, quality engineering, computer science, manufacturing, math, psychology, or economics. Some minors will require additional hours beyond BSIE requirements.

Most faculty teaching in the IME program have had full-time industrial experience. The emphasis of the department is directed towards real-world problems. During the senior year, students work under faculty supervision on actual problems that exist in the community in manufacturing organizations and service organizations such as hospitals, government agencies, air transport companies, court systems, and utility companies.

Students have the option to complete the **Bachelor of Science in Industrial Engineering** program with or without declaring an area of concentration. The courses listed in the following curricular schedule must be completed to meet degree requirements in industrial engineering, leading to the Bachelor of Science in Industrial Engineering.

**Freshman Year**

*First Semester*

IME 101 Intro. to Industrial and Manufacturing Engineering - 1 hr.

IME 103 Computer Aided Graphics - 2 hrs.

MTH 121 Calculus I - 4 hrs. QR

CHM 110 General Chemistry I - 3 hrs. NS

CHM 111 General Chemistry I Lab - 1 hr.

ENG 101 English Composition - 3 hrs. W1

Social and Behavioral Sciences ECO 100/221 - 3 hrs. SB

**17 hrs.**

*Second Semester*

IME 110 Intro. to Computers and Computational Analysis - 3 hrs.

MTH 122 Calculus II - 4 hrs. QR

PHY 110 University Physics - 4 hrs. NS

COM 103 The Oral Communication Process - 3 hrs. OC

Global Perspective - 3 hrs. GP

**17 hrs.**

**Sophomore Year**

*First Semester*

IME 301 Engineering Economy I - 3 hrs.

IME 341 Intro. to Manufacturing Processes - 3 hrs.

MTH 223 Calculus III - 4 hrs.

CE 150 Mechanics I - 3 hrs.

Humanities - 3 hrs. HU

**16 hrs.**

*Second Semester*

IME 311 Intro to Engineering Statistical Methods - 3 hrs.

IME 386 Industrial and Managerial Engineering - 3 hrs.

PHY 201 University Physics II - 4 hrs.

CE 270 Mechanics of Materials - 3 hrs.

MTH 207 Elementary Linear Algebra **or** MTH 224 Differential Equations - 3 hrs.

**16 hrs.**

**Junior Year**

*First Semester*

IME 305 Engineering Economy II - 2 hrs.

IME 412 Design and Analysis of Experiments - 3 hrs.

IME 313 Operations Research I - 3 hrs.

IME 331 Fundamentals of Materials Science - 3 hrs.

IME 361 Introduction to Simulation and Expert Systems - 2 hrs.

Fine Arts - 3 hrs. FA

**16 hrs.**

*Second Semester*

IME 466 Facilities Planning - 3 hrs.

IE Elective** - 3 hrs.

IE Elective** - 3 hrs.

Approved Technical Elective*†* - 3 hrs.

Multidisciplinary Integration - 3 hrs. MI

**15 hrs.**

**Senior Year**

*First Semester*

IME 422 Manufacturing Quality Control - 3 hrs.

IME 485 Occupational Ergonomics - 3 hrs.

IE Elective* **-** 3 hrs.

Approved Technical Elective*†* - 3 hrs.

ENG 305 Technical Writing - 3 hrs.

**15 hrs.**

*Second Semester*

IE Elective* - 3 hrs.

IME 499 Senior Design Project - 4 hrs.

Approved Technical Elective*†*  - 3 hrs.

Approved Technical Elective*†*  - 3 hrs.

**13 hrs.**

**Total hours - 125**

Two Writing Intensive tagged courses are required (see advisor for list of courses)

*† All courses with number 301 or above in the college of Engineering and Technology are approved as technical electives for this concentration.  A list of additional technical electives is available in the department office.*

IE Elective courses include:

- IME 314 Operations Research II
- IME 461 Advanced Simulation
- IME 468 Expert Systems
- IME 481 Lean Production Systems
- IME 483 Productions Planning and Control
- IME 486 Logistics and Supply Chain Systems
- IME 487 Occupational Safety and Health

Engineering Management Concentration (B.S.I.E.)

The **Engineering Management** concentration is most appropriate for technically focused individuals who desire to achieve management-level positions in engineering environments. This concentration focuses on management of technology and intellectual property; research and development; engineering and technical projects; people, resources and organizations; quality; and team-based projects.

The courses listed in the following curricular schedule must be completed to meet degree requirements in industrial engineering, leading to the Bachelor of Science in Industrial Engineering with an ***Engineering Management Concentration***. Students declaring this concentration must declare and complete the Management minor in the Foster College of Business.

Concentration core courses for Engineering Management are:

- M L 250 - Interpersonal Effectiveness in Organizations - 2 hrs.
- M L 350 - Managing for Results in Organizations - 2 hrs.
- M L 356 - Human Capital in Organizations - 3 hrs.
- M L 357 - Leading Organizations - 2 hrs.
- Approved Management Minor Elective (300 or 400-level) - 6 hrs.

**Freshman Year**

*First Semester*

- IME 101 Intro. to Industrial and Manufacturing Engineering – 1 hr.

- IME 103 Computer Aided Graphics - 2 hrs.
- MTH 121 Calculus I - 4 hrs. QR
- CHM 110 General Chemistry I - 3 hrs. NS
- CHM 111 General Chemistry I Lab – 1 hr.
- ENG 101 English Composition - 3 hrs. W1
- Social and Behavioral Sciences ECO 100/221 - 3 hrs. SB
   **17 hrs.**

## *Second Semester*

- IME 110 Intro. to Computers and Computational Analysis - 3 hrs.
- MTH 122 Calculus II - 4 hrs. QR
- PHY 110 University Physics - 4 hrs. NS
- COM 103 The Oral Communication Process - 3 hrs. OC
- Global Perspective - 3 hrs. GP
   **17 hrs.**

## **Sophomore Year**

## *First Semester*

- IME 301 Engineering Economy I - 3 hrs.
- IME 341 Intro. to Manufacturing Processes - 3 hrs.
- MTH 223 Calculus III - 4 hrs.
- CE 150 Mechanics I - 3 hrs.
- Humanities - 3 hrs. HU
   **16 hrs.**

## *Second Semester*

- IME 311 Intro to Engineering Statistical Methods - 3 hrs.
- IME 386 Industrial and Managerial Engineering - 3 hrs.
- PHY 201 University Physics II - 4 hrs.
- CE 270 Mechanics of Materials - 3 hrs.
- MTH 207 Elementary Linear Algebra **or** MTH 224 Differential Equations - 3 hrs.
   **16 hrs.**

## **Junior Year**

## *First Semester*

- IME 305 Engineering Economy II - 2 hrs.
- IME 313 Operations Research I - 3 hrs.

- IME 331 Fundamentals of Materials Science - 3 hrs.
- IME 361 Introduction to Simulation and Expert Systems - 2 hrs.
- IME 412 Design and Analysis of Experiments - 3 hrs.
- Fine Arts - 3 hrs. FA

    **16 hrs.**

*Second Semester*

- IME 466 Facilities Planning - 3 hrs.
- IE Elective** - 3 hrs.
- IE Elective** - 3 hrs.
- Approved Technical Elective*†* - 3 hrs.
- Multidisciplinary Integration - 3 hrs. MI
- **15 hrs.**

**Senior Year**

*First Semester*

- IME 422 Manufacturing Quality Control - 3 hrs.
- IME 485 Occupational Ergonomics - 3 hrs.
- IE Elective* - 3 hrs.
- ENG 305 Technical Writing – 3 hrs. W2
- Approved Technical Elective† - 3 hrs.

    **15 hrs.**

*Second Semester*

- IE Elective* - 3 hrs.
- IME 499 Senior Design Project – 4 hrs.
- Approved Technical Elective*†* – 3 hrs.
- Approved Technical Elective*†* – 3 hrs.

    **13 hrs.**

**Total hours: 125**

Two Writing Intensive-tagged courses are required (see advisor for list of courses.)

*† All courses with number 301 or above in the college of Engineering and Technology are approved as technical electives for this concentration.  A list of additional technical electives is available in the department office.*

# Logistics and Supply Chain EngineeringConcentration (B.S.I.E.)

The Bachelor of Science in Industrial Engineering (BSIE) program with the **Logistics and Supply Chain Engineering** concentration emphasizes courses that will improve the student's analytical skills, particularly as they pertain to material procurement and distribution network optimization within complex supply chain systems.

Concentration core courses for Logistics and Supply Chain Engineering are:

- PSY 321 Industrial and Organizational Psychology - 3 hrs.
- IME 481 Lean Production Systems - 3 hrs.
- IME 483 Production Planning and Control - 3 hrs.
- IME 486 Logistics and Supply Chain Systems - 3 hrs.

The courses listed in the following curricular schedule must be completed to meet degree requirements in industrial engineering, leading to the Bachelor of Science in Industrial Engineering with a Logistics and Supply Chain Engineering concentration.

## Freshman Year

### First Semester

- IME 101 Intro. to Industrial and Manufacturing Eng. - 1 hr.
- IME 103 Computer Aided Graphics - 2 hrs.
- MTH 121 Calculus I - 4 hrs. QR
- CHM 110 General Chemistry I - 3 hrs. NS
- CHM 111 General Chemistry I Lab - 1 hr.
- ENG 101 English Composition - 3 hrs. W1
- Social and Behavioral Sciences  ECO 100/221 - 3 hrs. SB
    **17 hrs.**

### Second Semester

- IME 110 Intro. to Computers and Computational Analysis - 3 hrs.
- MTH 122 Calculus II - 4 hrs. QR
- PHY 110 University Physics - 4 hrs. NS
- COM 103 The Oral Communication Process - 3 hrs. OC
- Global Perspective- 3 hrs. GP
    **17 hrs.**

## Sophomore Year

### First Semester

- IME 301 Engineering Economy I - 3 hrs.

- IME 341 Intro to Manufacturing Processes - 3 hrs.
- MTH 223 Calculus III - 4 hrs.
- CE 150 Mechanics I - 3 hrs.
- Humanities - 3 hrs. (HU)
  **16 hrs.**

*Second Semester*

- IME 311 Intro. to Engineering Statistical Methods - 3 hrs.
- IME 386 Industrial and Managerial Engineering - 3 hrs.
- PHY 201 University Physics II - 4 hrs.
- CE 270   Mechanics of Materials - 3 hrs.
- MTH 207 Elementary Linear Algebra **or** MTH 224 Differential Equations - 3 hrs**.**
  **16 hrs.**

**Junior Year**

*First Semester*

- IME 305 Engineering Economy II - 2 hrs.
- IME 412 Design and Analysis of Experiments - 3 hrs.
- IME 313 Operations Research I - 3 hrs.
- IME 331 Fundamentals of Materials Science - 3 hrs.
- IME 361 Introduction to Simulation and Expert Systems - 2 hrs.
- Fine Arts - 3 hrs. FA
  **16 hrs.**

*Second Semester*

- IME 466 Facilities Planning - 3 hrs.
- IME 483 Production Planning and Control –3 hrs.
- Approved Technical Elective*†* - 3 hrs.
- Approved Technical Elective*†* - 3 hrs.
- Multidisciplinary Integration - 3 hrs. MI
  **15 hrs.**

**Senior Year**

*First Semester*

- IME 422 Manufacturing Quality Control  - 3 hrs.
- IME 481 Lean Production Systems - 3 hrs.
- IME 485 Occupational Ergonomics - 3 hrs.
- ENG 305 Technical Writing - 3 hrs.

- PSY 321 Industrial and Organizational Psychology - 3 hrs.

   **15 hrs.**

*Second Semester*

- IME 499 Senior Design Project - 4 hrs.
- Approved Technical Elective*†* - 3 hrs.
- Approved Technical Elective*†* - 3 hrs.
- IME 486 Logistics and Supply Chain Systems - 3 hrs.

   **13 hrs.**

**Total hours - 125**

Two Writing Intensive-tagged courses are required (see advisor for list of courses.)

*\*\*All courses with number 301 or above in the college of Engineering and Technology are approved as technical elective courses for this concentration.  A list of additional technical electives is available in the department office.*

# Systems Engineering Concentration (B.S.I.E.)

The **Systems Engineering** concentration prepares students to meet the increasing need from industry for engineers who go beyond the expertise in a particular engineering discipline. In this concentration, students develop skills to integrate system components for ensuring total system operability reaching optimum productivity. Students will also develop skills to design or improve systems for the physical distribution of goods and services and determine the most efficient plant locations.

Concentration core courses for Systems Engineering are:

- IME 314 Operations Research II - 3 hrs.
- IME 468 Expert Systems - 3 hrs.
- IME 483 Productions Planning and Control - 3 hrs.
- IME 461 Simulation of Human-Machine Systems - 3 hrs.

The courses listed in the following curricular schedule must be completed to meet degree requirements in industrial engineering, leading to the Bachelor of Science in Industrial Engineering with a Systems Engineering Concentration.

**Freshman Year**

- IME 101 Intro. to Industrial and Manufacturing Eng. - 1 hr.
- IME 103 Computer Aided Graphics - 2 hrs.
- MTH 121 Calculus I - 4 hrs. QR
- CHM 110 General Chemistry I - 3 hrs. NS
- CHM 111 General Chemistry I Lab - 1 hr.
- ENG 101 English Composition - 3 hrs. W1
- Social and Behavioral Sciences ECO 100/221 - 3 hrs. SB
  **17 hrs.**

*Second Semester*

- IME 110 Intro. to Computers and Computational Analysis - 3 hrs.
- MTH 122 Calculus II - 4 hrs. QR
- PHY 110 University Physics - 4 hrs. NS
- COM 103 The Oral Communication Process - 3 hrs. OC
- Global Perspective - 3 hrs. GP
  **17hrs.**

## Sophomore Year

*First Semester*

- IME 301 Engineering Economy I - 3 hrs.
- IME 341 Intro. to Manufacturing Processes - 3 hrs.
- MTH 223 Calculus III - 4 hrs.
- CE 150 Mechanics I - 3 hrs.
- Humanities - 3 hrs. HU
  **16 hrs.**

*Second Semester*

- IME 311 Intro to Engineering Statistical Methods - 3 hrs.
- IME 386 Industrial and Managerial Engineering - 3 hrs.
- PHY 201 University Physics II - 4 hrs.
- CE 270 Mechanics of Materials - 3 hrs.
- MTH 207 Elementary Linear Algebra **or** MTH 224 Differential Equations - 3 hrs.
  **16 hrs.**

## Junior Year

*First Semester*

- IME 305 Engineering Economy II - 2 hrs.
- IME 412 Design and Analysis of Experiments - 3 hrs.
- IME 313 Operations Research I - 3 hrs.
- IME 331 Fundamentals of Materials Science - 3 hrs.
- IME 361 Introduction to Simulation and Expert Systems - 2 hrs.
- Fine Arts -  3 hrs. FA
    **16 hrs.**

*Second Semester*

- IME 314 Operations Research II - 3 hrs.
- IME 466 Facilities Planning - 3 hrs.
- Approved Technical Elective† - 3 hrs.
- Multidisciplinary Integration - 3 hrs. MI
- IME 461 Simulation of Human-Machine Systems - 3 hrs.
    **15 hrs.**

**Senior Year**

*First Semester*

- IME 422 Manufacturing Quality Control  - 3 hrs.
- IME 485 Occupational Ergonomics - 3 hrs.
- IME 468 Expert Systems - 3 hrs.
- ENG 305 Technical Writing - 3 hrs. W2
- Approved Technical Elective† - 3 hrs.
    **15 hrs.**

*Second Semester*

- IME 483 Production Planning and Control - 3 hrs.
- IME 499 Senior Design Project - 4 hrs.
- Approved Technical Elective† - 3 hrs.
- Approved Technical Elective† - 3 hrs.
    **13 hrs.**

    **Totalhours - 125**

Two Writing Intensive-tagged courses are required (see advisor for list of courses.)

*\*\* All courses with number 301 or above in the college of Engineering and Technology are approved as technical electives for this concentration. A list of additional technical electives is available in the department office.*

# BSIE Combined with MBA Program

Undergraduate students in the industrial engineering program may combine their studies and earn an MBA degree in five and one-half years or fewer. Students may include all of the prerequisites for the MBA program as part of their required 125 undergraduate semester hours. Careful scheduling is required and should be coordinated with the student's undergraduate advisor and director of graduate programs.

Students electing this option must be fully admitted before registering for graduate-level courses and have the written approval of the director of graduate programs. Students should contact the director of graduate programs during their sophomore year for particular information.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# INDUSTRIAL ENGINEERING AND MANUFACTURING COURSES

**IME 101 - Introduction to Industrial & Manufacturing Engr** *(1 hour)*

Survey of industrial and manufacturing engineering. Introduction to IME and MFE techniques and tools. Not open to students with credit in any 200-level or above IME, IME, or MFE course.

**IME 103 - Computer Aided Graphics** *(2 hours)*

Computer aided drafting, theory of orthographic projection, sections, auxiliaries, and basic dimensioning.

**IME 105 - Introduction to Computers & Computation in Ind. & Mf Engineering** *(2 hours)*

Use of computers in IME and MFE environments, use of various packages, LAN and WAN usage.

**IME 110 - Introduction to Computers & Computational Analysis** *(3 hours)*

Use of various modern computing technologies, including numerical analysis software and Internet-based applications. Coding of numerical algorithms as applied to engineering functions. CoRequisite: MTH 115 or IMT 212 or consent of instructor

**IME 117 - Computer Numerical Applications** *(2 hours)*

Continuation of IME 105; coding of numerical algorithms as applied to engineering functions. Includes laboratory. Prerequisite: IME 105. Corequisite: Integral calculus.

**IME 200 - Engineering Co-Op** *(0 hours)*

Full-time cooperative education assignment for manufacturing engineering and industrial engineering students who alternate periods of full-time school with periods of full-time academic or career-related work in industry. Satisfactory/Unsatisfactory. Prerequisite: sophomore standing in the College of Engineering and Technology, 2.0 overall grade point average at Bradley, approval of engineering and technology Co-op coordinator and Co-op advisor.

**IME 241 - Manufacturing Fundamentals** *(3 hours)*

Fundamental knowledge and skills to work in the manufacturing field. The role, function and constraints of product design and process planning within a manufacturing system, and the basic principles of different manufacturing processes. The elements of physical manufacturing

environment and the basic properties of different types of production materials. Not open to students with credits in any 300- or 400-level IME or IMT course. Prerequisite: IME 103 or consent of instructor

**IME 300 - The World of Metals** *(3 hours)*
**Gen. Ed. TS**
Designed for students concerned with metals and those with a general interest in the history of the metals upon which all civilization since the Stone Age has relied. Modern metallurgical technology, heat treatment, periodic table of elements, aspects of materials science and engineering, and history of technical procedures. Draws upon many modern and ancient texts. Not open to majors in engineering and technology.

**IME 301 - Engineering Economy I** *(3 hours)*
Analysis of economic aspects of engineering decisions. Effect of interest and other cost factors on evaluation of engineering alternatives. Roles of mathematical models and other techniques in economical design and test of products. Introduction to value engineering. Prerequisite: MTH 121 or IMT 212

**IME 302 - Introduction to Quality Engineering** *(3 hours)*
Definition of quality, need for quality in products and services, methods of assuring quality, fundamentals of probability and statistics, process control methods, acceptance sampling, designing experiments, a system for quality. Not open to IME majors. Prerequisite: One semester college calculus.

**IME 305 - Engineering Economy II** *(2 hours)*
Continuation of IME 301. Economic aspects of engineering decisions including techniques of obtaining cost data, product costing, and break-even analysis. Industrial practices. Prerequisite: IME 301.

**IME 311 - Introduction to Engineering Statistical Methods** *(3 hours)*
Engineering data collection and analysis; discrete and continuous probability models; confidence intervals; tests of hypotheses; regression analysis; essentials of statistically designed experiments; engineering application of statistical methods. Extensive use of statistical computer software. Prerequisite: MTH 122.

**IME 312 - Engineering Statistical Methods** *(3 hours)*

Extension of IME 311: Probability models, multi-variable analysis, step-wise design of statistical experiments, multiple regression, response surface analysis, distribution of random vectors, function of random variable sample statistics. Required semester project. Extensive use of statistical computer software. Prerequisite: IME 311 with C or better.

**IME 313 - Operations Research I** *(3 hours)*

Philosophy and techniques of operations research. Emphasis on elementary model building and concepts of optimization, structure of problem solving; linear programming, transportation and assignment algorithms; game theory; network analysis, branch and bound theory; dynamic programming; decision theory involving one stage problems. Prerequisite: MTH 223

**IME 314 - Operations Research II** *(3 hours)*

Probabilistic models of operations research: inventory theory, Markov chains, queuing theory, and simulation. Prerequisite: Minimum grade of C in IME 311, 313

**IME 325 - Transport Phenomena** *(3 hours)*

Energy, heat, and mass transfer. Basic principles in thermodynamics, fluid flow, heat transfer, and mass diffusion. First and second laws of thermodynamics, work and adiabatic processes, reversible and irreversible processes, power. Fluid statics, pressure, energy, and losses. Heat conduction, convection, and radiation. Steady-state and transient mass diffusion. Prerequisite: CHM 110, 111, PHY 201, MTH 223.

**IME 331 - Fundamentals of Materials Science** *(3 hours)*

Materials science in engineering. Structure of perfect solids: metals, plastics, composites, and ceramics. Structure of imperfect solids: phase equilibria; diffusion, mechanical properties, and plastic deformation; strengthening mechanisms; relation between mechanical properties and microstructural control; organic polymers; electrical conduction in materials; semi-conductors; magnetic materials. Prerequisite: CHM 110, 111; PHY 110 or PHY 107

**IME 333 - Materials Science Laboratory** *(2 hours)*

**Core Curr. WI**

Laboratory practices and experience for basic materials science investigations. Mechanical testing, metallographic examination and thermal treatment of metals, non-destructive and destructive testing of non-metallic materials. Prerequisite: IMT 232 or IME 331

**IME 341 - Introduction to Manufacturing Processes** *(3 hours)*

A laboratory-intensive introduction to manufacturing machinery and processes, tooling, and safety. Product specification interpretation and associated planning for tooling and methods. Material removal; forming operations; casting and molding of metals and plastics; joining techniques. Prerequisite: IME 103

**IME 361 - Introduction to Simulation and Expert Systems** *(2 hours)*

Procedures and rationale for planning, designing, and implementing computer simulation experiments and expert systems used to analyze human-machine systems in engineering, business, and social sciences. Prerequisite: IME 110; IME 311 or IME 302

**IME 383 - Industrial Management** *(3 hours)*

Principles of management applied to design of organizations' physical facilities and operation systems. Not open to IME majors.

**IME 385 - Introduction to Logistics and Supply Chain** *(3 hours)*

Logistics terms and definitions; logistics demand forecast; transportation decision models; supply chain concepts, analyzing, designing, and implementing logistics systems. Prerequisite: IME 302 or equivalent or consent of the instructor

**IME 386 - Industrial and Managerial Engineering** *(3 hours)*

Principles of IME applied to design of an organization's physical facilities and operating systems. Analysis and measurement of human work applied to work system design. Laboratory and interdisciplinary community projects. Prerequisite: MTH 121 or IMT 212 or Equivalent

**IME 395 - Solid Modeling & Rapid Prototyping** *(3 hours)*

Principles of solid modeling and 3D drafting. Solids, surfaces, wire frames, pictorial representation, advance dimensioning, tolerancing, geometric dimensioning and tolerancing, drafting for production, techniques of rapid prototyping. Prerequisite: IME 103, 110, 341

**IME 409 - Selected Projects in Industrial & Manufacturing Engineering** *(1-6 hours)*

Projects may be of an experimental, analytical, or creative nature. Course may be repeated for a maximum of 6 hours credit. Prerequisite: senior standing and consent of instructor.

**IME 410 - Selected Topics in Industrial & Manufacturing Eng** *(1-6 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. Course may be repeated under different topics for maximum of six hours

## IME 412 - Design and Analysis of Experiments *(3 hours)*

Design and analysis of experiments in research, development, and production activities. Experimental designs for evaluating significance of main effects and interactions of several variables. Treatment of problems of measurement, planning, and evaluating programs. Cross listed with IME 512 Prerequisite: Two semesters of statistics or consent of instructor.

## IME 412 - Design and Analysis of Experiments *(3 hours)*

Design and analysis of experiments in research, development, and production activities. Experimental designs for evaluating significance of main effects and interactions of several variables. Treatment of problems of measurement, planning, and evaluating programs. Cross listed with IME 512 Prerequisite: IME 311 with C or better or consent of instructor.

## IME 422 - Manufacturing Quality Control *(3 hours)*

Analysis of factors affecting product quality during manufacturing; process control charts; process capability studies; error of measurement; sampling plans; motivation programs; quality audit; organization. Cross listed with IME 522. Prerequisite: IME 311 with C or better or consent of instructor

## IME 431 - Materials Engineering *(2 hours)*

Properties and selection of materials for engineering applications. Mechanical and thermal treatment of materials. Destructive and non-destructive testing. Corrosion control and prevention. Wear and fracture of engineering materials. Design and testing for fracture resistance. Emphasis on case studies and applications. CoRequisite: IME 333.

## IME 441 - Manufacturing Processes I *(3 hours)*

Principles, techniques, limitations, and applications of metal cutting and forming processes. Phenomena of tool life, tool wear, surface integrity, resultant properties, and tolerances of these operations. Traditional forging, rolling, drawing, and extrusion processes; processing limits and resultant effects on material and component properties. Non-traditional methods and processing economics. Prerequisite: IME 331, IME 341, or Consent of the Instructor

## IME 443 - Manufacturing Processes II *(3 hours)*

Principles, techniques, limitations, and applications of metal casting and non-metallic molding processes, traditional metal joining processes, fabrication, and assembly. Basic phenomena of

near-net-shape manufacturing, tooling and equipment required, tolerances and economics. Emphasis on manufacturing parameters, design, and the resultant effects of material structure and properties. Prerequisite: IME 331, IME 341, or Consent of the Instructor

**IME 445 - Computer Aided Manufacturing** *(3 hours)*

Introduction to the theory and practice of machining processes using Computer Numerically Controlled (CNC) technology; NC programming operations for CNC mills and lathes; transfer of parts descriptions into detailed process plans, tool selection, and NC machine codes with Design for Machining (DFM) concept verified through laboratory work; Computer-assisted CAD/CAM NC programming is emphasized. Laboratory work includes CNC machine setup, tooling setup, manual and computer assisted NC programming verification and operation. Prerequisite: IME 341 and IME 395; or consent of instructor

**IME 461 - Simulation of Manufacturing and Service Systems** *(3 hours)*

Procedures and rationale for planning, designing, and implementing computer simulation experiments used to analyze manufacturing and service systems in engineering, business, and social sciences. Use of a 3D state-of-art simulation software tool. Cross-listed with IME 561. Prerequisite: IME 361; or consent of instructor.

**IME 466 - Facilities Planning** *(3 hours)*

Physical organization of work places and departments to optimize objectives such as material movement, safety, and worker satisfaction. Review of IME methods for work place design and productivity measurement and economic decision making. Computer solutions for layout problems and mathematical models for location problems. Cross listed with IME 566. Prerequisite: IME 386 or consent of instructor

**IME 468 - Introduction to Expert Systems and Artificial Intelligence** *(3 hours)*

A variety of Artificial Intelligence techniques will be discussed in this course including modeling techniques and search techniques. Students will learn how to implement a decision support system in the field of Industrial and Manufacturing Engineering using Artificial Intelligence techniques. Prerequisite: IME 110

**IME 481 - Lean Production Systems** *(3 hours)*

This course reviews the principles and concepts required for integrated production System in order to meet customer demand in production, quality, on-time delivery, and continuously

reducing manufacturing cost. Emphasis is placed on applying lean manufacturing principles, simulation techniques, and Kaizen methodologies through hands-on projects. Cross listed as IME 581. Prerequisite: IME 301; IME466 or IMT 366; or consent of instructor

## IME 483 - Production Planning and Control *(3 hours)*

Analysis of Service-Production-Inventory systems using common planning and scheduling techniques. Mathematical models for project planning, aggregate planning, master scheduling and inventory analysis. Interface with quality control and computer systems. Cross listed as IME 583. Prerequisite: IME 386, minimum grade of C in IME 311 and IME 313 or consent of instructor.

## IME 485 - Occupational Ergonomics *(3 hours)*
## Core Curr. WI

Functional anatomy and physiology of muscle and skeletal systems and their relationship to work design. Work physiology, kinesiology, and anthropometry in relation to their application in work-place design and hand-tool design. Utilization of physical work capacity and job demands for job design, personnel assignment, and assessment of work-rest scheduling. Cross listed as IME 585. Prerequisite: IME 302 or IME 311, and CE 150 or IMT 222, or consent of instructor.

## IME 486 - Logistics & Supply Chain Systems *(3 hours)*

Logistics terms and definitions; logistics as a design process; supply chain concepts, analyzing, designing and implementing logistics systems. Prerequisite: IME 386, IME 311, IME 313; or consent of instructor.

## IME 487 - Occupational Safety and Health *(3 hours)*

Occupational safety and health standards and regulations. Injury and illness statistics. Employer's responsibilities and bookkeeping requirements. Hazard analysis and systems safety, occupational and environmental hazards and controls. Cross listed with IME 587. Prerequisite: Prerequisites: Junior Standing.

## IME 491 - Manufacturing Design *(4 hours)*

Static and dynamic design, analysis, specification, and financial analysis of manufacturing equipment specific to a particular product. A systems approach to the integration of machine tools, work holding, materials handling, processing, measurement, and operator interface. Laboratory in tool design, modular tool construction, and virtual modeling of tooling systems. CoRequisite: IME 445 and senior standing.

**IME 495 - Design for Manufacturability** *(3 hours)*

The design process; interaction of materials, processes, and design; economic considerations; design considerations for machining, casting, forging, extrusion, forming, powder metallurgy; designing with plastics; design for assembly; Research projects required. Cross listed with IME 595. Prerequisite: IME 341 and IME 395, or equivalences

**IME 499 - Senior Industrial Project** *(4 hours)*
**Core Curr. WI**

Application of engineering principles to solve a real-world problem. Student works as member of a team assigned to a problem in a manufacturing, processing, service, or governmental organization. Requires a professional written and oral report. Cross-listed with IMT 498 Prerequisite: 30 hours of IMET Department courses with a minimum 2.25 GPA; COM 103; consent of course coordinator.

**IME 501 - Engineering Cost Analysis** *(3 hours)*

Economic aspects of engineering decisions including techniques of obtaining cost data, cost allocation and product costing, break-even analysis, financial analysis, and investment market. Prerequisite: Consent of instructor. Not open to students with credit in IME 305.

**IME 511 - Engineering Statistical Analysis** *(3 hours)*

Concepts in probability and statistics from practical and theoretical angles. Definition of probability, random variable, distribution, important discrete and continuous distributions, sampling distribution of X-bar, Central Limit Theorem, t, chi-squared and F distributions, estimation, hypothesis testing, regression analysis, and analysis of variance. Prerequisite: consent of instructor.

**IME 512 - Design and Analysis of Experiments** *(3 hours)*

Design and analysis of experiments in research, development, and production activities. Experimental designs for evaluating significance of main effects and interactions of several variables. Treatment of problems of measurement, planning, and evaluating programs. Prerequisite: Two semesters of statistics or consent of instructor. Not open to students with credit in IME 412

**IME 514 - Introduction to Operations Research** *(3 hours)*

Mathematical model building and use of deterministic and non-deterministic tools in problem solving. Problem solving structure, linear programming, transportation and assignment

algorithms, game theory, networks, branch and bound algorithms, dynamic programming, deterministic and stochastic inventory models, markov chains, queueing theory and simulation. Prerequisite: consent of instructor. Not open to students with credit in IME 313 and 314.

## IME 515 - Linear Programming and Extensions *(3 hours)*

Theoretical and computational aspects of linear programming and its extensions in integer programming, nonlinear programming, dynamic programming, and network analysis; application to practical problems including production planning and supply chain optimization. Prerequisite: Consent of instructor

## IME 522 - Manufacturing Quality Control *(3 hours)*

Analysis of factors affecting product quality during manufacturing; process control charts; process capability studies; error of measurement; sampling plans; motivation programs; quality audit; organization. A research paper required. Cross listed with IME 422 Prerequisite: One semester of statistics or consent of instructor. Not open to students with credit in IME 422

## IME 524 - Six Sigma Theory and Methodologies *(3 hours)*

Comparative study of philosophies of using quality as a business management tool, with special reference to Deming's Theory of control charts and a study of their strengths and weaknesses. Special control charts such as CUSUM chart, median chart, moving average chart, and their application. The latest published articles used to keep up-to-date in quality technology. Prerequisite: IME 522 or consent of instructor.

## IME 526 - Reliability Engineering *(3 hours)*

Specification, prediction, and evaluation of product reliability and maintainability. Use of models for failure distribution exponential, Weibull, lognormal and analytical and graphical methods for failure data analysis. Test plans and accelerated testing models. Design methods for increasing reliability and maintainability. Prerequisite: IME 511 or consent of instructor.

## IME 531 - Polymer and Ceramic Materials and Processing *(3 hours)*

Recent developments and applications of polymeric and ceramic materials. Selection and design criteria, material properties, process engineering, quality considerations and failure prevention. Prerequisite: IME 331

## IME 533 - Composite Material and Manufacturing *(3 hours)*

Science and technology of modern composite materials: properties, design, toughening mechanisms, fabrication methods, evaluation, mechanisms of failure, and quality assurance.

**IME 541 - Advanced Forming Processes** *(3 hours)*

Analytical methods in metal forming processes including slab approach, upper bound techniques, slip-line field and visio-plasticity methods. Forging, rolling, extrusion, drawing, sheet forming, near net-shape processes, and CAD/CAM. Prerequisite: IME 441 or consent of Instructor

**IME 543 - Advanced Material Removal Processes** *(3 hours)*

Current and future trends in: mechanics of chip generation; forces and energies in cutting and dynamometry; thermal aspects of machining; cutting tool materials; friction, wear, vibrations and tool life; applications of engineering fundamentals to design and analysis of machining operations with emphasis on computer control. Prerequisite: IME 441

**IME 545 - Advanced Joining and Fabrication** *(3 hours)*

Principles of advances in joining and fabrication of engineering materials including metallic, non-metallic, and electronic. Process science and technology with emphasis on casting, welding, and micro-joining of electronic components. Physical and mathematical modeling of various processes. Prerequisite: IME 331

**IME 553 - Advanced Computer Aided Manufacturing** *(3 hours)*

Computer Aided Manufacturing (CAM) within the CAD/CAM and CIM contents. Computer Assisted Process Planning (CAPP), Computer Assisted Tool Design, Computer Assisted NC Programming (APT), Interactive Graphics, NC Programming, and the elements of computer control of manufacturing equipment (CNC). A semester project. Prerequisite: IME 445.

**IME 555 - Computer Integrated Manufacturing** *(3 hours)*

Computer Integrated Manufacturing (CIM); elements of hardware and software within the manufacturing automation environment. Islands of factory automation and their interactions, information flow and Local Area Networks within the CIM architecture, standardization of electronic data and interfaces. Prerequisite: IME 386.

**IME 560 - Principles of Robotic Programming** *(3 hours)*

Programming of industrial robotic manipulators with external inputs, tactile sensing and vision sensing. A design project is required. Cross-listed as ME 560. Prerequisite: graduate or senior standing in engineering or computer science.

## IME 561 - Simulation of Manufacturing & Service Systems *(3 hours)*

Procedures and rationale for planning, designing, and implementing computer simulation experiments used to analyze manufacturing and service systems in engineering, business, and social sciences. Use of a 3D state-of-art simulation software tool. Research projects required. Cross listed with IME 461. Prerequisite: IME 511, IME 514; or consent of instructor. Not open to students with credit in IME 461.

## IME 563 - Process Engineering *(3 hours)*

The process design function interaction with product design, and the responsibilities within a manufacturing organization. Selection and design of machinery, tools, and methods. Computer aided process design and interactive accessing of machining data and tooling element of group technology and expert systems. Prerequisite: IME 395, 443.

## IME 566 - Advanced Facility Planning *(3 hours)*

Physical organization of work places and departments to optimize objectives such as material movement, safety, and worker satisfaction. Review of IE methods of work place design and productivity measurement and economic decision making. Computer solutions for layout problems and mathematical models for location problems. A research project is required. Cross listed with IME 466. Prerequisite: IME 386 or IME 500 or consent of instructor

## IME 568 - Introduction to Expert Systems and Artificial Intelligence *(3 hours)*

Knowledge-based systems design and implementation; expert system shells and programming environments; validation and implementation of expert systems; case studies/laboratories. Cross listed as CIS 588. Prerequisite: One semester of computer programming and one semester of statistics, or consent of instructor.

## IME 570 - Selected Topics in Industrial & Manufacturing Engineering *(1-3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated up to a maximum of 6 hrs. Combined credit for IE 590 and IME 570 may not exceed six hours. Prerequisite: Consent of instructor.

## IME 581 - Cellular Lean Manufacturing Systems *(3 hours)*

This course reviews the principles and concepts required for integrated production System in order to meet customer demand in production, quality, on-time delivery, and continuously reducing manufacturing cost. Emphasis is placed on applying lean manufacturing principles,

simulation techniques, and Kaizen methodologies through hands-on projects. A research paper is required. Cross listed as IME 481. Prerequisite: IME 566, or consent of instructor. Not open to students with credit in IME 481.

## IME 583 - Production Planning and Control *(3 hours)*

Analysis of Service-Production-Inventory systems using common planning and scheduling techniques. Mathematical models for project planning, aggregate planning, master scheduling and inventory analysis. Interface with quality control and computer systems. A research paper is required. Cross listed as IME 483. Prerequisite: IME 386, minimum grade of C in IME 511, IME 514 or consent of instructor. Not open to students with credit in IME 483

## IME 584 - Advanced Production Planning *(3 hours)*

Planning methods for converting to or creating Just-in-Time and/or group technology systems. Analytical and behavioral aspects. Prerequisite: Consent of instructor.

## IME 585 - Occupational Ergonomics *(3 hours)*

Functional anatomy and physiology of muscle and skeletal systems and their relationship to work design. Work physiology, kinesiology, and anthropometry in relation to their application in work-place design and hand-tool design. Utilization of physical work capacity and job demands for job design, personnel assignment, and assessment of work-rest scheduling. Research projects required. Cross listed as IME 485. Prerequisite: Graduate Standing and Consent of instructor. Not open to students with credit in IME 485.

## IME 586 - Logistics & Supply Chain Systems *(3 hours)*

Logistics terms and definitions; logistics as a design process; supply chain concepts, analyzing, designing and implementing logistics and supply chain systems. A research paper is required. Cross listed as IME 486. Prerequisite: Consent of instructor. Not open to students with credit in IME 486.

## IME 587 - Occupational Safety and Health *(3 hours)*

Occupational safety and health standards and regulations. Injury and illness statistics. Employer's responsibilities and bookkeeping requirements. Hazard analysis and systems safety, occupational and environmental hazards and controls. Research projects required. Cross listed with IME 487. Prerequisite: Graduate Standing and Consent of instructor. Not open to students with credit in IME 487.

**IME 590 - Geometric Modeling** *(3 hours)*

Computer-based representations of the shape and spatially dependent attributes of real or conceived physical objects. Techniques and concepts needed to couple the digital computer with the techniques of geometric modeling and graphics display for analysis and viewing. Prerequisite: IME 395; MTH 223.

**IME 592 - Tribology** *(3 hours)*

An introduction to systems approach to tribology, surface topography, physical, chemical, and geometric nature of surfaces. Mechanics of contact between surfaces. Various theories of friction and wear, hydrodynamic, elastohydrodynamic, and boundary lubrication. Frictional instabilities. Rolling contact problems. Application of system methodology to tribological problems in engineering design and manufacturing. Prerequisite: IME 331 or ME 351 or consent of instructor.

**IME 595 - Design for Manufacturability** *(3 hours)*

The design process; interaction of materials, processes, and design; economic considerations; design considerations for machining, casting, forging, extrusion, forming, powder metallurgy; designing with plastics; design for assembly; A research paper required. Cross listed with IME 495. Prerequisite: IME 341; IME 395, or equivalences. Not open to students with credit in IME 495 or IME 591.

**IME 670 - Independent Study** *(3 hours)*

Critical investigation and analysis in management systems design, facilities and/or process design, material selection, or industrial economics. Prerequisite: Consent of instructor.

**IME 691 - Research** *(0-3 hours)*

Research project or professional problem to be selected by student and advisor. May be repeated to a maximum of 3 hours credit. Beyond initial enrollment the student must register for 0 hours. Prerequisite: Unconditional graduate status, minimum GPA of 3.2 after 15 hours of graduate work, and consent of instructor

**IME 699 - Thesis** *(0-6 hours)*

Required of students choosing thesis option. Total of six hours to be taken; any semester after six hours, the student must register for zero hours to maintain progress. Prerequisite: Unconditional status, 3.25 GPA with at least 15 hours earned, and consent of graduate coordinator

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MANUFACTURING ENGINEERING

**The baccalaureate programs in industrial engineering and manufacturing engineering are accredited by the Engineering Accreditation Commission of ABET (http://www.abet.org). The baccalaureate program in manufacturing engineering technology is accredited by the Engineering Technology Accreditation Commission of ABET (http://www.abet.org).**

**FACULTY** Professors Chen (chair), Emanuel (emeritus), Krishnamoorthi, Kroll (emeritus), Lin, Shareef, Tayyari; Associate Professors Li, Ness (emeritus), Saboury, Yoo; Assistant Professors Guo, Pope-Ford.

The department offers three baccalaureate degree programs:

- Industrial Engineering (B.S.I.E.) (http://www.bradley.edu/academic/undergradcat/20192020/egt-ie.dot#IE)
  - Engineering Management (http://www.bradley.edu/academic/undergradcat/20192020/egt-ie.dot#EM)
  - Logistics and Supply Chain Engineering (http://www.bradley.edu/academic/undergradcat/20192020/egt-ie.dot#LS)
  - Systems Engineering Concentration (http://www.bradley.edu/academic/undergradcat/20192020/egt-ie.dot#SE)
- Manufacturing Engineering (B.S.Mf.E.) (http://www.bradley.edu/academic/undergradcat/20192020/egt-mfe.dot)
  - Lean Manufacturing Concentration
  - Process Engineering Concentration
- Manufacturing Engineering Technology (B.S.Mf.E.T.) (http://www.bradley.edu/academic/undergradcat/20192020/egt-mfet.dot)

The department offers two minors:

- Minor in Applied Ergonomics (http://www.bradley.edu/academic/undergradcat/20192020/egt-minors-imet.dot)
- Minor in Quality Engineering (http://www.bradley.edu/academic/undergradcat/20192020/egt-minors-imet.dot)

The department also offers master's degrees in industrial engineering (M.S.I.E.) and manufacturing engineering (M.S.MF.E.). See the Graduate Catalog for information about these programs.

# Programmatic Distinctions

In choosing a career option, the student should be aware of the respective functions of the engineer and engineering technologist. Generally speaking, the engineer conceives, designs, and advances the development of products and systems. On the other hand, the engineering technologist implements, maintains, and tests products and systems. The engineer creates new technologies while the engineering technologist applies existing technologies.

The distinction between industrial engineering and manufacturing engineering is one of breadth vs. depth. Industrial engineers are involved with the design, improvement, and management of technical systems. These systems may be located in service industries such as banks, hospitals, and government as well as in manufacturing industries. Manufacturing engineers are involved in the design, installation, and improvement of the production process and generally are limited to manufacturing industries.

The engineering student's selection of humanities and social science courses provide a broad education consistent with the objectives of the engineering profession. Courses should be selected to provide both breadth and depth and not be limited to unrelated introductory courses. This objective can be met by taking two courses in the same department with at least one being at the 300 level or above. Students minoring in business are permitted to use ECO 100/221 and ECO 222 to meet this requirement.

The department works closely with industry and has an outstanding industrial and manufacturing engineering and technology department Advisory Council consisting of distinguished members from industry, government, and education.

# Student Organizations

Student chapters of the American Society for Materials (ASM), American Society for Quality (ASQ), Institute of Industrial and Systems Engineers (IISE), Society of Manufacturing Engineers (SME), American Foundrymen's Society (AFS), and the Association for Operations Management (APICS) are sponsored by the department to support and encourage the professional development of the students. The department is also a strong supporter of the student chapter of the Society of Women Engineers (SWE).

Honor societies for industrial engineering students (Alpha Pi Mu) and for manufacturing students (Beta Tau Epsilon) are also represented.

**Manufacturing Engineering Major (BSMFE)**

## Program Educational Objectives

Within five years into their careers, the graduates from the Manufacturing Engineering Program at Bradley University will have successful careers based on

- Demonstrated ability to recognize manufacturing business problems and implement effective solutions.
- Demonstrated ability to effectively lead cross-functional teams in the design, implementation and improvement of processes and systems.
- Demonstrated professional development through continuous learning opportunities such as varied work assignments, graduate education, or professional associations.
- Demonstrated involvement in service activities that benefit the profession or the community.

## Student Outcomes

### Manufacturing Engineering graduates will have

a. An ability to apply knowledge of mathematics and science to manufacturing processes, materials, and design of manufacturing systems
b. An ability to design and conduct experiments, and to analyze and interpret data related to manufacturing processes, materials evaluation, and manufacturing systems
c. An ability to design, select, implement, and control a manufacturing system and its components or processes to meet desired needs
d. An ability to function on multi-disciplinary teams and the ability to apply a concurrent approach and project management to process and product development
e. An ability to identify, formulate, and solve manufacturing engineering problems through a hands-on approach that considers constraints, costs, benefits, and comparative processes and materials
f. An understanding of the professional and ethical responsibilities of a manufacturing engineer
g. An ability to effectively communicate technical concepts through appropriate methods
h. An understanding of the impact of manufacturing engineering solutions in a global, economic, environmental, and societal context
i. A recognition of the need to engage in lifelong learning
j. A knowledge of contemporary issues facing manufacturing engineers
k. An ability to use the proper techniques, skills, and modern engineering tools necessary for manufacturing engineering practice utilizing supporting technologies

Manufacturing engineers apply their knowledge of the sciences of materials, processes, and information to the design, integration, and advancement of products and systems of manufacture. They understand value-added concepts through effective transformation of materials into products through manufacturing planning, strategy, and quality control.

The manufacturing engineer is responsible for designing manufacturing processes to meet specific product properties and design; and is able to design products and equipment, tooling, and facility for continuously improving manufacturing systems to add value and minimize total costs considering entire value chain. His/her role encompasses not only technological factors but also human, economic, and environmental factors, which makes the manufacturing engineer a great facilitator for team efforts in cross-functional teams.

The manufacturing engineering program is designed to provide the student with a broad intellectual horizon together with a firm technical foundation necessary to meet future challenges in manufacturing and related industries. The curriculum builds on a solid foundation of science and mathematics and combines a broad base of engineering tools and their application to analysis, synthesis, and control of manufacturing operations using statistical methods.

Graduates from the program would have a wide range of career options in industry, government, research, service, and entrepreneurship. Graduates may also choose to advance their education through post-graduate studies.

To meet the degree requirements for graduation in manufacturing engineering, students must obtain credit in the following courses and must achieve a minimum grade point average 2.25 in IME courses.

Students wishing to pursue a graduate degree in manufacturing engineering may refer to the graduate catalog, which describes course work leading to the MSMFE degree.

**Freshman Year**

*First Semester*

- IME 101 Introduction to Industrial and Manufacturing Engineering - 1 hr.
- IME 103 Computer Aided Graphics - 2 hrs.
- ENG 101 English Composition - 3 hrs. W1
- MTH 121 Calculus I - 4 hrs. QR
- Global Perspective- 3 hrs. GP
- Social and Behavioral Sciences ECO 100/221 - 3 hrs. SB
  **16 hours**

*Second Semester*

- IME 110 Intro. to Computers and Computational Analysis - 3 hrs.
- IME 341 Introduction to Manufacturing Processes - 3 hrs.
- CHM 110 General Chemistry I - 3 hrs. NS

- CHM 111 General Chemistry I Lab - 1 hr.
- COM 103 The Oral Communication Process - 3 hrs. OC
- MTH 122 Calculus II - 4 hrs. QR

  **17 hours**

## Sophomore Year

*First Semester*

- IME 301 Engineering Economy - 3 hrs.
- MTH 223 Calculus III - 4 hrs.
- CE 150 Mechanics I - 3 hrs.
- PHY110 University Physics I - 4 hrs. NS

  **14 hours**

*Second Semester*

- IME 386 Industrial and Managerial Engineering - 3 hrs.
- IME 395 Solid Modeling and Rapid Prototyping - 3 hrs
- IME 331 Fundamentals of Materials Science - 3 hrs.
- CE 270 Mechanics of Materials - 3 hrs.
- PHY 201 University Physics II - 4 hrs.

  **16 hours**

## Junior Year

*First Semester*

- IME 333 Material Science Laboratory - 2 hrs.
- IME 431 Materials Engineering - 2 hrs.
- IME 311 Introduction to Engineering Statistical Methods - 3 hrs.
- IME 445 Computer Aided Manufacturing Processes - 3 hrs.
- Concentration Core I - 3 hrs.
- Humanities - 3 hrs. HU

  **16 hours**

*Second Semester*

- IME 422 Manufacturing Quality Control - 3 hrs.
- IMT 362 Metrology and Instrumentation - 3 hrs.
- ECE 227 EE Fundamentals - 4 hrs.
- MTH 224 Elementary Differential Equations - 3 hrs.
- Concentration Core II - 3 hrs.

## Senior Year

*First Semester*

- IME 441 Manufacturing Processes I *OR* IME 443 Manufacturing Processes II - 3 hrs.
- ENG 305 or 306 (BCC-CM-W2) - 3 hrs.
- Technical Electives - 3 hrs.
- Concentration Core III - 3 hrs.
- Fine Arts - 3 hrs. FA
   **15 hours**

*Second Semester*

- IME 499 Senior industrial Project - 4 hrs.
- Technical Electives - 6 hrs.
- Concentration Core IV - 3 hrs.
- Multidisciplinary Integration - 3 hrs. MI
   **16 hours**

## Total hours - 126

Two Writing Intensive-tagged courses are required (see advisor for a list of courses).

## Concentration Core Courses (4 courses required) without declaring a concentration

- IME 325 Transport Phenomena - 3 hrs.
- IME 385 Introduction to Logistics and Supply Chain - 3 hrs.
- IME 412 Design and Analysis of Experiments - 3 hrs.
- IME 441 Manufacturing Processes I - 3 hrs. Or IME 443 Manufacturing Processes II - 3 hrs.
- IME 466 Facilities Planning - 3 hrs.
- IME 481 Lean Production Systems - 3 hrs.
- IME 495 Design for Manufacturability - 3 hrs.

## Technical Electives (3 courses - may also select from Concentration not taken as part of Core)

- Any 300-level or higher IME course not required in the program.
- Any advisor-approved 300-level or higher IMT course.
- Any civil, electrical, or mechanical engineering course (CE, EE, ME) numbered 300 or higher
- Any advisor-approved mathematics or science course not required in the program.
- Any advisor-approved 300 or higher course from college of Business.

# Manufacturing Engineering With Lean Manufacturing Concentration

The Lean Manufacturing concentration prepares students to meet the industry's increasing need for engineers who serve as facilitators for the lean movement toward excellence.  In this concentration, students will develop skills to lead lean and Six Sigma teams to continuously improve processes, product design, and business acumen. Students will also develop skills targeted toward adding value, identifying problems, and eliminating waste, in order to enhance the market share with higher profitability.

The unique courses for this concentration are:

- IME 385 Introduction to Logistics and Supply Chain - 3 hrs.
- IME 412 Design and Analysis of Experiments – 3 hrs.
- IME 466 Facilities Planning - 3 hrs.
- IME 481 Lean Production Systems - 3 hrs.

The courses listed in the following curriculum must be completed to meet the degree requirements in Manufacturing Engineering, leading to the Bachelor of Science in Manufacturing Engineering with a Lean Manufacturing concentration.

**Freshman Year**

*First Semester*

- IME 101 Introduction to Industrial and Manufacturing Engineering - 1 hr.
- IME 103 Computer Aided Graphics - 2 hrs.
- ENG 101 English Composition - 3 hrs. W1
- MTH 121 Calculus I - 4 hrs. QR
- Global Perspective - 3 hrs. GP
- Social and Behavioral Sciences ECO 100/221 - 3 hrs. SB
  **16 hours**

*Second Semester*

- IME 110 Intro to Computers and Computational Analysis - 3 hrs.
- IME 341 Introduction to Manufacturing Processes - 3 hrs.
- CHM 110 General Chemistry I - 3 hrs. NS
- CHM 111 General Chemistry I Lab - 1 hr.
- COM 103 The Oral Communication Process - 3 hrs. OC
- MTH 122 Calculus II - 4 hrs. QR
  **17 hours**

## Sophomore Year

*First Semester*

- IME 301 Engineering Economy - 3 hrs.
- MTH 223 Calculus III - 4 hrs.
- CE 150 Mechanics I - 3 hrs.
- PHY 110 University Physics I - 4 hrs. NS

**14 hours**

*Second Semester*

- IME 386 Industrial and Managerial Engineering - 3 hrs.
- IME 395 Solid Modeling and Rapid Prototyping - 3 hrs.
- IME 331 Fundamentals of Materials Science - 3 hrs.
- CE 270 Mechanics of Materials - 3 hrs.
- PHY 201 University Physics II - 4 hrs.

**16 hours**

## Junior Year

*First Semester*

- IME 333 Material Science Laboratory - 2 hrs.
- IME 431 Materials Engineering - 2 hrs.
- IME 311 Introduction to Engineering Statistical Methods - 3 hrs.
- IME 445 Computer Aided Manufacturing Processes - 3 hrs.
- IME 412 Design and Analysis of Experiments - 3 hrs.
- Humanities - 3 hrs. HU

**16 hours**

*Second Semester*

- IME 422 Manufacturing Quality Control - 3 hrs.
- IMT 362 Metrology and Instrumentation - 3 hrs.
- ECE 227 EE Fundamentals - 4 hrs.
- MTH 224 Elementary Differential Equations - 3 hrs.
- IME 466 Facilities Planning - 3 hrs.
- Technical Elective - 3 hrs.

**16 hours**

## Senior Year

*First Semester*

- IME 441 Manufacturing Processes I *OR* IME 443 Manufacturing Processes II - 3 hrs.
- ENG 305 or 306 (BCC-CM-W2) - 3 hrs.
- Technical Electives - 3 hrs.
- IME 385 Introduction to Logistics and Supply Chain - 3 hrs.
- Fine Arts - 3 hrs. FA

**15 hours**

*Second Semester*

- IME 499 Senior Industrial Project - 4 hrs.
- Technical Electives - 6 hrs.
- IME 481 Lean Production Systems - 3 hrs.
- Multidisciplinary Integration - 3 hrs. MI
  **16 hours**

**Total hours - 126**

Two Writing Intensive-tagged courses are required (see advisor for the list of courses.)

**Technical Electives (3 courses - may also select from Concentration courses not taken as part of Core)**

- Any 300-level or higher IME course not required in the program.
- Any advisor-approved 300-level or higher IMT course.
- Any civil, electrical, or mechanical engineering course (CE, EE, ME) numbered 300 or higher
- Any advisor-approved mathematics or science course not required in the program.
- Any advisor-approved 300 or higher course from college of Business.

# Manufacturing Engineering With Process Engineering Concentration

The process engineering concentration provides the graduates with a strong set of knowledge and skills in product design, manufacturing processes, materials selection and design, automation, and manufacturing systems. Graduates may be employed in industries such as automotive, aerospace, and heavy equipment manufacturers.

The unique courses for this concentration are:

- IME 325 Transport Phenomena - 3 hrs.
- IME 441 Manufacturing Processes I - 3 hrs. Or IME 443 Manufacturing Processes II - 3 hrs.
- IME 412 Design and Analysis of Experiments - 3 hrs.
- IME 495 Design for Manufacturability - 3 hrs.

The courses listed in the following curriculum must be completed to meet degree requirements in Manufacturing Engineering, leading to the Bachelor of Science in Manufacturing Engineering with a Process Engineering concentration.

## Freshman Year

### First Semester

- IME 101 Introduction to Industrial and Manufacturing Engineering - 1 hr.
- IME 103 Computer Aided Graphics - 2 hrs.
- ENG 101 English Composition - 3 hrs. W1
- MTH 121 Calculus I - 4 hrs. QR
- Global Perspective - 3 hrs. GP
- Social and Behavioral Sciences ECO 100/221 - 3 hrs. SB
  **16 hours**

### Second Semester

- IME 110 Intro. to Computers and Computational Analysis - 3 hrs.
- IME 341 Introduction to Manufacturing Processes - 3 hrs.
- CHM 110 General Chemistry I - 3 hrs. NS
- CHM 111 General Chemistry I Lab - 1 hr.
- COM 103 The Oral Communication Process - 3 hrs. OC
- MTH 122 Calculus II - 4 hrs. QR
- **17 hours**

## Sophomore Year

### First Semester

- IME 301 Engineering Economy - 3 hrs.
- MTH 223 Calculus III - 4 hrs.
- CE 150 Mechanics I - 3 hrs.
- PHY 110 University Physics I - 4 hrs. NS

  **14 hours**

### Second Semester

- IME 386 Industrial and Managerial Engineering - 3 hrs.
- IME 395 Solid Modeling and Rapid Prototyping - 3 hrs.
- IME 331 Fundamentals of Material Science - 3 hrs.
- CE 270 Mechanics of Materials - 3 hrs.

- PHY 201 University Physics II - 4 hrs.

  **16 hours**

## Junior Year

*First Semester*

- IME 333 Material Science Laboratory - 2 hrs.
- IME 431 Materials Engineering - 2 hrs.
- IME 311 Introduction to Engineering Statistical Methods - 3 hrs.
- IME 445 Computer Aided Manufacturing Processes - 3 hrs.
- IME 412 Design and Analysis of Experiments - 3 hrs.
- Humanities - 3 hrs. HU

  **16 hours**

*Second Semester*

- IME 422 Manufacturing Quality Control - 3 hrs.
- IMT 362 Metrology and Instrumentation - 3 hrs.
- EE 227 EE Fundamentals - 4 hrs.
- MTH 224 Elementary Differential Equations - 3 hrs.
- IME 325 Transport Phenomena - 3 hrs

  **16 hours**

## Senior Year

*First Semester*

- IME 441 Manufacturing Processes I - 3 hrs. OR IME 443 Manufacturing Processes II - 3 hrs.
- ENG 305 or 306 (BCC-CM-W2) - 3 hrs.
- Technical Electives - 3 hrs.
- IME 495 Design for Manufacturability - 3 hrs.
- Fine Arts - 3 hrs. FA

  **15 hours**

*Second Semester*

- IME 499 Senior Industrial Project - 4 hrs.
- Technical Electives - 6 hrs.
- IME 441 Manufacturing Processes I - 3 hrs. OR IME 443 Manufacturing Processes II - 3 hrs.
- Multidisciplinary Integration - 3 hrs. MI

  **16 hours**

**Total hours - 127**

Two Writing Intensive-tagged courses are required (see advisor for list of courses.)

**Technical Electives (3 courses - may also pick from Concentration not taken as part of Core)**

- Any 300-level or higher IME course not required in the program.
- Any advisor-approved 300-level or higher IMT course.
- Any civil, electrical, or mechanical engineering course (CE, EE, ME) numbered 300 or higher
- Any advisor-approved mathematics or science course not required in the program.
- Any advisor-approved 300 or higher course from college of Business.

# BSMFE Combined With MBA Program

Undergraduate students in the manufacturing engineering program may combine their studies and earn an MBA degree in five and one-half years or less. Students may use any of the prerequisites for the MBA program from their MSMFE required 127 undergraduate semester hours. Careful scheduling through coordination between BSMFE undergraduate advisor and director of MBA graduate program is recommended.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MANUFACTURING ENGINEERING TECHNOLOGY

## Department Of Industrial And Manufacturing Engineering And Technology

**The baccalaureate programs in industrial engineering and manufacturing engineering are accredited by the Engineering Accreditation Commission of ABET (http://www.abet.org). The baccalaureate program in manufacturing engineering technology is accredited by the Technology Accreditation Commission of ABET (http://www.abet.org).**

**FACULTY** Professors Chen (chair), Emanuel (emeritus), Krishnamoorthi, Kroll (emeritus), Lin, Shareef, Tayyari; Associate Professors Li, Ness (emeritus), Saboury, Yoo; Assistant Professors Guo, Pope-Ford.

The department offers three baccalaureate degree programs:

- Industrial engineering (B.S.I.E.) (egt-ie.dot)
- Manufacturing engineering (B.S.Mf.E.), (egt-mfe.dot)
- Manufacturing engineering technology (B.S.Mf.E.T.)

The department offers two minors:

- Minor in Applied Ergonomics (egt-minors-imet.dot)
- Minor in Quality Engineering (egt-minors-imet.dot)

The department offers master's degrees in industrial engineering (M.S.I.E.) and manufacturing engineering (M.S.MF.E.). See the Graduate Catalog for information about these programs.

# Programmatic Distinctions

In choosing a career option, the student should be aware of the respective functions of the engineer and engineering technologist. Generally speaking, the engineer conceives, designs, and advances the development of products and systems. On the other hand, the engineering technologist implements, maintains, and tests products and systems. The engineer creates new technologies while the engineering technologist applies existing technologies.

The distinction between industrial engineering and manufacturing engineering is one of breadth vs. depth. Industrial engineers are involved with the design, improvement, and management of technical systems. These systems may be located in service industries such as banks, hospitals, and government as well as in manufacturing industries. Manufacturing engineers are involved in the design, installation, and improvement of the production process and generally are limited to manufacturing industries.

The engineering student's selection of humanities and social science courses provide a broad education consistent with the objectives of the engineering profession. Courses should be selected to provide both breadth and depth and not be limited to unrelated introductory courses. This objective can be met by taking two courses in the same department with at least one being at the 300 level or above. Students minoring in business are permitted to use ECO 100/221 and ECO 222 to meet this requirement.

The department works closely with industry and has an outstanding industrial & manufacturing engineering & technology department Advisory Council consisting of distinguished members from industry, government, and education.

# Student Organizations

Student chapters of the American Society for Materials (ASM), American Society for Quality (ASQ), Institute of Industrial and Systems Engineers (IISE), Society of Automotive Engineers (SAE), American Foundrymen's Society (AFS), Society of Manufacturing Engineers (SME) and The Association for Operations Management (APICS) are sponsored by the department to support and encourage the professional development of the students. The department is also a strong supporter of the student chapter of the Society of Women Engineers (SWE).

Honor societies for industrial engineering students (Alpha Pi Mu) and for manufacturing students (Beta Tau Epsilon) are also represented.

# Manufacturing Engineering Technology (BSMfET)

## Objectives

Within five years into their careers, the graduates from the Manufacturing Engineering Technology Program at Bradley University will have successful careers based on

- Demonstrated ability to move into a leadership role in various phases of a manufacturing system while communicating objectives and intentions to a diverse team of cross functional members.
- Demonstrated ability to expand into different areas of manufacturing using transferable skills learned through hands-on experience.
- Demonstrated ability to serve both the profession and the community balanced with the work environment.
- Demonstrated ability to gain additional knowledge and skills by obtaining certifications and additional education.

# Student Outcomes

A Manufacturing Engineering Technology graduate will have:

a. a strong background in manufacturing processes and materials for discreet piece part manufacture, considering nomenclature recognition, limits, costs, benefits, etc. of comparative processes and materials through a hands-on approach;

b. strong mathematics, science, and computer skills with emphasis on programs that aid process and product analysis and control, as well as the ability to apply a concurrent approach to process, product, and equipment design with supporting technologies such as: DFM, DFA, CAD, CAM, CAE and rapid prototyping;

c. an ability to conduct experiments, as well as to analyze and interpret data related to manufacturing processes, materials evaluation, and manufacturing systems;

d. the ability to integrate multiple technical concepts and societal considerations for the solution of open-ended design problems and in the design of systems;

e. interpersonal skills and the ability to work as part of an interdisciplinary team;

f. an ability to identify, formulate, and solve manufacturing problems considering constraints, costs, benefits, and competitiveness of comparative processes and materials;

g. an ability to utilize modern tools and techniques to effectively communicate technical requirements and functionality in oral, written, and graphical forms;

h. a recognition of the need for and an ability to engage in lifelong learning;

i. an understanding of the professional and ethical responsibilities of a manufacturing professional;

j. the broad education necessary to understand the impact of manufacturing solutions in a global and societal context;

k. a knowledge of contemporary issues facing manufacturing professionals including a commitment to quality, timeliness, and continuous improvement.

Industry today is surrounded by problems that are often difficult to identify and even harder to solve. They include government regulation, consumerism, inflation, foreign competition, high labor cost, and the skyrocketing cost of doing business. In order to solve such problems, it is

necessary to educate individuals to combine theory and practice for the effective implementation of state-of-the-art technologies.

This program reflects the pressing needs of industry by integrating studies of mechanical design, modern manufacturing processes, materials science and technology, automation, management practices, and social sciences. Graduates are placed in various phases of management, production, product development, test and evaluation, sales, and service. In addition to the Technical Concentrations, the curriculum is designed for the development of competence in the areas of mathematics, physics, chemistry, and other technical sciences such as mechanics, strength of materials, and electronics. Laboratory activities support the basic concepts studied, while providing familiarity with actual hardware, its theory of operation, and its uses in the current state of the art. Complementary courses may be taken in business management, engineering, and the physical sciences.

## Manufacturing Engineering Technology Program

## Bradley Core Curriculum Requirements (24 hrs.)

- ENG 101 - English Composition - 3 hrs. W1
- ENG 305 - Technical Writing - 3 hrs. W2
- COM 103 - The Oral Communication Process - 3 hrs. OC
- Social & Behavioral Sciences ECO 100/221 - 3 hrs. SB
- Global Perspective - 3 hrs. GP
- Humanities - 3 hrs. HU
- Multidisciplinary Integration - 3 hrs. MI
- Fine Arts - 3 hrs. FA

## Math, Sciences, Computer Requirements (21 hrs.)

- MTH 112 - Pre-Calculus - 4 hrs.
- IMT 212 - Tech Calculus I - 3 hrs.
- IMT 214 - Tech Calculus II - 3 hrs.
- PHY 107 - General Physics I - 4 hrs.
- CHM 100 - Fundamentals of General Chemistry - 3 hrs.
- CHM 101 - Fundamentals of General Chemistry Lab - 1 hr.
- IME 110 - Intro. to Computers & Computation - 3 hrs.

## Technical Sciences Requirements (10 hrs.)

- IMT 222 - Statics - 3 hrs.

- IMT 322 - Dynamics - 3 hrs.
- IMT 324 - Strength of Materials - 4 hrs.

# Technical Core (51 credits)

### i.  Fundamental Requirements (6 hrs.)

- IME 101 - Intro. to Industrial & Manufacturing Eng. - 1 hr.
- IME 103 - Computer Aided Graphics - 2 hrs.
- IMT 302 - Introduction to Quality Engineering  - 3 hrs.

### ii.  Materials Requirements (8 hrs.)

- IMT 232 - Physical Metallurgy - 3 hrs.
- IMT 332 - Non-metallic Materials - 3 hrs.
- IME 333 - Materials Science Laboratory - 2 hr.

### iii. Processes Requirements (12 hrs.)

- IME 341 - Introduction to Manufacturing Processes - 3 hrs.
- IMT 342 Advanced Manufacturing Processes I - 3 hrs.
- IMT 344 Advanced Manufacturing Processes II - 3 hrs.
- IME 445 - Computer Aided Manufacturing - 3 hrs.

### iv.  Design Requirements (6 hrs.)

- IMT 392 - Mechanical Component Design I - 3 hrs.
- IME 395 - Solid Modeling and Rapid Prototyping - 3 hrs.

### v.  Automation Requirements (9 hrs.)

- IMT 362 - Metrology & Instrumentation - 3 hrs.
- IME 346 - Computer Aided Manufacturing & Automation I - 3 hrs.
- IMT 446 - Computer Aided Manufacturing and Automation II - 3 hrs.

### vi.  Systems Engineering and Management Requirements (9 hrs.)

- IME 301 - Engineering Economy I - 3 hrs.
- IMT 366 - Mfg Facilities Design - 3 hrs.
- IME 386 - Industrial & Managerial Engineering - 3 hrs.

### vii. Comprehensive Requirements (4 hrs.)

- IMT 498 - Senior Industrial Project - 4 hrs.

# Approved Technical Electives (18 hrs.)

At least three of the six technical elective courses must be taken from IME or IMT courses numbered 301 or above. Two of the six technical elective courses can be 300 and above level courses in the College of Business. The remaining technical electives can be courses from the

Departments in the College of Engineering and Technology numbered 301 or above. One of the six technical elective courses can be selected from the following list: ATG 157, Chemistry 112 or above; Physics 108 or above; Math 223 or above.

**Total Hours 127**

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MANUFACTURING ENGINEERING TECHNOLOGY COURSES

**IMT 200 - Co-Op Assignment** *(0 hours)*

Full-time cooperative education assignment for manufacturing engineering technology students who alternate periods of full-time school with periods of full-time academic or career-related work in industry. Satisfactory/unsatisfactory. Prerequisite: sophomore standing in the College of Engineering and Technology, 2.0 overall grade point average at Bradley, approval of engineering and technology co-op coordinator and co-op advisor.

**IMT 212 - Technical Calculus I** *(3 hours)*

**Gen. Ed. MA**

**Core Curr. QR**

Differentiation and integration of algebraic functions; applications to technology. Prerequisite: Minimum grade of C in MTH 112.

**IMT 214 - Technical Calculus II** *(3 hours)*

**Gen. Ed. MA**

**Core Curr. QR**

Solution of first and second order differential equations; fourier series; polar coordinates; calculus of functions of two variables. Prerequisite: Minimum grade of C in IMT 212.

**IMT 222 - Statics** *(3 hours)*

Force systems in two and three dimensions: equilibrium; structures; distributed force; moments of inertia, friction, and work. Prerequisite: IMT 212 or MTH 115, or equivalents.

**IMT 232 - Physical Metallurgy** *(3 hours)*

Crystal structures, metallography, destructive and nondestructive evaluation, physical properties, and applications of ferrous materials and alloys. Prerequisite: PHY 107, CHM 100

**IMT 262 - Applied Statistics and Quality Control** *(3 hours)*

Application of statistical methods: evaluating and designing experiments; fitting curves; determining confidence levels; aiding in selection and comparison of designs and products for quality control. Prerequisite: IMT 212.

**IMT 322 - Dynamics** *(3 hours)*

Study of particle and rigid body motion using principles of force-mass-acceleration, work-energy, and momentum. Prerequisite: IMT 222, IMT 214.

**IMT 324 - Strength of Materials** *(4 hours)*

Stresses, strains, shearing, bending moments, design of beams for strength and deflection. Combined stresses and strains, torsion, columns, and axial loaded members. Prerequisite: IMT 222 or equivalent.

**IMT 328 - Mass and Energy Transfer** *(4 hours)*

An introduction to fluid dynamics, heat transfer, and thermodynamics. Heat, work, equilibrium, and reversible processes. Conservation of mass, linear momentum, and energy. Heat transfer by conduction, radiation, convection. Prerequisite: IMT 214; IMT 222.

**IMT 332 - Non-Metallic Materials** *(3 hours)*

Properties, manufacturing techniques, and applications of nonmetallic materials including plastics, ceramics, composites, and electronic materials. Emphasizes design and processing considerations for quality products. Lecture and Lab. Prerequisite: IMT 232.

**IMT 333 - Materials Science Laboratory** *(1 hour)*

Laboratory practices and experience for basic materials science investigations. Mechanical testing, metallographic examination and thermal treatment of metals, non-destructive and destructive testing of non-metallic materials. Prerequisite: IME 331 or IMT 232

**IMT 342 - Advanced Manufacturing Processes I** *(3 hours)*

Traditional forging, rolling, extrusion, and sheet forming processes; processing limits. Applications of machining processes. Analysis of tool forces, heat generation, deflection, operation parameters, and resultant surface qualities and integrity. Processing economics and optimization. Lecture and Lab. Prerequisite: IMT 232, IMT 262, IMT 324, and IME 341.

**IMT 344 - Advanced Manufacturing Processes II** *(3 hours)*

Principles of metal casting and nonmetallic molding processes, powder metal processes, traditional metal joining processes, fabrication, and assembly. Tooling and equipment required, manufacturing parameters, tolerances, and economics of these operations. Lecture and Lab. Prerequisite: IMT 232, IMT 262, IMT 324, and IME 341.

**IMT 346 - Electricity & Automation** *(3 hours)*

Introduction to Computer Aided Manufacturing & Automation including: single- and three-phase power systems and transformers, programmable logic controllers, sensors and transducers, DC and AC Motors and control. Overview of industrial robots, systems, concepts, end effectors, computer control, specifications, justifications, and programming. Lecture and Lab. Prerequisite: IME 110, PHY 107

**IMT 362 - Metrology and Instrumentation** *(3 hours)*

Precision measurement and its relationship to Geometric dimensioning and tolerances (GD&T) and calibrations. Conduct Measurement Systems Analysis (MSA) for appropriate process measures. Statistical process control and quality assurance using automated gauges. Use of machine vision, Coordinate Measurement Machine, Robotic measurement arm, non-contact measuring systems. Prerequisite: IME 341 Corequisite: IMT 262 or IME 302 or equivalent

**IMT 366 - Manufacturing Facilities Design** *(3 hours)*

Principles and practices in designing, evaluating, and organizing existing facilities or creating new facilities. Emphasis on AutoCAD/Factory CAD-based new facility design project - product design, production flow analysis, activity relationship analysis, layout deployment, materials handling, office and other service requirement design, and the necessary cost analysis for the new facility. Prerequisite: IME 383 or IME 386, and IME 341

**IMT 392 - Mechanical Component Design I** *(3 hours)*

Application of design principles covering: stress analysis, deflection, failure theories, fatigue, gears. Manufacturability and the use of references and manufacturers' data. Prerequisite: IMT 232, IMT 262, IMT 324.

**IMT 394 - Dynamics of Machines** *(3 hours)*

Velocities, accelerations, and forces in existing mechanisms. Design and analysis of linkages, cams, rolling contact, and drive trains. Prerequisite: IMT 322.

**IMT 409 - Selected Manufacturing Projects** *(1-4 hours)*

Individual or small team projects. May be of an experimental, analytical, or creative nature. May be repeated for a maximum of 6 hours credit.

**IMT 410 - Selected Manufacturing Topics** *(1-4 hours)*

Topics of special interest which may vary each time course is offered. Topic is stated in current Schedule of Classes. May be repeated for a maximum of 6 hours credit.

**IMT 446 - Computer Aided Manufacturing and Automation** *(3 hours)*

Computer assisted process planning and estimating. Concepts of computer control and feedback mechanisms. Design considerations for machine tools, machining cells, robotics, and flexible manufacturing systems. Lecture and Lab. Prerequisite: IMT 346, or consent of instructor

**IMT 448 - Tooling Systems** *(3 hours)*

Analysis, design, and layout of manufacturing tooling, including jigs and fixtures, gauging devices, and dies. Analysis of tooling for varying production volume, lead time, process capability, and cost. Laboratory in tooling and layout simulation. Prerequisite: IME 395, IMT 346; IMT 342 or IMT 344.

**IMT 464 - Process Design and Planning** *(3 hours)*

Translation of product design into specifications for manufacturing equipment and methods, simultaneous engineering, CAD/CAM, and organizational structures. Production volumes, life cycles, flexibility, skills, and cost. Prerequisite: IMT 342 or IMT 344; IMT 346.

**IMT 492 - Mechanical Component Design II** *(3 hours)*

Application and design principles. Inelastic stresses, fasteners, weldments, springs, bearings, shafts, clutches, belts, and chains. Manufacturability and the use of references and manufacturers' data Prerequisite: IMT 392.

**IMT 494 - Computer Aided System Design** *(3 hours)*

Application of design principles to definition of component properties, as determined by vibration, static, dynamic, and thermal loading for production system components and component systems. Techniques include analytical and FEM procedures. Prerequisite: IMT 214, IMT 394, IMT 492.

**IMT 498 - Senior Industrial Project** *(4 hours)*
**Core Curr. WI**

Application of engineering technology principles to solve a real-world problem. Student works as a member of team assigned to a problem in a manufacturing or processing organization. Requires a professional written and oral report. Cross-listed with IME 499 Prerequisite: 30 hours of IMET Department courses with a minimum 2.25 GPA; COM 103; consent of course coordinator.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MECHANICAL ENGINEERING

**The baccalaureate program in mechanical engineering is accredited by the Engineering Accreditation Commission of ABET (http://www.abet.org).**

**FACULTY** Professors: Fakheri (chair), Abou-Hanna, Elbella, Hurt (emeritus), Johnson, Mehta, Morris, Okamura (emeritus), Wessler (emeritus), Zietlow; Associate Professors: Deller (emeritus), Henderson, Kim, Nair, Peterson (emeritus), Podlasek, Reyer, Timpe; Assistant Professors: Cho, Vafaei; Assistant Professor in Residence: Moeckel.

## Mission

The mission of the Mechanical Engineering Department is to produce mechanical engineering graduates who possess the acumen, competence, and skills needed to enter, succeed, and lead in professional practice and/or graduate school. The goal is to provide a learning and nurturing environment that stimulates faculty and students to collaborate in solving practical problems, motivates lifelong learning, and helps them reach their highest potential.

The program educational objectives of the department are that alumni meet the following goals within 3 to 5 years after graduation from the mechanical engineering program:

1. Are in professional practice or are pursuing advanced studies in mechanical engineering or related fields.
2. Are using their educational foundation to engage in lifelong learning
3. Are involved in local, regional, national or international practice to meet global technological and societal changing needs.

## Program

Mechanical engineering is the broadest and most versatile of the engineering professions. Mechanical engineers are particularly concerned with the application of the science and technology to translate ideas and theories into realistic engineering solutions that satisfy the needs of society, by utilizing a combination of human, material, and economic resources. The breadth of mechanical engineering includes: applied mechanics, bioengineering, dynamic systems and control systems including robotics, fluids engineering, heat transfer, materials, aerospace, air pollution control, diesel and gas engine power, gas turbines, computer and

microprocessor applications, nanotechnology, mems, and solar energy. The undergraduate

program also offers a broad technical background for persons wishing to enter graduate programs in different areas of mechanical engineering, business, law and medicine.

The faculty believes that engineers must be firmly grounded in the fundamentals of their field and the supporting areas of mathematics, communication, and the sciences, so that graduates will be able to adapt quickly to the rapid changes occurring in our technological society. Therefore, the curriculum has been designed to stress the basic tools of knowledge and practice essential to launch one's professional career and a lifelong process of continued learning.

The spectrum of mechanical engineering includes innovation and creation, research, design and synthesis, analysis, development, evaluation, production, and the marketing of machines, systems, and processes. Central to this activity is the design process which leads to the creation of solutions to real-world problems. Therefore the mechanical engineering curriculum integrates design experiences into all levels of the program and into a majority of the professional courses. This culminates in a required comprehensive experience which is satisfied by a yearlong senior project and by the selection of a technical elective identified as satisfying this requirement in the program. The department offers the general Mechanical Engineering degree as well as two concentrations in Biomedical and Energy.

In addition to the specific requirements listed for the College of Engineering and Technology, a minimum grade point average of 2.25 in mechanical engineering courses must be achieved for graduation.

Mechanical Engineering Major

Mechanical Engineering with Biomedical Concentration

Mechanical Engineering with Energy Concentration

# Mechanical Engineering Major

The program of study for the mechanical engineering major is outlined below.

**Freshman Year**

*First Semester*

- CHM 110 General Chemistry - 3 hrs. (BCC – NS1)
- CHM 111 General Chemistry Lab - 1 hrs.

- ME 101 Foundations of ME - 2 hrs.

- MTH 121 Calculus I - 4 hrs. (BCC – QR1)
- Area of Inquiry: Fine Arts - 3 hrs. (BCC - FA)
- Area of Inquiry: Writing 1- 3 hrs. (BCC – W1)

**16 hours**

*Second Semester*

- CE 150 Mechanics I (Statics) - 3 hrs.
- ‡ Second Semester Chemistry - 3 or 4 hrs.
- ME 102 Engineering Design Graphics - 2 hrs.
- MTH 122 Calculus II - 4 hrs. (BCC – QR2)
- PHY 110 University Physics I - 4 hrs. (BCC – NS2)

**16 or 17 hours**

**Sophomore Year**

*First Semester*

- CE 250 Mechanics II (Dynamics) - 3 hrs.
- ME 351 Engineering Materials Science I - 3 hrs.
- MTH 223 Calculus III - 4 hrs.
- PHY 201 University Physics II - 4 hrs.
- Area of Inquiry: Speech - 3 hrs. (BCC – OC)

**17 hours**

*Second Semester*

- CE 270 Mechanics of Materials - 3 hrs.
- ECE 227 EE Fundamentals  - 4 hrs.
- ECO 100, 221 or 222 - 3 hrs. (BCC – SB)
- ME 301 Thermodynamics I - 3 hrs.
- MTH 224 Differential Equations - 3 hrs.

**16 hours**

**Junior Year**

*First Semester*

- ME 273 Computational Methods in ME - 3 hrs.
- ME 302 Thermodynamics - 2 hrs.
- ME 303 Instrumentation and Measurement - 3 hrs.

- ME 308 Thermodynamics of Fluid Flow - 4 hrs.

- ME 341 Engineering Systems Dynamics - 3 hrs.
- Area of Inquiry: Writing 2 - 3 hrs. (BCC – W2)

**18 hours**

*Second Semester*

- IME 301 Engineering Economy - 3 hrs.
- ME 342 Design of Machine Elements - 3 hrs.
- ME 344 Kinematics and Dynamics of Machines - 3 hrs.
- ME 403 Mechanical Engineering Systems Lab - 3 hrs.
- ME 415 Heat Transfer - 3 hrs.
- Area of Inquiry: Global Perspective - 3 hrs. (BCC – GP)

**18 hours**

**Senior Year**

*First Semester*

- **ME Senior Capstone Project I: ME 410 or ME 498 - 3 hrs. (BCC - WI and IL tags)
- ME 441 Mechanical Control Systems - 3 hrs.
- Approved Elective - 3 hrs.
- Approved ME Elective - 6 hrs.

**15 hours**

*Second Semester*

- **ME Capstone Senior Project II: ME 411 or ME 499 - 2 hrs. (BCC - WI and IL tags)
- Area of Inquiry: Humanities- 3 hrs. (BCC – HU)
- Area of Inquiry: Multidisciplinary Integration - 3 hrs. (BCC – MI)
- Approved Technical Elective - 3 hrs.
- Approved ME Elective - 6 hrs.

**17 hours**

**Total hours: 133 or 134**

*‡ Second semester chemistry: students have the option to take either CHM 112 Engineering Chemistry (3 hrs.) **or** CHM 116 General Chemistry II (4 hrs.).*

*\*\*ME Senior Capstone Projects require a 2 semester sequence of either an industrial based or academic research based design project - either ME 410 and 411 or ME 498 and 499— Enrollment in these courses is restricted to mechanical engineering students who are within the three semesters of graduation from the program.*

## Approved Technical Elective Courses

At least four of the technical electives (12 hours) must be mechanical engineering courses from the following list:

ME 354, ME 407, ME 409, ME 448, ME 491, and all 500 level ME courses. ME 409 may be repeated for technical elective credit. Only 6 hours of ME 409 will count towards the degree completion. ME 491/ME 591 may be repeated up to three (3) times (different topics) for technical elective credit.

The other elective requirement may be satisfied by ME courses from the above list or by non-required courses from other academic departments as listed below.

- Biology: BIO 230 (Bio concentration only), BIO 310 to BIO 599
- Chemistry: CHM 252, 256, and CHM 316 to CHM 599
- Computer Science: C S 210, 321 to CS 599
- Computer Information Systems: CIS 377 to 446, CIS 545
- Mathematics: MTH 207, MTH 302 to MTH 599
- Physics: PHY 202, PHY 305 to PHY 599
- Civil Engineering: CE 310 to CE 599
- Electrical Engineering: ECE 301 to ECE 599
- Industrial andManufacturing Engr: IME 311 to IME 325, IME 341 to IME 599
- Entrepreneurship: ENT 381, ENT 385
- Business: BUS 361, BUS 362
- Turner School of Entrepreneurship and Innovation: SEI 330

## Plan of Elective Study

To allow a student to earn a second major, a minor, and/or increase flexibility in developing an area of specialization,

exceptions to the five ME tech electives policy may be granted on petition to the Mechanical Engineering Curriculum

Committee. Students requesting an exception must submit a Plan of Elective Study with a recommendation from their

advisor. This plan should outline the student's professional goals, their relationship to the courses in their plan and

further documentation and evidence justifying proposed elective courses. This plan is then submitted to the

Mechanical Engineering Curriculum Committee. Only courses on the individual student's Plan and approved no later

than the first day of classes of the semester in which they are taken will count as technical electives.

## Elective Plan Appeals Process

Appeal requests of the approval decisions should be sent to the ME Curriculum Committee by the student. If the

Curriculum Committee's decision is not satisfactory, the Mechanical Engineering Faculty must approve any petition

for exceptions to the Technical Elective Policy stated above.

## Introductory Course Exception

Students who do not earn credit for ME 101 at Bradley may be required to take a 6th mechanical engineering

technical elective to replace those credit hours.

# Mechanical Engineering with Biomedical Concentration

Biomedical Engineering integrates physical, chemical, mathematical, and computational sciences and engineering principles to study biology, medicine, behavior, and health. It advances fundamental concepts, creates knowledge from the molecular to the organ-system level, and develops innovative biologics, materials, processes, implants, devices and informatics approaches for the prevention, diagnosis, and treatment of disease, for patient rehabilitation, and for improving health. For engineering students who would like to have education in this expanding field, the Mechanical Engineering Department offers a Biomedical concentration that is embedded within the traditional Mechanical Engineering program. This concentration will require an additional one or three credit hours for graduation (134 or 135 credit hours).

The biomedical engineering concentration requires the complete Mechanical Engineering curriculum with the following exceptions:

- Biomedical Concentration requires the following Technical Electives:
  - BIO 230 Human Anatomy and Physiology – 3 hrs.
  - BIO 231 Human Anatomy and Physiology Lab – 1 hr.
  - ME 280 Introduction to Biomedical Engineering – 3hrs.
  - Approved mechanical engineering biomedical electives: ME 280, ME 580, ME 582, ME 588 - 6 hrs.
  - Approved mechanical engineering technical elective from the list above - 3 hrs.

The biomedical concentration program advisors may recommend that students take some of these courses earlier in their degree program than the last year. Students will work closely with their advisor in choosing the proper time and order for their coursework.

# Mechanical Engineering with Energy Concentration

Energy is the lifeblood of industrial economies and is essential for economic growth in developing countries. Today, some of the biggest engineering challenges are related to the production and efficient utilization of limited energy resources. This concentration prepares students to identify and analyze strategies to produce energy and to utilize energy resources in more economically efficient and environmentally friendly ways.

In emerging industrial economies, the demand for new energy sources is growing at over 50 percent per decade, while in more mature growing industrial economies the growth is in the neighborhood of 10 percent per decade despite massive efforts to conserve. This has stimulated the demand for engineers and creative engineering solutions. Energy production resources are often not located in areas of the world with high energy demand, thus energy production and utilization have huge geopolitical implications. Accordingly, engineers must be cognizant of the robust set of governmental rules and regulations associated with the development of engineering solutions to our energy needs.

Students selecting the Energy Concentration within Mechanical Engineering can select courses from a broad array of fundamental and applied courses related to solar energy, energy management, renewable energy, nuclear energy, electrical generation power plant design, energy conservation, and energy production. This concentration will require no additional hours for graduation.

The energy concentration is the Mechanical Engineering major program, except that four of the mechanical engineering technical electives must be taken from the list of ME energy electives:

ME 407, ME 409, ME 491, ME 501, ME 503, ME 507, ME 515, ME 520, ME 521, ME 533, ME 534, ME 535, ME 536, ME 537, and ME 591 (depending on the topic)

# Mechanical Engineering with Chemical Concentration

The concentration in chemical engineering is designed to introduce principles of chemical engineering to students majoring in Mechanical Engineering and other disciplines. Completing this concentration will help students to understand chemical engineering aspects of industrial processes and pursue careers in process industries or enter a graduate program in chemical engineering.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MECHANICAL ENGINEERING COURSES

**M E 101 - Foundations of Mechanical Engineering** *(2 hours)*

Nature of mechanical engineering as a profession and as a technological response to human needs. Emphases: design process, problem solving, and engineering experimentation. Prerequisite: Consent of instructor or department chair.

**M E 102 - Engineering Design Graphics** *(2 hours)*

Principles and methods of graphic communications, integrated with creative design problem solving: multi-view projections; pictorial drawing; fundamentals of descriptive geometry, sections, and dimensioning. Prerequisite: Enrolled as a mechanical engineering major; Minimum of C in ME 101 or equivalent with consent of instructor.

**M E 200 - Engineering Co-Op** *(0 hours)*

Prerequisite: Sophomore standing in the College of Engineering and Technology, 2.0 overall grade point average at Bradley, approval of engineering and technology Co-op coordinator and Co-op advisor.

**M E 273 - Computational Methods in ME** *(3 hours)*

Computational techniques and programming methods for mechanical engineering problems. Prerequisite: Minimum grade of C in both PHY 110 and MTH 223. Corequisite: MTH 224.

**M E 280 - Introduction Biomedical Engineering** *(3 hours)*

**Core Curr. MI**

Biomedical Engineering is an interdisciplinary field that encompasses biomechanics, biofluidics, medical imaging, bio-instrumentation etc for applications in the medical field. The content introduces a biological overview of the body, from cells to systems, and design and applications of engineering principles to biological systems. The broad objective of this course is to introduce students to the wide landscape early on in their curriculum. Prerequisite: Science and Engineering Majors

**M E 300 - Energy and Society** *(3 hours)*

**Gen. Ed. TS**

A general education course that covers fossil, renewable, and nuclear forms of energy, the related technologies, and the impact of energy usage on the environment, climate, security and

economy. The course will meet in seminar format with discussions led by the instructor supplemented with hands on experiments and demonstrations, guest lectures, presentations by student teams and/or student team debates addressing energy related issues with especially important societal implications. Prerequisite: Jr/Sr standing or consent of the instructor

## M E 301 - Thermodynamics I *(3 hours)*

Emphasis on concepts, laws, and problem solving methodology; properties of materials, especially gases and vapors; simple equations of state; 1st and 2nd laws; introduction to cycles and systems. Prerequisite: Minimum grade of C in CHM 110, 111; Minimum grade of C in PHY 201; Minimum grade of C in MTH 223.

## M E 302 - Thermodynamics II *(2 hours)*

Continuation of ME 301 with emphasis on engineering applications: including more detailed analysis of vapor cycles, power cycles, refrigeration cycles, and heat pump cycles, enhanced second law analysis, and more complex processes that include mixtures, humidification, combustion, and equilibrium. Prerequisite: minimum grade of C in ME 301.

## M E 303 - Instrumentation and Measurement *(3 hours)*

Theory and practice of measurements and instrumentation. Definition of a measurement system that meets specified needs: identification, selection, and specification of instrumentation components. Weekly laboratory. Prerequisite: COM 103, ECE 227 Corequisite: M E 273, M E 301

## M E 308 - Thermodyn Fluid Flow *(4 hours)*

Thermodynamics of fluid flow. Basic concepts of fluid mechanics; utility of the control volume approach to solving conservation equations governing the behavior of compressible and incompressible fluid flows. Design applications in thermal systems, aerodynamics, and convective heat transfer. Prerequisite: Minimum grade of C in ME 301, MTH 224

## M E 341 - Engineering Systems Dynamics *(3 hours)*

Engineering systems dynamics, including mechanical, electrical, fluid, and thermal elements. Concepts of modeling. Mathematical methods for understanding and creating desired response behavior of linear systems. Prerequisite: Minimum grade of C in PHY 201; Minimum grade of C in MTH 224; Minimum grade of C in CE 250.

**M E 342 - Design of Machine Elements** *(3 hours)*

Application of stress analysis, deflection analysis, dynamic analysis, and materials to the design of mechanical components and machines. How available manufacturing processes influence nature of machine elements. Prerequisite: Minimum grade of C in CE 270 and ME 351; prerequisite or concurrent enrollment in ME 303

**M E 344 - Kinematics and Dynamics of Machines** *(3 hours)*

Kinematic and dynamic analysis and synthesis of mechanisms and machines; kinematics of linkages, cams and gearing systems; different analysis methods. Static and dynamic forces; balancing of rotating and reciprocating machines. Integration of these topics in solving open-ended design problems. Prerequisite: ME 273, CE 250.

**M E 351 - Engineering Materials Science I** *(3 hours)*

Understanding how atomic and crystalline structure influences the mechanical properties of metals, polymers, ceramics, composite, and biomedical materials. Thermal processes that influence the underlying structure of solids. Using materials in the engineering design process. Prerequisite: Minimum grade of C in PHY 110; Minimum grade of C in CHM 112 or Minimum grade of C in CHM 116. Corequisite: PHY 201.

**M E 354 - Principles of Materials Science Laboratory Practices** *(3 hours)*

Topics and experiments involving thermal analysis, mechanical measurements, phase transformation, mechanical deformation, diffusion, corrosion, and electrical properties of materials. Prerequisite: minimum grade of C in ME 351 or equivalent.

**M E 390 - Mechanical Engineering Seminar** *(0-1 hours)*

Selected topics in Mechanical Engineering. Students attend weekly seminars pertaining to all aspects of the field. May be repeated under different topics. Repeatable to a maximum of one hour. Course graded Satisfactory/Unsatisfactory. Prerequisite:

**M E 403 - Mechanical Engineering Systems Laboratory** *(3 hours)*

Student team investigations of thermal and mechanical systems emphasizing definition, planning, design, and execution of experiments involving system modeling and analysis. Written reports and oral presentations are required. Prerequisite: Minimum grade of C in both ME 303 and CE 270 Corequisite: 300-level English composition, ME 415, ME 441

## M E 407 - Power Plant Design *(3 hours)*

Comprehensive study of equipment and thermodynamic cycles relating to modern, fossil fueled power plants. Development of thermal-hydraulic designs for heat exchangers, condensers, steam generators, and turbines for a proto-typical plant. Extensive computational parametric studies for understanding salient parameters governing selection of optimal hardware configurations. Prerequisite: ME 302, 308.

## M E 409 - Mechanical Engineering Projects *(1-4 hours)*

Special topics or projects of an experimental, analytical, or creative nature. May be repeated up to 16 credit hours. Prerequisite: Consent of instructor.

## M E 410 - Mechanical Engineering Senior Project I *(3 hours)*
### Core Curr. WI,EL

Team based investigations of open-ended engineering design problems. Each project will place an emphasis on problem definition, planning, analysis, synthesis, evaluation, and teamwork. The projects may involve experimentation and/or construction of models. Students enrolled in this course are required to be within 3 semesters of graduation and have a minimum ME GPA 2.25. Prerequisite: Senior standing in ME. Instructor consent may be required.

## M E 411 - Mechanical Engineering Senior Design Project II *(2 hours)*
### Core Curr. EL,WI

Continuation and completion of senior project begun in ME 410. Prerequisite: ME 410. Instructor consent may be required.

## M E 415 - Introduction to Heat Transfer *(3 hours)*

Steady state and transient conduction; external and internal forced convection and free convection; radiation; heat exchanger design. Prerequisite: ME 302. C or better in ME 308.

## M E 441 - Mechanical Control Systems *(3 hours)*

Linear feedback control design and analysis for dynamic systems with applications; examples taken from applications encountered by mechanical and manufacturing engineers. Time and frequency response techniques. System performance analysis. Prerequisite: ME 341. ECE 227.

## M E 448 - Computer Aided Design in Mechanical Engineering *(3 hours)*

Design of mechanical systems and components enhanced by applications of computer graphics. Computer graphics hardware characteristics; transformation and projection geometry; space

curves and surface presentations; solid geometric representations. User application CAD packages for finite element analysis and mechanisms and systems simulation. Prerequisite: senior standing in ME or consent of instructor.

## M E 491 - Special Topics in Mechanical Engineering *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. Undergraduate students may repeat the course under different topic names up to a maximum of 9 credits. Prerequisite: Consent of instructor

## M E 498 - ME Senior Research Project I *(3 hours)*
### Core Curr. WI,EL

Team investigations of open-ended engineering research problems. Each project will place an emphasis on problem definition, planning, analysis, synthesis, evaluation, and teamwork. The projects may involve experimentation and/or construction of models. Students enrolled in this course are required to be within 3 semesters of graduation and a minimum ME GPA of 2.25. Prerequisite: Senior standing in ME. Instructor consent may be required.

## M E 499 - ME Senior Research Project II *(3 hours)*
### Core Curr. WI,EL

Continuation and completion of senior project begun in ME 498. Prerequisite: ME 498. Instructor consent may be required.

## M E 501 - Advanced Thermodynamics *(3 hours)*

Laws and concepts of classical thermodynamics: real gases and equations of state; availability; irreversibility; property relations; potential functions; equilibrium; multicomponent systems. Prerequisite: ME 302; or graduate standing.

## M E 502 - Problems in Advanced Dynamics *(3 hours)*

Application of analytical and graphical methods to problems involving velocities, accelerations, working and inertia forces. Prerequisite: ME 341; or graduate standing.

## M E 503 - Internal Combustion Engines *(3 hours)*

Thermodynamic analysis, thermo-chemistry, and performance characteristics of spark ignition and compression ignition engines. Prerequisite: ME 301 and ME 302; or graduate standing.

## M E 507 - Nuclear Energy *(3 hours)*

Introduction to nuclear reactors, the physics of nuclear radiations and interactions, the effects of radiation on people, and the issues and potentials that will govern the future use of nuclear energy. Prerequisite: consent of instructor; senior or graduate standing; PHY 201.

## M E 509 - Solar Engineering *(3 hours)*

Nature and characteristics of solar energy as a renewable energy resource. Solar geometry and radiation. Thermodynamics of solar systems; emphasis on 2nd Law considerations. Performance characteristics of collectors, storage systems, house heating systems, cooling and refrigeration, and photovoltaics. Comprehensive design project. Theory and performance characteristics of solar devices and application to design of a comprehensive solar energy system. Prerequisite: ME 415 or consent of instructor.

## M E 515 - Intermediate Heat Transfer *(3 hours)*

In-depth treatment of the three modes of heat transfer; design applications. Development of analytical and specific numerical skills needed for solving design problems involving heat transfer. Prerequisite: ME 415; or graduate standing.

## M E 520 - Gas Dynamics *(3 hours)*

One dimensional flow: wave and shock motion in subsonic and supersonic flow; flow with heat transfer and friction; viscosity effects; similarity. Introduction to multidimensional flow. Prerequisite: ME 308; or graduate standing.

## M E 521 - Intermediate Fluid Mechanics *(3 hours)*

Analysis of statics and dynamics of non-viscous and viscous fluids. Derivation of differential equations of motion. Potential flow; vortex motion; creeping motion; introduction to boundary layer theory; turbulence. Prerequisite: MTH 224 and ME 308; or graduate standing.

## M E 533 - Propulsion Systems *(3 hours)*

Gas turbine analysis; stationary power plants; turboprop, turbojet, and ramjet engines; rocket propulsion; application of thermodynamics. Prerequisite: ME 308; or graduate standing.

## M E 534 - Environmental Engineering-Air Conditioning *(3 hours)*
## Core Curr. WI

Heating and cooling of moist air; solar radiation; computation of heating and cooling loads; study of heating, ventilating, and cooling systems and equipment; design project. Prerequisite: ME 301.

## M E 535 - Environmental Engineering Refrigeration *(3 hours)*

Mechanical vapor compression refrigeration cycles; refrigerants; absorption refrigeration; miscellaneous refrigeration processes; cryogenics; semester design project. Prerequisite: ME 301.

## M E 536 - Industrial Pollution Prevention *(3 hours)*

Industrial pollution prevention for small quantity generators such as foundries, metal fabrication, electroplating, electronics, soldering, wood products, cleaning, degreasing, and coating. Study of emerging technologies for pollution prevention. Relationships among energy consumption, waste production, and productivity enhancement. Actual plant assessments. Prerequisite: Consent of instructor; or graduate standing.

## M E 537 - Building Energy Management *(3 hours)*

The energy problem. Energy consumption patterns in existing and new buildings. Analysis of energy saving strategies for existing buildings; developing designs for new, energy efficient buildings, including reliability, comfort, and economic considerations. Formal oral presentations.

## M E 540 - Advanced Mechanical Vibrations *(3 hours)*

Principles of vibrations in one or more degrees of freedom; application to machine members. Prerequisite: ME 341; MTH 224; or graduate standing.

## M E 544 - Mechanical Systems Analysis *(3 hours)*

Mathematical modeling of mechanical, electrical, pneumatic, hydraulic, and hybrid physical systems emphasizing a unified approach such as the Bond graph technique. LaPlace, state-variable, and matrix formulation of models. Systems response characteristics, prediction, and analysis. Prerequisite: ME 341; or graduate standing.

## M E 547 - Fluid Power Control Systems *(3 hours)*

Definition and scope of fluid power control systems. Fluid properties. Continuity and power balance equations. Components function, operation, and dynamic performance. Use of perturbation theory for developing linearized transfer functions. Application of conventional control theory. Prerequisite: ME 301, ME 308; or graduate standing.

## M E 548 - Optimization of Mechanical Systems *(3 hours)*

Development and application of optimization techniques in design of engineering systems and elements; mathematical modeling and formulation of design problems for optimization; different optimization methods including linear, non-linear, geometric and dynamic programming; shape

optimization. Emphasis on development and choice of appropriate search methods, sensitivity analysis, and programming. Prerequisite: Senior standing in engineering or consent of department; or graduate standing.

## M E 549 - Microprocessor Interfacing in Mechanical Systems *(3 hours)*

Principles of microprocessor hardware and software; integration of microprocessor hardware and software in mechanical systems for data acquisition and control purposes (e.g., robotics, internal combustion engine monitoring systems, and pneumatic controls). Intensive hands-on laboratory exercises and practical problem solving. Introduction of "mechatronics." Prerequisite: ME 303; EE 328; proficiency in at least one computer language; or consent of instructor.

## M E 554 - Fracture of Solids *(3 hours)*

Mechanical failure caused by stresses, strains, and energy transfers in mechanical parts: conventional design concepts and relationship to occurrence of fracture; mechanics of fracture; fracture toughness; macroscopic and microscopic aspects of fracture; high and low cycle fatigue failures; creep; stress rupture; brittle fracture; wear; case studies of failure analysis. Emphasis on time-dependent failures. Prerequisite: ME 354 and CE 270; or graduate standing.

## M E 556 - Mechanics of Composite Materials *(3 hours)*

Mechanical behavior, analysis, and design of various advanced composite materials: introduction to composite materials and their applications; elasticity of anisotropic solids; micromechanics of fiber reinforced composites and particulate composites; short fiber composites; macromechanics of laminated composites; thermal stresses; failure criteria; fracture and fatigue, reliability, testing, and design of composite materials. Emphasis on developing simple microcomputer programs for analysis. Projects involve curing and testing composites. Prerequisite: CE 270; or graduate standing.

## M E 557 - Advanced Design of Machine Elements *(3 hours)*

Review of mechanical testing, 3-D stress-strain relationship, complex and principal states of stress, yielding and fracture under combined stresses, fracture of cracked members, stress and strain based approaches to fatigue, creep damage analysis, and plastic damage analysis as applied to the design of machine elements. Prerequisite: ME 342 and ME 351, with a minimum grade of C; or graduate standing in ME. Requires consent of instructor if non-ME Student.

**M E 560 - Principles of Robotic Programming** *(3 hours)*

Programming of industrial robotic manipulators with external inputs, tactile sensing, and vision sensing. A design project is required. Cross-listed as IME 560. Prerequisite: graduate or senior standing in engineering or computer science.

**M E 562 - Analysis and Design of Robotic Systems** *(3 hours)*

Underlying theories of robotic systems; implications for engineering design. Kinematic, dynamic, and control analysis of robotic arms; robotic systems design. Plant visits to observe robots in action; hands-on experience using open-loop and closed-loop robots. Prerequisite: ME 344, 403, 441; EE 328; or consent of department; or graduate standing.

**M E 568 - Motion planning** *(3 hours)*

This course provides an in-depth treatment of path planning and motion in robotic systems. Common techniques and algorithmic procedures used for planning and decision-making are covered. Case studies include mobile manipulation platforms and multi-robot systems. The student evaluation will be done by tests, homework, and projects. Prerequisite: Senior or Graduate Standing

**M E 573 - Methods of Engineering Analysis** *(3 hours)*

Application of principles of analog and digital computers and numerical methods to solve mechanical engineering problems. Prerequisite: ME 341; ME 273; MTH 224; or graduate standing.

**M E 577 - Finite Element Methods in Engineering** *(3 hours)*

Theory of finite element methods and applications in mechanical engineering: review of matrix algebra and basic theorem of elasticity. Direct formulation of plane truss element and variational formulations of plane stress/strain, axisymmetric solids, flexural beam, and flat plate elements. Element analysis and isoparametric formulation. Applications to problems of stability, vibrations, thermal stress analysis, and fluid mechanics. Computer programming techniques. Prerequisite: Senior standing in ME or consent of instructor; or graduate standing.

**M E 580 - Biomechanics** *(3 hours)*

Human body as a mechanical system. Biomechanics of cells, soft issue and hard tissue Biomechanics of movement. Laboratory exercises on design and analysis of implants. Prerequisite: senior or graduate standing in engineering or consent of instructor.

## M E 582 - Medical Imaging *(3 hours)*

Introduction to the common methods and devices employed for medical imaging, including conventional x-ray imaging, x-ray computed tomography (CT), nuclear medicine (single photon planar imaging), single photon emission computed tomography (SPECT), and positron emission tomography (PET), magnetic resonance imaging (MRI), and ultra-sound imaging. The physics and design of systems, typical clinical applications, medical image processing, and tomographic reconstruction. Cross-listed as EE 582. Prerequisite: Senior standing in engineering or consent of instructor.

## M E 588 - Human Centered Design *(3 hours)*

Principles and practices of biomedical engineering for integration into design. The focus on human limits including physical, visual, cognitive and medical will serve as the basis for technology evaluations and case studies. Design and analysis with team-based, open ended client specific project. Prerequisite: Senior or graduate standing and consent of instructor

## M E 591 - Topics in Mechanical Engineering *(3-9 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. Graduate students may repeat the course under different topic names up to a maximum of 9 credits. Prerequisite: consent of instructor.

## M E 604 - Design of Internal Combustion Engines *(3 hours)*

Detailed study of design of internal combustion engines. Gas-pressure and inertia-force diagrams; determination of bearing loads; torsional vibration analysis; stress analysis and design of components, including piston, connecting rod, crankshaft, flywheel, valve mechanism, and cam layout. Prerequisite: undergraduate courses in dynamics of machines, internal combustion engines, and machine design, or consent of instructor.

## M E 648 - Advanced Computer Aided Design *(3 hours)*

Augmentation of mechanical design through application of computer graphics. Hardware/software characteristics; elements of geometric/solid modeling. Emphasis on integration in the application of the design process through packages for geometric/solid modeling, finite element analysis, and mechanisms and system simulation. Prerequisite: BSME; or background in mechanical and thermal systems and consent of department chair. Students without a BSME degree may take ME 342, ME 344, ME 415, and ME 411 to help develop an appropriate background for the course.

**M E 681 - Research** *(0-6 hours)*

Research on a project selected by student and advisor.

**M E 682 - Research** *(0-6 hours)*

Individual study on a topic selected by the student with advisor approval. Integration and application of research. Student must produce a product such as a software program or journal article Prerequisite: consent of instructor.

**M E 699 - Thesis** *(0-6 hours)*

Maximum of 6 semester hours total of research and/or thesis may be applied toward the master's degree. Prerequisite: consent of department.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MINORS (IMET)

# Department of Industrial and Manufacturing Engineering and Technology

## Minor in Quality Engineering

The minor in quality engineering is designed to give students in engineering, mathematics, science, and business an opportunity to learn the methodologies for designing, producing, and delivering quality products and services. This experience should prepare students better for future careers and give them a competitive edge in the job market.

Requirements

A minimum of 21 hours must be taken from the following list of required and elective courses. At least 9 hours must be taken from the College of Engineering and Technology. Students desiring admission to the minor must have completed one semester of college calculus. A second semester of college calculus is strongly encouraged. Admission to the minor as well as the granting of the minor must be approved by the chair of the IMET Department.

**Required Courses (11 hours)**

**Fundamentals of Probability and Statistics - 6 hrs.**

*Choose one pair.*

- IME 311, 312 Engineering Statistics I, II
- MTH 325, 326 Probability and Statistics I, II
- QM 262, 263 Quantitative Analysis I, II

**Basic Quality Methods, Quality Costs, and Quality Systems, TQM - 3 hrs.**

*Choose one.*

- IME 302 Introduction to Quality Engineering
- IME 522 Manufacturing Quality Control
- IMT 262 Applied Statistics and Quality Control

**Management Methods for Quality - 2 hrs.**

- M L 350 Managing in Organizations

*Choose no more than one course from each area.*

## Metrology

- IMT 362 Metrology and Instrumentation
- ME 303 Instrumentation and Measurement

## Advanced Diagnostic Tools

- IME 512 Design and Analysis of Experiments
- IME 524 Advanced Quality Control

## Information Systems

- IME 497 Information Systems Design
- MIS 173 Information Systems and Business Applications
- CS 310 Information Structures and Management

## Quality in Design

- IME 526 Reliability Engineering

## Other Quality-Related Areas

- Other courses to be approved by the IMET Dept.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# COLLEGE OF LIBERAL ARTS AND SCIENCES

## Mission and Values Statement

We affirm the centrality of an engaged education in the liberal arts and sciences to the mission of Bradley University and to an open, vibrant society.  We are a community that seeks insight into the self, society, and the natural world with courage, humility, and open minds and hearts.  We empower students to be capable, imaginative, responsible, and compassionate individuals who embrace the challenges of the twenty-first century.

We cultivate in ourselves and foster in others:

- advanced analytical, computational, and communication skills
- historically informed and comparative insights into diverse societies
- in-depth understanding of the natural world through scientific methods
- habits and methods of ethical thinking applied across disciplines and life experiences
- reflective approaches to the human condition in all its complexity
- intellectual curiosity and enthusiasm to enable lifelong learning
- knowledgeable and engaged citizenship across communities from the local to the global
- steadfast commitment to the democratic ideals of freedom, justice, civility, and equality

## Curricula

The College of Liberal Arts and Sciences offers curricula leading to majors in over 24 areas of study. The major consists of not fewer than 24 semester hours of courses taken in one department, or in an approved interdepartmental program, including not fewer than 24 semester hours in courses above the freshman level. All of the departmental and interdepartmental curricula require a nucleus of core courses in humanities, social sciences, and natural and computational sciences. Each student in the College must declare a major in one of the following fields: biochemistry; biology; biomedical science; chemistry; computer science; computer information systems; criminology; economics; English; environmental science (with options in biology, chemistry, and physics); history; interdisciplinary major program; international studies; mathematics; medical laboratory science (interdepartmental, biology and chemistry); philosophy; physics; political science; psychology; religious studies; social work; sociology; statistics; world languages (French, Spanish).

# High School Teaching Curricula

Students who wish to prepare for a teaching career in the secondary schools may fulfill the requirements for a teaching certificate while working on a degree program in the College of Liberal Arts and Sciences. Certification requirements are independent of graduation requirements; students may graduate, as long as they have met the graduation requirements of the University, the College, and their department, without being certified. Requirements for certification are added to those for graduation, but, in most cases, the student may meet certification requirements through planned use of elective hours. Secondary education requirements are outlined in detail in the College of Education and Health Sciences section of this catalog.

## Preprofessional Preparation for the Health Professions

The College has long prepared preprofessional students interested in the health professions. For example, the Department of Biology offers a specific curriculum leading to a degree in biomedical science with concentrations in pre-medicine, veterinary science and biomedical research and development; the Departments of Chemistry and Physics also offer preprofessional curriculum options. However, experience has shown that virtually any major is acceptable for professional education provided the student is careful to select, as electives, those courses necessary for admission to the professional school of his or her choice. Biology, chemistry, psychology, and physics are appropriate majors, but students majoring in the social sciences or the humanities have also been admitted to medical or dental school. Preprofessional students who prefer to design their own major or to obtain a general background in the College without concentrating their courses in a major, may do so under the liberal arts and sciences interdisciplinary major program.

## Pre-Law Curriculum

Most American law schools desire their students to have a broad educational background and do not generally recommend any particular undergraduate major. Courses emphasized as effective preparation include those which contribute to organized and precise thought, to the proper use of English, and to an expanded perspective of one's social environment. Of basic importance is the ability to communicate competently in oral and written form; facility in this respect should be cultivated through both appropriate course work and independent effort.

While virtually any major is acceptable, breadth of knowledge is vital. The academic program should, therefore, provide significant coverage of the humanities, social sciences, and physical sciences. In addition, students will further benefit by undertaking, on their own initiative, a reading plan to supplement their formal study.

Pre-law students who prefer to design their own major or to obtain a general background in the College without concentrating their courses in a major, may do so under the liberal arts and sciences interdisciplinary major program. Bradley's Center for Legal Studies will enhance the strong academic foundation already provided to students interested in attending law school by offering an extensive array of experiences and resources.

## Experiential Learning

The programs of the College provide opportunity for "hands on" learning through cooperative education/internships, practica in clinical settings, work/study opportunities, research participation, and undergraduate assistantships. These experiences link the world of the intellect and the world of work and practical affairs.

## Cooperative Education/Internship Program

The College participates with employers in an optional Cooperative Education/Internship Program. Students either alternate periods of full-time study with full-time employment or have part-time employment while attending classes. The program provides academic- or career-related work experiences. To be eligible, the student must have sophomore standing and a 2.0 minimum overall grade point average at Bradley and in the College of Liberal Arts and Sciences.

# Graduation Requirements:

The College confers two degrees, the Bachelor of Arts (which requires a world language) and the Bachelor of Science (see University requirements for the B.S. degree). The requirements for the degrees are outlined below; the degree received depends upon the course of study of the individual student.

Students who maintain continuous enrollment and who complete work toward the baccalaureate degree within five years from the date of entry may graduate under either the catalog in effect at the time of entrance or under the catalog in effect at the time of graduation. A change in major

could mean meeting new requirements in force at the time of the change as a condition for acceptance into that major. Students whose work has been interrupted for one or more semesters may be held to requirements in effect at the time of their re-enrollment.

## All-University Requirements:

The student must satisfy the general university requirements as to residence, grade point average, and required courses. See "Academic Regulations" for these requirements.

1. Candidates for the Bachelor of Arts degree must present credit for three semesters of college-level world language or its equivalent. The world language requirement is outlined in detail under Department of World Languages and Cultures.
2. Candidates for the Bachelor of Science degree must successfully complete at least 15 hours of courses selected from mathematics, computer science, and the natural sciences. See requirements for the B.S. degree.
3. Transfer students from another institution or from within the University who have successfully completed a minimum of 5 semester hours of English composition shall not be required to take additional hours of composition. CLEP composition credit may substitute for ENG 101, but not for the junior-level composition course.

## College Requirements:

In addition to the University requirements, the student must satisfy the following requirements which are concurrent, not cumulative:

1. A minimum of 30 semester hours credit (toward the 40 required for graduation) in courses numbered 300 or above offered by the College.
2. All students majoring in the College of Liberal Arts and Sciences*  will either

a. Take one additional course from any Bradley Core Curriculum Area of Inquiry (excluding Communication and Fine Arts) outside of their major cluster area.This option leads students to pursue a greater breadth of knowledge in Liberal Arts and Sciences disciplines outside their major field of study.

a. Students majoring in humanities choose from Natural Sciences, Quantitative Reasoning, Social and Behavioral Sciences, or approved Global Perspectives courses.
b. Students majoring in the social sciences choose from Humanities, Natural Sciences, Quantitative Reasoning, or approved Global Perspectives courses.
c. Students majoring in the natural sciences choose from Humanities, Social and Behavioral Sciences, Quantitative Reasoning, or approved Global Perspectives courses.

    d. Students majoring in the computational sciences choose from Humanities, Natural Sciences, Social and Behavioral Sciences, or approved Global Perspectives courses.

Or

b. Take a 3-credit hour first-year seminar, LAS 101

* Exclusive of those students completing a second major in another college, a high school education major, or two majors within LAS with over 50 total unduplicated major hours, as well as students who have earned transfer equivalency credit for a 3-credit hour first-year seminar.

# Baccalaureate Articulation: Associate in Arts or Associate in Sciences Graduates

A transferring student who has completed an Associate in Arts or an Associate in Science degree in an Illinois public community college may expect to earn a baccalaureate degree from a College of Liberal Arts and Sciences program upon the completion of two additional years of course work (normally 60-64 semester hours) provided that the following qualifications are met:

1. that the transferring student does not change his or her intended major or area of specialization
2. that the College has a program in the transferring student's intended major or area of specialization
3. that the 60-64 semester hours of course work represented in the associate degree include only baccalaureate-oriented, college-level courses which appear in the ICCB master course file.

# Major Requirements:

The student must complete a major of not fewer than 24 semester hours in one department or in an approved interdepartmental program, including not fewer than 20 hours in courses numbered 200 or above. Because some curricula require more than these minima and/or collateral work in other subject areas, students are urged to check requirements carefully with advisors for their major programs. The student must have a grade point average exceeding 2.0 in all courses numbered 200 or above in the department.

Transfer students who enter the College with 16 or more hours of the major already completed and are candidates for a degree must earn at Bradley at least nine hours in the major field with a grade point average exceeding 2.00. The department or program chair shall have the privilege of waiving some or all of these required nine hours but may not reduce the overall total for the major below 24 hours, 20 of which must be above the freshman level.

# Secondary Teacher Preparation

Students who wish to prepare to teach in the secondary schools may seek to fulfill the requirements for a teaching certificate while they are working for the baccalaureate degree in the College of Liberal Arts and Sciences. Bradley University will recommend students for a teaching certificate if they have obtained their degree at Bradley and have fulfilled the requirements listed in the College of Education and Health Sciences section of this Catalog. Recommendation for a certificate is, however, considered a privilege and is not automatically granted simply because a student has fulfilled the technical requirements. The student must also receive approval from the faculty of the field in which he or she plans to teach, the Dean of the College of Liberal Arts and Sciences, the chair of the Department of Teacher Education, and the Dean of the College of Education and Health Sciences. Certificate requirements are completely independent of graduation requirements. It should be noted that the State, for certification purposes, counts all course work, regardless of level, taken in the academic area. Our requirements for a 24-hour major are thus usually more demanding than the State's, and the student may be able to reach 32 hours by counting all course work in that area. Secondary education requirements are outlined in greater detail in the section of this catalog under College of Education and Health Sciences.

# Global Scholars Program

**Academic Mission**

- A cross-disciplinary program of undergraduate study designed to offer students a background in global studies. The term "global" means a phenomenon or force that is worldwide in scope. We use the term to include both global systems and the diversity of cultures therein.
- A focus on diversified study within the College of Liberal Arts and Sciences aimed at expanding cross-cultural and global knowledge, buttressed by for world languages, general education courses, and study abroad.
- A spotlight on global knowledge that is useful for developing information and skills needed to succeed in a competitive job market.

**Program Information**

The Global Scholars Program provides a unique opportunity for students majoring in the College of Liberal Arts and Sciences to gain substantive exposure to a broad spectrum of global and cultural forces. The required coursework spans several academic disciplines, introducing

students to relevant content framed in a global setting. As a broad cross- disciplinary concentration, this program seeks to stimulate students' intellectual involvement in global affairs and helps those students wishing to pursue future international opportunities.

## Program Benefits

Students electing to enroll in this program will earn the designation of "Global Scholar" in recognition of their achievement. They may do so within any academic major in the College of Liberal Arts and Sciences. This designation confers:

- Formal recognition by the dean of the college
- Citation at the College of Liberal Arts and Sciences Honors Day Ceremony
- Identification, through an exclusive logo, on the student's official university transcript and resume

## Program Requirements

### Beginning Fall 2017

### World Languages (0-8 hours)

LAS Global Scholars students must complete at least two semesters of College-level world language study or its equivalent. This requirement may be met in several ways: 1) Completion of a two-semester sequence (101-102) or higher; 2) Transfer of similar credits from another institution; 3) By proficiency examination (AP or CLEP). Note: if a student places into a level above 102, only one course is necessary.

Link to course descriptions in World Languages and Cultures:

http://www.bradley.edu/academic/departments/wlc/courses/ (http://www.bradley.edu/academic/departments/wlc/courses/)

### Coursework (10 hrs.)

LAS 125 (1 hour) Global Topics

Required coursework (9 hours): Students will take 9 credit hours, at least 3 credit hours from a course in the Bradley Core Curriculum (BCC) **World Cultures** category and 3 credit hours from a course in the BCC **Global Systems** category (for eligible courses, see link below).

http://www.bradley.edu/academic/colleges/las/departments/bcc/approvedcourses/ (http://www.bradley.edu/academic/colleges/las/departments/bcc/approvedcourses/)

Please note: The third 3 credit hour course can also be from the World Cultures or Global Systems categories (see above link) or, optionally, from one of the following natural science courses:

- BIO 300 Population, Resources and Environment
- CHM 102 - Chemistry and Civilization
- GES 300 Oceanography: The Human Perspective

## Study Abroad (3 hours)

Studying abroad gives students a deeper understanding of the institutions, history, and languages of other societies and cultures. Students in the Global Scholars Program must participate in a university-approved study abroad program for a minimum of 3 credit hours. Bradley provides a variety of study abroad options, including programs offered during Bradley's Interim and Summer Sessions as well as during the academic year. Study abroad is available to students throughout their academic career in a wide range of academic disciplines at over twenty academic institutions in eighteen countries.

Participants taking any of their required Global Scholars coursework abroad will receive credit for fulfilling both the course and the study abroad requirement. For specific information concerning the Study Abroad program offered by the Bradley University Study Abroad program, please visit the Study Abroad Program (http://www.bradley.edu/academic/cio/studyabroad/).

## Capstone (3 hours)

Students have three options to complete this requirement:

- Completion of an independent study course on a global-themed topic (see list for courses (/academic/colleges/las/scholars/courses/))
- Completion of ENG 304 (Advanced Writing – Research in Individual Discipline) on a global-themed topic
- Completion of a capstone course on a global-themed topic (see list for courses (/academic/colleges/las/scholars/courses/))

Student must earn a "B" or better in the capstone course. Capstone application form must be completed (here (http://www.bradley.edu/dotAsset/6ad5e18a-fb95-444b-8bdc-5292b8bbb10c.pdf)).

## GPA

Students must maintain at least a 3.0 overall GPA at Bradley in order to graduate as an LAS Global Scholar.

### World Language (0-8 hours)

Students must complete one of the following course sequences: FLF/WLF 101 and 102, FLG/WLG 101 and 102, FLH/WLH 101 and 102, or FLS/WLS 101 and 101 (elementary French, German, Hebrew and Spanish or equivalent.) Students with sufficient training in world languages may fulfill this requirement by appropriately passing the foreign language placement exam, administered by the Department of World Languages and Cultures.

Students who complete a university approved language program abroad will fulfill both the world languages and the study abroad requirements.

### Global Forces (6 hours)

Two courses from the following; only one can be from student's major:

- BIO 300 Population, Resources and Environment
- CHM 300 Chemistry and Civilization
- GES 300 Oceanography: The Human Perspective
- HIS 339 Women in Global Perspective
- IS 250 Normative Theories of International Studies
- IS 415 Transnational Forces in World Affairs
- PHL/PLS 308 Modern Political Philosophy
- PLS 205 Introduction to Comparative Politics
- PLS 208 Fundamentals of International Relations
- PLS 317 International Law
- PLS 318 International Organization
- PLS 319 International Political Economy
- PSY 474 Cross-Cultural Psychology
- RLS 101 Comparative Religions
- RLS 332 Religions of the World
- SOC 300 Cross-Cultural Perspectives on Gender
- SOC 311 Comparative Family Systems
- SOC 326 Sociology of Globalization

### Cultures from Around the Globe (6 hours)

Two courses from the following; only one can be from student's major

- ENG 123 European Writers
- ENG 381 Literatures of Asia

- ENG 385 Literatures of Europe
- FLF/WLF 315/325  Introduction to French Literature
- FLG/WLG 315/325  Introduction to German Literature
- FLS/WLS 315/325 Introduction to Literature (Hispanic)
- FLS/WLS 342 Survey of Hispanic-America Literature I
- FLS/WLS 343 Survey of Hispanic-American Literature II
- HIS 205 Non-Western Civilization: Latin America
- HIS 206 Non-Western Civilization: The Middle East Since Muhammad
- HIS 336 Early Non-Western History and Geography
- HIS 337 Modern Non-Western History and Geography
- IS 182 Fundamentals of Contemporary East Asian Civilization
- IS 275 Political Economy of the Developing World
- IS 285 East Asia in the Modern World
- IS 322 Latin America in the International System
- IS 340 Africa in the International System
- IS 363 Middle East Nations in International Affairs
- RLS 331 Religions of the Eastern World
- RLS 336 Buddhism and Asian Civilizations
- SOC 305 Peoples and Cultures of the Non-Western World

**Study Abroad (3 hours)**

Studying abroad gives students a deeper understanding of the institutions, history, and languages of other societies and cultures. Students in the Global Scholars Program must participate in a university-approved study abroad program for a minimum of 3 credit hours. Bradley provides a variety of study abroad options, including programs offered during Bradley's Interim and Summer Sessions as well as during the academic year. Study abroad is available to students throughout their academic career in a wide range of academic disciplines at over twenty academic institutions in eighteen countries.

Participants taking any of their required Global Scholars coursework abroad will receive credit for fulfilling both the course and the study abroad requirement. For specific information concerning the Study Abroad program offered by the Bradley University Study Abroad program, please visit the Study Abroad Program (http://www.bradley.edu/academic/cio/studyabroad/).

# Combined LAS/MBA Program

A special program has been designed to enable students majoring in any undergraduate program in the College of Liberal Arts and Sciences to also earn an M.B.A. in a minimum of five years, with carefully coordinated advising. Interested students should see the director of graduate programs in the Foster College of Business their freshman year.

## Washington Semester

Bradley University has a cooperative arrangement with American University for well-qualified students to study in one of these programs: the Washington Semester in American Politics, the Foreign Policy Semester, the Economic Policy Semester, the Justice Semester, and the Journalism Semester. A package of seminars with public and private officials, internships, research, and coursework provides students with a first-hand view of their area of interest. A full semester of credit is earned through the program.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# LAS COURSES

**LAS 101 - Arts and Ideas Seminar** *(1-3 hours)*

Seminar on selected intellectual and artistic topics which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under different topics for a maximum of six hours credit. Prerequisite:

**LAS 125 - Global Topics in Liberal Arts and Sciences** *(1 hour)*

Selected topics with a special emphasis on globally-focused subjects that introduce students to diverse perspectives and to forces of worldwide scope.

**LAS 300 - Belief Systems: Truth versus Proof** *(3 hours)*
**Core Curr. MI**

Mathematicians and philosophers have been intrigued by questions about the nature of mathematical truth for several centuries. The techniques used to address these questions are developed, subjected to philosophical analysis, then applied to the belief systems that govern other aspects of the human condition. Prerequisite: A grade of C or better in MTH115, MTH119, MTH121, or MTH120.

**LAS 301 - Cooperative Education/Internship in LAS** *(0-9 hours)*
**Core Curr. EL**

Cooperative education or internship experience. Non-departmental credit in LAS, not intended to satisfy departmental or major program requirements. May be repeated for a total of 9 hours credit with a combined total of 9 hours available for all Cooperative Education & Internship work assignments. The number of hours awarded for the work assignment will be dependent upon the number of total hours worked during the semester. Pass/Fail. Prerequisite: Sophomore standing in the College of Liberal Arts and Sciences, 2.0 Bradley overall grade point average, consent of LAS Co-op and internship coordinator and Co-op and internship faculty advisor.

**LAS 305 - Study Abroad Seminar** *(1 hour)*

Study of the cultural and historical contexts of the study abroad site. Prerequisite: registration for study abroad interim session.

## LAS 325 - International Programs Special Topics in LAS *(0-9 hours)*

Examines a designated topic with a special emphasis on the history, culture, and social practices of a particular Study Abroad venue. May be repeated under a different topic for maximum of 9 hrs credit.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# SCI COURSES

**SCI 100 - Science through Inquiry I: (Biology, Physics)** *(4 hours)*

**Gen. Ed. FS**

**Core Curr. NS,WI**

Interdisciplinary, inquiry-based course exploring the science of motion. Integrates content in biology and physics. The course provides investigative science experiences, appropriate for education and other majors requiring a laboratory science course. Prerequisite: 12 hours college credit.

**SCI 101 - Science through Inquiry I: Special Topics** *(4 hours)*

**Gen. Ed. FS**

**Core Curr. NS,WI**

Interdisciplinary, inquiry-based course exploring the science of various themes. Integrates content in a life science and a physical science. The course provides investigative science experiences, appropriate for education and other majors requiring a laboratory science course. The course may be repeated once under a different topic for a maximum of eight credit hours. Prerequisite: 12 hours college credit.

**SCI 102 - Science through Inquiry I: Molecules (Biology and Chemistry)** *(4 hours)*

**Gen. Ed. FS**

**Core Curr. NS,WI**

Interdisciplinary, inquiry-based course exploring the science of molecules. Integrates content in biology and chemistry. The course provides investigative science experiences, appropriate for education and other majors requiring a laboratory science course. Prerequisite: 12 hours college credit.

**SCI 103 - Science through Inquiry I: Energy (Biology, Physics)** *(4 hours)*

**Gen. Ed. FS**

**Core Curr. NS WI**

Interdisciplinary, inquiry-based course exploring the science of energy. Integrates content in biology and physics. The course provides investigative science experiences, appropriate for education and other majors requiring a laboratory science course. Prerequisite: 12 hours college credit.

## SCI 104 - Science through Inquiry I: Water (Biology, Chemistry) *(4 hours)*
**Gen. Ed. FS**

**Core Curr. NS,WI**

Interdisciplinary, inquiry-based course exploring the science of water. Integrates content in biology and chemistry. The course provides investigative science experiences, appropriate for education and other majors requiring a laboratory science course. Prerequisite: 12 hours college credit.

## SCI 185 - Directed Research in STEM Fields for Novice Researchers *(0-3 hours)*
Provides participants with a knowledge of important issues in STEM research, and an opportunity to develop/refine skills necessary to pursue scholarship in a STEM discipline: accessing and reading scientific literature, question formulation and scientific research, and the presentation of research results. CoRequisite: Participation in summer research program

## SCI 280 - Directed Readings in Science for Non-majors *(0.5-3 hours)*
Provide students with an opportunity to develop/refine skills necessary to read scientific literature: accessing and reading scientific literature, developing knowledge of research questions in a single focused field, developing qualitative skills necessary to evaluate research and classify materials based on novelty, quality, and utility. Prerequisite: Three hours of college-level science

## SCI 300 - Science through Inquiry II: Evolution (Biology, Earth Science) *(4 hours)*
**Gen. Ed. TS**

**Core Curr. NS,WI**

Interdisciplinary, inquiry-based course exploring the science of evolution. Integrates content in biology and earth science. The course provides investigative science experiences, appropriate for education and other majors requiring a laboratory science course. Prerequisite: C or better in a course from the SCI 100 series, or consent of instructor.

## SCI 301 - Science through Inquiry II: Environmental Science (Biology, Chemistry) *(4 hours)*
**Gen. Ed. TS**

Interdisciplinary, inquiry-based course exploring the science of environmental science. Integrates content in biology and chemistry. The course provides investigative science experiences, appropriate for education and other majors requiring a laboratory science course. Prerequisite: C or better in a course from the SCI 100 series, or consent of instructor.

**SCI 302 - Science through Inquiry II: Ecosystems (Biology, Earth Science)** *(4 hours)*

**Gen. Ed. FS**

**Core Curr. NS,WI**

Interdisciplinary, inquiry-based course exploring the science of ecosystems. Integrates content in biology and earth science. The course provides investigative science experiences, appropriate for education and other majors requiring a laboratory science course. Prerequisite: C or better in a course from the SCI 100 series, or consent of instructor.

**SCI 501 - Topics in Investigative Science for Educators** *(3 hours)*

Laboratory-based biological and physical science. Content developed along interdisciplinary themes. Course taught in an inquiry/investigative format and includes application to Pre K-12 classroom settings. Course may be repeated under different topic. Credit will not be given for SCI 501 students who have obtained credit for SCI 101 under the same theme. Registration is not open to undergraduate or graduate students enrolled in a natural science degree program. Prerequisite: Concurrent enrollment in ETE 550.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# AFRICAN-AMERICAN STUDIES

Director: Robert Hawkins

The African American Studies program at Bradley University engages students in the interdisciplinary study of African-American cultures and the transnational history of the black experience.   This minor emphasizes African-American political, social, cultural, literary, and intellectual expression and the variety and scope of African American Studies as a discipline. The minor offers two possible tracks to completion, one accentuating community engagement and the other stressing research and writing.

## Minor in African-American Studies (15 Credit Hours)

**Course requirements:**

- 3 hours of introductory course work (AAS 200: Introduction to African American Studies)
- 9 hours of electives drawn from the list below (minimum of 6 hours at the 300 level or above)
- Completion of one of two 3 hour capstone experiences:
  - **Research and writing track:** complete AAS 400: Directed Research in African American Studies under the supervision of program faculty
  - **Community Engagement track:** complete an approved internship, service-learning project, or other approved program of community engagement administered under the course title AAS 401 (or another approved community engagement course pending approval of the AAS committee). Capstone projects for the community engagement track must be approved in advanced by the AAS committee and will culminate in a presentation to the committee and/or other appropriate audience.

**Elective Courses:**

AAS 100: Introductory Topics in African American Studies

ENG 129: Introduction to African-American Literature

HIS 201: Violence, Crime, and Punishment

MUS 202: History of Jazz

ETE 280: Exploring Diversity

AAS 300: Advanced Topics in African American Studies

SOC 313: Race, Ethnicity, and Power

ENG 329: Studies in African-American Literature

HIS 316: African-American History Since 1877

A 2.5 grade point average in African American Studies courses is required for satisfactory completion of the minor.

# AFRICAN-AMERICAN STUDIES COURSES

**AAS 200 - Introduction to African-American Studies** *(3 hours)*

**Gen. Ed. CD**

**Core Curr. GP WC,MI**

Provides students with an introduction to the study of African American cultures and the relationship of those cultures to the broader African diaspora. Often organized around a particular theme, AAS 200 is an explicitly interdisciplinary course designed to familiarize students with the scope, concerns, and methods of African American Studies rather than a chronological survey of African American history.

**AAS 400 - Directed Research in African-American Studies** *(3 hours)*

Directed readings or research for a paper which analyzes, synthesizes, and interprets an area of African-American studies. Prerequisite: AAS 200; 9 hrs. of African-American studies elective courses; or consent of instructor.

**AAS 401 - Community Engagement in African American Studies** *(3 hours)*

Provides the community engagement capstone experience for completion of the AAS minor. Involves an internship, service learning, or other semester long community engagement project approved by the African American Studies Committee. Prerequisite:

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# SOCIOLOGY

**FACULTY** Professor Hogan Crawford; Associate Professor Leach (chair); Assistant Professors Chubin, Whetstone, Zant.

The Department of Sociology offers a variety of courses useful to students with diverse professional goals. Sociology is a popular major for students planning careers in such professions as law, business, journalism, health care, education, politics, criminal justice, social work, or public administration. It provides a solid body of knowledge on the nature and problems of human relations and a distinctive way of looking at the world. The courses offer a range of research techniques and perspectives which can be applied in a variety of fields such as administration, criminal justice, health care, counseling, and social work. In addition, exposure to theoretical and methodological issues and to historical, cross-cultural, and critical analyses provides students with a firm foundation for graduate work in sociology, anthropology, or related fields.

The department offers a major and a minor in sociology, a minor in anthropology, and a major in social work. For social work major see Social Work Program (las-sw.dot).

## Major In Sociology

A major in sociology consists of a minimum of 31 semester hours in sociology.

Core Courses - 13 hrs.

The following five core courses, including a one-credit proseminar providing students with an overview of the field, are required.

- SOC 100 The Sociological Perspective
- SOC 200 Sociology Proseminar (1 semester hour)
- SOC 240 Research Methods
- SOC 320 Social Theory or SOC 420 Critical Theory
- SOC 450 Capstone Seminar in Sociology

Additional Requirements - 18 hrs.

Students must choose one of the three focus areas listed below and take two courses within that area, one of which must be at or above the 300 level. To ensure a breadth of knowledge in the field, they must also complete at least one course from each of the other two focus areas.

- Health and Social Services: SOC 210, 211, 212, 316, 330, 331, 332, 341, 342, 343

- Inequality and Social Justice: SOC 312, 313, 315, 321, 322, 333, 334, 344, 345, 346, 420
- Global Studies: ANT 303, 305, 306, 314; SOC 300, 311, 326

The remaining two course selections (6 semester hours) are open electives and may include any of the courses listed above, as well as SOC 390, SOC 391, SOC 490, SOC 491, SOC 571; and/or ANT 402. Students will complete their Capstone Seminar project within their chosen focus area.

At least 15 of the 31 hours required for the major must be at the 300 level or above. Only one internship course may apply towards the 31-hour requirement. A grade point average of 2.25 in all courses taken in the department is needed for graduation. Students may earn either a B.A. or B.S. degree in sociology. Sociology majors are urged to consult with a department advisor each semester concerning class schedules.

# Sociology Minor

The sociology minor requires a minimum of 15 hours as specified below:

1. SOC 100; SOC 240 **or** SOC 320
2. An additional 9 hours of SOC courses
3. At least 9 of the 15 hours must be at the 300 level or above.
4. Minimum of 2.25 grade point average in courses taken for the minor.

# Anthropology Minor

A minor in anthropology will consist of a minimum of 15 semester hours in anthropology and related disciplines including the following required core courses:

- ANT 101 The Anthropological Perspective
- ANT 305 Peoples and Cultures of the Non-Western World

In addition, anthropology minors will complete 9 hours of electives from among the courses below. (No more than one HIS course and one RLS course will count toward the elective requirement. Special topics courses and other coursework will be considered for elective credit with the approval of the director of the anthropology program.):

- ANT 102 Physical Anthropology
- ANT 303 Culture and Belief: Magic, Witchcraft, Religion
- ANT 306 Illness and Healing in Cross-Cultural Perspective
- ANT 314 Native Americans

- ANT 402 Qualitative Methods
- ANT 403 Anthropology Senior Project
- SOC 300 Cross-Cultural Perspectives on Gender
- SOC 311 Comparative Family Systems
- HIS 205 Latin America
- HIS 206 Middle East since Muhammad
- HIS 207 Modern Japan 1860-present
- HIS 305 American Indian History
- HIS 330 Modern China
- HIS 333 Cross-Cultural Contacts
- HIS 335 Modern Mexico
- HIS 339 Women in Global Perspective
- RLS 331 Religions of the East
- RLS 340 Japanese Religion
- RLS 121 Islamic Civilization
- RLS 338 China: Religion and Culture

Sociology majors wishing to minor in anthropology may not choose Global Studies as the focus area for their SOC major. A minimum of 2.25 grade point average in courses taken for the minor is required for successful completion of the anthropology minor.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# SOCIOLOGY AND ANTHROPOLOGY COURSES

**SOC 100 - The Sociological Perspective** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

Sociological insight into study of humans, society, and culture.

**SOC 200 - Sociology Proseminar** *(1 hour)*

Overview of the discipline of sociology. Focus on specializations within the field, possible career paths, and options for graduate study. Introduction to discipline-specific research and writing skills. Discussion of faculty members' ongoing research activities. Satisfactory/Unsatisfactory. Prerequisite: Major in sociology or consent of instructor.

**SOC 205 - Immigration: People, Place and Power** *(3 hours)*

**Core Curr. MI,SB**

This course examines the origins and outcomes of international immigration. Using perspectives and evidence from the social sciences, the natural sciences, and the humanities, we consider issues including the complex social and environmental factors that drive immigration; state, popular and media responses to immigration; and the effects of immigration, both for immigrants and for the nations they leave and enter. Prerequisite: Sophomore standing or consent of instructor.

**SOC 210 - Sociology of Families** *(3 hours)*

Examination of the notion of the U.S. American family from a sociological perspective. Focus on perceptions of the family throughout U.S. American history, in mass media, and in relation to public policy; the historical transformation of families; the diverse and changing aspects of families; and the impact of social change and problems on the families of U.S.A. Emphasis on how society and the economic system affect families. Prerequisite: SOC 100 or consent of instructor.

**SOC 211 - Contemporary Social Problems** *(3 hours)*

Sociological analysis of current social problems in the U.S.: poverty, racism, sexism, agism, medical care, the environment, population, urban disorganization, crime, juvenile delinquency,

alcoholism, drug addiction, family disorganization, and mental illness. Use of different

perspectives promotes a broad understanding of the study of social problems. Prerequisite: SOC 100 or consent of instructor.

**SOC 212 - Sociology of Diversity** *(3 hours)*

**Gen. Ed. CD**

Analyzes nature, forms, and problems of social "diversity" with emphasis on patterns of difference and commonality, advantage, and disadvantage in the area of race, ethnicity, class, gender, sexuality, and physical disability. A particular focus will be on ways inequalities in wealth, education, employment, health, the criminal justice system, popular culture, and the political process are reproduced and challenged in contemporary societies.

**SOC 240 - Research Methods** *(3 hours)*

Social research methods: research design and models of observation, including single subject and program evaluation, quantitative and qualitative methods, sampling techniques, questionnaire construction, types of surveys, measurement problems, and data analysis. Prerequisite: SOC 100 or consent of instructor.

**SOC 300 - Cross-Cultural Perspectives On Gender** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC**

Examines the construction of gender in non-western societies, concentrating on the way gender shapes and is shaped by power relations in these societies. Prerequisite: SOC 100, ANT 101, or consent of instructor.

**SOC 311 - Comparative Family Systems** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC**

Comparative study of non-Western family systems, with a focus on cross-cultural differences and the potential conflicts of migration. Varying focus on families of Asia, Africa, and the Middle East. Prerequisite: SOC 100, ANT 101, or consent of instructor.

**SOC 312 - Social Inequality** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

Inequality in income, wealth, prestige, and power. Theories explaining roots of and changes in inequality. Emphasis on the U.S.; variations in the extent and forms of inequality across different nations. Prerequisite: SOC 100 or consent of instructor.

**SOC 313 - Race, Ethnicity, and Power** *(3 hours)*

**Core Curr. WI,SB**

Analysis of dominant-minority group relations. The emergence and dynamic of racism. Exploration of the experience of various ethnic and "racial" groups. Prerequisite: SOC 100, SOC 212 or consent of instructor

**SOC 315 - Gender and Society** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

An examination of gender as a system of stratification, as a social construction, and as a system of meaning which changes trans-historically and differs cross-culturally. Focus on structural and interactional aspects of gender inequality, as well as the relationship between gender and other social hierarchies, including class, race, ethnicity, religion, and sexuality. Prerequisite: SOC 100 or instructor consent.

**SOC 316 - Sociology of Work and Occupations** *(3 hours)*

The organization of work, occupational processes, and experiences of workers with a focus on the manufacturing industry and the impact of technology on the structure of work; the rise of the service sector; the emergence of temporary and contract work; professions and professionalization; workplace inequality; and the intersection of gender, family, and work. Prerequisite: SOC 100 or consent of instructor.

**SOC 320 - Social Theory** *(3 hours)*

Development of contemporary social thought from its Euro- American roots. Covers major strands of both classic and contemporary social theory. Prerequisite: SOC Major, SOC Minor, or consent of Instructor.

**SOC 321 - Individual and Society** *(3 hours)*

**Gen. Ed. HP**

Various philosophical conceptions of the relationship between the individual and social order;

nature and status of individuality in the modern world. Emphasis on critical evaluation of influential systems of thought: Marxism, phenomenology, and critical theory. Prerequisite: Junior standing or consent of instructor.

**SOC 322 - Self and Social Interaction** *(3 hours)*

Focus on relationship between individuals and the broader society, the formation of personality, and group influences on human perception and behavior. Prerequisite: SOC 100 or instructor consent.

**SOC 325 - Environmental Sociology** *(3 hours)*
**Core Curr. SB**

This course introduces students to the social causes and consequences of environmental problems and the conflicting interests and power dynamics that make sustainable solutions difficult to find and implement. The course begins by examining a range of philosophical perspectives on the relationship between Humans and Nature, followed by a brief survey of the range and extent of current environmental crises. We will then focus on four macro-sociological causes of environmental harm worldwide: international development, modern agriculture, armed violence, and energy production. Special attention will be paid to the linkages between environmental harm and political and economic inequality.

**SOC 326 - Sociology of Globalization** *(3 hours)*
**Gen. Ed. SF**

Analysis of the process of global integration and its impact on communities, social institutions, and culture. Emphasis on theories of social change and social conflict over the nature and pace of globalization and its impact on non-Western societies. Focus on social class, ethnicity, gender, media, religion, the environment, and social problems confronting non-Western Societies. Prerequisite: SOC 100 or consent of instructor.

**SOC 330 - Perspectives On Deviance** *(3 hours)*

Analysis of the concept and nature of deviance and its various forms, with emphasis on various theoretical perspectives on nature and causation of deviance. Prerequisite: SOC 100.

**SOC 331 - Correctional Policies and Society** *(3 hours)*

Analysis of theoretical and practical aspects of corrections, concepts of punishment and treatment, and their variations in practice. Includes analysis and evaluation of specific alternatives: prisons, probation, treatment centers, and sentencing. Prerequisite: SOC 100.

**SOC 332 - Juvenile Delinquency** *(3 hours)*

Analysis of the nature and origin of juvenile delinquency within an historical and theoretical context with emphasis on causation of delinquency and evaluation of different responses to it. Prerequisite: SOC 100.

**SOC 333 - Sociology of Violence** *(3 hours)*

Sociological analysis of the concept and nature of violence in a macro and micro setting, its various manifestations, and evaluation of responses to it. Prerequisite: SOC 100.

**SOC 334 - Crime and Society** *(3 hours)*

Analysis of the concept and nature of crime, the relationship between social structures, social institutions, and crime with a focus on social forces and social controls involved in the creation of crime. Prerequisite: SOC 100.

**SOC 341 - Medical Sociology** *(3 hours)*

Application of a critical perspective to the institution of medicine. Focus on epidemiology, the social construction of illness, and current healthcare trends. Prerequisite: SOC 100, ANT 101, or consent of instructor.

**SOC 342 - Social Policy** *(3 hours)*

Focuses on the major institutions of social structure, such as education, family, government, healthcare, work, and the legal system. Investigates why social policies are developed, how social policy is implemented, and the direct and indirect effects of policy. Prerequisite: SOC 100 or consent of instructor.

**SOC 343 - Sociology of Mental Health** *(3 hours)*

Emphasis on social, cultural, and political factors involved in the definition and control of mental illness. Topics include labeling theory, the impact of status characteristics and social relationships on levels of stress, and legal and ethical issues associated with current modes of treatment. Prerequisite: SOC 100 or consent of instructor.

**SOC 344 - Social Movements** *(3 hours)*

In some contexts, social movements have been considered legitimate political actors; in others, treacherous and subversive. Always they constitute a potential threat to those in power. When do movements emerge and how are they organized? How and when can they successfully bring about social change? We will examine key aspects of social movement theory and practice against the backdrop of a number of important American and international movements that have

emerged in the last half century, such as the American civil rights, women's, environmental, and anti-war movements of the 1960s and 70s, the current "Fight for 15" and Black Lives Matter movements, and the global justice, autonomist, and Occupy movements internationally. Prerequisite:

## SOC 345 - People, Power, and Politics *(3 hours)*

This course will introduce students to major themes, concepts, and debates in political sociology. Focus is on the relations of power between the State and other collective actors in society (e.g. interest groups, political parties, social classes, and social movements), with an emphasis on key axes of contention in US politics today, such as: the political power of corporations; the separation of church and state; political parties, polarization, and congressional gridlock; the trade-off between liberty and equality in free market, socialist, and social democratic systems; taxation and the role of the State in addressing social inequality; and the tension between national security and civil/human rights. Prerequisite:

## SOC 346 - Sociology of Education *(3 hours)*

Focus on the institution of education and its relationship to the broader society within which it is situated. Emphasis on the ways in which schools reproduce and challenge prevailing economic, social and political relationships; the link between schools and societal stratification; and sociological perspectives on contemporary educational reform. Prerequisite: SOC 100 or consent of instructor.

## SOC 390 - Topics in Sociology *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for maximum of 9 hrs. credit. Prerequisite: SOC 100, SOC 101, or consent of instructor.

## SOC 391 - Internship in Applied Sociology *(3 hours)*

Supervised work in applied settings; study of practical problems from the perspective of the discipline. Prerequisite: Prior arrangement, consent of Department Chair. SOC 391 is prerequisite for SOC 392.

## SOC 392 - Internship in Applied Sociology *(3 hours)*

Supervised work in applied settings; study of practical problems from the perspective of the discipline. Prerequisite: Prior arrangement, consent of Department Chair. SOC 391 is prerequisite for SOC 392.

**SOC 420 - Critical Theory** *(3 hours)*
**Gen. Ed. HP**

Introduction to influential social theorists affiliated with the Institute for Social Research in Frankfurt, Germany. Emphasis on their critique of social and cultural forms of domination in Western democracies, the question of revolutionary agency, and possibilities for emancipatory social change. Prerequisite: SOC 100 or consent of instructor.

**SOC 450 - Senior Seminar in Sociology** *(3 hours)*

Students will have the opportunity to synthesize and integrate perspectives from their sociology courses and apply these perspectives to real-world social problems. Prerequisite: Major in sociology, senior standing or consent of instructor.

**SOC 490 - Directed Readings** *(1-3 hours)*

Special study on topics with faculty supervision. Prerequisite: Consent of instructor.

**SOC 491 - Directed Research I** *(1-3 hours)*

Empirical research with faculty supervision. Prerequisite: 3.5 GPA in Sociology and consent of instructor.

**SOC 492 - Directed Research II** *(1-3 hours)*

Extended individual research with faculty supervision. Prerequisite: 3.5 GPA in Sociology and consent of instructor.

**ANT 101 - The Anthropological Perspective** *(3 hours)*
**Gen. Ed. NW**
**Core Curr. GP WC**

Introduction to field of cultural anthropology and its unique perspective for the study of human culture and societies. Examines modes of social organization and dimensions of culture worldwide. Students are introduced to the diversity of human cultures and to anthropological theories and methods through ethnographic examples drawn from a variety of non-Western cultures. Focuses on processes and institutions of enculturation, including linguistic, economic, kinship, religious, political, and aesthetic practices. Considers the processes of culture change and the effects of colonialism and globalization on these processes.

**ANT 102 - Introduction to Physical Anthropology** *(3 hours)*

Examines fundamental aspects of the physical nature of humans and human variability. Selectively reviews the long record of human biological adaptations that have existed from the

appearance of the earliest hominids up to the development of anatomically modern forms. Topics include principles and mechanisms of evolution, human variation and adaptability, non-human primate behavior,

**ANT 303 - Culture & Belief: Magic, Witchcraft, Religion** *(3 hours)*

**Gen. Ed. NW**

Introduces students to the anthropology of religion, examining the relationship between culture and belief in a cross-cultural perspective and exploring a variety of religious experiences from different cultures around the world, with an emphasis on small-scale and non-Western societies. The course also examines beliefs in magic, witchcraft, and sorcery; animism; ritual; possession and trance; the intersection of belief and healing; religious syncretism and the impact of colonialism on religious belief. Prerequisite: SOC 100 or SOC 101 or ANT 101.

**ANT 305 - Peoples and Cultures of the World** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC**

Examines the cultural and structural features of a particular region of the globe or a specific cultural group. Students will develop a deeper understanding of the processes and institutions of enculturation, and examine the effects of colonialism and globalization on the processes of cultural change. Topics will vary by semester and will be stated in the semester schedule of classes. Geographic foci will include, among others, Asia, Latin America, and indigenous Australia. Repeatable to a maximum of 9 semester hours. Prerequisite: SOC 100 or SOC 101 or ANT 101.

**ANT 306 - Illness and Healing in Cross-Cultural Perspective** *(3 hours)*

Introduces medical anthropology and the social aspects of health, illness, and healing in different cultures. Considers the interaction between 'traditional' healing systems and biomedicine in developing nations and among transnational populations. Explore Prerequisite: SOC 100 or SOC 101 or ANT 101.

**ANT 314 - Indigenous Peoples** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC**

Analysis of the experiences of indigenous peoples around the world. Focus on social, cultural and historical patterns, with an examination of the effects of colonialism and globalization. Prerequisite: SOC 100 or ANT 101; or consent of instructor.

**ANT 402 - Ethnographic and Qualitative Methods** *(3 hours)*

The purpose of this class is to learn what ethnographic and qualitative research is and how ethnographers and qualitative researchers work. Students will read and discuss a variety texts on methodological issues; read and critique ethnographic texts; and engage in qualitative research by designing a mini-research project, carrying it out, analyzing data, and writing it up. Topics covered include research questions and design, ethics and informed consent, ethnographic representation and responsibility, theoretical and practical concerns about fieldwork and participant observation, field notes, interviews and life histories, processing and analyzing data, and writing up research results. Prerequisite: SOC 101 or ANT 101; and Anthropology minor or Sociology major

**ANT 403 - Anthropology Senior Project** *(1-3 hours)*

Special study of individual topics in anthropology with faculty supervision. Primarily for Anthropology Minors. Prerequisite: ANT 101; or instructor consent.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ASIAN STUDIES

FACULTY Coordinating Committee: Hogan (Sociology), chair; Foley (International Business); Gates (History); Getz (Philosophy & Religious Studies); Iyer (International Business); Kerr (Accounting); Kim (International Studies); Palakeel (English); Zaborowski (Philosophy & Religious Studies).

The program in Asian Studies is designed to provide a broad understanding of the political, social, economic and cultural forces that have influenced and continue to shape Asia. The geographic and cultural areas examined under the Asian Studies minor include East, Southeast, South and Inner Asia, the Middle East and the Asian diaspora. Students with an interest in Asia, particularly those majoring in international studies, international business, and relevant liberal arts disciplines, will especially benefit from this program.

# Minor In Asian Studies

A minor in Asian studies will require completion of 18 credit hours from the list of approved courses. There are six hours of required courses. The remaining twelve hours will be taken from approved elective courses, with no more than six elective hours taken from any one discipline. Courses in Asian languages are recommended, and a student may transfer up to six semester hours in an approved Asian language. Students are strongly encouraged to take advantage of Asian study abroad programs through Bradley University's International Programs.

## Required Courses - 6 hrs.

**Choose two courses:**

- HIS 336 Early Non-Western History
- IS 182 Fundamentals of Contemporary East Asian Civilization
- RLS 331 Religions of the Eastern World

## Electives - 12 hrs.

**Choose four courses (with no more than 6 hours from a single discipline):**

- ART 243 Non-Western Art
- ENG 381 Literatures of Asia
- HIS 207 Non-Western Civilization: Modern Japan, 1860-Present
- HIS 314 Non-Western Civilization: Japan and WW II

- HIS 324 Barbarians in History
- HIS 334 Non-Western History: Social (with approval of Asian Studies Chair)
- HIS 337 Modern Non-Western History
- IB 204 Business in Chinese Culture
- IB 205 Business in Indian Culture
- IS 285 East Asia in the Modern World
- IS 363 Middle East Nations in International Affairs
- IS 373 South and Southeast Asian Nations in International Affairs
- IS 381 East Asian International Relations
- IS 385 Issues of Contemporary Asia
- RLS 121 Islamic Civilization
- RLS 321 Islam and the West: Clash of Civilizations?
- RLS 336 Buddhism and Asian Civilizations
- RLS 338 China: Religion and Culture
- RLS 340 Japan: Religion and Culture
- SOC 311 Comparative Family Systems

Students may include an independent study and/or topics course (one to three hours of credit) on any topic with an Asian focus, contingent upon the approval of the Asian Studies chair. Study Abroad credit will also require the approval of the Asian Studies chair.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ASTRONOMY COURSES

**AST 300 - Astronomy: Our Glimpse of the Cosmos** *(3 hours)*

**Gen. Ed. TS**

**Core Curr. NS**

Various scientific views of the cosmos; how modern astronomy has enlightened and broadened these views. Relationships between man, technology, and the universe through scientific knowledge of planets, stars, galaxies, and the cosmos will be investigated. Experimental discoveries in astronomy are examined, analyzed, and discussed. Prerequisite: Junior or senior standing, or sophomores with permission of the instructor or department chair.

**AST 310 - Astronomy and Astrophysics** *(3 hours)*

Study of a broad range of astrophysical topics: overview of the universe, planetary systems and subsystems, stars, galaxies, and super clusters of galaxies. Presentations of special topics: stellar evolution, quasi-stellar objects, and black holes. Scientific-technical elective for science and engineering majors. Prerequisite: Junior standing; one year of calculus; one year of calculus-based physics or permission of the department chair

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# BIOLOGY

**FACULTY** Professors McConnaughay, Morris (chair), Stabenau; Associate Professors Cady, Faulkner, Gehring, Johnson, Jost, Stover; Assistant Professors Grace, Marino; Lecturers Beanblossom, Edgcomb-Friday, Fleming; Lecturer-in-Residence Ness; Electronics Technician Kahila; Lab Coordinator Stauffer.

# Biology Major

The Department of Biology offers a biology major leading to a baccalaureate degree with the possibility of receiving a concentration in cell and molecular biology, ecology and evolutionary biology, secondary teaching, or medical technology. The major is designed for students interested in cell and molecular biology, ecology and evolutionary biology, environmental biology, biology education, medicine, dentistry, veterinary medicine, or medical technology. Separate specific majors for students interested in environmental science and medical laboratory science are described elsewhere in this catalog. The Department of Biology offers an accelerated 4+1 program (B.S./M.S.)  and Master of Science degrees in Biology and a minor in biology.

Undergraduate Course Requirements

All students majoring in biology, and those students desiring additional focus in one of the department's concentrations, must earn a grade of C or better in all required biology courses. All biology students must take the following core courses:

- BIO 150, 151, 152, 250, 251, 252, 260, 261, 310, 311, 490
- CHM 110, 111, 116, 117, 252, 253 (CHM 256 and 257 are required for students in the cell and molecular biology concentration and recommended for others)
- MTH 115 (MTH 116 highly recommended)
- PHY 107 and 108

At the completion of 90 semester hours, the student must have credit for BIO 150, 151, 152, 250, 251, 252, 260 and 261; CHM 110, 111, 116, 117, 252, 253; and one semester of calculus. Students not meeting these requirements will not be allowed to enroll in other biology courses until requirements are met. Students with more than 30 semester hours transferring into biology

programs from other Bradley majors must have a GPA of 2.25 or greater and must have completed at least one semester each of introductory biology, introductory chemistry, and calculus. Students with 30 or fewer hours will be assessed on a case-by-case basis.

In addition to the above requirements, each student must complete the requirements below with a grade of C or better in each biology course taken to graduate with a baccalaureate degree in Biology.

Students will choose a minimum of one course (with required laboratory) from each of the following categories.

- **Sub-Organismal**
  BIO 312, 314, 381, 464, 468, 484, 503, 564, 568
- **Organismal**
  BIO 323, 324, 334, 361, 371, 406, 408, 417, 419, 506, 508, 517, 519, 530
- **Supra-Organismal**
  BIO 420, 423, 450, 460, 463, 520, 550, 563
- In addition, students must also take two additional courses (3-4 credit hours; lab is optional) from any course in the following list: BIO 312, 314, 323, 324, 334, 361, 371, 381, 406, 408, 417, 419, 420, 423, 440, 450, 460, 463, 464, 468, 475, 482, 484, 502, 503, 505, 506, 508, 509, 517, 519, 520, 525, 526, 527, 530, 540, 550, 563, 564, 568, 575. Students may take 3 hours of BIO 485 in lieu of one of these required courses.

The Biology Department offers the opportunity for a student to receive one of several concentrations that will allow students to concentrate or specialize in various areas that will better prepare them for their post-graduate careers. Specifically, the department offers concentrations in cell and molecular biology, ecology and evolutionary biology, secondary teaching, and medical technology. The requirements for each concentration are described below.

# Biology Education (9-12) Concentration

In addition to the requirements described above for the Biology major, to receive a secondary grades (9-12) teaching endorsement in the State of Illinois, students must complete the degree requirements shown above for the Biology major and also all the education requirements as mandated by the Illinois State Board of Education, which includes 44 hours of course work in the Teacher Education - High School Education program (http://www.bradley.edu/academic/undergradcat/20152016/ehs-ete.dot).

For more information, see Teacher Education - High School Education program (http://www.bradley.edu/academic/undergradcat/20152016/ehs-ete.dot) in the College of Education and Health Sciences section of this catalog.

## Cell and Molecular Biology Concentration

In addition to the requirements described above for the Biology major, to receive the cell and molecular biology concentration, students must have a GPA ≥ 3.2 in the Biology major. Moreover, students must take three additional courses from the list below, or two additional courses from the list below plus 3 hours of research at the level of BIO 485. Finally, students must complete a year-long cell and molecular biology research project. To complete the year-long research requirement, students will take 6 research hours, 3 hours of BIO 385 and 3 hours of BIO 485. Prior to graduation, the Biology Department's Curriculum Committee will review the completed research project to ensure that the students have conducted research appropriate for the concentration. Students in the cell and molecular biology concentration will also be required to have the second semester of Organic Chemistry (CHM 256 and 257).

For the concentration, students must choose three courses from the following list or two courses from the list and research. The courses used for the concentration cannot have been used to fulfill the requirements for the major.

BIO 312, 314, 361, 381, 406, 408, 464, 468, 482, 484, 502, 503, 506, 508, 509, 525, 564, 568

## Ecology and Evolutionary Biology Concentration

In addition to the requirements described above for the Biology major, to receive the ecology and evolutionary biology (EEB) concentration, students must have a GPA ≥ 3.2 in the Biology major. Moreover, students must take three additional courses from the following list of courses, or two additional courses from the following list and three hours of research at the level of BIO 485. Finally, students must complete a year-long EEB related research project. To complete the year-long research requirement, students will take 6 research hours, 3 hours of BIO 385 and 3 hours of BIO 485 or 6 hours of BIO 485. Prior to graduation, the Biology Department's Curriculum Committee will review the completed research project to ensure that the students have conducted research appropriate for the concentration.

For the concentration, students must choose three courses from the following list or two courses from the list and research. The courses used for the concentration cannot have been used to fulfill the requirements for the major.

BIO 323, 324, 334, 371, 419, 420, 440, 450, 460, 463, 502, 510, 519, 520, 530, 540, 550, 563, 565

## Medical Technology Concentration

In addition to the requirements described above for the Biology major, to receive the medical technology concentration a minimum of 12 hours must be taken; in order to be eligible for entrance to any post-graduate medical technology program, students must take Introduction to Medical Technology (BIO 141/CHM 122 - 1 hour), Organic Chemistry (CHM 256/257 - 4 hours), Immunology (3 hours or 4 hours with laboratory), Physiology (BIO 381 or BIO 384 – 3 or 4 hours depending on whether the student takes a course with laboratory), and Microbiology (4 hours, must be taken with laboratory to meet Medical Technology Program requirements). The courses used for the concentration cannot have been used to fulfill the requirements for the major. Students with a Biology degree with a Medical Technology concentration would be able to apply to any Medical Technology Clinical Program (most are 10-month programs) around the country and sit for national certification exams upon the culmination of the clinical practicum.

Note that the Biology/Chemistry departments offer a Medical Laboratory Science major rather than a Biology major with a concentration in Medical Technology. The requirements for the Medical Laboratory Science major are described elsewhere (/academic/undergradcat/20152016/las-medtech.dot) in this catalog.

# Biomedical Science Major

The Department of Biology offers a Biomedical Science Major leading to a baccalaureate degree with the possibility of receiving a concentration in Pre-Med, Veterinary Science, or Biomedical Science Research and Development (R&D).The major is designed to prepare students interested in a career in medicine or other health professions, including dentistry, veterinary medicine, optometry, etc., or support development of professionals for careers in the medical and biotechnology environment.

**Undergraduate Course Requirements**

All students majoring in Biomedical Science and those students desiring additional focus in one of the department's concentrations must earn a grade of C or better in all required Biomedical Science and Biology courses. All Biomedical Science students must take the following core courses:

- BMS 150, 320, 465*, 466*, 490
- BIO 151, 152, 250, 251, 252, 260, 261, 310, 311
- CHM 110, 111, 116, 117, 252, 253, 256, 257
- MTH 115 and 116
- PHY 107 and 108
- SOC 100
- PSY 101
- An introductory business, economics or entrepreneurship course is highly recommended.

**Students must take two additional courses with a grade of C or better** from the following list of elective choices: **BIO 312, 361, 406, 408, 419, 440, 464, 468, 482, 484, 503, 505, 509, 525, 526, 527, or CHM 360.** Three hours of BIO 485 will count for one of these courses and is highly recommended.

 * Students may substitute BIO 323 and BIO 381 for BMS 466 and BMS 465 respectively.

At the completion of 90 semester hours, the student must have credit for BIO 151, 152, 250, 251, 252, 260, and 261; CHM 110, 111, 116, 117, 252, 253; and two semesters of calculus. Students not meeting these requirements will not be allowed to enroll in other biology courses until requirements are met. Students with more than 30 semester hours transferring into biology programs from other Bradley majors must have a GPA of 2.50 or greater and must have completed at least one semester each of introductory biology, introductory chemistry, and calculus. Students with 30 or fewer hours will be assessed on a case-by-case basis.

The Biomedical Science major is a stand-alone major for students who are not yet clear what area of medicine they want to specialize. The broad range of content areas and skills provided will serve these students well. However, students who have a career path may wish to choose a concentration. Concentrations in Pre-Med, Veterinary Science, and Biomedical Research and Development (R&D) are available. The requirements for each concentration are described below.

# Pre-Med Concentration

In addition to the requirements described above for the Biomedical Science major, to receive the Pre-Med concentration, students must take BMS 465, BMS 466, CHM 360, and two courses from the following list as their elective choices: BIO 406, 464, 482, 484, 485 (3 hrs.), 505.

## Veterinary Science Concentration

In addition to the requirements described above for the Biomedical Science major, to receive the Veterinary Science concentration, students must take BIO 323, BIO 381, CHM 360, and two courses from the following list as their elective choices: BIO 406, 419, 484, 485 (3 hrs.), 505.

## Biomedical Science Research and Development (R&D) Concentration

In addition to the requirements described above for the Biomedical Science major, to receive the Biomedical Science Research and Development (R&D) Concentration, students must take two courses from the following list: BIO 406, 464, 505, 509, CHM 360; they are also required to have six hours of BIO 485. Students in this concentration must complete a year-long research project. Prior to graduation, the Biology Department's Curriculum Committee will review the completed research project to ensure that the students have conducted research appropriate for the concentration. A course from the following list is also recommended as part of their BCC experience: ENT 381, ECO 100, or ECO 221.

# Environmental Science Major

Described elsewhere in this catalog (/academic/undergradcat/20152016/las-env.dot).

# Medical Laboratory Science Major

Described elsewhere in this catalog (/academic/undergradcat/20152016/las-medtech.dot).

# BS And MS In Biology

The Department of Biology offers an integrated Bachelor's (BS) and Master of Science degree in Biology, which allows undergraduates to complete their bachelor's degree, transfer seamlessly to the master's degree, and finish both programs in five years. Nomination to the program will be based on grades, progress through the curriculum, and progress on a specific research project. A research mentor must nominate a student to the program based on the belief that the student can complete a research project and write and defend a thesis by the end of the fifth year. Students are nominated during the spring of their junior year. Nominations will be accepted the

fall of the senior year given a reasonable need for accommodation. After nomination, the student must follow the application procedures consistent with application to the Graduate School and Biology Graduate Program, with the following exceptions: student does not need to have completed the bachelor's degree; and the GRE score will be waived. Students must have a 3.2 GPA overall and in Biology; have completed 85 hours at time of admission to the program (99 hours if admitted at beginning of senior year); and have a thesis advisor. See the Bradley University Graduate Catalog for more information.

## Curriculum

The department is characterized by a faculty of teacher-scholars, completely modern facilities and equipment in Olin Hall of Science, and a curriculum emphasizing undergraduate preparation for careers in the life sciences and the health professions. Independent study and research participation are a regular part of the curricular pattern for qualified students.

Each student is assigned a faculty advisor upon enrollment and should consult the advisor on matters of course scheduling and career goals. Cooperative education assignments are also available.

The following sequence of courses is suggested for the first two years of the undergraduate curriculum.

**Freshman Year**

*First Semester*

- BIO 150- 2 hrs.
- CHM 110 - 3 hrs.
- CHM 111 - 1 hr.
- MTH 115 - 4 hrs.
- ENG 101 or COM 103 - 3 hrs.

**13 hours**

*Second Semester*

- BIO 151 - 4 hrs.
- BIO 152 - 1 hr.
- CHM 116 - 4 hrs.
- CHM 117 - 1 hr.
- MTH 116 (recommended) - 3 hrs.

- ENG 101 or COM 103 - 3 hrs.

**15 hours**

**Sophomore Year**

First Semester

- BIO 250 - 4 hrs.
- BIO 260 - 1 hr.
- CHM 252 and 253 - 5 hrs.
- Electives - 6 hrs.

**16-17 hours**

*Second Semester*

- BIO 251 - 3 hrs.
- BIO 252 - 1 hr.
- BIO 261- 2 hrs.
- Electives - 10 hrs.

**16 hours**

# Biology Minor

Students desiring a minor in Biology should plan to take a minimum of 23-26 hours. The required hours must be distributed as follows (each course must be completed with a C or better):

1. BIO 111/BIO 113 and BIO 112/114, or equivalent - 8 hrs.
2. Statistics: select one course from BIO 260/261, PSY 205, MTH 111, or ENC 310 - 3 hrs.
3. Additional hours in biology at the 300 – 400 level meeting the following criteria: 12-16 hrs.
   a. A minimum of four courses
   b. One course at the 300-400 level must have a lab
   c. Three hours of research (BIO 385/485) may be substituted for one course
4. Only one of the following may be used to satisfy one non-lab course in 3 above: BIO 230, BIO 250, or an approved general education course (BIO 300, BIO 301, or BIO 303).

Total hours 23-26 hours

# Neuroscience Minor

Neuroscience is the scientific study of neural processes, structures, and behavior. It is excellent preparation for students considering medical and health-related professions, for those interested in working in biomedical research, and/or for students planning to pursue graduate studies in the biological sciences.

For more information, see Neuroscience Minor (/academic/undergradcat/20152016/las-neurology.dot).

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# BIOLOGY COURSES

**BMS 150 - Introduction to Biomedical Science** *(2 hours)*

Introduces Biomedical Science majors to critical concepts in biomedical science fields focusing first on broad science topics such as hypothesis testing, library research, and ethics in science. The course then explores important topic areas in biomedical sciences including the definition and history of medicine, function of research in protecting human health and curing disease, and role of biotechnology. Prerequisite: BMS major or consent of chair

**BMS 320 - Environment and Human Health** *(3 hours)*

Introduces Biomedical Science majors to critical concepts in ecology and evolutionary biology. The health of any organism is impacted by its biotic and abiotic environment. The course will focus on investigating the environmental controls on human health and development, how environment controls virulence and spread of disease, and how health and agents of disease are impacted by evolution. Prerequisite: C or better in BIO 151 and BIO 251; BMS, BIO or ENS major; or consent of instructor.

**BMS 465 - Medical Physiology** *(3 hours)*

Introduces students to critical clinical concepts in human medical physiology. The course is not designed as a survey course of the eleven organ systems in the human body. Rather, the focus is on complete coverage and student understanding of a few specific systems, including cardiovascular, respiratory, renal, and muscular systems. The focus will be on understanding the physiology of the systems and how system dysfunction leads to disease states. Treatment options for various pathological conditions will be discussed. Prerequisite: C or better in BIO 250; or consent of instructor.

**BMS 466 - Human Anatomy** *(4 hours)*

Introduces students to cadaveric dissection and the study of the human musculoskeletal, nervous, and cardiovascular systems, with additional coverage of the other abdominal and thoracic systems. The focus of the course will be on application of anatomical knowledge to normal physiologic function and disease processes. Prerequisite: B or better in BMS 465 or B or better in BIO 310; or consent of instructor.

**BMS 490 - Biomedical Science Capstone** *(1 hour)*

Students will apply the skills and knowledge developed in the Biomedical Science major to complete collaborative projects with guidance from a team of faculty. Required for all Biomedical Science majors. Prerequisite: Senior standing (junior standing with consent of chair).

**BIO 101 - Diseases of Life** *(3 hours)*

**Gen. Ed. FS**

**Core Curr. NS**

Explores the science behind disease including the underlying biology, impact on students daily lives, and accuracy of media coverage.

**BIO 103 - The Biology of Sex** *(3 hours)*

**Core Curr. NS**

Introduces the concept of sex as it relates to reproduction, gender, and evolution. Focus will include impact on students' daily lives, and accuracy of media coverage.

**BIO 111 - Introduction to Cell Biology** *(3 hours)*

Introduces the concept of biological molecules and discusses the role of these molecules in the genetics and cell biology of the organism. Prerequisite: Education majors and allied health majors such as nursing, health science and dietetics. Biology minors can also enroll in this course with an approved Course Reserve Form.

**BIO 112 - Introduction to Ecology and Evolution** *(3 hours)*

Basic principles of evolutionary and ecological processes.

**BIO 113 - Introduction to Cell Biology Laboratory** *(1 hour)*

Emphasizes the concept of biological molecules and discusses the role of these molecules in the genetics and cell biology of the organism though inquiry based laboratory exercises. Prerequisite: Allied health majors such as nursing, health science and dietetics. Biology minors can also enroll in this course with an approved Course Reserve Form.

**BIO 114 - Introduction to Ecology and Evolution Laboratory** *(1 hour)*

Emphasizes the basic principles of evolutionary and ecological processes through inquiry based laboratory exercises. CoRequisite: BIO 112

**BIO 150 - Introduction to Biology** *(2 hours)*

Introduces Biology majors to critical concepts in biological sciences on broad topics such as hypothesis testing, ethics in science, and use of humans and animals in research. Exposes students to faculty research in the Department of Biology, as well as provides exposure to invited research seminars. Prerequisite: Biology major.

**BIO 151 - Molecules to Cells** *(3 hours)*

Introduces the concept of biological molecules and discusses the role of these molecules in the genetics and cell biology of the organism. Prerequisite: Biology, chemistry or LSM major; permission of the instructor. Credit will not be given for both BIO 151 and BIO 111. Corequisite: BIO 152 Molecules to Cells laboratory.

**BIO 152 - Molecules to Cells Laboratory** *(1 hour)*

**Core Curr. WI**

Emphasizes the concept of biological molecules and discusses the role of these molecules in the genetics and cell biology of the organism though inquiry based laboratory exercises. Prerequisite: Biology, chemistry, or LSM major, or permission of instructor. Corequisite: BIO 151

**BIO 155 - Integration of Biological Concepts** *(1 hour)*

An inquiry-based approach will be used to expose students to the skills necessary to integrate biological concepts across key content in sub-cellular and cellular biology. Prerequisite: Biology, Biomedical Science or Environmental Science Major.

**BIO 190 - Biology Freshman Scholars** *(1 hour)*

Students that are invited to participate in this program will examine the unique and integrated nature of sub-organismal, organismal and supra-organismal sub-disciplines of the field of biology through discussions and demonstrations of the scientific method and experimental approaches used across breadth of biology. In the second semester students will continue discussion as a group and will begin to explore hands on research through research experiences with faculty mentors in their research lab. Prerequisite: ACT score greater than or equal to 30, SAT score greater than or equal to 1340, or consent of chair.

**BIO 202 - Microbiology and Immunology** *(4 hours)*

**Gen. Ed. FS**

**Core Curr. NS**

Basic bacteriology, parasitology, virology, genetics, and principles of infection and immune response. Emphasis on application to health and disease.

**BIO 204 - Pathophysiology** *(3 hours)*

Provides an understanding of human pathophysiology including dysfunction of the cardiovascular, respiratory, renal, and immune systems. The focus will be on understanding the abnormal physiology of the systems and how system dysfunction leads to disease states. Treatment options for various pathological conditions will be discussed. Prerequisite: Transfer credit for BIO 230 and BIO 232. This course is for transfer students only.

**BIO 230 - Human Anatomy and Physiology I (Lecture)** *(3 hours)*

A comprehensive survey of human physiology and pathophysiology of the major organ systems of the body from a molecular and cellular perspective. To provide students with a combined understanding of all organ systems of the body and their integration in supporting homeostasis while providing insight into the disease process and how it disrupts normal physiology. Prerequisite: C or better in BIO 111 or permission of department chair

**BIO 231 - Human Anatomy and Physiology Laboratory I** *(1 hour)*

Covers anatomical positions and gross anatomy of skeletal muscles, selected nerves, soft anatomy (including the digestive, respiratory, urogenital, excretory, and endocrine systems), systemic, pulmonary, and cardiac circulation, the hepatic portal system, and heart anatomy. Dissected specimens and human models are used. Prerequisite: BIO 230 or concurrent enrollment

**BIO 232 - Human Anatomy and Physiology II (Lecture)** *(3 hours)*

A continuation of BIO 230 designed to provide students with a comprehensive understanding of human physiology and pathophysiology. Lectures will address the function of all major organ systems of the body from a molecular and cellular perspective. Students gain an understanding of organ system integration in supporting homeostasis and also of how the disease process interrupts physiological systems. Prerequisite: C or better in BIO 111 and BIO 230 or permission of department chair.

**BIO 233 - Human Anatomy and Physiology Laboratory II** *(1 hour)*

Covers histology and function of the following tissues: integument, blood vessels, and muscle, connective, lymphoid, respiratory, excretory, digestive, endocrine, reproductive, and nervous tissues. Content includes axial and appendicular skeletal anatomy, brain anatomy and function,

cardiac function, spirometry, and origin and activity of selected hormones. Gross anatomy and anatomical features are covered or reviewed from BIO 231. Dissected specimens and human models are used. Prerequisite: BIO 230, 231, and 232 or concurrent enrollment in BIO 232

### BIO 250 - Organismal Biology *(4 hours)*

Basic functions and related anatomy of a variety of organisms at various levels of organization. With laboratory. Prerequisite: CHM 110, 111; C or better in BIO 151.

### BIO 251 - Ecology, Evolution and Biodiversity *(3 hours)*

An introduction to evolutionary and ecological processes and the diversity of life that these processes have generated. Prerequisite: C or better in BIO 151 and BIO 152.

### BIO 252 - Ecology, Evolution and Biodiversity Laboratory *(1 hour)*

An introduction to evolutionary and ecological processes and the diversity of life through inquiry based laboratory exercises. Prerequisite: C or better in BIO 151 Corequisite: BIO 251

### BIO 260 - Biological Statistics I *(1 hour)*

Introduction to statistics including basic skills for summarizing data, basic probability theory and probability distributions necessary to understand and evaluate variation in environmental systems. Prerequisite: MTH 109; or qualifying score on math placement exam; or consent of instructor.

### BIO 261 - Biological Statistics II *(2 hours)*

A follow-up to Biological Statistics I introducing hypothesis testing, and the use and interpretation of statistical analyses such as the T Test and analysis of variance. Prerequisite: C or better in BIO 260; or consent of instructor.

### BIO 280 - Directed Research *(1-3 hours)*

Individual reading and research projects for qualified underclassmen. Repeatable up to 3 semester hours. Pass/Fail. Prerequisite: Advanced Placement biology credit, department placement test credit, or consent of chair.

### BIO 300 - Population, Resources and Environment *(3 hours)*

**Gen. Ed. TS**

**Core Curr. MI,NS**

Introduction to the fundamental principles of how the environment functions and how people interact with their environment. The emphasis will be on populations, resource use, pollution,

disease and land-use and the associated ethical, economic and political concerns. The course is designed to integrate an understanding of the way in which people interact with their environment and use resources, the consequences of this interaction and mechanisms by which the impacts can be mitigated and sustainable systems achieved. Prerequisite: Students with credit for ENS 110 may not enroll in BIO 300. Junior or senior standing, or sophomores by permission.

**BIO 301 - Biotechnology and Society** *(3 hours)*
**Gen. Ed. TS**

Various biotechnologies from medicine, agriculture, and industry; societal impacts of these technologies. Prerequisite: Junior or senior standing, or sophomores by permission.

**BIO 303 - Plants and People** *(3 hours)*
**Gen. Ed. TS**
**Core Curr. NS**

This course examines the interdependence of humans and plants. Emphasis is on the plants that provide us with food, medicine, recreation, personal hygiene products and material goods as well as those that produce stimulating, intoxicating and psychoactive effects. Also included are the impacts of plants on human history, health and technology. Field trips will enrich the learning experience. Prerequisite: Junior or senior standing, or sophomores by permission of instructor

**BIO 304 - Ecology of Place** *(3 hours)*
**Core Curr. MI,NS**

Provides a landscape level understanding of the ecological principles and environmental constraints that determine the characteristics of a specific location. Focus will also extend to the historical culture and human enterprise supported by that environment. Prerequisite: Junior or senior standing, or sophomores by permission of instructor

**BIO 310 - Genetics** *(3 hours)*

Strengthens the understanding of Mendelian genetics and introduces the topic of non-Mendelian genetics. Modern molecular genetics concepts of DNA replication, transcription, and translation, primarily in prokaryotes, will be included. An introduction to molecular genetic techniques will be provided. The laboratory will include experiments designed to characterize genetic crosses through phenotypic as well as molecular approaches in prokaryotes and eukaryotes. Prerequisite: CHM 110, CHM 111; C or better in MTH 115 or MTH 121; C or better in BIO 150, BMS 150 or CHM 292; BIO 151, BIO 152, and BIO 250; or consent of instructor.

**BIO 311 - Genetics laboratory** *(1 hour)*

The genetics laboratory will provide a demonstration of Mendelian genetics as well as an introduction into molecular genetic techniques through guided experiments as well as group research projects. Laboratory exercises will demonstrate DNA cloning, sequencing, restriction digestion and the polymerase chain reaction. Additional experiments demonstrating other aspects of genetics, gene regulation and molecular biology will be employed. Prerequisite: Enrollment in BIO 310 or consent of instructor.

**BIO 312 - Developmental Biology** *(4 hours)*

Descriptive chemical and experimental analysis of principles of development. Prerequisite: BIO 310 with a C or better.

**BIO 314 - Plant Development** *(4 hours)*

Plant development will be covered from seed germination through establishing a plant body plan, including the maturation of all organs. Examples of molecular genetic control of plant development will be included as well as discussing the role of the environment on plant development. Prerequisite: BIO 310 with a C or better.

**BIO 323 - Comparative Anatomy** *(4 hours)*

Gross anatomy; evolution of chordate structure. Prerequisite: 6 hours college-level biology.

**BIO 324 - Plant Diversity** *(4 hours)*

Structure and function of the major groups of photosynthetic organisms in the context of evolutionary history. Prerequisite: C or better in BIO 151 and 251.

**BIO 334 - Reproduction and Identification of Flowering Plants** *(4 hours)*

Evolution and ecology of flowering plant reproduction. Characteristics and identification of common flowering plant families of Illinois. Prerequisite: C or better in BIO 151, 250 and 251.

**BIO 341 - Personal Genomics** *(3 hours)*

This course will explore issues in personal genomics and genealogy. The course will discuss the methods of obtaining personal genomic information and introduce them to interpretation of the results and how to obtain more information about themselves. Students will be encouraged to obtain their personal genomic information to explore or to use available information. Priority for enrollment will be given to students in the biology minor. The course will not count towards the biology major. Prerequisite: C or better in BIO 111 or BIO 151; C or better in BIO 112 or BIO 251; C or better in BIO 260 and BIO 261, or PSY 205, or EHS 310; or consent of the instructor.

## BIO 343 - Cells and Genomes *(3 hours)*

The Human Genome Project, completed in 2001, ushered in a new era of biological research and understanding, as the relationship between DNA sequences and cellular functions became easier to study. The first half the course provides students a general background in genome structure and function, along with an advanced look at selected topics in cell biology. This knowledge will then be used as a basis to delve into detailed explanations of important health-related topics, including immune system function, cancer, and development. Priority for enrollment will be given to students in the biology minor. The course will not count towards the biology major. Prerequisite: C or better in BIO 111, BIO 151, or equivalent; or permission from instructor.

## BIO 345 - Virology *(3 hours)*

Provides molecular and clinical aspects of virus construction, infection, and replication in the host, transmission, evolution, etiology and epidemiology, immune response, and disease prevention and treatment. Other topics will include vaccine technology, emerging viruses, and potential bioterrorism agents. Students will coherently and thoroughly present selected viral pathogens. Priority for enrollment will be given to students in the biology minor. The course will not count towards the biology major. Prerequisite: BIO 111 or BIO 151; Junior or senior standing; or permission of instructor.

## BIO 347 - Our Microbial World *(3 hours)*

Microorganisms play an integral part in our daily lives. This course will explore the many ways in which microorganisms impact our everyday lives, including topics such as the impact of microorganisms on our health and infectious disease, the use of microorganisms for the fermentation of food, the impact of microorganisms on food preservation and spoilage, the use of microorganisms in biotechnology, and the impact of microorganisms on the environment and agriculture. Priority for enrollment will be given to students in the biology minor. The course will not count towards the Biology major. Prerequisite: BIO 111 or BIO 151; or consent of instructor.

## BIO 351 - Human Histology *(3 hours)*

Students will expand upon their basic knowledge of cell structure by examining the various cell types found in the human body. Emphasis will be placed on how cell structure varies between tissue types and how structure determines function. In addition, students will understand how

each tissue type develops, and what occurs during tissue damage and repair. Priority for enrollment will be given to students in the biology minor. The course will not count towards the Biology major. Prerequisite: C or better in BIO 111 or BIO 151; or consent of instructor

## BIO 353 - Human Physiology and Pharmacology *(3 hours)*

Prepares students interested in post-graduate medical or medically-affiliated programs with increased exposure to human physiology and pharmacology. Physiology, broadly defined, is the study of the functionality of cells, organs, organ systems, and the organism, and homeostatic balance. Pharmacology is defined as the study of substances that interact with living systems through chemical processes. This course will focus on the physiological effects of drugs on a variety of physiological systems. Priority for enrollment will be given to students in the biology minor. The course will not count towards the biology major. Prerequisite: C or better in BIO 230 and BIO 232, or BIO 250, or consent of instructor.

## BIO 355 - Soil Biology *(3 hours)*

Focuses on the role of soil microbes in the structure and functioning of ecosystems. Includes discussions of the characteristics of soil microorganisms and the way in which they interact with their environment. Hands-on activities will focus on skills needed for soil sampling, identification of organisms, and determining rates of C and N processing. Soils are essential for human health through the role they play in plant production and ecosystem services. Priority for enrollment will be given to students in the biology minor. The course will not count towards the biology major. Prerequisite: C or better in BIO 112 or BIO 251 or consent of instructor.

## BIO 358 - Research Exploration in Biology *(1-3 hours)*

Students enrolled in the class will see first-hand how biology research is conducted and how biology research informs our daily lives. Many of the decisions made in medicine, policy, law, etc. are currently being made based on the research conducted by biologists. This course will allow students insight to the realities of scientific research. Students that are seeking a biology minor or increasing their depth of understanding of research would benefit from this course. Under the direction of a faculty mentor, students will be exposed to the research processes, hypothesis formulation, data collection, analysis, interpretation, and presentation of research results. Prerequisite: 2.75 grade point average in students major and consent of instructor.

**BIO 359 - Current Topics in Biology** *(2-8 hours)*

Provides students with an understanding of a content area of Biology that they cannot experience through any course currently offered in biology at the level appropriate for the minor. The courses will be organized, taught, and graded in a manner that is consistent with the other courses offered for the Biology Minor and as consistent with the practice of the Biology Department. Priority for enrollment will be given to students in the biology minor. BIO 359 will not count towards the biology major. Prerequisite: C or better in BIO 111 and BIO 112; Biology minor or consent of instructor

**BIO 361 - Microanatomy** *(4 hours)*

Organs, tissues, and cells of animals: ultrastructure and relation to function. Prerequisite: 6 semester hours of college-level biology or two years of high school biology; physical or natural science major or consent of instructor.

**BIO 371 - Invertebrate Zoology** *(4 hours)*

Detailed biological survey of major invertebrate phyla and their evolutionary relationships. Emphasis will be placed on organism physiology and ecology. Students will gain knowledge in invertebrate morphology and classification through dissection of representative animals. Lecture and laboratory. Cross listed as GES 302. Prerequisite: C or better in BIO 151, and BIO 251 (or equivalent); or consent of instructor.

**BIO 381 - Comparative Animal Physiology** *(3-4 hours)*

Fundamental concepts of mechanisms employed by various animal groups to satisfy functional requirements for living. Physiological differences and similarities. Four hours if taken with lab. Prerequisite: CHM 116, 252, 253; C or better in BIO 250.

**BIO 385 - Supervised Research** *(1-3 hours)*

Supervised research for qualified students in special areas of biology. May be repeated for a total of 6 credit hours. Prerequisite: 2.75 grade point average in student's major and sophomore standing; or consent of instructor.

**BIO 406 - General Microbiology** *(4 hours)*

Distinguishing features of microorganisms: structure, function, and their underlying basis, genetics. Microbial growth and death. Phylogeny of microbes and horizontal gene transfer. Infectious diseases and immunity. Exploitation of microbes by humans. Lab mandatory. Cross-listed as BIO 506. Prerequisite: C or better in BIO 151 and CHM 110.

**BIO 408 - Bacterial Pathogenesis** *(4 hours)*

Basic bacterial cell biology and the human innate and adaptive immune systems. Focuses on and explores the cellular and molecular mechanisms used by bacterial pathogens to bypass the defenses of the body to cause infection in humans. Includes laboratory. Cross-listed as BIO 508. Prerequisite: C or better in BIO 151 and BIO 152 or BIO 111 and BIO 113.

**BIO 417 - Environmental Physiology** *(3-4 hours)*

Provides an understanding of the mechanisms that animals use to cope with environmental conditions, including extreme habitats and habitat fluctuations. Lectures will focus on the physiology of metabolism, body temperature, respiration, osmoregulation, and nervous systems in both invertebrate and vertebrate animals from a broad range of habitats. Laboratory experiments will focus on the biochemical and organismal acclimations animals use to cope with fluctuations in temperature, oxygen, and salinity. Crosslisted with BIO 517. Prerequisite: C or better in BIO 250, 251, and 252 (or equivalent); or consent of instructor.

**BIO 419 - Ethology** *(4 hours)*

Development and evolution of animal behavior in individuals and social groups from various phyla. Cross-listed as BIO 519. Prerequisite: C or better in BIO 151, BIO 250 and BIO 251.

**BIO 420 - Ecosystem Ecology** *(4 hours)*

Description of ecosystem form and function with focus on biogeochemistry, food webs, and energy transformations within natural systems. Emphasis on application of ecosystem principles to sustainable land management and current issues such as global change and nitrogen deposition. Cross-listed as BIO 520. Prerequisite: C or better in BIO 250 and BIO 251 (or equivalent); CHM 116; MTH 115 or 121; or consent of instructor.

**BIO 423 - Freshwater Ecology** *(4 hours)*

The course will explore the major types of freshwater ecosystems and the interactions among physical, chemical, and biological processes that determine ecosystem structure and function. There will be an emphasis on water as a resource and the consequences of human activities, such as species introductions and pollution, on sustainable resource use. Lab will focus on skills needed for measuring key physical, chemical, and biological characteristics of freshwater ecosystems. Cross listed as BIO 523. Prerequisite: C or better in BIO 250 and BIO 251 (or equivalent); CHM 116; MTH 115 or 121; or consent of instructor. Students with credit for BIO 523 will not be allowed to enroll in BIO 423.

## BIO 430 - Soil Ecology *(3 hours)*

The role of soils and soil microbes in the structure and functioning of ecosystems. Focus will include current principles and best management practices for long-term sustainability. The laboratory experience will explore soil chemistry and biology as related to land use practices. Prerequisite: C or better in BIO 250, 251, and 252 (or equivalent); CHM 116; or consent of instructor.

## BIO 440 - Evolution *(3 hours)*

Mechanisms of evolution, historical evolution, and history of evolutionary thought. Cross-listed as BIO 540. Prerequisite: C or better in BIO 151, BIO 250, BIO 251 and 310; MTH 115 or 121.

## BIO 450 - Conservation Biology *(3 hours)*

Conservation biology is a multidisciplinary field that focuses on the preservation of biological diversity. Class work emphasizes conservation values and ethics, patterns of biodiversity, threats to biodiversity, and management strategies at the population, species, and ecosystem levels. Active learning activities include discussions of case studies, stakeholder meetings, field trips to observe local conservation issues and work, and guest presentations by conservation professionals. Cross-listed as BIO 550. Prerequisite: C or better in BIO 151, BIO 250 and BIO 251.

## BIO 460 - Ecology *(4 hours)*

Interrelationships among animals, plants, and their environment: ecosystems, biotic communities, population changes, and applied ecology. Prerequisite: MTH 115 or 121; C or better in BIO 250 and BIO 251 (or equivalent); or consent of instructor.

## BIO 463 - Plant Ecology *(4 hours)*

Physiological and growth responses of plants to environmental stresses, and consequences to the structure and function of communities and ecosystems. Cross-listed as BIO 563. Prerequisite: C or better in BIO 151, BIO 250 and BIO 251 (or equivalent); or consent of instructor.

## BIO 464 - Cell Biology *(3-4 hours)*

Structural and functional organization of cells and their dynamic interactions with the environment. Methods and techniques of investigation. Cross-listed as BIO 564. Prerequisite: C or better in BIO 310, CHM 252, and CHM 253.

## BIO 468 - Immunology of Host Defense *(3-4 hours)*

Immune response to foreign challenges. Immunologically important molecules and cells; their formation, generation of diversity, and interaction within specialized tissues to mount and regulate an immune response. Contemporary and classical tools and strategies for investigating immunity and their application to other fields. Anomalous immune responses and resultant diseases. Lab optional. Cross-listed as BIO 568. Course is not open to those students with BIO 396 credit. Prerequisite: C or better in BIO 151 and CHM 110, or consent of instructor.

## BIO 470 - Seminar *(1 hour)*

Selected topics in biological sciences. May be repeated under different topics. Repeatable to a maximum of six hours. Prerequisite: 2.0 grade point average in student's major; junior or senior standing; consent of instructor.

## BIO 475 - Special Topics Biol *(2-4 hours)*

Selected coursework in biology. May be repeated under different topics for a total of 8 credit hours. Prerequisite: 2.75 grade point average in student's major and junior standing; or consent of instructor.

## BIO 480 - Readings *(1-3 hours)*

Individual assignments of relevant topics in biological sciences. Prerequisite: 2.75 grade point average in student's major; junior or senior standing; consent of instructor.

## BIO 482 - Endocrinology *(3 hours)*

Provides an understanding of how hormones control the physiological systems of the body. Lectures will include definitions of hormones and hormone types, regulation of hormones and their receptors, classes of hormones, signal transduction and regulation of intracellular messengers, growth factor receptors, and nuclear receptors. Additional lecture topics will include growth hormones, prolactin, neurotrophic factors, hematopoietic growth factors and cytokines. Cross-listed with BIO 582. Students that have credit for BIO382 or BIO582 may not enroll in BIO 482 Prerequisite: C or better in BIO 250 or consent of instructor.

## BIO 483 - Stem Cell Biology and Tissue Regeneration *(3 hours)*

Provides an understanding of basic biology of stem cells including the role of stem cells in development and endogenous tissue regeneration. Cross-listed as BIO 583. Students that have credit for BIO 583 may not enroll in BIO 483. Prerequisite: C or better in BIO 250 (or equivalent); or consent of instructor.

## BIO 484 - Neurophysiology *(3-4 hours)*

An introduction to the basic principles of cellular and molecular neurobiology of the nervous system. General topics include cellular, molecular and developmental biology of nerve cells, synapses and neural systems. Laboratory optional. Cross-listed with BIO 584. Students that have credit for BIO384 or BIO584 may not enroll in BIO 484. Prerequisite: C or better in BIO 250 or consent of instructor.

## BIO 485 - Research *(1-6 hours)*

Individual research for qualified students in special areas of biology. Prerequisite: 3.0 grade point average in student's major; either a minimum of 3 credit hours in BIO 385 or senior standing; or consent of instructor.

## BIO 490 - Biology Capstone *(1 hour)*

Students will apply the skills and knowledge developed in the Biology major to complete collaborative projects with guidance from a team of faculty. Required for all Biology majors. Prerequisite: Senior standing (junior standing with consent of chair).

## BIO 500 - Thesis Proposal Preparation *(1 hour)*

Designed to prepare students to write and present their graduate thesis proposal. The instructor will work with students to develop the appropriate timeline and give a general outline of relevant information for a thesis proposal and instruction on developing and giving presentations. Students will also be directed to the CITI site to complete an ethics training module. The student will work with the thesis advisor to develop and edit the thesis proposal. The course will serve as a mechanism to organize proposal development and presentation. Ultimate responsibility for student grade and confirmation of completion of the work will reside with the faculty advisor who will report to the instructor of record. It is intended that students will present their written proposal to their chosen thesis committee and present their thesis proposal orally to the committee and department at the end of the semester they are enrolled in this course. Prerequisite: Graduate standing or consent of Graduate Advisor

## BIO 502 - Biometry *(3 hours)*

Principles of biological measurement. Topics include the nature of data, sampling, experimental design, and statistical analysis. Prerequisite: C or better in BIO 260, 261 or equivalent.

## BIO 503 - Molecular Genetics *(3-4 hours)*

Molecular genetics is the study of the intricate control of cellular events such as DNA replication, transcription, and translation. Familiarizes students with the exciting and rapidly advancing field of molecular biology and with some of the techniques that are used by molecular biologists. Primary focus will be on eukaryotic organisms. Prerequisite: C or better in BIO 310 (Genetics); permission of instructor.

## BIO 505 - Topics in Bioethics *(3 hours)*

Topics in Bioethics aims to enlighten students to ethical issues in modern biology. This will be done through films, readings, discussions and student writing and presentations. Topics will include eugenics, medical ethics, implications of the human genome project, and genetically modified organisms. Prerequisite: Junior standing with a GPA of 3.0 or higher. BIO 111 or BIO 151 recommended

## BIO 506 - Advanced Microbiology *(3 hours)*

Comprehensive discussion of selected topics of current interest in microbiology, including microbial genetics, microbial growth, environmental microbiology, infectious diseases and immunity, and the exploitation of microorganisms by humans. Laboratory experiments will demonstrate and further explore techniques and ideas discussed in lecture. Students will discuss and critically analyze primary research literature that is complementary to topics discussed in lecture. Lab mandatory. Cross-listed as BIO 406. Prerequisite: four semesters of biology with laboratory; organic chemistry; or consent of instructor. Students who have credit for BIO 406 may not enroll in BIO 506.

## BIO 508 - Advanced Bacterial Pathogenesis *(3 hours)*

Basic bacterial cell biology and the human innate and adaptive immune systems. Focuses on and explores the cellular and molecular mechanisms used by bacterial pathogens to bypass the defenses of the body to cause infection in humans. Includes laboratory. Cross-listed as BIO 408. Prerequisite: C or better in BIO 151 and BIO 152 or BIO 111 and BIO 113 or equivalent required. Junior standing in Biology or Chemistry with a GPA of 3.0 or higher or consent of instructor. Students with credit for 408 cannot enroll in 508.

## BIO 509 - Human Genetics *(3 hours)*

Genetic theory and methodology applied to humans. Prerequisite: C or better in BIO 310 or consent of instructor

## BIO 517 - Environmental Physiology *(3 hours)*

Provides an understanding of the mechanisms that animals use to cope with environmental conditions, including extreme habitats, and habitat fluctuations. Lectures will focus on the physiology of metabolism, body temperature, respiration, osmoregulation, and nervous systems in both invertebrate and vertebrate animals from a broad range of habitats. Laboratory experiments will focus on the biochemical and organismal acclimations animals use to cope with fluctuations in temperature, oxygen, and salinity. Crosslisted with BIO 417. Prerequisite: C or better in BIO 250, 251, and 252 (or equivalent)and senior or graduate standing; or consent of instructor. Students who have credit for BIO 417 may not enroll in BIO 517.

## BIO 519 - Comparative Animal Behavior *(3 hours)*

Advanced content encompassing a wide variety of vertebrate and invertebrate species with emphasis on comprehension of primary literature and research. Cross-listed as BIO 419. Prerequisite: 6 hours college-level biology and senior or graduate standing. Students with credit in BIO 419 cannot enroll in BIO 519.

## BIO 520 - Advanced Ecosystems Ecology *(3 hours)*

A comprehensive description of ecosystem form and function with focus on biogeochemistry, food webs, and energy transformations within natural systems. Emphasis on application of ecosystem principles to sustainable land management and current issues such as global change and nitrogen deposition. Understanding of the complex nature of the systems emphasized through use of primary literature, small group discussion and individual projects. Cross-listed as BIO 420. Prerequisite: C or better in BIO 250 and BIO 251 (or equivalent); CHM 116; MTH 115 or 121; graduate standing or consent of instructor. Students with credit in BIO 420 cannot enroll in BIO 520.

## BIO 523 - Advanced Freshwater Ecology *(3 hours)*

The course will explore the major types of freshwater ecosystems and the interactions among physical, chemical, and biological processes that determine ecosystem structure and function. There will be an emphasis on water as a resource and the consequences of human activities, such as species introductions and pollution, on sustainable resource use. Lab will focus on skills needed for measuring key physical, chemical, and biological characteristics of freshwater ecosystems. Cross listed as BIO 423. Prerequisite: C or better in BIO 250 and BIO 251 (or equivalent); CHM 116; MTH 115 or 121; graduate standing or consent of instructor. Students with credit in BIO 423 cannot enroll in BIO 523.

**BIO 525 - Advanced Physiology** *(3 hours)*

Detailed study of the structure and function of animals; special reference to the human body; theories and methods of investigation mostly at organ system level; adaptational strategies to special conditions. Prerequisite: one semester of physiology or consent of instructor.

**BIO 526 - Advanced Pathophysiology** *(3 hours)*

Detailed presentation of pathological conditions in the human body, with particular focus on the cellular basis for disease in muscular, respiratory, renal, and cardiovascular systems. Prerequisite: BIO 525 or concurrent enrollment, or consent of the instructor.

**BIO 527 - Physiology of Anesthesia** *(3 hours)*

Emphasis on the pharmacokinetics and pharmacodymanics of various anesthetic agents in the human body, with particular attention on the effect of the agents on the major physiological systems. Prerequisite: BIO 525; consent of instructor.

**BIO 530 - Plant Systematics** *(3 hours)*

Evolution, classification, and characteristics of various flowering plant families. Prerequisite: 6 hours college-level biology.

**BIO 540 - Evolution** *(3 hours)*

Advanced content in evolutionary history, the mechanisms of evolution, and how evolutionary theory forms the basis for all biology. In-depth examination of selected evolutionary topics utilizing discussions, primary literature, and student presentations. Cross-listed as BIO 440. Prerequisite: Graduate standing or consent of instructor. Students who have credit for BIO 440 may not enroll in BIO 540.

**BIO 550 - Conservation Biology** *(3 hours)*

Advanced content on the preservation of biodiversity. In-depth examination of selected conservation issues utilizing case studies, field trips, discussions, primary literature, and student presentations. Cross-listed as BIO 450. Prerequisite: graduate standing or consent of instructor. Students who have credit for BIO 450 may not enroll in BIO 550.

**BIO 563 - Advanced Plant Ecology** *(3 hours)*

Physiological and growth responses of plants to environmental stresses, and consequences to the structure and function of communities and ecosystems. Cross-listed as BIO 463. Prerequisite: Graduate standing or consent of instructor. Students who have credit for BIO 463 may not enroll in BIO 563.

**BIO 564 - Advanced Cell Biology** *(3 hours)*

Structural and functional organization of cells and their dynamic interactions with the environment. Methods and techniques of investigation. Cross-listed as BIO 464. Prerequisite: C or better in BIO 310, or consent of instructor. Students who have credit for BIO 464 may not enroll in BIO 564.

**BIO 568 - Cellular and Molecular Immunology** *(3 hours)*

Interaction between foreign antigen, antigen presenting cells, B lymphocytes, and T lymphocytes to mount immune responses. Molecules responsible for immune interactions. Random generation of the diversity of the immune response, its associated problems, and natural solutions through selection and energy. Lab required. Cross-listed as BIO 468. Prerequisite: BIO 564 or equivalent, or consent of instructor. Students who have credit for BIO 396 or BIO 468 may not enroll in BIO 568.

**BIO 570 - Seminar** *(1 hour)*

Selected topics in biological sciences. May be repeated under different topics for a maximum of 3 credit hours. Prerequisite: 3.0 grade point average in student's major; senior or graduate standing; consent of instructor.

**BIO 575 - Special Graduate Topics in Biology** *(2-3 hours)*

Selected graduate-level coursework in biology. May be repeated under different topics for a total of 6 credit hours. Prerequisite: 3.0 grade point average in graduate-level biology program; or consent of instructor.

**BIO 580 - Readings** *(1-3 hours)*

Individual assignments of relevant topics in biological sciences. Prerequisite: 3.0 grade point average in student's major; senior or graduate standing; consent of instructor.

**BIO 582 - Endocrinology** *(3 hours)*

Provides an understanding of how hormones regulate physiological systems and their role in endocrine disorders. Expert guest lectures from those in the field will provide supplementary content related to advanced topics. Cross-listed with BIO 482. For cross-listed undergraduate/graduate courses, the graduate level courses will have additional academic requirements beyond those of the undergraduate course. Students that have credit for BIO 382 or BIO482 may not enroll in BIO 582. Prerequisite: C or better in BIO 250 (or equivalent); graduate standing or consent of instructor.

## BIO 583 - Stem Cell Biology and Tissue Regeneration *(3 hours)*

Provides graduate students with an understanding of basic biology of stem cells including the role of stem cells in development and endogenous tissue regeneration. Cross-listed as BIO 483. Students that have credit for BIO 483 may not enroll in BIO 583. Prerequisite: C or better in BIO 250 (or equivalent); graduate student standing or consent of instructor.

## BIO 584 - Neurophysiology *(3 hours)*

An introduction to the basic principles of cellular and molecular neurobiology of the nervous system. General topics include cellular, molecular and developmental biology of nerve cells, synapses and neural systems. Cross-listed as BIO 484. Students with credit in BIO384 or BIO 484 cannot enroll in BIO 584. Prerequisite: C or better in BIO 250 (or equivalent); graduate standing or consent of instructor.

## BIO 585 - Research *(1-6 hours)*

Individual research for qualified students in special areas of biology. Prerequisite: senior-graduate standing, consent of instructor, 3.0 grade point average in the major field of study.

## BIO 681 - Readings *(1-6 hours)*

Readings in an area of interest to the student. Prerequisite: graduate standing and consent of instructor.

## BIO 683 - Research *(1-6 hours)*

Research in an area of interest to the student. Prerequisite: graduate standing and consent of advisor.

## BIO 699 - Thesis *(0-6 hours)*

Research and thesis preparation. Repeatable to a maximum of six hours of credit. Prerequisite: consent of program coordinator.

# CHEMISTRY AND BIOCHEMISTRY

**Professionally accredited by the American Chemical Society**

**FACULTY** Professors Andersh,  Bosma, Campbell, Field (emeritus), Gayhart (emeritus), Glover (emeritus), Kolb (emeritus); Associate Professors Flint, Fry, Helenek (emeritus), McQuade, Remsen; Assistant Professors Schnupf, Sengupta; Visiting Assistant Professor: Woods; Lecturers: Champion, Moroz (emeritus), Wentzel; Lab Coordinator Fitzjarrald, Montag; Research Professor Haverhals

Chair: Fry

Associate Chair: Bosma

The Mund-Lagowski Department of Chemistry and Biochemistry faculty and students comprise a learning community dedicated to the study of science and the application of the scientific method, to solve problems from both theoretical and applied perspectives. Providing programs in a personal environment characteristic of a small college, in outstanding facilities with modern instrumentation akin to that of larger institutions affords the Department a unique stature in higher education. Our faculty is comprised of dedicated teachers who are professional chemists with active research programs. The Chemistry major has received continuous certification by the Committee on Professional Training of the American Chemical Society since 1949.

Employers, graduate schools, and professional schools have recognized our graduates as having excellent problem-solving, critical-thinking, and communication skills, the ability to work in collaborative teams, and a broad understanding of chemistry's interdisciplinary nature. The Department offers courses in all areas of chemistry: analytical, biochemistry, inorganic, organic, materials, environmental, and physical. Our graduates are well prepared for careers in the chemical or educational professions, entrance into graduate programs in chemistry or biochemistry, or entrance into professional programs, including medical, dental, pharmacy, optometry, veterinary, business, or law.

Research is an integral part of the learning process and an important component of many careers in the discipline and, as such, students are encouraged to begin independent studies early in their academic careers. Working alongside their faculty mentors, students use high-tech instrumentation to do relevant real-world research, sometimes in partnership with local

laboratories or companies. Often, our students co-author scientific journal publications and present their work at national and regional conferences as well as during the Department's weekly seminar series.

**Advanced Placement**: Students earning a 5 on the Advanced Placement Examination will receive credit for CHM 110, 111, and 112. Those who earn a score of 4 will receive credit for CHM 110 and 111. Those who earn a score of 3 will receive credit for CHM 100 and 101.

**Internal Transfer Students**: Before declaring a major or minor in the Department, internal transfer students must have achieved a 2.25 overall grade point average and completed at least one course in the departmental common curriculum at Bradley, earning a C or better,

To prepare our majors to achieve their professional objectives, six curricular options leading to a Bachelor of Science or a Bachelor of Arts degree are available. The Department also offers a Minor in Chemistry and jointly sponsors a program in Medical Laboratory Science (LSM) (http://www.bradley.edu/academic/undergradcat/20172018/las-lsm.dot) with the Department of Biology and a program in Environmental Science—Chemistry (ENS-C) (http://www.bradley.edu/academic/undergradcat/20172018/las-env.dot) with the Departments of Biology and Physics. In addition, the Department offers two combined Baccalaureate and Master's degree options, the B.S./M.S.-Chemistry and the B.S./M.S.-Biochemistry. These accelerated, research-intensive programs provide opportunities for students to earn both a B.S. and an M.S. degree in less time than traditionally required and enrollment in these programs is limited. B.S./M.S. graduates find immediate employment or have very high acceptance rates into Ph.D. or professional school programs. Students enrolled in a B.S./M.S. program who decide not to complete the combined degree program can graduate with a B.S. degree by fulfilling the requirements of any program offered by the Department.

### Departmental Major Requirements

All majors must meet the all-university degree requirements, departmental common curriculum requirements, and the required courses for their chosen major or concentration. Typical course sequencing schedules for all departmental majors and concentrations may be found on the Department's website.

### Chemistry and Biochemistry Common Curriculum Requirements

Students in the B.S., B.A., or B.S./M.S. programs must successfully complete the Chemistry and Biochemistry Common Curriculum Requirements:

• CHM 110 General Chemistry I - 3 hr.

• CHM 111 General Chemistry I Laboratory - 1 hr.

• CHM 114 Chemistry of the Elements - 1 hr.

• CHM 116 General Chemistry II - 3 hr.

• CHM 117 General Chemistry II Laboratory - 1 hr.

• CHM 252 Organic Chemistry I - 4 hr.

• CHM 253 Organic Chemistry Laboratory I - 1 hr.

• CHM 256 Organic Chemistry II - 3 hr.

• CHM 257 Organic Chemistry Laboratory II - 1 hr.

• CHM 292 Chemical Informatics - 1 hr.

• CHM 326 Analytical Chemistry - 4 hr.

• CHM 360 Biochemistry - 3 hr.

• CHM 380 Seminar I in Chemistry and Biochemistry - 0 hr.

• CHM 386 Seminar II in Chemistry and Biochemistry - 1 hr.

• CHM 470 or 570 Physical Chemistry I - 3 hr.

• CHM 480 or 580 Seminar III in Chemistry and Biochemistry - 1 hr.

• One semester of biology with laboratory (BIO 151 and BIO 152) - 4 hr.

• One year of college-level physics (PHY 110, 201 or PHY 107, 108)* - 8 hr.

• Two semesters of calculus (MTH 121, 122 or MTH 115, 116)* - 7-8 hr.

*A grade of C or higher must be earned in CHM 110, 111, 116, 117, 252, and 253 before continuing on to the next course in this sequence.*

*Students in the Chemistry American Chemical Society Certified-Concentration (CHM-C) must take PHY 110, PHY 201, MTH 121, and MTH 122 to fulfill the physics and calculus requirements.

# Biochemistry Major (BCM)

This course of study is designed for students wishing to prepare for entrance into a graduate program, a career in biochemistry or a career in allopathic, osteopathic, or veterinary medicine. All students must complete the Chemistry and Biochemistry Common Curriculum Requirements and:

• CHM 361 Biochemistry Laboratory - 1 hr.

• CHM 420 or 520 Instrumental Analysis - 4 hr.

• CHM 436 or 536 Inorganic Chemistry- 3 hr.

• CHM 462 or 562 Protein Structure and Function - 3 hr.

• CHM 466 or 566 Intermediary Metabolism - 3 hr.

• CHM 471 or 571 Physical Chemistry Laboratory I - 1 hr.

• BIO 310 Genetics - 3 hr.

• BIO 311 Genetics Laboratory - 1 hr.

• BIO 464 or 564 with lab Cell Biology - 3-4 hr.

**Total hours required for the BCM major: 72-74.**

# Chemistry Major

The specific courses and enrollment sequences taken are a function of the Chemistry Major Concentration selected. All students who are candidates for the B.S. or B.A. major must complete the requirements of the selected Chemistry Concentration.

# Chemistry American Chemical Society Certified-Concentration (CHM-C)

This concentration is designed for students wishing to attend graduate school in chemistry or who plan to seek immediate employment in chemistry or an allied field. Students who complete this concentration will receive an American Chemical Society Certified Degree. All students must complete the Chemistry and Biochemistry Common Curriculum Requirements, using PHY 110, PHY 201, MTH 121, and MTH 122 for the physics and calculus options and:

• CHM 361 Biochemistry Laboratory - 1 hr.

- CHM 412 or 512 Molecular Modeling - 1 hr.

- CHM 420 or 520 Instrumental Analysis - 4 hr.

- CHM 436 or 536 Inorganic Chemistry - 3 hr.

- CHM 437 or 537 Inorganic Chemistry Laboratory - 1 hr.

- CHM 471 or 571 Physical Chemistry Laboratory I - 1 hr.

- CHM 476 or 576 Physical Chemistry II - 3 hr.

- A minimum of six additional hours in chemistry numbered 299 or above, excluding CHM 302. At least two of the six credit hours must be selected from the list below:

o CHM 299 Directed Studies in Chemistry and Biochemistry** – 1–4 hr.

o CHM 441 or 541 Materials Chemistry Laboratory - 1 hr.

o CHM 499 Directed Studies in Chemistry and Biochemistry** – 1–4 hr.

o Approved LAS 301 internship** - 1-3 hr.

**When LAS 301, CHM 299 or CHM 499 is used to complete this requirement, a well-written research paper that has been approved by the research advisor must be submitted to the department chair before study day of the final semester in residence.

**Total hours required for the CHM-C concentration: 71.**

# Chemistry-Chemical Engineering Concentration (CHM-CE)

This concentration is designed for students wishing to attend graduate school in chemistry, chemical engineering, biochemical engineering, or biochemistry or who plan to seek immediate employment in chemistry or an allied field.  All students must complete the Chemistry and Biochemistry Common Curriculum Requirements, using PHY 110, PHY 201, MTH 121, and MTH 122 for the physics and calculus options and:

- MTH 223 Calculus III – 4 hr.
- MTH 224 Differential Equations – 4 hr.
- CHE 301 Chemical Engineering Thermodynamics – 3 hr.
- CHE 302 Material and Energy Balances – 3 hr.
- CHE 321 Chemical Reaction Engineering – 3 hr.
- CHE 415 Transport Phenomena I – 3 hr.
- CHE 416 Transport Phenomena II – 3 hr.

- CHM 420 or 520 Instrumental Analysis - 4 hr.
- CHM 436 or 536 Inorganic Chemistry (3 hrs)
- CHM 471 or 571 Physical Chemistry Laboratory I - 1 hr.
- A minimum of 7 hours of electives selected from the list below.
  - CHM 361 Biochemistry Lab (1 hr)
  - CHM 416 or 516 Environmental Chemistry (3 hrs)
  - CHM 437 or 537 Inorganic Chemistry Lab (1 hr)
  - CHM 440 or 540 Materials Chemistry (3 hrs)
  - CHM 441 or 541 Materials Chemistry Lab (1 hr)
  - CHM 462 or 562 Proteins (3 hrs)
  - CHM 466 or 566 Metabolism (3 hrs)
  - CHM 476 or 576 Physical Chemistry II (3 hrs)
  - CHM 524 Analytical Separations (3 hrs)
  - CHM 558 Polymer Chemistry (1 hr)
  - M E 308 Thermodynamics of Fluid Flow (3 hrs)

**Total hours required for the CHM-CE concentration: 88.**

Students who complete this concentration are strongly encouraged to take an Economics course (ECO 100, 221, or 222) when fulfilling the Knowledge and Reasoning in the Social and Behavioral Sciences (SB) requirement in the BCC.

# Chemistry Pre-Medical Concentration (CHM-PM)

This concentration is designed to provide curricular flexibility to students who are interested in studying chemistry while preparing to attend medical (allopathic, osteopathic, or veterinary), optometry, or dental school. Students enrolled in this concentration will work closely with their CHM-PM departmental advisor and the University's Health Professions Advising Center to select elective courses that best meet their career objectives. All students must complete the Chemistry and Biochemistry Common Curriculum Requirements and:

• CHM 361 Biochemistry Laboratory - 1 hr.

• CHM 436 or 536 Inorganic Chemistry- 3 hr.

• BIO 230 Human Anatomy and Physiology I - 3 hr.

- BIO 232 - Human Anatomy and Physiology II - 3 hr.

- BIO 310 Genetics – 3 hr.

- Statistics – 3 hr. (Options: MTH 111 Elementary Statistics, MTH 325 Probability and Statistics I, PSY 205 Quantitative Methods, or BIO 260 Biological Statistics I – 1 hr. and BIO 261 Biological Statistics II – 2 hr.)

- PSY 101 Principles of Psychology – 3 hr.

- SOC 100 The Sociological Perspective – 3 hr.

Plus ten additional elective hours of which at least four hours must be selected from Chemistry Departmental courses numbered CHM 301 or above; the remaining six hours could be additional CHM courses (numbered above CHM 301) or any of the courses listed below:

o BIO 231 - Human Anatomy and Physiology Laboratory I – 1 hr.

o BIO 233 - Human Anatomy and Physiology Laboratory II - 1 hr.

o BIO 250 - Organismal Biology - 4 hr.

o BIO 351 - Human Histology - 3 hr.

o BIO 406 - General Microbiology - 4 hr.

o BIO 408 - Bacterial Pathogenesis - 4 hr.

o BIO 464 - Cell Biology – 3-4 hr.

o BIO 468 - Immunology of Host Defense - 3-4 hr.

o BIO 482 - Endocrinology - 3 hr.

o BIO 484 - Neurophysiology - 3 hr.

**Total hours required for the CHM-PM concentration: 81-82.**

# Chemistry Pre-Pharmacy Concentration (CHM-PP)

This Chemistry Concentration is specifically designed for students preparing to apply for admission to Doctor of Pharmacy (PharmD) or pharmacology graduate programs. Nationwide, the majority of pharmacists work in community pharmacies; however, there is an exceptional demand for pharmacists in a wide variety of professional settings. Departmental advisors and

individuals in the University's Health Professions Advising Center offer curricular support and advising throughout the pharmacy school application and admission process. All students must complete the Chemistry and Biochemistry Common Curriculum Requirements and:

• CHM 361 Biochemistry Laboratory - 1 hr.

• CHM 436 or 536 Inorganic Chemistry - 3 hr.

• Four additional hours in Chemistry selected from courses numbered CHM 301 or above.

• BIO 230 Human Anatomy and Physiology I -3 hr.

• BIO 231 Human Anatomy and Physiology Laboratory I – 1 hr.

• BIO 232 Human Anatomy and Physiology II – 3 hr.

• BIO 233 Human Anatomy and Physiology Laboratory II – 1hr.

• BIO 251 Ecology, Evolution and Biodiversity – 3 hr.

• BIO 252 Ecology, Evolution and Biodiversity Laboratory - 1 hr.

• BIO 406 General Microbiology – 4 hr.

• Statistics – 3 hr. (Options: MTH 111 Elementary Statistics, MTH 325 Probability and Statistics I, PSY 205 Quantitative Methods, or BIO 260 Biological Statistics I – 1 hr. and BIO 261 Biological Statistics II – 2 hr.)

• PSY 101 Principles of Psychology – 3 hr.

• ECO 221 Principles of Microeconomics – 3 hr. or ECO 222 Principles of Macroeconomics – 3hr.

**Total hours required for the CHM-PP concentration: 82-83.**

# Chemistry High School Education (9-12) Concentration (CHM-T)

This concentration is designed to provide graduates with the education and training to teach chemistry at the secondary school level (grades 9-12). All students must complete the Chemistry and Biochemistry Common Curriculum Requirements and:

• The education requirements mandated by the Illinois State Board of Education, which includes 44 hours of coursework in Teacher Education-High School Education.

• CHM 471 or 571 Physical Chemistry Laboratory I - 1 hr.

• MTH 111 Elementary Statistics - 3 hr.

• Six additional hours, three from Category A and three from Category B, selected from the lists below:

**Category A**

• CHM 416 or 516 Environmental Chemistry - 3 hr.
• GES 101 Principles of Earth Science - 3 hr.

**Category B**

• CHM 332 Descriptive Inorganic Chemistry - 3 hr.

• CHM 420 or 520 Instrumental Analysis - 4 hr.

• CHM 436 or 536 Inorganic Chemistry - 3 hr.

• CHM 440 or 540 Materials Chemistry - 3 hr.

• CHM 476 or 576 Physical Chemistry II - 3 hr.

For more information, see Teacher Education - High School Education (http://www.bradley.edu/academic/undergradcat/20172018/ehs-ete.dot) program in the College of Education and Health Sciences section of this catalog.


# Chemistry Business Concentration (CHM-B)

This concentration is designed for students wishing to combine chemistry with a basic knowledge of business for immediate employment in the field or to help prepare for entrance into an MBA or Law program. Typical employment options for graduates with this concentration are found in companies or industries dealing with chemical production, procurement, or processing; the careers include: cost analysis, sales, marketing, advertising, customer service, and management. All students must complete the Chemistry and Biochemistry Common Curriculum Requirements and:

• CHM 416 or 516 Environmental Chemistry - 3 hr.

• CHM 420 Instrumental Analysis - 4 hr.

Four additional hours, selected from the list below:

- CHM 332 Descriptive Inorganic Chemistry - 3 hr.
- CHM 361 Biochemistry Laboratory - 1 hr.
- CHM 436 or 536 Inorganic Chemistry - 3 hr.
- CHM 437 or 537 Inorganic Chemistry Laboratory - 1 hr.
- CHM 440 or 540 Materials Chemistry - 3 hr.
- CHM 441 or 541 Materials Chemistry Laboratory - 1 hr.
- CHM 450 or 550 Industrial Organic Chemistry - 1 hr.
- CHM 471 or 571 Physical Chemistry Laboratory I - 1 hr.

Seventeen hours taken in the Foster College of Business:

- ATG 157 Accounting Principles-Financial - 3 hr.
- M L 350 Managing for Results in Organizations **OR** M L 250 Interpersonal Effectiveness in Organizations - 2 hr.
- ECO 221 Principles of Microeconomics **OR** ECO 100 Intro. to Economics - 3 hr.
- FIN 322 Business Finance - 3 hr.
- MTG 315 Principles of Marketing **OR** MTG 304 Professional Selling - 3 hr.

Three hours selected from the list below:

- ATG 158 Accounting Principles-Cost Management - 3 hr.
- ECO 222 Principles of Macroeconomics
- **OR** any 300-level course in FIN, M L, or MTG - 3 hr.

**Total hours required for the CHM-B concentration: 78–79.**

# Chemistry Minor

As a natural science, chemistry is of fundamental importance to the understanding of many disciplines. Moreover, a minor in chemistry would enhance the preparation of other majors for entrance into careers in pharmaceutical sales, environmental studies, forensic science, health sciences, engineering, and the biological sciences. At least 8 hours of the departmental coursework required for the minor must be completed at Bradley and at least 6 hours of coursework must be unique from those used to fulfill requirements for other majors or concentrations.

The minor in chemistry consists of:

- CHM 110 General Chemistry I - 3 hrs.

- CHM 111 General Chemistry I Laboratory - 1 hr.

- CHM 114 Chemistry of the Elements - 1 hr.

- CHM 116 General Chemistry II - 3 hrs.

- CHM 117 General Chemistry II Laboratory - 1 hr.

- CHM 252 Organic Chemistry I - 4 hrs.

- CHM 253 Organic Chemistry Laboratory I - 1 hr.

- CHM 256 Organic Chemistry II 3 hr.

- CHM 257 Organic Chemistry Laboratory II - 1 hr.

- CHM 326 Analytical Chemistry - 4 hrs.

- One 3-4 credit hour CHM course numbered above 300 - 3–4 hrs.

**Total hours required for the minor: 25-26.**

# Combined Undergraduate/Graduate Degree (4+1) Programs

## Admission Requirements

B.S./M.S. Admission Requirements (Undergraduate)

Students may apply to the program after completing CHM 252. To be admitted, the student must have achieved an overall GPA of 2.50, an average GPA of 2.75 in chemistry courses, and a C or better in all chemistry, mathematics, biology, and physics courses.

Students are strongly encouraged to apply in their junior year, but applications from seniors who have significant research experience will also be considered. The initial application is made within the department, using the Application for Admission to the B.S./M.S. Program form available on the Department Sakai site. This application is to be submitted to the graduate coordinator. Once admitted, students fill out the change of major form, which is signed by the Department Chair and the LAS dean.

B.S./M.S. Admission Requirements (Graduate)

To earn graduate status within the B.S./M.S. program, students must have achieved a cumulative GPA of 3.0 in the last 60 hours of undergraduate coursework, a cumulative GPA of 2.75 in undergraduate chemistry courses, and a cumulative GPA of 3.0 in graduate courses. The student must also have met the requirements for undergraduate graduation before the first semester of the graduate study. Application is made to the graduate school after meeting with the Department's Graduate Coordinator regarding the specific requirements for application to the B.S./M.S. graduate program.

For both Chemistry and Biochemistry B.S./M.S. options, up to nine hours of graduate credit, taken prior to the completion of the bachelor's degree can be counted toward both degrees. If this option is selected, a minimum of 145 hours, 30 of which must be at the graduate level, must be earned. The Graduate Record Examination is not required for admission to this program.

## Programmatic Requirements and Procedures

- Program participants are expected to engage in full-time research experiences during the summers after their third, fourth, and fifth years. Failure to do so will extend the time needed to complete the program.
- Students must identify a research mentor/thesis advisor and begin their undergraduate research no later than the summer after their third year. A research mentor/thesis advisor must be identified before applying to the B.S./M.S. program.
- At the beginning of the fourth year, the student's thesis committee shall be constituted. The committee members shall be chosen by the Graduate Coordinator in consultation with the thesis advisor. The committee shall include the thesis advisor and at least two other Faculty. If a student has two thesis advisors, there must be two additional faculty members on the committee. The majority of the members must be from the Bradley University Department of Chemistry and Biochemistry.
- Before completion of the fourth year, the student must present a seminar (CHM 580 ) summarizing the literature relevant to the thesis project, any preliminary results, and an outline of the proposed research. Within one week of the seminar, the student must meet with the thesis committee to discuss the presentation and the research plan. Failure to meet with the committee will result in a grade of IN in the course.
- The Graduate Coordinator and thesis advisor must approve a Graduate Program of Study before the first day of classes of the student's fifth year of study.
- The student must apply to graduate when the undergraduate requirements are complete, so as to be able to register as a graduate student thereafter.
- All matriculated graduate students (except those requiring a leave of absence) are required to be registered for at least one course for each fall and spring semester and one course during each summer from the semester of matriculation through the semester in which the degree is completed.
- Upon completion of the thesis, the student must present the work in a research seminar and successfully defend the thesis to the thesis committee (CHM 699, 1 credit). The voting members of the thesis committee shall determine the thesis grade and when a thesis has satisfactorily met all standards. The thesis defense serves as the comprehensive examination required by the Graduate School.

B.S. Requirements for B.S./M.S. Chemistry

The B.S. degree will be awarded once the candidate has met the All-University Degree Requirements, completed the Departmental Common Curriculum Requirements, and completed the B.S. Requirements listed below:

- Complete any one of the undergraduate concentrations in Chemistry (B.S. awarded in LAS CHM 41) or a major in Biochemistry (B.S. awarded in LAS BCM 41) at Bradley University
- CHM 499 (Research) - 2 hrs. minimum
- CHM 580 (Literature Seminar) - 1 hr.
- Take up to eight credit hours of 500-level CHM coursework in addition to CHM 580*

*The eight additional hours of 500-level CHM courses can be taken as electives or can be used to fulfill the requirements for an undergraduate chemistry concentration or Biochemistry major as long as the student meets the department's requirement for taking 500-level courses. Undergraduate students wishing to take 500-level CHM courses must have junior or senior standing and a cumulative GPA of 3.0 or greater. Special permission may be granted to students whose GPA is below 3.0 if the student provides a compelling case for enrolling in the course.

M.S. Requirements for B.S./M.S. Chemistry

To complete the M.S. degree (M.S. awarded in GRD CHM 41), students must complete a minimum of 30 hours of coursework at the 500–600 level and the courses listed below either as a requirement for their B.S. degree or as a requirement for their M.S. degree. The graduate coordinator will review the transcript of each student to ensure that students do not repeat courses they have already completed (C or better) at the undergraduate level. All students in this program will have an American Chemical Society Certified Degree once the M.S. degree requirements are complete.

- CHM 361 or 561 Biochemistry Laboratory – 1 hr.
- CHM 420 or 520 Instrumental Analysis – 4 hrs.
- CHM 436 or 536 Inorganic Chemistry – 3 hrs.
- CHM 437 or 537 Inorganic Chemistry Laboratory – 1 hr.
- CHM 471 or 571 Physical Chemistry I Laboratory – 1 hr.
- CHM 476 or 576 Physical Chemistry II – 3 hrs.
- CHM 524 Analytical Separations – 3 hrs.
- CHM 599 Research – 2-4 hrs.[‡]
- CHM 697 Research – 6-8 hrs.[‡]
- CHM 699 Thesis – 1 hr.
- The remainder of the 30 required 500-600 level hours must be met by 500-level Chemistry (CHM) courses.

[‡]The total number of graduate research hours (CHM 599 + CHM 697) must equal 10.

# B.S./M.S.-Biochemistry (BCM 4+1)

B.S. Requirements for B.S./M.S. Biochemistry

The B.S. degree will be awarded once the candidate has met the All-University Degree Requirements, completed the Departmental Common Curriculum Requirements, and completed the B.S. Requirements listed below:

- Complete any one of the undergraduate concentrations in Chemistry (B.S. awarded in LAS CHM 41) or a major in Biochemistry (B.S. awarded in LAS BCM 41) at Bradley University
- CHM 499 Research - 2 hrs.
- CHM 580 Literature Seminar in Chemistry and Biochemistry - 1 hr.

*The eight additional hours of 500-level CHM** can be taken as electives or can be used to fulfill the requirements for an undergraduate chemistry concentration or a biochemistry major as long as the student meets the department's requirement for taking 500-level courses. Undergraduate students wishing to take 500-level CHM courses must have junior or senior standing and a cumulative GPA of 3.0 or greater. Special permission may be granted to students whose GPA is below 3.0 if the student provides a compelling case for enrolling in the course.

M.S. Requirements for B.S./M.S. Biochemistry

To complete the M.S. degree, students must complete a minimum of 30 hours of coursework at the 500–600 level and the courses listed below either as a requirement for their B.S. degree or as a requirement for their M.S. degree. The graduate coordinator will review the transcript of each student to ensure that students do not repeat courses they have already completed (C or better) at the undergraduate level. All students in this program will have an American Chemical Society Certified Degree once the M.S. degree requirements are complete.

- CHM 361 or 561 Biochemistry Laboratory – 1 hr.
- CHM 420 or 520 Instrumental Analysis – 4 hrs.
- CHM 436 or 536 Inorganic Chemistry – 3 hrs.
- CHM 465 or 565 Protein Structure and Function - 3 hrs.
- CHM 466 or 566 Intermediary Metabolism - 3 hrs.
- CHM 524 Analytical Separations – 3 hrs.
- CHM 599 Research – 2-4 hrs.[‡]
- CHM 697 Research – 6-8 hrs.[‡]
- CHM 699 Thesis – 1 hr.
- BIO 310 Genetics - 3 hrs.
- BIO 464 or 564 Cell Biology - 4 hrs.
- The remainder of the 30 required 500-600 level hours must be met by 500-600 level chemistry (CHM).

[‡]The total number of Graduate research hours (CHM 599 + CHM 697) must equal 10.

# Student Organization

All students are encouraged to join the Chem Club, a Student Affiliate Chapter of the American Chemical Society. Based upon their many educational, service, and social activities, the Bradley chapter has been consistently ranked in the top tier of the approximately 900 chapters by the Society's Committee on Education. Chapter members perform chemical demonstrations at local elementary schools, judge science fairs, participate in Mole Day and National Chemistry Week, host invited lectures, and much more.

## Internship And Co-Op Programs

Numerous opportunities exist in the greater Bradley area (e.g., at Caterpillar, Inc., the medical school, hospitals, USDA lab, crime lab, or environmental labs) for students to gain off-campus career-related work experiences. Students who participate in internships and co-ops typically begin their experience during their sophomore or junior year.

## Study Abroad

Because advances in science are often made by international teams of individuals collaborating to reach a common goal, majors are encouraged to participate in a study abroad experience. In addition to the cultural and educational benefits, study abroad experiences will broaden the professional opportunities available to the student. The University's Study Abroad Office works in conjunction with the department in the placement of students. Majors who choose to study abroad generally do so during their junior year.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# CHEMISTRY COURSES

**CHM 100 - Fundamentals of General Chemistry** *(3 hours)*

**Gen. Ed. FS**

**Core Curr. NS**

Introduction to fundamental chemical concepts, including measurements; basic inorganic nomenclature; atomic structure; nuclear chemistry; periodic properties; molecular structure and bonding; basic thermochemistry; types of reactions; stoichiometry; properties of gases, liquids, solids, and solutions; equilibria; acids and bases. May not be counted for credit in programs offered within the Department of Chemistry and Biochemistry; not open to students with credit in CHM 110. Prerequisite: Education majors, Engineering Technology majors, and allied health majors such as nursing and dietetics. Others can also enroll in this course with an approved Course Reserve Form.

**CHM 101 - Fundamentals of General Chemistry Lab** *(1 hour)*

**Gen. Ed. FS**

Laboratory that reinforces and expands upon concepts covered in CHM 100. Topics include: measurements; stoichiometry; thermochemistry; molecular structure and bonding; properties of gases, liquids, solids, and solutions; acids and bases. Not open to students who are currently enrolled or have credit in CHM 111. Prerequisite: CHM 100 or concurrent enrollment.

**CHM 102 - Chemistry and Civilization** *(3 hours)*

**Gen. Ed. TS**

**Core Curr. NS**

A course for non-science majors that broadly surveys chemistry and its effects on civilization. May not be counted for credit in programs offered within the Department of Chemistry and Biochemistry.

**CHM 104 - Essentials of General Chemistry** *(3 hours)*

**Core Curr. NS**

This course is designed to prepare students for CHM 110 or to be utilized as a Bradley Core Curriculum course. Topics include: mathematical concepts used in General Chemistry; atomic structure; periodic properties; inorganic nomenclature; chemical reactions; stoichiometry; chemical bonding; basic thermochemistry; properties of solutions; acids and bases, chemical

kinetics and equilibrium. May not be counted for credit in programs offered within the Department of Chemistry and Biochemistry; not open to students with credit in CHM 110. Prerequisite: The sum of the mathematics ACT score or a converted mathematics SAT score and the mathematics placement exam score is at least 35. Corequisite: MTH 109

## CHM 110 - General Chemistry I *(3 hours)*
**Gen. Ed. FS**
**Core Curr. NS**
Course designed to provide chemical concepts for students majoring in the physical or biological sciences, engineering, or related disciplines. Topics include: measurements; basic inorganic nomenclature; atomic structure; stoichiometry; types of reactions; thermochemistry; periodic properties; molecular structure and bonding; properties of gases, liquids, solids, and solutions; acids and bases. Prerequisite: The sum of the mathematics ACT score or a converted mathematics SAT score and the mathematics placement exam score is at least 45 or C or better in MTH 109; high school chemistry or C or better in CHM 100 or CHM 104.

## CHM 111 - General Chemistry I Lab *(1 hour)*
**Gen. Ed. FS**
**Core Curr. NS**
Laboratory that reinforces and expands upon concepts covered in CHM 110. Topics include: measurements; stoichiometry; spectrophotometry; thermochemistry; periodic properties; molecular structure and bonding; properties of gases, liquids, solids, and solutions; equilibria; acids and bases. Prerequisite: CHM 110 or concurrent enrollment.

## CHM 112 - Engineering Chemistry *(3 hours)*
**Gen. Ed. FS**
**Core Curr. NS**
Continuation of CHM 110. For students majoring in engineering and related disciplines. Topics include: thermodynamics; equilibria; electrochemistry and corrosion; descriptive chemistry of metals and nonmetals; properties of metallic and silicon-based materials; organic and polymer chemistry; nuclear chemistry; environmental chemistry. Prerequisite: C or better in CHM 110.

## CHM 114 - Chemistry of the Elements *(1 hour)*
Continuation of CHM 110. For students majoring in Chemistry and Biochemistry and related disciplines. Topics include the chemistry of solids, nonmetals, and metal-containing compounds.

Prerequisite: C or better in CHM 110.

## CHM 116 - General Chemistry II *(3 hours)*

Continuation of CHM 110. For students majoring in the physical or biological sciences and related disciplines. Topics include: acid-base equilibria; thermodynamics; electrochemistry; kinetics; nuclear chemistry; environmental chemistry. Prerequisite: C or better in CHM 110.

## CHM 116 - General Chemistry II *(4 hours)*

Continuation of CHM 110. For students majoring in the physical or biological sciences and related disciplines. Topics include: acid-base equilibria; thermodynamics; electrochemistry; descriptive chemistry of metals and nonmetals; kinetics; nuclear chemistry; environmental chemistry. Prerequisite: C or better in CHM 110.

## CHM 117 - General Chemistry II Laboratory *(1 hour)*

Laboratory that reinforces and expands upon concepts covered in CHM 116. Topics include: acid-base equilibria; spectrophotometry; complexation; electrochemistry; inorganic reaction chemistry. Prerequisite: C or better in CHM 111; CHM 116 or concurrent enrollment.

## CHM 122 - Introduction to Medical Laboratory Science *(1 hour)*

Overview of the medical laboratory science profession, including classroom instruction to introduce students to the clinical areas of hematology, clinical chemistry, diagnostic microbiology, immunohematology, serology, and phlebotomy. Scope of practice, career opportunities, and current issues along with a tour of a large hospital laboratory will be included. Prerequisite: Medical Laboratory Science major, Biology major with Medical Technology concentration, or consent of program coordinator.

## CHM 162 - Fundamentals of Organic and Biochemistry *(4 hours)*
## Gen. Ed. FS

Structure and reactivity of organic compounds as related to biochemistry. Structure, function, and metabolism of carbohydrates, lipids, and proteins. May not be counted for credit in programs offered within the Department of Chemistry and Biochemistry. Not open to students with credit in CHM 150 and CHM 160 or with credit in CHM 360. Prerequisite: C or better in CHM 100, CHM 104, or CHM 110

## CHM 163 - Fundamentals of Organic and Biochemistry Laboratory *(1 hour)*

Laboratory that reinforces and expands upon concepts covered in CHM 162. Introduction to synthesis, purification and identification of organic compounds. Basic analytical techniques for

the characterization of biologically important compounds such as amino acids, proteins, enzymes, and lipids. May not be counted for credit in programs offered within the Department of Chemistry and Biochemistry. Not open to students who have credit in CHM 361. Prerequisite: CHM 162 or concurrent enrollment.

### CHM 250 - Concepts in Organic Chemistry *(3 hours)*

A one-semester in-depth coverage of conformational analysis, stereochemistry, reaction mechanisms, and spectroscopy for students considering careers in health-related professions. Students may not receive credit for both CHM 250 and CHM 252. Prerequisite: CHM 116

### CHM 252 - Organic Chemistry I *(4 hours)*

Systematic treatment of the structure, preparation, and properties of organic compounds, including the fundamental principles of stereochemistry, reaction mechanisms, and spectroscopic methods of analysis. Prerequisite: C or better in CHM 116 and CHM 117

### CHM 253 - Organic Chemistry Laboratory I *(1 hour)*

Laboratory to accompany CHM 252 emphasizing the synthesis, purification, and identification of organic compounds. Prerequisite: concurrent enrollment in CHM 252.

### CHM 256 - Organic Chemistry II *(3 hours)*

Continuation of CHM 252. Prerequisite: C or better in CHM 252.

### CHM 257 - Organic Chemistry Laboratory II *(1 hour)*

Laboratory to accompany CHM 256. Prerequisite: C or better in CHM 253 and concurrent enrollment in CHM 256.

### CHM 283 - Laboratory Assistant *(0 hours)*

Working under the direct supervision of a faculty mentor, students who participate as laboratory assistants have the opportunity to gain experience in laboratory preparation, maintenance, and instruction. Course may be repeated; course graded. Satisfactory/Unsatisfactory. Prerequisite: CHM 110 and CHM 111.

### CHM 292 - Chemical Informatics *(1 hour)*

A survey of the tools employed in obtaining, analyzing, and presenting chemical information; an introduction to the chemical literature; computer applications; ethics. Prerequisite: C or better in CHM 252 or concurrent enrollment.

## CHM 299 - Directed Studies in Chemistry and Biochemistry *(0-6 hours)*

Studies undertaken by freshman or sophomore students under the guidance of faculty mentors. Maximum of 3 hours per semester; repeatable for up to 6 hrs credit. At the completion of the semester, students are required to submit a research report, describing the goals, methods, and results of the study. Zero credit course graded Satisfactory/Unsatisfactory. Prerequisite: C or better in CHM 110 and CHM 111; consent of instructor

## CHM 302 - Medical Terminology *(1 hour)*

Terminology relevant to the medical and paramedical disciplines and interpreting typical medical reports. Prerequisite: CHM 116 or 162 and BIO 111 or 151

## CHM 326 - Analytical Chemistry *(4 hours)*

Introduction to modern analytical chemistry involving aqueous equilibrium chemistry, UV-vis and atomic spectroscopy, electrochemistry and chromatography. Lecture and laboratory. Prerequisite: C or better in CHM 116 and CHM 117.

## CHM 332 - Descriptive Inorganic Chemistry *(3 hours)*

Preparation, properties, reactions and uses of the main group and transition elements and their compounds. Prerequisite: C or better in CHM 256 and CHM 326.

## CHM 360 - Biochemistry *(3 hours)*

Survey of the structural and functional properties of the major classes of biological macromolecules (proteins, nucleic acids, carbohydrates and lipids) and their roles in biological systems. Topics include enzyme kinetics and mechanisms, selected metabolic pathways, and the role of nucleic acids in the flow of genetic information. Prerequisite: C or better in CHM 256; BIO 151 or BIO 111

## CHM 361 - Biochemistry Laboratory *(1 hour)*
## Core Curr. WI

Techniques and methods of macromolecular purification and characterization; refining skills of record collecting, data analysis, and presentation of results in manuscript form. Prerequisite: ENG 101, or CIV 111 and CIV 112; C or better in CHM 360 and CHM 292 or concurrent enrollment.

## CHM 380 - Seminar I in Chemistry and Biochemistry *(0 hours)*

Students attend weekly seminars pertaining to all aspects of Chemistry. Course graded Satisfactory/Unsatisfactory. Prerequisite: CHM 256

## CHM 386 - Seminar II in Chemistry and Biochemistry *(1 hour)*

Students attend and write summaries of weekly seminars pertaining to all aspects of Chemistry. Course graded Satisfactory/Unsatisfactory. Prerequisite: Chemistry or Biochemistry major; CHM 360 and CHM 380

## CHM 412 - Molecular Modeling *(1 hour)*

An introduction to computational chemistry with an emphasis on the structures and energies of organic systems. Cross listed with CHM 512. Prerequisite: C or better in CHM 256.

## CHM 414 - Chemical Group Theory *(1 hour)*

Application of symmetry and group theory to chemical systems. Topics include point groups, character tables, spectroscopic selection rules, and molecular orbital theory. Cross listed with CHM 514. Prerequisite: C or better in CHM 256.

## CHM 416 - Environmental Chemistry *(3 hours)*

Chemical principles applied to environmental topics such as air, water, soils, and conventional and hazardous wastes. Thermodynamic and kinetic principles, acid-base and redox chemistry, interfacial chemistry and analytical techniques. Cross-listed with CHM 516. Prerequisite: C or better in CHM 112 or CHM 116.

## CHM 420 - Instrumental Analysis *(4 hours)*

Theory and applications of qualitative and quantitative instrumental methods of chemical analysis. Includes laboratory; cross listed with CHM 520. Prerequisite: C or better in CHM 257 and CHM 326.

## CHM 422 - Clinical Chemistry *(2 hours)*

Diagnostic laboratory testing methods in a variety of areas, including endocrinology, enzymes, acid-base balance, carbohydrates, and lipids. Cross listed with CHM 522. Prerequisite: CHM 256.

## CHM 436 - Inorganic Chemistry *(3 hours)*

Theoretical and descriptive inorganic chemistry, including atomic structure, molecular structure, coordination chemistry, organometallic chemistry, and catalysis. Cross listed with CHM 536. Prerequisite: C or better in CHM 114 or concurrent enrollment; C or better in CHM 256.

**CHM 437 - Inorganic Chemistry Laboratory** *(1 hour)*

Synthesis and instrumental characterization of main group, coordination, organometallic, and bioinorganic compounds. Cross listed with CHM 537. Prerequisite: C or better in CHM 332 or CHM 436 or concurrent enrollment.

**CHM 440 - Materials Chemistry** *(3 hours)*

Study of unit cells, band theory, and the structure, function, and characterization (diffraction, microscopy, and spectroscopy) of metals, polymers, glasses, concrete, ceramics, and biomaterials. Cross listed with CHM 540. Prerequisite: C or better in CHM 256 and CHM 257 or consent of instructor.

**CHM 441 - Materials Chemistry Laboratory** *(1 hour)*

Laboratory that reinforces and expands upon concepts covered in CHM 440. Emphasis on methods of fabrication and characterization of various types of materials. Cross listed with CHM 541. Prerequisite: C or better in CHM 440 or CHM 540 or concurrent enrollment.

**CHM 450 - Industrial Organic Chemistry** *(1 hour)*

Survey of industrial organic chemistry with an emphasis on petroleum derivatives. Cross listed with CHM 550. Prerequisite: C or better in CHM 256.

**CHM 462 - Protein Structure and Function** *(3 hours)*

Investigation of the structure-function relationships of proteins, with emphasis on thermodynamics and kinetics. Topics include ligand binding, enzymatic catalysis, and the use of molecular visualization software. Cross listed with CHM 562. Prerequisite: C or better in CHM 360.

**CHM 466 - Intermediary Metabolism** *(3 hours)*

Study of the processes by which carbohydrates, lipids, proteins, and nucleic acids are synthesized, stored, or oxidized to generate biochemical energy and building blocks. Regulation of these processes will be examined. Cross listed with CHM 566. Prerequisite: C or better in CHM 360.

**CHM 470 - Physical Chemistry I** *(3 hours)*

Topics include kinetic molecular theory, thermodynamics, equilibrium, and kinetics. Cross listed with CHM 570. It is recommended that students take CHM 326 before taking this course Prerequisite: C or better in CHM 116 and CHM 256; MTH 122 or 116; PHY 201 or 108

## CHM 471 - Physical Chemistry Laboratory I *(1 hour)*
**Core Curr. WI**

Experimental and computational studies of the physical properties of matter. Cross listed with CHM 571. Prerequisite: C or better in CHM 470 or concurrent enrollment.

## CHM 476 - Physical Chemistry II *(3 hours)*

Topics include quantum mechanics, spectroscopy, and statistical thermodynamics. Cross listed with CHM 576. It is recommended that students take CHM 326 before taking this course. Prerequisite: C or better in CHM 116 and CHM 256; MTH 122 or 116; PHY 201 or 108

## CHM 480 - Seminar III in Chemistry and Biochemistry *(1 hour)*

Each student presents a seminar under the supervision of a faculty member. Prerequisite: CHM 386

## CHM 499 - Directed Studies in Chemistry and Biochemistry *(0-6 hours)*

Studies undertaken by advanced students under the guidance of faculty mentors. Maximum of 3 hours per semester; repeatable for up to 6 hours credit. At the completion of the semester, students are required to submit a research report describing the goals, methods, and results of the study. Zero credit course graded Satisfactory/Unsatisfactory. Prerequisite: C or better in CHM 252 and CHM 253; consent of instructor

## CHM 500 - Chemical Topics *(1-3 hours)*

Topic stated in the current Schedule of Classes. Maximum of 3 hours per semester; may be repeated under different topics for a maximum of six credits. Prerequisite: C or better in CHM 256.

## CHM 512 - Molecular Modeling *(1 hour)*

An introduction to computational chemistry with an emphasis on the structures and energies of organic systems. Cross listed with CHM 412. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: C or better in CHM 256.

## CHM 514 - Chemical Group Theory *(1 hour)*

Application of symmetry and group theory to chemical systems. Topics include point groups, character tables, spectroscopic selection rules, and molecular orbital theory. Cross listed with

CHM 414. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: C or better in CHM 256.

## CHM 516 - Environmental Chemistry *(3 hours)*

Chemical principles applied to environmental topics such as air, water, soils, and conventional and hazardous wastes. Thermodynamic and kinetic principles, acid-base and redox chemistry, interfacial chemistry and analytical techniques are included. Cross-listed with CHM 416. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: C or better in CHM 112 or CHM 116.

## CHM 520 - Instrumental Analysis *(4 hours)*

Theory and applications of qualitative and quantitative instrumental methods of chemical analysis. Includes laboratory. Cross listed with CHM 420. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: C or better in CHM 257 and CHM 326.

## CHM 522 - Clinical Chemistry *(2 hours)*

Diagnostic laboratory testing methods in a variety of areas, including endocrinology, enzymes, acid-base balance, carbohydrates, and lipids. Not open to students with credit in CHM 422. Prerequisite: CHM 162

## CHM 524 - Fundamentals of Separation Science *(3 hours)*

The theory and practice of separation methods used in the analytical chemistry of chemical and biochemical systems are covered. Traditional separation methods such as extraction, precipitation, and crystallization are introduced. These techniques are compared and contrasted with chromatographic methods of separation that make up the bulk of the topics covered. Chromatographic theory and its practical application in the form of specific analytical separation methods are discussed. Prerequisite: CHM 326 or CHM 420 or CHM 470

## CHM 526 - Advanced Analytical Chemistry *(3 hours)*

Instrumental analysis, including topics in spectroscopy, electrochemistry, chromatography, sampling, and statistics. Prerequisite: C or better in CHM 420 or CHM 520.

## CHM 528 - Topics in Analytical Chemistry *(1-6 hours)*

Topic stated in the current Schedule of Classes. Maximum of 3 hours per semester; may be repeated under different topics for a maximum of six credits. Prerequisite: C or better in CHM 326.

## CHM 532 - Descriptive Inorganic Chemistry *(3 hours)*

Preparation, properties, reactions and uses of the main group and transition elements and their compounds. Not open to students with credit in CHM 332. Prerequisite: C or better in CHM 256 and CHM 326.

## CHM 536 - Inorganic Chemistry *(3 hours)*

Theoretical and descriptive inorganic chemistry, including atomic structure, molecular structure, coordination chemistry, organometallic chemistry, and catalysis. Cross listed with CHM 436. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: C or better in CHM 114 or concurrent enrollment; C or better in CHM 256.

## CHM 537 - Inorganic Chemistry Laboratory *(1 hour)*

Synthesis and instrumental characterization of main group, coordination, organometallic, and bioinorganic compounds. Students conduct independent projects. Cross listed with CHM 437. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: C or better in CHM 532 or CHM 536 or concurrent enrollment.

## CHM 538 - Topics in Inorganic Chemistry *(1-6 hours)*

Topic stated in the current Schedule of Classes. Maximum of 3 hours per semester; may be repeated under different topics for a maximum of six credits. Prerequisite: C or better in CHM 532 or CHM 536.

## CHM 540 - Materials Chemistry *(3 hours)*

Study of unit cells, band theory, and the structure, function, and characterization (diffraction, microscopy, and spectroscopy) of metals, polymers, glasses, concrete, ceramics, and biomaterials. Cross listed with CHM 440. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: C or better in CHM 256 and CHM 257 or consent of instructor.

### CHM 541 - Materials Chemistry Laboratory *(1 hour)*

Laboratory that reinforces and expands upon concepts covered in CHM 440/540. Emphasis on methods of fabrication and characterization of various types of materials. Cross listed with CHM 441. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: C or better in CHM 440 or CHM 540 or concurrent enrollment.

### CHM 548 - Topics in Materials Chemistry *(1-6 hours)*

Topic stated in the current Schedule of Classes. Maximum of 3 hours per semester; may be repeated under different topics for a maximum of six credits. Prerequisite: C or better in CHM 540.

### CHM 550 - Industrial Organic Chemistry *(1 hour)*

Survey of industrial organic chemistry with an emphasis on petroleum derivatives. Cross listed with CHM 450. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: C or better in CHM 256.

### CHM 552 - Advanced Organic Chemistry *(3 hours)*

Topics include principles of physical organic chemistry, organometallic chemistry, and stereo- and regiochemical control in organic synthesis. Prerequisite: CHM 256 and CHM 257.

### CHM 556 - Organic Spectroscopy *(3 hours)*

Characterization and identification of compounds using spectrometric methods with an emphasis on mass spectrometry, infrared spectroscopy, and one- and two-dimensional nuclear magnetic resonance spectroscopy.

### CHM 558 - Topics in Organic Chemistry *(1-6 hours)*

Topic stated in the current Schedule of Classes. Maximum of 3 hours per semester; may be repeated under different topics for a maximum of six credits. Prerequisite: Consent of instructor.

### CHM 560 - Principles of Biochemistry *(3 hours)*

Survey of the structural and functional properties of the major classes of biological macromolecules (proteins, nucleic acids, carbohydrates and lipids) and their roles in biological systems. Topics include enzyme kinetics and mechanisms, selected metabolic pathways, and the role of nucleic acids in the flow of genetic information. Prerequisite: Graduate standing and consent of instructor.

**CHM 561 - Principles of Biochemistry Laboratory** *(1 hour)*

Techniques and methods of macromolecular purification and characterization; refining skills of record collecting, data analysis, and presentation of results in manuscript form. Prerequisite: C or better in CHM 360 or CHM 560

**CHM 562 - Protein Structure and Function** *(3 hours)*

Investigation of the structure-function relationships of proteins, with emphasis on thermodynamics and kinetics. Topics include ligand binding, enzymatic catalysis, and the use of molecular visualization software. Cross listed with CHM 465. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: C or better in CHM 360 or equivalent.

**CHM 564 - Biochemical Literature** *(1-2 hours)*

Designed to foster students' ability to read and critically evaluate biochemistry papers from the primary literature. In addition, students will gain experience in giving oral presentations and writing critical summaries of the papers they present. Prerequisite: C or better in CHM 360 and consent of instructor.

**CHM 566 - Intermediary Metabolism** *(3 hours)*

Study of the processes by which carbohydrates, lipids, proteins, and nucleic acids are synthesized, stored, or oxidized to generate biochemical energy and building blocks. Regulation of these processes will be examined. Cross listed with CHM 466. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: C or better in CHM 360 or equivalent.

**CHM 568 - Selected Topics in Biochemistry** *(1-3 hours)*

Topic stated in the current Schedule of Classes. Maximum of 3 hours per semester; may be repeated under different topics for a maximum of six credits. Prerequisite: consent of instructor.

**CHM 570 - Physical Chemistry I** *(3 hours)*

Topics include kinetic molecular theory, thermodynamics, equilibrium, and kinetics. Students conduct independent projects. Cross listed with CHM 470. For cross-listed

undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: C or better in CHM 256 and CHM 326; 1 year each of college level calculus and physics.

### CHM 571 - Physical Chemistry Laboratory I *(1 hour)*

Experimental and computational studies of the physical properties of matter. Cross listed with CHM 471. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: C or better in CHM 470 or concurrent enrollment in CHM 570.

### CHM 576 - Physical Chemistry II *(3 hours)*

Topics include quantum mechanics, spectroscopy, and statistical thermodynamics. Students conduct independent projects. Cross listed with CHM 476. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: C or better in CHM 256 and CHM 326; 1 year each of college level calculus and physics.

### CHM 578 - Topics in Physical Chemistry *(1-6 hours)*

Topic stated in the current Schedule of Classes. Maximum of 3 hours per semester; may be repeated under different topics for a maximum of six credits. Prerequisite: consent of instructor.

### CHM 580 - Literature Seminar in Chemistry & Biochemistry *(1 hour)*

Each student presents a literature-based seminar under the supervision of a faculty member. Prerequisite: consent of instructor.

### CHM 584 - Readings in Chemistry and Biochemistry *(1-6 hours)*

Directed reading for qualified students. Maximum of 3 hours per semester; repeatable for up to 6 hrs credit. Prerequisite: consent of instructor.

### CHM 599 - Research *(0-8 hours)*

Research in an area of interest to the student, repeatable for up to 8 hours credit. At the completion of the semester, students are required to submit a research report, describing the goals, methods, and results of the study. Zero-credit course graded. Satisfactory/Unsatisfactory. Prerequisite: consent of instructor.

**CHM 686 - Literature Review** *(1 hour)*

Each student will prepare a concise, up-to-date, well-written review paper and present a seminar to the Department on a literature topic that is chosen in consultation with the course instructor and the student's academic advisor. Prerequisite: Consent of instructor

**CHM 697 - Research** *(0-10 hours)*

Research in an area of chemistry or biochemistry of interest to the student, repeatable for up to 10 hours credit. At the completion of the semester, students are required to submit a research report, giving an update of the progress made in their research. Zero credit course graded Satisfactory/Unsatisfactory. Prerequisite: Consent of instructor

**CHM 699 - Thesis** *(0-1 hours)*

All MS students must write a thesis based on independent research and present a public seminar detailing the accomplishments of his/her thesis research. The final version of thesis must conform to the requirements outlined by the department and on the Graduate School website. Typically, students enroll in the course in the semester they intend to submit their thesis. Zero credit course graded Satisfactory/Unsatisfactory. Prerequisite: 6 hours of CHM 697 with grades of B or better.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# COMPUTER SCIENCE AND INFORMATION SYSTEMS

**FACULTY** Professors Dolins (chair), Liu, Nikolopoulos, Park, V. Uskov; Associate Professor Y. Wang , Assistant Professors Doran and Lin, Lecturer Byerly

The department offers baccalaureate degree programs in computer science and in computer information systems, with concentrations available in a) computer game technology b) mobile computing, c) software, web, and computer security, and d) data science. Minors in computer science and information systems, data science, and computer game technology are also offered.

Computer science is the study of theoretical and algorithmic foundations used in computer systems. Students are trained to analyze requirements, design, develop, and test software systems, devise new innovations and applications in computing, and solve scientific, engineering, and business problems requiring computer applications.

Computer information systems is a discipline that focuses on information technology and its applications, i.e., on methods, technology, and tools to generate, process, modify, store, retrieve, and distribute information. Computer information systems has a wide variety of applications, but the mathematical requirements are not as rigorous as they are for computer science because there is less focus on theoretical and algorithmic foundations.

Both Computer Science and Computer Information Systems majors can take a number of elective courses, and they can specialize in a number of areas of computing including 1) software engineering, 2) intelligent systems, 3) database management systems, 4) computer systems and architecture, 5) net-centric computing, 6) Web technology, 7) computer game technology, 8) software, Web and computer security, 9) mobile computing, 10) theoretical computer science, and 11) emerging topics in computer science or computer information systems.

Computer science and computer information systems graduates are employed by a variety of industries and non-profit organizations as software engineers and/or developers, system administrators and/or developers, system analysts, network administrators, Web developers and/or technologists, software test engineers, and database administrators and/or developers.

For students not majoring in the department, we offer three minors which can be tailored to the individual's goals and needs.

Students intending to take only one course in the department should enroll in CS 100 if they desire a detailed treatment of a programming language, or CIS 300 if they desire a general discussion of computers and their impact on society.

# Computer Science

The department has course offerings of sufficient breadth to allow specialization in a number of areas including software engineering, intelligent systems, database concepts, computer systems and architecture, net-centric computing, and Web development. Majors are encouraged to choose an area of specialization based upon their career goals and to select electives, with guidance from their advisor, to support that choice. The general requirements for the computer science major are:

- Computer Science:
    - 45 semester hours including CS 101, CS 102, CS 140, CS 210, CS 215, CS 220, CS 321, CS 330, CS 370, CS 390, CS 480, CS 490, CS 491;
    - at least 24 semester hours must be 300 level or higher;
    - a grade of C or better is required in all computer science courses submitted in fulfillment of the major requirements.
- Mathematics and Science:
    - 12 semester hours of mathematics, including MTH 120, MTH 121, MTH 122, and one elective at the 200 level or higher;
    - MTH 325, or IME 311, or QM 262;
    - 8 semester hours of science: two courses, with laboratories, designated for science or engineering majors.

# Computer Information Systems

The general requirements for the computer information systems major are:

- Computer Science and Computer Information Systems:
    - 45 semester hours including CS 101, CS 102, CS 140, CS 210, CS 220, CS 370, CIS 393, CS 480, CIS 430, CIS 445, CIS 475, and CIS 491.
    - Choose one course from the following list: MIS 379 or equivalent, CIS 415, CIS 435, CIS 495.
    - Each computer information system major must take a track consisting of at least 9 semester hours approved by the Department. (A track is a coherent, structured in-depth course of study that is

comprised of interrelated courses with a focus on emerging technologies in computer information systems and related areas).

- A grade of C or better is required in all computer information systems and computer science courses presented in fulfillment of the major requirements.
- Mathematics: MTH 120 and MTH 111; or equivalents. MTH 115 is recommended.
- Psychology: PSY 101 and PSY 320; or equivalents.
- Communication: COM 292 (recommended) or M L 354 or COM 300; or equivalents.
- English: ENG 305 or ENG 306, or equivalents.
- Management, Leadership, and Entrepreneurship: M L 350 (recommended) or M L 250, and ENT 385 (recommended) or ENT 381 or ENT 280; or equivalents.

# Concentrations

Computer Science and Computer Information Systems majors may also earn a concentration in one of the following areas: 1) Computer Game Technology, 2) Software, Web, and Computer Security, 3) Mobile Computing, or 4) Data Science.

## Computer Game Technology Concentration - 12 hours

The Computer Game Technology concentration provides students with essential background, understanding, knowledge, and skills in the practice of computer game technology and software design and development. The concentration is comprised of 12 semester hours of study including 9 semester hours of required courses and 3 semester hours of elective courses as outlined below.

**Required courses:**

- CIS 451 Computer Game Design - 3 hrs.
- CIS 452 Computer Game Modification - 3 hrs.
- CIS 459 Computer Game Capstone Project - 3 hrs.

**Elective courses (choose one from the following):**

- CIS 453 Concepting and Storytelling - 3 hrs.
- CIS 455 Computer Graphics - 3 hrs.
- CIS 456 Game Engine Programming - 3 hrs.
- CIS 457 Digital Animation - 3 hrs.
- CIS 458 Sound Design - 3 hrs.

## Mobile Computing Concentration - 12 hours

The Mobile Computing concentration provides students with essential background, understanding, knowledge, and analytical and technical skills in advanced mobile technology and its applications in computer science, computer information systems, and the design and development of complex mobile software systems.

The concentration is comprised of 9 semester hours of required courses and 3 semester hours of elective semester hours of study as outlined below.

**Required courses:**

- CIS 433 Mobile and Wireless Networks – 3 hrs.
- CIS 446 Advanced Mobile Programming – 3 hrs.
- CS 493 Web and Mobile Software Systems – 3 hrs.

**Elective courses (choose one from the following):**

- CIS 435 Computer Networks and System Security – 3 hrs.
- CIS 495 Software and Web Applications Security – 3 hrs.

Due to the fast-changing learning content in Mobile Computing, see the Department of Computer Science and Information Systems for possible additional elective courses in this area.

## Software, Web, and Computer Security Concentration - 12 hours

The Software, Web, and Computer Security concentration provides students with essential background, understanding, knowledge, and skills in the practice of software, Web, computer networks and computer systems security technology, and secure software and Web applications design and development. The concentration is comprised of 12 required semester hours of study as outlined below.

**Required courses:**

- MIS 379 Information System Security, or equivalent - 3 hrs.
- CIS 415 Applied Cryptography - 3 hrs.
- CIS 435 Computer Networks and System Security - 3 hrs.
- CIS 495 Software and Web Applications Security - 3 hrs. .

## Data Science Concentration - 12 hours

The Data Science concentration provides students with the necessary skills to effectively use large data sets to solve problems and potentially find new insights. The concentration is comprised of 12 semester hours of study including 6 semester hours of required courses and 6

semester hours of elective courses as outlined below.

**Required courses:**

- CS 360 Fundamentals of Data Science- 3 hrs.
- CS 463 Knowledge Discovery and Data Mining - 3 hrs.

**Elective courses (choose two out of the following three courses):**

- CS 461 Artificial Intelligence – 3 hrs.
- CS 462 Machine Learning – 3 hrs.
- CS 472 Distributed Databases and Big Data - 3 hrs.

# Computer Science And Information Systems Minor

The requirements for a minor in computer science and information systems are:

1. a total of 22 hours in computer science (CS) or computer information systems (CIS) courses, including CS 101, CS 102, CS 140, and CS 210 courses;
2. at least 9 of these hours must be in courses numbered 300 or above, excluding CIS 300 course.

Non-majors interested in the minor should consult the department and develop an individualized plan based on the student's area of interest.

# Computer Game Technology Minor

The Computer Game Technology minor provides students with essential background, understanding, knowledge, and skills in the practice of computer game software design and development. The minor is comprised of 25 semester hours of study including 19 semester hours of required courses and 6 semester hours of elective courses as outlined below.

**Required courses:**

- CS 101 Introduction to Programming or equivalent - 4 hrs.
- CS 102 Data Structures or equivalent  - 3 hrs.
- CS 140 Advanced Programming Concepts and Languages or equivalent  - 3 hrs.
- CIS 451 Computer Game Design   - 3 hrs.
- CIS 452 Computer Game Modification   - 3 hrs.
- CIS 459 Computer Game Capstone Project   - 3 hrs.

**Elective courses (choose two from the following):**

- CIS 453 Concepting and Storytelling   - 3 hrs.
- CIS 455 Computer Graphics   - 3 hrs.

- CIS 456 Game Engine Programming   - 3 hrs.
- CIS 457 Digital Animation   - 3 hrs.
- CIS 458 Sound Design   - 3 hrs.

# Data Science Minor

The Data Science minor provides students with the necessary skills to effectively use large data sets to solve problems and potentially find new insights. The minor is composed of courses covering the knowledge discovery process, i.e., students learn techniques on how to collect and understand data and its properties, such as quality and completeness, prepare data for analysis, and analyze data using models (specific machine learning and data mining algorithms or techniques) and visualize solutions. This minor, and the field of Data Science, is the confluence of several related computer science sub-disciplines, including Artificial Intelligence, Machine Learning, Databases and Information Retrieval, Statistics, and Operations Research. The minor is comprised of 25 to 26 semester hours of study as outlined below.

**Required courses:**

- CS 101 Introduction to Programming or equivalent - 4 hrs.
- CS 102 Data Structures or equivalent  - 3 hrs.
- One three credit hour course in Statistics (Choose from: MTH 111, MTH 325, QM 262, PSY 205, ECE 302, IME 311, ENC 310, or equivalent), or two courses totaling 3 credit hours in Statistics (BIO 260 and BIO 261, or equivalent) - 3 hrs.
- One course in Discrete Math (MTH 120 or equivalent) or one course in Calculus (MTH 115 or MTH 121) - 3 or 4 hrs.
- CS 360 Fundamentals of Data Science  - 3 hrs.

**Electives:**

- Three courses at the 300 level or above from a pool of Data Science related courses approved by the department, including CS 461, CS 462, CS 463, CS 370, CS 472, CIS 476.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the*

*Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# COMPUTER SCIENCE COURSES

**CS 100 - Introduction to Programming Concepts and Languages** *(3 hours)*

**Gen. Ed. FS**

**Core Curr. QR**

An introduction to programming concepts and languages for non-Computer Science (CS) majors. Topics include the structure and design of algorithms, variables, constants, data types, arithmetic operations, selection and repetition structures, functions, input/output, arrays, structures, files, libraries. Students will design, write, test and run computer programs using a modern programming language as the development tool. Prerequisite: MTH 109 or higher

**CS 101 - Introduction to Programming** *(4 hours)*

**Gen. Ed. FS**

**Core Curr. QR**

Introduces the fundamental concepts of programming from an object-oriented perspective. Topics include simple data types, control structures (if-else loops, switch statements), introduction to array and string data structures, algorithms, debugging and testing techniques, and social implications of computing. The course emphasizes good software engineering principles and practices, breaking the programming process into analysis, design, implementation, and testing, with primary focus on implementation and development of fundamental programming skills. Prerequisite: MTH 109 or higher

**CS 102 - Data Structures** *(3 hours)*

Introduction to concepts of object-oriented programming with review of control structures and data types and array processing. Introduction to the object-oriented programming paradigm, focusing on the definition and use of classes along with the fundamentals of object-oriented design. Overview of programming principles, simple analysis of algorithms, searching and sorting techniques, and an introduction to software engineering issues. Prerequisite: A grade of C or better in CS 101.

**CS 140 - Advanced Programming Concepts and Languages** *(3 hours)*

Advanced programming concepts and languages appropriate to computer science and computer information systems. Topics include dynamic memory management, garbage collection,

advanced object-oriented concepts, generic programming, exception handling, recursion, overloading. Prerequisite: CS 102

## CS 210 - Advanced Data Structures and Algorithms *(3 hours)*

Advanced topics in object-oriented programming with an emphasis on advanced data structures, algorithms, and software development. Prerequisite: grade of C or better in both CS 102 and CS 140 or equivalents; MTH 120 or equivalent.

## CS 215 - Computability, Formal Languages, and Heuristics *(3 hours)*

Theory of computation and formal languages, grammars, computability, complexity, algorithms, heuristics, and foundations of intelligent systems. Prerequisite: CS 210 or CIS 210 or equivalents; MTH 122 or equivalent.

## CS 220 - Computer Architecture *(3 hours)*

Basics of logic circuit design, modern processor architecture, and assembly language. Overview of principle issues of internal system architecture, including memory, buses, and peripherals. Prerequisite: CS 140 or equivalent.

## CS 310 - Information Structures and Management *(3 hours)*

File organizations and access methods. Sort/merge operations; hashing schemes for storage and retrieval. Projects involve data validation; creation and updating of files; simulation and/or implementation of direct or indexed files. Prerequisite: CS 102.

## CS 320 - Symbolic Logic *(3 hours)*

Logical systems; prepositional and predicate calculi. Truth tables, proofs, tautologies, principles of inference, Boolean algebra, DeMorgan's Laws, quantifiers, representations, and set theory. Cross-listed as PHL 320. Prerequisite: MTH 120.

## CS 321 - Operating Systems *(3 hours)*

Fundamentals of operating systems concepts, design, and implementation. Topics include operating system components and structures, process and thread model, mutual exclusion and synchronization, scheduling algorithms, memory management, I/O controls, file systems, and security. Prerequisite: CS 220.

## CS 330 - Net-Centric Computing *(3 hours)*

Fundamentals of data communications: data transmission, data encoding, digital data communication techniques, data link control, and multiplexing. The Web as a client-server

system, building Web applications, network management and security, compression and decompression. Multimedia data technologies, wireless and mobile computing, and event-driven programming. Prerequisite: CS 210 or CIS 210 or equivalent.

**CS 360 - Fundamentals of Data Science** *(3 hours)*

Introduction to the knowledge acquisition and discovery process. Cleaning and analyzing data, building machine learning models, model validation and testing, and visualization. A number of machine learning algorithms are introduced such as regression, naive Bayes, decision trees, association rules, and clustering. Feature selection and transformation. Introduction to Distributed Databases and Big Data. Programming languages, such as R and Python are covered at an accelerated pace, as the course assumes as prerequisites two semesters of programming. Emphasis is on the use of such languages for data analysis and modeling. Prerequisite: CS 101 and CS 102 or equivalent.

**CS 370 - Database Management Systems** *(3 hours)*

Relational database design, including entity relationship modeling and normalization. Structured query language (SQL) for creating and querying databases. Other topics include the theory of relational databases, including relational algebra, various loading and reporting utilities, and the implementation of database management systems, e.g. how query optimization works. Prerequisite: CS 210 or CIS 210 or CS 360 or equivalent. Consent of instructor for all other students.

**CS 390 - Introduction to Software Engineering** *(3 hours)*

Software life cycle and its phases, analysis, process models, design, human-computer interaction and graphic user interface development, testing, verification, validation, tools and applications, and evolution of software systems. Prerequisite: CS 210 or CIS 210 or equivalent.

**CS 461 - Artificial Intelligence** *(3 hours)*

Pattern recognition, search strategies, game playing, knowledge representation; logic programming, uncertainty, vision, natural language processing, robotics, programming in LISP and PROLOG. Advanced topics in artificial intelligence. Cross-listed with CS 561. Prerequisite: CS 210 or CS 360 or equivalent.

**CS 462 - Machine Learning** *(3 hours)*

Machine learning and intelligent systems. Covers the major approaches to ML and IS building, including the logical (logic programming and fuzzy logic, covering ML algorithms), the biological

(neural networks and deep learning, genetic algorithms), and the statistical (regression, Bayesian and belief networks, Markov models, decision trees and clustering) approaches. Students use ML to discover the knowledge base and then build complete, integrated, hybrid intelligent systems for solving problems in a variety of applications. Cross listed with CS 562. Prerequisite: CS 210 or CS 360 or equivalent, and one of the following courses in statistics: MTH 111 or MTH 325 or equivalent.

### CS 463 - Knowledge Discovery and Data Mining *(3 hours)*

Brings together the latest research in statistics, databases, machine learning, and artificial intelligence that are part of the rapidly growing field of knowledge discovery and data mining. Topics covered include fundamental issues, classification and clustering, machine learning algorithms, trend and deviation analysis, dependency modeling, integrated discovery systems, next generation database systems, data warehousing, and OLAP and application case studies. Cross-listed with CS 563. Prerequisite: CS 210 or CS 360 or equivalent, and one of the following courses in statistics: MTH 111 or MTH 325 or equivalent.

### CS 472 - Distributed Databases and Big Data *(3 hours)*

Designing and building enterprise-wide data warehouses. Cover topics related to large distributed databases, including designing distributed databases, replicating data, and concurrency. NoSQL, object-oriented, and multimedia databases and their query languages. Cross-listed with CS 572. Prerequisite: CS 370, CS 210 or CS 360 or equivalent.

### CS 480 - Social and Professional Issues in Computing *(2 hours)*

Introduction to the social and professional issues and practices that arise in the context of computing. Prerequisite: CS 210 or CIS 210 or equivalent; or consent of instructor.

### CS 481 - Professional Practicum in Computer Science *(0-3 hours)*

Special projects under staff supervision on professional practicum in computer science, with near-term economic benefit. Repeatable to a maximum of 3 credit hours. Prerequisite: CS or CIS junior or senior student in good standing; consent of department chair.

### CS 490 - Capstone Project I *(3 hours)*
### Core Curr. EL

Applies the concepts and skills learned by undergraduate computer science majors at Bradley University. Students are required to work on a team on a significant software project. Prerequisite: CS 370, CS 390 or equivalents.

## CS 491 - Capstone Project II *(1-3 hours)*

**Core Curr. EL**

Applies the concepts and skills learned by undergraduate computer science majors at Bradley University. Students are required to work on a team on a significant software project. Prerequisite: CS 490.

## CS 493 - Web and Mobile Software Systems *(3 hours)*

Advanced topics of complex Web-based and mobile software systems: programming methodology, software engineering, components, architectures, services, requirements analysis, design and development models, integrated development environments, testing, quality, platforms. Cross listed with CS 593. For cross listed undergraduate/graduate courses, the graduate level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: CS 390 or equivalent; or consent of instructor.

## CS 497 - Topics in Computer Science *(3 hours)*

Topics of special interest in computer science area which may vary each time course is offered. Repeatable under a different topic for a maximum of six semester hours. Prerequisite: Consent of instructor.

## CS 498 - Directed Individual Studies in Computer Science *(1-3 hours)*

Individual study or research/development project under supervision of a CS&IS faculty member. May be repeated under a different topic once. Repeatable to a maximum of six semester hours. Prerequisite: Consent of instructor.

## CS 502 - Advanced Programming *(3 hours)*

Introduces the fundamental concepts of programming from an object-oriented perspective with emphasis on advanced programming skills and good software development principles in a closed laboratory setting. Covers topics including object-oriented paradigm, design and programming, fundamental data structures and computing algorithms, and software development principles. If needed, course should be taken during first regular semester at Bradley. Credit for this course does not count towards graduation requirements in any graduate program within the Department of Computer Science and Information Systems. Prerequisite: Graduate standing. Consent of graduate program coordinator; at least two semesters of programming experience.

## CS 503 - Programming Methodology *(3 hours)*

Predicate calculus, Dijkstra's methodology of algorithm development. Algorithm development. Algorithmic language characteristics; syntax, semantics. Postconditions and preconditions. Verification of postcondition states satisfied by algorithmic programs executed from preconditions. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or a grade of C or better in both MTH 120 and CS 102.

## CS 510 - Numerical Methods *(3 hours)*

Introduction to numerical and computational aspects of various mathematical topics: finite precision, solutions to nonlinear equations, and interpolation, approximation, linear systems of equations, and integration. Cross listed as MTH 510. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 101 and MTH 207 and MTH 223.

## CS 511 - Numerical Methods II *(3 hours)*

Continuation of CS/MTH 510: further techniques of integration, ordinary differential equations, numerical linear algebra, nonlinear systems of equations, boundary value problems, and optimization. Cross listed as MTH 511. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS; or MTH 224 or MTH 345, and CS 510 or MTH 510.

## CS 514 - Algorithms *(3 hours)*

Design and analysis of algorithms. Dynamic structures maintenance and hashing. Searching, sorting, and traversal. Time and space requirements; simplification; computational complexity; proof theory and testing; NP-hard and NP-complete problems. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 210 or CIS 210 or equivalent and one semester of statistics.

## CS 516 - Programming Languages *(3 hours)*

Design concepts of high-level languages. Description languages; grammars and syntax; expressions and data structures; selection and control structures; constructs for input and output; subprograms and parameter communications. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 210 or CS 310 or equivalents.

## CS 518 - Programming Language Translation *(3 hours)*

Overview of programming language translation with emphasis on modern compiler construction. Lexical analysis, parsing, syntax and semantic analysis, code generation, garbage collection, and optimization. Prerequisite: Grade of C or better in CS 210 or CIS 210 or equivalent.

## CS 520 - Advanced Computer Architecture *(3 hours)*

Fundamental computer sub-systems: central processing unit; memory systems; control and input/output units. General purpose computing systems design. Examples from existing typical computers. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 220 or equivalent.

## CS 531 - Web Development Technologies *(3 hours)*

Introduction to PERL/CGI, XHTML, XML, JavaScript and scripting languages. Web page design and layout. Client and server side development of web applications. Database connectivity, Java Database Connectivity (JDBC). Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 102 or equivalent.

## CS 532 - Advanced Java Computing *(3 hours)*

Developing Web-based systems using J2EE Java technologies. Topics include Java Security, Java GUI development using IDE, Java Servlets and JavaServer Pages, Java Enterprise JavaBeans, XML and Java Web Services, and Java Transaction Service and Java Message Service. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 531 or equivalent.

## CS 561 - Artificial Intelligence *(3 hours)*

Pattern recognition, search strategies, game playing, knowledge representation; logic programming, uncertainty, vision, natural language processing, robotics, programming in LISP and PROLOG. Advanced topics in artificial intelligence. Cross-listed with CS 461. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS. Consent of instructor for all other students with graduate standing.

## CS 562 - Machine Learning *(3 hours)*

Machine learning and intelligent systems. Covers the major approaches to ML and IS building, including the logical (logic programming and fuzzy logic, covering ML algorithms), the biological (neural networks and deep learning, genetic algorithms), and the statistical (regression, Bayesian and belief networks, Markov models, decision trees and clustering) approaches. Students use ML to discover the knowledge base and then build complete, integrated, hybrid intelligent systems for solving problems in a variety of applications. Cross listed with CS 462. For cross-

listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS. Consent of instructor for all other students with graduate standing.

### CS 563 - Knowledge Discovery and Data Mining *(3 hours)*

Brings together the latest research in statistics, databases, machine learning, and artificial intelligence that are part of the rapidly growing field of knowledge discovery and data mining. Topics covered include fundamental issues, classification and clustering, machine learning algorithms, trend and deviation analysis, dependency modeling, integrated discovery systems, next generation database systems, data warehousing, and OLAP and application case studies. Cross-listed with CS 463. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS. Consent of instructor for all other students with graduate standing.

### CS 571 - Database Management Systems *(3 hours)*

Relational database design, including entity relationship modeling and normalization. Structured query language (SQL) for creating and querying databases. Other topics include the theory of relational databases, including relational algebra, various loading and reporting utilities, and the implementation of database management systems, e.g., how query optimization works. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 210 or CIS 210 or equivalent.

### CS 572 - Distributed Databases and Big Data *(3 hours)*

Designing and building enterprise-wide data warehouses. Cover topics related to large distributed databases, including designing distributed databases, replicating data, and concurrency. NoSQL, object-oriented, and multimedia databases and their query languages. Cross-listed with CS 472. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, and CS 571. Consent of instructor for all other students with graduate standing.

### CS 590 - Fundamentals of Software Engineering *(3 hours)*

Software engineering: software product; prescriptive process models; system engineering; analysis modeling; design engineering; architectural design; user interface design; testing

strategies and techniques; software systems' implementation; software systems' maintenance.

Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 390 or equivalent.

## CS 591 - Software Project Management *(3 hours)*

Methods of PMBOK-based management of software systems design and development projects, including systems view, main project management process groups and knowledge areas, management plans, project metrics and estimates, tools for project management, project reports and documentation. Cross listed with CIS 491 and CIS 591 courses. For cross listed undergraduate/graduate courses, the graduate level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 390 or equivalent, or consent of instructor.

## CS 592 - Requirements Development *(3 hours)*

Covers topics including basic concepts and principles of software requirements engineering, the requirements engineering process, requirements elicitation, requirements analysis, requirements specification, system modeling, requirements validation and requirements management, and techniques, methods, and tools for requirements engineering and software systems requirements modeling (including structured, object-oriented and formal approaches to requirements modeling and analysis). Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 210 or CIS 210 or equivalent, or consent of instructor.

## CS 593 - Web and Mobile Software Systems *(3 hours)*

Advanced topics of complex Web-based and mobile software systems: programming methodology, software engineering, components, architectures, services, requirements analysis, design and development models, integrated development environments, testing, quality, platforms. Cross listed with CS 493. For cross listed undergraduate/graduate courses, the graduate level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 390 or equivalent.

## CS 612 - Automata, Computation and Complexity *(3 hours)*

Theory of formal languages and computability, Automata, Turing machines, grammars. Context free and context sensitive languages; parsing. Recursion theory; limits of effective computability,

P and NP class of problems, NP-complete problems, Non Turing computable problems, reducibility, complexity. Prerequisite: Graduate standing in CS or CIS, or CS 502 or equivalent.

### CS 614 - Parallel Algorithms *(3 hours)*

Parallel algorithms for multi-processor computer architectures: concurrent programming, SIMD and MIMD systems, and time complexity. Prerequisite: Graduate standing in CS or CIS, or CS 514 or equivalent.

### CS 625 - Operating Systems Design *(3 hours)*

Advanced concepts in operating system design. Topics include process and thread management, virtual memory, interprocess communication, distributed systems, parallel and distributed file system designs, resource management, and security and protection. Prerequisite: Graduate standing in CS or CIS, or CS 321 or equivalent.

### CS 635 - Data Communications and Networks *(3 hours)*

Fundamentals of data communication, computer network architectures and protocols, wireless networks, network programming, and network security. Emphasis on OSI, TCP/IP, ATM, and IEEE 802 LAN layered architectures, and TCP/IP network programming. Prerequisite: Graduate standing in CS or CIS, or CS 330 or equivalent.

### CS 681 - Professional Practicum in Computer Science *(0 hours)*

Special projects under Smith Career Center supervision on student's professional practicum in corporate/business environment in computer science, with near-term economic benefit. Satisfactory/Unsatisfactory. Minimum of 5-10 hours per week required. Prerequisite: Graduate CS or CIS student in good standing; consent of department chair and graduate program director.

### CS 690 - Advanced Topics in Software Engineering *(3 hours)*

Special software engineering research and development projects under staff supervision. Emphasis on a specific topic and emerging technologies in the software engineering area. Prerequisite: Graduate standing in CS or CIS, or CS 590 or CS 591 or equivalents, or consent of instructor.

### CS 697 - Advanced Topics in Computer Science *(3 hours)*

Special projects under staff supervision on advanced problems in numerical or non-numerical branches of computer science. May be taken more than once under different topics for a maximum of 6 semester hours. Prerequisite: Consent of instructor.

**CS 698 - Directed Individual Studies in Computer Science** *(1-3 hours)*

Individual study in an area of computer science relevant to the student's professional goals and not covered in a formal course offered by the department. May be repeated twice for a maximum of 6 credit hours. Prerequisite: Consent of instructor.

**CS 699 - Thesis in Computer Science** *(0-6 hours)*

Computer science research and thesis preparation. Required of candidates choosing the thesis option. Total of 6 semester hrs. to be taken in one or two semesters. Prerequisite: Consent of department chair

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# COMPUTER INFORMATION SYSTEMS COURSES

**CIS 102 - Introduction to Computer Information Systems With Basic** *(3 hours)*

Fundamental concepts of computer programming and design of algorithms. Problem solving using BASIC. Introduction to flow chart language and use of software packages. Functional limitations and capacities of computers.

**CIS 203 - Data Processing With Cobol** *(3 hours)*

Solution of data processing problems using COBOL. Introduction to file handling and use of computers in a business environment. Prerequisite: Previous high school or college programming courses.

**CIS 210 - Applications of Data Structures & Algorithms** *(3 hours)*

Builds on previous CS 101, CS 102, and CS 140 courses in programming and focuses on applications of data structures, graphs and trees, algorithms, proof techniques, problem solving strategies, and file structures in programming, software development, and computer information systems. Prerequisite: grade of C or better in both CS 102 and CS 140 or equivalents; MTH 120 or equivalent.

**CIS 215 - Introduction to Scripting Languages** *(3 hours)*

A non-technical introduction to the use of scripting languages in a web-based environment. An overview of current scripting languages such as Javascript, VBScript, and PERL. Prerequisite: CS 101

**CIS 230 - Introduction to Computer Forensics** *(3 hours)*

Provides an overview of computer forensics, investigation techniques, and relevant laws. Covers computer operating system architectures and disk structures and their relevance to computer forensics. Cross listed as CJS 230. Prerequisite: previous computer class or consent of instructor.

**CIS 275 - Business Applications With Visual Basic** *(3 hours)*

Object-oriented business application development using Visual Basic. Emphasis on object classes, events and properties, data structures, controls, and objects. Dual listed as MIS 275. Prerequisite: CIS 102, BMA 272, or consent of instructor.

## CIS 300 - Computers and Society *(3 hours)*

**Gen. Ed. TS**

**Core Curr. GP GS**

History of computers; their use, limitations, and impact on society; Internet and the World Wide Web; creation of Web content. Prerequisite: Junior standing or consent of instructor.

## CIS 330 - Advanced Computer Forensics *(3 hours)*

Provides students an extensive look at computer forensics and formal techniques used in computer forensics in a lab environment. Formal techniques for conducting a computer forensics investigation including record-keeping are covered. Students will conduct computer forensic exams and participate in practical computer forensic examination exercises. Cross listed as CJS 330. Prerequisite: CIS 230 or CJS 230.

## CIS 377 - Advanced Cobol Systems and Environments *(3 hours)*

Design and implementation of production-oriented COBOL system projects. Environments for development and implementation of COBOL systems in both batch and interactive modes. JCL for resource management, file processing, and multi-key file processing. Comparison and portability issues in different COBOL system environments. Prerequisite: CIS 203.

## CIS 393 - Web Technologies & Systems *(3 hours)*

Introduction to Web technologies and systems. Emphasis on design, development, testing, implementation, and applications of Web-based systems and technologies including related software, data exchange protocols, interfaces, and tools. Prerequisite: CIS 210 or CS 210 or equivalent; or consent of instructor. CS 220 is strongly recommended.

## CIS 415 - Applied Cryptography *(3 hours)*

Various concepts, algorithms, and systems in the area of applied cryptography. Topics include but are not limited to overview of classical cryptography, various types of cryptographic algorithms and systems, block ciphers, advanced encryption standards, key management, digital certificates, design and development of cryptographic applications. Cross-listed with CIS 515. Prerequisite: CS 210 or CIS 210 or equivalent; or consent of instructor.

## CIS 430 - Information Technology Infrastructure *(3 hours)*

Enterprise information technology infrastructure including networking and telecommunications fundamentals, concepts, models, architectures, protocols, standards, communications, configuration, implementation, management, deployment software, firmware, hardware,

distributed systems, file services, and software/hardware/network security issues. Cross-listed with CIS 530. Prerequisite: CS 220 or equivalent; or consent of instructor. CIS 393 is strongly recommended.

## CIS 433 - Mobile and Wireless Networks *(3 hours)*

Fundamental concepts and technologies in mobile and wireless networks, medium access control, wireless LAN, PAN, and WAN, infrastructure-based mobile networks, ad hoc routing protocols, mobile transport layer, handoff in mobile and wireless networks, wireless application protocols, wireless sensor networks. Cross listed with CIS 533. For cross listed undergraduate/graduate courses, the graduate level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: CS 330 or CIS 430, or equivalents.

## CIS 435 - Computer Networks and System Security *(3 hours)*

Principles, concepts, and fundamentals of computer networks and systems; and information technology infrastructure security, computer network authentication, authorization, access control, confidentiality, and data integrity. Topics of computer network security policy and management, data encryptions, protection against internal and external attacks, security evaluation and management will also be covered. Cross listed with CIS 535. Prerequisite: CS 220 or equivalent; or consent of instructor.

## CIS 445 - Integrative Programming and Technology *(3 hours)*

Data mapping and exchange: metadata, XML, encoding schemes, data stream transformations, and data integration and exchange between computer systems. Integrative programming and technology: design patterns, interfaces, inheritance, reusability, and security practices. Computer information systems integration: architectures, socket programming, Web services, message and queuing services. Cross listed with CIS 545. Prerequisite: CS 220 or equivalent; or consent of instructor. CIS 393 is strongly recommended.

## CIS 446 - Advanced Mobile Programming *(3 hours)*

Advanced programming concepts, languages and technology relevant to mobile software systems and mobile computing, including data structures, databases, file systems, objects, classes, I/O operations, SDKs, IDEs, services, networking and development of mobile software

systems. Cross listed with CIS 543. For cross listed undergraduate/graduate courses, the graduate level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: CS 321 or CIS 445, or equivalents; or consent of instructor.

## CIS 451 - Computer Game Design *(3 hours)*

Gameplay, storytelling, challenges, interface and information design, and world interaction. Construction of experiences, including rule design, play mechanics, game balancing, social game interaction, and the integration of interactive media. Playtesting and game design documentation. Cross listed with IM 451, CIS 551. For cross listed undergraduate/graduate courses, the graduate level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Junior standing; IM 113, IM 115, IM 285, and IM 260; or CS101, CS102, and CS140; or consent of instructor.

## CIS 452 - Computer Game Modification *(3 hours)*

Software development and programming aspects of computer games, game engine modification, and virtual reality simulations, including event loops, execution threads, collision detection, multi-threading, performance analysis, multi-user games and networking. Cross listed with CIS 552, IM 452. Prerequisite: junior standing, CS 101, CS 102, CS 140; or consent of instructor.

## CIS 453 - Concepting and Storytelling for Game Design *(3 hours)*

Process of narrative and interactive development. Students will work individually and in small groups learning how to write, pre-visualize, present, and produce their interactive experiences, narratives, and games. Cross listed with CIS 553. For cross listed undergraduate/graduate courses, the graduate level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Junior standing, or IM 113 and IM 115 and IM 213 and IM 160 and IM 285 and IM 260, or consent of instructor.

## CIS 455 - Computer Graphics *(3 hours)*

Introduction to the theory and implementation of computer graphics with 2D and 3D applications in computer gaming, including 2D and 3D graphic primitives and objects, OpenGL, geometric transformations, image synthesis, rendering and lighting, and virtual environments. Cross listed with CIS 555, IM 455. Prerequisite: junior standing, CS 101, CS 102, CS 140; or consent of instructor.

## CIS 456 - Game Engine Programming *(3 hours)*

Advanced techniques and technologies for programming computer game engines, multi-user games, virtual environments, and virtual reality simulations. Cross listed with CIS 556, IM 456. Prerequisite: junior standing, CIS 452, CIS 455; or consent of instructor.

## CIS 457 - Digital Animation *(3 hours)*

A studio course exploring computer modeling and animation. Survey of the theory, history, and practice involved with creating quality modeling for print media, and also modeling and animation for time-based audio-visual media. Cross listed with CIS 557, IM 457. Prerequisite: junior standing, ART 105, ART 106, IM 285; or consent of instructor.

## CIS 458 - Sound Design *(3 hours)*

Theoretical and practical sound design. Music composition, field sound recording, studio tracking, aesthetic analysis of music, electronic sound generation. Digital game technologies, 3D sound processing and generative audio structures. Mixing in non-linear environments and final mastering. Cross listed with CIS 558, IM 458. Prerequisite: junior standing, IM 113, IM 285; or consent of instructor.

## CIS 459 - Computer Game Capstone Project *(3 hours)*
## Core Curr. MI,EL

Game development, including advanced game design, software development, and game production concepts. Integration of audio, visual, storytelling, programming, and design. Project builds within multi-disciplinary teams. Cross listed with CIS 559, IM 459. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Completion of all other coursework in game design minor or computer game technology minor; or completion of all other coursework in game design concentration or computer game technology concentration; or consent of instructor.

## CIS 459 - Computer Game Capstone Project *(3 hours)*
## Core Curr. MI

Game development, including advanced game design, software development, and game production concepts. Integration of audio, visual, storytelling, programming, and design. Project builds within multi-disciplinary teams. Cross listed with CIS 559, IM 459. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic

requirements beyond those of the undergraduate course. Prerequisite: Completion of all other coursework in game design minor or computer game technology minor; or completion of all other coursework in game design concentration or computer game technology concentration; or consent of instructor.

### CIS 473 - Quality Management in Computing *(3 hours)*

Quality management topics relevant to advanced computing and software/hardware systems, including functional and structural quality, quality factors, McCall's triangle of quality, ISO standards, software quality assurance and management, COCOMO models, DFS Prerequisite: CIS 430 and CS 390, or equivalents; or consent of instructor.

### CIS 475 - Computer Information Systems Analysis. Design and Integration *(3 hours)*

Computer information systems analysis, design and integration including enterprise computer information systems types and architecture models, sourcing, development methodologies and life cycle, requirements, analysis and design models, conceptual and logic data modeling, testing and quality assurance, validation and verification. Systems implementation, integration, deployment and maintenance, metrics and economics. Cross listed with CIS 575 course. Prerequisite: CIS 210 or CS 210 or equivalent; or consent of instructor. CS 390 is recommended.

### CIS 476 - Data Management *(3 hours)*

A study of techniques and processes to help organize, access, protect, and analyze data. Describe data collection, storage, and retrieval methods. Explain data integration and interoperability, including data transfer and exchange standards. Understand why it is important to define policies and procedures for data governance, quality, standards, security, and privacy. Describe different strategies for data analysis. Topics include data warehousing, database registries, data mining, NoSQL, and other Data Science techniques. Cross-listed with CIS 576. Prerequisite: CS 210 or CS 360 or equivalent.

### CIS 481 - Professional Practicum in Computer Information Systems *(0-3 hours)*

Special projects under staff supervision on professional practicum in computer information systems, with near-term economic benefit. Repeatable to a maximum of 3 credit hours. Prerequisite: CIS or CS junior or senior student in good standing; consent of department chair.

### CIS 491 - Computer Information System Project Management *(3 hours)*

Methods of PMBOK-based management of computer information software systems design and development projects, including systems view, main project management process groups and

knowledge areas, management plans, project metrics and estimates, tools for project management, project reports and documentation. Cross listed with CS 591 and CIS 591 courses. Prerequisite: CS 390 or equivalent; or consent of instructor.

## CIS 495 - Software and Web Applications Security *(3 hours)*

Concepts, models, methods, technologies, and tools used to design, develop, test, implement, and maintain secure software and Web applications. Threats posed to software and Web applications, software security concepts and protection mechanisms, trust and threat model, authentication and authorization, software risks assessment and management models, security management models for software and Web applications, secure programming and software development styles, tools to develop secure software and Web applications. Cross listed with CIS 595. Prerequisite: CS 390 or equivalent; or consent of instructor.

## CIS 497 - Topics in Computer Information Systems *(3-6 hours)*

Topics of special interest in computer information systems area which may vary each time course is offered. Repeatable under a different topic for a maximum of six semester hours. Prerequisite: consent of instructor.

## CIS 498 - Directed Individual Studies in Computer Information Systems *(1-3 hours)*

Individual study or research/development project under supervision of a CS/IS faculty member. May be repeated under a different topic once. Repeatable to a maximum of six semester hours. Prerequisite: Consent of instructor

## CIS 515 - Applied Cryptography *(3 hours)*

Various concepts, algorithms, and systems in the area of applied cryptography. Topics include but are not limited to overview of classical cryptography, various types of cryptographic algorithms and systems, block ciphers, advanced encryption standards, key management, digital certificates, design and development of cryptographic computer and software applications. Cross listed with CIS 415. For cross listed undergraduate/graduate courses, the graduate level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 210 or equivalent, or consent of instructor.

## CIS 530 - Information Technology Infrastructure *(3 hours)*

Enterprise information technology infrastructure including networking and telecommunications fundamentals, concepts, models, architectures, protocols, standards, communications,

configuration, implementation, management, deployment software, firmware, hardware, distributed systems, file services, and software/hardware/network security issues. Cross listed with CIS 430. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 220 or equivalent, or consent of instructor. CIS 393 is strongly recommended.

## CIS 533 - Mobile and Wireless Networks *(3 hours)*

Fundamental concepts and technologies in mobile and wireless networks, medium access control, wireless LAN, PAN, and WAN, infrastructure-based mobile networks, ad hoc routing protocols, mobile transport layer, handoff in mobile and wireless networks, wireless application protocols, wireless sensor networks. Cross listed with CIS 433. For cross listed undergraduate/graduate courses, the graduate level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 330 or CIS 530 or equivalents.

## CIS 535 - Computer Networks and System Security *(3 hours)*

Principles, concepts, and fundamentals of computer networks and systems; and information technology infrastructure security, computer network authentication, authorization, access control, confidentiality, and data integrity. Topics of computer network security policy and management, data encryptions, protection against internal and external attacks, security evaluation and management will also be covered. Cross listed with CIS 435. For cross listed undergraduate/graduate courses, the graduate level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 220 or equivalent, or consent of instructor.

## CIS 545 - Integrative Programming and Technology *(3 hours)*

Data mapping and exchange: metadata, XML, encoding schemes, data stream transformations, data integration and exchange between computer systems. Integrative programming and technology: design patterns, interfaces, inheritance, reusability, and security practices. Computer information systems integration: architectures, socket programming, Web services, and message and queuing services. Cross listed with CIS 445. For cross listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of

the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 220 or equivalent, or consent of instructor. CIS 393 or equivalent is strongly recommended.

## CIS 546 - Advanced Mobile Programming *(3 hours)*

Advanced programming concepts, languages and technology relevant to mobile software systems and mobile computing, including data structures, databases, file systems, objects, classes, I/O operations, SDKs, IDEs, services, networking and development of mobile software systems. Cross listed with CIS 446. For cross listed undergraduate/graduate courses, the graduate level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 321 or CIS 545 or equivalents, or consent of instructor.

## CIS 551 - Computer Game Design *(3 hours)*

Gameplay, storytelling, challenges, interface and information design, and world interaction. Construction of experiences, including rule design, play mechanics, game balancing, social game interaction, and the integration of interactive media. Playtesting and game design documentation. Cross listed with CIS 451, IM 451. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or I M 113 and I M 115 and I M 285 and I M 260, or CS 101 and CS 102 and CS 140, or consent of instructor.

## CIS 552 - Computer Game Modification *(3 hours)*

Software development and programming aspects of computer games, game engine modification, and virtual reality simulations, including event loops, execution threads, collision detection, multi-threading, performance analysis, multi-user games and networking. Cross listed with CIS 452, IM 452. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 101 and CS 102 and CS 140, or consent of instructor.

## CIS 553 - Concepting and Storytelling *(3 hours)*

Process of narrative and interactive development. Students will work individually and in small groups learning how to write, pre-visualize, present, and produce their interactive experiences,

narratives, and games. Cross listed with CIS 453. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or I M 113 and I M 115 and I M 213 and I M 160 and I M 285 and I M 260, or consent of instructor.

**CIS 555 - Computer Graphics** *(3 hours)*

Introduction to the theory and implementation of computer graphics with 2D and 3D applications in Computer Gaming, including 2D and 3D graphic primitives and objects, OpenGL, geometric transformations, image synthesis, rendering and lighting, and virtual environments. Cross listed with CIS 455, IM 455. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 101 and CS 102 and CS 140, or consent of instructor.

**CIS 556 - Game Engine Programming** *(3 hours)*

Advanced techniques and technologies for programming computer game engines, multi-user games, virtual environments, and virtual reality simulations. Cross listed with CIS 456, IM 456. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CIS 452 and CIS 455 or equivalents, or consent of instructor.

**CIS 557 - Digital Animation** *(3 hours)*

A studio course exploring computer modeling and animation. Survey of the theory, history, and practice involved with creating quality modeling for print media, and also modeling and animation for time-based audio-visual media. Cross listed with CIS 457, IM 457. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or ART 105 and ART 106 and IM 285, or consent of instructor.

**CIS 558 - Sounds Design** *(3 hours)*

Theoretical and practical sound design. Music composition, field sound recording, studio tracking, aesthetic analysis of music, electronic sound generation. Digital game technologies, 3D

sound processing and generative audio structures. Mixing in non-linear environments and final mastering. Cross listed with CIS 458, IM 458. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or IM 113 and IM 285, or consent of instructor.

## CIS 559 - Computer Game Capstone Project *(3 hours)*

Theoretical and practical sound design. Music composition, field sound recording, studio tracking, aesthetic analysis of music, electronic sound generation. Digital game technologies, 3D sound processing and generative audio structures. Mixing in non-linear environments and final mastering. Cross listed with CIS 458, IM 458. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or consent of instructor, or senior standing in CS or CIS and completion of all other coursework in game design minor or computer game technology minor, or senior standing in CS or CIS and completion of all other coursework in game design concentration or computer game technology concentration.

## CIS 572 - Computing Management: Systems, Technology, Services *(3 hours)*

Management of resources for computing; management of computer and information systems and technologies; planning for and management of computing services; operational considerations. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 310 or equivalent.

## CIS 573 - Quality Management in Computing *(3 hours)*

Quality management topics relevant to advanced computing and software/hardware systems, including functional and structural quality, quality factors, McCall's triangle of quality, ISO standards, software quality assurance and management, COCOMO models, DFSS, CMMI, quality measurements and metrics. Cross listed with CIS 473. For cross listed undergraduate/graduate courses, the graduate level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CIS 430 and CS 390 or equivalents, or consent of instructor.

## CIS 575 - Computer Information Systems Analysis, Design and Integration *(3 hours)*

Computer information systems analysis, design and integration including enterprise computer information systems types and architecture models, sourcing, development methodologies and life cycle, requirements, analysis and design models, conceptual and logic data modeling, testing and quality assurance, validation and verification. Systems implementation, integration, deployment and maintenance, metrics and economics. Cross listed with CIS 475 course. For cross listed undergraduate/graduate courses, the graduate level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 210 or CIS 210 or equivalent, or consent of instructor. CS 390 is recommended.

## CIS 576 - Data Management *(3 hours)*

A study of techniques and processes to help organize, access, protect, and analyze data. Describe data collection, storage, and retrieval methods. Explain data integration and interoperability, including data transfer and exchange standards. Understand why it is important to define policies and procedures for data governance, quality, standards, security, and privacy. Describe different strategies for data analysis. Topics include data warehousing, database registries, data mining, NoSQL, and other Data Science techniques. Cross-listed with CIS 476. For cross-listed undergraduate/graduate courses, the graduate-level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, and CS 571 (recommended). Consent of instructor for all other students with graduate standing.

## CIS 580 - Digital Society and Computer Law *(3 hours)*

Ethical considerations of computer scientists and computer-related security and privacy issues; copyright, patent, trademark, and trade secret issues, deceptive trade practices, computer crime, contract issues, venture capitalists, tax issues, computer torts, constitutional issues, and international trade considerations. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or one semester of computer programming or equivalent.

## CIS 588 - Introduction to Expert Systems *(3 hours)*

Knowledge-based systems design and implementation; expert systems shells and programming environments; validation and implementation of expert systems; case studies/laboratories.

Cross-listed as IME 568. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or two semesters of computer programming or equivalent and one semester of statistics, or consent of instructor.

## CIS 591 - CIS and IT Project Management *(3 hours)*

Methods of PMBOK-based management of computer information systems and/or information technology design and development projects, including systems view, main project management process groups and knowledge areas, management plans, project metrics and esti Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 390 or equivalent; or consent of instructor.

## CIS 595 - Software and Web Applications Security *(3 hours)*

Various security concepts, models, methods, technologies, and tools used to design, develop, test, implement, and maintain secure software and Web applications. Topics include but are not limited to threats posed to software and Web applications, software security concepts and protection mechanisms, trust and threat model, authentication and authorization, software risks assessment and management models, secure programming and software development styles and tools. Cross listed with CIS 495. For cross listed undergraduate/graduate courses, the graduate level course will have additional academic requirements beyond those of the undergraduate course. Prerequisite: Graduate standing in CS or CIS, or senior standing in CS or CIS, or CS 390 or equivalent, or consent of instructor.

## CIS 607 - File Organization and Management *(3 hours)*

File organizations and access methods. Sort/merge operations; hashing schemes for storage and retrieval. Projects involve data validation; creation and updating of files; simulation and/or implementation of direct and indexed files. Prerequisite: Graduate standing in CS or CIS, or CS 102 or equivalent.

## CIS 681 - Professional Practicum in Computer Information Systems *(0 hours)*

Special projects under Smith Career Center supervision on student's professional practicum in corporate/business environment in computer information systems and/or information technology, with near-term economic benefit. Satisfactory/Unsatisfactory. Minim Prerequisite: Graduate CIS or CS student in good standing; consent of department chair and graduate program director.

**CIS 697 - Advanced Topics in Computer Information Systems** *(0-3 hours)*
Special projects under staff supervision on advanced problems and emerging technologies in computer information systems. May be repeated under different topics for a maximum of 6 semester hours. Prerequisite: consent of instructor.

**CIS 698 - Directed Individual Studies in Computer Information Systems** *(1-3 hours)*
Individual study or research/development project in an area of computer information systems relevant to the student's professional goals and not covered in a formal course offered by the Department. May be repeated twice for a maximum of 6 credit hours. Prerequisite: Consent of instructor

**CIS 699 - Thesis in Computer Information Systems** *(3 hours)*
Computer information systems research and thesis preparation. Required of candidates choosing the thesis option. Repeatable to a maximum of 6 semester hours. Prerequisite: consent of department chair.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# CRIMINOLOGY

**FACULTY** Williams (Director; Criminology), Curtis (Political Science), Scott (History), Toxqui (History), Zant (Sociology), Crawford (Sociology).

Criminology is an evolving, multidisciplinary social science which addresses the presence, causes, consequences, and prevention/control of crime in society. The Criminology program at Bradley represents a collaborative effort of the faculties of Criminology, History, Political Science, and Sociology. It is designed to foster active and critical engagement with theoretical, ethical, and practical concerns of crime and justice in human society, and to prepare students for a variety of career opportunities, as well as for graduate studies in criminology, criminal justice, law, and related fields.

## Transfer Students

Transfer students who have earned the Associate of Arts degree in criminology will have fulfilled the designated CRM course work required for the degree.

Students who elect the academic exploration program or another major may change to Criminology if they have a cumulative GPA exceeding 2.0 and a GPA exceeding 2.0 in previously taken Criminology major requirements (see list).

# Major Requirements (48 Hours)

**Lower Division Courses (21 hours)**

- CRM 110 Introduction to the Criminal Justice System - 3 hrs.
- CRM 225 Criminal Law - 3 hrs.
- CRM 250 Police Organization and Administration - 3 hrs.
- HIS 201 Violence, Crime, and Punishment in U.S. History - 3 hrs.
- PLS 105 Introduction to American Government - 3 hrs.
- PLS 202 State and Local Government - 3 hrs.
- SOC 100 The Sociological Perspective - 3 hrs.

**Research Requirement (3 hours)**

- PLS 209 Scope and Methods of Political Science **or**
  SOC 240 Research Methods

**Upper Division Courses (21 hours)**

- HIS 309 History of U.S. Law Enforcement – 3 hrs.
- PLS 360 Judicial Politics- 3 hrs.
- PLS 419 Introduction to Public Administration

  **or** PLS 420 Public Management - 3 hrs.
- SOC 330 Perspectives on Deviance – 3 hrs.
- **Two** of the following courses - 6 hours
    - SOC 331 Correctional Policies and Society
    - SOC 332 Juvenile Delinquency
    - SOC 333 Sociology of Violence
    - SOC 334 Crime and Society
    - approved SOC 390 courses.

- **One** of the following courses - 3 hours
    - SOC 302 The Sociology of Diversity
    - SOC 312 Social Inequality
    - SOC 313 Race, Ethnicity and Power
    - SOC 342 Social Policy

## Internship Requirement (3 hours)

- PLS 480 Internship in Political Science **or** SOC 391/392 Internship in Applied Sociology

## Strongly Recommended Electives (not required)*

- CRM 130 Introduction to Investigation
- CRM 230 Introduction to Computer Forensics
- CRM 330 Advanced Computer Forensics
- HIS 303 American Urban History
- PLS 440 Public Policy Analysis
- PLS 422 Urban Politics
- PLS 459 Constitutional Law
- PLS 460 Constitutional Law
- SOC 322 Self and Social Interaction
- SOC 340 Demography and Urban Studies

* Recommended electives also include any of the alternative courses noted above which were not taken as a requirement.

Please note: To graduate, CRM majors must have a cumulative GPA exceeding 2.0 for all courses numbered 200 or above in the CRM major requirement.

# Minor In Criminology

The purpose of the minor in Criminology is to provide interested students the opportunity to pursue study of crime and justice in a way that supplements their major area(s) of study. A minimum of fifteen hours of coursework, at least nine of which must be at the 300-level or above, is required to complete the minor. No more than six credit hours of courses from a major course of study may be used to satisfy the requirements of the Criminology minor. Students must fulfill the following requirements:

1. CRM 110 Introduction to the Criminal Justice System - 3 hrs.
2. CRM 301 Theories of Crime and Justice - 3 hrs.
3. SOC 240 or PLS 209.
   Note: This requirement may be waived for students who have taken HIS 350, SW 260, PSY 206, or similar research methods course in the social or behavioral sciences as part of their major area of study.
4. At least three (3) courses from the following:
   CRM 380 (may be repeated under different topic for up to 6 hours of credit); CRM 401; HIS 309; SOC 331, 332, 333, 334 (Note: Other courses, selected in consultation with the Chair of Criminology, may be used to fulfill this requirement.)

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# CRIMINOLOGY COURSES

**CRM 110 - Introduction to the Criminal Justice System** *(3 hours)*

An introduction to the criminal justice systems in America, including policy making, law enforcement, prosecution, adjudication, and corrections. In addition to the institutions of the various systems, the major theoretical perspectives for explaining deviance and the societal response to deviance will be explored.

**CRM 130 - Introduction to Investigations** *(3 hours)*

An exploration of the principles of criminal investigation, including crime scene analysis, collection and analysis of physical evidence, the use of physical evidence in prosecution of crime, and the rules governing the introduction of physical evidence in court. Social and political issues affecting criminal investigations will also be covered.

**CRM 225 - Criminal Law** *(3 hours)*

An analysis of the history and development of the criminal law as a system of social control. Coverage includes the scope, purposes, and general principles of the criminal law as well as the elements of specific crimes. Prerequisite: CRM 110 OR CJS 110

**CRM 230 - Introduction to Computer Forensics** *(3 hours)*

Provides an overview of computer forensics, investigation techniques, and relevant laws. Covers computer operating system architectures and disk structures and their relevance to computer forensics. Cross listed as CIS 230. Prerequisite: Previous computer class or consent of instructor

**CRM 250 - Police Organization and Administration** *(3 hours)*

An introduction to the principles of organization and management of law enforcement bureaucracies, with an emphasis on the tasks faced by managers and the guiding principles used to complete these tasks. Students will consider the unique problems of managing a police bureaucracy in a democratic society. Prerequisite: CRM 110 OR CJS 110

**CRM 301 - Theories of Crime and Justice** *(3 hours)*

This course is designed to provide an introductory survey of theories of crime, law, and justice. Students will be introduced to the importance of theory in criminology and criminal justice, the

philosophical foundations of criminological theory, historical developments in the field, as well as contemporary trends and issues. Prerequisite: CRM 110 OR CJS 110; junior or senior status; or consent of instructor

## CRM 330 - Advanced Computer Forensics *(3 hours)*

Provides students an extensive look at computer forensics and formal techniques used in computer forensics in a lab environment. Formal techniques for conducting a computer forensics investigation including record-keeping are covered. Students will conduct computer forensic exams and participate in practical computer forensic examination exercises. Cross listed as CIS 330. Prerequisite: CIS 230 or CJS 230

## CRM 360 - Drugs and Crime *(3 hours)*

Introduction to and overview of legal and illegal drugs, their use and abuse, and connection to crime and criminal justice. Particular attention is given to basic drug pharmacology, theories of drug use, the link between drugs and violence, the drug industry and law and policy pertaining to the control of drugs and drug use. Prerequisite: CRM 110 OR CJS 110; or consent of instructor

## CRM 380 - Topics in Crime, Law, and Justice *(3 hours)*

This course challenges students to critically explore the empirical, theoretical, and/or applied elements of special topics and key issues within the study of crime, law, and justice. This course may be repeated under different topic for a maximum of 6 semester hours. Prerequisite: CRM 110 OR CJS 110; junior or senior status; or consent of instructor

## CRM 401 - Ethics, Crime, and Criminal Justice *(3 hours)*

This course is designed to familiarize students with key theories, concepts, and principles in criminal justice ethics, their relevance for moral reasoning and decision-making, and their importance and practical value in everyday and professional contexts. Through this course students will be introduced to and asked to critically examine the relationship between ethics, crime, and criminal justice, several key challenges to ethical behavior, the ways in which morality has and does impact law and criminal justice policy, major models of ethical decision-making, and key variations of unethical behavior within police, courts, and corrections. Prerequisite: CRM 110 OR CJS 110; junior or senior status; or consent of instructor

## CRM 480 - Directed Readings in Crime, Law, and Justice *(1-3 hours)*

Student-initiated, individualized readings and/or research to facilitate exploration or understanding of a criminological or criminal justice topic not sufficiently covered by or beyond

the scope of formally developed coursework within the department. May be repeated for up to 6 hours of credit. Prerequisite: CRM 110 OR CJS 110; junior or senior status; or consent of instructor

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ECONOMICS (LAS)

**FACULTY** Professors Highfill, O'Brien, Sattler; Associate Professor Lewer (chair); Assistant Professor Corbett.

The Department of Economics offers a major in both the College of Liberal Arts and Sciences and in the Foster College of Business. Normally, individuals planning a career in government, politics, public policy, or the law should be in the College of Liberal Arts and Sciences. Students interested in an economics major are urged to consult with a departmental advisor for a suggested course of study that will serve their career objectives.

The departmental requirements for the major are designed to provide the student with: (1) a knowledge of basic economic theory; (2) quantitative tools for dealing with economic variables; (3) more specialized understanding of particular areas of interest in economics; and (4) a broad background in the humanities, in the social sciences, and in the physical sciences.

Individuals planning to study for the Ph.D. in economics should take either a minor in mathematics or the following courses: MTH 121, MTH 122, MTH 207 and MTH 223. It is strongly advised that MTH 420 also be taken.

Students enrolling in the Department of Economics will meet its requirements by completing the following program.

# Course Requirements:

- Economics 221 (or 100), and 222 - 6 hrs.
- Economics Colloquium for Juniors (300) - 1 hr.
- Intermediate Microeconomic Theory (332) - 3 hrs.
- Intermediate Macroeconomic Theory (333) - 3 hrs.
- Economics Colloquium for Seniors (400) - 1 hr.
- Senior Seminar (498, 499) - 4 hrs.
- Junior/Senior Economics Electives - 9 hrs.
- Minimum of 27 semester hours in economics including at least 24 semester hours above the 100 level.
- MIS 173 Information Systems and Business Applications - 3 hrs.
- QM 262, 263, or equivalent - 6 hrs.
- Philosophy - 3 hrs.
- Mathematics (Calculus), MTH 121 or MTH 115 - 4 hrs.
- ATG 157 Accounting Principles - Financial - 3 hrs.

Majors must receive a grade of C or better in Economics 332, 333, and 499.

# Economics Minor

The purpose of the minor in economics is to provide students with a coherent and guided study of economics as it relates to their special discipline or interests. Students must fulfill the following requirements:

1. ECO 100 or 221, and 222.
2. ECO 332 or 333 (with a grade of C or better).
3. 6 hours of junior-senior level economics courses.
4. 9 hours of the 15 hours must be taken at Bradley.

Students in an economics minor must consult with a departmental advisor at the time that the minor is declared to plan a course of study that will serve their objectives.

The economics curriculum is designed to (a) provide students from other disciplines an opportunity to broaden their understanding of the economic forces that shape societies; (b) provide an opportunity for in-depth study of economics for students planning careers in education, law, government service, business, and other careers in which a more specialized understanding of economics is desirable; and (c) allow students planning to engage in economics professionally to prepare for graduate work.

All courses offered by the Department of Economics are available for students in the College of Liberal Arts and Sciences.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ECONOMICS COURSES (FCB)

**ECO 100 - Introduction to Economics** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

Nature, scope, and methods of economics; current economic institutions, problems, and policies. Students who have already completed ECO 221 and/or 222 will not receive credit for this course. Prerequisite: Not open to College of Business majors.

**ECO 101 - Economics and Contemporary Issues** *(1 hour)*

Application of economic method to analysis of contemporary issues. Emphasizes student participation in applications of economic principles to analysis of contemporary problems and policies. Prerequisite: concurrent enrollment in ECO 100.

**ECO 199 - Foundational Topics in Economics** *(3 hours)*

Foundational topics of interest which may vary each time course is offered. Topic stated in current Schedule of Classes.

**ECO 200 - Economics Colloquium for Sophomores** *(1-3 hours)*

Student-faculty discussion of foundational books, articles and topics in economics.

**ECO 221 - Principles of Microeconomics** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

Institutions, problems, and policies of the market system and alternative systems: allocation of resources and distribution of income. Not open to students with ECO 100.

**ECO 222 - Principles of Macroeconomics** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

Process and determinants of overall economic activity and growth. National income accounting; determination of aggregate income, employment, and the price level; money and banking; government monetary and fiscal policies; international economics.

**ECO 240 - Environmental Economics and Sustainability** *(3 hours)*

This course combines the economic analysis of the environment with the economics of sustainability. Environmental and sustainability economics considers the efficient and equitable use of society's scarce resources. Cannot receive credit for both ECO 240 and 340. Prerequisite:

**ECO 300 - Economics Colloquium for Juniors** *(1 hour)*

Student-faculty discussion of books and articles concerning significant economic ideas and issues not examined in depth in other courses. Prerequisite: Economics major, junior standing.

**ECO 301 - Money and Banking** *(3 hours)*

Real and financial sectors of the economy. Emphasis on structure and process of financial intermediation and related policy issues. Prerequisite: ECO 100 or 221; ECO 222; junior/senior standing.

**ECO 305 - Public Expenditure and Finance** *(3 hours)*

Economic role of government in the U.S. economy. Determination of the size and economic functions of government, federal expenditure decisions and budgeting, equity and efficiency of various types of taxes, and selected problems in state and local finance. Prerequisite: ECO 100 or ECO 221; ECO 222; junior/senior standing.

**ECO 310 - Labor Problems** *(3 hours)*

Theories of the labor movement; labor legislation and its effect on labor management and society's goals; theories of collective bargaining; impact of government economic policies on labor management relations; wage theory. Prerequisite: ECO 100 or ECO 221; ECO 222; junior/senior standing.

**ECO 319 - Introduction to Econometrics** *(3 hours)*

Techniques and procedures of application of statistical tools to economic research problems; selected methods for investigating the empirical validity of economic theory. Prerequisite: ECO 100 or 221; ECO 222; QM 262 or equivalent; junior/senior standing.

**ECO 325 - Urban Economics** *(3 hours)*

Origins, economic structure, and functions of urban centers; selected economic problems and policies. Prerequisite: ECO 100 or ECO 221; ECO 222; junior/senior standing.

### ECO 332 - Intermediate Microeconomics *(3 hours)*

Optimizing behavior and market processes. Emphasizes proficiency in numerous microeconomic tools of analysis. Encourages thought about these tools and the real world they are designed to illuminate. Prerequisite: ECO 100 or 221; ECO 222; MTH 114 or higher; junior standing or 42 credit hours and declared economics first major.

### ECO 333 - Intermediate Macroeconomic Theory *(3 hours)*

Integrated approach to the theory of income determination; contemporary growth models; explanations of cyclical fluctuations. Prerequisite: ECO 100 or 221; ECO 222; junior standing or 42 credit hours and declared economics first major.

### ECO 335 - Managerial Economics *(3 hours)*

Applying economic theory to the tools of operations research and business analysis: demand, cost, profit, and pricing. Decision theory of the firm. Prerequisite: ECO 100 or 221; QM 262 or equivalent; junior/senior standing.

### ECO 340 - Environmental Economics *(3 hours)*

The theory of externalities and market failure will provide the basis for applying microeconomic concepts to the study of environmental improvement. The past and present state of environmental well-being with respect to air, water, and waste management will be summarized. Cannot receive credit for both ECO 240 and 340. Prerequisite: ECO 100 or 221; ECO 222; junior standing.

### ECO 352 - Industrial Organization *(3 hours)*

Structure, conduct, and performance of business enterprise in the U.S.; possible and actual role of government as a regulator of business enterprise, historically and philosophically. Prerequisite: ECO 100 or ECO 221; ECO 222; junior/senior standing.

### ECO 355 - Supply Chain Economics *(3 hours)*

Focuses on understanding the economics of supply chains. Over the past 100 years, the structure of economic organization and competition has shifted from individual firms to extended enterprises. These enterprises comprise the entire supply chain, extending from raw materials, through manufacturing, to distribution through channels to customers throughout the U.S. and the world. This change in economic organization has resulted from economic forces and has significant implications for the U.S. and global economies. Prerequisite: ECO 100 or ECO 221; ECO 222; junior/senior standing.

## ECO 360 - The Economics of Healthcare *(3 hours)*

Health economics applies the tools of economics to issues of the organization, delivery, and financing of healthcare. Prerequisite: Junior/senior standing

## ECO 362 - Economics and Law *(3 hours)*

Tort, property, contract, civil, and criminal law from the perspective of economics. Overview of microeconomic theory applied to legal problems to attain optimum welfare for the individual or community affected by issues before the law. Prerequisite: ECO 100 or 221; junior/senior standing.

## ECO 370 - Game Theory *(3 hours)*

Game theoretic techniques for modeling strategic interaction. Develop tools to analyze markets, bargaining and negotiation, reputation, and decision making with limited information. Prerequisite: ECO 100 or 221; ECO 222; junior/senior standing.

## ECO 375 - Behavioral and Experimental Economics *(3 hours)*

Behavioral economics describes how individual people make economic decisions, both for themselves and in interactions with other people. Experimental economics is a primary tool in the study of behavioral economics, running controlled experiments to observe individual behavior. This course will broadly survey ways in which individuals make decisions. In many different fields, we will study how neoclassical economics predicts human behavior, and how observed behavior differs from those predictions. We will also discuss research in behavioral economics, including designing and implementing experiments. Prerequisite: ECO 100 or 221; junior/senior standing

## ECO 391 - International Trade *(3 hours)*
## Core Curr. GP GS

Welfare implications of international trade; balance of payments; equilibrium and disequilibrium; external and domestic policy effects on the balance of payments and welfare; international trade and financial cooperation among nations. Cross listed as IB 391. Prerequisite: ECO 100 or 221; ECO 222; junior/senior standing.

## ECO 399 - Special Topics in Economics *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under different topics. Prerequisite: junior/senior standing.

**ECO 400 - Economics Colloquium for Seniors** *(1 hour)*

Continuation of Economics 300, with more difficult and challenging readings. Prerequisite: economics major; senior standing.

**ECO 418 - Mathematical Economics** *(3 hours)*

Application of mathematics to selected topics of economic theory. Prerequisite: ECO 100 or 221; ECO 222; MTH 115 or higher; junior/senior standing.

**ECO 434 - Readings in Economics** *(1-6 hours)*

Individual readings for qualified students under the guidance of a member of the economics staff. Prerequisite: Approval of the department chair; junior/senior standing.

**ECO 498 - Senior Seminar in Economics, Part I** *(1 hour)*

**Core Curr. WI,EL**

Student begins to explore an area of economics in which he or she has a particular interest and plans to write a senior thesis. Required for all economics majors. Pass/Fail. Prerequisite: Economics major and senior standing (junior standing with consent of instructor).

**ECO 499 - Senior Seminar in Economics, Part II** *(3 hours)*

**Core Curr. EL**

Capstone project where each student completes a senior research thesis under the guidance of an economics faculty member. Student explores an area of economics in which he or she has a particular interest. Prerequisite: ECO 498; senior standing (junior standing with consent of instructor).

**ECO 506 - Elements of Microeconomics** *(2 hours)*

Review of demand, supply, product markets, factor markets, perfect competition, monopoly, and other market structures, using algebra. Cannot be used to satisfy MBA elective or concentration requirements. Prerequisite: consent of director of graduate programs.

**ECO 510 - Global Markets and Sustainability** *(3 hours)*

Examination of global macroeconomics and its application to the modern business environment, the business cycle and economic policies, major linkages between economies, domestic and international economic indicators, institutions and cultural aspects of business, sustainable development. Prerequisite: Foster College of Business Graduate Student or Consent of Associate Dean.

### ECO 603 - Economic Markets: Competition and Monopoly *(1 hour)*

Introduces the learner to the basic workings of the economic market. Included are concepts addressing consumer and producer motivations in the market; surpluses and shortages; and third-party intervention into markets. Also the importance of competitive markets will be emphasized with a discussion of a lack of competition such as monopoly and the consequences for society. Prerequisite: Graduate standing

### ECO 605 - Health Care Economics & Finance *(3 hours)*

Examines the economic and financial aspects of the health care system. Organizational and institutional structures through which an economy makes choices regarding the production, consumption, and distribution of health care services. Fundamental processes for the management of liquidity, major capital investments, debt, and funding. Examines both for-profit and not-for-profit health care organizations. Prerequisite: Graduate standing.

### ECO 606 - Microeconomics for Managers *(3 hours)*

Analysis of domestic and international markets, resource allocation, applied strategic thinking and competitive analysis, market structure, impacts on business decision making and on society, ethical issues, role of government regulation in business, pricing strategies, and quantitative decision making tools. Prerequisite: Foster College of Business Graduate Student or Consent of Associate Dean.

### ECO 660 - Readings in Economics *(1-3 hours)*

Individual readings for qualified students, under the guidance of a member of the faculty. Repeatable to a maximum of 3 credit hours. Prerequisite: consent of instructor and director of graduate programs.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ENGLISH

**FACULTY:** Professors Stein (emeritus), Vickroy; Associate Professors Blouch, Conley, Craig (emeritus), Glassmeyer, Katz, McBee-Orzulak, Murphy, Muzzillo, Newton, Palakeel, Prescott, Swafford, Worley; Lecturers Bourhis, Dahlquist, Eggert, Herbert

Chair: Newton

Associate Chair: Katz

Coordinator of Composition: Dahlquist

Coordinator of Creative Writing: Stein

Coordinator of English Education: McBee-Orzulak

Coordinator of Graduate Studies: Swafford

Coordinator of Undergraduate Studies: Palakeel

The Department of English offers a scholarly environment for writing and the study of literature. The department believes that this environment will enable students to become lifelong learners, responsible citizens, and successful professionals. The department is committed to

- developing students' skills for creative, academic, or professional purposes;
- strengthening students' critical thinking and research skills;
- increasing students' knowledge and appreciation of the literatures of diverse periods and cultures; and
- broadening students' understanding of and facility with language.

Students who major or minor in English develop their skills in preparation for careers in teaching, publishing, industry, business, or service agencies; for such professional studies as law, library science, or medicine; or for graduate studies in literature, language, or creative writing.

English majors may also choose to complete a concentration in creative writing, pre-graduate literary studies, or professional writing.

The department also offers a major program in English Education (9-12).

The department offers minors in creative writing, literature, and professional writing.

# English Major (B.A. Or B.S.)

## General Requirements

English majors may earn either a B.A. or B.S. degree. English majors intending to pursue a graduate degree in English, however, are urged to fulfill the B.A. requirements. For more on the B.A. and B.S. requirements at Bradley, please consult the "All-University Degree Requirements (/academic/undergradcat/20112012/overview-arrequirements.dot)" section of this catalog.

In addition to fulfilling the requirements for a B.A. or B.S. degree, all English majors must complete a minimum of 36 hours in courses distributed according to the following requirements:

Requirement at the 100 level – 1 hr.

- ENG 181 Introduction to English Studies

Requirements at the 200 Level - 15 hrs.

- ENG 233 - American Literature to 1865
- ENG 235 - American Literature 1865 to Present
- ENG 237 - British Literature to 1800
- ENG 239 - British Literature 1800 to Present
- ENG 270 - Introduction to Literary Criticism and Theory

Requirements at the 300 Level - 9 hrs.

- ENG 347 - Shakespeare
- **One course in American Literature from the following list:**
  - ENG 329 - Studies African American Literature
  - ENG 330 - Studies Native American Literature
  - ENG 332 - Early American Literature
  - ENG 334 - 19th-Century American Literature
  - ENG 336 - 20th-Century American Literature
- **One course in British Literature from the following list:**
  - ENG 341 - Medieval English Literature
  - ENG 344 - Renaissance English Literature
  - ENG 358 - 18th-Century British Literature
  - ENG 361 - British Romantic Literature
  - ENG 363 - British Victorian Literature
  - ENG 364 - 20th-Century British Literature
  - ENG 365 - Irish Literatures

Requirements at the Senior Level - 2 hrs.

- ENG 481 - Senior Project

# Elective Requirements:

If taken in addition to the required courses in the major and in addition to Bradley Core Curriculum requirements, the following courses are approved as English major electives.

Students select three of the following courses:

**200-Level Course:**

- ENG 207 - Introduction to Creative Writing

**300-, 400-, and 500-Level Courses:**

- *ENG 300 - Exposition
- *ENG 301 - Argumentative Writing
- *ENG 302 - Travel Writing
- *ENG 304 - Research Individual Disciplines
- *ENG 305 - Technical Writing
- *ENG 306 - Business Writing
- ENG 307 - Intermediate Poetry Workshop
- ENG 308 - Intermediate Fiction Workshop
- ENG 311 - Introduction to Language
- ENG 312 - Grammar for Teaching
- ENG 313 - Grammar for Writing and Speaking
- ENG 320 - Young Adult Literature
- ENG 329 - Studies African American Literature
- ENG 330 - Studies Native American Literature
- ENG 331 - Studies in Women Writers
- ENG 332 - Early American Literature
- ENG 334 - 19th-Century American Literature
- ENG 336 - 20th-Century American Literature
- ENG 341 - Medieval English Literature
- ENG 344 - Renaissance English Literature
- ENG 358 - 18th-Century British Literature
- ENG 361 - British Romantic Literature
- ENG 363 - British Victorian Literature
- ENG 364 - 20th-Century British Literature
- ENG 365 - Irish Literatures
- ENG 368 - Science Fiction and Fantasy
- ENG 370 - Literary Criticism and Theory
- ENG 372 - Poetry as Genre
- ENG 373 - Fiction as Genre
- ENG 374 - Drama as Genre

- ENG 378 - Individual Authors

- ENG 380 - Topics in Language and Literature
- ENG 381 - Literatures of Asia
- ***ENG 385 - Literatures of Europe
- ENG 403 - Advanced Creative Nonfiction Workshop
- ENG 407 - Advanced Poetry Workshop
- ENG 408 - Advanced Fiction Workshop
- ENG 409 - Advanced Screenwriting Workshop
- ENG 492 - Practicum in English
- ENG 495 - Independent Study
- ENG 503 - Intensive Creative Nonfiction Workshop
- ENG 506 - Writing in the Professions
- ENG 507 - Intensive Poetry Workshop
- ENG 508 - Composing Hypertext
- ENG 509 - Intensive Screenwriting Workshop
- ENG 510 - Intensive Fiction Workshop
- ENG 550 - Language Theory
- ENG 560 - Writing Theory
- ENG 570 - Contemporary Literature Criticism
- ENG 580 - Methods Teaching Composition

*only if taken in addition to Core Curr. CM W2 requirement

***only if taken in addition to Core Curr. GP WC, HU requirement

# Optional Concentrations

## Creative Writing - 15 hrs.

The Creative Writing Concentration consists of 15 hours of workshops and courses adhering to these guidelines:

**Required courses:**

- ENG 207 - Introduction to Creative Writing
- ENG 310 - Readings for Creative Writers

**Three writing workshops chosen from:**

- ENG 307 -Intermediate Poetry Workshop
- ENG 308 -Intermediate Fiction Workshop
- ENG 403 - Advanced Creative Nonfiction Workshop
- ENG 407 - Advanced Poetry Workshop

- ENG 408 - Advanced Fiction Workshop
- ENG 409 - Advanced Screenwriting Workshop
- ENG 495 - Independent Study (creative writing projects only, with consent of department chair)
- ENG 503 - Intensive Creative Nonfiction Workshop
- ENG 507 - Intensive Poetry Workshop
- ENG 509 - Intensive Screenwriting Workshop
- ENG 510 - Intensive Fiction Workshop

  (3 hrs. *must* be at the 400 level)

# Literary Studies - 12 hrs.

A Literary Studies concentration consists of 12 hours:

- One genre course (ENG 320, ENG 368, ENG 372, ENG 373, ENG 374)
- One cultural literary studies course (ENG 329, ENG 330, ENG 331, ENG 365, ENG 381)
- Two additional courses at the 300-400 level (ENG 311, ENG 313, ENG 320, ENG 329, ENG 330, ENG 331, ENG 332, ENG 334, ENG 336, ENG 344, ENG 341, ENG 358, ENG 361, ENG 363, ENG 365, ENG 368, ENG 370, ENG 372, ENG 373, ENG 374, ENG 378, ENG 380, ENG 495 Independent Study with literature focus only, with consent of Chair.

# Professional Writing Concentration - 12 hrs.

A Professional Writing Concentration consists of 12-hours. These must be selected from the following:

**3 hours from:**

- ENG 305 - Advanced Writing—Technical Writing
- ENG 306 - Advanced Writing—Business Communication

**9 hours from:**

- ENG 300 - Advanced Writing—Exposition
- ENG 301 - Advanced Writing—Argumentative Writing
- ENG 304 - Advanced Writing—Research in Individual Disciplines
- ENG 305 - Advanced Writing—Technical Writing
- ENG 306 - Advanced Writing—Business Communication
- ENG 311 - Introduction to Language
- ENG 313 - Grammar for Writing and Speaking
- ENG 492 - Practicum in English
- ENG 495 - Independent Study
- ENG 506 - Writing in the Professions

- ENG 508 - Composing Hypertext
- ENG 550 - Language Theory
- ENG 560 - Writing Theory

*Note: ENG 492 and ENG 495 are available only by consent of the department chair and must focus on professional writing (e.g. grant writing, organizational formal reports, etc.)*

# Major Program In English Education (9-12) (B.A. Or B.S.)

All English Education (9-12) majors must fulfill B.A. or B.S. degree requirements. For more on the B.A. and B.S. requirements at Bradley, please consult the "All-University Degree Requirements (http://www.bradley.edu/academic/undergradcat/20152016/overview-arrequirements.dot)" section of this catalog. In addition to fulfilling the requirements for a B.A. or B.S. degree, all English Education (9-12)  majors must complete a minimum of forty hours in major courses:

## Requirements at 100–200 level:

- ENG 180 - Intro to English Education
- ENG 233 - American Literature to 1865 or ENG 235 American Literature 1865 to Present
- ENG 237 - English Literature to 1800 or ENG 239 English Literature 1800 to Present
- ENG 270 - Introduction to Literary Criticism and Theory

## Requirements at 300 level:

- ENG 311 - Introduction to Language
- ENG 312 - Grammar for Teaching
- ENG 320 - Young Adult Literature
- ENG 347 - Shakespeare
- ENG 391 - Methods of Teaching Writing
- ENG 392 - Methods of Teaching Reading and Literature

## Requirement at 400 level:

- ENG 472 - Methods of Teaching Integrated Language Arts

## Elective Requirements:

If taken in addition to the required courses in the major and in addition to Core Curriculum requirements, the following courses are approved as English Education electives. Students select three of these courses; at least two of the three must be at the 300 level or

above:

## 200-Level Courses (choose no more than one):

- ENG 207 - Introduction to Creative Writing
- *ENG 233 - American Literature to 1865
- *ENG 235 - American Literature 1865 to Present
- *ENG 237 - British Literature to 1800
- *ENG 239 - British Literature 1800 to Present

  *only if taken in addition to 200-level English Education requirements

## 300-, 400-, and 500-Level Courses (choose 2 or 3 courses):

- *ENG 300 - Advanced Writing—Exposition
- *ENG 301 - Advanced Writing—Argumentative Writing
- *ENG 304 - Advanced Writing—Research in Individual Disciplines
- *ENG 305 - Advanced Writing—Technical Writing
- *ENG 306 - Advanced Writing—Business Writing
- ENG 307 - Intensive Poetry Workshop
- ENG 308 - Intermediate Fiction Workshop
- ENG 313 - Grammar for Writing and Speaking
- ENG 320 - Young Adult Literature
- ENG 329 - Studies in African American Literature
- ENG 330 -  Studies in Native American Literature
- ENG 331 - Studies in Women Writers
- ENG 332 - Early American Literature
- ENG 334 - 19th-Century American Literature
- ENG 336 - 20th-Century American Literature
- ENG 341 - Medieval English Literature
- ENG 344 - Renaissance English Literature
- ENG 358 - 18th-Century British Literature
- ENG 361 - British Romantic Literature
- ENG 363 - British Victorian Literature.
- ENG 364 - 20th-Century British Literature
- ENG 365 - Irish Literatures
- ENG 368 - Science Fiction and Fantasy
- ENG 370 - Literary Criticism and Theory
- ENG 372 - Poetry as Genre
- ENG 373 - Fiction as Genre
- ENG 374 - Drama as Genre

- ENG 378 - Individual Authors
- ENG 380 - Topics in Language and Literature
- ** ENG 381 - Literatures of Asia
- ENG 403 Advanced Creative Nonfiction Workshop
- ENG 407 - Advanced Poetry Workshop
- ENG 408 - Advanced Fiction Workshop
- ENG 409 - Advanced Screenwriting Workshop
- ENG 492 - Practicum in English
- ENG 495 - Independent Study
- ENG 503 - Intensive Creative Nonfiction Workshop
- ENG 506 - Writing in the Professions
- ENG 507 - Intensive Poetry Workshop
- ENG 508 - Composing Hypertext
- ENG 509 - Intensive Screenwriting Workshop
- ENG 510 - Intensive Fiction Workshop
- ENG 550 - Language Theory
- ENG 560 - Writing Theory
- ENG 570 - Contemporary Literary Criticism
- ENG 580 - Theories and Methods of Teaching Composition

> *only if taken in addition to Core Curr. CM W2 requirement
>
> **only if taken in addition to Core Curr. GP WC, HU requirement

# Required Gen. Ed. course in World Literature:

Choose one of the following - 3 hrs.

- ENG 123 - European Writers or
- ENG 381 - Literatures of Asia or
- ENG 385 - Literatures of Europe

In addition to the requirements described above, to receive a secondary grades (9-12) teaching endorsement in the State of Illinois, students must also complete all the education requirements as mandated by the Illinois State Board of Education, which includes 41 hours of course work in the Teacher Education - High School Education program (http://www.bradley.edu/academic/undergradcat/20152016/ehs-ete.dot).

*To meet the requirements of the Teacher Education - High School Education program, MTH 111 must be completed.*

For more information, see
(http://www.bradley.edu/academic/undergradcat/20152016/ehs-ete.dot) in the College of Education and Health Sciences section of this catalog.

# Minors In English

## Minor in Creative Writing - 15 hrs.

Aimed at assisting students in becoming better writers, the Creative Writing minor provides a foundation for the study and practice of multiple genres in creative writing. Given our belief that good writers are also good readers, the minor is augmented by courses in aesthetic and literary study. These include a readings course offering writers unified study and practice in individual literary forms as well as broad literature surveys.

The Creative Writing Minor consists of 15 hours of workshops and courses adhering to these guidelines:

Required

- ENG 207 - Introduction to Creative Writing

Two* writing workshops chosen from:

- ENG 307 - Intermediate Poetry Workshop
- ENG 308 - Intermediate Fiction Workshop
- ENG 403 - Advanced Creative Nonfiction Workshop
- ENG 407 - Advanced Poetry Workshop
- ENG 408 - Advanced Fiction Workshop
- ENG 409 - Advanced Screenwriting Workshop
- ENG 495 - Independent Study (creative writing projects only, with consent of department chair)
- ENG 503 - Intensive Creative Nonfiction Workshop
- ENG 507 - Intensive Poetry Workshop
- ENG 509 - Intensive Screenwriting Workshop
- ENG 510 - Intensive Fiction Workshop

    * 3 hrs. *must* be at the 400 level

**Readings and Literature Courses (6 hrs.):**

Required

- ENG 310 Readings for Creative Writers

One course chosen from:

- ENG 233 - American Literature to 1865
- ENG 235 - American Literature 1865 to Present
- ENG 237 - British Literature to 1800
- ENG 239 - British Literature 1800 to Present
- ENG 320 - Young Adult Literature
- ENG 329 - Studies in African American Literature
- ENG 330 - Studies in Native American Literature
- ENG 331 - Studies in Women Writers
- ENG 332 - Early American Literature
- ENG 334 - 19th Century American Literature
- ENG 336 - 20th Century American Literature
- ENG 341 - Medieval English Literature
- ENG 344 - Renaissance English Literature
- ENG 347 - Shakespeare
- ENG 358 - 18th-Century British Literature
- ENG 361 - British Romantic Literature
- ENG 363 - British Victorian Literature
- ENG 364 - 20th Century British Literature
- ENG 365 - Irish Literatures
- ENG 368 - Science Fiction and Fantasy
- ENG 370 - Literary Criticism and Theory
- ENG 372 - Poetry As Genre
- ENG 373 - Fiction As Genre
- ENG 374 - Drama As Genre
- ENG 378 - Individual Authors
- ENG 380 - Topics in Language and Literature
- ENG 381 - Literatures of Asia
- ENG 495 - Independent Study (literature projects only, with consent of dept. chair)

# Minor In Literature - 15 Hrs

The English minor in literature provides (1) a foundation in the historical study of literature and (2) an opportunity to construct an individual program in English, American, and other literatures, literary theory, and genre studies.

## Required Courses - 9 hrs.

- ENG 233 - American Literature to 1865 **or** ENG 235 American Literature 1865 to Present
- ENG 237 - British Literature to 1800 **or** ENG 239 British Literature 1800 to Present
- ENG 270 - Introduction to Literary Criticism and Theory

# Electives - 6 hrs.

Three courses from the following:

- ENG 320 - Young Adult Literature
- ENG 329 - Studies in African American Literature
- ENG 330 - Studies in Native American Literature
- ENG 331 - Studies in Women Writers
- ENG 332 - Early American Literature
- ENG 334 - 19th Century American Literature
- ENG 336 - 20th Century American Literature
- ENG 341 - Medieval English Literature
- ENG 344 - Renaissance English Literature
- ENG 347 - Shakespeare
- ENG 358 - 18th-Century British Literature
- ENG 361 - British Romantic Literature
- ENG 363 - British Victorian Literature
- ENG 364 - 20th Century British Literature
- ENG 365 - Irish Literatures
- ENG 368 - Science Fiction and Fantasy
- ENG 370 - Literary Criticism and Theory
- ENG 372 - Poetry As Genre
- ENG 373 - Fiction As Genre
- ENG 374 - Drama As Genre
- ENG 378 - Individual Authors
- ENG 380 - Topics in Language and Literature
- ENG 381 - Literatures of Asia
- ENG 495 - Independent Study (literature projects only, with consent of dept. chair)

# Minor in Professional Writing - 15 hrs.

The Professional Writing minor is intended to help prepare students for writing-intensive employment in business, technical, and/or research-based enterprise.

Required course: 3 hrs.

- ENG 305 - Advanced Writing—Technical Writing **OR**
- ENG 306 - Advanced Writing—Business Communication

**Four courses selected from the following categories: 12 hrs.**
- ENG 207 - Creative Writing I
- ENG 300 - Advanced Writing-Exposition

- ENG 301 - Advanced Writing-Argumentative Writing
- ENG 302 - Advanced Writing—Travel Writing
- ENG 304 - Advanced Writing—Research in Individual Disciplines
- *ENG 305 - Advanced Writing—Technical Writing
- *ENG 306 - Advanced Writing—Business Communication
- ENG 311 - Introduction to Language
- ENG 313 - Grammar for Writing and Speaking
- **ENG 492 - Practicum in English
- **ENG 495 - Independent Study
- ENG 506 - Writing in the Professions
- ENG 508 - Composing Hypertext
- ENG 550 - Language Theory
- ENG 560 - Writing Theory

*ENG 305 or 306 count if not taken to fulfill the required foundational course.

**ENG 492 and 495 may be taken with the approval of the department chair. (Must focus on a professional writing project, e.g. grant writing, organizational formal reports, etc.)

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ENGLISH COURSES

**ENG 101 - English Composition** *(3 hours)*

**Gen. Ed. C1**

**Core Curr. CM W1**

Principles of clear and effective writing; analysis of essays as models for writing. Required for all freshmen.

**ENG 115 - Introduction to Literature** *(3 hours)*

**Gen. Ed. HL**

**Core Curr. HU**

Elements, techniques, and forms of fiction, drama, and poetry.

**ENG 123 - European Writers** *(3 hours)*

**Gen. Ed. HL**

**Core Curr. GP WC,HU**

Study of the representation of human values in significant texts (in translation) by European writers.

**ENG 124 - American Writers** *(3 hours)*

**Gen. Ed. HL**

**Core Curr. HU,WI**

Representative works by significant writers from early periods to the present.

**ENG 125 - Literatures of Identity** *(3 hours)*

**Core Curr. HU,MI**

Literature about identity formation studied in a multidisciplinary context. Prerequisite:

**ENG 127 - British Writers** *(3 hours)*

**Gen. Ed. HL**

**Core Curr. HU**

Representative works by significant writers from the Middle Ages to the present.

**ENG 129 - Introduction to African American Literature** *(3 hours)*

**Gen. Ed. HL**

**Core Curr. HU**

Introduction to African American literature from the 1700's to the present.

**ENG 130 - Introduction to Native American Literature** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC,MI**

Introduction to Native American literatures from oral storytelling traditions to contemporary genres.

**ENG 140 - Global Literatures** *(3 hours)*

**Core Curr. GP WC,HU**

The study of representation of human values in literatures emerging from regions such as the Middle East, Africa, Asia, and Latin America.

**ENG 180 - Introduction to English Education** *(1 hour)*

Introduction to the curriculum, state and national standards, and professional expectations for English Education in secondary schools; registration open only to English Education majors or by consent of instructor.

**ENG 181 - Introduction to English Studies** *(1 hour)*

Introduction to the English major curriculum, professional expectations, curriculum planning (concentrations, minors, internships and practicum), and career exploration.

**ENG 190 - Women in Literature** *(3 hours)*

**Gen. Ed. HL**

**Core Curr. HU**

Images of women as portrayed in literature. Readings selected from established classics, as well as more recent works by and about women. Women of diverse personalities meeting particular problems in particular environments and times.

**ENG 207 - Creative Writing I** *(3 hours)*

**Core Curr. WI**

Introduction to imaginative writing. Writing and readings: fiction, poetry, plays. Prerequisite:

**ENG 233 - American Literature to 1865** *(3 hours)*

Introduction to the aesthetic and cultural history and to significant texts.

**ENG 235 - American Literature 1865 to Present** *(3 hours)*

Introduction to the aesthetic and cultural history and to significant texts.

## ENG 237 - British Literature to 1800 *(3 hours)*

Introduction to the aesthetic and cultural history and to significant texts.

## ENG 239 - British Literature: 1800 to Present *(3 hours)*

Introduction to the aesthetic and cultural history and to significant texts.

## ENG 270 - Introduction to Literary Criticism and Theory *(3 hours)*

Introduction to the study and practice of multiple methods of literary interpretation, criticism, and theory.

## ENG 300 - Advanced Writing--Exposition *(3 hours)*

### Gen. Ed. C2

### Core Curr. CM W2

Intensive practice in major techniques of exposition. Practical writing situations. Prerequisite: ENG 101, or CIV 111 and 112

## ENG 301 - Advanced Writing - Argumentative Writing *(3 hours)*

### Gen. Ed. C2

### Core Curr. CM W2

Trains ability to think critically and write persuasively; logical and emotional appeals in writing. Prerequisite: ENG 101, or CIV 111 and 112; junior standing

## ENG 302 - Advanced Writing: Travel Writing *(3 hours)*

### Core Curr. CM W2,EL

Intensive practice in travel writing techniques of narration, description, analysis, and evaluation. Prerequisite: ENG 101, or CIV 111-112; junior standing.

## ENG 304 - Advanced Writing--Research in Individual Discipline *(3 hours)*

### Gen. Ed. C2

### Core Curr. CM W2

Major research paper on a topic related to student's major. Training in a variety of writing techniques. Prerequisite: ENG 101, or CIV 111 and 112; junior standing

## ENG 305 - Advanced Writing--Technical Writing *(3 hours)*

### Gen. Ed. C2

### Core Curr. CM W2

For engineering and science students; techniques of exposition and report writing. Prerequisite: ENG 101, or CIV 111 and 112; junior standing

**ENG 306 - Advanced Writing--Business Communication** *(3 hours)*

**Gen. Ed. C2**

**Core Curr. CM W2**

Principal types of business letters and reports. Prerequisite: ENG 101, or CIV 111 and 112; junior standing

**ENG 307 - Intermediate Poetry Workshop** *(3 hours)*

Intermediate-level study of the aesthetic theory and practice of writing poetry. Prerequisite: ENG 207 or consent of instructor.

**ENG 308 - Intermediate Fiction Workshop** *(3 hours)*

Intermediate-level study of the aesthetic theory and practice of writing fiction. Prerequisite: ENG 207 or consent of instructor

**ENG 310 - Readings for Creative Writers** *(3 hours)*

In-depth study of aesthetic foundations and specialized practices of literary forms such as poetry, fiction, non-fiction, and drama. Special emphasis given to the examination of texts from writerly perspectives. Prerequisite: ENG 207 or consent of instructor.

**ENG 311 - Introduction to Language** *(3 hours)*

Introduction to the study of language; its structure, acquisition, and function in society. Cross listed as FLL 311.

**ENG 312 - Grammar for Teaching** *(3 hours)*

Study of English grammatical structures. Applications of grammatical theory to written texts. Of particular value to elementary school teaching majors, middle school teaching majors, and high school English teaching majors.

**ENG 313 - Grammar for Writing and Speaking** *(3 hours)*

Study of theories of English grammar and their application to the analysis of real-world written and spoken language.

**ENG 320 - Young Adult Literature** *(3 hours)*

Intensive study and analysis of literature for young adults.

**ENG 329 - African American Literature** *(3 hours)*

Intensive study of selected literary works, authors, and movements in African American literature.

**ENG 330 - Native American Literature** *(3 hours)*

Intensive study of the diverse literatures of Native American peoples. Novels, short stories, poetry, literary criticism.

**ENG 331 - Studies in Women Writers** *(3 hours)*

Intensive study of literary and critical texts written by women.

**ENG 332 - Early American Literature** *(3 hours)*

Intensive study of issues, movements, or themes characteristic of the period.

**ENG 334 - 19th Century American Literature** *(3 hours)*

Intensive study of issues, movements, or themes characteristic of the period.

**ENG 336 - 20th and 21st Century American Literature** *(3 hours)*

Intensive study of issues, movements, or themes characteristic of the period.

**ENG 340 - Global British Literature** *(3 hours)*

**Core Curr. MI**

Global British Literature combines readings and projects from literature, history, sociology and psychology to explore and explain the issues and consequences of English colonialism.

Prerequisite: Jr standing or permission of instructor

**ENG 341 - Medieval English Literature** *(3 hours)*

Intensive study of issues, movements, or themes characteristic of the period.

**ENG 344 - Renaissance English Literature** *(3 hours)*

Intensive study of issues, movements, or themes characteristic of the period.

**ENG 347 - Shakespeare** *(3 hours)*

**Core Curr. WI**

Intensive study of selected plays and poetry of Shakespeare.

**ENG 358 - 18th-Century British Literature** *(3 hours)*

Intensive study of issues, movements, or themes characteristic of the period.

**ENG 361 - British Romantic Literature** *(3 hours)*

Intensive study of issues, movements, or themes characteristic of the period.

### ENG 363 - British Victorian Literature *(3 hours)*

Intensive study of issues, movements, or themes characteristic of the period.

### ENG 364 - 20th and 21st Century British Literature *(3 hours)*

Intensive study of issues, movements, or themes characteristic of the period.

### ENG 365 - Irish Literatures *(3 hours)*

Intensive study of issues, movements, or themes characteristic of Irish literatures.

### ENG 368 - Science Fiction and Fantasy *(3 hours)*

Study of theories and significant examples of science fiction and fantasy.

### ENG 370 - Literary Criticism and Theory *(3 hours)*

Survey of literary criticism and theory from classical Greece to the 20th century. Emphasis on development of philosophies of literature and literary criticisms and theories.

### ENG 372 - Poetry As Genre *(3 hours)*

Study of theories and significant examples of poetry as genre.

### ENG 373 - Fiction As Genre *(3 hours)*

Study of theories and significant examples of fiction as genre.

### ENG 374 - Drama As Genre *(3 hours)*

Intensive study of movements, theories, and forms in the genre of drama.

### ENG 378 - Individual Authors *(3 hours)*

Studies in the works of a selected author or authors. Course content of individual sections to be selected by instructor. May be repeated with a different author(s) for a maximum of nine hours, only six of which will count for English requirement.

### ENG 380 - Topics in Language and Literature *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under different topics for a maximum of 6 hours credit.

### ENG 381 - Literatures of Asia *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC WI,HU**

Study of the cultural traditions of Asia through selected literary classics. Prerequisite: Junior Standing; or permission of instructor.

### ENG 385 - Literatures of Europe *(3 hours)*
**Gen. Ed. HL**

**Core Curr. GP WC,HU**

Focuses on the cultural contexts of significant texts (read in translation) from Europe.

Prerequisite: Junior Standing or permission of instructor

### ENG 391 - Methods of Teaching Writing *(3 hours)*

Methods for incorporating composition and writing theory, research in writing pedagogy, and a range of writing tasks into language arts curriculum; registration open only to English education majors or by consent of instructor. Prerequisite: ENG 101 and ENG 180.

### ENG 392 - Methods of Teaching Literature and Reading *(3 hours)*

Methods for incorporating literary theory, a range of literary texts, and research in reading and literary studies pedagogy into secondary school language arts curriculum; registration open only to English education majors or by consent of instructor. Prerequisite: ENG 180; ENG 233 or ENG 235; ENG 237 or ENG 239; ENG 270; ENG 320; ETE 365; advancement to candidacy in teacher education.

### ENG 403 - Advanced Creative Nonfiction Workshop *(3 hours)*

Craft and theory of creative nonfiction. Chapbook construction. Cross-listed with ENG 503. Repeatable to a maximum of 6 hours. Prerequisite: ENG 207 or consent of instructor after submission of acceptable manuscript

### ENG 407 - Advanced Poetry Workshop *(3 hours)*
**Core Curr. WI**

Advanced study of the the aesthetic theory and practice of writing poetry. Individual projects. Emphasis on chapbook manuscript preparation. Cross-listed with ENG 507. Repeatable to a maximum of 6 hours. Prerequisite: ENG 307 or consent of instructor

### ENG 408 - Advanced Fiction Workshop *(3 hours)*
**Core Curr. WI**

Advanced study of the aesthetic theory and practice of writing fiction. Cross-listed with ENG 510. Repeatable to a maximum of 6 hours. Prerequisite: ENG 308 or consent of instructor.

### ENG 409 - Advanced Screenwriting Workshop *(3 hours)*
**Core Curr. WI**

Creative writing workshop in screenwriting taught by English faculty member in collaboration with

professionals in the entertainment industry. Cross-listed with COM 409 and ENG 509.
Repeatable to a maximum of 6 hours. Prerequisite: ENG 207 and/or consent of instructor.

### ENG 472 - Methods of Teaching Integrated Language Arts *(3 hours)*

Study of the inter-relationships among writing, reading and interpreting texts, speaking, listening, speech, and technology for diverse student populations and diverse professional contexts in secondary language arts instruction; registration open only to English education majors or by consent of instructor. Prerequisite: ENG 347, ENG 391, ENG 392, COM 103

### ENG 481 - Senior Project *(2 hours)*

Systematic practice in research methods and development, production, and presentation of an individual project focused on students' career goals. Cannot be taken in addition to ENG 480. Prerequisite: Senior standing.

### ENG 492 - Practicum in English *(1-6 hours)*

Supervised writing projects in conjunction with student service, volunteer, or work activities. Pass/Fail. May be repeated for a maximum of 6 hours credit (only 3 credit hours may be used towards the English Major requirements). Prerequisite: Completion of junior-level composition requirement; consent of Department Chair.

### ENG 495 - Independent Study *(1-3 hours)*

Independent study and research in a specific field of English language or phase of literary production. May be repeated for a maximum of 6 hrs. credit. Prerequisite: consent of Department Chair.

### ENG 503 - Intensive Creative Nonfiction Workshop *(3 hours)*

Craft and theory of writing creative nonfiction. Manuscript construction. Cross-listed with ENG 403. Repeatable to a maximum of 6 hours. Prerequisite: ENG 403 or consent of instructor after submission of acceptable manuscript

### ENG 506 - Writing in the Professions *(3 hours)*

Study and practice of the writing conventions and rhetorical characteristics of individual professions.

### ENG 507 - Intensive Poetry Workshop *(3 hours)*

Craft and theory of writing poetry. Manuscript construction. Course repeatable to a maximum of 6 hours. Cross-listed with ENG 407. Prerequisite: Open to graduate students by consent of

instructor. Open to undergraduate students with credit for ENG 407 or consent of instructor

**ENG 508 - Intensive Fiction Workshop** *(3 hours)*

Craft and theory of writing fiction. Manuscript construction. Repeatable to a maximum of 6 hours. Cross-listed with ENG 408. Prerequisite: Open to graduate students by consent of instructor. Open to undergraduate students with credit for ENG 408 or consent of instructor

**ENG 509 - Intensive Screenwriting Workshop** *(3 hours)*

Creative writing workshop in screenwriting taught by English faculty member in collaboration with professionals in the entertainment industry. Manuscript construction. Cross-listed with COM 409 and ENG 409. Repeatable to a maximum of 6 hours. Prerequisite: Open to graduate students by consent of instructor. Open to undergraduate students with credit for ENG 207 or consent of instructor

**ENG 550 - Language Theory** *(3 hours)*

Study of the relationships between language and writing, thinking, and society. Prerequisite: senior or graduate standing.

**ENG 560 - Writing Theory** *(3 hours)*

Theoretical approaches to the study of writing. Prerequisite: senior or graduate standing.

**ENG 570 - Contemporary Literary Criticism** *(3 hours)*

Advanced study of contemporary critical approaches to literature, including, but not limited to, feminism, semiotics, cultural criticism, poststructuralism. Study of the critical theories and applications of the criticisms to literary texts.

**ENG 580 - Theories and Methods of Teaching Composition** *(3 hours)*

Theoretical and pedagogical issues and approaches in teaching composition.

**ENG 600 - Theory and Practice of English** *(3 hours)*

Overview of the practices, theories, and history of the field of English and an introduction to the Bradley program. Required of all graduate students in English. Must be taken in the first nine hours.

**ENG 630 - American Periods** *(3 hours)*

Study of selected periods or movements from the 17th century to the present. May be repeated under a different topic for a maximum of six hours credit.

**ENG 640 - English Periods** *(3 hours)*

Study of selected periods or movements from the 7th century to the present. May be repeated under a different topic for a maximum of six hours credit.

**ENG 650 - Selected Authors** *(3 hours)*

Study of one or two authors who write in English. May be repeated under different authors for a maximum of six hours credit.

**ENG 660 - Genres** *(3 hours)*

Study of a single genre: fiction, prose, poetry, or drama. May be repeated under a different genre for a maximum of six hours credit.

**ENG 680 - Advanced Topics in Writing** *(3 hours)*

Advanced study of the theory and practice of compositional processes, with focus on a particular genre or area of writing. May be repeated for a maximum of six hours credit.

**ENG 690 - Internship in Literature** *(3 hours)*

Theory, analysis, and practice of literature within the context of an undergraduate literature course. Prerequisite: 21 hrs. English graduate courses.

**ENG 691 - Internship in Writing** *(3 hours)*

Theory, analysis, and practice of writing within the context of an undergraduate composition class. Prerequisite: 21 hrs. English graduate courses.

**ENG 695 - Independent Study** *(1-3 hours)*

Independent research in literature, writing, or theory.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ENVIRONMENTAL SCIENCE PROGRAM

**FACULTY COORDINATING COMMITTEE** Remsen (Chemistry); Morris (Biology); Wang (Physics).

The interdepartmental major in environmental science is sponsored jointly by the departments of biology, chemistry, and physics. The objectives of the program are to provide the student with the necessary background for a professional career in the area of environmental science or entrance into a graduate program.

## Core Requirements

A student must choose one of three concentrations: environmental science-biology, environmental science-chemistry, or environmental science-physics. Each student will be assigned an advisor from the department of the chosen concentration. For all concentrations the student must take the following core courses:

- ENS 150 Introduction to Environmental Science – 2 hrs.
- BIO 151 Molecules to Cells - 3 hrs.[+]
- BIO 152 Molecules to Cells Laboratory - 1 hr.
- BIO 251 Ecology, Evolution, and Biodiversity - 3 hrs. [+]
- BIO 252 Ecology, Evolution, and Biodiversity Laboratory - 1 hr.
- BIO 300 Populations, Resources, and Environment - 3 hrs.
- BIO 420 Ecosystems Ecology - 4 hrs.
- ENS 470 Environmental Science Capstone - 1 hr.
- CHM 110, 111, 116, 117 General Chemistry - 9 hrs.
- CHM 252, 253 Organic Chemistry I with lab - 5 hrs.
- CHM 316 Environmental Chemistry - 3 hrs.
- GES 101, 102 Principles of Earth Science - 4 hrs. **OR** GES 110, 111 Principles of Historical Geology - 4 hrs.
- Calculus - 8 hrs.[*]
- PHY 107, 108[†] General Physics - 8 hrs.
- ECO 100 Intro. to Economics, ECO 221, **OR** ECO 222 – 3 hrs[‡]

**Total 58 hours**

All students must have a concentration in Biology, Chemistry, or Physics

*Students pursuing the Physics concentration may take the BIO 111, 112, 113, 114 series in lieu of BIO 151, 152, 251, 252.*

\* *The Biology concentration requires only one semester of calculus (4 hours).*

† *Physics students must take PHY 110, 201 University Physics - 8 hrs.*

‡ *Both Micro and Macro Economics (221 and 222) are highly recommended.*

The student must have on average a grade of C or better in all ENS core courses.

Analytical Chemistry (CHM 326) is required for ENS-C and is highly recommended for ENS-B and ENS-P.

Concentrations

**Each concentration has the following additional requirements:**

# Biology Concentration

- BIO 250 Organismic Biology - 4 hrs.
- BIO 260, 261 – Biological Statistics I and II – 3 hrs.
- BIO 460 Ecology, BIO 463 Plant Ecology, **OR** BIO 450 Conservation Biology – 3 or 4 hrs.
- One additional biology course approved by the advisor – 3-4 hrs.
- BIO 385/485 research – 3 hrs.

Two of the following organismal courses: 7–8 hrs.

- BIO 323 Comparative Anatomy
- BIO 324 Plant Diversity
- BIO 334 Reproduction and Identification of Flowering Plants
- BIO 381 Comparative Animal Physiology
- BIO 406 General Microbiology
- BIO 419 Ethology

**Total: 19-22\* hours**

·The biology concentration requires only one semester of calculus (4 hours).

*The student must have a grade of C or better in all biology courses.*

# Chemistry Concentration

- CHM 256, 257 Organic Chemistry II with lab - 4 hrs.
- CHM 292 Chemical Informatics - 1 hr.

- CHM 326 Analytical Chemistry - 4 hrs.
- CHM 360 Biochemistry -3 hrs.
- CHM 420 Instrumental Analysis - 4 hrs.
- CHM 470 Physical Chemistry - 3 hrs.
- MTH 111 Elementary Statistics **or** BIO 260, 261 – Biological Statistics I and II – 3 hrs.

**Total: 22 hours**

## Physics Concentration

- PHY 110, 201 University Physics[†] - 8 hrs.
- MTH 223 Calculus III – 4 hrs.
- PHY 140 Physics of the Small World: Nanophysics and Applications – 3 hrs.
- PHY 202 Applied Quantum Physics - 3 hrs.
- PHY 320 Optics – 3 hrs.
- PHY 350 Advanced Physics Experiments - 2 hrs. (students must choose the appropriate section.)
- PHY 399 Special Problems in Physics -3 hrs.
- PHY 440 Advanced Nanophysics – 3 hrs.
- PHY 441 Nanophysics Laboratory - 2 hrs. or suitable internship

**Total: 21–23 hours**

[†]Replaces PHY 107, 108 in the core.

*The student must have a grade of C or better in all physics courses.*

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ENVIRONMENTAL SCIENCE COURSES

**ENS 105 - Introduction to Sustainability** *(3 hours)*

**Core Curr. MI**

This course will introduce students to how overconsumption and overpopulation are impacting Earth's ability to support humanity and biodiversity, technologies and policies to increase sustainability, and reasons why humans behave unsustainably.

**ENS 110 - Environmental Science** *(3 hours)*

**Core Curr. MI,NS**

This course examines the science and social implications of environment. Emphasis will be on basic science, social, economic and political implications of human interactions with natural systems and understanding environmental issues and sustainable resource use. Prerequisite: Students with credit for BIO 300 may not enroll in ENS 110.

**ENS 150 - Introduction to Environmental Science** *(2 hours)*

Introduces Environmental Science majors to critical concepts in Environmental Science Fields focusing on broad topics such as hypothesis testing, library research, and ethics in science. Exposes students to ENS concentration areas (biology, physics and chemistry) focusing specifically on how these areas are integral to problem solving in environmental science. Prerequisite: ENS major

**ENS 305 - Sustainability and Food** *(3 hours)*

**Core Curr. NS**

Introduction to how the concept of sustainability and the basic principles of evolutionary and ecological processes impact food production and distribution. Prerequisite: Junior or senior standing, or sophomores by permission of instructor

**ENS 307 - Science and Politics of Global Climate Change** *(3 hours)*

**Core Curr. MI**

The complex problem of global climate change will be explored by connecting knowledge and perspectives from the natural and social sciences, concentrating particularly on the links between atmospheric and terrestrial sciences and international studies/political science. Cross-listed with IS 307. Prerequisite: Junior standing or permission of instructor.

**ENS 470 - Environmental Science Capstone** *(1-3 hours)*

This course is intended primarily as a required element of the Environmental Science Major (ENS-B, ENS-C, ENS-P) program at Bradley University. Biology, Chemistry, and Physics majors with interest in environmental fields may find the content of interest. The course will be exceedingly challenging for students without a science background or the desire to engage in the primary scientific literature surrounding environmental issues. The course may be repeated up to 3 hours with different topics. Prerequisite: Junior or Senior ENS major or consent of instructor.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# ETHICS MINOR

**FACULTY** Professor Fuller; Associate Professors Getz, Greene, Kelley (Chair), Niculescu, Zaborowski; Assistant Professor Oliver.

The ethics minor at Bradley is administered by the Department of Philosophy and Religious Studies. The program in ethics is designed to provide a methodologically and theoretically grounded curriculum in ethical studies. The program will challenge students to deepen their thinking about ethics through multiple approaches drawn from philosophy and religious studies. Students electing an ethics minor will select an advisor from the participating faculty of the department of Philosophy and Religious Studies to guide them in choosing 15 credit hours of courses in ethics. Where appropriate, the curriculum will include the opportunity to study ethics in the context of a student's major.

To minor in ethics a student must:

1. complete not less than 15 semester hours, 12 of which will be in courses offered by the Department of Philosophy and Religious Studies.  Courses for the minor are as follows:

   **Required:**

   - PHL 347 Ethics

   **Electives:**

   - PHL 103 An Inquiry into Values
   - RLS 101 Comparative Religion
   - RLS 200 Contemporary Religion in the United States
   - RLS 300 Hebrew Bible/Old Testament
   - RLS 302 New Testament
   - RLS 305 Monasticism
   - PLS 207 Introduction to Political Though
   - CJS 401 Ethics, Crime, and Criminal Justice
   - COM 330 Communication Law and Ethics
   - BLW 342 Legal Environment of Business
   - NUR 510 Legal and Ethical Issues in Healthcare
   - ATG 268 Business Ethics
   - BIO 505 Topics in Bioethics

   Topics courses, independent studies, and other courses in in the Department of Philosophy and Religious

Studies will be recognized when the course content substantially addresses the study of ethics as determined by Philosophy and Religious Studies faculty. Three credits *may* be taken in ethics courses in the department(s) of the student's major(s), *as approved* by the Philosophy and Religious Studies faculty.

2. have a minimum grade point average of 2.0 in all courses.
3. select an advisor from the faculty in the Department of Philosophy and Religious Studies who will guide the student in choosing courses.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# EUROPEAN STUDIES PROGRAM

**FACULTY COORDINATING COMMITTEE** Gobeyn (Political Science), Chair; Brown (History); C. Bukowski (International Studies).

The European Studies minor is designed to provide contemporary knowledge of the region, both past and present. The minor will expose students to the broad spectrum of economic, political, social, and cultural forces which give shape to the development of contemporary Europe and the European Union. It is meant to provide a centralizing focus and coherence to the study of the European region, while utilizing interdisciplinary and cross-disciplinary approaches. A singular concentration on a particular nation-state, national culture, or historic era is not the intent of the program. The minor should supplement or complement a student's major and help support career or graduate study objectives. To ensure coherence, students will choose part of their course work from a list of core subjects.

## Minor In European Studies

### Prerequisite Course

CIV 100 (Western Civilization), or CIV 101 (Western Civilization to 1600), or CIV 102 (Western Civilization Since 1600), or CIV 111, 112 (Unified Composition and Western Civilization I, II). Any transfer work must show a substantial equivalency.

### World Languages

Successful completion of one of the following: WLF, WLG, WLS 201 Intermediate French, German, Spanish or equivalent. It is recommended that students complete the foreign language requirement as early as possible.

Elective Courses

In addition to the world language requirement, the minor requires 15 hours total. Students may count toward the minor a maximum of 3 hours in their major; that is, from the courses in their major listed as part of the minor. Students may count toward the minor a maximum of 6 hours in courses from any given department. Students must complete a minimum of 9 junior-senior hours in the minor. Elective courses for the minor must be distributed in the following manner:

Social Sciences - 6 Hrs.

One 3-hour core course chosen from the following:

- HIS 340 Contemporary Europe
- IS 330 European Integration
- IS 331 European Security
- PLS 304 Governments of West Europe

One 3-hour elective chosen from the following:

- HIS 320, 323, 325, 326, 340*, 342, 343, 375, 382, 385, 451
- IS 250, 330*, 331*
- PLS 304*
- SOC 320

*Elective if not taken as part of core.

Humanities - 6 hrs.

One 3-hour core course from the following:

- PHL/PLS 307 Classical Political Philosophy
- PHL/PLS 308 Modern Political Philosophy

One 3-hour elective from the following list:

- ART 140, 142, 335
- ENG 123, 385
- MUS 109
- PHL 300, 304, 306, 311
- PHL/PLS 307*, 308*
- WLF 316 (topic must concern Europe), 321, 322
- WLG 316, 321
- WLS 306, 316 (topic must concern Europe), 321, 347

*Elective if not taken as part of core.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the*

*Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# GEOLOGICAL SCIENCES COURSES

**GES 101 - Principles of Earth Science** *(3 hours)*

**Gen. Ed. FS**

**Core Curr. NS**

The earth in space; weather, earth materials, and geological processes that control development of the earth's surface. Prerequisite:

**GES 102 - Principles of Earth Science Laboratory** *(1 hour)*

Laboratory related to GES 101. One two-hour laboratory per week. Prerequisite: GES 101 or equivalent, or concurrent enrollment.

**GES 110 - Principles of Historical Geology** *(3 hours)*

**Gen. Ed. FS**

Introduction to history of the earth and its life forms; methods used by geologists to decipher earth history using rocks and fossils. Theory of evolution, origins of life, fossilization, animal and plant extinctions, mountain building, plate tectonics, and the Ice Age.

**GES 111 - Principles of Historical Geology Laboratory** *(1 hour)*

**Gen. Ed. FS**

Laboratory related to GES 110. Study and interpretation of topographic and geologic maps, earth history, and fossils. One two-hour laboratory per week. Prerequisite: GES 110 or equivalent, or concurrent enrollment.

**GES 300 - Oceanography the Human Perspective** *(3 hours)*

**Gen. Ed. TS**

Introduction to scientific oceanography and its relationship to human life. History of oceanography and its technology; crustal movements; the ocean as a source of mineral resources; the variety of ocean life such as jellyfish and sharks, and their danger; whales and the human perspective of "lower" life; sound and submarine warfare, waves and their potential energy and destructive capacity; human pollution. Prerequisite: Junior or senior standing, or sophomores by permission.

**GES 302 - Invertebrate Zoology** *(4 hours)*

Detailed biological survey of major invertebrate phyla and their evolutionary relationships. Emphasis will be placed on organism physiology and ecology. Students will gain knowledge in invertebrate morphology and classification through dissection of representative animals. Lecture and laboratory. Cross listed as BIO 371. Prerequisite: C or better in BIO 151, and 251 (or equivalent); or consent of instructor.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# HISTORY

**FACULTY** Professor Williams; Associate Professors Brown (chair), Gates, Hawkins, Scott, Toxqui; Assistant Professors Nielsen, Tronnes.

The history faculty believes that students should view history as a study of human contributions from all parts of the world. For history majors, a curriculum is planned to provide an opportunity for more detailed study of human civilizations in Europe, the Americas, and the non-Western world.

After college, history majors take their advanced skills and knowledge to work in many fields. For some, their degree becomes a stepping stone to jobs in the foreign service, government agencies, international business, journalism, law, library science, non-profit organizations, and a host of other positions. For others, interpreting the past for a broader public becomes an essential part of their daily life as archaeologists, archivists, curators at museums, and teachers in high schools, community colleges, or at other universities. Faculty advisors are available for conversations about their career opportunities.

## Major Requirements

Students desiring to earn a history degree must complete a minimum of 30 hours of history credit, 24 of which must be above the 100 level and 15 of which must be above the 200 level. Students must achieve a minimum grade point average in courses in the major of no less than 2.0 in order to graduate. Specific requirements for the history degree are as follows:

1. Successful completion of 3 hours of Western Civilization (not counted as part of the 30-hour history minimum)
2. Africa, Asia, Latin America, Middle East, or Russia (6 hours, 3 of which must be 300 level or above)
3. 6 hours of U.S. history, including either 203 or 204 and 3 hours of 300 level
4. 6 hours of European history at the 300 level
5. HIS 350 Historical Methods Seminar (Prerequisite: 3 hours of history or consent of instructor.)
6. 6 hours of electives from History Department.
7. HIS 450, 451, or 452 Research Seminar
8. Cross-cultural component. In addition to the 30 hours, all History majors must complete one of the four following options:
   a. An approved international study experience selected from a variety of Bradley programs including international internships, Bradley Summer Semester abroad, and directed programs

at selected international institutions. A minimum of 6 hours must be taken abroad. (If a student studies abroad at one of the Bradley-directed Study Abroad programs other than the Bradley European Summer Semester, the requirement of 24 hours of the last 30 hours on campus is modified to 30 of the last 60 hours. Courses taken in a Bradley-directed program during the senior year will count towards fulfilling the requirements of having 24 of the last 30 semester hours on campus).

b. Successful completion of the equivalent of 202 in any foreign language.

c. At least 6 hours drawn from the following courses: AAS 200, 300; HIS 304, 305, 316, 317, 333, 339, 375, 382; WGS 200, ENG 129, 190, 329, 330, 331, SOC 313, 314, 315. History courses in this category may also count towards the major.

d. History majors can fulfill this requirement by taking one of the courses listed in category c above plus three hours of international study credit.

e. Secondary Education students can fulfill this requirement through ETE 280 and one of the approved courses in category c, or through ETE 280 and three hours of international study credit.

History majors may earn either a B.A. or B.S. degree.

# History/Social Studies Education (9-12) Major

This course of study is designed to provide graduates with the education and training to teach history/social studies at the secondary school level (grades 9-12). Students must complete a minimum of 33 hours of history credit, as well as a minimum of 21 hours of Social Studies courses within the Psychology, Economics, Sociology, and Political Science departments, as follows:

1. Successful completion of 3 hours of Western Civilization (not counted as part of the 30-hour history minimum).
2. 6 hours of world history/geography survey courses (336 and 337).
3. 12 hours of U.S. history, including 203 and 204; either 307, 315, or 316; and 3 additional hours at the 300 level.
4. 3 hours of European history upper-level survey courses, chosen from 320, 340, 342, 343, or 382.
5. HIS 385.
6. An additional 3 hours of either European or Non-Western history, chosen from 314, 320–327, 329, 331, 332, 334, 335, 338–343, 345, 346, 375, or 382.
7. HIS 350 Historical Methods Seminar.
8. HIS 450, 451, or 452 Research Seminar.
9. Cross-cultural component. In addition to the 33 hours, all History Social Studies Secondary Education majors must complete one of the four following options:

1. An approved international study experience selected from a variety of Bradley programs including international internships, Bradley Summer Semester abroad, and directed programs at selected international institutions. A minimum of 6 hours must be taken abroad. (If a student studies abroad at one of the Bradley-directed Study Abroad programs other than the Bradley European Summer Semester, the requirement of 24 hours of the last 30 hours on campus is modified to 30 of the last 60 hours. Courses taken in a Bradley-directed program during the senior year will count towards fulfilling the requirements of having 24 of the last 30 semester hours on campus).
2. Successful completion of the equivalent of 202 in any foreign language.
3. At least 6 hours drawn from the following courses: AAS 200, 300; HIS 304, 305, 316, 317, 333, 339, 375, 382; WGS 200, ENG 129, 190, 329, 330, 331, SOC 313, 314, 315. History courses in this category may also count towards the major.
4. Secondary Education students can fulfill this requirement through ETE 280 and one of the approved courses in category c, or through ETE 280 and three hours of international study credit.
10. A minimum of 21 hours of Social Studies courses within the Psychology, Economics, Sociology, and Political Science departments, as follows: SOC 100; SOC 101 **or** SOC 300; ECO 100; PSY 101; PLS 105; PLS 202; PLS 208 **or** SOC 326.

In addition to the requirements described above, to receive a secondary grades (9-12) teaching endorsement in the State of Illinois, students must also complete all the education requirements as mandated by the Illinois State Board of Education, which includes 44 hours of course work in the Teacher Education - High School Education program (http://www.bradley.edu/academic/undergradcat/20152016/ehs-ete.dot).

*To meet the requirements of the Teacher Education - High School Education program, MTH 111 must be completed.*

For more information, see Teacher Education - High School Education program (http://www.bradley.edu/academic/undergradcat/20152016/ehs-ete.dot) in the College of Education and Health Sciences section of this catalog.

# History Major – Business Minor

This program is for the student who wishes to combine a background in both history and business for the goal of immediate employment opportunities or entrance to an MBA program. In addition to the courses in history the minor requires 30 hours in the Foster College of Business in the following courses: ATG 157, 158; ECO 221/100, 222; QM 262, FIN 322, MIS 173, BLW 342, M L 350; and MTG 315. Students for the minor should also complete MTH 115. The dean of the Foster College of Business must approve students for the minor.

# History Minor

This minor is designed for students who wish to pursue a coherent and balanced program of study of history, with equal emphasis upon United States, European, and non-Western history. Students from outside or inside the College of Liberal Arts and Sciences should find this concentration of study in a traditional humanities/social sciences discipline to be especially useful in preparing for law school, graduate work in library science, civil service employment, or museum and archival management. The minor requires 18 hours total, distributed in the following manner:

- One non-Western civilization course to be chosen from HIS 205, HIS 206, HIS 207, HIS 208- 3 hrs.
- U.S. history, 200 or 300 level - 6 hrs.
- European history, 200 or 300 level - 3 hrs.
- Non-Western history, 200 or 300 level - 3 hrs.
- History elective - 3  hrs.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# HISTORY COURSES

**HIS 201 - Violence, Crime, and Punishment in U.S. History** *(3 hours)*

**Core Curr. GP GS,HU**

This course explores the social, political, and cultural history of violence, crime, criminal law, policing, and punishment in the United States from the Colonial period to the present.

**HIS 203 - American History and Global Systems to 1877** *(3 hours)*

**Core Curr. GP GS,HU**

Surveys the transnational history of the Americas and the United States to 1877. Emphasizes globally significant trends and systems such as colonialism, mercantilism, nationalism, and the slave trade. Investigates the relevance of systems and their supporting beliefs to the growth and limits of democracy.

**HIS 204 - American History and Global Systems since 1877** *(3 hours)*

**Core Curr. GP GS,HU**

Surveys the transnational history of the Americas and the United States since 1877. Emphasizes globally-significant trends and systems such as migration, imperialism, liberalism, progressivism, and consumption economies. Investigates the relevance of systems and their supporting beliefs to the growth and limits of democracy.

**HIS 205 - Non-Western Civilization: Latin America** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC,HU,WI**

Major social, economic, and political institutions and forces that have shaped Latin American society. Emphasis on socioeconomic changes in the 20th century that have polarized the social class structure and encouraged political upheaval. Prerequisite:

**HIS 206 - Non-Western Civilization: the Middle East Since Muhammad** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC,HU**

History of the Middle East from the time of the prophet Muhammad to the present. Pre-modern, modern, and contemporary Middle East.

**HIS 207 - Non-Western Civilization: Modern Japan, 1860-Present** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC,HU**

The rise of modern Japan: The growth of Japanese power and its influence in the world economy.

**HIS 208 - Non-Western Civilization: Russian History** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC,HU,WI**

Russian and Soviet history from its origins to the present. Major features of pre-modern, modern, and contemporary Russian civilization.

**HIS 210 - History of European Film** *(3 hours)*

**Core Curr. MI**

Explores the relationship between filmmaking and political, social, and intellectual history from the invention of the cinema in the 1890s to the present day. Students gain a better understanding of film as both an art form and as a reflection of broader historical concerns.

**HIS 300 - The United States Since 1945** *(3 hours)*

Social-cultural, political, economic, and diplomatic aspects of U.S. history since 1945.

**HIS 301 - Topics in American History: Intellectual** *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for a maximum of 6 hours credit.

**HIS 302 - Topics in American History: Diplomatic** *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for a maximum of 6 hours credit.

**HIS 303 - American Urban History** *(3 hours)*

Growth and development of American cities in historical context.

**HIS 304 - Women in American History** *(3 hours)*

Political, economic, and social status of women in American society since Colonial times. Reasons for the changing role of women; major problems confronting women in the 20th century.

### HIS 305 - American Indian History *(3 hours)*

History of the first Americans; Indian-White relations since 1492. Origins and varied cultures of American Indians.

### HIS 306 - The United States Civil War Era *(3 hours)*

U.S. history 1830-1877: events and developments leading to civil war, the war itself, and efforts to reconstruct the Union after 1865.

### HIS 307 - History of the Early American Republic *(3 hours)*

Explores the evolution of early national and state governments and the various attempts at practicing democracy in a nation that incorporated chattel slavery and limited suffrage. Investigates how individuals and groups employed democratic ideals to gain access to power. Analyzes civic ideals and practices with particular attention to Native Americans, African Americans, and women. Contextualizes the coming of the Civil War.

### HIS 308 - Topics in American History: Political *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for a maximum of 6 hours credit.

### HIS 309 - The History of U.S. Law Enforcement *(3 hours)*
### Core Curr. HU,MI

Historical roots of American law enforcement; establishment of an organized police in the U.S.; historical efforts to improve American police work.

### HIS 310 - America and Vietnam 1940-Present *(3 hours)*

The Vietnam War: America's role in it and its legacies for both nations.

### HIS 311 - History of American Political Economy *(3 hours)*
### Gen. Ed. SF

Analyzes the economic history of the United States, stressing the influence of government policy on economic development.

### HIS 314 - Non-Western Civilization: Japan & World War II *(3 hours)*
### Gen. Ed. NW
### Core Curr. GP WC,HU

Analyzes Japanese militarism and expansionism and examines the significance of Japan's World War II defeat and its impact on the Asian/Pacific world. Prerequisite:

## HIS 315 - U.S. Social Movements *(3 hours)*

**Core Curr. HU**

Explores the major social movements of recent U.S. history. Study of the labor movement, the civil rights movement, Chicano and American Indian movements, campus and counterculture radicalism, anti-war protests, women's rights, gay and lesbian rights, environmentalism, and the nuclear freeze movement, with an examination of how activists crafted a politics of protest as they fought for greater equality and justice. Analyzes the roles that social movements played in strengthening democratic ideals and practices by expanding the role of the citizen in the community, the nation, and the world.

## HIS 316 - African American History Since 1877 *(3 hours)*

**Gen. Ed. SF**

**Core Curr. GP WC,HU**

Explores the integral place of African Americans in American history and culture from Reconstruction to the present. Analyzes historical achievements of African Americans, as well as social changes and cultural perspectives on race, class, gender, sexuality, and nation that have shaped the black experience. Topics include Reconstruction, Jim Crow, the Great Migration, black protest organizations, labor, the Harlem and Chicago Renaissances, art and cultural production, the Civil Rights and Black Power movements, and historical and contemporary American racial politics.

## HIS 317 - American Masculinities *(3 hours)*

**Gen. Ed. CD**

**Core Curr. HU,MI**

Investigates the historical development, change, and expression of gender ideals that Americans have labeled manhood, manliness, or masculinity. Incorporates methodologies from history, gender studies, literary studies, and the social sciences to explore how disparate gender ideals have articulated with distinctions of race, class, gender, sexuality, and nation. Applies an interdisciplinary approach to provide students with an awareness of the historically and culturally contingent nature of masculinity and how notions of masculine ideality have reinforced or challenged structures of privilege and exclusion. Develops skills of interdisciplinary gender analysis in the study of historical documents and artifacts.

### HIS 320 - Renaissance and Reformation *(3 hours)*

Renaissance and Reformation as part of the transitional era between the Medieval and Modern ages. Renaissance emphasis on reason and humanism balanced by Reformation focus on faith and spiritual concerns.

### HIS 321 - Topics in European History: Intellectual *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for a maximum of 6 hours credit.

### HIS 323 - Ancient Greece and the Hellenistic World *(3 hours)*
### Core Curr. HU

An examination of ancient Greek and Hellenistic societies, politics, and cultures from circa 1200 to 30 BCE. Introduces the Minoan and Mycenaean precursors before exploring the Archaic and Classical eras in detail. Follows Alexander's conquests and investigates cross-cultural influences and everyday lives in the Hellenistic nation-states. Prerequisite:

### HIS 324 - Barbarians in History *(3 hours)*

Significant barbarian invaders of Inner Asia; their role in the development of human civilization.

### HIS 325 - Roman Civilization *(3 hours)*

Values and institutions of Roman society during Kingship, Republic, and Empire periods. Emphasis on the Republic at its peak, Rome's imperialism, and complex issues involved in Rome's fall; also impact of Roman values and practices on Western civilization.

### HIS 326 - Modern Military Forces and Institutions *(3 hours)*
### Gen. Ed. SF

European and American military experiences: 1700 to present.

### HIS 327 - Topics in European History: Cultural *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for a maximum of 6 hours credit.

### HIS 328 - England and the American Revolution *(3 hours)*

American Revolution from the perspective of the common Anglo-Saxon cultural, political, economic, intellectual, and social heritage.

### HIS 329 - Modern Germany 1870-Present *(3 hours)*
**Core Curr. GP WC,HU**

Examines German history in the modern era of unification, imperialism, war and revolution, Weimar democracy, Nazi racial dictatorship, World War II and genocide, Cold War division, and processes of reunification since 1989.

### HIS 330 - Modern China *(3 hours)*
**Gen. Ed. NW**
**Core Curr. GP WC,HU**

The People's Republic of China is the most populous nation in the world, and for more than a decade it has had one of the largest and fastest growing economies. The last two centuries, however, have seen a succession of states and governments rise and fall in China, tremendous prosperity as well as great poverty, periods of relative social stability and of extreme unrest, continuous and yet changing involvement with the outside world, and fluctuations in what it has meant to be Chinese. This course will examine China's rich history since the 17th century in order to foster greater understanding of one of the most complex and vibrant countries in world history.

### HIS 331 - Samurai in Japanese History *(3 hours)*
**Core Curr. GP WC,HU,WI**

Describes the rise and fall of Japan's warrior class and the bushido ethos. The long history of the samurai begins in the 8th century and continues to the present. Focus on two interrelated themes: the historical reality of the samurai and the construction of mythology in both Japanese popular culture and the Western imagination. Topics include warfare, training, values, literature, and family life. Visual sources, including film, are used extensively. Prerequisite:

### HIS 332 - Topics in Modern Latin American History *(3 hours)*

Offers a deeper understanding of Latin American societies by focusing on one region or country and highlighting events, changes, and important achievements in their broader world context. Emphasizes social changes and cultural perspectives on race, class, gender, religion, sexuality, nation, social justice, ideology, reform, protest, revolution, and poverty. Broad topics include independence movements, regionalism vs. nationalism, neocolonialism, industrialization, politics and the state, the influence of the United States, migration, and globalization.

### HIS 333 - Cross-Cultural Contacts *(3 hours)*
**Gen. Ed. NW**

Cross-cultural encounters inspire societies to look more closely at themselves and sometimes to change in significant ways. In some cases, contact created enduring conflict and misunderstanding. In other cases, contact led to mutually beneficial achievements. This course investigates examples of cross-cultural contacts in world history.

### HIS 334 - Non-Western History: Social *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for a maximum of 6 hours credit.

### HIS 335 - Modern Mexico *(3 hours)*
**Gen. Ed. NW**
**Core Curr. GP WC,HU,WI**

Social, economic, and political development of Mexico since independence. Contemporary problems facing a developing country which has already experienced one social revolution.

### HIS 336 - Early Non-Western History and Geography *(3 hours)*
**Gen. Ed. NW**
**Core Curr. GP WC,HU**

Analytical and comparative survey of the formative stages of early non-Western civilizations in five geographical regions. The basic cultural patterns and geographical patterns that emerged between approximately 3500 BCE and 1500 CE will be studied, compared, and related to present developments.

### HIS 337 - Modern Non-Western History and Geography *(3 hours)*
**Gen. Ed. NW**
**Core Curr. GP WC,HU**

Growth and development of non-Western civilizations since c. 1500 CE in their geographical contexts. Reactions of indigenous peoples and cultural patterns to Western penetration and imperialism. Present development and practices. Prerequisite:

### HIS 338 - Russia Since 1917 *(3 hours)*
**Gen. Ed. NW**

History of Russia from the Bolshevik Revolution to the present. Political, social, economic, and cultural development and theories.

## HIS 339 - Women in Global Perspective *(3 hours)*

The changing status of women in light of global economic, social, and political changes in different regions of the world. How women have participated in and contributed to 20th century transformations of the family, community, workplace, social organization, and politics.

## HIS 340 - Twentieth-Century Europe *(3 hours)*

**Gen. Ed. SF**

**Core Curr. GP WC,HU**

An analytical survey of European history since 1900. Background information on the period before 1914; the First World War and its effects; the rise of fascist, communist, and conservative dictatorships in the 1920s and 1930s; the Second World War and Nazi genocide; major institutions and problems during the Cold War division of Europe; revolutions of 1989-91 and their aftermath.

## HIS 341 - The French Revolution *(3 hours)*

An introduction to the varied origins, tumultuous events, international ramifications, and debated aftermaths of the French Revolution

## HIS 342 - Europe, 1789-1914 *(3 hours)*

**Core Curr. HU,MI**

An analytical survey of the "long 19th century" from the French Revolution to the First World War, with an emphasis on social, political, and cultural change. Subjects discussed include the following: the political agenda established by the French Revolution, and ideological responses to it (liberalism, conservatism, nationalism, and socialism); the rise of industrial capitalism and its attendant social and political divisions; competing ways of building and controlling the nation-state; democratizing movements of labor and feminism; everyday family life, gender relations, and sexuality; nationalism/imperialism; cultural movements from Romanticism to Realism to Modernism.

## HIS 343 - The Enlightenment *(3 hours)*

The development and influence of the European Enlightenment between the late 17th and early 19th centuries. The social, cultural, political, economic, and religious contexts for intellectual transformation. The legacies of the Enlightenment in the present, and contemporary culture in light of the past.

**HIS 345 - The History of England I** *(3 hours)*

The history of England from the earliest times to 1660.

**HIS 346 - The History of England II** *(3 hours)*

The history of England from 1660 to the present.

**HIS 350 - Historical Methods Seminar** *(3 hours)*

Exploration of historical arguments and debates; methods of interpreting primary sources. Prerequisite: History major or consent of instructor.

**HIS 351 - Topics in Historical Methods** *(0-3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for a maximum of 6 hours credit.

**HIS 352 - Introduction to Digital Humanities** *(3 hours)*
**Core Curr. MI**

Digital Humanities (DH) is the application and creation of computing and digital tools and formats to and for questions and problems in the humanities disciplines. Students will approach the field through an introduction to its historical development and an examination and evaluation of current projects within the field that demonstrate how the humanities can utilize and shape digital media.

**HIS 375 - The Holocaust** *(3 hours)*

Origins and course of Nazi genocide against Europe's Jews during the Second World War. Discussion of the Nazis' five million other victims. Survival and resistance. Comparisons with other examples of modern genocide.

**HIS 382 - European Women, Gender, and Sexuality Since 1500** *(3 hours)*

Investigates changes in women and families, gender norms and relations, and sexual identities and behaviors in modern Europe. Shows how a gender approach increases understanding of important historical developments, including Renaissance and Reformations; Enlightenment and revolutionary eras; rise of capitalism, socialism, liberalism, and nationalism; total wars, dictatorships, and democracies.

**HIS 385 - Science, Technology, and Society** *(3 hours)*
**Gen. Ed. SF**

An analysis of the interaction between science, technology, and society since the 1600s. The first

part addresses the Scientific Revolution, the second the Industrial Revolution, and the third the contemporary scientific and industrial revolutions. In the third part of the course, the examples of the earlier scientific and industrial revolutions, insofar as they affected religious views, daily living conditions, and the meaning of philosophy and science, provide material for comparison as a means of understanding the contemporary situation. Particular attention is given to how social values and assumptions determine the direction of scientific and technological developments.

### HIS 405 - Independent Reading in History *(1-3 hours)*

Directed reading by qualified students with faculty guidance. For history majors primarily. May be repeated for maximum of 6 hrs. credit. Prerequisite: History major or consent of department chair.

### HIS 406 - Individual Study in History *(1-3 hours)*

Special study of individual topics in history with faculty supervision. For history majors primarily. May be repeated for maximum of 6 hrs. credit. Prerequisite: History major or consent of department chair.

### HIS 450 - US History Research Seminar *(3 hours)*

Research paper required employing primary sources in U.S. history. May be repeated under different topic for a maximum of 6 hours. Prerequisite: HIS 203 or 204; HIS 350; and history major; or consent of instructor.

### HIS 451 - Global Hist Colloquium *(3 hours)*

Research paper required employing primary sources in European history. May be repeated under different topic for maximum of 6 hours. Prerequisite: HIS 350; a 300-level European history course; and history major; or consent of instructor.

### HIS 452 - Area Studies Research Seminar *(3 hours)*

Research paper required employing primary sources in African, Asian, Latin American, Middle Eastern, or Russian history. May be repeated under different topic for a maximum of six hours. Prerequisite: HIS 205, 206, 207, or 208, or 300-level course in Area Studies; HIS 350; and history major; or consent of instructor.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# INTERDISCIPLINARY MAJOR PROGRAM

**FACULTY** Associate Dean Montgomery - Director

The Interdisciplinary Major Program (IMP) is a self-designed course of study for students interested in experiences that fall outside or between existing academic programs. The program of study is designed by the student and IMP faculty adviser to utilize two or more departments to gain educational experiences that bridge each department while directing the student towards a unique professional goal. The coursework should be focused on achieving a specific aim through the use of existing courses and faculty expertise. Through the IMP, the student should gain a multi-disciplinary education that is not currently available as an interdisciplinary major in the College of Liberal Arts and Sciences.

Students without definite academic plans should register in academic exploration rather than in the Interdisciplinary Major Program.

The Interdisciplinary Major cannot duplicate any existing major in fact or principle; generally, the Interdisciplinary Major is more rigorous than existing majors. The Interdisciplinary Major Program committee is chaired by the associate dean of Liberal Arts and Sciences and constituted by three faculty members representing humanities and natural and social sciences. Committee members are advisors to Interdisciplinary Major Program students within their academic domain.

Students must write a proposal for the Interdisciplinary Major Program course of study that clarifies their specific intellectual ideals and goals, indicates their proposed list of courses, and demonstrates that their program does not duplicate existing majors. Approved programs of study in the Interdisciplinary Major Program typically require 55–70 hours of a cohesive plan of study, with an acceptable majority of those hours from courses within College of Liberal Arts and Sciences. Thirty hours must be at or above the 300 level. An Interdisciplinary Major Program of study must contain a minimum of 15 hours of coursework unique from any existing major. Student's course selections must be integrated around the focus as articulated in their proposal. The committee strongly encourages an internship or capstone experience as part of the program of study. The proposed program should specify the departments that would participate in the major and include a list of the courses from each of those departments. Two of the departments included should contribute a significant number of courses (two-thirds), and two departments must be in the College of Liberal Arts and Sciences. Transferred courses can be used. Students

graduating in this major must have a 3.0 overall grade point average. The entire Interdisciplinary Major Program committee and the chairs of all included departments must approve the proposal. Proposals meeting the requirements above are not guaranteed acceptance, but will be reviewed by the program committee.

Students are strongly encouraged to consult with a representative from the program committee and chairs or advisors from those departments contributing the majority of the courses in the proposed curriculum of study early in the proposal development process.

After consulting with the appropriate IMP and departmental representatives, students should submit the following to the College of Liberal Arts and Sciences Dean's Office:

1. An official record of their past and present courses.
2. A written, detailed statement of their intellectual ideals and career goals.
3. A detailed plan of the courses from the course catalog the student plans to take as part of the Interdisciplinary Major Program.
4. A rationale explaining how these courses facilitate the proposed course of study and the achievement of the student's ideals and goals.

The program offers both the B.A. and the B.S. degree. Those seeking the B.A. must complete two years of college-level study of a foreign language, or the equivalent of such study.

Eligibility: Students are eligible for the program if they are at least second-semester freshmen, have fewer than 70 hours completed and/or in progress, and have a Bradley University grade point average of 3.0.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# INSTITUTE OF INTERNATIONAL STUDIES

**FACULTY** Professors C. Bukowski (Director), Tarzi; Associate Professors J. Bukowski, J. Kim ; Affiliate Instructor Weck.

The Institute of International Studies offers programs of study leading to the Bachelor of Arts degree in international studies. This degree will serve as a basis for various careers in the field of international studies, for graduate work in international studies or for the understanding of international affairs by students who may not choose to work in that area after graduation. The Institute also offers a Minor in International Studies.

The Institute of International Studies was founded in 1958 at the suggestion of Secretary of State John Foster Dulles. It was among the first in this field ever to be established on the undergraduate level in the United States. Numerous student activities, special off-campus programs, co-op assignments, study abroad programs, and internships are available to enrich the regular program. Students receive special assistance in finding positions after graduation.

## Study Abroad, Internships, And Co-Op Programs

International studies majors are strongly encouraged to undertake a program of study abroad and to participate in appropriate internships or co-op programs. The Institute will assist its majors in integrating a study abroad program into their curriculum with the goal of enhancing both their Bradley and their foreign study experiences. Further information on foreign study (including eligibility requirements) can be obtained from the Study Abroad Office (http://www.bradley.edu/studyabroad/). Internships and co-op assignments are available through the University Cooperative Education/Internship Program listed elsewhere in this catalog. A Department of State internship is available directly through the Institute (see IS 498). Credit may also be earned for special, individual projects or travel abroad (see IS 490).

## Requirements

Students who are candidates for the Bachelor of Arts or Bachelor of Science degree in International Studies should plan their program with the aid of their advisors in accordance with the following requirements:

A total of 124 semester hours of acceptable undergraduate work, including at least 40 semester hours at the junior or senior level.

## International Studies

- IS 103, 104, 182, 250, 275, 295, 495
- any other seven IS courses, or approved substitutes
- a minimum grade point average of 2.0 in International Studies coursework

## World Language Proficiency

- French, or German, or Spanish: a minimum of two courses at the 300 level.
- Other languages offered by the Department of World Languages and Cultures (i.e. Arabic or Chinese): two semesters at the 200 level
- Demonstrated proficiency in a language not offered at Bradley will be considered with the approval of the Institute Director.

Those students who have previously studied a foreign language must take the placement test given by the Department of World Languages and Cultures. Students who place at the 300 level should consult with the chair of the Department of World Languages and Cultures to determine the best sequence of courses for them.

## Other Requirements

- PLS 105
- ECO 221, 222
- one course in quantitative analysis (MTH 111, PSY 205, PLS 209, or QM 262)

Students are strongly encouraged to work with their advisors to develop concentrations that meet their respective interests and career goals. Students may also add area studies minors, such as the European Studies Minor, the Latin American Studies Minor, and/or the Asian Studies Minor.

# Baccalaureate Articulation

## Associate in Arts or Associate in Science Graduates

A transferring student who has completed an Associate in Arts or an Associate in Science degree in an Illinois public community college may expect to earn a baccalaureate degree from the Institute of International Studies upon the completion of two additional years of course work provided that the following qualifications are met:

- that the transferring student does not change his or her intended major or area of specialization;

- that the course work represented in the associate degree include only baccalaureate-oriented college level courses which appear in the ICCB master course file;
- that within the associate degree, the transferring student shall have completed work in each of the following general education areas totaling a minimum of at least 36 semester hours:
  - English and/or communications
  - Humanities
  - Mathematics and/or natural sciences
  - Social sciences
  - World language.

# Minor In International Studies

The minor is designed to enhance the educational experience of the student by adding a global perspective to his/her major field of study. Completion of the minor includes three required courses (IS 103, IS 104, and IS 275) and three elective International Studies courses offered at the 300 or 400 level. A candidate for the minor is expected to work closely with his/her advisor to choose elective courses that are appropriate to the concentration desired by the student. Successful completion of the minor requires a grade point average of 2.0 or higher in International Studies coursework.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# INTERNATIONAL STUDIES COURSES

**I S 100 - Contemporary World Forces** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. GP GS**

Great international forces influencing the contemporary world: secular and religious nationalism, global terrorism, international conflict and cooperation, poverty, and climatic changes. Understanding and evaluating the impact of these forces on national society and world affairs.

**I S 101 - Participation in Model United Nations** *(1 hour)*

Preparation for and participation in a model United Nations program. May be repeated for a maximum of 4 hours credit provided a different country and issues are addressed with each participation.

**I S 103 - Fundamentals of International Studies: Global Analysis** *(3 hours)*

**Core Curr. GP GS**

Overview of principal macro-level phenomena in discipline of international studies; addresses matters with worldwide coverage such as power relationships, war, and globalization.

**I S 104 - Fundamentals of International Studies: Area Analysis** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC**

Overview of discipline of international studies at micro-level; focus on major states or groups of states.

**I S 182 - Fundamentals of Contemporary East Asian Civilization** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC**

Civilization and traditional cultures of East Asia; origins of fundamental values in indigenous East Asian ways of life.

**I S 250 - Normative Theories of International Studies** *(3 hours)*

**Gen. Ed. HP**

**Core Curr. HU**

Survey of major expressions of normative theory in international studies; opportunity to develop a

personal philosophy of world affairs; development of analytical and reasoning skills; creation of an awareness of principle qualitative considerations in the field of international studies and the formulation of positions regarding such concerns.

### I S 275 - Political Economy of the Developing World *(3 hours)*

**Gen. Ed. SF**

**Core Curr. MI**

Survey of political, economic, social, and cultural aspects of development. Theories of development, relations between industrial and developing states, impact of domestic institutions and conditions, globalization, and international institutions on the developing world.

### I S 285 - East Asia in the Modern World *(3 hours)*

**Gen. Ed. NW**

Survey of political, economic, social, and cultural aspects of developments in China, Japan, Korea, and East Asia. Emphasis on impact of tradition, colonization, and the Cold War on political, economic, and social development.

### I S 295 - Research Design and Qualitative Methods for International Studies *(3 hours)*

**Core Curr. WI**

Design of research and qualitative research methods for international studies. Prerequisite: IS 103; IS 104; or consent of instructor.

### I S 305 - Diplomacy in International Affairs *(3 hours)*

**Core Curr. GP GS**

Evolution of modern diplomacy, fundamentals of diplomacy theory, and contemporary use of diplomacy. Negotiation game for application of student's new knowledge of diplomatic practice. Prerequisite: IS 103 or 104 or consent of instructor.

### I S 306 - Intelligence in International Affairs *(3 hours)*

**Gen. Ed. SF**

**Core Curr. GP GS**

Development of secret intelligence practice; contemporary operations of selected intelligence organizations. Emphasis on US capabilities, counterterrorism, management and control, and tension between secrecy and democracy.

**I S 307 - Science and Politics of Global Climate Change** *(3 hours)*

**Core Curr. MI**

The complex problem of global climate change will be explored by connecting knowledge and perspectives from the natural and social sciences, concentrating particularly on the links between atmospheric and terrestrial sciences and international studies/political science. Cross-listed with ENS 307. Prerequisite: junior standing or permission of instructor

**I S 312 - American Foreign Policy** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

Survey of factors and forces shaping the formulation and practice of American foreign policy. Impact of domestic political factors--public opinion, the media, interest groups, and Congress--on presidential foreign policy decisions; special emphasis on contemporary issues and problems.

**I S 318 - United States-East Asian Relations** *(3 hours)*

**Core Curr. GP GS**

Critical studies of US relations with China, Japan, Korea, and other selected countries of East Asia since World War II.

**I S 320 - Latin America in a Global Context** *(3 hours)*

**Gen. Ed. NW**

Understanding the region and its challenges in the context of Latin America's place in the global environment. Special emphasis placed on US-Latin American relations. Prerequisite: Not available to International Studies majors.

**I S 322 - Latin America in the International System** *(3 hours)*

**Core Curr. GP WC,WI**

Critical analysis of the role of Latin America in world affairs and the impact of external forces on politics, society, and interstate relations. Topics include: colonialism, revolutionary change and regional stability, transition to democratic rule, impact of foreign intervention, and role of Latin America in the global political economy.

**I S 330 - European Integration** *(3 hours)*

**Core Curr. GP GS,MI**

Focus on phenomenon of integration, the movement toward political, economic, and social

cooperation and unity on the European continent; examination of history, evolution, current and future development of the European Communities/Union.

## I S 331 - European Security *(3 hours)*

Major historical and contemporary issues involved in conflict and security in Europe; security is defined broadly to include traditional military security and human security issues such as environmental security and immigration; focus on evolution of European security from World War II to the present.

## I S 340 - Africa in the International System *(3 hours)*
**Gen. Ed. NW**
**Core Curr. GP WC**

Role of Africa in world affairs and the impact of external forces on politics, society, economic development, and interstate relations. Topics include the impact of colonialism and foreign intervention, revolutionary change and regional stability, and the challenges of political and economic development.

## I S 353 - Russian Foreign Policy *(3 hours)*
**Core Curr. GP WC**

Evolution of major elements of Russian foreign policy, impact of communist past, current post-communist attitudes and policies toward the world, analysis of foreign policies of other post-Soviet Slavic states.

## I S 355 - Imperial Russia *(3 hours)*
**Gen. Ed. NW**
**Core Curr. GP WC**

Overview of early Russian development: major socio-political and economic aspects of the Czarist period. Emphasis on imperialist expansionism from the 16th century to the Bolshevik Revolution.

## I S 363 - Middle East Nations in International Affairs *(3 hours)*
**Gen. Ed. NW**
**Core Curr. GP WC,GP GS**

Introduction to the modern politics of the Middle East. Examination of Arab-Israeli conflict, politics of OPEC, inter-Arab rivalries, terrorism, and the impact of these issues on the role of the Middle East in international affairs. Impact of the end of the Cold War and the Gulf Wars.

**I S 373 - South and Southeast Asian Nations in International Affairs** *(3 hours)*
**Core Curr. GP WC**

International relations of the south Asian subcontinent and Southeast Asia. Legacy of colonization, religious conflict, territorial disputes, and the nuclear threat. Also the regional political economy and terrorism.

**I S 381 - East Asian International Relations** *(3 hours)*

East Asian international relations (China, Japan, Korea, and East Asia in general) from ancient times to the present.

**I S 385 - Issues of Contemporary Asia** *(3 hours)*
**Core Curr. GP WC**

Critical studies of new issues and problems in contemporary Asia: tensions between traditional Asian cultures and modern Western ideologies, Asian leadership styles, political institutions, and economic development.

**I S 410 - Globalization in World Affairs** *(3 hours)*
**Core Curr. GP GS**

Present trends in globalization; challenges presented to nation-states in an increasingly complex international environment. Issues include economic and cultural globalization, global and regional governance.

**I S 431 - East European Systems** *(3 hours)*

Advanced readings to facilitate seminar-style discussion of selected problems facing Eastern Europe. Possible topics: political and economic reform, coping with the legacy of socialist rule, foreign policy, and regional relations. Prerequisite: consent of instructor.

**I S 475 - Contemporary Issues in International Studies** *(1-3 hours)*

In-depth study of selected problems in world affairs. May be repeated for a maximum of 6 hrs. credit provided a different topic is taken each term.

**I S 490 - Directed Study and Travel Abroad: Selected Region** *(3 hours)*

Provides academic credit to students participating in designated, short-term programs abroad. Student must participate in the designated travel program in order to receive credit for this course. Course may be repeated once providing the student participates in a different travel program.

**I S 495 - Advanced Seminar in International Studies** *(3 hours)*
**Core Curr. EL,WI**

Relationship of empirical theory to the practice of international studies; completion of a baccalaureate thesis. Prerequisite: IS 295; junior or senior standing in International Studies

**I S 498 - Department of State Internship** *(0-12 hours)*

For majors planning careers in the foreign service: 3 months of work-study at the junior officer level in the Department of State or in a United States embassy. Qualified students should contact the IS director six months in advance to allow for clearance and acceptance. Prerequisite: senior standing; approval of IS director.

**I S 499 - Research in International Relations** *(1-3 hours)*
Special projects in IS for qualified students.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# LATIN AMERICAN STUDIES

**Faculty Coordinating Committee** Cisneros (World Languages and Cultures-Spanish) Director, Dannehl (Political Science), Tarzi (International Studies), Toxqui (History).

The Latin American Studies minor has as its goal to introduce students to the broad spectrum of political, social, economic, and cultural forces which have shaped this region in the past and continue to influence it today. This minor is designed to be interdisciplinary in nature and does not seek to encourage concentration in a single discipline or a single country. It may, however, prepare the student for such an endeavor in future studies.

A key requirement for this minor is the completion of a summer or semester abroad program in Latin America. The purpose of this requirement is to enhance the student's understanding and appreciation of Latin American culture and society.

# Minor In Latin American Studies

## Curriculum and Requirements

A minimum of 18 semester hours is required for this minor, at least 6 hours of which must be completed in an approved study abroad program. Students must complete WLS 202 or the equivalent. This language requirement must be fulfilled before the study abroad experience. No WLS 100 or 200-level courses may be used to satisfy the 18 semester hours required for this minor.

The course work completed in residence at Bradley must include 9 hours of required coursework in foreign languages—Spanish and history. At least one of these courses must be completed at Bradley prior to study abroad. Students must also complete 3 hours of elective courses. A grade point average of at least 2.0 is required for course taken for the minor.

In order to ensure that student coursework deals with the history, economics, language, and culture of Latin America, students must have their Latin American Studies program (Bradley and study abroad courses) approved by an advisor from the minor's faculty coordinating committee. The study abroad portion of the requirement must be taken at a Bradley-approved site in Latin America. Such coursework can be taken in Spanish or English.

- Required Courses (9 hrs)

- HIS 205 Non-Western Civilization: Latin America
- WLS 322 Latin America Civilization and Culture
- HIS 332 Modern Latin American History or HIS 335 Modern Mexico

- Elective Courses (3 hrs)

  - ECO 351 Economic Development
  - HIS 334 Non-Western History: Social
  - HIS 405 Independent Reading in History
  - HIS 406 Individual Study in History
  - HIS 452 Area Studies Research Seminar
  - IB 400 Topics in International Business
  - IS 275 Political Economy of the Developing World
  - IS 322 Latin America in the International System
  - IS 323 Problems in Latin American Development
  - IS 475 Contemporary Issues in International Studies
  - IS 490 Directed Study and Travel Abroad
  - IS 499 Research in International Relations
  - WLS 316 Topics in Hispanic Language and Literature
  - WLS 342 Survey of Hispanic-American Literature I
  - WLS 343 Survey of Hispanic American Literature II
  - WLS 490 Topics in Hispanic Language or Literature
  - WLS 492 Practicum in Spanish
  - WLS 495 Independent Study

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MATHEMATICS

**FACULTY** Professors McAsey, Mou, Nanyes, Timm (Chair), Xue; Associate Professors Bedenikovic, Kasube, Lang, Quigg; Assistant Professor Carty, Yolcu.

A student considering mathematics, statistics, or related areas as a career should realize that emphasis in mathematics and statistics courses will change as the individual progresses through his or her academic program. The initial concern for solving problems is later dominated by the more important objectives of formulating problems in mathematical and statistical language and dealing with mathematical structures and abstract ideas. It should be stressed that an effective mathematician or statistician should be a well-educated person, possessing not only the technical background of mathematics or statistics but also knowledge and skills developed through a selection of courses from other disciplines.

The Department of Mathematics recognizes that students considering a major in a mathematical discipline will have diverse career interests and goals. In fact, flexibility is one of the defining attributes of the departmental offerings. With proper selection of a program and elective course within the program, programs may be designed for students who wish to do graduate study in mathematics or statistics, teach at the high school level, or for students with career interests in the application of mathematics and statistics to, for example, actuarial science, business, computer science, economics or the physical sciences. By selecting appropriate courses, students majoring in one of the programs offered by the Mathematics Department can complete a minor in one of these applied areas.  All of the majors offered by the Department are built around core competencies obtained during the student's freshman and sophomore years and more advanced study based on the student's interests.  The Mathematics Department Core requirements are:

1. MTH 121, 122, 223 Calculus I, II, III
2. MTH 207 Elementary Linear Algebra with Applications
3. MTH 325 Probability and Statistics I
4. CS 100 Introduction to Programming Concepts and Languages or CS 101 Introduction to Programming

All students enrolled in one of the majors offered by the Department must also satisfy depth and breadth requirements as appropriate to their major.  The breadth requirements are specified within the descriptions of each major below.  Students may meet additional depth requirements

for their major by selecting courses from the following:

## Depth Groupings

I. Analysis/Topology/Geometry: MTH305 Modern Geometry, MTH345 Differential Equations, MTH403 Complex Variables, MTH406 Elementary Topology, MTH414/514 Partial Differential Equations, MTH420 Real Analysis, MTH421 Advanced Calculus.

II. Algebra/Number Theory/Discrete Mathematics: MTH301 Combinatorics, MTH302 Graph Theory, MTH307 Linear Algebra, MTH310 Number Theory, MTH404/405 Abstract Algebra I/II.

III. Statistics and Applied Mathematics: MTH325/326 Probability and Statistics I/II, MTH335 Topics in Actuarial Science, MTH345 Differential Equations, MTH414/514 Partial Differential Equations, MTH427 Applied Statistical Methods, MTH428 Topics in Applied Statistics, MTH435 Stochastic Processes, MTH410/411-MTH510/511 Numerical Analysis I/II, MTH501/502 Topics in Applied Mathematics I/II.

MTH495 may be included in any of the groups subject to the approval of the Department Chair.

The Department offers majors in:

- Mathematics Major
    - Applied Mathematics Track
    - Pure Mathematics Track
- Mathematics Education Major (9-12)
- Actuarial Science—Mathematics Major
- Statistics Major

The Department also offers a:

- Mathematics Minor

## Advanced Placement in Mathematics

Students scoring a 5, 4 or 3 on the Advanced Placement (AP) program mathematics examination administered by the College Entrance Examination Board may receive up to eight semester hours of credit for MTH 121 Calculus I and MTH 122 Calculus II.

## Recommended Course of Study for Freshman Year

Unless the requirements of a course have been met through some other means such as testing or transfer credit, all entering mathematics majors are advised to begin their academic program with the following course of study.

MTH 121, 122 Calculus I, II - 8 hrs.

ENG 101 English Composition - 3 hrs.

CS 100 Introduction to Programming Concepts and Languages or CS 101 Introduction to Programming - 3 or 4 hrs.

Electives - 15 hrs.

Recommended total Freshman year hours, 32 or 33.

# The Mathematics Major

Students obtaining a Mathematics Major must meet the following departmental requirements:

1. The Mathematics Core                                21 or 22 hours
2. MTH 120, 224, or an additional course ≥301         3 hours
3. MTH420 Introduction to Analysis                    3 hours
4. Students obtaining a Mathematics Major must choose a track.
    1. APPLIED MATHEMATICS TRACK (15 credits)
        - MTH 224 or 345                              3 hours
        - MTH 414/514                                 3 hours
        - 1 of MTH427, MTH428, MTH410/510            3 hours
        - 1 additional course from Group III         3 hours
        - 1 additional course from Group I or II     3 hours
          2 upper division courses from outside the Mathematics Department,
          chosen in consultation with an advisor and approved by the Department Chair, may be
          substituted for the additional courses.
    2. TRADITIONAL MATHEMATICS TRACK (12 credits)
        - MTH 404                                     3 hours
        - MTH 495                                     3 hours
        - 1 additional course from Group I            3 hours
        - 1 additional course from Group II           3 hours
5. Upper Division Requirement

    Students must have at least 24 hours in mathematics courses numbered 301 or greater

6. A Mathematics Major with either track requires a minimum of 42 hours.

Students considering further study of mathematics at the graduate level should select courses such as:

- MTH 307 Linear Algebra
- MTH 345 Differential Equations

- MTH 403 Complex Variables
- MTH 405 Modern Algebra II
- MTH 406 Elementary Topology
- MTH 421 Advanced Calculus

In addition, a year of physics (PHY 110 and 201), MTH 120, and a foreign language may prove beneficial.

# The Mathematics Education Major (9-12)

This course of study is designed to provide graduates with the education and training to teach mathematics at the secondary school level (grades 9-12).  The mathematics requirements for this degree program consist of a core of required classes and a collection of upper division courses which provide additional mathematical breadth and depth to the major. In addition, students who select this major must also complete all the education requirements as mandated by the Illinois State Board of Education, which includes 44 hours of course work in the Teacher Education - High School Education program (http://www.bradley.edu/academic/undergradcat/20152016/ehs-ete.dot).

Students obtaining a Mathematics Education Major (9-12) must meet the following departmental requirements.

1. The Mathematics Core                                    21 or 22 hours
2. MTH 404 Modern Algebra I                                3 hours
3. MTH 420 Introduction to Analysis I                      3 hours
4. Upper Division requirements

    Students must complete 5 additional courses at

    the >= 301 level not all from the same Depth Grouping.    15 credits
5. A Mathematics Education Major (9-12) requires a minimum of 42 hours.
6. The state currently requires that students be introduced to various topics in order to meet the Mathematics subject area licensure requirements. Most of the mathematical topics required for endorsement are covered in the Mathematics Core in number 1 above. Currently, there are additional requirements in graph theory, geometry, and history of mathematics. State licensure requirements change frequently. It is the student's responsibility to see that the current state requirements are satisfied.
7. Completion of the Teacher Education - High School Education program. For more information, see Teacher Education - High School Education program in the College of Education and Health Sciences section of this catalog.

# The Actuarial Science - Mathematics Major

Actuaries use analytical skills to evaluate the likelihood of future events, manage risk, and advise clients with decisions requiring statistical expertise. Actuaries work across industry; including the insurance industry and for finance and health care institutions.

Students obtaining an Actuarial Science-Mathematics Major must meet the following departmental requirements.

1. The Mathematics Core                                          21 or 22 hours
2. MTH 326 Probability and Statistics II                         3 hours
3. MTH 335 Topics in Actuarial Science (two different topics)    6 hours
4. MTH 427 Applied Statistical Methods                           3 hours
5. Two additional mathematics courses from courses numbered
   MTH 301 or above other than MTH 325, MTH 326, MTH 335,        and MTH 427
                              6 hours

Students obtaining an Actuarial Science-Mathematics major must meet the following additional requirements.

1. ATG 157 Accounting Principles - Financial                     3 hours
2. ECO 221, 222 Microeconomics, Macroeconomics                   6 hours
3. IME 313, 314 Operations Research I, II                        6 hours
4. FIN 322 Business Finance                                      3 hours
5. FIN 325 Investment Analysis (or another finance course        with
   departmental approval)                     3 hours


Total                                                            60-61 hours

For an Actuarial Science-Mathematics major a maximum of 25 percent of the total undergraduate program credit hours including required courses may consist of courses from the Foster College of Business. For example, in a 124-credit-hour program a maximum of 31 credit hours of business courses may be taken.

Students wishing to take business or programming courses in addition to those required courses listed above should consider choosing from among the following, subject to the restriction noted above: ATG 158, BLW 342, BUS 100, CS 102, FIN 425, and ML 250.

# The Statistics Major

Statisticians are in high demand across industry. In addition to the general mathematics emphasis on logical reasoning and creative problem solving, the statistics major focuses on analyzing data. The study of statistics includes theory, applications of probability, and facility with computing tools.

Students obtaining a Statistics Major must meet the following departmental requirements.

1. The Mathematics Core                                           21 or 22 hours
2. MTH 326 Probability and Statistics I, II                        6 hours
3. MTH 420 Real Analysis                                          3 hours
4. MTH 427 Applied Statistical Methods                            3 hours
5. Two courses selected from:

   MTH 428 Topics in Applied Statistics (may be repeated) and

   MTH 435 Stochastic Processes                                   6 hours

6. MTH 494, 495 Senior Project I, II 3 hours
7. A mathematics elective numbered MTH 301 or above 3 hours

Total                                                             42-43 hours

Optional supporting courses include MTH 224 or MTH 345, IME 313, and CS 102.

# The Mathematics Minor

Students obtaining a Mathematics Minor must meet the following departmental requirements.

1. MTH 121, 122                                                   8 hours
2. MTH 120 or 223                                                 3 or 4 hours
3. Students obtaining a Mathematics Minor have two options.
   Option A: MTH 207 or 224 AND 3 courses ≥301‡                   12 hours
   Option B: 4 courses ≥301‡                                      12 hours
4. A Mathematics Minor requires a minimum of 23 hours.

‡ MTH 494/495 may not be used to fulfill requirements for a minor.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the*

*Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MATHEMATICS COURSES

**NOTE:** Not more than 10 semester hours of credit may be earned from the following courses: MTH 101, 105, 109, 110, and 111. Credit will not be given for MTH 101, 105, or 109 to students with credit for MTH 112 or 115. Credit will not be given for MTH 101, 105, 109, 110, 112, or 115 to students with credit for MTH 119 or MTH 121. Credit will not be given for both MTH 116 and MTH 122. Students majoring in departments in the Foster College of Business and the Caterpillar College of Engineering and Technology are advised to check college requirements for additional restrictions and limitations.

**MTH 101 - The Art of Mathematical Thinking** *(3 hours)*

**Gen. Ed. MA**

**Core Curr. QR**

Great ideas in mathematics, problem solving, contemporary applications.

**MTH 105 - Finite Mathematics** *(3 hours)*

Topics from finite mathematics: sets, matrices, systems of linear equations, linear programming, elementary probability, multistage processes, and Markov chains.

**MTH 109 - College Algebra** *(3 hours)*

For students who need to strengthen their algebra skills: factoring polynomials; solving quadratic and other equations; exponents, logarithms, and graphing. Prerequisite: The sum of the mathematics placement exam score and the mathematics ACT score (or a converted mathematics SAT score) is at least 35.

**MTH 111 - Elementary Statistics** *(3 hours)*

**Gen. Ed. MA**

**Core Curr. QR**

Probability, descriptive statistics, statistical models, correlation and regression, testing hypotheses, confidence limits, and selected applications.

**MTH 112 - Precalculus** *(4 hours)*

For students needing further background in mathematics before enrolling in calculus (especially MTH 121). Thorough study of algebraic, transcendental, and trigonometric functions; emphasis

on graphing and use of algebra. Prerequisite: Grade of C or better in MTH 109; or the sum of the mathematics placement exam score and the mathematics ACT score (or a converted mathematics SAT score) is at least 45.

## MTH 114 - Applied Finite Mathematics *(3 hours)*

**Core Curr. QR**

A survey of the most common mathematical techniques used in business. Topics include: linear functions, non-linear functions (polynomials, exponentials, logarithms), systems of linear equations, linear programming, sets and probability, introduction to basic statistics. Prerequisite: Grade of C or better in MTH 109 or 112; or the sum of the mathematics placement exam score and the mathematics ACT score (or a converted mathematics SAT score) is at least 45.

## MTH 115 - Brief Calculus With Applications I *(4 hours)*

**Gen. Ed. MA**

**Core Curr. QR**

Differential and integral calculus with emphasis on understanding through graphs. Topics in analytic geometry, limits, derivatives, antiderivatives, definite integrals, exponential and logarithmic functions, and partial derivatives. Prerequisite: Grade of C or better in MTH 109 or 112; or the sum of the mathematics placement exam score and the mathematics ACT score (or a converted mathematics SAT score) is at least 45.

## MTH 116 - Brief Calculus With Applications II *(3 hours)*

**Gen. Ed. MA**

**Core Curr. QR**

Continuation of MTH 115. Includes trig functions, integration techniques, series, differential equations, and multivariable calculus. Prerequisite: C or better in MTH 115.

## MTH 118 - Calculus With Review A *(4 hours)*

Topics in analytic geometry, limits, continuity, derivative, and pertinent algebra review. Prerequisite: The sum of the mathematics ACT score and the mathematics placement exam score is at least 45

## MTH 119 - Calculus With Review B *(4 hours)*

**Gen. Ed. MA**

**Core Curr. QR**

Continuation of MTH 118. Topics in analytic geometry, definite integral, Fundamental Theorem of Calculus, and pertinent algebra review. Prerequisite: grade of C or better in MTH 118.

## MTH 120 - Discrete Mathematics *(3 hours)*

Introduction to graph theory, Boolean algebra, mathematical induction, and elementary combinatorics. Prerequisite: Grade of C or better in MTH 112; or the sum of the mathematics placement exam score and the mathematics ACT score (or a converted mathematics SAT score) is at least 50.

## MTH 121 - Calculus I *(4 hours)*

**Gen. Ed. MA**

**Core Curr. QR**

Topics in analytic geometry; limits; continuity; differentiation; introduction to integration; applications. Prerequisite: Grade of C or better in MTH 112; or the sum of the mathematics placement exam score and the mathematics ACT score (or a converted mathematics SAT score) is at least 56.

## MTH 122 - Calculus II *(4 hours)*

**Gen. Ed. MA**

**Core Curr. QR**

Topics in calculus of logarithmic, exponential, and trigonometric functions; techniques of integration; analytic geometry; indeterminate forms; improper integrals; infinite series. Prerequisite: Grade of C or better in MTH 119 or MTH 121 or its equivalent.

## MTH 190 - Topics in Mathematics for Middle School Teachers *(3 hours)*

Topics for middle school math teachers which may vary each time course is offered, rotating among: analytic geometry, problem solving,linear programming. May be repeated under different topics for a maximum of 6 hours credit. Prerequisite: C or better in MTH111 and C or better in one of MTH115, 119, or 121 and permission of the Chair.

## MTH 207 - Elementary Linear Algebra With Applications *(3 hours)*

Matrix algebra, determinants, theory of simultaneous equations, vector spaces, bases, Gram-Schmidt orthogonalization, eigenvalues, eigenvectors, transformations, and applications. Prerequisite: MTH 122, or consent of instructor.

**MTH 223 - Calculus III** *(4 hours)*

**Gen. Ed. MA**

**Core Curr. QR**

Topics in vectors; calculus of functions of several variables; multiple integrals; vector calculus. Prerequisite: grade of C or better in MTH 122.

**MTH 224 - Elementary Differential Equations** *(3 hours)*

Solution of second order equations with constant coefficients; Laplace transforms; power series methods; numerical methods; modeling; applications. Prerequisite: MTH 223

**MTH 300 - Topics for Middle School Math Teachers** *(3 hours)*

Topics of special interest which may vary each time course is offered, rotating among geometry, algebra/number theory, and problem-solving. Historical motivations will be provided within each topic. For middle school teacher certification; does not count toward a math major or math minor. May be repeated under different topics for a maximum of 9 hours credit. Prerequisite: C or better in MTH 111 and C or better in one of MTH 115, 119, or 121 and permission of the Chair.

**MTH 301 - Combinatorics** *(3 hours)*

Combinatorial analysis, recurrence relations, generating functions, and finite-state machines. Prerequisite: MTH 120, 122; or MTH 223.

**MTH 302 - Introduction to Graph Theory** *(3 hours)*

Theory and applications of graphs, including historical motivations. Fundamental properties of graphs, circuits, cycles, trees, and graph algorithms; planarity and coloring. Prerequisite: MTH 120, 122; or MTH 223.

**MTH 305 - Modern Geometry** *(3 hours)*

Introduction to properties of formal axiom systems. Study of Euclidean and non-Euclidean geometries, including historical motivations. Topics will be explored using appropriate dynamic software. Prerequisite: MTH 223.

**MTH 307 - Linear Algebra** *(3 hours)*

Vector spaces, linear transformations, inner product spaces, Jordan canonical forms, spectral theorems, and selected topics. Prerequisite: MTH 207.

## MTH 310 - Introduction to Number Theory *(3 hours)*

Historical development of number theory; primes and their distribution; divisibility; unique factorization of integers; congruences; Diophantine equations; number theoretic functions. Prerequisite: MTH 223.

## MTH 325 - Probability and Statistics I *(3 hours)*

Probability and statistical concepts, theory, and applications: random variables, sampling, central limit theorem, theories of estimation and the testing of hypotheses, linear models, and nonparametric methods. Prerequisite: MTH 223

## MTH 326 - Probability and Statistics II *(3 hours)*

Probability and statistical concepts, theory, and applications: random variables, sampling, central limit theorem, theories of estimation and the testing of hypotheses, linear models, and nonparametric methods. Prerequisite: MTH 325

## MTH 335 - Topics in Actuarial Science *(3 hours)*

Topics may vary each time course is offered, rotating among compound interest, mathematics of life contingencies, and actuarial mathematics. Some topics will coincide with those on actuarial exams. May be repeated under different topics for a maximum of 9 hours credit. Prerequisite: MTH 207, MTH 223; or consent of instructor.

## MTH 345 - Differential Equations *(3 hours)*

Existence and uniqueness theorems; solution methods for initial and boundary value problems; linear and nonlinear systems; stability theory; difference equations. Prerequisite: MTH 207, 223; or consent of instructor.

## MTH 371 - History of Mathematics *(3 hours)*

A survey of the historical development of mathematics from antiquity to the twentieth century. Emphasis will be on the interrelations between the various areas of mathematics as well as the mathematical content itself. Prerequisite: MTH 207 and 3 semester hours from courses numbered MTH 301 or above; or consent of instructor.

## MTH 390 - Mathematical Modeling *(3 hours)*

Introduction to constructing and evaluating mathematical models for describing and analyzing real world phenomena. Continuous and/or discrete models. Prerequisite: MTH 223; consent of instructor.

## MTH 403 - Complex Variables I *(3 hours)*

Introduction to complex calculus: elementary functions, integration, Cauchy's formula, residue theory, and applications. Prerequisite: MTH 207, 223; or MTH 224.

## MTH 404 - Modern Algebra I *(3 hours)*

Basic theory of sets, integers, and mappings; elementary properties of groups, rings, and fields. Prerequisite: MTH 207, 223.

## MTH 405 - Modern Algebra II *(3 hours)*

Topics selected from theory of rings, field theory, and applications. Prerequisite: MTH 404.

## MTH 406 - Elementary Topology *(3 hours)*

Introduction to rudiments of point set topology. Concepts of compactness, connectedness, and continuity, in context of general topological spaces and metric spaces. Prerequisite: MTH 207, 223; or consent of instructor

## MTH 410 - Numerical Methods I *(3 hours)*

Introduction to numerical and computational aspects of various mathematical topics: finite precision, solutions of non-linear equations, interpolation, approximation, linear systems of equations, and integration. Prerequisite: CS 100 or 101; MTH 207 and 223.

## MTH 411 - Numerical Methods II *(3 hours)*

Continuation of MTH 410: further techniques of integration, ordinary differential equations, numerical linear algebra, nonlinear systems of equations, boundary value problems, and optimization. Prerequisite: MTH 224 or 345; MTH 410.

## MTH 414 - Partial Differential Equations *(3 hours)*

Fourier series and applications to solutions of partial differential equations. Separation of variables, eigenfunction expansions, Bessel functions, Green's functions, Fourier and Laplace transforms. Credit will be given for only one of MTH 414, MTH 514. Prerequisite: MTH 224 or MTH 345

## MTH 420 - Introduction to Analysis *(3 hours)*

Real number system and functions of real variables: sequences, limits, continuity, differentiation, series, uniform convergence, and the Riemann-Stieltjes integral. Prerequisite: MTH 207, 223.

## MTH 421 - Advanced Calculus *(3 hours)*

Functions of several variables. Calculus of transformations, implicit and inverse function theorems, line and surface integrals, Fourier analysis, fixed point theorems, and applications. Prerequisite: MTH 420 or consent of instructor.

## MTH 427 - Applied Statistical Methods *(3 hours)*

Regression analysis, time series analysis, and forecasting Prerequisite: MTH325; MTH326 or consent of instructor.

## MTH 428 - Topics in Applied Statistics *(3 hours)*

A continuation of Math 427 to include further studies in statistics such as Bayesian statistics, statistical computing, or multivariate methods. May be repeated under different topics for a maximum of 6 hours credit. Prerequisite: Math 325; Math 326 or consent of instructor.

## MTH 435 - Stochastic Processes *(3 hours)*

Conditional probability and expectation, probability models, Markov chains, Poisson process, renewal theory, Brownian motion processes. Prerequisite: MTH 325 and MTH 207

## MTH 490 - Topics in Mathematics *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. Prerequisite: consent of instructor.

## MTH 491 - Directed Individual Studies in Mathematics *(1-16 hours)*

Individual work in special areas of mathematics for advanced, qualified undergraduate students. May register for more than 6 hrs. credit only if enrolled in an approved special off campus program. Prerequisite: consent of Department Chair.

## MTH 494 - Senior Project in Mathematics I *(0 hours)*

Topics in mathematics selected, studied, and discussed by students under faculty guidance. Each student explores an area of mathematics and selects a topic in which he or she has a particular interest. Prerequisite: Senior standing (junior standing with consent of instructor).

## MTH 495 - Senior Project in Mathematics II *(3 hours)*

A selected topic in mathematics is studied by a student under faculty guidance. Each student writes a paper and gives a presentation on his or her topic. Prerequisite: MTH 494; senior standing.

**MTH 501 - Topics in Applied Mathematics I** *(3 hours)*

Theory, applications, and algorithms for basic problems of modern applied mathematics. Symmetric linear systems, minimum principles, equilibrium equations, calculus of variations, orthogonal expansions, and complex variables. Prerequisite: MTH 224 or 345.

**MTH 502 - Topics in Applied Mathematics II** *(3 hours)*

Continuation of MTH 501. Selected numerical algorithms: Fast Fourier transform, initial value problems, stability, z-transforms, and linear programming. Prerequisite: MTH 501 or consent of instructor.

**MTH 510 - Numerical Methods I** *(3 hours)*

Introduction to numerical and computational aspects of various mathematical topics: finite precision, solutions of non-linear equations, interpolation, approximation, linear systems of equations, and integration. Cross listed as CS 510. Prerequisite: CS 101; MTH 207 and 223.

**MTH 511 - Numerical Methods II** *(3 hours)*

Continuation of CS/MTH 510: further techniques of integration, ordinary differential equations, numerical linear algebra, nonlinear systems of equations, boundary value problems, and optimization. Cross listed as CS 511. Prerequisite: MTH 224 or 345; CS/MTH 510.

**MTH 514 - Partial Differential Equations** *(3 hours)*

Fourier series and applications to solutions of partial differential equations. Separation of variables, eigenfunction expansions, Bessel functions, Green's functions, Fourier and Laplace transforms. Prerequisite: MTH 224 or 345.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# MEDICAL LABORATORY SCIENCE PROGRAM

**FACULTY COORDINATING COMMITTEE** Bennett (Health Professions Advising Center), Campbell (Chemistry and Biochemistry), Morris (Biology), Stover (Biology), Fry (Chemistry and Biochemistry, Chair)

**ADJUNCT FACULTY** Affiliate Instructors Carlson and Wallace.

Medical Laboratory Science is an inter-departmental major jointly sponsored by Department of Biology and the Department of Chemistry and Biochemistry. The objective of the program is to provide the student with the appropriate background for admission to an accredited medical laboratory science hospital program. Students electing the Medical Laboratory Science program will be assigned an advisor in the Department of Chemistry and Biochemistry and must complete either the Clinical or General concentrations to fulfill the program requirements.

Students must submit a petition to advance to candidacy in the program following completion of Introduction to Medical Laboratory Science (CHM122), Statistics (MTH111), Molecules to Cells and its associated laboratory (BIO151 and BIO152), Anatomy and Physiology II and its associated laboratory (BIO232 and BIO233), and Organic Chemistry II and its associated laboratory (CHM252 and CHM253) with a C or better. Majors who are eligible for the Clinical concentration complete a 3 + 1 program in which the student normally spends the first three years completing University course work necessary to fulfill general requirements for a bachelor's degree and the fourth year in an affiliated hospital medical laboratory science program. Advancement to candidacy in the Medical Laboratory Science-Clinical concentration requires 3.0 for cumulative gpa and science gpa at 60 hrs of coursework completed. Students in this concentration traditionally apply to one or more of the affiliated hospital practicum programs* by December 1st of their junior year. Admission to the clinical practicum is competitive and determined by a selection committee external to Bradley. Continuation in the Clinical concentration of the Medical Laboratory Science program is contingent upon acceptance into an affiliated hospital clinical practicum. After successful completion of a clinical practicum, the student will be granted a bachelor's degree from Bradley. Upon receipt of the B.S., graduates are eligible to sit for the national certification exams in Medical Laboratory Science.

Students who are not selected for a senior year clinical practicum are eligible to transition into the Medical Laboratory Science-General concentration. In addition, students may elect the General concentration instead of the Clinical concentration to fulfill the Medical Laboratory Science program requirements. After successful completion of the General concentration coursework and all University requirements, the student will be granted a bachelor's degree from Bradley.

Students may also opt for a 4+1 program by completing a four-year degree at the University to allow them to apply to any accredited medical laboratory science clinical practicum in the nation. Majors in Chemistry, Biochemistry, Biology, Medical Laboratory Science-General concentration or the Liberal Arts and Sciences Individualized Major program are the most suitable for this program. Upon receipt of the baccalaureate degree and successful completion of the hospital clinical practicum, graduates are eligible to sit for the national certification exams in Medical Laboratory Science.

Students desiring a major in medical laboratory science will be required to complete a minimum of 47 hours of science and math courses distributed as follows: 19 hours of biology, 25 hours of chemistry, and 3 hours of elementary statistics. Descriptions of biology, chemistry, and math courses required for the degree in medical laboratory science are listed under regular departmental offerings. These requirements are met by taking the following courses:

- BIO 151 Molecules to Cells - 3 hrs.
- BIO 152 Molecules to Cells Laboratory - 1 hr.
- BIO 230 Human Anatomy and Physiology I - 3 hrs.
- BIO 232 Human Anatomy and Physiology II - 3 hrs.
- BIO 231 Human Anatomy and Physiology I Lab - 1 hr.
- BIO 233 Human Anatomy and Physiology II Lab - 1 hr.
- BIO 406 General Microbiology - 4 hrs.
- BIO 468 Immunology of Host Defense – 3–4 hrs.
  **19-20 hours**

- CHM 122 Introduction to Medical Laboratory Science - 1 hr.
- CHM 110, 111 General Chemistry I  - 4 hrs.
- CHM 116, 117 General Chemistry II  - 5 hrs.
- CHM 252 and 253 Organic Chemistry - 5 hrs.
- CHM 256 and 257 Organic Chemistry II - 4 hrs.
- CHM 360 and 361 Biochemistry - 4 hrs.
- CHM 422 Clinical Chemistry - 2 hrs.
  **25 hours**

- MTH 111 Elem. Statistics - 3 hrs.

**Required math and science hours (minimum) in the Medical Laboratory Science major- 47 hrs**.

In addition, majors must complete either the Clinical (32 hrs) or General (21 to 22 hrs) concentrations

**Total required math and science hours (minimum) in the Medical Laboratory Science program – 68 to 79 hrs.**

Note: Those students who have not attained an overall grade point average and a science gpa of at least 3.0 after completion of 60 semester hours will complete the General concentration to fulfill the major requirement.

The following schedule of courses is suggested for the freshman year.

**First Semester**

- CHM 110 General Chemistry - 3 hrs.
- CHM 111 General Chemistry Lab - 1 hr.
- MTH 111 Elementary Statistics - 3 hrs.
- ENG 101 English Composition **or** COM 103 The Oral Communication Process. - 3 hrs.
- Core Curriculum Electives - 6 hrs.

            **16 hrs.**

**Second Semester**

- BIO 151 Molecules to Cells - 3 hrs.
- BIO 152 Molecules to Cells Laboratory - 1 hr.
- CHM 116 General Chemistry II - 4 hrs.
- CHM 117 General Chemistry II Lab - 1 hr.
- CHM 122 Introduction to Medical Lab Science - 1 hr.
- COM 103 The Oral Communication Process **or** ENG 101 English Composition. - 3 hrs.
- Core Curriculum Elective - 3 hrs.

            **16 hrs.**

The hours required for a major in Medical Laboratory Science are distributed as follows:

Biology – 19 to 20 hrs.

Chemistry - 25 hrs.

Statistics - 3 hrs.

English - 6 hrs.

Speech Communication - 3 hrs.

Core Curriculum Electives– 21 hrs.

Concentration (Clinical or General)-21 to 32 hrs.

Total (minimum) – 124 hrs.

**Clinical Concentration**

Students in the Clinical concentration of the Medical Laboratory Science program must successfully complete the 32 hours off-campus Clinical Practicum (OCP388) at one of the affiliated hospital programs. The clinical year will include the following courses taken at an affiliated hospital program. The student registers at Bradley for OCP 388. A one-time fee of $100 is charged for OCP 388.

**Clinical Chemistry I 4-6 hrs.**

Theory and practice of analytical biochemistry as applied to pathologic states, methodology, and instrumentation. Statistics as applied to reagent preparation, result determination, and quality control.

**Clinical Chemistry II 2-4 hrs.**

Theory and practice of analytical biochemistry as applied to specialized tests for drugs, endocrine function, and urine and body fluid analysis.

**Clinical Hematology 5 hrs.**

Study of the origin, development, morphology, physiology, and pathophysiology of the formed elements of the blood and bone marrow. Manual and automated methods of cell counting, differentiation, and other special hematological procedures on blood and body fluids used in disease diagnosis are included.

**Clinical Hemostasis 1 hr.**

Study of the platelet, vascular, coagulation, and fibrinolytic systems. Testing procedures and the application of the principles of hemostasis as related to disease states and therapeutic monitoring are also included.

## Clinical Immunohematology 4 hrs.

Study of red cell antigen-antibody systems, antibody screening and identification, compatibility testing, and immunopathologic conditions. Also included are donor requirements and blood component preparation and therapy.

## Clinical Immunology 3 hrs.

Study of the principles of the protective and adversive aspects of the cellular and humoral immune responses. Theory and performance of test procedures based on antigen-antibody reactions and clinical significance of test results are included.

## Clinical Microbiology I 4-6 hrs.

Theory and practice of the isolation and identification of pathogenic bacteria and mycobacteria in clinical specimens through cultures, morphology, biochemical, and/or serological reactions and their drug susceptibility. The relation of clinical testing to disease states is also included.

## Clinical Microbiology II 2-4 hrs.

Theory and practice of the isolation and identification of fungi, parasites, rickettsia, and viruses utilizing morphological, cultural, biochemical, and serologic methods. The relation of clinical testing to disease states and epidemiology as it applied to microbiology is also included.

## Special Topics in Clinical Laboratory Science 1 hr.

An overview of medical ethics, patient approach, the theory and practice of phlebotomy techniques, laboratory safety, applications of laboratory computer systems, and independent clinical research and development.

## Clinical Management and Education 1 hr.

A basic introduction to the principles and theory of management and education as related to the clinical laboratory. The special job responsibilities of the medical laboratory scientist in management and education are addressed.

## General Concentration

Students in the General concentration must complete 21 to 22 additional science hours as delineated below;

- CHM 292 Chemical Informatics -1 hr.
- CHM 326 Analytical Chemistry-4 hrs.
- CHM 380 Seminar I in Chem and Biochem- 0 hr.
- CHM 386 Seminar II in Chem and Biochem- 0.5 hrs.

- CHM 480 Seminar III in Chem and Biochem-0.5 hrs.
- CHM 420 Instrumental Analysis-4 hrs.
- CHM 416 Environmental Chemistry or BIO 420 Ecosystem Ecology 3 or 4 hrs.
- BIO 251 and BIO 252 Ecology, Evolution and Biodiversity- 4 hrs.
- PHY 107 Physics I- 4 hrs.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# NEUROSCIENCE MINOR

Program Co-Directors: Cady, Koeltzow

The purpose of the neuroscience minor is to encourage and recognize in-depth study of neuroscience for students majoring in other subject areas. Coursework incorporates the interdisciplinary nature of the field and will provide students with a foundation in cellular and molecular neurobiology and in behavioral neuroscience. Completion of the minor requires at least 28 credit hours, 12 of which cannot also be used for completion of a student's major. Students seeking to minor in neuroscience should complete PSY 201 during the freshman year as this course is a requirement of the application process, which will occur during the fall of each applicant's sophomore year. For application and additional information see Neuroscience (http://bradley.edu/neuroscience/). Admission decisions will occur prior to registration for spring courses.

## Required Neuroscience Core (15 Hours)

- PSY 201 Brain and Behavior - 3 hrs. *Note: Must be successfully completed to apply for the minor.*
- PSY 206 Experimental Psychology 4 hrs.
- PSY 364 Behavioral Neuroscience - 3 hrs.
- NEU 470 Neuroscience Seminar - 1 hr.
- BIO 484 Neurobiology - 3-4 hrs.

*Students must also complete at least one laboratory course by registering for 4 hours in BIO 384 (with consent of instructor) or by enrolling in PSY 365 (Behavioral Neuroscience Laboratory) concurrently with PSY 364.*

## Required Foundations In Science (7 Hours)

Students must complete one of the following introductory biology classes:

- BIO 111/113 Introduction to Cell Biology with lab - 4 hrs. *or*
- BIO 151/152 Molecules to Cells with lab - 4 hrs.

Students must complete a 3-credit-hour statistics sequence:

- BIO 260 Biological Statistics I - 1 hr. *and*

- BIO 261 Biological Statistics II - 2 hrs.

*or*

- PSY 205 Quantitative Methods - 3 hrs.

# Electives Courses (6-8 Hours; At Least One Course Must Be In Biology)

- BIO 310 Genetics - 3 hrs.

- BIO 381 Comparative Animal Physiology 3-4 hrs.

- BIO 419 Ethology - 4 hrs.

- NEU 490 Independent Research in Neuroscience - 1–3 hrs.

- PSY 360 Psychology of Learning - 3 hrs.

- PSY 366 Sensation and Perception - 3 hrs.

- PSY 405 Social Affective Neuroscience - 3 hrs.

- PSY 420 Psychology of Addiction - 3 hrs.

# Course Sequence

*Freshman*

- PSY 201 - 3 hrs.*

*Sophomore*

- BIO 111/113 *or* 151/152 - 4 hrs.

- PSY 205 *or* BIO 260/261 - 3 hrs.

*Junior*

- BIO 384 - 3-4 hrs.

- PSY 206 - 4 hrs.

- PSY 364/365 **–** 3–4 hrs.

*Senior*

- NEU 470 – 1–2 hrs.

- 2 electives – 6–8 hrs.

*Under BCC, all science and math courses (including those used for NS, QR) taken count toward the 15 Bachelor of Science hours.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# NEUROSCIENCE COURSES

**NEU 405 - Social Affective Neuroscience** *(3 hours)*

Delves into current insights, debates, and research on social and emotional behavior and its neural basis. Course goals include providing an introduction to the theoretical, methodological, and intellectual challenges that influence these fields and their growth. Additionally, the course is designed to give a broad overview of current research and theory in the social and affective neurosciences, particularly where these two domains intersect, and explore how knowledge of neural systems, neuroendocrine function, functional neuro-anatomy, and neurochemistry can or cannot provide insights into social and emotional behavior. Cross-listed with PSY 405. Prerequisite: PSY 201, PSY 206; or instructor consent.

**NEU 470 - Seminar in Neuroscience** *(1-3 hours)*

Introduces students to a specialization within the field of neuroscience, with a focus on surveying the primary scientific literature. May focus on the application of specific techniques, current knowledge in specialized areas, or an analysis of neuroscience in contemporary media. Course may be repeated no more than 3 times. Prerequisite: Neuroscience minor or consent of instructor.

**NEU 490 - Independent Research in Neuroscience** *(1-3 hours)*

Directed research for qualified students in specialized areas of neuroscience. May be repeated for a total of 3 credit hours. Prerequisite: BIO 261 or PSY 205; Neuroscience minor or consent of instructor.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# PHILOSOPHY

**PHILOSOPHY FACULTY** Associate Professor Kelley (chair), Niculescu; Assistant Professors Greene.

The philosophy program offers courses designed to serve a variety of academic needs by providing a confrontation with the principal thinkers and the fundamental issues that have shaped humankind's intellectual heritage, by providing a philosophical perspective of several other fields, and by providing – as preparation for graduate study – a solid grounding in the chief figures, methods, division, and problems of philosophy. Regardless of the students' vocational interests, academic major program, or plans for graduate work, the program seeks to stimulate their intellectual involvement in the continuing re-exploration of basic and meaningful questions. The program emphasizes that the student demonstrate, in philosophy courses, the ability to communicate effectively and acceptably in both written and oral English.

## Major

To major in philosophy a student must:

1. complete not less than 24 semester hours in philosophy, including not less than 20 hours in courses numbered 200 or above;
2. have a grade point average exceeding 2.0 in all philosophy courses numbered 200 or above; and
3. select a member of the philosophy faculty as an academic advisor in order to plan the choice and sequence of philosophy courses, and obtain approval of this plan by the philosophy faculty; and
4. complete the all-University course requirements and the College of Liberal Arts and Sciences course requirements.

Philosophy majors may earn either a B.S. or B.A. degree. Philosophy majors intending to pursue a graduate degree in philosophy, however, are urged to fulfill the B.A. requirements.

The philosophy program provides individualized curricula for students majoring in philosophy. Besides preparation for teaching on the college level, a major in philosophy serves as an excellent pre-law curriculum. In addition, students majoring in economics, the political and social sciences, arts and humanities, history, communications, psychology, and business will find a second major in philosophy eminently beneficial in their own fields of academic emphasis.

## Minor

To minor in philosophy a student must:

1. complete not less than 15 semester hours in philosophy;
2. have a minimum grade point average of 2.0 in all philosophy courses;
3. select a member of the philosophy faculty as an academic advisor in order to plan a coherent structured course of study developed according to the needs and interests of the student.

# Ethics Minor

The Department of Philosophy and Religious Studies also offers a minor in ethics. For more information, see Ethics Minor (/academic/undergradcat/20152016/las-ethics.dot).

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# PHILOSOPHY COURSES

**PHL 103 - An Inquiry Into Values** *(3 hours)*

**Gen. Ed. HP**

**Core Curr. HU**

Major value issues addressed by the world's most influential philosophers.

**PHL 130 - The Three Teachings: An Introduction to the Chinese Traditions** *(3 hours)*

**Core Curr. GP WC,HU**

Introduction to the three great intellectual and spiritual traditions of China: Confucianism, Daoism, and Buddhism. Examination of values, ethical reflection, modes of moral and spiritual cultivation, and metaphysical reasoning presented in the foundational sources of these traditions. Prerequisite:

**PHL 201 - Philosophy Proseminar I** *(3 hours)*

An overview of the history of philosophy from Thales to William of Ockham. An introduction to doing philosophical research and writing. Prerequisite: Philosophy major or minor; or permission of the instructor.

**PHL 202 - Philosophy Proseminar II** *(3 hours)*

**Core Curr. WI**

An overview of the history of philosophy from Francis Bacon to recent thought. A workshop for cultivating philosophical writing and research skills. Prerequisite: Philosophy majors or minors or consent of instructor.

**PHL 203 - Logic** *(3 hours)*

Develop skills in analysis and evaluation of reasoning in everyday situations; improves insights into argument construction and exact methods of proof.

**PHL 300 - Ancient and Medieval Philosophy** *(3 hours)*

Development of ideas having a significant influence on Western thought during ancient and medieval times.

**PHL 304 - Renaissance and Modern Philosophy** *(3 hours)*

Development of ideas having a significant influence on Western thought during the Renaissance and modern periods, terminating with the philosophy of Hegel.

**PHL 306 - Recent Philosophy** *(3 hours)*

Development of ideas having a significant influence on Western thought during the 19th and 20th centuries.

**PHL 307 - Classical Political Philosophy** *(3 hours)*

**Gen. Ed. HP**

Systematic political thought in Western philosophy during ancient and medieval times. Cross listed as PLS 307. Prerequisite: junior standing.

**PHL 308 - Modern Political Philosophy** *(3 hours)*

**Gen. Ed. HP**

From the beginning of the modern period through the 19th century. Cross listed as PLS 308. Prerequisite: junior standing.

**PHL 311 - Existentialism** *(3 hours)*

Philosophical meaning of existentialism and its relation to literature, theology, psychology, and psychiatry. Prerequisite: 3 hours of philosophy or religious studies, or consent of instructor.

**PHL 320 - Symbolic Logic** *(3 hours)*

Logical systems: propositional and predicate calculi. Truth tables, proofs, tautologies, principles of inference, Boolean algebra, DeMorgan's Laws, quantifiers, representations, and set theory. Cross-listed as CS 320. Prerequisite: MTH 120.

**PHL 344 - Philosophy of Religion** *(3 hours)*

Nature of religion; function and validity of religious concepts in the modern world. Cross listed as RLS 344. Prerequisite: 3 hours of religious studies or philosophy.

**PHL 347 - Ethics** *(3 hours)*

**Gen. Ed. HP**

**Core Curr. HU**

Major ethical theories as they provide insights into our existence as moral beings; how we exhibit this in moral decision and behavior.

**PHL 350 - Art in Human Experience** *(3 hours)*

**Gen. Ed. FA**

**Core Curr. FA**

Detailed examination and explanation of various forms of visual, musical, literary, and dramatic arts; function of artistic creation in offering direct experience and appreciation of the essence of human feeling. Background in the arts recommended.

**PHL 360 - Topics in Philosophy** *(3-6 hours)*

\x1aA specific philosophical theme or broader topic of multidisciplinary interest will be addressed. May be repeated to a maximum of 6 semester hours. Prerequisite: 3 hours of philosophy or consent of the instructor

**PHL 403 - Seminar in Philosophy** *(3 hours)*

Advanced study of a particular thinker, system, work, or movement in philosophy. Repeatable to 9 semester hours. Prerequisite: 6 hrs. in philosophy or consent of instructor.

**PHL 551 - Reading in Philosophy** *(1-3 hours)*

Directed individual study. Prerequisite: 6 hours in philosophy; senior or graduate standing; consent of department chair.

**PHL 552 - Reading in Philosophy** *(1-3 hours)*

Directed individual study. Prerequisite: 6 hours in philosophy; senior or graduate standing; consent of department chair.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# PHYSICS

**FACULTY** Associate Professor Lozano (chair); Professor Wang; Associate Professor Kimberlin; Visiting Assistant Professors Karanth, Teske; Part Time Temporary Instructor Schafer; Electronics Technician Kahila.

The Department of Physics has designed its programs and courses in physics and astronomy with two principal objectives in mind. First, for citizens to lead productive lives individuals need to be scientifically and technologically literate. Therefore, the department offers physics courses that are accessible to all of the university's students. Several of our courses have been especially tailored for the nonscientist. Second, a technological society has need for teachers, scientists, and engineers who have a broad and deep understanding of the basic physical laws. The department has programs and courses designed for students majoring in scientific and technical areas that will prepare them for professional careers or advanced study in these areas.

The Department of Physics offers introductory courses that cover the entire range of preparation in science and mathematics found at the university. Some require little or no science or mathematics preparation. Examples of such courses are PHY 100, PHY 123, and AST 300. Most of the other courses offered by the department require some prior exposure to science and mathematics. Therefore, students wishing to study physics will find entry-level courses appropriate to their abilities and preparation.

The Department of Physics offers two majors and a minor in the College of Liberal Arts and Sciences. The specific program a student follows depends to a great extent on the particular interests of the student. Each student must work with a faculty advisor to plan an interesting course of study that satisfies the student's needs and all department, college, and university requirements.

## Requirements For All Physics Majors

The physics major consists of at least 30 hours. All students majoring in the various programs in physics are required to complete the following courses in physics: PHY 110, 167, 199, 201, 202, 306, 330, 350, 360, 367, 399, 480. In addition to these courses, the student must complete certain physics electives at the 300 to 500 level. All physics majors are expected to present the results of their research experience while enrolled in PHY 399 at a departmental colloquium.

Mathematics courses required by all physics majors are MTH 121, 122, 207, 223, 224, and 501 or an upper-division mathematics course approved by the Physics Department. A chemistry course, CHM 110, and its laboratory component, CHM 111, are also required.

# Liberal Arts And Sciences Physics Major

The students who seek this major can generally be grouped into three categories:

- Professional Physicists. These students intend to continue their formal education in physics by pursuing a graduate degree in physics.
- Professional School Preparatory: these students are using the physics major as preparation for entering professional school programs such as medicine, engineering, or law.
- Second Major: these students use the physics major to develop their problem-solving skills and for increasing their understanding of the physical universe while choosing their primary major in areas such as computer science, chemistry, or mathematics.

These students will complete the core courses as indicated above. In addition, all of these students must complete two additional courses in physics selected from the following: PHY 320, 350, 360, 361, 482, and 568. Students seeking to become professional physicists are strongly encouraged to complete all of these courses. In addition, CHM 112 and, in special cases, CHM 250 are recommended. Three additional mathematics courses chosen from MTH 307, 325, 326, 403, 420, 421, 502, 510, and 514 are strongly recommended.

## Suggested Program for the LAS Physics Major

The schedule of courses shown below lists only the physics courses required by all LAS physics majors. Elective courses would then be chosen to fulfill the requirements for the particular variation chosen by the student. Some course requirements may be met through Advanced Placement tests, proficiency examinations, or transfer credit.

Freshman Year

*First Semester*

- Core Curr. (GP) - 3 hrs.
- PHY 199 Physics Seminar - 1 hr.
- Core Curr. (NS) CHM 110 General Chemistry I - 3 hrs.
- Core Curr. (NS)CHM 111 General Chemistry I Laboratory - 1 hr.
- Core Curr. (CM W1) ENG 101 Composition - 3 hrs.
- Core Curr. (QR) MTH 121 Calculus I - 4 hrs.

*Second Semester*

- Core Curr. (NS) PHY 110 University Physics I - 4 hrs.
- Core Curr. FA  - 3 hrs.
- Core Curr. Elective course from GP, HU, NS, QR, or SB - 3 hrs.
- Core Curr. (CM OC) COM 103 Oral Communication Process - 3 hrs.
- MTH 122 Calculus II - 4 hrs.

**17 hours**

Sophomore Year

*First Semester*

- Physics 201 University Physics II - 4 hrs.
- Elective - 3 hrs.
- Core Curr. (SB)- 3 hrs.
- MTH 223 Calculus III - 4 hrs.
- Core Curr. (HU)- 3 hrs.

**17 hours**

*Second Semester*

- PHY 202 Applied Quantum Physics or elective - 3 hrs.
- Core Curr. Elective course from GP, HU, NS, QR, or SB - 3 hrs.
- Elective - 3 hrs.
- MTH 224 Elementary Differential Equations - 4 hrs.
- MTH 207 Linear Algebra - 3 hrs.

**16 hours**

Junior Year

*First Semester*

- MTH 501 or an approved math course - 3 hrs.
- PHY 305 Electricity and Magnetism - 3 hrs.
- PHY 330 Classical Mechanics - 3 hrs.
- ENG 30X Junior Composition - 3 hrs.
- Core Curr. (MI) - 3 hrs.

**15 hours**

*Second Semester*

- PHY 380 Quantum Physics or Elective - 3 hrs.
- PHY 306 Electromagnetic Waves - 3 hrs.
- PHY 350 Applied Quantum Physics Lab - 1 hr.
- PHY Elective - 3 hrs.
- Electives - 6 hrs.
- PHY 399 Special Problems in Physics - 1 hr.

   **17 hours**

Senior Year

*First Semester*

- PHY 480 Quantum Mechanics I - 3 hrs.
- PHY 399 Special Problems in Physics - 1 hr.
- PHY 367 Statistical and Thermal Physics - 3 hrs.
- PHY Elective - 3 hrs.
- Electives - 6 hrs.

   **16 hours**

*Second Semester*

- PHY Elective - 6 hrs.
- PHY 399 Special Problems in Physics - 1 hr.
- Electives - 9 hrs.

   **16 hours**

**Total Hours: 129**

# Physics Education (9-12) Major

This course of study is designed to provide graduates with the education and training to teach physics at the secondary school level (grades 9-12). Students who select this major must also complete all the education requirements as mandated by the Illinois State Board of Education, which includes 44 hours of course work in the Teacher Education - High School Education program (http://www.bradley.edu/academic/undergradcat/20152016/ehs-ete.dot).

In addition to the courses required of all physics majors the students selecting this variation in the physics major must complete two courses from the following: PHY 320, 361, and 568.

## Suggested Program for Physics Education (9-12) Major

A student preparing to teach physics at the high-school level should follow the sequence shown below. Students who plan to teach in states other than Illinois should be aware that some of the education courses in this sequence might not apply toward licensure in those states.

## FreshmanYear

*First Semester*

- Core Curr. (NS*) CHM 110 Gen. Chem. I or CHM 300 - 3 hrs.
- Core Curr. (CM W1) ENG 101 English Composition - 3 hrs.
- Core Curr. (QR) MTH 111 Elementary Statistics- 3 hrs.
- MTH 121 Calculus I - 4 hrs.
- Core Curr. (NS) PHY 110 University Physics I - 4 hrs.
- PHY 199 Physics Seminar - 1 hr.

*\* CHM 110 must be taken with CHM 111 to satisfy the Core Curr. NS Area of Inquiry requirement.*

**18 hours**

*Second Semester*

- Core Curr. (MI) ETE 115 The History of Education in the United States - 3 hrs.
- ETE 116 Field Experience: Schools and Schooling in American Society - 1 hr.
- PHY 201 University Physics II - 4 hrs.
- MTH 122 Calculus II - 4 hrs.
- Core Curr. (CM OC) COM 103 Oral Communication Process - 3 hrs.
- Core Curr. (HU) - 3 hrs.

**18 hours**

Sophomore Year

*First Semester*

- CS 101 Intro. to Programming - 3 hrs.
- ETE 210 Human Development from Birth to Young Adulthood - 3 hrs.
- ETE 211 Human Development from Birth to Young Adulthood and Effective Teaching Field Experience - 1 hrs.
- ETE 280 Exploring Diversity - 3 hrs.
- MTH 223 Calculus III - 4 hrs.
- PHY 202 Applied Quantum Physics - 3 hrs.
- PHY 350 Applied Quantum Physics Laboratory - 1 hr.

**18 hours**

- BIO 101 Life Sci. I **or** BIO 300 - 3 hrs.
- ETE 216 Effective Planning and Instruction for Teaching - 3 hrs.
- MTH 224 Elem. Differential Equations - 4 hrs.
- PHY 320 Optics - 4 hrs.
- Core Curr. (GP) - 3 hrs.

**17 hours**

Junior Year

*First Semester*

- Core Curr. (CM W2) English: 300-level Junior Composition - 3 hrs.
- ETE 365 Teaching Reading in the Content Field - 3 hrs.
- ETE 371 Assessment and Technology for Middle School and High School Teachers - 3 hrs.
- PHY 360 Electricity and Magnetism - 3 hrs.
- Core Curr. (SB) - 3 hrs.
- Core Curr. (FA) - 3 hrs.

**18 hours**

*Second Semester*

- ETE 100 Technology Applications - 1 hr.
- ETE 270 Physical Development and Health – 1 hr.
- ETE 310 Teacher Performance Assessment - 1 hr.
- ETE 374 Methods of Teaching High School Science - 3 hrs.
- ETE 308 Novice Teaching Experience in the High School - 3 hrs
- PHY 330 Classical Mechanics - 3 hrs.
- PHY 306 Electromagnetic Waves - 3 hrs.

**15 hours**

Senior Year

*First Semester*

- ETE 345 Guiding Learners: Creating Safe Inclusive Learning Environments  - 3 hrs.
- MTH 501 or an approved mathematics course - 3 hrs.
- PHY 367 Statistical and Thermal Physics - 3 hrs.
- PHY 480 Quantum Mechanics I - 3 hrs.
- Core Curr. Elective course from GP. HU, NS, QR, or SB - 3 hrs.
- Core Curr. Elective course from GP, HU, NS, QR, or SB - 3 hrs.

**18 hours**

*Second Semester*

- PHY 361 Electronics - 3 hrs.
- PHY 399 Special Problems in Physics - 2 hrs.
- ETE 499 Student Teaching in the High School - 12 hrs.

**17 hours**

**Total Hours 139**

*To meet the requirements of the Teacher Education, MTH 111 must be completed.*

For more information, see Teacher Education - High School Education program (http://www.bradley.edu/academic/undergradcat/20152016/ehs-ete.dot) in the College of Education and Health Sciences section of this catalog.

# Physics Minor

The physics minor consists of PHY 110; 201; and 202 and three additional elective courses at the 300 level chosen to fit the student's special interests. Students may select from the following: PHY 320, 330, 350 (two semester hours), 360, 361, 367, 380, or 480.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# PHYSICS COURSES

**PHY 100 - Fundamental Physics Concepts** *(4 hours)*

**Gen. Ed. FS**

**Core Curr. NS**

Algebra-based course for students with minimal physics background. Topics introduced include Newton's laws of motion, electromagnetism, thermodynamics, optics, and atomic theory. Emphasis is on basic physical principles. Includes laboratory.

**PHY 107 - General Physics I** *(4 hours)*

**Gen. Ed. FS**

**Core Curr. NS**

Algebra- and trigonometry-based introductory physics course which covers Newtonian mechanics and conservation laws; fluid statics and dynamics; vibrations, waves, and sound; laws of thermodynamics. Includes laboratory. Prerequisite: High school physics or PHY 100.

**PHY 108 - General Physics II** *(4 hours)*

**Gen. Ed. FS**

**Core Curr. NS**

Continuation of PHY 107. Electric and magnetic fields; electromagnetic induction; electromagnetic waves; geometrical and physical optics; the special theory of relativity; quantum theory, atomic physics, and nuclear and particle physics. Includes laboratory. Prerequisite: PHY 107; MTH 115.

**PHY 110 - University Physics I** *(4 hours)*

**Gen. Ed. FS**

**Core Curr. NS**

A calculus-based introductory physics course for scientists and engineers that covers Newton's laws of motion; conservation laws for momentum, energy, and rotational motion; oscillatory motion. Includes laboratory. Prerequisite: High school physics or PHY 100; MTH 119 or MTH 121.

**PHY 123 - Physical Science, the Basis for A Technical Society** *(3 hours)*

**Gen. Ed. FS**

**Core Curr. NS**

A course for non-science students with minimal preparation in mathematics and science. Emphasizes basic concepts from the physical sciences and their significance for a scientifically literate society. Topics in physics, chemistry, computing, energy, and astronomy will be covered from an applications perspective. Students with prior college physics courses may not register for this course.

**PHY 130 - University Physics I for Scientists** *(4 hours)*
**Core Curr. NS**

A calculus-based introductory physics course for scientists and honors students that covers Newton's laws of motion; conservation laws for momentum, energy, and angular momentum, oscillatory motion, fluids, and thermodynamics. Includes laboratory. Prerequisite: High school physics or PHY 100; MATH 119 or MTH 121

**PHY 140 - Physics of the Small World: Nanophysics and Applications** *(3 hours)*
**Gen. Ed. FS**

The objective of this course is to educate students with all academic backgrounds in the field of nanoscience and technology, starting with discussing the basic principles and definitions associated with the nano world, the basic ideas of quantum mechanics, and the wide variety of applications of nanotechnology. Offered at the 100 level as an introduction to nanophysics and nanotechnology with the goal of introducing the general public to these topics and their applications.

**PHY 167 - Introduction to Fluids and Thermodynamics** *(2 hours)*

A calculus-based introductory physics course for scientists and engineers that covers elasticity, fluid mechanics, and thermal physics. Calculus used throughout. This course meets twice/week and includes a small lab component consisting of 4-5 lab sessions. Prerequisite: High school physics or PHY 100; MTH 119 or MTH 121 Corequisite: PHY 110

**PHY 199 - Physics Seminar for New Physics Majors** *(1 hour)*

Orientation for students interested in a physics career.

**PHY 201 - University Physics II** *(4 hours)*
**Gen. Ed. FS**
**Core Curr. NS**

Continuation of PHY 110 covering electric fields and DC circuits; magnetic fields; electromagnetic induction and AC circuits; Maxwell's equations; electromagnetic waves; and geometrical and physical optics. Includes laboratory. Prerequisite: PHY 110. Corequisite: MTH 223.

## PHY 202 - Applied Quantum Physics *(3 hours)*
### Gen. Ed. FS

An introduction to relativity and relativistic mechanics; quantum theory with applications to atomic and molecular physics; condensed matter physics; nuclear and particle physics. Prerequisite: PHY 201. Corequisite: MTH 223.

## PHY 320 - Optics *(4 hours)*

Geometrical optics: matrix methods, mirrors, lenses, fibers, thick optics, optical instruments; physical optics including interference, diffraction, polarization, lasers, and holography. Includes lab component. Prerequisite: PHY 202 or 303

## PHY 330 - Classical Mechanics *(3 hours)*

Particle kinematics; Newtonian mechanics; classical gravitation; Lagrangian and Hamiltonian dynamics; linear oscillations; nonlinear oscillations; central force and planetary motion; collisions between particles; motion in noninertial systems. Prerequisite: PHY 201; MTH 224.

## PHY 355 - Independent Readings *(1-3 hours)*

Individually assigned reading assignments of relevant topics in physics or astronomy. Prerequisite: Junior standing; background appropriate to the study; consent of instructor.

## PHY 360 - Electricity and Magnetism *(3 hours)*

Vector calculus, electric field, Gauss' law, scalar potential, magnetic fields, Ampere's and Faraday's Laws, electromagnetic energy, dipole fields, currents, boundary conditions, and Maxwell's equations. Prerequisite: PHY 201; MTH 224.

## PHY 367 - Statistical and Thermal Physics *(3 hours)*

A theoretical treatment of classical thermodynamics with applications of the first and second laws, and an introduction to statistical mechanics, including quantum statistics, canonical and grand canonical ensembles, general properties of the partition function, applications of statistical mechanics to fluid and solid systems, and the Ising model. Prerequisite: PHY 330; PHY 202 or 380.

## PHY 380 - Quantum Physics *(3 hours)*

Foundations of quantum theory: deBroglie's postulate, Bohr model of the atom, and the Schrodinger equation; applications of quantum theory to atoms, solids, nuclei, and particles; relativity. Prerequisite: PHY 201. Corequisite: The appropriate section of PHY 350.

## PHY 381 - Quantum Physics Laboratory *(2 hours)*

Laboratory: experiments designed to investigate quantum physics phenomena. CoRequisite: PHY 202 or PHY 380

## PHY 399 - Special Problems in Physics *(1-3 hours)*

Qualified students work on an individually assigned problem and prepare oral and written reports on the problem solution. Approved for off-campus programs when required. May be repeated for a maximum of 6 hrs. credit. Prerequisite: Physics preparation sufficient for the problem; consent of instructor and Department Chair.

## PHY 440 - Advanced Nanophysics *(3 hours)*

Covers the fundamental principles of quantum scales and the consequences of scale reduction and limitations; quantum mechanical effects of nanostructures and their impacts on the macro world; nanoscale phenomena and applications based on magnetism, spin, and superconductivity; fabrication of nanostructures; introduction to characterization techniques; silicon-based nanoelectronics; latest and future nanoscience and nanotechnological advances and challenges. Prerequisite: PHY 202 or PHY 380, MTH 223

## PHY 441 - Advanced Nanophysics Laboratory *(2 hours)*

Experiments associated with synthesis and characterization of nano-scaled structures: fabrication methods; diffraction techniques; electron spectroscopies; electron microscopy; atomic force microscopy. Prerequisite: PHY 202 or PHY 380.

## PHY 460 - Advanced Electricity and Magnetism *(3 hours)*

Solution to Laplace's equation, method of images, boundary value problems, plane electromagnetic waves in vacuum, magnetic materials, and conductors; reflection and refraction, guided waves, and radiation of electromagnetic waves. Prerequisite: PHY 360 Corequisite: MTH 414 or a 500-level MTH course

## PHY 480 - Quantum Mechanics I *(3 hours)*

Inadequacies of classical physics when applied to problems in atomic and nuclear physics. Development of mathematical formalism used in basic quantum theory, with applications to

simple models of physical systems. Prerequisite: PHY 330; PHY 202 or 380, 306 or consent of instructor. MTH 207 recommended.

**PHY 482 - Quantum Mechanics II** *(3 hours)*

The mathematical formalism of quantum mechanics with applications to problems of electron spin and many-particle systems will be studied along with the development of approximation techniques with applications to complex physical systems. Prerequisite: PHY 480.

**PHY 539 - Topics in Theoretical Physics** *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. Prerequisite: PHY 330, 305, 480; consent of instructor.

**PHY 568 - Condensed Matter Physics** *(3 hours)*

Introduction to the physics of the solid state and other condensed matter especially for students of physics, materials science, and engineering; structure of crystals; molecular binding in solids, thermal properties, introduction to energy band structure and its relation to charge transport in solids, semiconductors, superconductivity. Prerequisite: Physics majors: PHY 330, 202 or 380; PHY 305. Other majors need instructor consent.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# POLITICAL SCIENCE

**FACULTY** Professor Curtis, Jones; Associate Professors Dannehl, Gobeyn (chair); Assistant Professors Reed, Remmel.

The undergraduate major is designed to maximize students' capacity to analyze and interpret the significance and dynamics of political events and governmental processes be they at the global level or at the local community level. Students build an excellent foundation for numerous careers by mastering the accumulated basic general knowledge of political science and developing the related analytical skills. Political science majors most frequently pursue careers in law, business, governmental service, private political organizations, journalism, and academic political science. Many students with yet other career aspirations major in political science so they can understand not only how government affects them, but also how they can affect government.

## Major in Political Science

A major in political science consists of a minimum of ten political science courses and satisfaction of the requirements for either the B.A. or B.S. degree.

## Political Science Course Requirements

The political science requirements are: (1) A core of four courses to provide a grounding in the traditional sub-fields of the discipline: PLS 105, American politics; PLS 205, comparative politics; PLS 207, political theory; and PLS 208, international relations; (2) PLS 209, scope and methods of political science; (3) four upper-level (300-400) courses from the following list of courses, with a minimum of one course in three separate sub-fields; and (4) a senior seminar (PLS 491, 492, 493, or 494) designed to be a culminating experience. Upper-division sub-field course work is distributed as follows:

- **American politics**: PLS 301, 310, 311, 314, 315, 360, 419, 420, 421, 422, 440, 459, 460, 494
- **Comparative politics**: PLS 304, 305, 306, 491
- **International relations**: PLS 302, 317, 318, 319, 492; IS 312, IS 410
- **Political theory**: PLS 300, 307, 308, 407, 493

The Political Science Department maintains a policy of close supervision of its majors and urges them to consult regularly with their faculty advisor. In planning their academic program, students intending to major in political science are encouraged to complete the core courses (PLS 105, 205, 207, 208) as early as practicable. Students should complete PLS 209 prior to enrolling in a senior seminar.

## Bachelor of Arts Degree Requirements

Two years or its equivalent of college-level foreign language. (This means that a student must complete 201 or higher, or a 300-level language course. Whenever that has been completed, the requirement has been met.)

## Bachelor of Science Degree Requirements

Students must complete the university requirements for the Bachelor of Science degree. When selecting courses to satisfy the B.S. requirements, students are strongly encouraged to select from mathematics, computer science, statistics, or quantitative methods.

# Minor In Political Science

The minor is to provide students with a flexible, coherent, and guided study of political science as it relates to their specific academic major or personal interests. The minor requires a minimum of 15 hours in political science of which 9 hours must be taken in junior-senior level courses. A maximum of 3 hours of junior-senior level courses may be used to satisfy the requirements of another major or minor.

All minors must take PLS 105. Minors must also take one of the following courses: PLS 205; PLS 207; or PLS 208. In addition, a senior seminar (PLS 491, 492, 493 or 494) is required. Minors must also take 6 hours of junior-senior level courses representing a coherent program of study and meeting the approval of a Political Science Department faculty advisor. It is the role of the student's departmental advisor to help work out a specific program coinciding with the student's interests and needs. The department's policy is that coursework used to complete the minor must be drawn from its regularly scheduled, subfield-specific course offerings; use of internship, reading, or research courses (PLS 380, 480, 483, 484, 485) to complete the minor requires prior approval by both the Political Science Department faculty advisor and department chairperson.

Some suggested programs of study:

- Pre-Law: PLS 105, 300, 360, 419, 459, 460, 494.
- Public Administration: PLS 105, 419, 420, 422, 494.
- Communications and Politics: PLS 105, 301, 310, 314, 315, 419, 494.
- Applied Politics: PLS 105, 301, 310, 311, 314, 315, 494.
- Behavioral Politics: PLS 105, 301, 310, 311, 360, 422, 494.
- International and Comparative Politics: PLS 105, 205 or 208, 302, 304, 305, 306, 317, 318, 319, 491 or 492; IS 312 or 410.
- Urban Politics: PLS 105, 419, 420, 422, 494.
- Political Philosophy: PLS 105, 207, 300, 307, 308, 407, 493.

# Off-Campus Programs

Political science majors are urged to consider the many off-campus programs available. Bradley annually sends students to the various Washington Semester programs (through American University in Washington, D.C.). The University also participates in many programs of study abroad. Students are also urged to consider participating in either the department's internship program or in the University's Cooperative Education/Internship Program (see the Cooperative Education/Internship section of this catalog). Bradley students are eligible to do internships through the Washington Center for Internships. The Center seeks to utilize the resources of the nation's capital to provide participatory learning experiences in order to enhance students' academic, civic, and professional development. All of these programs provide students with practical experience while they are pursuing academic goals.

# Pre-Law

A statement on pre-law curricula is given at the beginning of the College of Liberal Arts and Sciences section  (las-las.dot)of this catalog. The college also offers pre-law courses (las-prelawcourses.dot).

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the*

*Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# POLITICAL SCIENCE COURSES

**PLS 105 - Introduction to American Government** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

The American political system: constitutional principles, political processes, and governmental policy making.

**PLS 202 - State and Local Government** *(3 hours)*

Political processes through which rapidly growing problems of the state and local governments are identified, fought over, and resolved.

**PLS 205 - Introduction to Comparative Politics** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

Comparative analysis of selected political systems.

**PLS 207 - Introduction to Political Thought** *(3 hours)*

**Gen. Ed. HP**

**Core Curr. HU**

Recurrent concepts or issues in political thought and ways they have been treated by classic and contemporary writers. Obligation and the social contract, liberty, justice and equality, property, representation.

**PLS 208 - Fundamentals of International Relations** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. GP GS**

Fundamental issues and problems that have contributed to structuring current patterns of international relations.

**PLS 209 - Scope and Methods of Political Science** *(3 hours)*

Introduction to political inquiry; research methods necessary for in-depth research. Prerequisite: PLS 105.

## PLS 300 - Topics in Political Thought *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for a maximum 6 hours credit. Prerequisite: PLS 207.

## PLS 301 - Topics in American Politics *(3 hours)*

Analysis of research, concepts, institutions, theories, and literature. Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for a maximum of 6 hours credit. Prerequisite: PLS 105.

## PLS 302 - Topics in International Relations *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for a maximum of 6 hours credit. Prerequisite: 3 hours of political science.

## PLS 304 - Governments of West Europe *(3 hours)*

Governmental structures, public policies, policy making processes, ideological foundations, and dynamics of political and economic change in the parliamentary democracies of West Europe; emphasis on Britain, France, Germany, the Netherlands, and Sweden. Prerequisite: PLS 205.

## PLS 305 - Topics in Comparative Government *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for a maximum of 6 hours credit. Prerequisite: PLS 205.

## PLS 306 - Comparative Public Policy *(3 hours)*

A comparative introduction to the social and economic policies of such advanced industrial democracies as Japan, Britain, France, Germany, Sweden, the Netherlands, and the United States. Prerequisite: PLS 205.

## PLS 307 - Classical Political Philosophy *(3 hours)*

**Gen. Ed. HP**

**Core Curr. HU**

Systematic political thought in Western philosophy during ancient and medieval times. Cross listed as PHL 307. Prerequisite: Junior standing.

## PLS 308 - Modern Political Philosophy *(3 hours)*

**Gen. Ed. HP**

**Core Curr. HU**

From the beginning of the modern period through the 19th century. Cross listed as PHL 308. Prerequisite: Junior standing.

## PLS 310 - Political Behavior *(3 hours)*

Formation of opinion, perception of political events, voting behavior, and political participation; significance for democratic government. Prerequisite: PLS 105.

## PLS 311 - Political Parties Electorate and Politics *(3 hours)*

Organization and activities of modern political parties, forces shaping partisan organization and activities, and development of public policy. Emphasis on party politics in contemporary America, with attention to American political history and comparative party systems. Prerequisite: PLS 105.

## PLS 314 - The U.S. Congress *(3 hours)*

Provides an advanced understanding of the American Congress and its members within the framework of social science. Discusses congressional rules and procedures, member behavior and motivation, and the role of parties and leaders. Addresses debates about the modern Congress including lack of competition for seats, polarization, redistricting, the filibuster and pork-barrel politics. Prerequisite: PLS 105

## PLS 315 - The U.S. Presidency *(3 hours)*

Provides a comprehensive, theoretical, and logical framework to analyze the presidency. Examines the institutional presidency, formal powers, and the president's role in a separated system. Explores the development of the president's power over time, and changes in vetoes, signing statements, bureaucratic management, and relationship with Congress and the courts. Prerequisite: PLS 105

## PLS 317 - International Law *(3 hours)*

Nature, sources, and development of international law as it has been invoked in diplomatic practices, international adjudications, and national courts. Prerequisite: PLS 208 or consent of instructor.

## PLS 318 - International Organization *(3 hours)*

The analysis of major international problems of a character requiring the concerted efforts of international organization in their solutions. Prerequisite: PLS 208 or consent of instructor.

## PLS 319 - International Political Economy *(3 hours)*

Overview of theories and issues in international political economy affecting relations among advanced industrialized countries. Development of the international political economy; institutions for its management; emerging issues and future prospects. Prerequisite: PLS 208 or consent of instructor.

## PLS 360 - Judicial Politics *(3 hours)*
### Gen. Ed. SF

Political behavior of American trial courts and variables connecting them to the larger political system. Examples from criminal procedure and civil justice cases. Emphasis on police and prosecutorial discretion; recruitment of judges; juries; and social function of judgments and punishments. Prerequisite: PLS 105 or consent of instructor.

## PLS 380 - Washington Center Seminar *(3 hours)*

Provides credit for students participating in the seminar component of the Washington Center program in Washington, D.C. Prerequisite: consent of instructor.

## PLS 407 - American Political Thought *(3 hours)*

Systematic political thought in American philosophy from colonial times to the present. Prerequisite: PLS 207 or consent of instructor.

## PLS 419 - Introduction to Public Administration *(3 hours)*
### Core Curr. WI

Public administration in a democratic setting: history of American PA, organization theory, public personnel, budgeting, intergovernmental relations, decision making and policy analysis, the regulatory process, and ethics in government. Prerequisite: PLS 105 or 202.

## PLS 420 - Public Personnel Administration *(3 hours)*
### Core Curr. WI

A study of the basic issues and techniques of public personnel administration: focus on the distinctive setting in which public managers function, theories of motivation in the work place, and the tasks commonly faced by human resource managers in the public sector. Prerequisite: junior standing.

## PLS 421 - The Politics of Regulation *(3 hours)*

An examination of the modern administrative state through an in-depth study of the federal regulatory process; administrative law and procedure; the politics involved in the development and reform of the federal regulatory bureaucracy. Prerequisite: PLS 105; junior standing.

## PLS 422 - Urban Politics *(3 hours)*

Study of selected problems in metropolitan areas: political forms, ethnic politics, education, housing, poverty, corrections; theories dealing with these problems. Prerequisite: PLS 105; junior standing.

## PLS 459 - Constitutional Law *(3 hours)*

Position of the Supreme Court in American system of government as both symbol and instrument of power. Case method. Prerequisite: PLS 105; junior standing.

## PLS 460 - Constitutional Law *(3 hours)*

Supreme Court as one of the policy making agencies of the federal government. Relationship between citizen and government in civil, property, and political rights. Prerequisite: PLS 105; junior standing.

## PLS 480 - Internship in Political Science *(1-6 hours)*

Students work with selected political agencies, to study practical political problems from the perspective of the discipline. Course may be repeated for a maximum of six credit hours. Pass/Fail. Prerequisite: consent of the instructor.

## PLS 483 - Reading in Political Science I *(1-3 hours)*

Individual in-depth work on a subject approved and supervised by a PLS faculty member. For highly qualified students. Prerequisite: Junior/senior standing and consent of instructor

## PLS 484 - Reading in Political Science II *(1-3 hours)*

Individual in-depth work on a subject approved and supervised by a PLS faculty member. For highly qualified students. Prerequisite: Junior/senior standing and consent of instructor

## PLS 485 - Research *(1-6 hours)*

Individual research for qualified students. May be repeated for a maximum of 6 hours credit. Prerequisite: 3.2 average in student's major; junior/senior standing; consent of instructor.

**PLS 491 - Seminar in Comparative Politics** *(3 hours)*

Prerequisite: senior standing; major or minor in political science. No political science major may take more than two courses in the 490 sequence.

**PLS 492 - Seminar in International Relations** *(3 hours)*

Prerequisite: senior standing; major or minor in political science. No political science major may take more than two courses in the 490 sequence.

**PLS 493 - Seminar in Political Theory** *(3 hours)*

Prerequisite: senior standing; major or minor in political science. No political science major may take more than two courses in the 490 sequence.

**PLS 494 - Seminar in American Politics** *(3 hours)*

Prerequisite: senior standing; major or minor in political science. No political science major may take more than two courses in the 490 sequence.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# LEGAL STUDIES MINOR

*The legal studies minor is to provide students with a curriculum devoted to the development of research and communication skills unique to the legal profession. The minor embraces the ethical dilemmas and responsibilities faced by lawyers.*

The minor is open to any student in any college and any major.

The minor will be comprised of a total of 15 hours and require the following:

- PLW 101 Introduction to the Legal Profession (1 hour)
- PLW 102 Introduction to Legal Research (2 hours)
- PLW 325 Legal Ethics (3 hours)
- PLW 400 Capstone Senior Experience (3 hours)

Six hours from the following:

- ENG 306 Business Communication (3 hours)
- COM 330 Communication Law and Ethics (3 hours)
- PLS 460 Constitutional Law (3 hours)
- PLW 295 Introduction to Trial Advocacy (3 hours)
- HIS 307 History of the Early American Republic (3 hours)
- BLW 342 Legal Environment of Business (3 hours)
- BLW 347 Law and the Entrepreneur (3 hours)
- BLW 360 Business & Intellectual Property (3 hours)
- BLW 395 Real Estate Law (3 hours)

At least one course must come from the BLW list of courses.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# PRE-LAW COURSES

**PLW 101 - Introduction to the Legal Profession** *(1 hour)*

Survey course introducing students to various aspects of the legal profession. Intended for students with potential interest in a legal career. Prerequisite:

**PLW 102 - Introduction to Legal Research** *(2 hours)*

Students learn to identify and utilize legal research resources to answer the legal issues presented by different factual scenarios and present the results in legal documents. Prerequisite:

**PLW 295 - Introduction to Trial Advocacy** *(3 hours)*

Develop the critical thinking and communication skills utilized in trials in the United States; experiential learning by presentations judged by local lawyers and attorneys. Prerequisite:

**PLW 300 - Pre-Law Internship** *(0-6 hours)*

Students considering law school work in a legal office setting, either private or public sector, to learn what the practice of law is like. Actual tasks are determined by the site supervisor. Placement is determined by the director of the Pre-Law Center. Course may be repeated for a maximum of 6 credit hours. Satisfactory/Unsatisfactory. Prerequisite: Consent of the instructor, sophomore standing and 3.0 cumulative GPA.

**PLW 325 - Legal Ethics** *(3 hours)*

Explore fundamental ethical issues presented to lawyers in United States created by the paradox of the adversarial system and the pursuit of truth. Prerequisite: Junior standing

**PLW 400 - Capstone Experience** *(3 hours)*

The focus will be upon critical thinking utilizing advanced legal advocacy and writing skills. Experiential learning will be an integral part of each seminar specifically utilizing members of the legal community. Prerequisite: PLW 101, PLW 102, PLW 325, or consent of the instructor

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the*

*Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# PSYCHOLOGY

FACULTY Professors Hermann, D.E. Montgomery; Associate Professors Bacon, Beckes, Koeltzow (chair), D.A. Montgomery, Roberts, Schweigert; Assistant Professors Harris, San Juan.

Psychology is the scientific study of behavior. Its subject matter encompasses the thought and behavior, both typical and pathological, of adults, children, and even other species. The scientific method is the unifying thread of the discipline as psychologists utilize it to systematically answer the questions raised by human behavior.

The undergraduate degree in psychology provides the foundation for a variety of positions in social service, medical, and business settings and also serves as preparation for advanced study leading to master's and doctoral degrees.

Facilities for students include a computer lab, a neuroscience teaching lab, laboratories for mentored research (including Bar Lab, Cognitive Development Lab, eeg Lab), and a student community resource room.

Students transferring into psychology from other Bradley majors must have a GPA of 2.5 or greater.

The department offers a Psychology Major and an interdisciplinary Neuroscience Minor.

# Psychology Major

To major in psychology the student must complete a minimum of 34 hours that will include:

## 1. Foundation (13 hrs.)

Students must take all four Foundation courses.

Content:

- PSY 101 Principles of Psychology (3 hrs.) (with a grade of C or better)
- PSY 201 Brain and Behavior (3 hrs.)

Methodological:

- PSY 205 Quantitative Methods (3 hrs.) (with a grade of C or better)
- PSY 206 Experimental Psychology (4 hrs.)

## 2. Core Distribution (9 hrs.)

Students must take 9 semester hours of Core Distribution courses, at least one course in each category.  PSY 206 is a prerequisite for all courses in Categories A and B.

Category A:

- PSY 350 Developmental Psychology
- PSY 352 Personality Psychology
- PSY 354 Social Psychology
- PSY 356 Abnormal Psychology

Category B:

- PSY 360 Psychology of Learning
- PSY 362 Cognitive Psychology
- PSY 364 Behavioral Neuroscience
- PSY 366 Sensation and Perception

## 3. Breadth: Electives (9 hrs.)

- Nine additional semester hours from any of the psychology course offerings.
- A course satisfying the Elective requirement cannot also count toward satisfying another requirement (Foundation, Core Distribution, and/or Advanced).
- Only three hours of individual study courses (PSY 341, PSY 342, PSY 481, PSY 491) will count toward satisfying the Elective category.

## 4. Advanced (3 hrs.)

Any 400-level course (except PSY 481 and PSY 491)

## 5. Senior Exit Exam

Completion of Psychology Department senior exit exam within the final semester at Bradley as an undergraduate.

## Note about transfer courses

Only Junior-Senior courses may be transferred from other institutions as Core Distribution or Advanced requirements.

# Neuroscience Minor

Neuroscience is the scientific study of neural processes, structures, and behavior. It is excellent preparation for students considering medical and health-related professions, for those interested in working in biomedical research, and/or for students planning to pursue clinical or experimental

psychology graduate degrees.

For more information, see Neuroscience Minor (/academic/undergradcat/20152016/las-neurology.dot).

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# PSYCHOLOGY COURSES

**PSY 101 - Principles of Psychology** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

Impact of social forces and institutions on individual behavior; interaction between individual and social environment.

**PSY 201 - Brain and Behavior** *(3 hours)*

**Gen. Ed. FS**

**Core Curr. NS**

An introduction to the scientific study of the nervous system and its relation to behavior. The underlying biology of learning, memory, language, sensation, emotion, reproductive behavior, psychopathology, and other topics.

**PSY 205 - Quantitative Methods** *(3 hours)*

Introduction to applied statistical analysis: data reduction and representation; frequency distributions and their measures; probability; sampling theory; significance testing. Descriptive and inferential analyses are presented in the context of psychological research. Not open to non-majors with credit in QM 262 and QM 263. Prerequisite: 3 hours of college mathematics or consent of instructor.

**PSY 206 - Research Methods in Psychology** *(4 hours)*

**Core Curr. WI**

Basic principles of research design and interpretation; emphasis on experimental method. Laboratory work. Prerequisite: PSY 205 or consent of instructor

**PSY 207 - Analysis of Behavior** *(4 hours)*

Environmental factors applied to specification and understanding of behavior. Laboratory work with animals. Prerequisite: PSY 101

**PSY 223 - Evolutionary Psychology** *(3 hours)*

Fossil evidence for human evolution; impact of evolutionary history on the development of human behavior; how evolutionary theory can be applied to understanding human behavior in contemporary society. Prerequisite: PSY 101 or consent of instructor.

## PSY 245 - Personality and Adjustment *(3 hours)*

Human adjustment and factors in mental health. Prerequisite: PSY 101.

## PSY 250 - Environmental Psychology *(3 hours)*

Environmental Psychology scientifically investigates how people interact with the space around them. Topics include environmental perception and cognition, environmental attitudes and appraisals, personality and environment, personal space, territoriality, crowding, privacy, residences, urban/suburban/rural environments, institutional and work environments, natural environments and sustainability. Prerequisite: PSY 101.

## PSY 280 - Psychology of Religion *(3 hours)*

An overview of both theory and method in the psychological study of religion. Emphasis will be on understanding the biological and psychological underpinnings of religious belief, behavior, and experience. Cross listed as RLS 280. Prerequisite: PSY 101.

## PSY 299 - Special Topics *(1-3 hours)*

Introduction to the study of special issues related to applied and/or theoretical psychology, which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for a maximum of 6 hours credit. Prerequisite: PSY 101 or equivalent; or instructor consent.

## PSY 300 - Psychology of Women *(3 hours)*
## Gen. Ed. CD

Women and their behavior: influence of psychological, social, and biological factors. Prerequisite: PSY 101.

## PSY 303 - Lifespan Developmental Psychology *(3 hours)*

A survey of cognitive, physical, and social development extending from infancy to advanced adulthood. Prerequisite: PSY 101. Course is not open to psychology majors.

## PSY 309 - Human Sexuality *(3 hours)*

Current knowledge concerning human sexuality. Prerequisite: 6 hours of psychology or consent of instructor.

## PSY 311 - Principles of Abnormal Psychology *(3 hours)*

Survey of psychological disorders including psychotic, affective, anxiety, substance-related, and personality disorders. Current knowledge of symptoms, prevalence, course, etiology, treatment,

and prevention. Prerequisite: PSY 101. Course is not open to psychology majors.

## PSY 313 - Health Psychology *(3 hours)*

Biological, psychological, and social interactions that influence an individual's state of health and illness. Stress, pain, cardiovascular risk, cancer, chronic illness, addictive behaviors. Prerequisite: 6 hours of psychology and 3 hours of biology.

## PSY 314 - Adult Development and Aging *(3 hours)*

Introduction to conceptual issues, research methods, and available data in adult development and aging. Note: This course is not open to students who have completed PSY 303 (Lifespan Developmental Psychology). Prerequisite: PSY 101

## PSY 315 - Child Psychopathology *(3 hours)*

Psychological disturbances of childhood, including intellectual disabilities, autism, depression, anxiety, conduct disorder, and attention deficit disorders. Current knowledge of symptoms, prevalence, course, etiology, treatment, and prevention. Prerequisite: PSY 303 or PSY 350; PSY 311 or PSY 356.

## PSY 317 - Clinical Psychology *(3 hours)*

Issues in psychological assessment and psychotherapy, with an emphasis on empirical support of theories, techniques, and outcomes. Prerequisite: PSY 205 or equivalent; PSY 206; PSY 356 or equivalent.

## PSY 319 - Positive Psychology *(3 hours)*

The scientific study of human psychological strengths and virtues. Empirical analysis and application of the experiences that allow persons to thrive and flourish. Prerequisite: PSY 101 or equivalent

## PSY 320 - Human Factors Psychology *(3 hours)*

Introduction to psychological concepts and methods relevant to human-machine system design. Emphasis on issues related to human sensory, perceptual, cognitive, and motor performance. Survey of current areas of application. Prerequisite: PSY 101; PSY 205 or equivalent.

## PSY 321 - Industrial and Organizational Psychology *(3 hours)*

Job analysis, psychological testing, interviewing, performance appraisal, employment law, leadership, motivation, training, job satisfaction, organizational theory, and research methods. Prerequisite: PSY 101 or equivalent.

### PSY 324 - Intermediate Statistics for Psychology *(3 hours)*

Conceptual foundations of hypothesis testing, introduction to meta-analysis and its procedures, exploration of multiple regression/correlation and applications such as factor analysis. Prerequisite: PSY 205 or both QM 262 and QM 263 or equivalent.

### PSY 341 - Undergraduate Practicum: Child Study Center *(1-3 hours)*

Supervised work in the applied setting of a preschool classroom. A maximum of 6 hours of practicum coursework (PSY 341 and PSY 342) is allowed. Prerequisite: PSY 350 or PSY 303.

### PSY 342 - Undergraduate Practicum: Community Agency *(1-3 hours)*
### Core Curr. EL

Supervised work in applied settings such as mental health clinics and counseling centers. A maximum of 6 hours practicum coursework (PSY 341 and 342) is allowed. Prerequisite: Junior standing in psychology and consent of instructor.

### PSY 350 - Developmental Psychology *(3 hours)*

Critical examination of research and theory on cognitive, physical, and social development from prenatal through late childhood periods. Note: This course is not open to students who have completed PSY 303. Prerequisite: PSY 101 (C or better) and PSY 206; or consent of instructor.

### PSY 352 - Personality Psychology *(3 hours)*

Critical examination of modern personality science, including major personality theories and contemporary personality research. The study of personality in relation to assessment, social behavior, environmental influences, culture, gender, cognition, physiology, behavioral genetics, and other topics. Prerequisite: PSY 101 (C or better) and PSY 206; or consent of instructor.

### PSY 354 - Social Psychology *(3 hours)*

Theories, research findings, and methods of social psychology. Topics include person perception, attitude change, interpersonal attraction, aggression, competition, group processes, and leadership. Prerequisite: PSY 101 (C or better) and PSY 206; or consent of instructor.

### PSY 356 - Abnormal Psychology *(3 hours)*

Critical examination of research and theory in psychopathology and behavior disorders including the etiology, assessment, and treatment of major forms of psychological disorders. Note: This course is not open to students who have completed PSY 311. Prerequisite: PSY 101 (C or better) and PSY 206; or consent of instructor.

**PSY 360 - Psychology of Learning** *(3 hours)*

Variables and conditions that affect the learning process; theories of learning. Prerequisite: PSY 101 (C or better) and PSY 206; or consent of instructor.

**PSY 362 - Cognitive Psychology** *(3 hours)*

Attention, memory, language use, problem solving, and artificial intelligence. Prerequisite: PSY 101 (C or better) and PSY 206; or consent of instructor.

**PSY 364 - Behavioral Neuroscience** *(3 hours)*

Physiological bases of behavior; emphasis on the neural structure and functional concomitants of receptor and effector processes, motivation, emotion, and learning. Prerequisite: PSY 101 (C or better), PSY 201, and PSY 206; or consent of instructor.

**PSY 365 - Behavioral Neuroscience Laboratory** *(1 hour)*

Optional laboratory course for students concurrently enrolled in PSY 364. Includes sheep brain dissection. Prerequisite: Concurrent enrollment in PSY 364.

**PSY 366 - Sensation & Perception** *(3 hours)*

Physiology of the senses; processes by which sensory stimulation produces perceptual experiences. Prerequisite: PSY 101 (C or better), PSY 201, and PSY 206; or consent of instructor.

**PSY 400 - Honors Research** *(3 hours)*
**Core Curr. WI**

Completion of an honors thesis proposal in psychology. Topics include preparing a literature review, design and methods in psychology, hypothesis testing using statistical analyses, ethics in research, and professional issues pertaining to psychological research. Prerequisite: PSY 206; junior standing; honors program participant or instructor consent.

**PSY 405 - Social Affective Neuroscience** *(3 hours)*

Delves into current insights, debates, and research on social and emotional behavior and its neural basis. Course goals include providing an introduction to the theoretical, methodological, and intellectual challenges that influence these fields and their growth. Additionally, the course is designed to give a broad overview of current research and theory in the social and affective neurosciences, particularly where these two domains intersect, and explore how knowledge of

neural systems, neuroendocrine function, functional neuro-anatomy, and neurochemistry can or cannot provide insights into social and emotional behavior. Cross-listed with NEU 405. Prerequisite: PSY 201, PSY 206; or instructor consent.

**PSY 411 - Tests and Measurement** *(3 hours)*

**Core Curr. WI**

Types of psychological tests, psychometric properties of tests, development and analysis of test items. Prerequisite: PSY 205 or equivalent; PSY 206; junior/senior standing.

**PSY 414 - Cognitive Development** *(3 hours)*

Provides an overview of cognitive change during childhood. Theoretical perspectives and research findings in major areas such as infant cognition, memory, language, concept formation, number, problem-solving, and social cognition. Applied issues pertaining to developmental disabilities and education will also be considered. Prerequisite: PSY 350 or ETE 225; PSY 206; 9 hours of psychology.

**PSY 420 - Psychology of Addiction** *(3 hours)*

Drug use and abuse will be explored from psychological, biological, and treatment perspectives. Students will gain an understanding of the history of drug use and drug policy, and will be encouraged to identify sociological factors that promote abuse and incarceration. Students will be introduced to advanced pharmacological principles, neuroanatomy, and the neuroscientific basis of drug abuse. Theories of addiction and contemporary treatment and prevention paradigms will be explored. Prerequisite: PSY 201, PSY 206

**PSY 439 - History of Psychology** *(3 hours)*

**Core Curr. WI**

Conceptual origins, problems and controversies, and ideas that gave rise to modern psychology. Prerequisite: 15 hours of psychology or consent of instructor; PSY 206.

**PSY 452 - Personality Theories and Theorists** *(3 hours)*

Comprehensive survey of views on structure and function of personality, contemporary research, and methods of assessment. Prerequisite: PSY 206; PSY 356 or consent of instructor.

**PSY 474 - Cross-Cultural Psychology** *(3 hours)*

Major theories, research methods, and empirical findings in cross-cultural psychology. The role of culture in understanding and explaining mental health, interpersonal relationships, personality,

cognition, sexual functioning, emotion, and other topics. Prerequisite: PSY 206; or consent of instructor.

**PSY 481 - Reading** *(0-3 hours)*

Directed reading by qualified students, with faculty guidance. May be repeated for a maximum of 6 hrs. credit. Prerequisite: PSY 206; consent of instructor.

**PSY 491 - Research** *(0-3 hours)*

Directed research by qualified students, with faculty guidance. May be repeated for a maximum of 6 hours credit. Prerequisite: PSY 206; consent of instructor.

**PSY 499 - Advanced Special Topics** *(1-3 hours)*

Advanced study of special issues related to applied and/or theoretical psychology, which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for a maximum of 6 hours credit. Prerequisite: 9 hours of psychology or consent of instructor; PSY 206

**PSY 681 - Readings I** *(1-3 hours)*

Readings in area selected by student. Prerequisite: graduate standing and prearrangement with instructor.

**PSY 682 - Readings II** *(1-3 hours)*

Readings in area selected by student. Prerequisite: graduate standing and prearrangement with instructor.

**PSY 691 - Research I** *(0-3 hours)*

Research in area selected by student. May be repeated for a maximum of 12 hours of credit. Prerequisite: graduate standing and prearrangement with instructor.

**PSY 692 - Research II** *(1-3 hours)*

Research in area selected by student. Prerequisite: graduate standing and prearrangement with instructor.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of*

*any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# RELIGIOUS STUDIES

**FACULTY** Professor Fuller; Associate Professor Getz, Kelley (chair), Oliver, Zaborowski

The primary concern of the program is for the undergraduate student who would elect study in this significant area of human culture and life. A comprehensive and non-sectarian program of studies is provided to meet the special interests and needs of all students. The program is also appropriate for students electing a major in religious studies with the intention of preparing for matriculation for the Master of Arts degree in religious studies (or religion) at another institution.

## Major

To major in religious studies a student must:

1. complete not less than 24 semester hours in religious studies, including not less than 20 in courses numbered 200 or above; and
2. have a grade point average exceeding 2.0 in all religious studies courses numbered 200 or above;
3. select a member of the religious studies faculty as an academic advisor in order to plan the choice and sequence of religious studies courses; and
4. complete the all-University course requirements and the College of Liberal Arts and Sciences course requirements.

Religious studies majors may earn either a B.S. or B.A. degree. Religious studies majors intending to pursue a graduate degree in religious studies, however, are urged to fulfill the B.A. requirements.

## Minor

To minor in Religious Studies a student must:

1. complete not less than 15 semester hours in Religious Studies;
2. have a minimum grade point average of 2.0 in all Religious Studies courses;
3. select a member of the Religious Studies faculty as an academic advisor in order to plan a coherent course of study developed according to the needs and interest of the student.

## Ethics Minor

The Department of Philosophy and Religious Studies also offers a minor in ethics. For more information, see Ethics Minor (http://www.bradley.edu/academic/undergradcat/20152016/las-ethics.dot).

# RELIGIOUS STUDIES COURSES

**RLS 101 - Comparative Religion** *(3 hours)*

**Gen. Ed. HP**

**Core Curr. HU**

Survey of human values and religious experiences found in major religions of the world.

**RLS 105 - Church History** *(3 hours)*

**Core Curr. GP WC,HU**

A comprehensive introduction to the major divisions of Christian churches throughout history. The course explores Eastern Orthodoxy, Oriental Orthodoxy, Roman Catholicism, and many forms of Protestantism through three historical periods: ancient, medieval, and modern. Prerequisite:

**RLS 114 - Introduction to Judaism** *(3 hours)*

**Core Curr. GP WC,HU**

An introductory course on the history, beliefs, ethics, rituals, and practices of Judaism. The course also examines modern forms of Judaism, particularly in the United States and Israel. Prerequisite:

**RLS 121 - Islamic Civilization** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC,HU**

Introduction to the Islamic Civilization of the Middle East, including primary literature produced by Muslims and members of other religious communities living under the aegis of Islam, from the seventh century to the present.

**RLS 200 - Contemporary Religion in the United States** *(3 hours)*

**Gen. Ed. HP**

**Core Curr. HU**

Analysis of religious faith, worship, and practice in an age of transition. Emphasis on challenges that confront a person's faith. Survey of major American religious denominations.

**RLS 225 - Arabic Christianity** *(3 hours)*

**Core Curr. GP WC,HU,WI**

Examines the history of various Arabic Christian communities from pre-Islamic times to modernity, giving special attention to the relationship between Arab Churches and Muslim society. Teaches students ways to interpret primary source literature of Arab Christians, enabling students to understand Christianity in the light of Christians living as minorities in the Islamic world.

**RLS 280 - Psychology of Religion** *(3 hours)*

An overview of both theory and method in the psychological study of religion. Emphasis will be on understanding the biological and psychological underpinnings of religious belief, behavior, and experience. Cross listed as PSY 280. Prerequisite: PSY 101

**RLS 300 - Hebrew Bible/Old Testament** *(3 hours)*

**Gen. Ed. HP**

**Core Curr. GP WC,HU**

Human values relevant to contemporary life found in ancient writings of Judaism and Christianity.

**RLS 302 - New Testament** *(3 hours)*

**Gen. Ed. HP**

**Core Curr. HU**

Human values in the early Christian experience as reflected in its scriptures.

**RLS 305 - Early Christianity: Monasticism** *(3 hours)*

**Gen. Ed. HP**

**Core Curr. GP WC,HU**

Academic study of Christian asceticism from the fourth to the seventh centuries. This course analyzes the earliest literature of the Christian monastic movements, primarily located in Egypt and the eastern Mediterranean lands. The course gives particular attention to understanding moral values developed in monasticism that influenced Western civilization. Prerequisite:

**RLS 310 - Religion and Society** *(3 hours)*

**Gen. Ed. SF**

Examination of the major social scientific theories that explain social needs and functions served by religion.

### RLS 313 - Introduction to Rabbinic Judaism *(3 hours)*
**Core Curr. GP WC,HU**

The course introduces students to the writings that comprise rabbinic literature, particularly the Talmud, the single most influential document in the history of Judaism. Rabbinic texts are set within a broader cultural, historical, and religious context as the values, beliefs, and practices of the first rabbis are analyzed and appreciated.

### RLS 320 - Muslim-Christian Relations *(3 hours)*
**Gen. Ed. SF**
**Core Curr. GP WC,HU,WI**

Historical and theoretical analysis of relationships between Muslims and Christians, including a careful examination of the Middle Eastern Christian communities at the time of Muhammad, and after. Explores the ways Muslims and Christians have developed theological and social categories for characterizing each other.

### RLS 321 - Islam & the West: Clash of Civilizations? *(3 hours)*
**Gen. Ed. SF**
**Core Curr. GP GS,SB,WI**

Historical and theoretical analysis of the modern crisis in relations between the Arab Islamic world and the West. Examines the modern rise of nation-states, Western imperialism, and Islamic "undamentalism" in the Middle East. Prerequisite:

### RLS 330 - The Human Condition *(3 hours)*
**Core Curr. MI**

Multidisciplinary examination of the limits and possibilities of human nature. Evolutionary biology, developmental psychology, philosophical ethics, and contemporary religious thought. Prerequisite: junior/senior standing.

### RLS 331 - Religions of the Eastern World *(3 hours)*
**Gen. Ed. NW**
**Core Curr. GP WC**

Historical and cultural study of the religions of India, Southeast Asia, and China.

### RLS 332 - Religions of the World II *(3 hours)*
**Gen. Ed. HP**
**Core Curr. GP WC,HU**

**RLS 336 - Buddhism and Asian Civilizations** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC**

Historical survey of the development of Buddhism in the civilizations of India, Southeast Asia, East Asia, and Tibet. Origins of the Buddhist tradition and the development of its basic beliefs, practices, and institutions within the context of Asian civilizations.

**RLS 338 - China: Religion and Culture** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC**

Historical and cultural survey of Chinese religions. Development of Chinese religion and philosophy from ancient times until the present. Major traditions of Confucianism, Taoism, and Buddhism, as well as popular belief and culture.

**RLS 340 - Japan: Religion and Culture** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC**

Historical and cultural survey of religion in Japan, primarily Buddhism and Shinto. Folk religion, Chinese influences, and the New Religions. Prerequisite:

**RLS 344 - Philosophy of Religion** *(3 hours)*

Nature of religion; function and validity of religious concepts in the modern world. Cross listed as PHL 344. Prerequisite: 3 hours of religious studies or philosophy.

**RLS 350 - Topics in Religious Studies** *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes.

**RLS 497 - Problems in Religious Studies** *(1-3 hours)*

Primarily for undergraduate RLS majors: comprehensive and integrated survey of the discipline at an advanced level; projects in special areas. Prerequisite: Consent of instructor.

**RLS 498 - Problems in Religious Studies** *(1-3 hours)*

Primarily for undergraduate RLS majors: comprehensive and integrated survey of the discipline at an advanced level; projects in special areas. Prerequisite: consent of instructor.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# SOCIOLOGY

**FACULTY** Professor Hogan Crawford; Associate Professor Leach (chair); Assistant Professors Chubin, Whetstone, Zant.

The Department of Sociology offers a variety of courses useful to students with diverse professional goals. Sociology is a popular major for students planning careers in such professions as law, business, journalism, health care, education, politics, criminal justice, social work, or public administration. It provides a solid body of knowledge on the nature and problems of human relations and a distinctive way of looking at the world. The courses offer a range of research techniques and perspectives which can be applied in a variety of fields such as administration, criminal justice, health care, counseling, and social work. In addition, exposure to theoretical and methodological issues and to historical, cross-cultural, and critical analyses provides students with a firm foundation for graduate work in sociology, anthropology, or related fields.

The department offers a major and a minor in sociology, a minor in anthropology, and a major in social work. For social work major see Social Work Program (las-sw.dot).

## Major In Sociology

A major in sociology consists of a minimum of 31 semester hours in sociology.

Core Courses - 13 hrs.

The following five core courses, including a one-credit proseminar providing students with an overview of the field, are required.

- SOC 100 The Sociological Perspective
- SOC 200 Sociology Proseminar (1 semester hour)
- SOC 240 Research Methods
- SOC 320 Social Theory or SOC 420 Critical Theory
- SOC 450 Capstone Seminar in Sociology

Additional Requirements - 18 hrs.

Students must choose one of the three focus areas listed below and take two courses within that area, one of which must be at or above the 300 level. To ensure a breadth of knowledge in the field, they must also complete at least one course from each of the other two focus areas.

- Health and Social Services: SOC 210, 211, 212, 316, 330, 331, 332, 341, 342, 343
- Inequality and Social Justice: SOC 312, 313, 315, 321, 322, 333, 334, 344, 345, 346, 420
- Global Studies: ANT 303, 305, 306, 314; SOC 300, 311, 326

The remaining two course selections (6 semester hours) are open electives and may include any of the courses listed above, as well as SOC 390, SOC 391, SOC 490, SOC 491, SOC 571; and/or ANT 402. Students will complete their Capstone Seminar project within their chosen focus area.

At least 15 of the 31 hours required for the major must be at the 300 level or above. Only one internship course may apply towards the 31-hour requirement. A grade point average of 2.25 in all courses taken in the department is needed for graduation. Students may earn either a B.A. or B.S. degree in sociology. Sociology majors are urged to consult with a department advisor each semester concerning class schedules.

# Sociology Minor

The sociology minor requires a minimum of 15 hours as specified below:

1. SOC 100; SOC 240 **or** SOC 320
2. An additional 9 hours of SOC courses
3. At least 9 of the 15 hours must be at the 300 level or above.
4. Minimum of 2.25 grade point average in courses taken for the minor.

# Anthropology Minor

A minor in anthropology will consist of a minimum of 15 semester hours in anthropology and related disciplines including the following required core courses:

- ANT 101 The Anthropological Perspective
- ANT 305 Peoples and Cultures of the Non-Western World

In addition, anthropology minors will complete 9 hours of electives from among the courses below. (No more than one HIS course and one RLS course will count toward the elective requirement. Special topics courses and other coursework will be considered for elective credit with the approval of the director of the anthropology program.):

- ANT 102 Physical Anthropology
- ANT 303 Culture and Belief: Magic, Witchcraft, Religion
- ANT 306 Illness and Healing in Cross-Cultural Perspective
- ANT 314 Native Americans

- ANT 402 Qualitative Methods
- ANT 403 Anthropology Senior Project
- SOC 300 Cross-Cultural Perspectives on Gender
- SOC 311 Comparative Family Systems
- HIS 205 Latin America
- HIS 206 Middle East since Muhammad
- HIS 207 Modern Japan 1860-present
- HIS 305 American Indian History
- HIS 330 Modern China
- HIS 333 Cross-Cultural Contacts
- HIS 335 Modern Mexico
- HIS 339 Women in Global Perspective
- RLS 331 Religions of the East
- RLS 340 Japanese Religion
- RLS 121 Islamic Civilization
- RLS 338 China: Religion and Culture

Sociology majors wishing to minor in anthropology may not choose Global Studies as the focus area for their SOC major. A minimum of 2.25 grade point average in courses taken for the minor is required for successful completion of the anthropology minor.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# SOCIOLOGY AND ANTHROPOLOGY COURSES

**SOC 100 - The Sociological Perspective** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

Sociological insight into study of humans, society, and culture.

**SOC 200 - Sociology Proseminar** *(1 hour)*

Overview of the discipline of sociology. Focus on specializations within the field, possible career paths, and options for graduate study. Introduction to discipline-specific research and writing skills. Discussion of faculty members' ongoing research activities. Satisfactory/Unsatisfactory. Prerequisite: Major in sociology or consent of instructor.

**SOC 205 - Immigration: People, Place and Power** *(3 hours)*

**Core Curr. MI,SB**

This course examines the origins and outcomes of international immigration. Using perspectives and evidence from the social sciences, the natural sciences, and the humanities, we consider issues including the complex social and environmental factors that drive immigration; state, popular and media responses to immigration; and the effects of immigration, both for immigrants and for the nations they leave and enter. Prerequisite: Sophomore standing or consent of instructor.

**SOC 210 - Sociology of Families** *(3 hours)*

Examination of the notion of the U.S. American family from a sociological perspective. Focus on perceptions of the family throughout U.S. American history, in mass media, and in relation to public policy; the historical transformation of families; the diverse and changing aspects of families; and the impact of social change and problems on the families of U.S.A. Emphasis on how society and the economic system affect families. Prerequisite: SOC 100 or consent of instructor.

**SOC 211 - Contemporary Social Problems** *(3 hours)*

Sociological analysis of current social problems in the U.S.: poverty, racism, sexism, agism, medical care, the environment, population, urban disorganization, crime, juvenile delinquency,

alcoholism, drug addiction, family disorganization, and mental illness. Use of different perspectives promotes a broad understanding of the study of social problems. Prerequisite: SOC 100 or consent of instructor.

## SOC 212 - Sociology of Diversity *(3 hours)*

**Gen. Ed. CD**

Analyzes nature, forms, and problems of social "diversity" with emphasis on patterns of difference and commonality, advantage, and disadvantage in the area of race, ethnicity, class, gender, sexuality, and physical disability. A particular focus will be on ways inequalities in wealth, education, employment, health, the criminal justice system, popular culture, and the political process are reproduced and challenged in contemporary societies.

## SOC 240 - Research Methods *(3 hours)*

Social research methods: research design and models of observation, including single subject and program evaluation, quantitative and qualitative methods, sampling techniques, questionnaire construction, types of surveys, measurement problems, and data analysis. Prerequisite: SOC 100 or consent of instructor.

## SOC 300 - Cross-Cultural Perspectives On Gender *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC**

Examines the construction of gender in non-western societies, concentrating on the way gender shapes and is shaped by power relations in these societies. Prerequisite: SOC 100, ANT 101, or consent of instructor.

## SOC 311 - Comparative Family Systems *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC**

Comparative study of non-Western family systems, with a focus on cross-cultural differences and the potential conflicts of migration. Varying focus on families of Asia, Africa, and the Middle East. Prerequisite: SOC 100, ANT 101, or consent of instructor.

## SOC 312 - Social Inequality *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

Inequality in income, wealth, prestige, and power. Theories explaining roots of and changes in inequality. Emphasis on the U.S.; variations in the extent and forms of inequality across different nations. Prerequisite: SOC 100 or consent of instructor.

**SOC 313 - Race, Ethnicity, and Power** *(3 hours)*

**Core Curr. WI,SB**

Analysis of dominant-minority group relations. The emergence and dynamic of racism. Exploration of the experience of various ethnic and "racial" groups. Prerequisite: SOC 100, SOC 212 or consent of instructor

**SOC 315 - Gender and Society** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. SB**

An examination of gender as a system of stratification, as a social construction, and as a system of meaning which changes trans-historically and differs cross-culturally. Focus on structural and interactional aspects of gender inequality, as well as the relationship between gender and other social hierarchies, including class, race, ethnicity, religion, and sexuality. Prerequisite: SOC 100 or instructor consent.

**SOC 316 - Sociology of Work and Occupations** *(3 hours)*

The organization of work, occupational processes, and experiences of workers with a focus on the manufacturing industry and the impact of technology on the structure of work; the rise of the service sector; the emergence of temporary and contract work; professions and professionalization; workplace inequality; and the intersection of gender, family, and work. Prerequisite: SOC 100 or consent of instructor.

**SOC 320 - Social Theory** *(3 hours)*

Development of contemporary social thought from its Euro- American roots. Covers major strands of both classic and contemporary social theory. Prerequisite: SOC Major, SOC Minor, or consent of Instructor.

**SOC 321 - Individual and Society** *(3 hours)*

**Gen. Ed. HP**

Various philosophical conceptions of the relationship between the individual and social order;

nature and status of individuality in the modern world. Emphasis on critical evaluation of influential systems of thought: Marxism, phenomenology, and critical theory. Prerequisite: Junior standing or consent of instructor.

**SOC 322 - Self and Social Interaction** *(3 hours)*

Focus on relationship between individuals and the broader society, the formation of personality, and group influences on human perception and behavior. Prerequisite: SOC 100 or instructor consent.

**SOC 325 - Environmental Sociology** *(3 hours)*
**Core Curr. SB**

This course introduces students to the social causes and consequences of environmental problems and the conflicting interests and power dynamics that make sustainable solutions difficult to find and implement. The course begins by examining a range of philosophical perspectives on the relationship between Humans and Nature, followed by a brief survey of the range and extent of current environmental crises. We will then focus on four macro-sociological causes of environmental harm worldwide: international development, modern agriculture, armed violence, and energy production. Special attention will be paid to the linkages between environmental harm and political and economic inequality.

**SOC 326 - Sociology of Globalization** *(3 hours)*
**Gen. Ed. SF**

Analysis of the process of global integration and its impact on communities, social institutions, and culture. Emphasis on theories of social change and social conflict over the nature and pace of globalization and its impact on non-Western societies. Focus on social class, ethnicity, gender, media, religion, the environment, and social problems confronting non-Western Societies. Prerequisite: SOC 100 or consent of instructor.

**SOC 330 - Perspectives On Deviance** *(3 hours)*

Analysis of the concept and nature of deviance and its various forms, with emphasis on various theoretical perspectives on nature and causation of deviance. Prerequisite: SOC 100.

**SOC 331 - Correctional Policies and Society** *(3 hours)*

Analysis of theoretical and practical aspects of corrections, concepts of punishment and treatment, and their variations in practice. Includes analysis and evaluation of specific alternatives: prisons, probation, treatment centers, and sentencing. Prerequisite: SOC 100.

### SOC 332 - Juvenile Delinquency *(3 hours)*

Analysis of the nature and origin of juvenile delinquency within an historical and theoretical context with emphasis on causation of delinquency and evaluation of different responses to it. Prerequisite: SOC 100.

### SOC 333 - Sociology of Violence *(3 hours)*

Sociological analysis of the concept and nature of violence in a macro and micro setting, its various manifestations, and evaluation of responses to it. Prerequisite: SOC 100.

### SOC 334 - Crime and Society *(3 hours)*

Analysis of the concept and nature of crime, the relationship between social structures, social institutions, and crime with a focus on social forces and social controls involved in the creation of crime. Prerequisite: SOC 100.

### SOC 341 - Medical Sociology *(3 hours)*

Application of a critical perspective to the institution of medicine. Focus on epidemiology, the social construction of illness, and current healthcare trends. Prerequisite: SOC 100, ANT 101, or consent of instructor.

### SOC 342 - Social Policy *(3 hours)*

Focuses on the major institutions of social structure, such as education, family, government, healthcare, work, and the legal system. Investigates why social policies are developed, how social policy is implemented, and the direct and indirect effects of policy. Prerequisite: SOC 100 or consent of instructor.

### SOC 343 - Sociology of Mental Health *(3 hours)*

Emphasis on social, cultural, and political factors involved in the definition and control of mental illness. Topics include labeling theory, the impact of status characteristics and social relationships on levels of stress, and legal and ethical issues associated with current modes of treatment. Prerequisite: SOC 100 or consent of instructor.

### SOC 344 - Social Movements *(3 hours)*

In some contexts, social movements have been considered legitimate political actors; in others, treacherous and subversive. Always they constitute a potential threat to those in power. When do movements emerge and how are they organized? How and when can they successfully bring about social change? We will examine key aspects of social movement theory and practice against the backdrop of a number of important American and international movements that have

emerged in the last half century, such as the American civil rights, women's, environmental, and anti-war movements of the 1960s and 70s, the current "Fight for 15" and Black Lives Matter movements, and the global justice, autonomist, and Occupy movements internationally. Prerequisite:

**SOC 345 - People, Power, and Politics** *(3 hours)*
This course will introduce students to major themes, concepts, and debates in political sociology. Focus is on the relations of power between the State and other collective actors in society (e.g. interest groups, political parties, social classes, and social movements), with an emphasis on key axes of contention in US politics today, such as: the political power of corporations; the separation of church and state; political parties, polarization, and congressional gridlock; the trade-off between liberty and equality in free market, socialist, and social democratic systems; taxation and the role of the State in addressing social inequality; and the tension between national security and civil/human rights. Prerequisite:

**SOC 346 - Sociology of Education** *(3 hours)*
Focus on the institution of education and its relationship to the broader society within which it is situated. Emphasis on the ways in which schools reproduce and challenge prevailing economic, social and political relationships; the link between schools and societal stratification; and sociological perspectives on contemporary educational reform. Prerequisite: SOC 100 or consent of instructor.

**SOC 390 - Topics in Sociology** *(3 hours)*
Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for maximum of 9 hrs. credit. Prerequisite: SOC 100, SOC 101, or consent of instructor.

**SOC 391 - Internship in Applied Sociology** *(3 hours)*
Supervised work in applied settings; study of practical problems from the perspective of the discipline. Prerequisite: Prior arrangement, consent of Department Chair. SOC 391 is prerequisite for SOC 392.

**SOC 392 - Internship in Applied Sociology** *(3 hours)*
Supervised work in applied settings; study of practical problems from the perspective of the discipline. Prerequisite: Prior arrangement, consent of Department Chair. SOC 391 is prerequisite for SOC 392.

**SOC 420 - Critical Theory** *(3 hours)*

**Gen. Ed. HP**

Introduction to influential social theorists affiliated with the Institute for Social Research in Frankfurt, Germany. Emphasis on their critique of social and cultural forms of domination in Western democracies, the question of revolutionary agency, and possibilities for emancipatory social change. Prerequisite: SOC 100 or consent of instructor.

**SOC 450 - Senior Seminar in Sociology** *(3 hours)*

Students will have the opportunity to synthesize and integrate perspectives from their sociology courses and apply these perspectives to real-world social problems. Prerequisite: Major in sociology, senior standing or consent of instructor.

**SOC 490 - Directed Readings** *(1-3 hours)*

Special study on topics with faculty supervision. Prerequisite: Consent of instructor.

**SOC 491 - Directed Research I** *(1-3 hours)*

Empirical research with faculty supervision. Prerequisite: 3.5 GPA in Sociology and consent of instructor.

**SOC 492 - Directed Research II** *(1-3 hours)*

Extended individual research with faculty supervision. Prerequisite: 3.5 GPA in Sociology and consent of instructor.

**ANT 101 - The Anthropological Perspective** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC**

Introduction to field of cultural anthropology and its unique perspective for the study of human culture and societies. Examines modes of social organization and dimensions of culture worldwide. Students are introduced to the diversity of human cultures and to anthropological theories and methods through ethnographic examples drawn from a variety of non-Western cultures. Focuses on processes and institutions of enculturation, including linguistic, economic, kinship, religious, political, and aesthetic practices. Considers the processes of culture change and the effects of colonialism and globalization on these processes.

**ANT 102 - Introduction to Physical Anthropology** *(3 hours)*

Examines fundamental aspects of the physical nature of humans and human variability. Selectively reviews the long record of human biological adaptations that have existed from the

appearance of the earliest hominids up to the development of anatomically modern forms. Topics include principles and mechanisms of evolution, human variation and adaptability, non-human primate behavior,

**ANT 303 - Culture & Belief: Magic, Witchcraft, Religion** *(3 hours)*

**Gen. Ed. NW**

Introduces students to the anthropology of religion, examining the relationship between culture and belief in a cross-cultural perspective and exploring a variety of religious experiences from different cultures around the world, with an emphasis on small-scale and non-Western societies. The course also examines beliefs in magic, witchcraft, and sorcery; animism; ritual; possession and trance; the intersection of belief and healing; religious syncretism and the impact of colonialism on religious belief. Prerequisite: SOC 100 or SOC 101 or ANT 101.

**ANT 305 - Peoples and Cultures of the World** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC**

Examines the cultural and structural features of a particular region of the globe or a specific cultural group. Students will develop a deeper understanding of the processes and institutions of enculturation, and examine the effects of colonialism and globalization on the processes of cultural change. Topics will vary by semester and will be stated in the semester schedule of classes. Geographic foci will include, among others, Asia, Latin America, and indigenous Australia. Repeatable to a maximum of 9 semester hours. Prerequisite: SOC 100 or SOC 101 or ANT 101.

**ANT 306 - Illness and Healing in Cross-Cultural Perspective** *(3 hours)*

Introduces medical anthropology and the social aspects of health, illness, and healing in different cultures. Considers the interaction between 'traditional' healing systems and biomedicine in developing nations and among transnational populations. Explore Prerequisite: SOC 100 or SOC 101 or ANT 101.

**ANT 314 - Indigenous Peoples** *(3 hours)*

**Gen. Ed. NW**

**Core Curr. GP WC**

Analysis of the experiences of indigenous peoples around the world. Focus on social, cultural and historical patterns, with an examination of the effects of colonialism and globalization. Prerequisite: SOC 100 or ANT 101; or consent of instructor.

## ANT 402 - Ethnographic and Qualitative Methods *(3 hours)*

The purpose of this class is to learn what ethnographic and qualitative research is and how ethnographers and qualitative researchers work. Students will read and discuss a variety texts on methodological issues; read and critique ethnographic texts; and engage in qualitative research by designing a mini-research project, carrying it out, analyzing data, and writing it up. Topics covered include research questions and design, ethics and informed consent, ethnographic representation and responsibility, theoretical and practical concerns about fieldwork and participant observation, field notes, interviews and life histories, processing and analyzing data, and writing up research results. Prerequisite: SOC 101 or ANT 101; and Anthropology minor or Sociology major

## ANT 403 - Anthropology Senior Project *(1-3 hours)*

Special study of individual topics in anthropology with faculty supervision. Primarily for Anthropology Minors. Prerequisite: ANT 101; or instructor consent.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# SOCIAL WORK

**FACULTY** Associate Professor Adams (Director) Leach (chair); Assistant Professor Amos; Visiting Instructor and DIrector of Field Instruction Tarter.

**Bradley offers a BA or BS in social work. The program is accredited by the Council on Social Work Education.**

The Bradley Social Work Program prepares students for generalist practice in a globalized environment. Built on a liberal arts foundation, it offers courses in social welfare policy, human behavior theories, social work research, social work practice skills and a field internship. These courses follow the CSWE curriculum nine competencies areas: *Ethics, Diversity Practice, Social Justice, Evidence-Based Practice, Policy Practice, and the Practice Skills: Engagement, Assessment, Intervention and Evaluation*. With this foundation, students may pursue advanced placement in Master of Social Work programs throughout the country. The program stresses critical thinking and scientific inquiry to prepare students for social work practice in multiple environments, with diverse populations and at multiple levels of systems.

The curriculum requires majors to complete 69 credit hours, including 21 hours of liberal arts requirements, 42 hours of social work requirements, and 6 hours of electives. A student may declare a social work major when admitted to Bradley; however, in order to progress to the professional practice component of the curriculum, a formal admission is required during the junior year. No credit for life experiences or previous work experience will be given in lieu of courses in the social work curriculum. Courses in the practice sequence, human behavior in the social environment sequence, and from field practicum can only be transferred in from CSWE accredited programs.

The professional practice component includes practice courses and a field practicum. Students will complete a minimum of 420 field hours in an approved community agency.

It is important for students to consult with their social work advisor each semester to ensure that the requirements for the major are scheduled in the proper sequence. An overall grade point average of 2.25 is needed to graduate with a B.A. or B.S. in social work. A student must attain at least a "C" in all required social work courses.

# Requirements

# Liberal Arts Courses (21 hrs.)

- BIO 101 Life Science I
- ECO 100 Intro to Economics or
- ECO 221 Microeconomics and ECO 222 Macroeconomics
- MTH 111 Elementary Statistics or PSY 205 Quantitative Methods
- PLS 105 Introduction to American Government
- PSY 101 Principles of Psychology
- SOC 100 The Sociological Perspective
- SOC 302 Sociology of Diversity **or** SOC 313 Race, Ethnicity, and Power **or** ETE 280 Exploring Diversity: Learners, Families, and Communities

# Social Work Core Requirements (42 hrs.)

- Social Welfare Policy and Services - 6 hrs.

  - SW 250 Introduction to Social Welfare
  - SW 355 Social Welfare Policy

- Human Behavior & the Social Environment - 9 hrs.

  - PSY 356 Abnormal Psychology
  - SW 354 Human Behavior in the Social Environment I
  - SW 358 Human Behavior and the Social Environment II

- Research - 3 hrs.

  - SW 260 Research Methods

- Social Work Practice 12 hrs.

  - SW 350 Foundation for Social Work Practice
  - SW 351, 352, 353 Social Work Practice I, II, III

- Field Practicums - 12 hrs.

  - SW 393 Social Work Practicum
  - SW 395 Social Work Seminar

- Electives - 6 hrs.

  - AAS 200 Intro. to African-American Studies SW 310 Child Welfare I
  - NUR 221 Substance Abuse SW 320 Child Welfare II
  - SOC 211 Contemporary Social Problems
  - SOC 311 Comparative Family Systems
  - SOC 312 Social Inequality
  - SOC 314 Native Americans

- SOC 315 Gender and Society
- SOC 321 Individual and Society
- SOC 332 Juvenile Delinquency
- SOC 333 Sociology of Violence
- SOC 341 Medical Sociology
- SOC 343 Sociology of Mental Health
- SW 356 Topics in Social Work
- SW 490 Individual Study in Social Work
- SW 499 Honors Colloquium

Students should consult the Social Work Student Handbook for recommendations regarding Bradley Core Curriculum selections, electives, and BA/BS requirements, and for sample 4-year and 2-year course plans.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# SOCIAL WORK COURSES

**S W 250 - Introduction to Social Welfare** *(3 hours)*

Overview of historical development and contemporary forces shaping the social welfare system in the U.S. Examines social policies, social conditions affecting vulnerable populations, and service delivery systems in which social work is practiced. Includes community agency contact.

**S W 260 - Research Methods** *(3 hours)*

Social research methods: research design and models of observation, including single subject and program evaluation, quantitative and qualitative methods, sampling techniques, questionnaire construction, types of surveys, measurement problems, and data analysis. Prerequisite: Sociology or social work major or consent of instructor; MTH 111 or PSY 205.

**S W 310 - Child Welfare I** *(3 hours)*

Examines the theory and knowledge associated with practice in the field of child welfare. This course covers the areas of policy, normative child development, disruptions in child development, and the continuum of services for children in society.

**S W 350 - Foundations for Social Work Practice** *(3 hours)*

Historical development of social work. Introduction of generalist social work practice; systems perspective; knowledge, skills, values, and ethics required for practice; communication skills and the helping relationship as foundation for the problem-solving process. Overview of fields of practice. Includes required volunteer experience. Prerequisite: S W 250.

**S W 351 - Social Work Practice I** *(3 hours)*

Assessment, planning, intervention, evaluation, termination, and follow-up phases of the problem-solving process. Students develop interviewing skills and apply knowledge of social systems, human development, diversity, and ethics with focus on the micro level. Prerequisite: S W 350, social work major or consent of social work program director.

**S W 351 - Social Work Practice I** *(3 hours)*
**Core Curr. WI**

Assessment, planning, intervention, evaluation, termination, and follow-up phases of the

problem-solving process. Students develop interviewing skills and apply knowledge of social systems, human development, diversity, and ethics with focus on the micro level. Prerequisite: S W 350, social work major or consent of social work program director.

### S W 352 - Social Work Practice II *(3 hours)*

Generalist practice with focus on families and groups as well as individuals in group contexts. Includes required volunteer experience in group setting. Prerequisite: S W 350; social work major or consent of social work program director.

### S W 353 - Social Work Practice III *(3 hours)*

Generalist practice with focus on organizations, communities, and large social systems. Assessment, planning, intervention, and evaluation skills for macro-level practice. Emphasis on issues of diversity, discrimination, and oppression. Prerequisite: S W 350; social work major or consent of social work program director.

### S W 354 - Human Behavior in the Social Environment I *(3 hours)*

Current research and theory concerning interaction of environment with individual behavior. Life span development, strengths, approach, and issues of diversity as influences on individual development.

### S W 355 - Social Welfare Policy *(3 hours)*

Analysis of social welfare policy from the social work perspective. Impact of social policy on recipients and constituents of social welfare programs. Institutional responses to social problems, social justice, and human needs. Analysis and evaluation of policy at the organizational, community, and legislative levels. Prerequisite: ECO 100; PLS 105; S W 250.

### S W 356 - Topics in SW *(3 hours)*

Topics of special interest which may vary each time the course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for maximum of 6 hours credit.

### S W 358 - Human Behavior in the Social Environment II *(3 hours)*

Current research and theory concerning interaction of environment with families, groups, organizations, and communities. Social and cultural causes and impact of diversity, discrimination, and oppression. Prerequisite: S W 354.

**S W 393 - Social Work Practicum** *(9 hours)*

Supervised experience in an approved community agency; use of knowledge and skills common to generalist practice; 420 field hours required. Pass/fail. Prerequisite: S W 351; social work major. Corequisite: S W 395.

**S W 395 - Social Work Seminar** *(3 hours)*

**Core Curr. WI**

Seminar that integrates theory and principles learned in academic courses with field and practice experience. Prerequisite: S W 351; social work major. Corequisite: S W 393.

**S W 490 - Individual Study in Social Work** *(1-3 hours)*

Special study on topics with faculty supervision. For social work majors; non-majors require approval of Department Chair. May be repeated under a different topic up to a maximum of 3 credit hours. Prerequisite: Consent of director of social work program.

**S W 499 - Honors Colloquium** *(3 hours)*

Special study or project conducted under faculty supervision. Oral presentation before a faculty committee. Prerequisite: 3.5 GPA in social work major and consent of department chair.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# SUSTAINABILITY MINOR

**FACULTY**  Professors Maillacheruvu, Morris (Chair), O'Brien, Associate Professors Bukowski, Gehring, LeJeune, Assistant Professor Olds.

The Sustainability minor at Bradley is administered by an interdisciplinary group of faculty representing each of the colleges. The program is designed to introduce students to the importance of employing sustainable practices in their everyday lives. Our planet is governed by life support systems such as water, oxygen, and carbon cycles. These systems are robust but become degraded under human impact. Sustainability, the ability to protect and maintain natural resources for future generations, requires scholarship to provide a firm understanding of the scientific, economic, political and social factors governing those resources. This scholarship must also be employed to derive solutions and practices that will support and protect the life support systems afforded to humans by our planet, now and long into the future. By its very nature, sustainability requires a multidisciplinary approach, drawing on academic fields including, but not limited to, the natural, social, political, economic, and health sciences, engineering and humanities, and must draw insights from historical and current business and governmental practice.

To minor in sustainability, a student must complete a minimum of 21 hours: 9 hours of required courses and 12 hours of electives. At least 9 hours of the total must be at the upper level, Each course must be completed with a C or better to count towards the minor

**Required Courses (9 hours)**

• ENS 105 Introduction to Sustainability or CE 383 Ethics and Sustainability and CE 393 Sustainability and Public Policy - 3 hrs

• ENS 110 Environmental Science or BIO 300 Populations, Resources and Environment – 3 hrs

• SOC 325 Environmental Sociology or ECO 240 Environmental Economics and Sustainability (3 hrs); both SOC 325 and ECO 240 are highly recommended.

Elective Courses (12 hours)
ART 323 - Art and The Environment
BIO 303 - Plants and People
BIO 304 - Ecology of Place

BIO 355 - Soil Biology

BIO 420 - Ecosystem Ecology

BIO 430 – Soil Ecology

BIO 450 - Conservation Biology

BIO 460 - Ecology

C E 360 - Introduction to Environmental Engineering

C E 430 - Water Supply and Hydraulic Engineering

C E 465 - Surface Water Hydrology

C E 541 - Pollution Modeling

C E 542 - Advanced Water Treatment

C E 543 - Advanced Wastewater Treatment

C E 546 - Groundwater Hydrology

C E 555 - Sustainability and Environmental Regulations

C E 558 - Solid Waste Management

CHM 300 - Chemistry and Civilization

CHM 416 - Environmental Chemistry

CON 352 - Sustainable Urban Environment

CON 430 - Commercial Construction

CON 452 - Green Construction and LEED

ECO 240 - Environmental Economics and Sustainability

ENC 200 - Introduction to Leadership Studies

ENS 305 - Sustainability and Food

ENS 307 - Science and Politics of Global Climate Change

ENT 386 - Social Entrepreneurship

ETE 280 - Exploring Diversity: Learners, Families, and Communities

FCS 272 - Hospitality Facilities Management

GES 300 - Oceanography the Human Perspective

H S 220 - Consumer Issues in Health Care

HIS 315 - U.S. Social Movements

HIS 385 - Science, Technology, and Society

IME 301 - Engineering Economy 1

IME 331 - Fundamentals of Material Science

IME 422 - Manufacturing Quality Control

I S 307- Science and Politics of Global Climate Change

M E 351 - Engineering Material Science 1

M E 536 - Industrial Pollution Prevention

M E 537 - Building Energy Management

NUR 372 - Safety and Emergency Care

PHL 347 - Ethics

PLS 421 - The Politics of Regulation

PSY 250 - Environmental Psychology

SCI 301 - Science through Inquiry II: Environmental Science

SCI 302 - Science through Inquiry II: Ecosystems

SOC 312 - Social Inequality

SOC 325 Environmental Sociology

SOC 326 - Sociology of Globalization

SOC 344 - Social Movements

Total hours: 21

Up to three credit hours of an approved internship, research or study abroad experience may be substituted for one of the additional courses.

Special topics courses if applicable may be approved by the program chair to count for a course.

Only 9 credit hours of the Sustainability minor may also be part of the student's major course of study.

**Optional Tracks**- Take four courses from one of these tracks-

**Policy, Socioeconomics and Sustainability**: BIO 304, CHM 300, ECO 240, ENC 200, ENS 307, ENT 386, FCS 272, HIS 315, I S 307, PHL 347, PSY 250, SOC 325, SOC 344.

**STEM applications and Sustainability:** BIO 303, 304, 420, 430, 450, 460, C E 360, 465, 541, 555, CHM 300, 316, CON 352, 452, ENS 305, ENS 307, PHL 347.

**Arts and Humanities**: ART 323, ENT 386, HIS 315, HIS 385, PHL 347, SOC 312, SOC 325, SOC 326, SOC 344.

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# WESTERN CIVILIZATION COURSES

**CIV 100 - Western Civilization** *(3 hours)*

**Gen. Ed. WC**

**Core Curr. MI**

Team taught by instructors from a variety of disciplines. Emphasis on conceptual approach to intellectual, cultural, political, economic, social, and technological issues that have formed the spirit of the various ages from ancient Greece to the present. Readings from original sources; lecture and small discussion groups.

**CIV 101 - Western Civilization to 1600** *(3 hours)*

**Gen. Ed. WC**

**Core Curr. MI**

Emphasis on conceptual approach to intellectual, cultural, political, economic, social, and technological issues that have formed the spirit of the various ages from classical Greece to 1600.

**CIV 102 - Western Civilization Since 1600** *(3 hours)*

**Gen. Ed. WC**

**Core Curr. MI**

Emphasis on conceptual approach to intellectual, cultural, political, economic, social, and technological issues that have formed the spirit of the various ages from 1600 to present.

**CIV 111 - Unified Composition and Western Civilization I** *(3 hours)*

**Core Curr. CM W1,MI**

Integration of ENG 101 and CIV 101. Emphasis on clear and effective writing, with analysis of essays as models for writing, using subject matter of Western Civilization. Taught by faculty from a variety of disciplines. Students must take both semesters of the sequence (CIV 111 and 112) to satisfy requirements in both Communication-Writing 1 and Multidisciplinary Integration.

**CIV 112 - Unified Composition and Western Civilization II** *(3 hours)*

**Core Curr. CM W1,MI**

Integration of ENG 101 and CIV 102. Emphasis on clear and effective writing, with analysis of

essays as models for writing, using subject matter of Western Civilization. Taught by faculty from a variety of disciplines. Students must take both semesters of the sequence CIV 111 and 112 to satisfy requirements in both Communication-Writing 1 and Multidisciplinary Integration.

**CIV 113 - Unified Fine Arts and Western Civilization I** *(3 hours)*
**Core Curr. FA,MI,HU**

Combination of Western Civilization with Fine Arts. Study of characteristics of individual art forms and shared elements across a representative selection of the Fine Arts, in combination with a conceptual approach to intellectual, cultural, political, economic, social, and technological elements that have formed the spirit of the various ages from the ancient Near East to the Renaissance, with a geographical focus on the European continent. Students must take both semesters (113 and 114) to satisfy University Core Curriculum requirements in Fine Arts and either Multidisciplinary Integration or Humanities, and for one Writing Intensive requirement.

**CIV 114 - Unified Fine Arts and Western Civilization II** *(3 hours)*
**Core Curr. FA,MI,WI,HU**

Combination of Western Civilization with Fine Arts. Study of characteristics of individual art forms and shared elements across a representative selection of the Fine Arts, in combination with a conceptual approach to intellectual, cultural, political, economic, social, and technological elements that have formed the spirit of the various ages from the Renaissance to the present, with a geographical focus on the European continent. Students must take both semesters (113 and 114) to satisfy University Core Curriculum requirements in Fine Arts and either Humanities or Multidisciplinary Integration, and to fulfill one Writing Intensive requirement.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# WOMEN'S AND GENDER STUDIES PROGRAM

**FACULTY** Scott (Director), Blouch, Coy, Craig, Etaugh (emeritus), Fry, Glassmeyer, Glover, Hawkins, Herbert, Hogan, Lambie, Linn, Perry, Portocarrero, Schmidt, Schifeling, Toxqui, Williams, Worley, Young.

Women's and Gender Studies is an interdisciplinary field of study which takes gender as its central category of analysis. It focuses on the social construction of gender identity, gender relations, and gender systems and explores the intersections of gender with other categories of identity. The primary objectives of Women's and Gender Studies are:

1. to integrate knowledge abut women and gender into the scholarship of various disciplines and professions across the university by promoting student engagement with feminist discourses and practices;
2. to understand that gender is foundational to the functioning of social, cultural, economic, and aesthetic systems;
3. to understand that gender always intersects with multiple and complex categories of identity, including race, ethnicity, class, sexuality, and nationality;
4. to understand representations and realities fo gender in local, national, and global contexts;
5. to promote social justice and gender equality by creating connections between the classroom and the community.

## Minor In Women's And Gender Studies

### Required Courses (6 hours)

- WGS 200 Introduction to Women's and Gender Studies  - 3 hrs.
- WGS 400 Directed Research in Women's and Gender Studies - 3 hrs.

### Electives (9 hours)

- ART 490 Art Seminar (Gender in Art) - 3 hrs.
- ART 490 Art Seminar (Women in Art) - 3 hrs.
- BLW 446 Employment Law - 3 hrs.
- COM 386 Media, Race, and Gender - 3 hrs.
- EHC 381-Seminar in Leadership (Topics: Advocacy, Servant Leadership, or Gender and Leadership) - 1 hr.
- ENG 129 African American Literature - 3 hrs.
- ENG 190 Women in Literature - 3 hrs.
- ENG 331 Studies in Women Writers - 3 hrs.

- ENG 347 Shakespeare - 3 hrs.
- HIS 304 Women in American History - 3 hrs.
- HIS 315 Social Movements in U.S. History - 3 hrs.
- HIS 317 American Masculinities - 3 hrs.
- HIS 334 Women in Developing Nations - 3 hrs.
- HIS 339 Women in Global Perspective - 3 hrs.
- HIS 382 European Women and Gender Since the Renaissance - 3 hrs.
- NUR 217 Men's Health Issues - 2 hrs.
- NUR 219 Women and Health - 3 hrs.
- NUR 263 Introduction to Personal and Community Health - 3 hrs.
- NUR 376 Advanced Concepts in Health - 3 hrs.
- PLS 493 Seminar in Political Theory: Equality, Diversity, and Citizenship - 3 hrs.
- PSY 300 Psychology of Women - 3 hrs.
- PSY 309 Human Sexuality - 3 hrs.
- SOC 210 Sociology of Families - 3 hrs.
- SOC 300 Cross-cultural Perspectives on Gender - 3 hrs.
- SOC 311 Comparative Family Systems - 3 hrs.
- SOC 313 Race, Ethnicity, and Power - 3 hrs.
- SOC 315 Gender and Society - 3 hrs.
- WGS 300 Internship in Women's and Gender Studies - 0-3 hrs.
- WLS 345 Women's Voices of Latin America - 3 hrs.
- WLS 346 Women's Voices of Spain - 3 hrs.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# WOMEN'S AND GENDER STUDIES COURSES

**WGS 200 - Introduction to Women's and Gender Studies** *(3 hours)*

**Gen. Ed. SF**

**Core Curr. GP WC,MI**

Provides students with an overview of the perspectives, debates, and scholarship within the interdisciplinary field of Women's and Gender Studies. We will study the social construction of gender and feminist critiques of essentialism, the women's movement since the nineteenth century, women and labor, manhood, body image and the media, women and sports, reproductive justice, violence against women, global activism for gender equality. WGS 200 emphasizes that gendered experiences are diverse due to differences in race, ethnicity, class, sexuality, nationality, age, etc., and helps students develop the ability to analyze gendered systems and read gender in texts and visual media. Approved for General Education.

**WGS 300 - Internship in Women's and Gender Studies** *(0-3 hours)*

**Core Curr. EL**

WGS 300 provides students with an opportunity to gain supervised work experience in campus, local, state, national, or international businesses, agencies, institutions, or organizations focusing on gender, sexuality, or women's issues. Prerequisite: WGS 200; sophomore standing; and 2.5 GPA in WGS

**WGS 400 - Directed Research in Women's and Gender Studies** *(3 hours)*

Directed readings or research for a paper which analyzes, synthesizes, and interprets an area of women's and gender studies. Prerequisite: WGS 200; 9 hrs. of Women's Studies elective courses; or consent of instructor.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# DEPARTMENT OF WORLD LANGUAGES AND CULTURES

**FACULTY** Professor Hertich (chair); Associate Professors Cisneros, Courtad, Harris (emeritus), Hertich (chair), Portocarrero, Walker (emeritus); Assistant Professor Barajas; Visiting Assistant Professors Cser, Charrat Nelson; Tenured Lecturer Kessler.

The Department of World Languages and Cultures offers courses in Arabic, Chinese, French, German, Hebrew, and Spanish. In addition to elementary, intermediate, and advanced language classes, the department offers courses on a variety of topics including culture, linguistics, translation, literature, film, and business. Many students elect a double major/minor with other disciplines in order to enhance capabilities and marketability for careers in international business or industry, cultural or social services, and education.

Students who wish to continue the same language at the university level that they studied in high school must take the departmental placement exam. The test should be taken prior to course enrollment and is administered online. Students cannot receive credit for a course lower than that at which they place. They are permitted to enroll for credit in a course higher than where they placed, but can enroll for credit in a course higher than where they placed.

## Language Requirements For The B.A. Degree

All candidates for the Bachelor of Arts degree must complete three semesters of college-level foreign language study or its equivalent. This requirement may be met in several ways: 1) Completion of a three-semester sequence (101-102-201) or higher in one language; 2) Completion of 102 or higher course in one language plus one course in another language; 3) Transfer of similar credits from another institution; 4) By proficiency examination (AP or CLEP); 5) By departmental examination in languages offered by the World Languages and Cultures Department. Option 5 is only available to non-native speakers. See department chair for details.

Students who have taken a foreign language in high school and wish to continue studies in the same language must take a placement examination. If a student places in 201 or higher the student will need to take only one course to fulfill the requirements for the B.A. degree. If a student places at the 102 level the student will need to take two courses to fulfill the requirements for the B.A. degree.

 Students completing foreign language at the 202 level may also receive one GP in the Bradley Core Curriculum.

# Credit by Examination

## Advanced Placement Credit (AP)

Credit is given for scores of 3 or above.  Specific information on the type of credit awarded can be obtained from the Undergraduate Admission Office or visit bradley.edu/admissions/freshman/apguides (http://bradley.edu/admissions/freshman/apguides/).

## International Baccalaureate Program (IB)

Credit is given for International Baccalaureate scores of 4 or higher on Language B HL exams. Specific information can be obtained from the Undergraduate Admission Office or visit bradley.edu/admissions/freshman/apguides (http://bradley.edu/admissions/freshman/apguides/).

## Retroactive Credit

Students who place in a language at the 102 level or higher and take a course in the same language in the World Languages and Cultures Department at Bradley University will receive retroactive credit ("retrocredits"). See Retroactive Credit (http://www.bradley.edu/academic/undergradcat/20172018/overview-arcredit.dot) for more information.

## Illinois State Seal of Biliteracy

Credit is given to students who have received the Illinois State Seal of Biliteracy. Students receive 3 100-level elective credits in the language for which they have the State Seal.

## AAPPL

Credit is given to students who have taken the *entire* AAPPL (Assessment of Performance towards Proficiency in Languages) exam according to the following scale.  Note that all four areas (Interpersonal listening and speaking, interpretive reading, interpretive listening, and

presentational writing) must be completed in order to receive credit. An average of individual area scores will be used to determine credit granted.

- Novice (score of N-1 or N-2) = no credit
- Novice High (score of N-3 or N-4) = 101 credit
- Intermediate Low (score of I-1 or 1-2) = 102 credit
- Intermediate Mid (score of I-3 or I-4) = 201 credit
- Intermediate High (score of I-5 or higher) = 202 credit

# Language Majors and Minors

The department offers a major in French and Spanish and a minor in French, German, and Spanish.

# Major Requirements

## French

Students majoring in French must complete a minimum of 24 hours of credit in French at the 202 level or above. In consultation with their French advisor, their French courses must include the following:

- WLF 303 Composition (prerequisite for other 300-level courses)
- WLF 304 Conversation
- WLF 320 Phonetics
- One Literature Course: WLF 315, WLF 340, or WLF 341
- One Civilization Course: WLF 322 or WLF 321
- Three Electives

In addition, students must earn a grade of C or better in all French courses, with the exception of the practicum WLF 492, in which they must receive a P. Twelve hours of credit must be taken at Bradley, three of which must be taken during the senior year. Study abroad is also highly recommended.

## Spanish

Students majoring in Spanish must complete a minimum of 27 hours of credit in Spanish at the 202 level or above, in consultation with their Spanish advisor. Spanish courses must include the following:

- WLS 303 Composition

- WLS 304 Conversation*
- WLS 315 Introduction to Literature
- One Linguistics Course: WLL 311, WLS 320, WLS 360, WLS 370, WLS 402
- One Peninsular Literature Course: WLS 340, WLS 341, WLS 346, WLS 347**
- One Latin American Literature Course: WLS 342, WLS 343, WLS 345, WLS 347**, WLS 380, WLS 385, WLS 425
- One Civilization Course: WLS 305, WLS 306, WLS 307, WLS 321, WLS 322, WLS 330, WLS 401, WLS 410
- Two Electives

In addition, students must earn a grade of C or better in all Spanish courses, with the exception of WLS 492, in which they must receive a P. Twelve hours of credit must be taken at Bradley, three of which must be taken during the final year. Study abroad is also highly recommended.

* This course is designed for non-native and non-near-native speakers. Students with native or near-native proficiency must substitute another 300-level Spanish class.

** WLS 347 Images and Text in the Hispanic World could be counted either for Peninsular or Latin American literature depending on the topic offered that semester.

# Minor Requirements

## French

For the French minor, requirements are a minimum of 18 hours of credit in French at the 202 level or above, with at least nine of the hours to be taken at Bradley, and approval by the foreign language advisor. In addition, students must earn a grade of C or better in all French courses, with the exception of WLF 492, in which they must receive a P.

## German

For the German minor, requirements are a minimum of 18 hours of credit in German at the 202 level or above, with at least six of the hours to be taken at Bradley, and approval by the foreign language advisor. Foreign study may be required to complete the minor.  In addition, students must earn a grade of C or better in all German courses, with the exception of WLG 492, in which they must receive a P.

## Spanish

For the Spanish minor, requirements are a minimum of 18 hours of credit in Spanish at the 202 level or above, with at least nine of the hours to be taken at Bradley, and approval by the foreign language advisor. Their Spanish courses must include the following:

- WLS 303 Composition
- WLS 304 Conversation*
- WLS 315 Introduction to Literature
- One Literature Course: WLS 340, WLS 341, WLS 343, WLS 347, WLS 380, or WLS 385
- Two Electives

In addition, students must earn a grade of C or better in all Spanish courses, with the exception of WLS 492, in which they must receive a P.

*This course is designed for non-native and non-near-native speakers. Students with native or near-native proficiency must substitute another 300-level Spanish course.

# Study Abroad

For students interested in studying at a foreign university, programs are available at selected sites abroad. For further information contact the International Programs and Study Abroad Office.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# WORLD LANGUAGES COURSES

**WLA 101 - Elementary Arabic I** *(4 hours)*

Introduction to basic grammatical structures and vocabulary of Modern Standard Arabic. Acquisition of language skills of listening, speaking, reading, and writing, with emphasis on fundamentals of pronunciation and writing. Laboratory included.

**WLA 102 - Elementary Arabic II** *(4 hours)*

Introduction to basic grammatical structures and vocabulary of Modern Standard Arabic. Acquisition of language skills of listening, speaking, reading, and writing, with emphasis on fundamentals of pronunciation and writing. Laboratory included. Prerequisite: WLA 101

**WLA 201 - Intermediate Arabic I** *(4 hours)*

Continuation and review of basic grammatical structures and vocabulary of Modern Standard Arabic. Emphasis on further development of the four language skills through oral and written practice and short readings in literature, culture, and civilization. Prerequisite: WLA 102

**WLA 202 - Intermediate Arabic II** *(3 hours)*

Continuation and review of basic grammatical structures and vocabulary of Modern Standard Arabic. Emphasis on further development of the four language skills through oral and written practice and short readings in literature, culture, and civilization. Prerequisite: WLA 201

**WLC 101 - Elementary Chinese** *(4 hours)*

Elementary Chinese. Introduction to basic grammatical structures and vocabulary of Mandarin. Acquisition of language skills of listening, speaking, reading, and writing, with emphasis on fundamentals of pronunciation and writing. Laboratory included.

**WLC 102 - Elementary Chinese** *(4 hours)*

Elementary Chinese. Introduction to basic grammatical structures and vocabulary of Mandarin. Acquisition of language skills of listening, speaking, reading, and writing, with emphasis on fundamentals of pronunciation and writing. Laboratory included. Prerequisite: WLC 101

**WLC 201 - Intermediate Chinese I** *(4 hours)*

Continuation and review of basic grammatical structures and vocabulary of Mandarin. Emphasis on further development of the four language skills through oral and written practice and short readings in literature, culture, and civilization. Prerequisite: WLC 102

## WLC 202 - Intermediate Chinese II *(3 hours)*

Continuation and review of basic grammatical structures and vocabulary of Mandarin. Emphasis on further development of the four language skills through oral and written practice and short readings in literature, culture, and civilization. Prerequisite: WLC 201

## WLF 101 - Elementary French 1 *(4 hours)*

Development of communication skills (listening, speaking, reading and writing) in French. Emphasis on the practice of vocabulary and grammatical structures in meaningful communicative tasks and authentic cultural contexts. Laboratory included. First course in three-course sequence.

## WLF 102 - Elementary French 2 *(4 hours)*

Continued emphasis on the development of listening, speaking, reading, and writing in French. Focus on the practice of vocabulary and grammatical structures in meaningful communicative tasks and authentic cultural contexts. Laboratory included. Second course in three-course sequence. Prerequisite: WLF 101 or equivalent is prerequisite for WLF 102.

## WLF 201 - Intermediate French 1 *(4 hours)*

Further refinement of listening, speaking, reading, and writing skills in meaningful communicative tasks and authentic cultural contexts. Oral and written practice closely linked to cultural and literary readings and videos. Laboratory included. Third course in three-course sequence. Prerequisite: WLF 102 or equivalent; WLF 201 is a prerequisite for WLF 202.

## WLF 202 - Intermediate French 2 *(3 hours)*
## Core Curr. GP WC

A transition course between elementary language and advanced content courses. Emphasis on contemporary culture with an increased focus on reading and writing. Continuation and refinement of grammatical structures and vocabulary as well as the development of speaking and listening skills in a content-based classroom. Prerequisite: WLF 201 or equivalent.

## WLF 301 - Paris *(3 hours)*
## Core Curr. EL

Explores the French capital from its founding to the present, examining its role in French history, culture, and literature. This course is only offered in Paris. Prerequisite: WLF 202 or equivalent.

**WLF 303 - Composition** *(3 hours)*

Emphasis on developing skills for written expression through writing letters, reports, and essays. Prerequisite: WLF 202 or equivalent.

**WLF 306 - Composition and Conversation** *(3 hours)*

Expands writing and speaking skills through the exploration of cultural issues in the French-speaking world. Students study topical subjects such as technology, globalization, immigration, and cultural identity while reviewing advanced grammar topics in context. Prerequisite: WLF 202

**WLF 308 - Advanced Conversation** *(3 hours)*

Advanced work in oral French, with emphasis on developing vocabulary, idioms, listening comprehension, and general fluency in formal and informal situations. Students will discuss a variety of topics and read contemporary articles pulled from the Francophone press. Prerequisite: WLF 306 or instructor consent

**WLF 315 - Introduction to French Literature** *(3 hours)*

**Gen. Ed. HL**

**Core Curr. HU**

Principles and methods for studying literature. Selected works of French fiction, drama, and poetry. Prerequisite: WLF 303, WLF 306, or instructor consent

**WLF 316 - Topics in French Language and Literature** *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for maximum of 9 hrs. credit. Prerequisite: WLF 303 or WLF 306

**WLF 320 - French Phonetics** *(3 hours)*

French phonetic elements in isolation as well as in normal speech patterns. Practice in correct pronunciation of individual sounds, words, phrases, and sentences. Individual and class work with recordings. Prerequisite: WLF 202 or instructor consent; WLF 303 or 306 recommended.

**WLF 321 - French Culture and Civilization** *(3 hours)*

An introduction to the culture and civilization of France, including the history, geography, politics, literature, arts, and daily life from Prehistory to the end of the Colonial Empire (1960's). Prerequisite: WLF 303 or WLF 306.

**WLF 322 - Contemporary France** *(3 hours)*

Examines social, political, and cultural aspects of modern France, including education, immigration, government, family, and work, as well as France's relationship to Europe and the world. Sources include texts, articles, and newscasts. Prerequisite: WLF 303 or WLF 306.

**WLF 334 - Commercial French** *(3 hours)*

Introduction to language skills for commercial communication with French speaking countries. Emphasis on written and oral activities dealing with banks, sales, freight, insurances, advertisement, export, trade, and unions. Prerequisite: WLF 303, WLF 306, or consent of instructor.

**WLF 340 - French Literature I** *(3 hours)*

An historical survey of French literature from the Middle Ages through the eighteenth century, examining the major authors of the period in their cultural and literary context. Prerequisite: WLF 303 or WLF 306.

**WLF 341 - French Literature II** *(3 hours)*
**Core Curr. HU**

An historical survey of French literature from the nineteenth century to the present, examining the major authors of the period in their cultural and literary context. Prerequisite: WLF 303 or WLF 306.

**WLF 351 - Cinema Francais** *(3 hours)*
**Core Curr. FA**

Survey of the history of French cinema from the 1930s to the present, highlighting the major films, directors, and artistic movements. In addition to an emphasis on the aesthetic qualities of the films, students will explore how French history and culture are presented in films from various eras. Students will learn the basics of film theory, including the necessary critical vocabulary, so that they may better understand, interpret and analyze film. The course will be taught in English; coursework will be in French. Cross listed with WLT 151. Prerequisite: FLF 303, WLF 303, or WLF 306.

**WLF 370 - Francophone Identities** *(3 hours)*

An exploration of the French-speaking world outside of France through film and literature. Areas covered may include Canada, the Caribbean, Sub-Saharan Africa, and Northern Africa. Students

examine the relationship between group and individual identity, language and self, including post-colonial theory. Prerequisite: WLF 303 or WLF 306.

**WLF 430 - Introduction to Translation** *(3 hours)*

Methods and procedures for translating from French to English and from English to French, with particular focus on specific problems of translation and how to deal with them in short practical exercises. The course will include the translation of literary, technical, business, and historical texts. Prerequisite: WLF 303 or WLF 306 and one other French course at the 300 or 400 level.

**WLF 490 - Advanced Topics in French and Francophone Literature and C Culture** *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated for a maximum of nine credits. Prerequisite: WLF 303 or WLF 306 and one other French course at the 300 or 400 level

**WLF 492 - Practicum in French** *(1-3 hours)*

Supervised work study in community service activities involving use of the foreign language. Pass/Fail. Prerequisite: consent of department chair.

**WLF 495 - Independent Study** *(1-3 hours)*

Independent study and research in a specific field of French language or phase of literary production. May be repeated for maximum of 6 hrs. credit. Prerequisite: junior or senior standing; consent of department chair

**WLG 101 - Elementary German 1** *(4 hours)*

Development of communication skills (listening, speaking, reading, and writing) in German. Emphasis on the practice of vocabulary and grammatical structures in meaningful communicative tasks and authentic cultural contexts. Laboratory included. First course in three-course sequence.

**WLG 102 - Elementary German 2** *(4 hours)*

Continued emphasis on the development of listening, speaking, reading, and writing in German. Focus on the practice of vocabulary and grammatical structures in meaningful communicative tasks and authentic cultural contexts. Laboratory included. Second course in three-course sequence. Prerequisite: WLG 101 or equivalent is prerequisite for WLG 102.

## WLG 201 - Intermediate German 1 *(4 hours)*

Further refinement of listening, speaking, reading, and writing skills in meaningful communicative tasks and authentic cultural contexts. Oral and written practice closely linked to cultural and literary readings and videos. Laboratory included. Third course in three-course sequence. Prerequisite: WLG 102 or equivalent;

## WLG 202 - Intermediate German 2 *(3 hours)*
### Core Curr. GP WC

A transition course between elementary language and advanced content courses. Emphasis on contemporary culture with an increased focus on reading and writing. Continuation and refinement of grammatical structures and vocabulary as well as the development of speaking and listening skills in a content-based classroom. Prerequisite: WLG 201 or equivalent.

## WLG 303 - Composition *(3 hours)*

Development of ability to write with ease and accuracy in the German language: creative, business, technical, and expository writing. Translation skills. Thorough grammar review. Prerequisite: WLG 202 or equivalent.

## WLG 304 - Conversation *(3 hours)*

Emphasis on improving listening comprehension and speaking proficiency through free and controlled conversation, oral reports, and small discussion groups. Emphasis on correct idiomatic use of the German language in everyday situations. Prerequisite: WLG 202 or equivalent.

## WLG 306 - Composition and Conversation *(3 hours)*

Expands writing and speaking skills through the exploration of cultural issues in modern Germany. Prerequisite: WLG 202 or equivalent.

## WLG 315 - Introduction to German Literature *(3 hours)*
### Gen. Ed. HL

Critical analysis of different forms, movements, and themes in fiction, drama, essay, and poetry of German-speaking lands. Prerequisite: WLG 202 or equivalent.

## WLG 316 - Topics in German Language and Literature *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for maximum of 9 hrs. credit. Prerequisite: WLG 202 or equivalent.

### WLG 321 - Survey of German Culture and Civilization *(3 hours)*
### Core Curr. GP WC

Major periods in the culture and civilization of Germany and German-speaking countries from the Medieval Period to the present. Taught in German. Prerequisite: WLG 202 (FLG 202) or equivalent.

### WLG 334 - Commercial German *(3 hours)*

Advanced level communicative competence in the four language skills of listening, speaking, reading, and writing as they pertain to business situations. Emphasis on development of cultural awareness and sensitivity to cultural differences. Prerequisite: WLG 202 or equivalent.

### WLG 352 - Deutsches Kino *(3 hours)*
### Core Curr. FA

Survey of the history of German cinema from the 1920s to the present, highlighting major films, directors, and artistic movements. In addition to the emphasis on aesthetic qualities of the film, students explore how German history and culture are presented in films from various eras. Topics include: transition from silent to sound, expressionism, propaganda and film as a forum for working through Germany's past, the reunification of Germany and its minority cultures. Students also learn the basics of film theory, including the critical vocabulary, so that they may better understand, interpret and analyze film. Films are shown with subtitles. Coursework in German. Course taught in English. Prerequisite: WLG 202 or equivalent.

### WLG 492 - Practicum in German *(1-3 hours)*

Supervised work study in community service activities involving use of the foreign language. Pass/Fail. Prerequisite: Consent of department chair.

### WLG 495 - Independent Study *(1-3 hours)*

Independent study and research in a specific field of German language or phase of literary production. May be repeated for maximum of 6 hrs. credit. Prerequisite: Junior or senior standing; consent of department chair.

### WLT 140 - Global Literatures in Translation *(3 hours)*
### Core Curr. GP WC,HU

Study of representation of human values and cultures in literatures emerging from regions such as Africa, Asia, the Caribbean, Europe, the Middle East, and Latin America. Prerequisite:

## WLT 151 - French Cinema *(3 hours)*
### Core Curr. FA

Survey of the history of French cinema from the 1930s to the present, highlighting the major films, directors, and artistic movements. In addition to an emphasis on the aesthetic qualities of the films, students will explore how French history and culture are presented in films from various eras. Students will learn the basics of film theory, including the necessary critical vocabulary, so that they may better understand, interpret and analyze film. All films will have subtitles. The course will be taught in English. Cross listed with WLF 351.

## WLT 152 - German Cinema *(3 hours)*
### Core Curr. FA,WI

Survey of the history of German cinema from the 1920s to the present, highlighting major films, directors, and artistic movements. In addition to the emphasis on aesthetic qualities of the film, students explore how German history and culture are presented in films from various eras. Topics include: transition from silent to sound, expressionism, propaganda and film as a forum for working through Germany's past, the reunification of Germany and its minority cultures. Students also learn the basics of film theory, including the critical vocabulary, so that they may better understand, interpret and analyze film. Films are shown with subtitles. Course taught in English. Prerequisite: Consent of instructor

## WLL 101 - Elementary Foreign Language 1 *(4 hours)*

Development of communication skills (listening, speaking, reading and writing) in foreign language. Emphasis on the practice of vocabulary and grammatical structures in meaningful communicative tasks and authentic cultural contexts. Laboratory included. May be repeated under different topic for a total of 8 credit hours. Prerequisite:

## WLL 311 - Introduction to Language *(3 hours)*

Introduction to the study of language; its structure, acquisition, and function in society. Cross listed as ENG 311.

## WLS 101 - Elementary Spanish 1 *(4 hours)*

Development of communication skills (listening, speaking, reading, and writing) in Spanish. Emphasis on the practice of vocabulary and grammatical structures in meaningful communicative tasks and authentic cultural contexts. Laboratory included. First course in three-course sequence.

Continued emphasis on the development of listening, speaking, reading, and writing in Spanish. Focus on the practice of vocabulary and grammatical structures in meaningful communicative tasks and authentic cultural contexts. Laboratory included. Second course in three-course sequence. Prerequisite: WLS 101 or equivalent

### WLS 201 - Intermediate Spanish 1 *(4 hours)*

Further refinement of listening, speaking, reading and writing skills in meaningful communicative tasks and authentic cultural contexts. Oral and written practice closely linked to cultural and literary readings and videos. Laboratory included. Third course in three-course sequence. Prerequisite: WLS 102 or equivalent.

### WLS 202 - Intermediate Spanish 2 *(3 hours)*
### Core Curr. GP WC

A transition course between elementary language and advanced content courses. Emphasis on contemporary culture with an increased focus on reading and writing. Continuation and refinement of grammatical structures and vocabulary as well as the development of speaking and listening skills in a content-based classroom. Prerequisite: WLS 201 or equivalent.

### WLS 222 - Spanish for Heritage Speakers *(3 hours)*
### Core Curr. GP WC

Provides an overview of language, social and cultural themes, and literature from the Spanish-speaking world for Heritage speakers of Spanish. Students will develop their writing and critical thinking abilities by reading, analyzing, and responding to texts while also working on common grammar and spelling issues. Prerequisite: Consent of instructor

### WLS 301 - Spanish for Health Care Professionals *(3 hours)*

Provides students with specialized vocabulary, grammatical structures, and cultural information to enable them to communicate in Spanish in different professional medical contexts at a basic level. Students will have the opportunity to apply the material in interactive classroom activities, as well as in community service experiences. Class activities involving videos, podcasts, and articles in Spanish will help develop the skills of listening comprehension and reading comprehension. No prior knowledge of Spanish is required for this course; however since communicative competence is the primary goal, the class will be taught entirely in Spanish.

### WLS 303 - Composition *(3 hours)*

Emphasis on improving written proficiency. Thorough grammar review, translation exercises, and writing various types of prose. Emphasis on correct, idiomatic use of Spanish in everyday situations. Prerequisite: WLS 202 or equivalent.

### WLS 304 - Conversation *(3 hours)*

Emphasis on improving speaking proficiency and listening comprehension through free conversation and oral presentations. Emphasis on correct, idiomatic use of Spanish in everyday situations. This course is designed for non-native and non-near-native speakers. Students with native or near-native proficiency may not take this course. See department for details. Prerequisite: WLS 202 or equivalent

### WLS 305 - Peru Interim: Andean Cultures *(3 hours)*

Exposes students to Peruvian culture with a two-week stay in Peru. Focuses on the different cultural aspects of Peruvian art, history, architecture, politics, and economics. An emphasis on Peruvian history and sociopolitical changes of the last 50 years will be an important element in the course so students will understand the world they will be immersed in for two weeks. During their stay in Peru students will visit numerous museums, churches, archaeological and historical sites as well as cultural and artistic centers. Prerequisite: WLS 303 and 304, or consent of instructor.

### WLS 306 - Topics in Spanish History and Culture *(3-9 hours)*
### Core Curr. EL

Exposes students to Spanish culture with a two-week stay in Spain. Students primarily study the development of the Spanish transition to democracy after forty years of dictatorship, and different aspects of the contemporary Spanish civilization, and culture. To achieve this goal students will learn about Spanish history, politics, culture, and social changes. The site will change between major cities such as: Madrid, Barcelona, Granada, Seville, Cordoba, Bilbao, San Sebastian, etc. Topics may vary each time the course is offered. Students can retake this course for additional credit as long as the content of the course has changed. Prerequisite: WLS 303 and 304, or consent of instructor.

### WLS 307 - Costa Rica Interim: A Contemporary Perspective *(3 hours)*
### Core Curr. EL

Provides students with an overview of different aspects of contemporary Costa Rican society

within a historical framework. Topics such as geography, pre-Columbian cultures, colonization, independence, immigration, the economy, politics, health care, education, and language and culture will be covered. During the two weeks in Costa Rica, students will visit numerous museums, churches, historical sites, and national parks. Prerequisite: WLS 303 and 304, or permission of instructor.

**WLS 315 - Introduction to Hispanic Literature** *(3 hours)*
**Gen. Ed. HL**
**Core Curr. HU**
Elements, techniques, and forms of Hispanic fiction, drama, and poetry. Readings in Peninsular and Spanish American literature. Prerequisite: WLS 303, 304; or consent of instructor.

**WLS 316 - Topics in Hispanic Language and Literature** *(3 hours)*
Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated under a different topic for maximum of 9 hrs. credit. Prerequisite: WLS 315 or consent of instructor

**WLS 320 - Spanish Phonetics** *(3 hours)*
Spanish phonetic elements in isolation as well as in normal speech patterns. Practice in correct pronunciation of individual sounds, words, phrases, and sentences. Individual and class work with tape recordings. Prerequisite: WLS 303 or consent of instructor.

**WLS 321 - Peninsular Spanish Civilization and Culture** *(3 hours)*
**Core Curr. GP WC**
An integrated survey of civilization and culture of the Iberian Peninsula from prehistoric times to the present. Survey concentrates on Spanish arts and intellectual achievements. Prerequisite: WLS 303 or consent of instructor

**WLS 322 - Latin-American Civilization and Culture** *(3 hours)*
**Core Curr. GP WC**
An integrated survey of Latin-American civilization and culture from pre-Columbian times to the present. Survey concentrates on Latin-American arts and intellectual achievements. Prerequisite: WLS 303 or consent of instructor.

**WLS 330 - Hispanic Cultural History** *(3 hours)*
Study of a specific period in the history of the Hispanic world that showcased an intense amount of cultural productivity. Topics may vary each time the course is offered, and examples of

historical periods might be the Generation of 1898 in Spain, the Dirty War period of Argentina\x1as dictatorship, the Mexican Revolution of 1910, etc. Students will have the opportunity to examine how the social, political, and historical events of a determined era helped create cultural activity that has had an effect on the Hispanic world since. Students can retake this course for additional credit as long as the content of the course has changed. Prerequisite: WLS 315 or equivalent.

**WLS 334 - Commercial Spanish** *(3 hours)*

Introduction to language skills for commercial communication and Hispanic business practices. Prerequisite: WLS 303, 304; or consent of instructor.

**WLS 340 - Spanish Literature I** *(3 hours)*
**Gen. Ed. HL**

Analysis of human values in representing works of major Iberian writers of Medieval, Renaissance, and Baroque periods. Prerequisite: WLS 315 or consent of instructor. WLS 321 recommended.

**WLS 341 - Spanish Literature II** *(3 hours)*

Values-based analysis of representative works of major Iberian authors from Neo-classical, Romantic, and Realist-Naturalist periods. Prerequisite: WLS 315 or consent of instructor; WLS 321, 340 recommended.

**WLS 342 - Survey of Hispanic American Literature I** *(3 hours)*
**Gen. Ed. NW**
**Core Curr. GP WC,HU**

Analysis of Hispanic-American literature from its roots in the indigenous pre-Columbian civilizations to Modernism. Prerequisite: WLS 315 or consent of instructor. WLS 322 recommended

**WLS 343 - Survey of Hispanic American Literature II** *(3 hours)*
**Gen. Ed. NW**
**Core Curr. GP WC,HU**

Analysis of non-Western cultures and traditions in representative works by major authors of Hispanic-America from 1910 to present. Prerequisite: WLS 315 or consent of instructor. WLS 322, 342 recommended.

**WLS 345 - Women's Voices of Latin America** *(3 hours)*

Examines how female writers differ from their male counterparts and how they have created a very distinct literary corpus. Emphasizes how history, political events, and social expectations shape literary production. Furthermore, female writers challenge social norms to produce a literature that speaks with a universal and yet very personal voice conveying a Latin American reality to probe the very nature of the human condition. Prerequisite: WLS 315 or consent of instructor

**WLS 346 - Women's Voices of Spain** *(3 hours)*

Examine how Spanish female writers differ from their male counterparts and how they have created a very distinct literary corpus. This course emphasizes how history, political events and social expectations shape literary production. Furthermore, female writers challenge social norms to produce a literature that speaks with a universal and yet very personal voice conveying a Spanish, and even pan-European, reality to probe the very nature of the human condition. Prerequisite: WLS 315 or consent of instructor

**WLS 347 - Images and Texts in the Hispanic World** *(3 hours)*
**Gen. Ed. HL**

Compares classical images from Hispanic artists with literary texts that treat the same themes and ideas. Challenges students to consider what exactly constitutes 'text' and all ideas associated with the concept: how do visual images transmit a message and Prerequisite: WLS 315 or consent of instructor

**WLS 360 - Spanish in the United States** *(3 hours)*
**Gen. Ed. CD**
**Core Curr. GP WC**

Provides an introduction to the varieties of Spanish spoken in the United States as well as the Spanish-speaking communities throughout the United States, including the Southwest, Florida, the Northeast, Louisiana, and the Midwest. Additionally, students will focus on the social issues surrounding the use of Spanish in the United States, such as language attitudes and ideologies, language policy, and bilingualism. Prerequisite: WLS 320, WLL 311, ENG 311, or consent of instructor

## WLS 370 - Dialectology *(3 hours)*

Introduces undergraduates to the study of dialectology through both theoretical and applied perspectives. Students examine geographical and language contact features that influence language variation, as well as internal and external historical factors. The students will characterize the phonological, morphosyntactic, pragmatic, and lexical differences among Spanish dialects in both Latin America and Spain. Students will receive hands-on experience in collecting and analyzing naturally-occurring language data in written and oral forms. Active participation in class discussions (in Spanish) is both expected and encouraged. Prerequisite: WLS 320, WLL 311, ENG 311, or consent of instructor

## WLS 380 - Hispanic American Short Story *(3 hours)*

Provides an overview of the Hispanic American short story from its earliest manifestations in the twentieth century to the present day through the reading, discussion, and analysis of literary texts. We will study the development of the short story as a literary genre, examining its specific characteristics and manifestations, its particular themes as well as its cultural and literary contexts. Hispanic American literary production offers a rich body of short stories such as the regionalist short story, fantastic short story, detective short story, and magical realist short story. Prerequisite: WLS 315 or consent of instructor

## WLS 385 - Poetry of Latin America *(3 hours)*

Presents a survey of Latin American poetry from the twentieth century to the present. Introduces students to the basics of poem analysis for content, themes, and poetic structure. In addition to the study of versification and aesthetics, emphasis will be placed on the socio-historical context in which the works were produced. Prerequisite: WLS 315 or equivalent.

## WLS 401 - Hispanic Cinema: Texts & Contexts *(3 hours)*

Uses the techniques of literary and film analysis to focus on the relationship between Hispanic film and literature, as well as other narrative forms such as: personal testimonies, historical documents, documentaries, and media. Students will examine the adaptation of literary texts into films and analyze both works for plot structure. They will also discuss current events portrayed in films and in the media, as well as study themes and cultural and political issues presented in films and narratives. Prerequisite: WLS 315 or equivalent.

## WLS 402 - Introduction to Sociolinguistics *(3 hours)*

Introduces undergraduates to the study of linguistic variation in the Spanish language. Students will study geographical and social factors in language variation, and phonological and syntactic variation. Examines specific cases of variation and change in present-day Spanish dialects in both Latin America and Spain, as well as language contact between Spanish and other languages. Students will receive hands-on experience in collecting and analyzing naturally-occurring language data. Active participation in class discussions (in Spanish) is both expected and encouraged. Prerequisite: WLS 320, WLL 311, ENG 311, or consent of instructor

## WLS 403 - Advanced Conversation & Composition *(3 hours)*
## Core Curr. WI

Advanced course in speaking and writing. Prerequisite: WLS 315 or consent of instructor

## WLS 410 - Life from the Bottom of the World: the Culture of Argentina, Chile and Uruguay *(3 hours)*

Examines the countries in the Southern Cone of Latin America (Argentina, Chile and Uruguay) from a cultural, literary and political point of view. Exposes students to the music, literature, film, testimonials, and art from this part of the Americas in order to gain a better understanding of its social realities. In addition to the discussion of contemporary issues, the course will also cover much of the history of these countries in order to provide a context for the included readings. Prerequisite: WLS 315 or consent of instructor

## WLS 425 - Contemporary Hispanic American Novels *(3 hours)*

Through the study, research, and discussion of a variety of novels the students gain an insight into the most important features of Latin American culture, and circumstances faced by its people. The students read works of recognized writers including Nobel prize winners such as: Gabriel García Márquez and Mario Vargas Llosa. Includes political writings, gender issues, reflections of historical periods, and social commentaries. Prerequisite: WLS 315 or consent of instructor

## WLS 430 - Introduction to Translation *(3 hours)*

Methods and procedures for translating from Spanish to English and from English to Spanish, with particular focus on specific problems of translation and how to deal with them in short practical exercises. The course will include the translation of technical, business, legal, medical, and literary texts. Prerequisite: WLS 315

## WLS 490 - Topics in Hispanic Language and Literature *(3 hours)*

Topics of special interest which may vary each time course is offered. Topic stated in current Schedule of Classes. May be repeated for maximum of 9 hrs. credit. Prerequisite: WLS 315 or consent of instructor

## WLS 492 - Practicum in Spanish *(1-3 hours)*

Supervised work study in community service activities involving use of the foreign language. Pass/Fail. Prerequisite: consent of department chair.

## WLS 495 - Independent Study *(1-3 hours)*

Independent study and research in a specific field or phase of Spanish language or literary production. May be repeated for maximum of 6 hrs. credit. Prerequisite: junior or senior standing; consent of department chair.

## WLH 101 - Elementary Hebrew *(4 hours)*

Emphasis on basic structures and vocabulary of the language. Intensive practice in listening and speaking. Laboratory required.

## WLH 102 - Elementary Hebrew *(4 hours)*

Emphasis on basic structures and vocabulary of the language. Intensive practice in listening and speaking. Laboratory required. Prerequisite: WLH 101 is prerequisite for WLH 102.

## WLH 201 - Intermediate Hebrew *(3 hours)*

Review of basic structures and vocabulary. Emphasis on development of language skills. Readings from modern authors; composition. Laboratory required. Prerequisite: WLH 102. WLH 201 is prerequisite for WLH 202.

## WLH 202 - Intermediate Hebrew *(3 hours)*

Review of basic structures and vocabulary. Emphasis on development of language skills. Readings from modern authors; composition. Laboratory required. Prerequisite: WLH 102. WLH 201 is prerequisite for WLH 202.

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the*

*Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# TURNER SCHOOL OF ENTREPRENEURSHIP AND INNOVATION

## Mission

With changes in the business world happening at record speeds, companies look for employees who can respond quickly to complex issues. At the Turner School of Entrepreneurship and Innovation, whether your dream is to start your own business or take an existing company to higher levels, we'll teach you the skills you need to turn your ideas into reality. Our graduates become innovators, providing solutions to complex, global and fast changing challenges. As a Turner School student, you'll learn new skills — and have plenty of practice using them — so that by the time you graduate, you'll have an outstanding resumé that will bring you success.

Here are just a few of the fundamentals you'll learn at the Turner School:

- Action oriented business planning • Commercializing new ideas • Engaging in entrepreneurial social enterprises • Networking • Launching new products or services in existing firms • Recognizing and evaluating opportunities • Starting a business • Seeking financing • Evaluating the market and financial feasibility of innovations • Pitching new ideas • Pursuing new ideas with scarce resources.

**Four Pillars of Learning**

The Turner School produces outstanding graduates by employing a "Four Pillars of Learning" model- Discover, Immerse, Imagine, Connect.

**Discover**

At the Turner School of Entrepreneurship and Innovation, discovery is in our DNA. Whether it's honing an oral presentation, conducting a market feasibility review or understanding how to assess business risks, you'll learn real world skills — the kind employers want — by doing them. It all happens in a collaborative atmosphere on a campus founded by one of the most successful female entrepreneurs in America, Lydia Moss Bradley. Discover how entrepreneurship and invention can fuel the passion for your success.

**Immerse**

From day one, you'll immerse yourself in Bradley's entrepreneurial culture. Share your enthusiasm with students from across campus through multiple entrepreneurial clubs and organizations, all supported by the Turner School. Add an entrepreneurial internship, and you won't have to settle for being a spectator.

## Imagine

We'll help you develop solutions to today's challenging problems with our three-part process: Dream it, Design it and Develop it. Watch your ideas become reality in our Brave Pitch, Big Idea, or Social Impact Challenge competitions. For students wishing to launch a venture, the "Idea Factory" provides mentoring, resources, connections, and physical space to aid your startup. Wherever your imagination takes you, we'll provide the resources and support to make your ideas bigger, better and ultimately, successful.

## Connect

Instead of feeling like you're going it alone, at the Turner School you'll connect with entrepreneurs, leaders and experts — like UGG founder Brian Smith or Redbox founder Michael DeLazzer — every step of the way. You'll become part of our entrepreneurial ecosystem while you pursue your innovative ideas and pursuits. Build your business network from across campus, the community or around the world, all with our support. We'll help you develop your potential, so students who follow in your footsteps will be able to learn from your future success.

An entrepreneurship curriculum is useful for students in all career fields, regardless of their major field of study. Examples of the types of students who would find entrepreneurship helpful include:

- Fine arts and liberal arts students interested in self-employment or freelancing
- Science, health science, and engineering students intending to work for innovative companies
- Students concerned about social or environmental issues looking for new ways to make a difference in their communities
- Students in any field who plan to open a business some day
- Those seeking careers as accountants, lawyers, and doctors, who may start their own practice or have entrepreneurial clients
- Any student interested in learning the language of entrepreneurship

Entrepreneurship is a process—a journey—and Bradley University offers a cutting-edge program.We bring numerous successful entrepreneurs into the classroom to share their experience with students.  We also host a Chapter of the Collegiate Entrepreneurs' Organization

(CEO). Bradley is a national leader, always modifying our programming to provide the most useful, practical knowledge for our students. Our faculty is recognized around the world and is supplemented by excellent entrepreneurs teaching in our classrooms.

The Turner School offers an Entrepreneurship and Innovation Minor (http://www.bradley.edu/academic/undergradcat/20132014/turner-entrepreneur.dot#minor), an Entrepreneurial Scholar (http://www.bradley.edu/academic/undergradcat/20132014/turner-entrepreneur.dot#scholar) designation, and many student activities that provide students with an opportunity to build entrepreneurial skills.

## Entrepreneurship And Innovation Minor

The multi-disciplinary minor in entrepreneurship and innovation helps students discover, evaluate, and pursue opportunities. Students with these skills can be successful in any organization seeking to pursue opportunities, including starting their own business, large corporations, small businesses, family businesses, startups, and for-profit or not-for-profit social ventures.

With the minor, students will engage in coursework and experiential activities that develop entrepreneurial and innovation competencies, including:

- Creating something from scratch
- Leveraging resources
- Mitigating risks
- Evaluating ideas
- Commercializing products and services
- Creating new markets
- Networking with diverse groups
- Pitching ideas.

**Required Courses (9 hours)**

- ENT 280 Entrepreneurial Creativity
- ENT 381 Entrepreneurship for Non-Business Students *OR* ENT 382 Entrepreneurial Startups
- ENG 305 Technical Writing *OR* ENG 306 Business Communication, sections with specific entrepreneurial writing components

**Approved Elective Courses (6 hours)**

- MUS 101 Introduction to Music Business
- CFA 101 Arts and Ideas Seminar: The Entrepreneurial Mindset
- FCS 170 Hospitality Leadership I

- THE 223 Theatrical Producing
- FCS 270 Special Event Planning
- ENT 281 The Entrepreneurial Career
- BLW 347 Law and the Entrepreneur
- ENT 289 Topics in Entrepreneurship
- ENT 385 Technology Entrepreneurship
- ENT 386 Social Entrepreneurship
- ENT 389 Topics in Entrepreneurship
- COM 394 Communication and Conflict Management
- ENT 488 Entrepreneurship Internship
- SEI 200 and/or SEI 300 Topics in Entrepreneurship and Innovation
- SEI 210 and/or SEI 310 Practicum in Entrepreneurship and Innovation
- BUS 361 Collaboration in Organizations
- BUS 362 Innovation in Organizations
- CFA 201 The Entrepreneurial Mindset in CFA
- ENT 383 Managing Entrepreneurial Growth
- IM 450 Intellectual Property Law and New Media
- MUS 304 Music Licensing and Contracts
- Other courses approved by the Turner School

# Entrepreneurial Scholar

The multi-disciplinary Entrepreneurial Scholar program helps students discover, evaluate, and pursue opportunities with a focus on experiential activities. Students completing this program will earn the Entrepreneurial Scholar designation on their transcript, proving to potential employers that they possess a special skill set.  These students will be prepared to pursue growth opportunities in any type of organization, to start their own business, or launch a not-for-profit social venture.

Entrepreneurial scholars will develop these competencies through coursework and experiential activities, including:

- Creating something from scratch
- Leveraging resources
- Mitigating risks
- Evaluating ideas
- Commercializing products and services
- Creating new markets
- Networking with diverse groups

- Pitching ideas.

The program requires the completion of 3 hours of required coursework, 6 hours of approved electives, and 12 experiential activity points.

## Required Course (3 credit hours)

- ENT 280 Entrepreneurial Creativity

## Approved Elective Courses (6 credit hours)

Students are required to take 6 credit hours of courses approved by the Turner School of Entrepreneurship and Innovation that meet entrepreneurship and innovation competencies, chosen from:

- MUS 101 Introduction to Music Business
- CFA 101 Arts and Ideas Seminar: The Entrepreneurial Mindset
- FCS 170 Hospitality Leadership I
- THE 223 Theatrical Producing
- FCS 270 Special Event Planning
- ENT 281 The Entrepreneurial Career
- BLW 347 Law and the Entrepreneur
- ENT 289 Topics in Entrepreneurship
- ENT 385 Technology Entrepreneurship
- ENT 386 Social Entrepreneurship
- ENT 389 Topics in Entrepreneurship
- COM 394 Communication and Conflict Management
- ENT 488 Entrepreneurship Internship
- SEI 200 and/or SEI 300 Topics in Entrepreneurship and Innovation
- SEI 210 and/or SEI 310 Practicum in Entrepreneurship and Innovation
- BUS 361 Collaboration in Organizations
- BUS 362 Innovation in Organizations
- CFA 201 The Entrepreneurial Mindset in CFA
- ENT 383 Managing Entrepreneurial Growth
- IM 450 Intellectual Property Law and New Media
- MUS 304 Music Licensing and Contracts
- Other courses approved by the Turner School

## Experiential Activities (12 points)

The Turner School of Entrepreneurship and Innovation believes that the best way to learn to think like an entrepreneur is to engage in experiential activities. Students will be required to earn 12 points in experiential activities pre-approved by the Turner School of Entrepreneurship and Innovation. The approved list can be found by contacting the Turner School Managing Director or by viewing our website at www.bradley.edu/turnerschool (http://www.bradley.edu/turnerschool).

## Student Entrepreneurship Opportunities

Entrepreneurship activities and programs abound at Bradley. Among the activities available for student participation are:

- Brave Pitch Elevator Pitch Competition: Three minute pitches of new business ideas, innovations, or social ventures.
- Mentors on Call: Subject matter or industry experts, typically entrepreneurs, mentor student entrepreneurs.
- Entrepreneurial Internships:  Students work in entrepreneurial companies to experience entrepreneurship in a real-world setting.
- Distinguished Entrepreneurship Speaker Series:  Nationally famous  entrepreneurs visit the campus to share their experiences.
- The "Idea Factory": University provided incubator space, mentoring, connections and support for student-owned business startups.
- Business Solutions Clinic: Fee-based consulting services provided by students from all disciplines.
- Entrepreneur-In-Residence Program: Successful entrepreneurs visit the Bradley campus and work with students in a 1-3 day program.
- The "Big Idea Competition": A real-life business planning experience where students develop an idea for the launch of a new product, service, innovation, or solution to a social issue.
- Social Impact Challenge Competition
- Additional activities approved by the Turner School

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# TURNER SCHOOL OF ENTREPRENEURSHIP AND INNOVATION

## Mission

With changes in the business world happening at record speeds, companies look for employees who can respond quickly to complex issues. At the Turner School of Entrepreneurship and Innovation, whether your dream is to start your own business or take an existing company to higher levels, we'll teach you the skills you need to turn your ideas into reality. Our graduates become innovators, providing solutions to complex, global and fast changing challenges. As a Turner School student, you'll learn new skills — and have plenty of practice using them — so that by the time you graduate, you'll have an outstanding resumé that will bring you success.

Here are just a few of the fundamentals you'll learn at the Turner School:

- Action oriented business planning • Commercializing new ideas • Engaging in entrepreneurial social enterprises • Networking • Launching new products or services in existing firms • Recognizing and evaluating opportunities • Starting a business • Seeking financing • Evaluating the market and financial feasibility of innovations • Pitching new ideas • Pursuing new ideas with scarce resources.

**Four Pillars of Learning**

The Turner School produces outstanding graduates by employing a "Four Pillars of Learning" model- Discover, Immerse, Imagine, Connect.

**Discover**

At the Turner School of Entrepreneurship and Innovation, discovery is in our DNA. Whether it's honing an oral presentation, conducting a market feasibility review or understanding how to assess business risks, you'll learn real world skills — the kind employers want — by doing them. It all happens in a collaborative atmosphere on a campus founded by one of the most successful female entrepreneurs in America, Lydia Moss Bradley. Discover how entrepreneurship and invention can fuel the passion for your success.

**Immerse**

From day one, you'll immerse yourself in Bradley's entrepreneurial culture. Share your enthusiasm with students from across campus through multiple entrepreneurial clubs and organizations, all supported by the Turner School. Add an entrepreneurial internship, and you won't have to settle for being a spectator.

## Imagine

We'll help you develop solutions to today's challenging problems with our three-part process: Dream it, Design it and Develop it. Watch your ideas become reality in our Brave Pitch, Big Idea, or Social Impact Challenge competitions. For students wishing to launch a venture, the "Idea Factory" provides mentoring, resources, connections, and physical space to aid your startup. Wherever your imagination takes you, we'll provide the resources and support to make your ideas bigger, better and ultimately, successful.

## Connect

Instead of feeling like you're going it alone, at the Turner School you'll connect with entrepreneurs, leaders and experts — like UGG founder Brian Smith or Redbox founder Michael DeLazzer — every step of the way. You'll become part of our entrepreneurial ecosystem while you pursue your innovative ideas and pursuits. Build your business network from across campus, the community or around the world, all with our support. We'll help you develop your potential, so students who follow in your footsteps will be able to learn from your future success.

An entrepreneurship curriculum is useful for students in all career fields, regardless of their major field of study. Examples of the types of students who would find entrepreneurship helpful include:

- Fine arts and liberal arts students interested in self-employment or freelancing
- Science, health science, and engineering students intending to work for innovative companies
- Students concerned about social or environmental issues looking for new ways to make a difference in their communities
- Students in any field who plan to open a business some day
- Those seeking careers as accountants, lawyers, and doctors, who may start their own practice or have entrepreneurial clients
- Any student interested in learning the language of entrepreneurship

Entrepreneurship is a process—a journey—and Bradley University offers a cutting-edge program.We bring numerous successful entrepreneurs into the classroom to share their experience with students.  We also host a Chapter of the Collegiate Entrepreneurs' Organization

(CEO). Bradley is a national leader, always modifying our programming to provide the most useful, practical knowledge for our students. Our faculty is recognized around the world and is supplemented by excellent entrepreneurs teaching in our classrooms.

The Turner School offers an Entrepreneurship and Innovation Minor (http://www.bradley.edu/academic/undergradcat/20132014/turner-entrepreneur.dot#minor), an Entrepreneurial Scholar (http://www.bradley.edu/academic/undergradcat/20132014/turner-entrepreneur.dot#scholar) designation, and many student activities that provide students with an opportunity to build entrepreneurial skills.

## Entrepreneurship And Innovation Minor

The multi-disciplinary minor in entrepreneurship and innovation helps students discover, evaluate, and pursue opportunities. Students with these skills can be successful in any organization seeking to pursue opportunities, including starting their own business, large corporations, small businesses, family businesses, startups, and for-profit or not-for-profit social ventures.

With the minor, students will engage in coursework and experiential activities that develop entrepreneurial and innovation competencies, including:

- Creating something from scratch
- Leveraging resources
- Mitigating risks
- Evaluating ideas
- Commercializing products and services
- Creating new markets
- Networking with diverse groups
- Pitching ideas.

**Required Courses (9 hours)**

- ENT 280 Entrepreneurial Creativity
- ENT 381 Entrepreneurship for Non-Business Students *OR* ENT 382 Entrepreneurial Startups
- ENG 305 Technical Writing *OR* ENG 306 Business Communication, sections with specific entrepreneurial writing components

**Approved Elective Courses (6 hours)**

- MUS 101 Introduction to Music Business
- CFA 101 Arts and Ideas Seminar: The Entrepreneurial Mindset
- FCS 170 Hospitality Leadership I

- THE 223 Theatrical Producing
- FCS 270 Special Event Planning
- ENT 281 The Entrepreneurial Career
- BLW 347 Law and the Entrepreneur
- ENT 289 Topics in Entrepreneurship
- ENT 385 Technology Entrepreneurship
- ENT 386 Social Entrepreneurship
- ENT 389 Topics in Entrepreneurship
- COM 394 Communication and Conflict Management
- ENT 488 Entrepreneurship Internship
- SEI 200 and/or SEI 300 Topics in Entrepreneurship and Innovation
- SEI 210 and/or SEI 310 Practicum in Entrepreneurship and Innovation
- BUS 361 Collaboration in Organizations
- BUS 362 Innovation in Organizations
- CFA 201 The Entrepreneurial Mindset in CFA
- ENT 383 Managing Entrepreneurial Growth
- IM 450 Intellectual Property Law and New Media
- MUS 304 Music Licensing and Contracts
- Other courses approved by the Turner School

# Entrepreneurial Scholar

The multi-disciplinary Entrepreneurial Scholar program helps students discover, evaluate, and pursue opportunities with a focus on experiential activities. Students completing this program will earn the Entrepreneurial Scholar designation on their transcript, proving to potential employers that they possess a special skill set.  These students will be prepared to pursue growth opportunities in any type of organization, to start their own business, or launch a not-for-profit social venture.

Entrepreneurial scholars will develop these competencies through coursework and experiential activities, including:

- Creating something from scratch
- Leveraging resources
- Mitigating risks
- Evaluating ideas
- Commercializing products and services
- Creating new markets
- Networking with diverse groups

- Pitching ideas.

The program requires the completion of 3 hours of required coursework, 6 hours of approved electives, and 12 experiential activity points.

# Required Course (3 credit hours)

- ENT 280 Entrepreneurial Creativity

# Approved Elective Courses (6 credit hours)

Students are required to take 6 credit hours of courses approved by the Turner School of Entrepreneurship and Innovation that meet entrepreneurship and innovation competencies, chosen from:

- MUS 101 Introduction to Music Business
- CFA 101 Arts and Ideas Seminar: The Entrepreneurial Mindset
- FCS 170 Hospitality Leadership I
- THE 223 Theatrical Producing
- FCS 270 Special Event Planning
- ENT 281 The Entrepreneurial Career
- BLW 347 Law and the Entrepreneur
- ENT 289 Topics in Entrepreneurship
- ENT 385 Technology Entrepreneurship
- ENT 386 Social Entrepreneurship
- ENT 389 Topics in Entrepreneurship
- COM 394 Communication and Conflict Management
- ENT 488 Entrepreneurship Internship
- SEI 200 and/or SEI 300 Topics in Entrepreneurship and Innovation
- SEI 210 and/or SEI 310 Practicum in Entrepreneurship and Innovation
- BUS 361 Collaboration in Organizations
- BUS 362 Innovation in Organizations
- CFA 201 The Entrepreneurial Mindset in CFA
- ENT 383 Managing Entrepreneurial Growth
- IM 450 Intellectual Property Law and New Media
- MUS 304 Music Licensing and Contracts
- Other courses approved by the Turner School

# Experiential Activities (12 points)

The Turner School of Entrepreneurship and Innovation believes that the best way to learn to think like an entrepreneur is to engage in experiential activities. Students will be required to earn 12 points in experiential activities pre-approved by the Turner School of Entrepreneurship and Innovation. The approved list can be found by contacting the Turner School Managing Director or by viewing our website at www.bradley.edu/turnerschool (http://www.bradley.edu/turnerschool).

## Student Entrepreneurship Opportunities

Entrepreneurship activities and programs abound at Bradley. Among the activities available for student participation are:

- Brave Pitch Elevator Pitch Competition: Three minute pitches of new business ideas, innovations, or social ventures.
- Mentors on Call: Subject matter or industry experts, typically entrepreneurs, mentor student entrepreneurs.
- Entrepreneurial Internships: Students work in entrepreneurial companies to experience entrepreneurship in a real-world setting.
- Distinguished Entrepreneurship Speaker Series: Nationally famous entrepreneurs visit the campus to share their experiences.
- The "Idea Factory": University provided incubator space, mentoring, connections and support for student-owned business startups.
- Business Solutions Clinic: Fee-based consulting services provided by students from all disciplines.
- Entrepreneur-In-Residence Program: Successful entrepreneurs visit the Bradley campus and work with students in a 1-3 day program.
- The "Big Idea Competition": A real-life business planning experience where students develop an idea for the launch of a new product, service, innovation, or solution to a social issue.
- Social Impact Challenge Competition
- Additional activities approved by the Turner School

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# TURNER SCHOOL OF ENTREPRENEURSHIP AND INNOVATION COURSES

**SEI 200 - Topics in Entrepreneurship & Innovation** *(1-3 hours)*

Conceptual treatment of topics important to entrepreneurship and innovation. 1-3 hours, may be repeated up to 6 hours under different titles/topics.

**SEI 210 - Practicum in Entrepreneurship and Innovation** *(1-3 hours)*

Variety of experiential activities related to entrepreneurship and/or innovation. 1-3 hours, may be repeated up to 6 hours under different titles/topics.

**SEI 300 - Topics in Entrepreneurship & Innovation** *(1-3 hours)*

Conceptual treatment of topics important to entrepreneurship and innovation. 1-3 hours, may be repeated up to 6 hours under different titles/topics. Prerequisite: Junior Standing

**SEI 310 - Practicum in Entrepreneurship and Innovation** *(1-3 hours)*

Variety of experiential activities related to entrepreneurship and/or innovation. 1-3 hours, may be repeated up to 6 hours under different titles/topics. Prerequisite: Junior standing.

**SEI 330 - Technical Creativity and Innovation** *(3 hours)*

The entrepreneurial mindsets and skill sets including prototyping applied to a student identified technical opportunity of verifiable economic or social merit. Multidisciplinary teams will identify ideas with substantial value proposition, develop the business case, provide conceptual design, and build a prototype. Prerequisite: Junior Standing

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

# EXHIBIT 2

# Student Activities Budget Review Committee (SABRC)

**Last Revision Date: February 20, 2018**

**Article I: Name**

  A.  The name of this organization shall be the Student Activities Budget Review Committee (SABRC) herein also referred to as the Board.

**Article II: Purpose**

  A.  To fund those student organizations recognized and approved by Bradley University which provide activities for Bradley University students through education, entertainment, or service.
  B.  To review and evaluate budgets and student activities planned by organizations so that money is spent in the best interest of Bradley students.
  C.  Work with the Student Activities Office to monitor and audit expenditures, by student organizations, of funds provided by SABRC.

**Article III: Goals**

  A.  To make optimum use of student activities budget by funding those activities which provide the greatest return to the students in a fair and unbiased manner.
  B.  To provide the funds for campus-wide events sponsored by student organizations.
  C.  To strive for student activities which provide education (the knowledge and development resulting from cultural and co-curricular education), entertainment (activities diverting or engaging) and/or service to the campus (workshops, training, etc).
  D.  To serve as the budgetary authority for university authorized student activity funds and be responsible for all funds appropriated to participating student organizations.

**Article IV: SABRC General Policies**

  A.  All budgets are "zero-based," i.e., each budgeted dollar shall be justified anew each year.
  B.  All contracts to be legally binding under SABRC policies shall be signed by the Director of Student Activities or his/her designee.
  C.  The Board audits expenditures of the funds each organization receives for activities during the year.
    a.  The Board shall be notified promptly when an SABRC funded activity or event is to be canceled or substituted within 24 hours of event start time provided with a reason for cancellation.
    b.  Any SABRC funded activity or event to be substituted with an alternative activity or event shall be submitted to the Director of Student Activities and the SABRC

1

Chairperson for approval prior to substitution including the new itemized budget. Funding is non-transferable between original and substituted event or activity.

D. The Board will review its funding policies annually. A copy of the policy statement will be available to each student organization.

E. All allocations will be awarded on the merits of the program offered and the projected student participation.

F. No allocations are automatic, regardless of previous funding.

G. SABRC does not direct policies or activities of student organizations, but does take into account the objectives in the merit of service to the students.

H. SABRC will grant each funded organization flexibility in its use of funds, but deviation above 5% of total allocated budget transferred to approved budgeted items requires SABRC Executive Board approval. Deviations above the 5% allowance without SABRC Executive Board approval must be covered by the funded organization. Funds for all future programs will be frozen until payment is made. Deviations may not fund un-approved line items.

I. Policies for the Special Events Reserve Fund (SERF) are listed following SABRC policies. All general policies for SABRC apply to SERF allocations.

J. If an organization wishes to appeal its final SABRC allocation decision, it must first meet with an advisor to discuss the allocation decision. Should a resolution not be agreed upon, the organization may appeal to the Student Arbitration Board. If either SABRC or the appealing organization wishes to appeal the Arbitration Board's decision, the appeal must be directed to the Vice President for Student Affairs.

K. SABRC shall maintain a reserve fund, which shall be available for unforeseen events or expenses. Fifteen percent (15%) reserve funding is recommended.

L. The minimum dollar amount that can be requested to the Board is fifty dollars ($50).

M. Organizations requesting SABRC funds must agree to and adhere to the policies listed on the SABRC Funding Application.

## Article V: Membership

A. SABRC shall consist of at least twelve (12) student members including a Chairperson, Vice-Chairperson, Financial Officer, Secretary, Student Senate Liaison, and student members. There shall be at least two (2) advisors.

## Article VI: Meetings

A. Funding meetings for SABRC shall be held once a semester, date to be determined by Chairperson, Vice-Chairperson and advisors at an agreeable time for a quorum of the student members and advisors.

B. Members must attend mandatory monthly meetings to discuss general SABRC business.

C. Special meetings may be called at the discretion of the Chairperson.

D. Quorum is constituted as follows:

2

      a.  Two out of four of the following: Chairperson, Vice-Chairperson, Financial Officer, Secretary and;

      b.  51% of voting student members present.

E. Each organization that submitted a late appeal request in accordance with late appeal policies will be scheduled to give an oral presentation of their budget request. Each organization will be given a scheduled time to present. Failure to do so without prior warning will result in loss of eligibility for funding of the specific request. Exceptions will be up to the discretion of the executive board and advisors.

F. Discussion shall follow Robert's Rules of Order unless otherwise specified by Constitution or Chairperson.

## Article VII: Funding Meetings

A. Each student organization requesting funding will be allotted time to discuss their funding request(s) in person with the board. The chairperson shall oversee the schedule and regulate the discussion length as necessary.

B. Requests will be evaluated by the board and first round voting based on perceived merit of the application will occur on the first day. Representatives from requesting organizations will discuss their funding requests on the second day; the board will have the opportunity to ask the representative questions about the request. Funding will then be finalized.

C. Organizations will be notified within five (5) to seven (7) business days of the conclusion of funding weekend of their status.

## Article VIII: Voting

A. A quorum must be present in order to conduct business. A quorum shall be defined as 51% of the voting members. (The chairperson is not a voting member.)

B. All budgetary decisions require a simple majority vote of the student members present.

C. There shall not be voting by proxy.

D. Executive members of the organization applying for funding must abstain for that particular request.

E. Majority is defined as 51% of the remaining voting members after abstention votes are removed.

## Article IX: Ratification and Amendment of the Constitution

A. This constitution may be amended at any meeting of the Board by a three-fourths (3/4) vote of the entire student SABRC membership, provided the amendments have been submitted to the Board in writing at least one (1) week prior to its presentation.

## SABRC Bylaws and Operating Procedures

**Bylaws**

**Article I: Eligibility for Funding**

    A.  Only those organizations and/or programs that are officially recognized by the University as duly constituted bodies who abide by the University's non-discrimination policy are eligible for appropriations by the Board.

**Article II: Jurisdiction**

The Board shall have jurisdiction over the following funds:

    A.  All student activity moneys received based on $170.00 per student, per year for each student enrolled in nine (9) credit hours or more per semester.
        a.  27% will be deposited into the SERF account.
        b.  11% will be deposited into the Late Night BU account.
        c.  $38,000 will be deposited into the Club Sports account.
        d.  20% will be deposited into the ACBU account.
        e.  1% will be deposited into the SABRC operating account.
        f.  The remaining balance will be appropriated to the SABRC General Fund.
    B.  University funding for student activities are channeled directly into the SABRC General Fund.

**Article III: Budgeting Procedures**

    A.  An organization's proposal for the upcoming fiscal year shall be presented to the Board on the prescribed funding application form by the deadline established by the Chairperson.
    B.  Members of the organization must be present to discuss their request to the Board.
    C.  Each organization shall be responsible for the accountability and administration of all moneys including SABRC allotted funds.

**Article IV: Member Selection**

    A.  Eligibility requirements for executive board members shall be as follows:
        a.  Candidates must have attained SABRC membership before hearings in the previous spring.
        b.  Executive board members must maintain a 2.5 cumulative GPA or higher to retain the position.
    B.  Executive board members shall be elected in the following manner:
        a.  Nominations shall be taken at the October meeting as designated by the currently serving executive board. Self-nomination is accepted.
        b.  Candidates will have the opportunity to make a brief speech. The Board then has the opportunity to ask the candidates questions.

4

    c. Candidates will be temporarily dismissed from the meeting while the Board deliberates and votes. Executive board members will be elected by a simple majority vote.

    d. Positions shall be elected in order of hierarchy. A position shall not be voted on until the superior position has been filled.

    e. Newly elected executive board members shall be trained by the respective outgoing executive board members.

    f. In the case of a mid-term election, the same procedures shall be followed.

C. General Board members shall be selected in the following manner:

    a. Membership shall begin in the beginning of the spring semester and conclude at the end of the fall semester. Membership must be renewed annually via reapplication. Members that are graduating in May are not eligible for membership in the spring.

    b. New members shall be selected in the fall following the election of the incoming executive board.

    c. The member selection committee shall consist of a minimum of two (2) but no more than four (4) and may be comprised of the incoming and outgoing executive boards and advisors.

    d. The executive board shall agree upon qualifications for membership and the student member selection committee shall interview each applicant and select by consensus.

    e. Notice of membership acceptance and rejection must be sent to all applicants no later than one (1) week after the student member selection committee has reached their decision.

    f. All members must have a 2.0 or higher cumulative GPA. The acceptance of new members without a cumulative GPA will be contingent upon the verification of their academic standing. Exceptions will be granted at the discretion of the executive board and advisors.

    g. Academic eligibility and judicial standing shall be verified by the advisors.

D. The Student Senate Liaison shall be selected at the discretion of Student Senate.

**Article V: Member responsibilities**

A. The duties of the Executive Members shall be:

    a. Provide training for new members before their first funding meeting.

    b. Serve as a resource to SABRC as a whole.

    c. Train the incoming executive board.

    d. Consist of the Chairperson, Vice-Chairperson, Financial Officer, and Secretary.

    e. Vice-Chairperson, Financial Officer, and Secretary act as voting members. Chairperson votes only in the event of a tie.

    f. Serve on the new member selection committee.

B. The duties of the Chairperson shall be:

    a. Call and chair Board meetings and hearings.

5

    b.   Provide written notification of all budgetary decisions to the involved organizations.

    c.   Keep orderly SABRC records including the SABRC Constitution, By-laws, Policies, contact information for members, all budget requests, notes, minutes, all SABRC correspondence, preliminary and final allocations and final reports.

    d.   Act as the foremost student representative of SABRC.

    e.   Oversee the executive board.

    f.   Represent the board on the Student Advisory Committee and in the election of ACBU executive members. The Chairperson may designate another executive board member if necessary.

    g.   Monitor the ACBU budget.

C.  The duties of the Vice-Chairperson shall be:

    a.   Chair the Board meeting or hearing in the Chairperson's absence.

    b.   If the Chairperson cannot fulfill their duties, serve as Acting Chairperson until an election can be held.

    c.   Serve as the Club Sports Budget Review Committee Liaison, attend the CSBRC funding hearings, and monitor the CSBRC budget.

    d.   Report on the club sport meetings during executive board meetings.

    e.   Monitor voting during funding hearings.

    f.   Oversee logistics of Funding Weekend and all other meetings.

D.  The duties of the Financial Officer shall be:

    a.   Student Senate Liaison is ineligible for position.

    b.   Monitor incoming and outgoing financial budget, including the SERF and the SABRC Operating budget.

    c.   Provide budgetary information during budget meetings.

E.  The duties of the Secretary shall be:

    a.   Take notes and minutes of all SABRC hearings and meetings.

    b.   Keep attendance records, manage membership roster, track post-event evaluation forms, and assist in other record-keeping tasks as designated.

    c.   Assist the Vice-Chairperson in monitoring voting.

    d.   Monitor the Late Night BU budget.

F.  The duties of the Student Senate Liaison:

    a.   Serve as a voting student member.

    b.   Act as a direct line of communication between the Student Senate and SABRC.

G.  The duties of the student members shall be:

    a.   Attend all budget hearings and SABRC meetings.

    b.   The executive board and advisors shall determine attendance standards and communicate the expectations to the Board. Violation of the attendance standards may result in dismissal.

    c.   Resignation from the Board must be made in writing to the Chairperson.

    d.   Members shall have the right to vote after participating in one (1) training session.

    e.   Be familiar with the SABRC Constitution, Bylaws and Policies.

       f.  Be able to maintain confidentiality of funding requests, deliberations, or organizations' information until all requesting organizations are notified of SABRC's funding decisions. Failure to comply with this policy may result in removal from the Board.

       g.  Membership shall begin in the beginning of the spring semester and conclude at the end of the fall semester. Membership must be renewed annually via reapplication. Members that are graduating in May are not eligible for membership in the spring.

       h.  Newly selected members must attend a mandatory orientation and training session before they attain full voting rights.

H.  The duties of the Advisors shall be:

       a.  There shall be at least two (2) advisors.

       b.  At least one advisor role should be filled by the Director of Student Activities.

       c.  The advisors shall be non-voting members.

       d.  The advisors shall have the responsibility to attend SABRC meetings and budget hearings and to offer advice to the student members and/or Chairperson.

       e.  If an advisor fails to be present without cause, the Board may review his/her continued membership.

I.   In the case when a Board member is a member of another organization:

       a.  If the Board member is an Executive member of a presenting organization, the member may not participate in discussion or vote. With the exception of the member being directly addressed by the Chairperson and/or Vice Chairperson.

       b.  If the Board member is not an Executive member of a presenting organization, but still a member of the presenting organization, the member may not participate in discussion. With the exception of the member being directly addressed by the Chairperson and/or Vice Chairperson.

## Article VI : New Member Orientation & Training Session

A.  The session must be organized by the Chairperson and shall be attended by the executive board and newly selected members.

B.  During the session, new members will:

       a.  Review and understand the SABRC Constitution, Bylaws, and all operating procedures.

       b.  Go through a mock funding meeting, which will give new members first hand experience in how to prepare for their first funding meeting.

C.  This session is mandatory for all new members to achieve full voting right during their first funding hearings.

## Article VII: Investigation

7

A. The Chairperson may appoint an ad hoc committee composed of Board members to investigate any financial matter dealing with a funded student organization and report its findings to the Board.
B. In the event of a violation of standard rule, regulation, and/or fail to meet SABRC's policies or expectations, the Board shall determine a course of action to rectify the situation and to prevent such a situation from occurring in the future. Courses of action may include:
   a. Placing funds on hold;
   b. Revoking funds; and/or
   c. Refusal of funding for the following semester/year.
C. The Chairperson shall notify in writing the organization found in violation. If an organization wishes to appeal the ruling, it must first meet with an advisor to discuss the allocation decision. Should a resolution not be agreed upon, the organization may appeal to the Student Arbitration Board within seven (7) days of receipt of notification.

**Article VIII: Closed Meetings**

The portions of meetings described below are closed to the public:
A. Meetings held to consider information regarding appointment or dismissal of a Board member.
B. A budget meeting for the Board when deciding allocations for student organizations is under the scope of collective bargaining. Discussion is closed to the public but both voting and minutes are open to the public.
C. Investigative meetings of the Board regarding violation of funding.

**Article: IX. Amendments to Bylaws**

A. These By-laws can be amended at any meeting of the SABRC by a three-fourths (3/4) vote of the entire SABRC student membership, provided the amendments have been submitted to the Board in writing at least one (1) week prior to its presentation.
B. All amendments to these Bylaws must be submitted to the Vice President for Student Affairs of Bradley University for approval.
C. Any Bylaws of the Board and any resolutions, motions, or orders heretofore passed inconsistent with the provisions of these Bylaws are hereby null and void.

**SABRC Policies Discrimination Policy**

A. SABRC does not discriminate against any activity, event, or organization that complies with SABRC's constitution, bylaws, and policies.
B. Admission to all SABRC funded activities shall be open to all Bradley University students regardless of sex, race, religion, sexual orientation or ethnic background.
C. SABRC does not discriminate against any movie based on a rating system. Movies are funded based on merit.

8

**Confidentiality Policy**

A. Members must maintain confidentiality of requests, deliberations, or organizations' information until all requesting organizations are notified of SABRC's funding decisions. Failure to comply with this policy may result in removal from the Board.

**Organizational Costs**

A. SABRC shall not fund organizational costs or costs that are defined by SABRC as not being directly related to an activity to benefit campus. This can include any promotional material solely for an organization's benefit (e.g. banners).

**Conventions**

A. The use of funds for attending conventions, conferences and seminars will be judged by the value returned to the student body as a whole, with justification for funding received by the organization.

**Food and Beverage Policy**

Food and beverages are not funded for student activities of Bradley University except in the following cases:
A. Off campus conferences, conventions or seminars endorsed through SABRC for Bradley student delegates.
B. Receptions, hospitality and meals when contracted for guests of Bradley University. In the case of meals attended with guests, a maximum of two (2) students from the sponsoring organization may attend the meal with the guest(s) and have their food costs covered by SABRC. These costs will be limited to $20.00 per person, including tip. NOTE: The purchasing of alcoholic beverages with student activity funds is strictly prohibited.
C. All-campus food-oriented events will be judged on their own merit. The Board reserves the right to limit the number of these events.

**Legitimate Guest Costs**

The following items are considered legitimate expenses for invited guests of Bradley University:
A. Transportation - includes primary mode of transportation and any costs of on-ground travel in Peoria.
B. Meals - $20.00 per person *( see SABRC Policies: Food and Beverages)*
C. Lodging - only for night required for Bradley appearance.

9

D. Honorarium and fee for any guests who require payment of fees, honorarium, or expenses. There shall be a written contract prior to appearance to cover these expenses.

**Binding Agreements/Organizational Compliance**

A. All organizations that receive funding for SABRC funded activities must abide by the Policies, Constitution and Bylaws of SABRC.
B. Any deviations from these guidelines must be cleared with SABRC.
C. SABRC mandates that all contracts for SABRC-funded activities, programs or events must be contracted through the Director of Student Activities or his/her designee, who shall have the sole University authority to sign all legal agreements for activities funded by this Board. The Director of Student Activities shall designate faculty/staff members authorized to negotiate or enter into a contract for any SABRC funded event.
D. If any contracts or legal agreements are negotiated and entered by any unauthorized person, SABRC will not accept legal responsibility for these contracts or agreements.
E. The organization hosting the event is responsible for turning in any receipts for any transaction for the event in which allocated funding is used, to the Student Activities Office.
F. Failure to comply with any of these policies will result in the organization assuming the costs incurred, per University regulations.

**Capital Equipment**

A. Capital equipment shall be defined as non-expendable, movable or fixed units which are used in the operation of the organization and have a replacement value exceeding $25.00. Sound and lighting equipment are examples of capital equipment.
B. The Board will decide at its discretion whether or not an item qualifies as capital equipment.
C. Upon request of replacement capital equipment the organization is required to submit to SABRC a detailed capital equipment budget request form. The inventory report shall contain the projected remaining life of the asset along with estimated replacement cost.
D. Failure to submit this form may result in denial of funding for additional capital equipment.

**Administrative Costs**

A. SABRC will fund appropriate costs for supplies used for the administrative aspects of campus activities. SABRC will determine at its discretion whether a submitted cost is administrative in nature. Higher priority will be given to those administrative costs directly related to SABRC funded activities.

**Internal Activities**

10

A. All programs and costs funded through student activity fees should pay for programs that benefit the student body as a whole. Consequently, the Board does not fund organizational related activities outside of administrative costs.
B. Internal activities include, but are not limited to, cost of advertising for meetings, organizational parties, minutes, newsletters, and food at organizational events.

## Special Interest Group Activities

A. Special interest group activities may be funded, however, the funding of special interest group activities will be given low priority. Specifically, the Board will not fund any when the end financial results benefit a charitable organization or political candidate, campaign, or organization.

## Auto Travel

A. Reimbursement for automobile travel shall be limited to current University policy.

## Accommodation Request

A. The following clause shall be placed on every SABRC funded publicity:
If you need accommodations, please contact the Student Activities Office at 309-677-3050 or email studentactivities@fsmail.bradley.edu to request arrangements.

## Late Appeals

A. A Late Appeal shall be defined as to include those requests already funded, or not, which due to uncontrollable circumstances could not take place without additional funding, a merited activity that becomes available subsequent to the budgeting weekend or during the current semester, and/or those organizations wishing to appeal the SABRC decision if/when they are denied funding.
B. Each organization that submitted a late appeal request in accordance with late appeal policies will be scheduled to give an oral presentation of their budget request. Each organization will be given a scheduled time to present. Failure to do so without prior warning will result in loss of eligibility for funding of the specific request. Exceptions will be up to the discretion of the executive board and advisors.
C. After review of the budget, a decision will be made as to the funding of the appeal. The Board will not grant Late Appeals for an event that has already taken place. Requests must be reviewed at a Monthly Meeting least one (1) month prior to an event (if applicable), and may only be funded $3,500 or less.

## Allocations

A. Activities, programs, and expenses shall be reviewed and evaluated by the Board so that money is allocated in the best interest of Bradley students.
B. A guideline ceiling of $15.00 per person/participant, assuming realistic income figures based on anticipated income, is recommended for consideration for an SABRC subsidy. Organizations should realize that activities considered for funding may be reviewed on a cost per person basis.
C. SABRC will not extend funding for activities that will pay for themselves.

**Posting Policy**

A. All SABRC funded publicity or publicity for any SABRC funded event may be posted only in University approved posting areas. These postings must include the SABRC logo and the accommodation request clause.
B. Compliance and subsequent consequences shall be subject to the decision of the executive board and advisors.

**Purchasing**

A. All SABRC funded organizations must channel requisitions, purchase orders, purchase requests, and deposit any revenue generated from SABRC sponsored activities through the Student Activities Office (this includes admission fees and any other discretionary revenues obtained to help defer the costs of any SABRC sponsored activity).
B. Organizations shall submit deposits within the next business day after each SABRC sponsored activity. Failure to comply with these requirements will be in direct violation of SABRC rules and regulations and organizations may be subject to budget review. The purchase of un-approved items with SABRC funds will result in the organization's ineligibility to request funding until misused funds are returned to the SABRC.

**Standardization**

A. SABRC reserves the right to standardize promotion, hotel, meal, and other administrative costs to conform to current University prices. A list of standardized prices will be available to each organization.

**University Services**

A. SABRC will not fund organizations for activities or services that are similar to those provided by the University. Examples of such services include, but are not limited to, job fairs, study skills seminars and financial aid clinics.

**Spending Approval**

A. Although SABRC tries to be as flexible as possible in its budgeting process, all amounts costs for items must be approved prior to spending.
B. SABRC will not issue amounts for repair funds or miscellaneous expenses unless these items are approved, budgeted line items.
C. All changes to original budgeted line items must be submitted to, and approved by, the SABRC Executive Board.

**Co-sponsored Events**

A. Co-sponsored events which show significant increase in attendance of the event will be given a higher priority for consideration for funding, but are still subject to the same criteria as all programs evaluated by SABRC.
B. SABRC will define co-sponsorships in the following manner: the organization that directly appeals to SABRC for funds will be called the primary sponsor.
C. All funds for the co-sponsored event will be allocated to the primary sponsor.
D. The sponsor(s) of activities not directly appealing for funds for the activity will be termed to co-sponsor(s); no funds will be allocated to the co-sponsor(s) of the event.
E. Mutual interest must appear in all budgets containing the scheduled co-sponsored activity. This should be validated by completing the forms required, including name of program, names of all organizations and all required signatures. If these conditions are not met the event will not be considered co-sponsored, and funding will not be allocated as such.

**Attendance Fees**

A. The intent of SABRC funding is to sponsor activities for the Bradley student body. At all SABRC sponsored events, the Board recommends that an admission fee be charged to the general public to offset the costs of the students.
B. In the event that students are charged admission, the student shall be charged a lower fee than faculty/staff and the general public. The fee shall be set by the organization, and subject to SABRC approval.
C. All fees charged to attendees collected by the hosting organization must be submitted to the Student Activities Office no later than one (1) business day after the event. Failure to submit collected fees to the Student Activities Office within one (1) business day will result in referral to the Student Arbitration Board.
D. A Bradley student ID must be shown to take advantage of rate reductions. Any additional special rates must first be approved by SABRC.
E. Ticket giveaways for an event charging admittance fees (e.g. free tickets, promotional giveaways, comped tickets) may only be given to Bradley students. Any costs for ticket giveaways to the general public must be covered by the hosting organization, unless these are included in a rider or previously authorized for promotional purposes.

**Budget Requests**

A. SABRC wishes to serve student organizations better by efficiently completing the budgeting process. This process is delayed by budget requests that are late, poorly prepared, incomplete or inaccurate (including inflated attendance figures). The aforementioned budgets will be automatically deferred to the Late Appeal process for consideration.

**Finalizing the Program**

A. All contracts, dates and locations must be finalized through the Student Activities Office two (2) weeks prior to the event. SABRC reserves the right to hold funds for any event that does not abide by this policy.

**Post-Event Evaluations**

A. All funded organizations must complete the post-event evaluation form. Failure to complete the form within the timeframe listed on the signed SABRC Policies form will result in the forfeiture of the organization's Late Appeal opportunity for the following semester.

**SERF - Special Event Reserve Fund**

**Purpose**

A. To bring higher cost, higher quality programming to Bradley students.
B. Events should be designed to provide education and entertainment and be broad enough in scope so that a large number of Bradley students may benefit from the event.

**Nature of the Account**

A. The SERF account is a rollover account. If a balance exists at the end of the school year, that amount will be applied to the following year's account.
B. In order to qualify for SERF, it is recommended that an event reach a minimum total cost of $20,000 (including promotion and other costs to support the event) and a minimum expected attendance of 750 people. However, the amount funded from the SERF account is at the discretion of SABRC board members.

**Procedures**

Organizations appealing for SERF funds will do so in the following manner:
A. An initial contact must be made with the SABRC Chairperson. A screening committee consisting of the Director of Student Activities and their designees will meet with the organization(s) interested in appealing for a specific event through SERF. It is important

14

that organizations present adequate information regarding the event so the screening committee can examine feasibility and make a general evaluation of the program.

B. Organizations shall then present their application for funding to the Board during the funding meeting, or the Chairperson will call a special meeting to review the proposal. Organizations will be notified of the SABRC decision no later than three (3) business days after the hearing.

C. If the event is funded, the organization must contact the Director of Student Activities or their designee immediately in order to begin planning for the event. Only University personnel can initiate and negotiate contracts. If the Board votes that a funded program has changed significantly after allocation, the appealing organization will be asked to formally present budget changes and be present for a hearing.

D. Organizations can appeal for SERF money at any time (pending availability of funds).