E-FILED
Friday, 04 February, 2022  05:51:22 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

1:20-cv-01264-MMM-JEH # 41-1 Page 2 of 6



# ACADEMIC CALENDAR (ON CAMPUS)

*The academic calendars are subject to revision. Students should refer to the most recent Schedule of Classes for important dates each semester.*

## 2019-2020

### First Semester

August 19, Monday Reporting date for faculty
August 24, Saturday Residence halls open
August 28, Wednesday Classes begin
October 12, Saturday Fall Recess begins
October 16, Wednesday Classes resume
November 27, Wednesday Thanksgiving Recess begins (*no classes*)
December 2, Monday Classes resume
December 10, Tuesday Last day of classes
December 11, Wednesday Study Day
December 12, Thursday Final Examinations begin
December 18, Wednesday Final Examinations end
December 21, Saturday Commencement

### January Interim

January 2, Thursday First day of classes
Classes meet Monday-Saturday
January 20, Monday January Interim Ends

### Second Semester

January 13, Monday Reporting date for new faculty
January 19, Sunday Residence halls open
January 22, Wednesday Classes begin
March 14, Saturday Spring Recess begins
March 23, Monday Classes resume
May 5, Tuesday Last day of classes
May 6, Wednesday Study Day

Bradley 002193

1:20-cv-01264-MMM-JEH # 41-1  Page 3 of 6

May 7, Thursday Final Examinations begin

May 13, Wednesday Final Examinations end

May 16, Saturday Commencement

## Summer Sessions

May 18, Monday May Interim I begins; May Interim II begins

*No classes on Memorial Day Holiday*

June 5, Friday May Interim I ends

June 8, Monday Summer Session I begins

*No Classes on Fourth of July Holiday*

July 10, Friday Summer Session I ends; May Interim II ends

July 13, Monday Summer Session II begins

August 14, Friday Summer Session II ends

# 2020–2021

## First Semester

August 17, Monday Reporting date for faculty

August 22, Saturday Residence halls open

August 26, Wednesday Classes begin

October 10, Saturday Fall Recess begins

October 14, Wednesday Classes resume

November 25, Wednesday Thanksgiving Recess begins (*no classes*)

November 30, Monday Classes resume

December 8, Tuesday Last day of classes

December 9, Wednesday Study Day

December 10, Thursday Final Examinations begin

December 16, Wednesday Final Examinations end

December 19, Saturday Commencement

## January Interim

January 4, Monday First day of classes

Classes meet Monday – Saturday

January 18, Monday Final Examinations; January Interim ends

## Second Semester

January 11, Monday Reporting date for new faculty

January 17, Sunday Residence halls open

January 20, Wednesday Classes begin

March 13, Saturday Spring Recess begins

Bradley 002194

1:20-cv-01264-MMM-JEH # 41-1 Page 4 of 6

March 22, Monday Classes resume

May 4, Tuesday Last day of classes

May 5, Wednesday Study Day

May 6, Thursday Final Examinations begin

May 12, Wednesday Final Examinations end

May 15, Saturday Commencement

## Summer Sessions

May 17, Monday May Interim I begins;

Monday May Interim II begins

*No classes on Memorial Day holiday*

June 4, Friday May Interim I ends

June 7, Monday Summer Session I begins

*No classes on Fourth of July holiday*

July 9, Friday Summer Session I ends;

May Interim II ends

July 12, Monday Summer Session II begins

August 13, Friday Summer Session II ends

# 2021–2022

## First Semester

August 16, Monday Reporting date for faculty

August 21, Saturday Residence halls open

August 25, Wednesday Classes begin

October 9, Saturday Fall Recess begins

October 13, Wednesday Classes resume

November 24, Wednesday Thanksgiving Recess begins (*no classes*)

November 29, Monday Classes resume

December 7, Tuesday Last day of classes

December 8, Wednesday Study Day

December 9, Thursday Final Examinations begin

December 15, Wednesday Final Examinations end

December 18, Saturday Commencement

## January Interim

January 4, Tuesday First day of classes

Classes meet Monday – Saturday

January 17, Monday Final Examinations; January Interim ends

Bradley 002195

## Second Semester

January 10, Monday Reporting date for new faculty

January 15, Sunday Residence halls open

January 19, Wednesday Classes begin

March 12, Saturday Spring Recess begins

March 21, Monday Classes resume

May 3, Tuesday Last day of classes

May 4, Wednesday Study Day

May 5, Thursday Final Examinations begin

May 11, Wednesday Final Examinations end

May 14, Saturday Commencement

## Summer Sessions

May 16, Monday May Interim I begins; Monday May Interim II begins

*No classes on Memorial Day Holiday*

June 3, Friday May Interim I ends

June 6, Monday Summer Session I begins

*No classes on Fourth of July Holiday*

July 8, Friday Summer Session I ends; May Interim II ends

July 11, Monday Summer Session II begins

August 12, Friday Summer Session II ends

# 2022–2023

## First Semester

August 15, Monday Reporting date for faculty

August 20, Saturday Residence halls open

August 24, Wednesday Classes begin

October 8, Saturday Fall Recess begins

October 12, Wednesday Classes resume

November 23, Wednesday Thanksgiving Recess begins (*no classes*)

November 28, Monday Classes resume

December 6, Tuesday Last day of classes

December 7, Wednesday Study Day

December 8, Thursday Final Examinations begin

December 14, Wednesday Final Examinations end

December 17, Saturday Commencement

## January Interim

Bradley 002196

January 3, Tuesday First day of classes

Classes meet Monday – Saturday

January 16, Monday Final Examinations; January Interim ends

## Second Semester

January 9, Monday Reporting date for new faculty

January 15, Sunday Residence halls open

January 18, Wednesday Classes begin

March 11, Saturday Spring Recess begins

March 20, Monday Classes resume

May 2, Tuesday Last day of classes

May 3, Wednesday Study Day

May 4, Thursday Final Examinations begin

May 10, Wednesday Final Examinations end

May 13, Saturday Commencement

## Summer Sessions

May 15, Monday May Interim I begins; Monday May Interim II begins

*No classes on Memorial Day Holiday*

June 2, Friday May Interim I ends

June 5, Monday Summer Session I begins

*No classes on Fourth of July Holiday*

July 7, Friday Summer Session I ends; May Interim II ends

July 10, Monday Summer Session II begins

August 11, Friday Summer Session II ends

---

*This is the official catalog for the 2019-2020 academic year. This catalog serves as a contract between a student and Bradley University. Should changes in a program of study become necessary prior to the next academic year every effort will be made to keep students advised of any such changes via the Dean of the College or Chair of the Department concerned, the Registrar's Office, u.Achieve degree audit system, and the Schedule of Classes. It is the responsibility of each student to be aware of the current program and graduation requirements for particular degree programs.*

Bradley 002197