E-FILED
Friday, 04 February, 2022 05:51:23 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B

Menu                         *2019 - 2020 Rates*

## Student Financial Services

Home / Offices / Other / Student Financial Services / Charges & Payment Options / Tuition & Fees /

### Charges & Payment Options
- Tuition & Fees
- Housing & Meal Plans
- Payment Options & Due Dates
- Online Viewing & Payment
- Billing Information
- Other Services

Financial Assistance

Educational Borrowing

SFSnews

1098-T Information

Calendar

**Financial Assistance**
Swords Hall 100
(309) 677-3089
(309) 677-2798 FAX
bufinaid@fsmail.bradley.edu

**Office of the Bursar**
Swords Hall 100
(309) 677-3120
(309) 677-4062 FAX
stufees@bradley.edu

# Tuition & Fees

## Undergraduate Tuition*

### Full Time Charges *2019-2020*
| | |
|---|---|
| Tuition (12-16 credit hours per semester) | $34,200 |
| Room & Board | $10,940 |
| Activity & Health Fee | $410 |
| TOTAL | $45,550 |

These expenses comprise the direct costs of attending Bradley University. Some courses may require additional course fees. Credit hours in excess of 16 per semester result in additional charges of $800/hr. The amount you will spend on books and supplies, transportation, and personal expenses, will average an additional $3440.

### Part Time Charges *2019-2020* (Including May, Summer, and January Interim)
| | |
|---|---|
| 1–7 hrs. | $910 /sem. hr. |
| 7 1/2–11 1/2 hrs. | $1040 /sem. hr. |

## Other Fees

### Activity fee
$85/sem. - all undergraduate students with 9 hours or more
$25/sem. - all graduate students except Doctor of Physical Therapy and Executive MBA

### Health fee
$120 /sem. (for all students with 7 hours or more)

### Applied music fee
Full-time students $180 per semester; Part-time students $280 per hour.

### Engineering tuition surcharge
A surcharge of $50 per semester hour will be assessed for all classes taught under the direction of the College of Engineering and Technology.

### Nursing Simulation
A surcharge of $50 per course will be assessed on the following courses: NUR 203, 207, 307, 309, 315, 317, 403, 409, 411, 413, 417.

### Class and lab fees
Please consult your instructor regarding various additional fees (e.g. art fees, chemistry breakage fees, etc.)

### Excess hours
With the exception of the courses noted below, any credit hours in excess of 16 will be charged at the rate of $820 per credit hour.

Credit courses for which no charge is made if they cause excess hours:
ART 220, 221; Music 141, 142, 143, 144, 145, 146, 309, 310, 327, 328, 341, 342, 343, 344, 345, 346, 375, 376; HON 100, 101; LAS 101, 305; EHS 120, 305; CFA 100, 101, 305; THE 107, 108, 207, 208, 307, 308, 407, 408.

## Graduate Tuition

### Traditional Graduate Programs *2019-2020*
| | |
|---|---|
| Tuition | $910 /sem. hr. |
| Activity Fee | $50/yr. ($25/sem.) |

### Doctor of Physical Therapy-Fall 2019 Cohort
| | |
|---|---|
| Tuition | $72,000 ($24,000/yr.) |

### Master of Science Dietetics Internship Program
| | |
|---|---|
| Tuition | $38,500 ($19,250/yr.) |

* Subject to approval by Bradley University Board of Trustees

### Registration process fee
A $50 registration processing fee is assessed on students whose initial registrations occur after the semester's first payment due date and students who re-register after their classes are dropped for failure to make payment arrangements by the first payment date.

### Late payment fee
A $25 fee is assessed on DPP payments made more than three days past due date. A $40 fee is assessed on MIPP payments made more than three days past the due date.

### Audited class fee
Any admitted undergraduate or graduate student, full or part time, pays the same fee to audit a course as to take the course for credit. Fees are not included in tuition charged at registration. Audit forms are available from the college deans or the Registrar's Office beginning the first day of classes.

### Proficiency exams and department exams
$50/course

### Payment Return Policy
For a payment to Bradley, by check or online, or a check cashed by a student, the student's billing account will be charged for the returned payment. A $25 processing fee will be applied for NSF checks or online payments, closed accounts and online "unable to locate accounts". Notice will be provided to the student of the payment status. Payment is expected immediately after the notification of the returned check or online payment. In addition, a hold will be placed on the student's account in Student Billing.

Bradley 001876