# EXHIBIT C



1501 W. Bradley Avenue, Peoria, IL 61625

(309) 677-3120     (309) 677-4062 Fax

| Schedule of Classes | | | | Course | | Surcharge | |
|---|---|---|---|---|---|---|---|
| Course | Num | Sec | Hrs | Flat | Per Hr | Flat | Per Hr |
| BIO | 250 | 01 | 4.0 | 0.00 | 0.00 | 50.00 | 0.00 |
| BIO | 250 | B | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| BIO | 260 | 01 | 1.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| BIO | 484 | 01 | 4.0 | 0.00 | 0.00 | 150.00 | 0.00 |
| BIO | 484 | B | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| I S | 330 | 01 | 3.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| RLS | 320 | 01 | 3.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Hours:** | | | 15.0 | | | | |
| **Total Billed Hours:** | | | 15.0 | | | | |

Orion Michael Eddlemon
4321 N Nelson Dr
Peoria IL 61614-5635

### Tuition, Fees & Other Charges

| | | | |
|---|---|---|---|
| Spring Semester 2020 | 2020-01-22 | Tuition | 17,100.00 |
| Spring Semester 2020 | 2020-01-22 | Course Surcharges | 200.00 |
| Spring Semester 2020 | 2019-12-21 | Activity Fee | 85.00 |
| Spring Semester 2020 | 2019-12-21 | Health Fee | 120.00 |
| | | Subtotal: | 17,505.00 |

### Payments, Financial Assistance & Other Credits

| | | | |
|---|---|---|---|
| Spring Semester 2020 | 2019-12-21 | BU Transfer/Cornell Scholarship | -2,500.00 |
| Spring Semester 2020 | 2019-12-21 | Presidential Transfer Scholarship | -3,500.00 |
| Spring Semester 2020 | 2019-12-21 | Federal Direct Stafford Unsub Loan | -3,711.00 |
| Spring Semester 2020 | 2019-12-21 | Federal Direct PLUS Loan | -10,648.00 |
| | | Subtotal: | -20,359.00 |

### Other Activity

| | | | |
|---|---|---|---|
| Spring Semester 2020 | 2020-01-22 | Refund for Credit Balance | 2,854.00 |
| | | Subtotal: | 2,854.00 |

| | |
|---|---|
| Semester Charges | 17,505.00 |
| Semester Financial Aid and Payments | -20,359.00 |
| Adjustments | 2,854.00 |

Net Balance Due
Payment in Full:

If your schedule or financial assistance has changed, you must contact the Office of the Bursar immediately to request a revised bill. You will be responsible for all costs and fees associated with collection.

| | |
|---|---|
| Student ID: | 298416 |
| Bill Period: | Spring Semester 2020 |
| Bill Cycle: | 1 |
| Invoice ID: | 772036 |
| Invoice Date: | 2020-01-22 |
| Print Date: | 2021-12-02 |
| Due Date: | 2020-01-10 |



ORION0010

| Minimum Due: | 0.00 |
|---|---|
| DIPP-4 | WEB BILL |

CONFIDENTIAL

ORION0011