E-FILED
Friday, 04 February, 2022  05:51:23 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT E

  


1501 W. Bradley Avenue, Peoria, IL 61625
(309) 677-3120     (309) 677-4062 Fax

**Orion Michael Eddlemon**
**4321 N Nelson Dr**
**Peoria IL 61614-5635**

| Schedule of Classes | | | | Course | | Surcharge | |
|---|---|---|---|---|---|---|---|
| Course | Num | Sec | Hrs | Flat | Per Hr | Flat | Per Hr |
| BIO | 260 | 01 | 1.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| BMS | 320 | 01 | 3.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| BMS | 465 | 01 | 3.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHM | 360 | 01 | 3.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| CIS | 300 | 01 | 3.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| PHL | 350 | 01 | 3.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Hours:** | | | **16.0** | | | | |
| **Total Billed Hours:** | | | **16.0** | | | | |

### Tuition, Fees & Other Charges

| | | | |
|---|---|---|---|
| Fall Semester 2019 | 2019-08-16 | Tuition | 17,100.00 |
| Fall Semester 2019 | 2019-06-15 | Activity Fee | 85.00 |
| Fall Semester 2019 | 2019-06-15 | Health Fee | 120.00 |
| | | Subtotal: | 17,305.00 |

### Payments, Financial Assistance & Other Credits

| | | | |
|---|---|---|---|
| Fall Semester 2019 | 2019-08-03 | Federal Direct PLUS Loan | -10,648.00 |
| Fall Semester 2019 | 2019-06-15 | BU Transfer/Cornell Scholarship | -2,500.00 |
| Fall Semester 2019 | 2019-06-15 | Presidential Transfer Scholarship | -3,500.00 |
| Fall Semester 2019 | 2019-06-15 | Federal Direct Stafford Unsub Loan | -3,711.00 |
| | | Subtotal: | -20,359.00 |

### Other Activity

| | | | |
|---|---|---|---|
| Fall Semester 2019 | 2019-08-28 | Refund for Credit Balance | 3,054.00 |
| | | Subtotal: | 3,054.00 |

| | |
|---|---|
| Semester Charges | 17,305.00 |
| Semester Financial Aid and Payments | -20,359.00 |
| Adjustments | 3,054.00 |

Net Balance Due

Payment in Full:

If your schedule or financial assistance has changed, you must contact the Office of the Bursar immediately to request a revised bill. You will be responsible for all costs and fees associated with collection.

| | |
|---|---|
| Student ID: | 298416 |
| Bill Period: | Fall Semester 2019 |
| Bill Cycle: | 1 |
| Invoice ID: | 740905 |
| Invoice Date: | 2019-08-16 |
| Print Date: | 2021-12-02 |
| Due Date: | 2019-08-01 |
| Minimum Due: | 0.00 |
| DIPP-4 | WEB BILL |

CONFIDENTIAL

ORION0009



1501 W. Bradley Avenue, Peoria, IL 61625
(309) 677-3120    (309) 677-4062 Fax

| Schedule of Classes | | | | Course | | Surcharge | |
|---|---|---|---|---|---|---|---|
| Course | Num | Sec | Hrs | Flat | Per Hr | Flat | Per Hr |
| BIO | 250 | 01 | 4.0 | 0.00 | 0.00 | 50.00 | 0.00 |
| BIO | 250 | B | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| BIO | 260 | 01 | 1.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| BIO | 484 | 01 | 4.0 | 0.00 | 0.00 | 150.00 | 0.00 |
| BIO | 484 | B | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| I S | 330 | 01 | 3.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| RLS | 320 | 01 | 3.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Hours:** | | | **15.0** | | | | |
| **Total Billed Hours:** | | | **15.0** | | | | |

**Orion Michael Eddlemon**
**4321 N Nelson Dr**
**Peoria IL 61614-5635**

| Tuition, Fees & Other Charges | | | |
|---|---|---|---|
| Spring Semester 2020 | 2020-01-22 | Tuition | 17,100.00 |
| Spring Semester 2020 | 2020-01-22 | Course Surcharges | 200.00 |
| Spring Semester 2020 | 2019-12-21 | Activity Fee | 85.00 |
| Spring Semester 2020 | 2019-12-21 | Health Fee | 120.00 |
| | | Subtotal: | 17,505.00 |

| Payments, Financial Assistance & Other Credits | | | |
|---|---|---|---|
| Spring Semester 2020 | 2019-12-21 | BU Transfer/Cornell Scholarship | -2,500.00 |
| Spring Semester 2020 | 2019-12-21 | Presidential Transfer Scholarship | -3,500.00 |
| Spring Semester 2020 | 2019-12-21 | Federal Direct Stafford Unsub Loan | -3,711.00 |
| Spring Semester 2020 | 2019-12-21 | Federal Direct PLUS Loan | -10,648.00 |
| | | Subtotal: | -20,359.00 |

| Other Activity | | | |
|---|---|---|---|
| Spring Semester 2020 | 2020-01-22 | Refund for Credit Balance | 2,854.00 |
| | | Subtotal: | 2,854.00 |

| | |
|---|---|
| Semester Charges | 17,505.00 |
| Semester Financial Aid and Payments | -20,359.00 |
| Adjustments | 2,854.00 |

Net Balance Due

Payment in Full:

If your schedule or financial assistance has changed, you must contact the Office of the Bursar immediately to request a revised bill. You will be responsible for all costs and fees associated with collection.

| Student ID: | 298416 |
|---|---|
| Bill Period: | Spring Semester 2020 |
| Bill Cycle: | 1 |
| Invoice ID: | 772036 |
| Invoice Date: | 2020-01-22 |
| Print Date: | 2021-12-02 |
| Due Date: | 2020-01-10 |



ORION0010

| Minimum Due: | 0.00 |
|---|---|
| DIPP-4 | WEB BILL |

CONFIDENTIAL

ORION0011



1501 W. Bradley Avenue, Peoria, IL 61625
(309) 677-3120      (309) 677-4062 Fax

| Schedule of Classes | | | | | Course | | Surcharge | |
|---|---|---|---|---|---|---|---|---|
| Course | Num | Sec | Hrs | Flat | Per Hr | Flat | Per Hr | |
| AST | 300 | 02 | 3.0 | 10.00 | 0.00 | 0.00 | 0.00 |
| BIO | 468 | 01 | 4.0 | 0.00 | 0.00 | 50.00 | 0.00 |
| COM | 103 | 03 | 3.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| ENG | 305 | 02 | 3.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Hours:** | | | **13.0** | | | | |
| **Total Billed Hours:** | | | **13.0** | | | | |

**Orion Michael Eddlemon**
**4321 N Nelson Dr**
**Peoria IL 61614-5635**

| Tuition, Fees & Other Charges | | | | |
|---|---|---|---|---|
| Fall Semester 2020 | 2020-11-11 | Tuition | | 17,530.00 |
| Fall Semester 2020 | 2020-11-11 | Course Fees | | 10.00 |
| Fall Semester 2020 | 2020-11-11 | Course Surcharges | | 50.00 |
| Fall Semester 2020 | 2020-08-29 | Activity Fee | | 85.00 |
| Fall Semester 2020 | 2020-08-29 | Health Fee | | 125.00 |
| | | | Subtotal: | 17,800.00 |

| Payments, Financial Assistance & Other Credits | | | | |
|---|---|---|---|---|
| Fall Semester 2020 | 2020-11-11 | Financial Assistance - Current Semester Summary | | -20,776.00 |
| | | | Subtotal: | -20,776.00 |

| Other Activity | | | | |
|---|---|---|---|---|
| Fall Semester 2020 | 2020-09-09 | Refund for Credit Balance | | 2,976.00 |
| | | | Subtotal: | 2,976.00 |

| | |
|---|---|
| Semester Charges | 17,800.00 |
| Semester Financial Aid and Payments | -20,776.00 |
| Adjustments | 2,976.00 |

Net Balance Due

Payment of $0.00 is due upon receipt of the bill. In the event this account is not paid in full as required, you agree to pay for all costs associated with collection.

If your schedule or financial assistance has changed, you must contact the Office of the Bursar immediately to request a revised bill. You will be responsible for all costs and fees associated with collection.

| Student ID: | 298416 |
|---|---|
| Bill Period: | Fall Semester 2020 |
| Bill Cycle: | 4 |
| Invoice ID: | 816390 |
| Invoice Date: | 2020-11-11 |
| Print Date: | 2021-12-02 |
| Due Date: | 2020-12-04 |
| Minimum Due: | 0.00 |
| DIPP-4 | WEB BILL |





1501 W. Bradley Avenue, Peoria, IL 61625
(309) 677-3120     (309) 677-4062 Fax

**Orion Michael Eddlemon**
**4321 N Nelson Dr**
**Peoria IL 61614-5635**

| Schedule of Classes | | | | Course | | Surcharge | |
|---|---|---|---|---|---|---|---|
| Course | Num | Sec | Hrs | Flat | Per Hr | Flat | Per Hr |
| APL | 183 | 01 | 1.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| BMS | 466 | 01 | 4.0 | 0.00 | 0.00 | 500.00 | 0.00 |
| BMS | 490 | 01 | 1.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| PHL | 403 | 01 | 3.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| RLS | 225 | 01 | 3.0 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Hours:** | | | **12.0** | | | | |
| **Total Billed Hours:** | | | **12.0** | | | | |

| Tuition, Fees & Other Charges | | | | |
|---|---|---|---|---|
| Spring Semester 2021 | 2021-03-10 | Tuition | | 17,530.00 |
| Spring Semester 2021 | 2021-03-10 | Applied Music Fee | | 190.00 |
| Spring Semester 2021 | 2021-03-10 | Course Surcharges | | 500.00 |
| Spring Semester 2021 | 2021-02-13 | Activity Fee | | 85.00 |
| Spring Semester 2021 | 2021-02-13 | Health Fee | | 125.00 |
| | | | Subtotal: | 18,430.00 |

| Payments, Financial Assistance & Other Credits | | | | |
|---|---|---|---|---|
| Spring Semester 2021 | 2021-03-10 | Financial Assistance - Current Semester Summary | | -20,776.00 |
| | | | Subtotal: | -20,776.00 |

| Other Activity | | | | |
|---|---|---|---|---|
| Spring Semester 2021 | 2021-01-27 | Refund for Credit Balance | | 2,346.00 |
| | | | Subtotal: | 2,346.00 |

| | |
|---|---|
| Semester Charges | 18,430.00 |
| Semester Financial Aid and Payments | -20,776.00 |
| Adjustments | 2,346.00 |

Net Balance Due
If your schedule or financial assistance has changed, you must contact the Office of the Bursar immediately to request a revised bill. You will be responsible for all costs and fees associated with collection.

| Student ID: | 298416 |
|---|---|
| Bill Period: | Spring Semester 2021 |
| Bill Cycle: | 3 |
| Invoice ID: | 849179 |
| Invoice Date: | 2021-03-10 |
| Print Date: | 2021-12-02 |
| Due Date: | 2021-04-02 |
| Minimum Due: | 0.00 |
| DIPP-4 | WEB BILL |



ORION0013