# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **JANE DOE**, individually and on behalf of all others similarly situated,<br><br>              **Plaintiff,**<br><br>  v.<br><br>**BRADLEY UNIVERSITY**, an Illinois not-for-profit corporation,<br><br>              **Defendant.** | Case No. 1:20-cv-01264-MMM-JEH |

**DEFENDANT'S FIRST SUPPLEMENTAL RESPONSES
TO PLAINTIFF'S FIRST INTERROGATORIES**

Defendant, Bradley University (the "University"), by and through its counsel of record, hereby supplements its answers and objections to Plaintiff's First Interrogatories as follows:

3. Identify each and every student who registered to take in-person courses for the Spring 2020 semester who paid any amount of tuition.

**ANSWER:** The University objects to this Interrogatory because the University is prohibited from disclosing this information under the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g ("FERPA"), and its implementing regulations, 34 C.F.R. Part 99. The University further objects to this Interrogatory as overly broad, unduly burdensome, not limited in scope, and disproportionate to the needs of the case, insofar as it is unnecessary to provide the identities of putative class members or information regarding individual putative class members' claims prior to certification of the putative class.

Without waiving the foregoing objections, the University had previously agreed to provide a public student directory for the Spring 2020 semester. Upon further investigation, the University does not have a public student directory for the Spring 2020 semester but instead has only a searchable student database. The University objects to producing the database pursuant to its

1

aforementioned objections. However, the University can confirm that the database contains the following categories of information: name, University ID, and University email address. For the Spring 2020 semester, the database contained this information for 7,759 students.

4. Identify each and every student who registered to take in-person courses for the Spring 2020 semester who paid any amount of student fees.

**ANSWER:** The University objects to this Interrogatory because the University is prohibited from disclosing this information under the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g ("FERPA"), and its implementing regulations, 34 C.F.R. Part 99. The University further objects to this Interrogatory as overly broad, unduly burdensome, not limited in scope, and disproportionate to the needs of the case, insofar as it is unnecessary to provide the identities of putative class members or information regarding individual putative class members' claims prior to certification of the putative class.

Without waiving the foregoing objections, the University had previously agreed to provide a public student directory for the Spring 2020 semester. Upon further investigation, the University does not have a public student directory for the Spring 2020 semester but instead has only a searchable student database. The University objects to producing the database pursuant to its aforementioned objections. However, the University can confirm that the database contains the following categories of information: name, University ID, and University email address. For the Spring 2020 semester, the database contained this information for 7,759 students.

Dated: July 22, 2021                  Respectfully submitted,

**BRADLEY UNIVERSITY**

By: /s/ *Kara E. Angeletti*
Gregory E. Ostfeld (Attorney No. 6257163)
ostfeldg@gtlaw.com
Tiffany S. Fordyce (Attorney No. 235063)
fordycet@gtlaw.com
Kara E. Angeletti (Attorney No. 6329388)
angelettik@gtlaw.com
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400

*Attorneys for Bradley University*

**VERIFICATION**

Dennis Koch, being duly sworn, states that he is the Associate Controller of Bradley University; that he is an authorized agent for the purpose of executing this document on behalf of Bradley University; that while he does not have personal knowledge of all of the facts recited in the foregoing document, the statements and information made herein have been collected and made available to him by counsel and employees of Bradley University; that the information contained herein is true and correct to the best of his knowledge and belief and the document is, therefore, verified on behalf of Bradley University.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 21 day of July, 2021.

*Dennis Koch* (signature)

Dennis Koch

4

## **CERTIFICATE OF SERVICE**

      I, Kara E. Angeletti, certify that on July 22, 2021, I caused to be served electronically a true and correct copy of the **Defendant's First Supplemental Responses to Plaintiff's First Interrogatories** on all counsel of record.

                                              /s/ *Kara E. Angeletti*
                                              One of Defendant's Attorneys