# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **ORION EDDLEMON,** individually and on behalf of all others similarly situated, | Case Number: 1:20-cv-01264-MMM-JEH |
| **Plaintiff,** | |
| v. | JURY TRIAL DEMANDED |
| **BRADLEY UNIVERSITY,** an Illinois not-for-profit corporation, | |
| **Defendant.** | |

### DECLARATION OF JANET R. VARNELL
### IN SUPPORT OF PLAINTIFF'S MOTION
### FOR CLASS CERTIFICATION

I, Janet R. Varnell, declare as follows:

1) I am the founding partner in the law firm of Varnell & Warwick, P.A. ("V&W"), counsel of record for Plaintiffs in this matter. I am admitted to practice before this Court and am a member of the state bars of Florida and Alabama. I respectfully submit this declaration in support of the Motion for Class Certification.

2) V&W is headquartered in Florida focusing primarily on consumer protection, access to justice, civil rights and other areas of high-impact public interest litigation. The attorneys of V&W have been appointed lead or co-lead class counsel in more than 50 class action cases certified in both state and federal courts across the nation. V&W has prosecuted and tried to jury trial a variety of multi-million-dollar civil disputes. Because of the public interest issues involved and the impact of these cases, they are routinely appealed to the highest courts of last resort, including the United States Supreme Court. On appeal, V&W is either lead appellate counsel or actively participates in all appeals. The defendants in these cases have included governmental entities and corporations of marketplace significance such as AT&T, Asplundh, Bank of America,

1

Capital One, Centene Insurance, Citibank, Discover Bank, General Electric Capital Corp., HSBC, Home Depot, Mercedes Benz, Progressive Insurance, Shell Oil Company, State Farm Insurance, and Sallie Mae.

3) I am the lead attorney from V&W in the case at bar and other attorneys within my firm have worked on this matter under my direct supervision. Since the beginning of my career in 1995 and since founding V&W in 2001, I have concentrated my practice on consumer protection litigation and class actions.

4) I received a B.A., with high honors, from Eckerd College in 1991. My concentration was in computational neurobiology. In 1995, I received my J.D. from Florida State University College of Law, also with high honors. I was admitted to the Florida Bar in 1995 and am a member in good standing. I am admitted to practice law before all courts of the state of Florida; the state of Alabama, the United States District Courts in and for the Northern, Middle, and Southern Districts of Florida; the Eleventh Circuit Court of Appeals; the Fourth Circuit Court of Appeals; Fifth Circuit Court of Appeals; and the United States Supreme Court. I have been admitted *pro hac vice* to state and federal trial courts across the country.

5) I am an active leader in public interest and consumer protection organizations and have been throughout my career. Currently, I serve as an officer of the Board of Directors for the Public Justice Foundation, which runs the nation's preeminent public interest law firm. I am also on the Partners Council of the National Consumer Law Center in Washington, D.C., which is the nation's leading consumer advocacy organization. I am the former Co-Chair of the National Association of Consumer Advocates. I have litigated with and on behalf of numerous other public interest organizations, legal services and consumer groups. I have also served on and am the former Chairperson of the Florida Bar's Consumer Protection Law Standing Committee and served as a committee member and former chair of the Florida Bar's grievance committee for my Circuit. I

am a mediator/arbitrator for the Florida Bar Attorney Fee Dispute Resolution Program. I have nominated multiple times by the Florida Bar Association to be on Judicial Nominations Commission. I have delivered numerous presentations on consumer protection law and class action litigation strategies for consumer groups, public interest organizations, state bar associations, and other charitable organizations throughout my career.

6) V&W enjoys an exceptional reputation throughout the country among courts and colleagues working on public interest and consumer protection matters. Most notably, in 2019 was awarded "Consumer Lawyer of the Year" by the Florida Bar. Along with my litigation team, I received the "2018 Trial Lawyer of the Year Award" from the Public Justice Foundation. This nationally recognized award was presented for our class action work protecting consumers from the payday loan industry in the matter of *Inetianbor v. CashCall*, in the Southern District of Florida. That case was settled in conjunction with the Florida State Attorney General's Office and the Florida Department of Financial Regulation, an incredibly rare collaboration between governmental regulators and a private law firm resulting in one of the largest recoveries for consumers in the history of Florida. I was awarded Consumer Advocate of the Year in 2009 by the National Association of Consumer Advocates.

7) V&W has been appointed by many federal and state courts to serve as class counsel in litigation throughout the nation, including but not limited to:

- *Allen v. AT&T,* United States District Court, Eastern District of Oklahoma, CIV-00- 023-S;

- *Baez v. LTD Financial Services, L.P.,* United States District Court, Middle District of Florida, 6:15-cv-1043;

- *Bayhylle, et al. v. Jiffy Lube International*, District Court for Cherokee County, Oklahoma, CJ-2002-352;

- *Bennett v. Coggin Cars, LLC*, Circuit Court of Duval County, Florida, 2004-CA-002883;

3

- *Briles v. Tiburon Financial, LLC, et al.,* United States District Court of Nebraska, 8:15-cv- 00241;

- *Brown v. Johnson Distributors, et al.,* General Court of Justice Superior Court Division, State of North Carolina, County of Mecklenburg, 16-CVS-3445;

- *Brotz v. Simms Associates,* United States District Court for the Middle District of Florida, 6:17- cv-01603-PGB-EJK;

- *Bryant v. World Imports U.S.A., Inc., d/b/a World Imports,* Circuit Court of Duval County, Florida, 2015-CA-005185;

- *Burrow, et al. v. Forjas-Taurus SA and Braztech International, L.C.*, United States District Court, Southern District of Florida, 1:16-cv-21606-EGT;

- *Covey v. American Safety Council, Inc. d/b/a Florida Online Traffic School*, Circuit Court of Orange County, Florida, 10-CA-009781;

- *Ebreo v. Vystar Credit Union,* Circuit Court of Duval County, Florida, 2014-CA-000365;

- *Ferrari v. Autobahn, Inc., et al.,* United States District Court for the Northern District of California, 4:17-CV-00018-YGR;

- *Friedman v. Guthy-Renker,* United States District Court, Central District of California, 2:14-cv-06009;

- *Gagnon v. Kia Autosport of Pensacola, Inc., et al.,* Circuit Court of Escambia County, Florida, 2014-CA-000084;

- *Law Offices of Henry E. Gare, P.A. v Healthport Technologies, LLC,* Circuit Court of Duval County, Florida, 2011-CA-010202;

- *Grant v. Ocwen Loan Servicing, LLC*, United States District Court, Middle District of Florida, 3:15-cv-01376-MMH-PDB;

- *Gjolaj v. Global Concepts Limited, Inc.,* United States District Court, Southern District of Florida, 1:12-cv-23064;

- *Hardy v. N.S.S. Acquisition Corp.*, Circuit Court of Palm Beach County Florida, CL-99- 8628 AO;

- *Holt v. HHH Motors, Inc.,* Circuit Court of Duval County, Florida, 2012-CA-010179;

- *Inetianbor v. CashCall and John Paul Reddam*, United Stated District Court

4

Southern District of Florida, 13-60066 – CIV – COHN

- *Ioime, et al., v. Blanchard, Merriam, Adel & Kirkland, P.A.,* United States District, Middle District of Florida, 5:15-cv-13-Oc-30PRL;

- *Jackson v. Worthington Ford of Alaska, Inc.,* Superior Court for the State of Alaska, Third Judicial District at Anchorage, 3AN-13-08258;

- *Kearney, et al., v. Direct Buy Associates, et al.,* Superior Court of the State of California for the County of Los Angeles, Central Civil West, BC539094;

- *Kilby, et al., v. Camaron at Woodcrest, LLC, et al.,* Circuit Court of Leon County Florida, 2013-CA-001300;

- *Koster, et al. v. Fidelity Assurance Associates, LLC, et al.,* Circuit Court of Lake County Florida, 2010-CA-003482;

- *Lankhorst v. Independent Savings Plan Company d/b/a ISPC,* United States District Court, Middle District of Florida, 3:11-cv-390-MMH-JRK;

- *McClure v. Avenue Motors, LTD*, Circuit Court of Duval County, Florida, 07-CA-009207;

- *Napoleon v. Worthington Imports of Alaska, Inc. d/b/a Mercedes Benz of Anchorage,* Superior Court for the State of Alaska, Third Judicial District at Anchorage, 3AN-14-09617 CI;

- *Newlin v. Florida Commerce Credit Union*, United States District Court, Northern District of Florida, 4:11-cv-00080-RH-WCS;

- *Neese, et al. v. Lithia Chrysler Jeep of Anchorage, Inc., et al.,* Superior Court in Anchorage Alaska, 3AN-06-4815;

- *Palasack v. Asbury Auto Group*, Circuit Court of Pulaski County, Arkansas, CV02-12712;

- *Page v. Panhandle Automotive, Inc.,* Circuit Court of Bay County, Florida, 11-CA- 1611;

- *Parish v. California Style, Inc., et al.*, District Court of Sequoyah County, Oklahoma, CJ- 00-342;

- *Petersen v. American General Life Ins. Co.*, United States District Court, Middle District of Florida, 3:14-cv-100-J-39JBT;

- *Peterson v. Progressive Corporation*, Court of Common Pleas, Cuyahoga County,

5

- Ohio, CV- 03-510154;

- *Pool, et al. v. Rexall Sundown*, District Court of Sequoyah County, Oklahoma, CJ-2002-1253;

- *Plummer v. United Auto Group, Inc., et al.*, Circuit Court of Pulaski County, Arkansas, CV02-11804;

- *Prindle v. Carrington Mortgage Services, LLC,* United States District Court, Middle District of Florida, 3:13-cv-01349

- *Reynolds v. Jim Moran & Associates*, Circuit Court of Wakulla County Florida, 04-CA- 259;

- *Riley v Home Retention Services, Inc. et al.,* United States District Court, Southern District of Florida, 2014-CV-20106;

- *Matthew W. Sowell, P.A. v. Bactes Imaging Solutions, Inc.*, Circuit Court of Duval County, Florida, 09-CA-018050;

- *St. John v. The Progressive Corporation*, Common Pleas Court of Cuyahoga County, Ohio, 392581;

- *Tate v. Navy Federal Credit Union,* Circuit Court of Duval County, Florida, 14-CA- 000756;

- *Webb v. Touch of Class Catalog, Inc.*, District Court of Sequoyah County, Oklahoma, CJ-2000-306;

- *West v. City Auto Group-Tallahassee, LLC d/b/a City Hyundai*, Circuit Court of Leon County, Florida, 2012-CA-042109;

- *Williams v. New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, Inc.*, United States District Court, Middle District of Florida, 3:17-cv-570-25JRK;

- *Williams v. Tallahassee Property Investors, LLC and Apartment Management Consultants, L.L.C.*, Circuit Court of Leon County, Florida, 2015-CA-002097;

- *Wood, Atter & Wolf, P.A. v. Record Reproduction Service, Inc.,* Circuit Court of Duval County, Florida, 2015-CA-00763

- *Wood, Atter & Wolf, P.A. v. Star-Med, LLC,* Circuit Court of Duval County, Florida, 2016-CA-6096;

- *Wood, Atter & Wolf, P.A. v. University of Florida Jacksonville Physicians, Inc.,* Circuit Court of Duval County, Florida, 16-2014-CA-005771.

8) V&W also performs considerable appellate work on the consumer class action cases it prosecutes throughout the United States. For example, *Home Depot U. S.A., Inc. v. Jackson*, 139 S. Ct. 1743, 1751, 204 L. Ed. 2d 34, *reh'g denied,* 140 S. Ct. 17, 204 L. Ed. 2d 1172 (2019) (successful defense of Fourth Circuit order remanding a consumer class action in the US Supreme Court); *LTD Financial Services, L.P. v. Liznelia Baez,* Appeal No. 17-13842-F (successful appeal defending a class judgment in a consumer class action based on jury verdict); *Sellers v. Rushmore Loan Management Services, LLC*, 941 F.3d 1031, 1034 (11th Cir. 2019) (successful appeal reversing denial of class certification in a consumer class action); *Katrina Bushnell v. Portfolio Recovery Assoc., LLC,* 255 So.2d 473 (FLA. 2nd DCA 2018) (successful amicus brief on appeal to Florida Supreme Court in an access to justice consumer case); *Dudley v. Eli Lilly & Co.*, 778 F.3d 909 (11th Cir. 2014) (successful defense of remand order in a consumer class action)*; Rainsbarger et. al. v. Alaska USA Federal Credit Union et al.*, S-17360 (May 14, 2019) (successful affirmance by Alaska Supreme Court in a consumer class action); *Amy Friedman v. Pamela Behrend v. Guthy Renker LLC and WEN by Chaz Dean, Inc.*, Case No. 17-56456 (successful defense of class settlement approval in appeal from objectors); *Asbury Auto Group v. Palasack*, 237 S.W.3d 462 (Ak. 2006) (appeal reversing trial court in Arkansas Supreme Court which granted class certification and summary judgement on appeal in consumer class action)*; HHH Motors, LLP v. Holt*, 152 So. 3d 745 (Fla. Dist. Ct. App. 2014) (successful affirmance of trial court denial of motion to compel arbitration in consumer class action); *AT&T Corp. v. Allen*, 541 U.S. 1027, 124 S. Ct. 2066, 158 L. Ed. 2d 642 (2004) (successfully defense of Writ of Certiorari appealing an Oklahoma Supreme Court affirmance of nationwide class certification).

9) This complex appellate litigation and concomitant success is considerable for a very small firm indicating the firm's high level of experience and expertise in both consumer class actions and appellate law. The firm's success outside of the consumer class action context is

invariant when it litigates in other areas of public importance, including Section 1983 civil rights, employment and environmental protection.

10) Varnell & Warwick also employs attorneys Brian W. Warwick, Mathew T. Peterson, Erika R. Willis and Paria Ghyabi.

11) I have never been found to be inadequate or unqualified to serve as class counsel.

12) I have never had a complaint filed against me by any client with the bar of any state in 26 years of practice.

13) There is no conflict of interest between the proposed class and myself or my firm.

14) I am able and willing to litigate this case on behalf of the proposed class.

15) My firm has the necessary financial and personnel resources to litigate the case on behalf of the class.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that I could competently testify to these facts if called as witness.

Dated: February 4, 2022

*Janet R. Varnell*

Janet R. Varnell

8