IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **ORION EDDLEMON,** individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**BRADLEY UNIVERSITY,** an Illinois not-for-profit corporation,<br><br>**Defendant.** | Case Number: 1:20-cv-01264-MMM-JEH<br><br>JURY TRIAL DEMANDED |

### DEFENDANT'S MOTION TO VACATE AUTOMATIC MOTION RESPONSE DATE AND TO CONFIRM AMENDED CASE MANAGEMENT SCHEDULE

Defendant, Bradley University (the "University"), by its undersigned counsel, respectfully moves the Court to vacate the automatically docketed response date accompanying the filing of Plaintiff's Motion for Class Certification [Dkt. 41] (the "Motion") and to confirm the University's response to the Motion will continue to be governed by the deadlines set forth in the Parties' agreed Amended Case Management Schedule [Dkt. 38] (the "Agreed Schedule") entered by the Court on November 17, 2021. In support of its request, the University states:

1. Plaintiff and the University (the "Parties") jointly filed the Agreed Schedule on November 16, 2021, outlining the Parties' proposed case management deadlines for the remainder of this case through the final pretrial conference. *See* Dkt. 38. The Parties prepared the Agreed Schedule at the request of the Court following consultation between counsel for the Parties. The Agreed Schedule includes deadlines for briefing class certification.

2. This Court adopted the Agreed Schedule on November 17, 2021, setting the following class certification briefing deadlines:

   a. Deadline to File Motion for Class Certification: April 12, 2022

1

      b. Opposition to Class Certification:       May 12, 2022

      c. Reply in Support of Class Certification:    June 3, 2022

*See* Dkt. 38; *see also* Nov. 17, 2021 text order.

3. Plaintiff filed his Motion for Class Certification on February 4, 2022, approximately two months early. *See* Dkt. 41. This filing automatically generated on the docket an accompanying response date of February 18, 2022, just two weeks after Plaintiff's early filing and nearly three months before the date adopted by this Court in the Agreed Schedule.

4. Plaintiff's decision to file his Motion early should not impact the Agreed Schedule, which was agreed upon by both the Parties and this Court. As detailed in the accompanying Declaration of Gregory E. Ostfeld (attached as Exhibit A), lead counsel for the University has multiple significant commitments that impede the University's ability to move up the deadline for the University's opposition to the Motion, which was set forth in the Agreed Schedule. In light of these commitments, the University is likely unable to adequately respond to the Motion earlier than the agreed May 12, 2022 deadline.

5. These commitments include: international travel from February 24-March 1, 2022 and March 19-27, 2022; more than a dozen previously scheduled fact and expert depositions throughout February and March 2022; two appellate briefs due in the Seventh and Eleventh Circuits in March and April 2022; briefing in connection with three other significant motions for class certification due in late March 2022; briefing in connection with approximately a dozen Rule 702 motions due in mid-April 2022; motions for summary judgment due in two cases in March and April 2022; multiple hearings; and significant pretrial work in connection with three scheduled trials in May, June, and August 2022. *See* Declaration of G. Ostfeld ¶¶ 3-5.

6.      In reliance upon the Agreed Schedule, the University's counsel has already set aside blocks of scheduled time in April and May to address the Motion. The early filing of the Motion does not significantly impact counsel's ability to address the Motion earlier due to these prior commitments; the University's counsel does not have sufficient alternative availability earlier on his calendar to adequately prepare an opposition to the Motion. *Id*. ¶¶ 6-7.

7.      Adhering to the Agreed Schedule will not prejudice the Parties or the Court. The Agreed Schedule includes a complete timeline for the remainder of the case through the final pretrial conference on June 16, 2022. *See* Dkt. 38; *see also* Nov. 17 text order. Adhering to the Agreed Schedule thus will not delay any other activity in the case, and likewise, accelerating one deadline in the Agreed Schedule will not speed the completion of any other task in the case.

8.      This request is not sought to cause undue delay. It is based on existing commitments and arrangements made based on the Parties' prior agreement.

9.      Counsel for the University contacted Plaintiff's counsel regarding this motion, and despite Plaintiff's prior agreement to the dates set forth in the Agreed Schedule and notwithstanding being advised of the circumstances, Plaintiff's counsel responded that Plaintiff is opposed to the relief requested in this motion.

WHEREFORE, the University respectfully requests this Court vacate the February 18, 2022 automatically generated deadline to respond to Plaintiff's Motion for Class Certification, confirm the Agreed Schedule setting the University's response deadline as May 12, 2022, and grant other relief this Court deems equitable and just.

Dated: February 8, 2022                    Respectfully submitted,

**BRADLEY UNIVERSITY**

By: /s/ *Gregory E. Ostfeld*
Gregory E. Ostfeld (Attorney No. 6257163)
ostfeldg@gtlaw.com
Tiffany S. Fordyce (Attorney No. 235063)
fordycet@gtlaw.com
Kara E. Angeletti (Attorney No. 6329388)
angelettik@gtlaw.com
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400

*Attorneys for Bradley University*

# CERTIFICATE OF SERVICE

I, Gregory E. Ostfeld, certify that on February 8, 2022, a true and correct copy of **Defendant's Motion to Vacate Automatic Motion Response Date and to Confirm Amended Case Management Schedule** was served electronically through the Central District of Illinois CM/ECF electronic filing on all counsel of record.

*/s/ Gregory E. Ostfeld*
One of Defendant's Attorneys

EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

**ORION EDDLEMON,** individually and on behalf of all others similarly situated,

      **Plaintiff,**

v.

**BRADLEY UNIVERSITY,** an Illinois not-for-profit corporation,

      **Defendant.**

Case Number: 1:20-cv-01264-MMM-JEH

JURY TRIAL DEMANDED

## DECLARATION OF GREGORY E. OSTFELD

I, Gregory E. Ostfeld, declare under penalty of perjury:

1. I am lead counsel representing defendant Bradley University in this matter. I am over the age of 18 and have personal knowledge of the facts stated herein. If called upon to testify, I would and could competently do so.

2. I submit this declaration in support of the University's Motion to Vacate the Automatic Motion Response Date and to Confirm the Amended Case Management Schedule (the "Motion to Vacate").

3. I am currently handling and must continue to address an unusually large number of litigation matters with impending deadlines and upcoming trial dates that directly and unavoidably impact my ability, and will continue to impact my ability, to participate in the drafting of and to complete the University's Opposition to Class Certification by the automatic briefing deadline of February 18, 2022, or prior to the previously scheduled and agreed-upon response deadline of May 12, 2022 set forth in the Parties' agreed Amended Case Management Schedule [Dkt. 38] (the "Agreed Schedule"), which was entered by the Court on November 17, 2021.

4. My other litigation commitments include:

1

a. *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-02875-RBK – Preparing for, attending, taking and/or defending more than a dozen expert depositions in February and March 2022, drafting oppositions to three motions for class certifications seeking certification of more than 120 subclasses in a large multi-district litigation, due March 22, 2022, and drafting Rule 702 motions for class certification experts due April 12, 2022, with responses to opposition motions due May 11, 2022.

b. *Robert Renfrow v. Dr. Huan Wang, et al.*, No. 2017 L 000130 – Preparing motion for summary judgment and motions in *limine* due April 22, 2022. Preparing jury instructions, direct and cross outlines, witness and exhibit lists, demonstrative exhibits, and other critical pretrial tasks for a $60 million product liability case set for jury trial in May 2022.

c. *Moylan v. Board of Trustees of Illinois State University*, No. 21-3017 – Preparing appellee's brief from the appeal of the district court's dismissal of another putative fee refund class action, due March 9, 2022.

d. *Annie Parker v. Alcon Management SA*, No. 21-14068 – Preparing appellee's brief from the appeal of the district court's dismissal of a product liability case on personal jurisdiction grounds, due April 13, 2022.

e. *In re: Taxotere (Docetaxel) Products Liability Litigation*, No. 2:16-md-02740-JTM-MBN – Preparing for and arguing a complex motion for summary judgment on grounds of federal preemption in February 2022.

f. *Charles Groeschen v. Alcon Vision, LLC*, No. A1702939 – Preparing motion for summary judgment due March 25, 2022 and reply due April 9, 2022, with trial

scheduled for June 13, 2022.

    g. *Joseph Bayer and Gwendolyn Culverson v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, No. 2021-L-000915 – Attending weekly hearings and addressing expedited fact and expert discovery in a case set for an expedited trial in August 2022.

    h. *Jill and Jody Maxwell v. Alcon Research Ltd., Inc.* – Preparing expert disclosures due May 2, 2022 in a complex product liability case.

5. I also have previously scheduled international travel to Dubai and Switzerland from February 24, 2022 to March 1, 2022 and from March 19, 2022 to March 27, 2022, respectively.

6. Given the high volume of activity and previously scheduled commitments on my calendar, I was careful to block out dates to work on the opposition to Plaintiff's Motion for Class Certification in this matter in April and May 2022, to ensure I would have sufficient time to work on the opposition. In blocking out those dates, I relied upon the Parties' express agreement to the dates and deadlines set forth in the Agreed Schedule, which the Parties jointly filed on November 16, 2021, and which the Court entered on November 17, 2021. Under the Agreed Schedule, the University's opposition to Plaintiff's Motion for Class Certification is due on May 12, 2022.

7. I do not have sufficient alternative availability prior to the blocked dates in April and May 2022 to commit the time and attention necessary to adequately prepare the University's opposition to Plaintiff's Motion for Class Certification.

8. On February 7, 2022, I corresponded with Plaintiff's counsel, Matthew Peterson, by electronic mail to advise him of the University's intention to file the Motion to Vacate, requesting the Court vacate the automatic briefing deadline of February 18, 2022, which was automatically entered on the docket when Plaintiff filed his Motion for Class Certification, and

asking the Court to confirm the May 12, 2022 deadline set forth in the Agreed Schedule. I explained the circumstances necessitating this request and reminded counsel of the parties' prior agreement to the deadlines set forth in the Agreed Schedule. Mr. Peterson responded that he would not agree to the relief sought in the Motion to Vacate and stated it should be filed as opposed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2022

*/s/ Gregory E. Ostfeld*
Gregory E. Ostfeld