# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 30, 2022

CERTIFIED COPY

*Before*

DIANE S. SYKES, *Chief Judge*
DAVID F. HAMILTON, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| No. 22-8010 | IN RE: <br> BRADLEY UNIVERSITY, <br> Petitioner |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-01264-MMM-JEH <br> Central District of Illinois <br> District Judge Michael M. Mihm ||

The following are before the court:

1. **PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on August 5, 2022, by counsel for the petitioner.

2. **PLAINTIFF-RESPONDENT'S ANSWER IN OPPOSITION TO PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on August 15, 2022, by counsel for the respondent.

**IT IS ORDERED** that the petition for permission to appeal is **GRANTED**. Petitioner shall pay the required docket fees to the clerk of the district court within 14 days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.

form name: **c7_Order_3J**    (form ID: **177**)