# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 4, 2023

To:  Shig Yasunaga
UNITED STATES DISTRICT COURT
Central District of Illinois
Peoria, IL 61602-0000

| No. 22-2560 | ORION EDDLEMON, Plaintiff - Appellee v. BRADLEY UNIVERSITY, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-01264-MMM-JEH  Central District of Illinois  District Judge Michael M. Mihm ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                               No record to be returned

form name: **c7_Mandate**    (form ID: **135**)