# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

April 12, 2023

Before

**JOEL M. FLAUM**, *Circuit Judge*
**MICHAEL Y. SCUDDER**, *Circuit Judge*
**AMY J. ST. EVE**, *Circuit Judge*

| No. 22-2560 | ORION EDDLEMON, <br>    Plaintiff - Appellee <br><br> v. <br><br> BRADLEY UNIVERSITY, <br>    Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-01264-MMM-JEH <br> Central District of Illinois <br> District Judge Michael M. Mihm ||

The judgment of the District Court is **VACATED** and this case is **REMANDED** in accordance with the decision of this court entered on this date. Each side to bear their own costs.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit