# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

**ORION EDDLEMON,** individually and on behalf of all others similarly situated,

           **Plaintiff,**

v.

**BRADLEY UNIVERSITY,** an Illinois not-for-profit corporation,

           **Defendant.**

Case Number: 1:20-cv-01264-MMM-JEH

## JOINT STATUS REPORT

On May 25, 2023, this Court entered a Minute Entry that ordered the "Parties to confer on the issue of class certification discovery and must notify the Court by or before 6/2/2023 if they are unable to come to an agreement regarding additional class certification discovery." Pursuant to the May 25th order, the Parties submit this Joint Status Report:

1. The Parties have conferred and are unable to come to an agreement regarding additional class certification discovery.

2. The Parties propose that this Court enter a briefing schedule to address this issue, with both Parties to submit their respective positions on June 15, 2023. The Parties also propose that the briefs be limited to ten (10) pages and that neither party file a response and/or reply.

WHEREFORE, the Parties respectfully request that this Court enter the proposed briefing schedule and limitations, or otherwise advise of the Court's preferred method to resolve this dispute.

Respectfully submitted June 1, 2023

| | |
|---|---|
| VARNELL & WARWICK, P.A.<br>/s/ Matthew T. Peterson<br>Matthew T. Peterson, ARDC No. 6321290<br>Janet R. Varnell, admitted *pro hac vice*<br>1101 E. Cumberland Ave., Ste. 201H, #105<br>Tampa, Florida 33602<br>T: 352-753-8600<br>F: 352-504-3301<br>*mpeterson@varnellandwarwick.com*<br>*jvarnell@varnellandwarwick.com*<br>*awallace@varnellandwarwick.com*<br><br>**Counsel for Plaintiff** | GREENBERG TRAURIG, LLP<br>/s/ Gregory E. Ostfeld<br>Gregory E. Ostfeld, ARDC No. 6257163<br>Tiffany S. Fordyce, ARDC No. 235063<br>Kara E. Angeletti, ARDC No. 6329388<br>77 W. Wacker Dr., Ste. 3100<br>Chicago, IL 60601<br>T: 312.456.8400<br>F: 312.456.8435<br>ostfeldg@gtlaw.com<br>fordycet@gtlaw.com<br>angelettik@gtlaw.com<br><br>**Attorneys for Defendant** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 1, 2023, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

/s/ Matthew T. Peterson
Matthew T. Peterson