Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Orion Eddlemon,<br><br>Plaintiff,<br><br>vs.<br><br>Bradley University,<br><br>Defendant. | Case Number: 20-CV-1264 |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Judgment is entered in favor of Defendant and against Plaintiff.

**Dated: 4/1/2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court