IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

ORION EDDLEMON, individually and on behalf of all others similarly situated,

Plaintiff

V

Case number 1:20-cv-01264-CRL-JEH

BRADLEY UNIVERSITY

Defendant

## NOTICE OF APPEAL

I, ORION EDDLEMON (plaintiff/defendant) do hereby appeal the decision of this Court entered on March 31, 2025.

Signed /s/ Brian W. Warwick

Address 400 N. Ashley Drive, Suite 1900

Tampa, FL 33602

Peoria Division
100 N.E. Monroe St.
Room 305
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
(Temporarily located for mail and hearings to:
131 E. 4th St. Rm 250
Davenport, IA 52801
309-793-5878

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Brian W. Warwick
Brian W. Warwick