# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 28, 2025

**To:** Shig Yasunaga
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 25-1716
>
> Caption:
> ORION EDDLEMON, individually and on behalf of all others similarly situated,
>
>     Plaintiff - Appellant
>
> v.
>
> BRADLEY UNIVERSITY,
>
>     Defendant - Appellee
>
> District Court No: 1:20-cv-01264-CRL
> Clerk/Agency Rep Shig Yasunaga
> District Judge Colleen R. Lawless
>
> Date NOA filed in District Court: 04/25/2025

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)