# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| **ORION EDDLEMON**, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| **Plaintiff**, | ) Case No. 1:20-cv-01264-CRL<br>) |
| v. | ) Hon. Colleen R. Lawless<br>) Hon. Mag. Jonathan E. Hawley |
| **BRADLEY UNIVERSITY**, an Illinois not-for-profit corporation, | )<br>)<br>) |
| **Defendant**. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Orion Eddlemon ("Plaintiff") and Defendant Bradley University (the "University") (collectively, the "Parties") hereby submit this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and state:

1. The Parties have reached a settlement in this matter and stipulate to the dismissal of all claims and pending issues, including the University's request for costs.

2. Accordingly, the University withdraws its bill of costs, *see* Doc. 106-108, and requests this Court rescind the docket entry taxing costs, *see* Docket Text (May 1, 2025), and the Parties jointly stipulate to final dismissal of this matter with prejudice and with each party to bear its own costs.

| | |
|---|---|
| Dated: June 3, 2025 | Respectfully submitted, |
| **ORION EDDLEMON** | **BRADLEY UNIVERSITY** |
| By: */s/ Brian W. Warwick* <br> Brian W. Warwick <br> bwarwick@vandwlaw.com <br> Janet R. Varnell <br> jvarnell@vandwlaw.com <br> Varnell & Warwick PA <br> 400 N. Ashely Dr., Ste. 1900 <br> Tampa, FL 33602 <br> (352) 753-8600 <br><br> Matthew T. Peterson <br> mtp@lawsforconsumers.com <br> Consumer Law Advocate, PLLC <br> 1000 Brickell Ave., Ste. 715 <br> Miami, FL 33131 <br> (786) 843-1933 <br><br> *Attorneys for Orion Eddlemon* | By: */s/ Gregory E. Ostfeld* <br> Gregory E. Ostfeld (Attorney No. 6257163) <br> ostfeldg@gtlaw.com <br> Tiffany S. Fordyce (Attorney No. 6295008) <br> fordycet@gtlaw.com <br> Kara E. Angeletti (Attorney No. 6329388) <br> angelettik@gtlaw.com <br> Greenberg Traurig, LLP <br> 360 N. Green St., St. 1300 <br> Chicago, Illinois 60607 <br> Tel: (312) 456-8400 <br><br> *Attorneys for Bradley University* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Brian W. Warwick
Brian W. Warwick