# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen  
United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604

Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

June 4, 2025

*By the Court*:

| No. 25-1716 | ORION EDDLEMON, individually and on behalf of all others similarly situated,<br>   Plaintiff - Appellant<br><br>v.<br><br>BRADLEY UNIVERSITY,<br>   Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:20-cv-01264-CRL<br>Central District of Illinois<br>District Judge Colleen R. Lawless | |

Upon consideration of the **JOINT MOTION FOR DISMISSAL OF APPEAL**, filed on June 3, 2025, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**    (form ID: **137**)

CERTIFIED COPY

A True Copy  
Teste:

_____  
Deputy Clerk  
of the United States  
Court of Appeals for the  
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 4, 2025

To:   Shig Yasunaga
      UNITED STATES DISTRICT COURT
      Central District of Illinois
      Peoria, IL 61602-0000

| No. 25-1716 | ORION EDDLEMON, individually and on behalf of all others similarly situated, <br><br>             Plaintiff - Appellant <br><br> v. <br><br> BRADLEY UNIVERSITY, <br><br>             Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-01264-CRL <br> Central District of Illinois <br> District Judge Colleen R. Lawless ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                       F.R.A.P. 42(b)

STATUS OF THE RECORD:                                    no record to be returned

form name: **c7_Mandate**   (form ID: **135**)